AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JINYAO LIU, individually and on behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>PROJECT INVESTORS, INC. d/b/a Cryptsy, a Florida corporation; and PAUL VERNON, an individual<br><br>*Defendant(s)* | Civil Action No.<br><br>**16-80060-CIV-MARRA/MATTHEWMAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Project Investors, Inc. d/b/a Cryptsy    or    Project Investors, Inc. d/b/a Cryptsy
160 Congress Park Drive - Suite 101           c/o Paul Vernon, Registered Agent
Delray Beach, FL 33445                        8656 Tourmaline Blvd.
                                              Boynton Beach, FL 33472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David C. Silver, Esq.           AND    Marc A. Wites, Esq.
Scott L. Silver, Esq.                  Wites & Kapetan, P.A.
Jason S. Miller, Esq.                  4400 N. Federal Highway
Silver Law Group                       Lighthouse Point, FL 33064
11780 W. Sample Road
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **January 13, 2016**

Steven M. Larimore
Clerk of Court

SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JINYAO LIU, individually and on behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>PROJECT INVESTORS, INC. d/b/a Cryptsy, a Florida corporation; and PAUL VERNON, an individual<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>**16-80060-CIV-MARRA/MATTHEWMAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul Vernon
8656 Tourmaline Blvd.
Boynton Beach, FL 33472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David C. Silver, Esq.     AND     Marc A. Wites, Esq.
Scott L. Silver, Esq.              Wites & Kapetan, P.A.
Jason S. Miller, Esq.              4400 N. Federal Highway
Silver Law Group                   Lighthouse Point, FL 33064
11780 W. Sample Road
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **January 13, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts