# SALLAH ASTARITA & COX, LLC
### ATTORNEYS AT LAW

**CONTACT**
TOLL FREE: **1-888-SEC-ATTY**
(1-888-732-2889)

| HOME | ABOUT THE FIRM | ATTORNEYS | PRACTICE AREAS | RESOURCES | CONTACT US |

**CONTACT US**

NAME (REQUIRED)
EMAIL (REQUIRED)
PHONE (REQUIRED)
MESSAGE

SUBMIT

**PRACTICE AREAS**

Securities Regulation & Enforcement
White-Collar Criminal Defense
Securities Arbitration & Litigation
Complex Commercial Litigation

Home > Attorneys > James D. Sallah Esq.

### James D. Sallah, Esq.

Partner

jds@sallahlaw.com

Download VCard

Phone: (561) 989-9080
Fax: (561) 989-9020

2255 Glades Rd
#300e
Boca Raton, Florida 33431
United States



Rated By Super Lawyers
James D. Sallah
visit superlawyers.com

## PRACTICE AREAS

Mr. Sallah is an AV Preeminent® rated attorney who concentrates on securities and commodity futures regulation and enforcement, broker-dealer compliance and defense, receivership litigation, securities arbitration, and business litigation.

## PROFESSIONAL EXPERIENCE

Since leaving the Securities and Exchange Commission in 2004, Mr. Sallah has represented national and regional brokerage firms, as well as publicly traded companies and individuals, in a variety of matters, including SEC, FINRA, stock exchange, and state regulatory investigations, congressional investigations, internal investigations, federal and state lawsuits, administrative actions, and arbitrations. He has successfully handled matters through trial, arbitration, and regulatory enforcement proceedings. Mr. Sallah has also represented individuals in Congressional Subcommittee hearings and investigations.

Mr. Sallah's reputation as a securities lawyer is recognized among his peers. Each year since 2011, he was selected as a *Florida Super Lawyer* in the area of Securities Litigation and among *Florida Trend's Legal Elite*. Moreover, Mr. Sallah has been recognized in the *South Florida Legal Guide* each year since 2008 in the field of Securities Litigation and Arbitration. In 2009 the *Daily Business Review* selected Mr. Sallah as the "Most Effective Lawyer" in South Florida in the area of Securities Law.

Before entering private practice, Mr. Sallah was a Senior Counsel in the SEC's Division of Enforcement in Miami, Florida. During his tenure at the SEC, Mr. Sallah handled investigations and litigation in both federal court and administrative forums, including cases involving fraudulent securities offerings, Ponzi schemes, market manipulations, municipal bonds, research analyst conflicts, public company disclosure and periodic reports, and broker-dealer and investment adviser regulation.

Prior to joining the SEC, Mr. Sallah was Assistant Corporate Counsel for Raymond James Financial, Inc., the largest brokerage institution in the Southeastern United States. While at Raymond James, he represented its broker-dealer subsidiaries and their associated persons in a variety of matters, including litigation and arbitration.

**EXPERIENCE WITH SECURITIES, ENFORCEMENT, AND OTHER REGULATORY MATTERS**

## EXHIBIT "B"

- Represented Miami doctor in an insider trading case brought by the SEC in federal court. After a two-week jury trial, the doctor was found not liable - SEC v. De La Maza, et al., Case No. 09-21977 (S.D. Fla.). See the jury verdict form here.
- Successfully argued dismissal of shareholder suit in federal court alleging insider trading - Kamin, et al. v. Acord, et al., Case No. 09-22829-Civ-Jordan (S.D. Fla.) See order here.
- Represented nominee for Commissioner of Financial Regulation for the State of Florida in FINRA Enforcement Hearing - Dept. of Enforcement v. Carreno, No. 2006005546007. All claims against Respondent were dismissed, with prejudice. See the decision here.
- Represented multiple claimants/plaintiffs in multi-week FINRA arbitration hearing resulting in $7.5 million dollar award against the broker – Paula Casper, et al. v. Gary Gross, FINRA Case No. 07-00624.
- Defense of a large regional brokerage firm in SEC investigation of firm's institutional trading desk, market making activities, and syndicate department (declination letter by SEC)
- Defense of CFO of publicly-traded company in SEC investigation of his conduct following company's restatement of earnings (declination letter by SEC)
- Defense of high-profile South Florida businessman in SEC insider trading investigation (declination letter by SEC) Defense judgment in state court in favor of four departing brokers sued by a large, multi-national brokerage firm for violation of restrictive covenants

**EXPERIENCE WITH COURT-APPOINTED RECEIVERSHIPS AND PROCEEDINGS**

- Court-appointed Receiver in SEC v. JCS Enterprises, Inc., et al, (S.D. Fla. Case No. 14-CV-80468-DLM) in connection with $40 million dollar Ponzi scheme.
- Court-appointed Corporate Monitor in Amin v. OM Global Investment Fund LLC, et al. (Case No. 13-18620 CA 13) in connection with a hedge fund fraud in Miami-Dade County Circuit Court
- Court-appointed Receiver in Katz v. MRT Holdings, et al. (S.D. Fla., Case No. 07-CV-61438-JIC) in connection with multi-million dollar Ponzi scheme
- Special Counsel to the Receiver in CFTC v. LaSalle International Clearing Corp., et al. (S.D. Fla. Case No. 09-80765-Civ-Dimitrouleas/Snow)
- Special Counsel to the Receiver in SEC v. KS Advisors, Inc., et al. (M.D. Fla. Case No. 2:04-CV-1005-FtM-29DNF) to investigate and prosecute claims brokerage firm in connection with multi-million dollar hedge fund fraud
- Independent Consultant In the Matter of vFinance Investments, Inc. (SEC Rel. No. 51530 - April 12, 2005) to review, revise, and test supervisory procedures in connection with broker-dealer's market making/trading activities

**PROFESSIONAL AWARDS AND ACTIVITIES**

- AV Preeminent rated (the highest peer ranking) by *Martindale-Hubbell*
- Adjunct Professor, University of Miami School of Law, SEC Enforcement Seminar
- Received the SEC Chairman's Award for Excellence in 2002
- SEC Southeast Regional Office's 2001 nominee for the Ellen Ross Award (honors an Enforcement attorney who demonstrates exemplary commitment, enthusiasm, and performance)
- Vice-Chair, Financial Services Committee, Florida Bar, 1999-2000
- Executive Committee, Business Law Section, Florida Bar, 1999-2000
- Arbitrator for FINRA and National Futures Association
- Association of Securities and Exchange Commission Alumni

**EDUCATION**

Mr. Sallah received his Bachelor's degree (*Summa Cum Laude*) and Master's degree from Ohio University and his Juris Doctor degree (*Cum Laude*) from the University of Miami School of Law. During law school, Mr. Sallah was a member of the *University of Miami Law Review*.

**BAR MEMBERSHIPS AND JURISDICTION ADMITTED TO PRACTICE**

Mr. Sallah is a member of the Florida and Colorado Bar Associations. He is admitted to practice in the state courts of both, as well as the U.S. District Court for the Southern and Middle Districts of Florida, and the Eastern District of Michigan.

2255 Glades Rd, #300eBoca Raton, FL 33431  Phone: (561) 989-9080
100 Park Ave, #1600New York, NY 10017  Phone: (212) 509-6544
60 Pompton AveVerona, NJ 07044  Phone: (973) 559-5566

http://www.sallahcox.com/james-d-sallah-esq.html