## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

JINYAO LIU, BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, AND
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

### **PLAINTIFFS' NOTICE OF FILING PROPOSED ALIAS SUMMONS**

    Plaintiffs, JINYAO LIU, BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated, by and through undersigned counsel, hereby serve notice of filing a proposed Alias Summons in a Civil Action.  A copy of said proposed Alias Summons, which will be served upon Defendant Project Investors, Inc. d/b/a Cryptsy, is attached hereto.

Civil Action No. 9:16-cv-80060-MARRA

Respectfully submitted,

**SILVER LAW GROUP**
*Counsel for Plaintiffs*
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:   (954) 755-4799
Facsimile:    (954) 755-4684

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail:  DSilver@silverlaw.com
SCOTT L. SILVER
Florida Bar No. 095631
E-mail:  SSilver@silverlaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@silverlaw.com

- and -

**WITES & KAPETAN, P.A**.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone:   (954) 570-8989
Facsimile:    (954) 354-0205
MARC A. WITES
Florida Bar No. 024783
E-mail: mwites@wklawyers.com

**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court on this   23rd   day of February 2016 by using the CM/ECF system and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482; **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482; and **LORIE ANN NETTLES**, 16832 Charles River Drive, Delray Beach, FL 33446.

_____
DAVID C. SILVER