AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JINYAO LIU, BRANDON LEIDEL, and MICHAEL WILSON, individually and on behalf of All Others Similarly Situated, *Plaintiff(s)* <br><br> v. <br><br> PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation, PAUL VERNON, an individual, and LORIE ANN NETTLES, an individual, *Defendant(s)* | Civil Action No. 9:16-cv-80060-MARRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Project Investors, Inc. d/b/a Cryptsy, a Florida corporation
C/O Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David C. Silver, Esq.          AND          Marc A. Wites, Esq.
Scott L. Silver, Esq.                        Wites & Kapetan, P.A.
Jason S. Miller, Esq.                        4400 N. Federal Highway
Silver Law Group                             Lighthouse Point, FL 33064
11780 W. Sample Road
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  __ Feb 23, 2016 ____

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts