UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80060-CIV-MARRA

JINYAO LIU, individually and on behalf of
all others similarly situated,

    Plaintiff,
vs.

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

    Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiffs' Emergency Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant (DE 9). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court will deny the motion to the extent it seeks emergency relief. The docket does not reflect that any Defendant has been served. The Court is not inclined to appoint a receiver without at least one Defendant having an opportunity to be heard. After service is effectuated, the Court can schedule an expedited hearing to address the motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Emergency Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant (DE 9) is **DENIED WITH RESPECT TO EMERGENCY RELIEF**. The Court

will address the merits of the Motion once a Defendant has been served.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of February, 2016.

                                                  KENNETH A. MARRA
                                                  United States District JudgE