# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:16CV80060-MARRA

Plaintiffs:
JINYAO LIU, BRANDON LEIDEL, and MICHAEL WILSON individually and on behalf of All Others Similarly Situated

vs.


ROC2016003845

Defendants:
PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation, PAUL VERNON, an individual, and LORIE ANN NETTLES, an individual

For:
David C. Silver, Esq.
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065

Received by Richmil R. Noel on the 23rd day of February, 2016 at 10:29 am to be served on **Lorie Ann Nettles, 16832 Charles River Drive, Delray Beach, FL 33446**.

I, Richmil R. Noel, do hereby affirm that on the **24th day of February, 2016** at **9:15 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons, Amended Class Action Complaint, Exhibits A-D and Plaintiff's Emergency Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant Project Investors, Inc. d/b/a Cryptsy, Exhibit A-B and Certification of Emergency** to: **Lorie Ann Nettles** at the address of: **16832 Charles River Drive, Delray Beach, FL 33446** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with Federal Statute or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 145, Hair: Dark Blonde, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was effected in accordance with the Federal Rules of Civil Procedure.

Richmil R. Noel
Process Server 2018

**Rock Legal Services & Investigations Inc**
**2048 Ponce De Leon Avenue**
**West Palm Beach, FL 33407**
**(561) 296-7574**

Our Job Serial Number: ROC-2016003845
Ref: Liu v. Project Investors

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z