**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

JINYAO LIU, BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.
_____/

**PLAINTIFFS' RULE 41 NOTICE OF DISMISSAL**
**ON BEHALF OF PLAINTIFF JINYAO LIU ONLY**

      PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, JINYAO LIU, by and through his undersigned counsel, hereby dismisses without prejudice the claims brought on his behalf in this action, Case No. 16-80060.

      **This Notice is <u>not</u> a dismissal of any claim filed on behalf of Plaintiffs BRANDON LEIDEL, MICHAEL WILSON, or on behalf of All Others Similarly Situated Plaintiffs; and this dismissal is not intended to have any effect on any other parties' claims in this litigation**.

Civil Action No. 9:16-cv-80060-MARRA

Respectfully submitted,

**SILVER LAW GROUP**
*Counsel for Plaintiffs*
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:    (954) 755-4799
Facsimile:    (954) 755-4684

By: _____
    DAVID C. SILVER
    Florida Bar No. 572764
    E-mail:  DSilver@silverlaw.com
    SCOTT L. SILVER
    Florida Bar No. 095631
    E-mail:  SSilver@silverlaw.com
    JASON S. MILLER
    Florida Bar No. 072206
    E-mail: JMiller@silverlaw.com

- and -

**WITES & KAPETAN, P.A**.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone:    (954) 570-8989
Facsimile:    (954) 354-0205
MARC A. WITES
Florida Bar No. 024783
E-mail: mwites@wklawyers.com

**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __1st__ day of March 2016 by using the CM/ECF system and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482; **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482; and **LORIE ANN NETTLES**, 16832 Charles River Drive, Delray Beach, FL 33446.

_____
DAVID C. SILVER