## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 9:16CV80060KAM

Plaintiff:
**JINYAO LIU, individually and on behalf of All Others Similarly Situated**

vs.

Defendant:
**PROJECT INVESTORS, INC. d/b/a Cryptsy, a Florida corporation; and PUAL VERNON, an individual**

ROC2016001494

For:
David C. Silver, Esq.
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065

Received by Joseph De Darbouze II on the 25th day of January, 2016 at 10:51 am to be served on **Paul Vernon, 160 Congress Park Drive, Suite 101, Delray Beach, FL 33445.**

I, Joseph De Darbouze II, do hereby affirm that on the **25th day of January, 2016 at 2:52 pm, I:**

**NONSERVED** - the **Summons and Complaint with Exhibits** for **Paul Vernon** because the above stated address was determined vacant for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
Service was attempted at 160 Congress Park Drive, Suite 101, Delray Beach, FL 33445, but was visually vacant and the defendant company was not listed on the building directory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was effected in accordance with the Federal Rules of Civil Procedure.

Joseph De Darbouze II
Process Server # 1982

Rock Legal Services & Investigations Inc
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: ROC-2016001494
Ref: Liu v. Project Investors

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

**COMPOSITE EXHIBIT "A"**

## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:16CV80060KAM

Plaintiff:
**JINYAO LIU, individually and on behalf of All Others Similarly Situated**

vs.

Defendant:
**PROJECT INVESTORS, INC. d/b/a Cryptsy, a Florida corporation; and PAUL VERNON, an individual**


ROC2016000889

For:
David C. Silver, Esq.
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065

Received by Joseph De Darbouze II on the 19th day of January, 2016 at 4:48 pm to be served on **Paul Vernon, 9721 Saddlebrook Drive, Boca Raton, FL 33496**.

I, Joseph De Darbouze II, do hereby affirm that on the **3rd day of February, 2016** at **6:45 pm**, I:

**NONSERVED:** after due search, careful inquiry and diligent attempts was unable to serve the **Summons and Complaint with Exhibits** on Paul Vernon for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
The server, Pennie Atwell, attempted 9721 Saddlebrook Drive, Boca Raton, FL 33496 but found this was the Shaw residence and the defendant was unknown. The server, Ralph Saccone, then attempted 16832 Charles River Drive, Delray Beach, FL 33446 but was advised by Lori Nettles that the defendant was her ex spouse and that he left and moved to China. She advised she was not part of the corporation. I then went back to the address of 16832 Charles River Drive, Delray Beach, FL 33446 but there was no answer upon knocking and no vehicles present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was effected in accordance with the Federal Rules of Civil Procedure.

Joseph De Darbouze II
Process Server # 1982

**Rock Legal Services & Investigations Inc**
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: ROC-2016000889
Ref: Liu v. Project Investors

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z