**From:** Cryptsy.com <support@cryptsy.com>
**Sent:** Tuesday, February 02, 2016 5:58 PM
**To:** David Silver
**Subject:** Ticket Received - [#258117] Jinyao Liu, et al. v. Project Investors, Inc. d/b/a Cryptsy and Paul Vernon

Dear David Silver,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - 258117. A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/258117


Sincerely,
Cryptsy.com Support Team

