Filing # 33797366 E-Filed 10/28/2015 03:55:25 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

IN RE: THE MARRIAGE OF:

CASE NO.: 502015DR009881XXXXSBFZ

LORIE ANN NETTLES,

        Petitioner/Wife,

v.

PAUL EDWARD VERNON,

        Respondent/Husband,

_____/

LORIE ANN NETTLES,

        Third-Party Plaintiff,

v.

PAUL EDWARD VERNON and CRYPTSY
INTERNATIONAL LTD.; PROJECT INVESTORS,
INC.; HASHMAX USA, LLC; TERABOSS, INC.;
HASHMAX INC. and VERGENT DATA, INC.

        Third-Party Defendants.

_____/

**URGENT MOTION FOR INJUNCTIVE RELIEF TO PREVENT THE REMOVAL
AND/OR FURTHER DISSIPATION OF MARITAL ASSETS AND INCOME**

    The Petitioner/Wife, LORIE ANN NETTLES ("Wife"), by and through her undersigned

counsel, hereby files this, her Urgent Motion for Injunctive Relief to Prevent the Removal and/or

Further Dissipation of Marital Assets and Income, and states as follows:

    1.  The Husband and Wife were married to each other on April 1, 1999 in Sierra Vista,

Arizona.

**EXHIBIT "D"**
BRINKLEY MORGAN | ATTORNEYS AT LAW

*Nettles v. Vernon  Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injunctive Relief to Prevent the*
*Removal and or Further Dissipation of Marital*
*Assets and Income*
*Page 2 of 11*

2.   On October 7, 2015, the Wife filed her Petition for Dissolution of Marriage and Other

Relief.

3.   There are two (2) minor children born as a result of this marriage to wit: W.V., born

December of 2003; and L.V., born June of 2007.

4.   The Husband has been the sole breadwinner.  He has significant assets, including those

overseas, makes a substantial income and has supported the Wife and minor children throughout

the sixteen (16) year history of their marriage.   The Wife is not gainfully employed per the

agreement of the Parties and has been a homemaker and cared for the Parties' minor children,

particularly given the Husband's extensive traveling and long periods of absence from the home.

5.   On October 7, 2015, the Wife filed a Motion for Temporary Relief, in which she sought

the following: (a) an award of temporary child support during the pendency of this action in

accordance with Fla. Stat. § 61.30; (b) continued payment of the children's costs for private school;

(c) ongoing payment by the Husband of the children's major medical, dental and eye care

coverage; (d) temporary exclusive use and possession of the marital home located at 16832 Charles

River Drive, Delray Beach, Florida 33446; and (e) an award of temporary alimony in accordance

with Fla. Stat. § 61.071 and Fla. Stat. § 61.08.

6.  In addition, the Wife's Motion for Temporary Relief sought injunctive relief related to

the Parties' marital assets and income.  The Husband has sole control over the Parties' assets and

income, which the Husband has been intentionally and willfully dissipating.  The Motion for

Temporary Relief included allegations of the Husband's transfer of substantial amounts of monies

to his paramour, and his ongoing financial support of his paramour and his paramour's child.  The

Motion for Temporary Relief also referenced the Husband's international business interests, at

*Nettles v. Vernon Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal and/or Further Dissipation of Marital*
*Assets and Income*
*Page 3 of 11*

least one of which is located in China and is believed to be in the name of his paramour. The Wife requested temporary injunctive relief in the form of freezing all current accounts, other than those used to pay marital bills and liabilities, and requiring that the Husband not sell, transfer, secrete and/or dissipate any of the marital assets.

7. During the marriage, the Husband acquired business interests, which are marital assets subject to equitable distribution, including the following: Cryptsy International Ltd.; Project Investors, Inc.; Hashmax USA, LLC; Teraboss, Inc.; and HashMax Inc.; and Vergent Data, Inc., (collectively the "Defendant Entities"). In his Answer, Husband admitted that he has either sole or controlling interest in the Defendant Entities. *See* Answer, at ¶41.

8. During the marriage, the Husband began the lucrative process of mining virtual currencies, which is the process by which Internet-connected computer equipment is used to generate virtual currency assets. Husband has admitted to the media that he has mined 20 virtual currencies during the marriage. *See* Exhibit A. [1]

9. The Defendant Entities' business relate to the mining, trading and selling of virtual currencies, including, but not limited to, bitcoin.

10. The assets generated by the Defendant Entities, whether through mining or the collection of fees from customers, are collected in the form of Virtual Currencies, like bitcoin.

11. These Virtual Currencies, which are regulated domestically as commodities, exist as intangible assets (*i.e.* computer code), and can be copied onto a piece of portable media (like a flash drive, or an external hard drive) emailed from person to person, or stored online in cloud storage. Thus, this asset class is optimal for secretion out of the jurisdiction. Likewise, due to the

---

[1] http://www.coindesk.com/cryptsy-founder-paul-vernon-worthy-altcoins-pre-mining-compliance/

*Nettles v. Vernon Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 4 of 11*

inherent properties of virtual currencies, Husband could transfer all of his virtual currency assets to a third party in a matter of minutes.

12.     Virtual currencies, unlike other common forms of value transfer function, do not use banks or any central entity to transmit value- evidence of virtual currency transfer exist on their communally maintained central transfer ledgers, known as blockchains, which record limited information about transfers. Among the limited information is a public key loosely corresponding to each transacting party. The public key itself does not directly identify the transacting party, but with additional information, identification of recipients of transfers across the blockchains related to the virtual currencies is difficult but possible. Because a majority, if not most, of the marital assets under the Husband's exclusive control are Virtual Currencies, it is imperative that the Court move quickly to prevent asset flight and to prevent the need for expensive and complex asset tracing should the Husband take any further action to dissipate these assets.

