CFN 20160038434
OR BK 28083 PG 642
RECORDED 02/03/2016 12:40:59
Palm Beach County, Florida
AMT 285,000.00
DEED DOC 1,995.00
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0642-0643; (2Pgs)

Prepared by:
Performance Title & Escrow LLC
Krissy Blanco
8188 Jog Road, Suite 101
Boynton Beach, FL 33472
incidental to the issuance of a title insurance policy
File No.: BB15-09203

# GENERAL WARRANTY DEED

Made this January 29, 2016. A.D. by **Paul Edward Vernon and Lorie Ann Nettles, husband and wife,** whose address is: 16832 Charles River Drive, Delray Beach, FL 33446 hereinafter called the grantor, to **Allison Poquette, a single woman,** whose post office address is: 8656 Tourmaline Blvd, Boynton Beach, FL 33472, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Palm Beach County, Florida, viz:

**Lot 15, Rainbow Lakes - Tract "E" (a P.U.D.), according to the plat thereof recorded at Plat Book 59, Page 184, in the Public Records of Palm Beach County, Florida.**

**Parcel ID No.: 00-42-45-14-17-000-0150**

Subject to all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2015



EXHIBIT "E"

Prepared by:
Performance Title & Escrow LLC
Krissy Blanco
8188 Jog Road, Suite 101
Boynton Beach, FL 33472
incidental to the issuance of a title insurance policy
File No.: BB15-09203

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

Signed and Sealed in Our Presence:

_____
Witness Printed Name: Krissy Blanco

_____
*[Signature]* PDA FOR
**Paul Edward Vernon**
16832 Charles River Drive
Delray Beach, FL 33446

_____
Witness Printed Name: LAURENCE D PARKER

_____
**Lorie Ann Nettles**
16832 Charles River Drive
Delray Beach, FL 33446

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 29th of January, 2016, by Paul Edward Vernon and Lorie Ann Nettles, husband and wife, who is/are personally known to me or who has produced a valid driver's license as identification.

_____
Notary Public

KRISSY BLANCO
MY COMMISSION # FF234182
EXPIRES May 25, 2019
(407) 398-0153    FloridaNotaryService.com

My Commission Expires: _____

(SEAL)