| | |
|---|---|
| **From:** | Genevieve Hall <GHall@kleighlaw.com> |
| **Sent:** | Thursday, February 11, 2016 10:54 AM |
| **To:** | Rebecca Feinberg |
| **Cc:** | Scott Silver; David Silver; Jason Miller |
| **Subject:** | RE: Liu v. Project Investors, Inc. d/b/a Cryptsy and Paul Vernon -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA |

I cannot accept service as I do not represent him or any of the associated corporations at this time. My representation of Mr. Vernon was limited to his family law matter and terminated upon the entry of the final judgment in case number 502015DR009881XXXXSBFZ.

**From:** Rebecca Feinberg [mailto:rfeinberg@silverlaw.com]
**Sent:** Thursday, February 11, 2016 9:46 AM
**To:** Genevieve Hall <GHall@kleighlaw.com>
**Cc:** Scott Silver <ssilver@silverlaw.com>; David Silver <dsilver@silverlaw.com>; Jason Miller <jmiller@silverlaw.com>; Rebecca Feinberg <rfeinberg@silverlaw.com>
**Subject:** Liu v. Project Investors, Inc. d/b/a Cryptsy and Paul Vernon -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA

<u>E-mail sent on behalf of David C. Silver, Esq.</u>

Dear Ms. Hall:

Attached is Plaintiff's Motion for Service by Alternative Method filed in the above-referenced matter.

An additional copy will <u>not</u> be served by U.S. Mail.  Please let us know if you have any difficulty opening the attached document.

Best regards,

*Becky Feinberg*
*Legal Assistant to Scott L. Silver*



*11780 W. Sample Road*
*Coral Springs, FL 33065*
*Telephone: (954) 755-4799*
*Facsimile: (954) 755-4684*

1-800-975-4345
Website: www.silverlaw.com

Notice: This message, including any attachments, may contain legally privileged and confidential information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of the Silver Law Group.



**EXHIBIT "G"**