

## FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 8, 2016

DAVID C. SILVER, ESQ.
11780 W. SAMPLE ROAD
CORAL SPRINGS, FL  33065

Pursuant to Chapter 48.161, Florida Statutes, a copy of the process and initial pleading, case number 9:16-CV-80060, was accepted for PROJECT INVESTORS, INC., and was filed on March 1, 2016, at 04:00 PM.

Plaintiff(s)

JINYAO LIU, BRANDON LEIDEL, and MICHAEL WILSON, individually and on behalf of All Others Similarly Situated,

-vs-

Defendant(s)

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation, et al.,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 916A00004715

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JINYAO LIU, BRANDON LEIDEL, and MICHAEL WILSON, individually and on behalf of All Others Similarly Situated,

Plaintiff(s)

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation, PAUL VERNON, an individual, and LORIE ANN NETTLES, an individual,

Defendant(s)

Civil Action No. 9:16-cv-80060-MARRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Project Investors, Inc. d/b/a Cryptsy, a Florida corporation
C/O Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David C. Silver, Esq.  AND  Marc A. Wites, Esq.
Scott L. Silver, Esq.          Wites & Kapetan, P.A.
Jason S. Miller, Esq.          4400 N. Federal Highway
Silver Law Group               Lighthouse Point, FL 33064
11780 W. Sample Road
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 23, 2016

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

JINYAO LIU, BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

**JURY TRIAL DEMANDED**

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.

_____/

## AMENDED CLASS ACTION COMPLAINT

Plaintiffs, JINYAO LIU, BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated ("Plaintiffs"), by and through undersigned counsel, hereby sue and make the following allegations against Defendants PROJECT INVESTORS, INC. d/b/a Cryptsy, a Florida corporation ("CRYPTSY"); PAUL VERNON, an individual ("VERNON") (collectively "the CRYPTSY Defendants") and LORIE ANN NETTLES, an individual ("NETTLES"). In support thereof, Plaintiffs state as follows:

### NATURE OF THE CASE

1.     This nationwide class action is brought by Plaintiffs, individually and on behalf of a class of similarly situated users (the "Class Members") of PROJECT INVESTORS, INC. d/b/a Cryptsy. At all material times, the CRYPTSY Defendants operated an online business for general consumers and the public to exchange, invest, and trade in digital cryptocurrencies. Plaintiffs seek damages based upon the unlawful conduct of the CRYPTSY Defendants in denying account