Reward Contract

**Project Investors Inc DBA Cryptsy.com,** known as "First Party," agrees to enter into this contract with **Cryptcracker**, known as "Second Party" on **March 13, 2016.**

This agreement is based on the following provisions:

1. Cryptcracker will recover for reward the stolen 13,000 Bitcoin (approximate) from the Cryptsy exchange for a base reward of 1750 BTC about %13.46154 of the 13,000 Bitcoin. To account for the approximation a %13.46154 bounty percentage fee will be awarded to Cryptcracker for all recovered Bitcoin instead of 1750 Bitcoin if the recovered amount deviates from 13,000 Bitcoin.

2. Cryptcracker may recover stolen 247,000 Litecoin (approximate) for an additional award of 250 Bitcoin. This recovery is listed as secondary to the recovery of the Bitcoin. This recovery is to take place once the recovery of the Bitcoin is complete.

3. Additional bounties may be paid for recovery of BTCD (37,400 approximate) and X11 (239,000 approximate) along with other coins lost. Amount of bounty to be decided After Bitcoin and Litecoin are recovered.

4. The recovery of the Bitcoin is the primary concern so it will receive attention ahead of the recovery of other coins. The recovered Bitcoin is to be sent to First Party owned Bitcoin address: **1Mr4WJMQCXs9WtvHTwafQnXbtSXCMc9eSr** within a maximum of 3 hours of receiving the Bitcoin the First Party is to send 1750 Bitcoin or %13.46154 of the recovered funds to Second Party owned Bitcoin address: **1H9utcaSkwstmP4qFgoE3HyBjkM1oeFTLK**

To ensure privacy the Second Party wishes to stay anonymous however if problems arise and the Second Party is required to reveal their identity a signed message has been created by the Second Party (Cryptcracker). The signed message will contain the Second Party's identity along with their legal name, date of birth and location of birth. Only the Second Party has the capability of unencrypting this signed message. The Second Party's signed message and public pgp key will be shown in this contract.

Second Party public key: -----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v1