13.     The Wife's concerns and fears of dissipation of assets as alleged in her prior filed Motion for Temporary Relief have been substantiated by multiple sources which portend imminent, if not already completed, dissipation of marital assets.

14.     An article, attached hereto as Exhibit B, has been published regarding about one of the Husband's companies, Cryptsy. Cryptsy (incorporated as Cryptsy International LTD., a Belizean entity, owned and operated by Husband through Project Investors, Inc., which is incorporated in the State of Florida) operates a series of virtual currency exchange websites where users of virtual currencies of various types including bitcoin and others (*i.e.* "alt-coins") may store their virtual currency holdings, and/or exchange those virtual currencies for virtual currencies of other types, and whereby Cryptsy has derived revenue at various times from either fees paid upon

*Nettles v. Vernon Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 5 of 11*

exchange and/or fees paid upon withdrawal. The article attached alleges that Cryptsy is experiencing liquidity issues delaying customers' ability to withdraw virtual currencies, is subject to law enforcement investigation for multiple violations of regulatory and criminal law, which could result in the imposition of significant fines and/or seizures of assets, and alleges that Cryptsy is about to go "full Mt. Gox," an allusion to the Mt Gox failed bitcoin storage and trading web site wherein users of virtual currency lots millions of dollars in virtual currency assets due to what some believe to be technical error and others suspect may be fraud. *See* <u>Exhibit B</u>.[2]

15.     Further reports detail in depth the extent of the investigation of the Cryptsy trading platform, Cryptsy International LTD and Project Investors Inc., by federal authorities, including the IRS, the Criminal Investigation Divison of the IRS and the SEC, among others, related to Cryptsy's involvement with GAW Miners and Joshua Garza. Reports allege that the company utilized automated trading software on a platform that directly benefitted Crypsty staff members, that a key Cryptsy staff member performed fraudulent transactions related to the movement of PayCoin by Mr. Garza, who himself is alleged to have engaged in fraudulent transfers and market manipulation. Further allegations suggest that Cryptsy failed to obtain licenses to operate, subjecting them to substantial fines. Finally, the article suggests that Cryptsy was used to launder money for terrorists. *See* <u>Exhibit C</u>[3].

16.     Even more concerning, the Wife has learned that multiple developers currently employed by Cryptsy to implement and maintain the virtual currency trading platform have

---

[2] http://siliconangle.com/blog/2015/10/19/bitcoin-exchange-cryptsy-may-have-gone-full-mt-gox-refuses-to-pay-out-customers/

[3] https://99bitcoins.com/federal-investigations-of-cryptsy-underway/

*Nettles v. Vernon  Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 6 of 11*

recently submitted resumes to other technology companies in South Florida, seeking alternative employment.

17.     The Husband intends to leave the country to travel to China.  It is believed that he plans to leave the United States on November 9, 2015.

18.     The Husband has previously traveled to China.  His most recent trip was scheduled for one month, but turned into a three-month trip, during which time his affair with a Chinese woman came to light.   The Husband has put at least one of his companies into the Chinese girlfriend's name. He traveled back to the United States with his Chinese girlfriend, continuing supporting her and her child and now residing with them.  The Husband even paid for his girlfriend's child to attend Trinity Lutheran, the same private school his children of the instant marriage attend.  It is believed the Husband is going to return to China with his girlfriend to start a new life, leaving the Wife and the minor children without any adequate remedy at law.

19.     In addition, although the Wife does not have first-hand knowledge of the operations of Cryptsy, the Wife is deeply concerned that, given the existence of a criminal law enforcement investigation into Cryptsy, the allegations of service interruptions and key employees seeking work, that the Husband will not only flee to China, but will also shut down Cryptsy and or secret its assets.

20.     It is highly probable that the Husband may abscond with whatever funds he has from his remaining Defendant Entities to avoid the payment of any support for the Wife and minor children.

*Nettles v. Vernon  Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 7 of 11*

21.    It is in the best interest of the minor children and the Wife to schedule an expedited hearing to address the status of the Husband's business interests and to prevent the removal and/or further dissipation of marital assets and income.

22.    Injunctions in marital dissolution cases are provided for by section 61.11, Florida Statutes (2015), which provides:

> When either party is about to remove himself or herself or his or her property out of the state, or fraudulently convey or conceal it, the court may award a ne exeat or injunction against the party or the property and make such orders as will secure alimony or support to the party who should receive it.

This statute applies where there is an attempt to dissipate marital assets. *Sandstrom v. Sandstrom*, 565 So.2d 914 (Fla. 4th DCA 1990). Injunctions are frequently used to prevent the dissipation of property which is or may later be determined to be marital property. *Gooding v. Gooding*, 602 So.2d 615, 616 (Fla. 4th DCA 1992), citing, *Woodrum v. Woodrum*, 590 So.2d 1093, 1094 (Fla. 3d DCA 1991); *Stefanowitz v. Stefanowitz*, 586 So.2d 460, 463 (Fla. 1st DCA 1991); *Sandstrom; Rouse v. Rouse*, 313 So.2d 458, 460 (Fla. 3d DCA 1975). Thus, provided there is a showing that (a) a party is about to remove himself or herself or his or her property from the state, or (b) fraudulently convey or conceal himself or his or her property, then the court may enter an injunction and make "such orders as will secure alimony or support." 61.11, Fla. Stat.

23.    The Wife requests temporary injunctive relief in the form of freezing all current financial or commodity accounts of any type associated with the Husband, Cryptsy International Ltd.; Project Investors, Inc.; Hashmax USA, LLC; Teraboss, Inc.; HashMax Inc.; and Vergent Data, Inc., and requiring that the Husband not sell, transfer, and/or dissipate any of the marital

*Nettles v. Vernon Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injunctive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 8 of 11*

assets, and assets of the Defendant Entities, even if owned by and/or titled in the name of one of these entities or in the name of his paramour.