mQINBFbk7isBEADDCV+XrBBLdLGz57HT6DIWMrEdknIPx1SoLm6EZ7/ZblaPBG5U

**EXHIBIT "A"**



VhMiNHkrGE+ydyNGWPW02TgwUGXfCgR8IPTJTbOSx2++c2AmXkFIRGDkN+pKSq2fRz+mUv9YM1v+XYd8eBRIEtFoMkLTgjFmb5436vntT6ob7k/F0T2xuDy4Dmcj2HVf3SdrF36rQ0uV/jFAV/1oGJ+VGT0JLLbnCuadmFs5c5HN81e4XVwkxmDJBQQMe95OcUhoNVNUEFQshuFbPPLoATgeBeGPnbBh2RHrzej6vnSwJoKD2AdnYX0KC5aGHfTqbwGuaw0Uewa7wHS9R+BjhNgjIjHeMr/hnq0AvaRgt85JWd2ONY3DZKdfo9dK//VNTPsN7rBimOAKwHPb/kWKZMi/d752nDYyPuuMcp9VPZ9uLC5cKsUYnYhyqnIzURkoAQTU+fkaVh4DLBLV4xHnjURV4zGWInmQE11ZPQZEoCYB9RfW/aOLTcw4rZB0Ahq0ih0DOMZb1q25WlwGNxM7q1ULfYQOyGBLpr19qvP14LlC3C4TTMY+xrH+FcY8B2bko92Tjtu6Mv31O4rhhA1rMkDNlWRE1S5SMEE3eHnGnNSiBpidl1ssdCAZQ39fsR2WaoPQnkdwZIvxRqmSU2Czv/VLe20GekC48zFKHuZkAzav16QgajPD03GlrwARAQABtEFDcnlwdGNyYWNrZXIgKGp1c3Qga2p1c3QgYSVlcCBvbiBab2luZy)PDM5NHUwMDl3cmd5dTM0ZTlnNDVAZ21haWwuY29tPokCNgQTAQoAIAUCVuTuKwIbAwULCQgHAwUVCgkHAwUVCgkICwUWAgMBAAoJEEjJ85M4vmbJa0ZQP/1SoEFwiDJY6lT2gwPcrCp5xcafBO84pxOfc9A2NMzzdMlqJS6jRzvR3TRReQz7FywU5mKOJXhfi6WMIUirrFwRZ5iCGZpj6ZDIEO1MbR0UxHUQb3o4T9zwRK8zXJ+lOI7EQLAfvplKvxoGhs9Kh/365rQMqybHqw+fZ0utkeyXAQYT2TLKdjYVM+0JWLeS9b4s6nR2BlHDsLLvPtjNr/Wasq7St2wg9UVKBx+8L7YaJ0Owls1G+OAhu2R7g9tnHamZHmX2dRLlrAR3zfzXcxsZC8pJXsbj2cPEWAtJuiXjN2swyNA6yCNfJN5FYLOfp8rBMlqv5AO+9NSonoDlP9Dio6968jn24iQhGP3ylqP9/rXeiChUIqvtP+OTJMOe+VSY0cb9U9a8jJlF7n7reeUI25rawu6SjKdWtZiBXVUCMDwxfk+ZmpYxwPwNv/9t4CynhsDTOZ/K5iJ3lP+4pgU5tSGhEOV1zcYkwn2s+GlwqiGpx/q7G4M48pxxFVEvfkfFRYmTOIlung929BPl6NVN2ealMvZ9RpUbQ2CrtjzXe2yKWuNTMLSoAN7LsaWyykMCC3e+LqFOHRy7OYWWXfxWtzcT04M/WIyinkkPG2flV5in8nZzxzX1Q39AFVl2IHKkwlo6IVlq2uY5evcS3+CF4PdMWar6PZz14EcZ9BmU5uQINBFbk7isBEAC6U3DI2RlNxEvfwazyOj8OiuvYoTi3doLtmr+h1eNsV4s+7rILYLezOr7Z06+W062dpSioxjZ9sD5ILseGtb3qb1upXsMIzdYN2I4fDi1ikkbdCj/nCIKZY7kY9C5tWM5jM01G3ElknsCoy7mc3II2h79eDMXY7i6N+HIfTWEuv/ZwOdoLr+ZPtHdN/pat9Rgd6z0DJeuJ5ft/DEWUx0h7zqqHrg3SB7wWZVGv6oZqIP/32kKHeaVQ0tni3z7cTB7wRSEpWvPlNdmINZYpV25MoUWnBfxxw2BXEEI/Fk30Ih4uOU90xdIUUBqMzdY1/AjB2AbMs48PTFsTi0d6obuOVbQG++f4PR/0QR/9KbqpPKP2bzkOLNa6zXxySMTgKU+ocXnYq1nZPt+FUx5Gq/MPr/kQuQu2R3gJxwxDeUeFhRI0KIYbXuQ/aBktUeGC5lABmUevH/Y1jpHsPK7c/8IfHGnAvLeSXE1rkWCRJP9e7dc7J/3h2ND7/yoPzpatZo0g0R+dRQQZPJaFwgeqQ5j2EsGc82iR5R4VpTlNJh8x0gaJ9K7wjwf31ir6FdB3hMq5NDw66POLUZTpN+SBDk/fpwE1nDUEHHUvhpPg2WeEf83G8rDwHGmOrHCvYsw4P6TaMzq3RIIb4eIm9fXBhX7MtlljMwCdBy5vqPLaRN6XCVQARAQABiQIfBBgBCgAJBQJW5O4rAhsMAAoJEJJ85M4vmbJamuEP/j6FjGSJXI6xx44EtUHCz8iuBK+S1bBEEOfRn1i/rLe6ZkOW+o6p6D27tG8ariGlJqs6EmSz+3G2ijtUzSPaHRz7kJdxNHUM3SJvfBK2Gb1EyMLxyD+IZUtfdBd7y++5vOSC