24.     Because of the ephemeral nature of virtual currencies, it is also in the best interest of the minor children and the Wife that this Court freeze all current depository and virtual currency accounts associated with Cryptsy International Ltd.; Project Investors, Inc.; Hashmax USA, LLC; Teraboss, Inc.; HashMax Inc.; and Vergent Data, Inc.  To implement the freeze, the Husband should be required to (a) disclose in writing all public keys or public ID's related to all virtual currency wallets in his or his entities' possession, custody or control **forthwith**.  Husband should also be required to disclose all transactions made by him to move any assets, including all virtual currency assets, from his control to the control of any third party from the date of service of the summons and petition in this matter to present, including the date, time, and identity of all parties to all transactions by name and wallet public key/ public ID.

25.     It is in the best interests of the children that the Husband be prevented from leaving the United States.  The Husband should surrender his passport to the Court for the pendency of the action until the entry of a Final Judgment of Dissolution of Marriage.  Should the Husband leave the country, it will be very easy for him to take with him all of his virtual currency assets and evade the reach of this Court, leaving the minor children and the Wife without any adequate remedy at law.  Likewise, the Husband should be expressly barred from transmitting any virtual currency wallet or assets to any third party or person. The Wife and children will suffer irreparable harm if the Husband is allowed to leave the United States as all marital assets and income will cease to exist, and tracing of such assets and income will be burdensome and expensive, thus further dissipating assets available for support of the minor children.

*Nettles v. Vernon  Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 9 of 11*

26.     Because unlimited amounts of virtual currency can be transferred to virtually any location around the globe in minutes, the Court should Order the prohibition of any transfers by Husband or Defendant Entities to third parties, and enter an express ruling that any such transfers are contemptuous, under threat of indirect civil contempt and with the remedy being immediate indefinite imprisonment.

27.     The Wife has retained the undersigned counsel to represent her in this matter and has agreed to pay a reasonable fee for its services.  The Wife has incurred attorney's fees and costs for the filing of the instant Urgent Motion, as well as the attendance at any and all hearings on same.  In addition, in determining responsibilities for attorneys' fees, professional fees and costs pursuant to Fla. Stat. § 61.16 and pertinent case law, the Court should consider the extent to which the conduct of the Husband and his attorneys furthers or frustrates the public policy of this State to promote settlement of litigation and, where possible, to reduce the cost of litigation by encouraging mutual cooperation. The Court should also take into consideration the extent of which the conduct or expectations of the Husband generates unnecessary, recalcitrant, or vexatious litigation.  *See Rosen v. Rosen,* 696 So. 2d 697 (Fla. 1997), *Diaz v. Diaz,* 826 So. 2d 229 (Fla. 2002), *Moakley v. Smallwood,* 826 So. 2d 221 (Fla. 2002), and their progeny.

**WHEREFORE,** the Petitioner/Wife, LORIE ANN NETTLES, respectfully requests this Honorable Court enter an Order providing the following equitable relief:

a.          Granting the Wife's instant Urgent Motion for Injunctive Relief;

b.           Awarding temporary injunctive relief in the form of

i. Freezing all current financial and commodity accounts, including virtual currency accounts, associated with Cryptsy International Ltd.; Project

*Nettles v. Vernon  Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 10 of 11*

Investors, Inc.; Hashmax USA, LLC; Teraboss, Inc.; HashMax Inc.; and Vergent Data, Inc.,

ii. Ordering Vernon not sell, transfer, and/or dissipate any of the marital assets, in any form, including virtual currency form, even if owned by and/or titled in the name of one of these entities or in the name of his paramour,

iii. Ordering Vernon to disclose in writing all public keys or public id's related to all virtual currency wallets in his or his entities possession, custody or control, at any time during the marriage,

iv. Ordering Vernon to disclose all transactions made by him to move any assets, including all virtual currency assets from his control from the date of service of the summons an petition in this matter, including the date, time, and parties to all transactions by name and wallet public key/public id.,

v. Requiring that Vernon not sell and/or dissipate any  marital assets,

vi. Ordering that Vernon not sell and/or dissipate these business interests in any way during the pendency of the underlying dissolution of marriage action,

vii. Freezing all of Husband's current accounts, including commodity accounts and virtual currency accounts, other than those used to pay marital bills and liabilities; and

viii. Preventing the Husband from leaving the United States and requiring that he surrender his passport to the Court until the entry of a Final Judgment of Dissolution of Marriage.

*Nettles v. Vernon  Case No.: 2015DR009881XXXXSBFZ*
*Urgent Motion for Injuntive Relief to Prevent the*
*Removal andor Further Dissipation of Marital*
*Assets and Income*
*Page 11 of 11*

    c.  Order the prohibition of any transfers by Husband or Defendant Entities to third parties, with express ruling that such transfers are contemptuous, would be indirect civil contempt with the remedy for such violation being immediate indefinite imprisonment.

    d.  Awarding the Wife payment of her attorney's fees and costs for the preparation of the instant Urgent Motion, as well as the attendance at any and all hearings on same; and

    e.  Granting such other and further relief as the Court deems just and proper under the circumstances.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished via ☒ Electronic service of the Florida Courts E-Filing Portal (SpiegelTeam@kleighlaw.com; ahinkes@bergersingerman.com), and the following other means if selected ☐ U.S. Mail, ☐ Facsimile, ☐ Hand-delivery on this 28th day of October, 2015, to: Andrew M. Hinkes, Esq., Berger Singerman, 350 East Las Olas Blvd. Suite 1000, Fort Lauderdale, FL 33301, Shachar D. Spiegel, Esq., 2255 Glades Road, Suite 238W, Boca Raton, Florida 33431.