43ZYSuiYGfKnY8GAdTgMLvhPuP27YVGNSrFj37Z/tSsGx7Ts0ew5yNAEgSW6h/i0
pS+qlBYrkpKgTEJQq1bW8Wo9lDu3bLsnEHDHc3lT8AVFrTGAxQDtxyOop+6zVx3x
Vh/V1T9LJT7FYEnN56LR7alDaKav08Fuj4/0fxc7tDPdMHqOdkAVVtS2nD3lKo/n
h+lfMzyUmUVWGyLfaAe/zuUw+tJNw1kL915llhcroT714RSj5GSiR93TuLSNRzXS
GdL5JrF/1+6rnWOZg+4QRKYQvp8U5riQ4VPjz3VvgcD+liNqFYs7fiAYOZKwLi7O
GBW9GVZ+R/3ZE44/MEQIJW5TIQlVJdufERaAOErird0TYmSbjfbwa1honq5ocp5E
1/JdWLIcr0m9ddVkYcwaGgpXaDyDOMtcqxg/Hsz8bHAowSne8bG4aW5YGqRy54eA
ey3SsN+V6jROWIl50DFit9MwrplDSzmxb4FqhmmiqALHi3yML22Stq3lqKJ6T2OG
zOlL3pVl7JLMUw9jk4/Xy26HAXqGiqZuC6akbBz9
=eykE
-----END PGP PUBLIC KEY BLOCK-----

Second Party Signed Message: -----BEGIN PGP MESSAGE-----
Version: GnuPG v1

hQIMA0o/qqWY3W+4ARAAnr8KjYPp31I4G+m6QF9Rb12eMJ7KDVfYZcK90G9BX+TD
qGc8kWHkaCX5fH1k1d7gP5zfVTjzzCYQ7Ecv/OUu0i9i/3uHrwPd2o2keoeoyn0P
5hg0wn+s7NPUjO7wLBbEkpz5xKyBj5a9WSOB3rmzDvxPq1SuC+1GToV6qbbNmb6d
o5NT1d1NSl8pg1BJmT7ojuPhbQdMql/Wi0XtvxNlGxDRu9jkFN9c79Ec+pzoGqPL
1i0oTna8uNAuSof+nFYWhdN97ukQBMTIsQUu0eDBpYbHedhTpC9SU/DEElftrsAJ
nZX3LCeHcHwhIXBFThrb1emCIDsQp4jRe9YhhSARLOqDawPcUet+SKC7JkA/k1IT
8Mv17WHzX0KOvQBI4Y2522FXrtTZF6/HcQW7QMtCaGe5UEKSHUNVKH2ZSm6sCx
d9
fORTL6hToqKFzy8uPqb84sm/770dmseBHyLJ3J52EZ4H5hOG40Xunk/fkstW0Z7O
8crFVRhzOD2yn/93zruz8PCOKyL4hEfR5eWCVxHqJoR4TJWE94uqQB4kEdL25b0S
ULn6IjhTtkXU8Yf/Y3LVQRIglG99mNH49yxkOYljrNci/4RZLiZ5nM2zGcZ6Wf5r
52CmGNaXyz9bxBr/AGuLfSBfnsMbHAPJEcUxNv7xAQXtbVJ5u6DyWUiNueS+FJHS
nAG+PxeSFDw2+s5ujWSe7OTEoydlhDWWUxc+G5raVHEqSQUrF49TkR6x2Tv3zE+U
zHz1cUjnUBRE9fwz7Pn/UfKf7t198zrRCzgV0OHhx8OCLTlc4buTXcxmmJyBEMb5
VZSJ7el+r80PbAKPyEwIAUAInSfZ11ZgHYRVGFuFy2R5HLQ7ZXtxUQ50Yn4cEOUu
0UmuJKRfVfWpd7PFQw==
=5+tN
-----END PGP MESSAGE-----

Invalidity or unenforceability of one or more provisions of this agreement shall not affect any other provision of this agreement.

This agreement is subject to the laws and regulations of the state of Florida.

Signed:

```
Paul Vernon    CEO
```
_____    _____
{First Party Name}    {First Party Signature}

Cryptcracker
_____    _____
{Second Party Name}    {Second Party Signature}