BRINKLEY MORGAN
Attorney for Petitioner/Wife
2255 Glades Road, Suite 340W
Boca Raton, FL 33431
Telephone: (561) 241-3113
Facsimile: (561) 241-3226

By: *s/ Yueh-Mei Kim Nutter*
     YUEH-MEI KIM NUTTER
     Florida Bar No.: 705829
Primary:  familylaw@brinkleymorgan.com
Secondary:  kim.nutter@brinkleymorgan.com
           annmarie.lamartina@brinkleymorgan.com



TRENDING
Research: An in-depth look at
New York's BitLicense

BITCOIN PRICE INDEX (24H)



USD 3.31% ▲          CNY 3.65% ▲

**$304.13**          **¥1,992.85**

EUR €274.55          GBP £198.95

JEWS   PRICE & DATA   GUIDES   EVENTS   JOBS   RESEARCH   PRESS RELEASES

Search

**Free Fleet Management ebook**
Verizon Networkfleet

verizon                                    Get ebook

LTCOINS · COMPANIES · DOGECOIN · FEATHERCOIN · FEATURES · LITECOIN · MINING · PEERCOIN · REGULATION

**DON'T MISS A SINGLE STORY**

Subscribe to our free newsletter and follow us

Email Address                    **SUBSCRIBE**

   

# Cryptsy Founder Paul Vernon on Worthy Altcoins, Pre-Mining and Compliance

Daniel Cawrey (@danielcawrey) | Published on April 2, 2014 at 15:33 GMT

 f 99    15    7   😊 1   ✉

Florida-based exchange Cryptsy trades in over 130 cryptocurrencies, and cryptocurrencies alone. There are no government-denominated currency trading pairs on the exchange. At least, not yet.

Cryptsy regularly exceeds 2,300 BTC in volume on a 24-hour basis. That makes it the largest crypto-to-crypto exchange, at which people routinely trade altcoins for bitcoin, and vice versa.



So, where did the idea of a cryptocurrency-only altcoin exchange come from? How does Cryptsy decide to add new coins? And will the company take compliance seriously when it adds fiat into its enormous mix of digital currencies?

CoinDesk sat down with Paul Vernon, CEO and founder of the exchange, to find out.

## The accidental exchange

Vernon started the exchange because of the demand that arose from mining various altcoins.

He started a number of mining pools for alternative cryptocurrencies, first with litecoin, then with feathercoin and so on and so forth. Vernon eventually amassed a host of different pools, mining a numerous array of altcoins.

Said Vernon:

> "I had like 20 pools I was running. And people had all these various coins that you couldn't trade anywhere."

Vernon was accruing fees in coins associated with running each pool. The problem was, there wasn't an exchange for him to sell many of these cryptocurrencies. So the next logical step was to start one.

Initially [the exchange] was just for those users. I probably had a couple thousand users in those pools. And it was just going to be a small thing for the users of the pools so they could trade," he said.

**FEATURES**


8 Companies That Have Filed Crypto Patents


Can Blockchain Technology Stem Government Corruption?


European Exchanges React to Bitcoin VAT Exemption


Bitcoin Quiz of the Week: 19th - 23rd Oct

**INDUSTRY PRESS RELEASES**

Oct 27 | 16:41   **European Blockchain Incubator Launches First Public Proof of Concept**
MoneyCircles.com

Oct 26 | 23:36   **Integrity Chain Launches Public Proof Blockchain Service for Everyone**

Oct 26 | 09:48   **Start of the Second Round of Software Design Contest for Lykke FX Marketplace**

Oct 26 | 07:00   **Ambisafe Exits Stealth Mode**

**VIEW MORE**          **SUBMIT RELEASE**



> "It organically grew into something much larger."

Cryptsy now has over 200,000 users registered and over 70,000 are active, having logged in within the past seven days, according to Vernon.

## Voting for altcoins

Vernon says that, for a time, Cryptsy just added coins that looked technically sound from a source code perspective. Now, however, the exchange is using a voting system to introduce new cryptocurrency trading pairs.

| Market | Currency | Volume in BTC | 24hr High | 24hr Low |
|--------|----------|---------------|-----------|----------|
| AUR/BTC | AuroraCoin | 593 BTC | 0.00790844 BTC | 0.00614754 BTC |
| LTC/BTC | LiteCoin | 424 BTC | 0.02809010 BTC | 0.02720000 BTC |
| DOGE/BTC | Dogecoin | 375 BTC | 0.00000114 BTC | 0.00000108 BTC |
| VTC/BTC | VertCoin | 151 BTC | 0.00259997 BTC | 0.00221890 BTC |
| DRK/BTC | DarkCoin | 84.7 BTC | 0.00143650 BTC | 0.00139035 BTC |
| EAC/BTC | EarthCoin | 56.7 BTC | 0.00000019 BTC | 0.00000010 BTC |
| PTS/BTC | ProtoShares | 27.7 BTC | 0.01349688 BTC | 0.01287001 BTC |
| MEOW/BTC | KittehCoin | 27.1 BTC | 0.00000007 BTC | 0.00000005 BTC |
| BC/BTC | BlackCoin | 22.9 BTC | 0.00006490 BTC | 0.00004574 BTC |
| ARG/BTC | Argentum | 22.2 BTC | 0.00000998 BTC | 0.00006551 BTC |

Top 10 trading pairs on the exchange by volume. Source: Cryptsy

Iceland-based Auroracoin was an example of this process. Said Vernon:

> "Auroracoin was one of the first coins that we chose from the voting list, where people can vote on coins."

The system is a mix of incentivized voting ballots. Every user gets a free vote for a coin. Also, users can spend Cryptsy points, which are accumulated through trading on the exchange.

Voting with bitcoin donations is also another method for Cryptsy's users to voice an opinion on which altcoins should be added. User input is important to this process being open:

> "We have to listen to the majority; try to get a sense of what people like. I wanted to add some transparency of how we added coins."

## Coins with volume

Adding new altcoins for trading can be exciting for Cryptsy's users, but Vernon says that sometimes doing so can cause problems.

MUST READ     MOST POPULAR

**Bit2Me Wins $10,000 for Blockchain Remittance App**

**Ebay Files For Two Cryptocurrency Patents**

**FBI: Malware Victims Should Pay Bitcoin Ransoms**

**Nasdaq to Unveil Blockchain-Based Platform**

Got a news tip or guest feature?

**What is Bitcoin?**
It's a decentralized digital currency

**How Can I Buy Bitcoins?**
From an exchange or an individual

How To: Remove Dark Spots



[WATCH]     Beverly Hills MD



Dogecoin (DOGE) Price

One coin that unexpectedly caused issues was dogecoin, where trading volume jumped immediately on the new Cryptsy DOGE/BTC trading pair. Said Vernon:

> *"When I initially added [dogecoin], I had no idea the kind of volume it was going to have. And I've actually had to swap out wallets because the wallet got so huge, like 2.5 GB."*

At the time, the Cryptsy dogecoin wallet got so large so quickly that withdrawals and deposits were briefly delayed.

Vernon has also noticed relatively high trading volume for something called devcoin, which is a foundation that pays developers to create things:

> *"Devcoin gets quite a bit of volume. It's one that's been around for quite some time. We get people who have received the coins, and they exchange them for bitcoin."*

## Pre-mining principles

In the early days of altcoins, many were pre-mined in order for the developer to reap the financial rewards if a coin should become successful.

Charlie Lee's creation of litecoin changed that. Lee believed there needed to be a silver to bitcoin's gold, and when he created litecoin, he didn't pre-mine it.

Said Vernon:

> *"Well, originally it was one of those kind of things that turned you off, the word 'pre-mined'. You're like, I don't want anything to do with it."*

Cryptsy's stance is that, if the pre-mining is carried out not to benefit the developer, but to benefit something else, it's acceptable.

Auroracoin is an example of that, with coins being pre-mined for free distribution to Icelandic citizens, although that coin's distribution allocation has negatively affected its price.



One week AUR/BTC trading. Source: Cryptsy

Said Vernon:

> *"Maybe we shouldn't even call it pre-mine, just because of the word. Maybe we should call it pre-allocation."*

significant proof.

The fact that Cryptsy currently has 157 cryptocurrency trading pairs means that Vernon has a lot of experience in comparing different types of cryptocurrencies.

Because of this, the idea of a proof-of-work algorithm that actually works to solve a problem is of interest to him:

> *"Primecoin is pretty cool. They've actually found quite a few primes that nobody knew about. But what are we going to do with those [prime numbers], I don't know."*

So far, Vernon hasn't come across a proof-of-work system other than primecoin that does something substantial from a computational standpoint. But he has thought of something that might be useful for humanity:

Protein folding. That would be something that would be really nice to have: a proof of work where the work is really doing something, solving problems," he said.

Vernon pointed out with the hashing power that the Bitcoin network has, it could be considered, the biggest supercomputer in the world."

## Preparing for fiat

Cryptsy does not deal with fiat money, but it will sometime in the future. Vernon started the exchange without the use of government-backed money as a method of exchange because it was an easier business to get off the ground:

> *"Mainly I didn't want to get into fiat because of the regulatory issues. And so [cryptocurrency-to-cryptocurrency] seemed like a good entry point."*

Crypsty has been working through a lengthy process to be in a position to accept fiat money on its platform, but it is taking a lot of time.

Some of the delay is down to working with accountants that have to get used to the concept of cryptocurrencies; some of it is because Vernon wants to set an example of diligence:

> *"It's a long process, and we want to make sure we do it right. It's not something I want to do without knowing that the way we do it is the right way."*

With this in mind, he has sent four of his employees to become CAMS certified. This is a credential offered by the Association of Certified Anti-Money Laundering Specialists that, the associations says, "denotes proven knowledge in the detection and prevention of money laundering".

Vernon says that he expects Cryptsy to be one of the only exchanges to have that number of people with CAMS certification on its staff.

Crypto-to-crypto was a way to get Cryptsy off the ground, but Vernon wants to set an example for how to do things the right way to ensure long-term stability of the exchange.



Charlie Lee (LTC), Paul Vernon and Jackson Palmer (DOGE) answering questions at CoinSummit's altcoin panel

He discusses this at conferences, and was a on a panel at San Francisco's recent CoinSummit event talking about alternative cryptocurrencies.

Vernon shares the government's uneasiness about decentralized money being used in nefarious ways. As he sums it up:

> "Our concern is, and the government's concern is, money laundering. So we need to kind of be the poster children of how to do [compliance] correctly. So I'm not going to launch [a fiat currency option] until I'm ready to be on the poster."

Auroracoin   Coinsummit   Compliance   Cryptsy   Devcoin   Dogecoin   Litecoin   Paul Vernon

🐦   f 99   g+ 15   in 7   reddit 1   ✉

ROM THE WEB                                        Sponsored Links by Taboola

op 10 Best Credit Report Providers
op 10 Credit Reports

Ultra-High Paying Miles Rewards Cards Have Hit The Market
ndingTree

Vhy Jim Cramer Thinks You Should Walk Away From Your Mortgage
ilfs.com

New MMORPG You Won't Get Bored With. Click Here To Try!
tormfall - Online Game

idiculously Popular Hoodie is Finally Available After Months on Waitlist.
.com i American Giant Hoodie

Phone 6 Plus's Being Sold for Next to Nothing
ulBids

Iorida Homeowners Are In For A Big Surprise
ato Marketplace

orget The iPhone 7. Next Apple Sensation Leaked

**low Much Money Do You Really Get from a Reverse Mortgage?**
ewRetirement

**op 5 Stock You Need To Own To Retire Early**
ewsmax

REVIOUS ARTICLE

 **Hemant Taneja: Quality Entrepreneurs are Driving Bitcoin...**

NEXT ARTICLE

 **BTC38 Suspends RMB Deposits, Cites China Central Bank...**

ELATED STORIES



Oct 23, 2015 at 14:15 | Yessi Bello Perez

### Barcelona to Launch Local Digital Currency, Reports Claim

Barcelona city council is reportedly working to launch its own digital currency in the next six months.



Oct 14, 2015 at 22.29 | Pete Rizzo

### Chainalysis: Barclays Deal is Start of Banks Opening Up to Bitcoin

Bitcoin compliance startup Chainalysis discusses its new partnership with UK bank Barclays and its potential impact on the ecosystem.



Oct 13, 2015 at 22:42 | Pete Rizzo

### Bitcoin Firm Signs Compliance Deal With Banking Giant Barclays

UK banking giant Barclays has signed contracts with two blockchain startups, according to the New York Business Journal.



Oct 12, 2015 at 15:40 | Pete Rizzo

### Scorechain Raises $570k for European Bitcoin Compliance Solution

Bitcoin compliance solutions provider Scorechain has raised €500,000 ($570,000) in seed funding.

 **Trade Bitcoins—without the risk of owning them.** Find Out How  N NADEX  Binary Options

☘ SPONSORED

Top 10 Highest Paid Hollywood Actors

Comments for this thread are now closed.    

**17 Comments**    *CoinDesk*    🗨 Login ⁓

Cloud    Mobile    Social    Big Data    Bleeding Edge    Columns ▾    About ▾    🔍

# Bitcoin exchange Cryptsy may have gone full Mt Gox, refuses to pay out users

by Duncan Riley | Oct 19, 2015 | 0 comments




/women·in·tech



CLICK HERE TO FIND OUT HOW

W

PREMIUM







Bitcoin and altcoin exchange Cryptsy (Project Investors, Inc.) may be in a serious trouble, with one report over the weekend claiming that the exchange is refusing to allow users to cash out.

A report from *The Merkle* goes as far as claiming that the company has "gone full Mt Gox" (a reference to failed Japanese Bitcoin exchange Mt Gox) and that customers have had their funds frozen or were locked out of their account and are unable to withdraw coins.

It's suggested that the downfall of Cryptsy may be related to the company being involved in a GAW Miners/ Paycoin ponzi scheme, in particular that Cryptsy held a Prime Controller for Paycoin and profited from the scam; it was reported earlier this month that Cryptsy was under Federal investigation for its involvement with Paycoin, and not from one agency but several: the Securities and Exchange Commission, the Internal Revenue Service and the Criminal Investigation Division of the Internal Revenue Service.

The report links to multiple users who have complained on popular Bitcoin forum *Bitcointalk* going back months who all have a similar story: they are unable to withdraw funds from Cryptsy, they have either been ignored by support or threatened with losing their accounts for constantly contacting support; in one case one user claims that Cryptsy changed the password on his account and wouldn't let him access it.

This isn't the first time Cryptsy has been in the spotlight for poor behavior with the company being sued in 2014 due to its links to the also now notorious Bitcoin Savings & Trust ponzi scheme.

Complaints, in that case, included that Cryptsy using deceptive and misleading tactics such as the promise of high profits based on seven percent weekly interest; not providing a safe and reliable platform to trade cryptocurrencies; and excessive fees and commissions, among others.

RELATED: Winklevoss twins talk about their new Gemini Bitcoin exchange in a Reddit AMA



## No surprise

we've seen this before; the more important aspect is whether users are able to withdraw their funds, and answer currently would appear to be no.

If they have "gone Mt Gox" it's of absolutely no surprise whatsoever, given the company's previous involvement with some of the worst scammers and criminals to have ever operated in the Bitcoin space; that people would still trust the services of this company in October 2015 despite the nefarious company they keep is a sad reflection that either people don't do some basic due diligence about the people they trade with, or just don't care, and although there are legitimate victims here, the Latin phrase *Caveat Emptor* comes to mind.

Cryptsy is one of the ever shrinking pre-regulation, old school exchanges complete with Belize registration at a time where the Bitcoin and cryptocurrency space has moved to transparency and financial compliance through venture capital backed companies such as Coinbase and Gemini, taking Bitcoin to a broader, more publicly acceptable space.

The death of Cryptsy will be sad for those who lose money, but good for Bitcoin in the long term as the market can only progress once it is purged of those who are willing to steal and defraud users.

*Image credit: stavos52093/Flickr/CC by 2.0*

---

About | Latest Posts



## Duncan Riley

Duncan Riley is a senior writer at SiliconANGLE covering Startups, Bitcoin, and the Internet of Things.

Duncan is a co-founder of VC funded media company B5Media and founder of news site The Inquisitr, and was a senior writer at TechCrunch in its earlier days.

Tips? Press releases? Intersting startup? email: duncan@nichenet.com.au or contact Duncan on Twitter @duncanriley



# SIGN UP FOR THE SiliconANGLE NEWSLETTER!

Join our mailing list to receive the latest news and updates from our team.

First Name | Last Name

youremail@somedomain.com

**SUBSCRIBE!**



**Popcorn**
**Time pirate movie streaming coming to a browser near you**



**Facebook will now alert you if you're the target of government cyber attacks**



**What you missed in the Smart World: Wearables get their own phone numbers**



**StarCraft II match-fixing scandal leads to arrests and lifetime bans in Korea**



**AllSeen Alliance releases major security update for IoT standard**

**Premium Research**

**Is VMware Building a DevOps Framework for the Masses?**
- Brian Gracely
While Cloud Native Applications and DevOps are generating massive amounts of hype, the ability of IT organizations to execute on this vision outside of Silicon Valley is often being questioned. VMware's Cloud-Native Apps group is putting together an infrastructure framework that might just be the right model to bring DevOps interactions to the masses.

**Technical Dive into Cloud Native Application Platforms**
- Brian Gracely
The markets and ecosystems around Structured and Unstructured application platforms are rapidly evolving,

**Get 100 Bits for free!**

Primary Email

SEND ME THE COINS!   


*We Translate Bitcoin into Plain English*

BLOG ∨     GET YOUR FIRST BITCOIN ∨     HOW TO BUY BITCOINS ∨     BITCOIN MINING ∨     TOOLS & RESOURCES ∨

YOU ARE AT:     Home   »   News   »   Federal Investigations of Cryptsy Underway

E N D   O F   S O C I A L   S E C U R I T Y
Leaked Evidence Stumps Obama and Stuns Retirees.     

| Federal Investigations of Cryptsy Underway

BY COIN FIRE ON OCTOBER 4, 2015 · UPDATED ON OCTOBER 20TH, 2015                    NEWS

# 171
shares

Share on Facebook     Share on Twitter     +        What's This?

Coin Fire is now able to report that multiple federal investigations are underway regarding Cryptsy.

The online exchange is under several investigations with multiple agencies including the Securities and Exchange Commission, the Internal Revenue Service, and the Criminal Investigation Division of the Internal Revenue Service, among others.

Documents from various investigations obtained by Coin Fire show a litany of purported wrongdoing by the company and several team members. The large number of allegations levied against the company varies from agency to agency in more than 300 pages of documents. In some instances, the investigation alleges that the company failed to obtain appropriate licenses. In one particular instance, a connection is made between a Cryptsy team member and GAW Miners' fraudulent operations. Other government agencies report a failure to report gains appropriately, market manipulation, the sale of unlicensed securities, money laundering, and more.

The document cache obtained by Coin Fire contains materials ranging from the Securities and Exchange Commission to the Department of Homeland Security. The earliest records in the cache against Cryptsy contain minor investigations of wrong-doing and are dated prior to the larger investigation of Mr. Homero Joshua Garza and Mr. Carlos Garza; however, the information discovered during the GAW Miners investigation caused lead investigators from multiple organizations to begin scrutinizing Cryptsy and its parent company, Project Investors, more closely. The investigation against Cryptsy intensified after a "PayCoin controller" was exchanged to the company and the two investigations began to run concurrently.

In one document, FinCen began to examine allegedly illegal transactions where money was being moved to accounts connected to suspected terrorists, but the investigation had since stalled. This document was set aside and ignored for several months until recent information indicated potential transactions with suspected terrorists. Later documents referenced this earlier FinCen document, with the most recent alleging that both Project Investors and Cryptsy were aware of an account on their platform being used by an individual with ties to banking watch lists and restrictions.

The documents also explore other allegations. In one report, an organization alleges that the company utilized automated trading software on a platform that directly benefitted Cryptsy staff members. The report also alleges that a key Cryptsy staff member performed fraudulent transactions related to the movement of PayCoin by Mr. Garza.

## Get Your First Bitcoin



Get 100 Bits when subscribing to 99Bitcoins

Enter your first name

Enter your primary email

**SEND ME THE COINS!**



alleges that Cryptsy was being used to finance a larger financial movement for both him and Paul Vernon. Furthermore, the report claims that the company was aware of this movement and not merely complicit; this allegation is echoed by material within the document indicating that (1) staff member engaged in these fraudulent transactions and transfers, and directly engaged in market manipulation.

A wide variety of federal agencies have taken an interest in cryptocurrency companies over the last year, with many preparing for administrative actions and even criminal charges in early 2016. These agencies have been seen cooperating on several levels. One agent with the Securities and Exchange Commission told Coin Fire that they were,

> Looking at the worst offenders in cryptocurrency and would be closing in further on our unofficial "top ten" list of which Cryptsy and Project Investors will find itself to be in the Top 5.

memo321-crp

**Get 100 Bits for free!**



SEND ME THE COINS!

OCTOBER 2, 2015

Is Coinbase abusing its referral program participants?

SEPTEMBER 3, 2015

What will the future hold? Bitcoin price prediction for 2016

AUGUST 10, 2015

Buy Bitcoins With PayPal Instantly – Avoid Scams, 100% Safe

APRIL 27, 2015

Accessing the Darknet in Under 2 Minutes – Beginner's Guide

Additional draft documents allege that the fraudulent transactions and direct market manipulation have been ongoing for an extended period of time. One agency stated to prosecutors that "[we have]undeniable proof of direct market manipulation by the company." This draft document to prosecutors references an attachment containing information as to how that conclusion was obtained, but was not made available to Coin Fire at this time.

allegmemo212cryp



RECENTLY REVIEWED BY 99BITCOINS

TREZOR Bitcoin wallet                    (8.9)

Ledger Wallet                            (8.7)

Coinmama                                 (8.5)

BTCJam                                   (8.3)

Other claims from FinCen center on the issue of failing to obtain licenses on a state-by-state basis. Although state governments are tasked with the enforcement of state-level licenses, FinCen clearly outlines Crypsty's failure to obtain said licenses. This failure was used as additional evidence that the company has engaged wilfully in violations of the law. An internal memorandum amongst FinCen staff later included this information and recommended that the company's "licensing issues" should be discussed with various states.

The documents from FinCen contain several screenshots of Cryptsy staff members on a popular bitcoin-related forum making claims about the validity of licenses, which were then verified by the agency on six separate occasions. Cryptsy later denied the posts publicly, but the various social media posts within the document attachments were certified as authentic by various federal computer forensics teams.

FinCen also makes statements regarding transactions that an organization claims were criminal in nature.

**Get 100 Bits for free!**

Primary Email

SEND ME THE COINS! 

One organization began working with information from the Department of Homeland Security, and initiated an investigation of bank transfers to several banking institutions via sealed subpoenas. The records allege that the company platform was used in money transfers to accounts linked with suspected terrorists. The document further alleges that Cryptsy had been used as a means of money laundering for some time, and that the company was aware of this activity and allowed it to continue.

It appears from the reports that investigators will begin seeking formal subpoenas. These subpoenas are believed to be delivered in 2016, and will likely request a wide range of information including transaction history, server information, and consumer account information.

In the interim, one federal organization's sealed subpoena revealed information that they found "interesting" according to one memorandum and would be used as part of an action against several members of the Project Investors team.

**Share on Facebook**　　**Share on Twitter**　　**+**

**How did this article make you feel?**

| 0 | 2 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| Delighted | Sad | Wow!! | Good | Educated | Intrigued |

About　　Latest Posts

**Coin Fire**

Coin Fire is a cryptocurrency news site started on June 6th of 2014. The site focused on hard-hitting investigative stories. Coin Fire was acquired by 99Bitcoins on October 2015.

Get 100 bits for free!

Primary Email **Get 100 Bits for free!** Primary Email    SEND ME THE COINS! Primary Email    SEND ME THE COINS!    Ⓧ

---

**RELATED POSTS**

---

OCTOBER 25, 2015

Bitcoin recap: Here's what you've missed in the past week (October 19 – October 25)

OCTOBER 18, 2015

Here's what you've missed in the past week (October 12 – October 18)

OCTOBER 11, 2015

Here's what you've missed in the past week (October 5 – October 11)

---

**17  COMMENTS**

---

HW HELP on OCTOBER 4, 2015 22:30

Thanks for the heads up. I safely move my funds out, at least withdraws are working (for now).

REPLY ›

---

JAYBNY (@JAYBNY) on OCTOBER 5, 2015 00:35

skip NASDAQ, nyse, bats, CME, cboe .... and GO after cRyPTsY? classy feds, classy.

REPLY ›

---

FOO BAR on OCTOBER 5, 2015 02:25

retards need to mind their own business, cryptsy dont back down to these scum bags, ohh and while your at it do away with the silly verification and external regulation of your private company!!!

REPLY ›

---

JOSEPH PATRICK  on OCTOBER 5, 2015 07:11

I dont see any sources. References to "documents" seem rather vague. Seems like the "documents" were written by coinfire themselves aka sounds like fud in my opinion.

REPLY ›

---

TCG on OCTOBER 5, 2015 14:50

The same fud that occurred with Homero Garza & XPY? Cryptsy is just trying to do damage control, and it's far too late for that. If you lie down with dogs, you will get up with fleas. They deserve what's coming.

REPLY ›

---

MARLENAC on OCTOBER 5, 2015 12:26

What a bunch of BS LOL and trying to wrap cryptsy in with GAW miners was just sad Cryptsy has the required licenses to operate in the US and Canada. Your "news" organization (using that term loosely) needs to actually research the subject manner lol
Fud Fud Fud of the jungle lol

REPLY ›

---

KRZYSZTOFSZUMNY  on OCTOBER 5, 2015 12:49

Only decentralized exchanges like bitshares have the future!

## Get 100 Bits for free!

FRANKENMINT (@FRANKENMINT) on OCTOBER 5, 2015 15:40

Primary Email

**SEND ME THE COINS!**

ⓧ

@joseph is right – there aren't any references. I can make this easy right now for everyone. Go to your favorite search engine then type this in: (site:fincen.gov cryptsy) you can see each and every webpage or pdf file available publicly. If you step back and look for bitcoin or even cryptocurrency you only get results for guidance advice and for ripple. I too don't trust this article.

REPLY ›

LEON on OCTOBER 5, 2015 17:28

Very satisfied Cryptsy customer for 2.5 years. Occasionally had problems – always dealt with professionally and in good time. This article is long on innuendo and short on anything else. Basically it looks like the author went into the garbage at the SEC and taped together some old shredded documents pertaining to complaints that were investigated and found unwarranted (and thus discarded.) Meanwhile on account of this tripe the notional value (in BTC) of my alts portfolio at Cryptsy has dropped over 10%. Oh well – time to buy cheap FeatherCoins and WorldCoins and AuroraCoins and... (don't construe that as advise!) The lesson here? Cryptsy should probably have filed suit the last time this site had spurious things to say about their exchange.

REPLY ›

M on OCTOBER 6, 2015 06:18

Nice way to send your 'news' site down the crapper...obviously a bunch of made-up BS.

REPLY ›

CLOWNIUS on OCTOBER 6, 2015 06:31

Funny im seeing the same things said now by the people defending Cryptsy as were said by the people defending GAW from the Coinfire FUD articles.

Sadly those all proved to be true.

Think about that and decide if your money is safe with Cryptsy is all i suggest.

Coinfire hits the mark a lot

REPLY ›

JGMSAILOR on OCTOBER 6, 2015 15:01

I can tell you one thing. I wish I would have listened to Coinfire when they started reporting on GAW and Josh Garza. If I had a time machine I would go back and sell all my xpy, or better yet never have purchased web based miners. I should have just purchased hardware for myself.

REPLY ›

ꞱꓵOƆ·ƎꓒⱯ⸝ᗡⱯꟽƎHꓕ@) (@THEMADAPE) on OCTOBER 6, 2015 16:51

Cyrptsy is now suspect. Coinfire has demonstrated, with their accurate reporting of the Garza Scam, that they have legit sources within government alphabet agencies. Take heed people, Coinfire has never been wrong in such matters and would never publish this article without having documentation and a vetting process in place.

You have been warned!

DISCLAIMER: I have zero affiliation with Coinfire.

REPLY ›

BLADE RUNNER on OCTOBER 6, 2015 17:13

so many cryptsy fanboyz. general rule of thumb where there is smoke, there is usually fire.