# David Silver

| | |
|---|---|
| **From:** | crypt cracker <​███████████████​> |
| **Sent:** | Monday, March 14, 2016 1:42 PM |
| **To:** | David Silver |
| **Subject:** | Urgent: recovered Cryptsy Bitcoin/altcoin |
| **Attachments:** | cryptsyrecoverybountyfinal (1).pdf |

Hello I am the Bounty Hunter that was enlisted by Cryptsy/Paul Vernon to recover the stolen coins, in the contract you can see which I've attached. Some media publications have gotten it wrong I am not the hacker that stole the coins but merely a bounty hunter. I am ready to divulge information that would basically instantly lead to recovery of the coins but I want to make sure I am paid properly for my troubles. I was wondering if you could notarize the contract that I've signed with Cryptsy/Paul Vernon. This is the best chance to get the coins back and without my help the coins would very likey never end back in the right peoples hands. Thank you and I hope we will be able to work together on this to recover the coins.



**EXHIBIT "B"**

Reward Contract

**Project Investors Inc DBA Cryptsy.com,** known as "First Party," agrees to enter into this contract with **Cryptcracker**, known as "Second Party" on **March 13, 2016.**

This agreement is based on the following provisions:

1. Cryptcracker will recover for reward the stolen 13,000 Bitcoin (approximate) from the Cryptsy exchange for a base reward of 1750 BTC about %13.46154 of the 13,000 Bitcoin. To account for the approximation a %13.46154 bounty percentage fee will be awarded to Cryptcracker for all recovered Bitcoin instead of 1750 Bitcoin if the recovered amount deviates from 13,000 Bitcoin.

2. Cryptcracker may recover stolen 247,000 Litecoin (approximate) for an additional award of 250 Bitcoin. This recovery is listed as secondary to the recovery of the Bitcoin. This recovery is to take place once the recovery of the Bitcoin is complete.

3. Additional bounties may be paid for recovery of BTCD (37,400 approximate) and X11 (239,000 approximate) along with other coins lost. Amount of bounty to be decided After Bitcoin and Litecoin are recovered.

4. The recovery of the Bitcoin is the primary concern so it will receive attention ahead of the recovery of other coins. The recovered Bitcoin is to be sent to First Party owned Bitcoin address: 1Mr4WJMQCXs9WtvHTwafQnXbtSXCMc9eSr within a maximum of 3 hours of receiving the Bitcoin the First Party is to send 1750 Bitcoin or %13.46154 of the recovered funds to Second Party owned Bitcoin address: 1H9utcaSkwstmP4qFgoE3HyBjkM1oeFTLK

To ensure privacy the Second Party wishes to stay anonymous however if problems arise and the Second Party is required to reveal their identity a signed message has been created by the Second Party (Cryptcracker). The signed message will contain the Second Party's identity along with their legal name, date of birth and location of birth. Only the Second Party has the capability of unencrypting this signed message. The Second Party's signed message and public pgp key will be shown in this contract.

Second Party public key: -----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v1

mQINBFbk7isBEADDCV+XrBBLdLGz57HT6DIWMrEdknIPx1SoLm6EZ7/ZblaPBG5U

VhMiNHkrGE+ydyNGWPW02TgwUGXfCgR8lPTJTbOSx2++c2AmXkFlRGDkN+pKSq2f
Rz+mUv9YM1v+XYd8eBRIEtFoMkLTgjFmb5436vntT6ob7k/F0T2xuDy4Dmcj2HVf
3SdrF36rQ0uV/jFAV/1oGJ+VGT0JLLbnCuadmFs5c5HN81e4XVwkxmDJBQQMe95O
cUhoNVNUEFQshuFbPPLoATgeBeGPnbBh2RHrzej6vnSwJoKD2AdnYX0KC5aGHfTq
bwGuaw0Uewa7wHS9R+BjhNgjIjHeMr/hnq0AvaRgt85JWd2ONY3DZKdfo9dK//VN
TPsN7rBimOAKwHPb/kWKZMi/d752nDYyPuuMcp9VPZ9uLC5cKsUYnYhyqnIzURko
AQTU+fkaVh4DLBLV4xHnjURV4zGWInmQE11ZPQZEoCYB9RfW/aOLTcw4rZB0Ahq0
ih0DOMZb1q25WlwGNxM7q1ULfYQOyGBLpr19qvP14LlC3C4TTMY+xrH+FcY8B2bk
o92Tjtu6Mv31O4rhhA1rMkDNlWRE1S5SMEE3eHnGnNSiBpidl1ssdCAZQ39fsR2W
aoPQnkdwZIvxRqmSU2Czv/VLe20GekC48zFKHuZkAzav16QgajPD03GlrwARAQAB
tEFDcnlwdGNyYWNrZXIgKGp1c3Qga2p1c3RCvbiBnb2luZykgPDM5NHUwMDl3cmd5
dTM0ZTlnNDVAZ21haWwuY29tPokCNgQTAQoAIAUCVuTuKwIbAwULCQgHAwUVCgkICwUWAgMBAAIeAQIXgAAKCRBJJ85M4vmbJa0ZQP/1SoEFwiDJY6lT2gwPcrCp5xcafB
O84pxOfc9A2NMzzdMlqJS6jRzvR3TRReQz7FywU5mKOJXhfi6WMlUirrFwRZ5iCG
Zpj6ZDIEO1MbR0UxHUQb3o4T9zwRK8zXJ+lOl7EQLAfvplKvxoGhs9Kh/365rQMq
ybHqw+fZ0utkeyXAQYT2TLKdjYVM+0JWLeS9b4s6nR2BlHDsLLvPtjNr/Wasq7St
2wg9UVKBx+8L7YaJ0Owls1G+OAhu2R7g9tnHamZHmX2dRLlrAR3zfzXcxsZC8pJX
sbj2cPEWAtJuiXjN2swyNA6yCNfJN5FYLOfp8rBMlqv5AO+9NSonoDlP9Dio6968
jn24iQhGP3ylqP9/rXeiChUIqvtP+OTJMOe+VSY0cb9U9a8jJlF7n7reeUI25raw
u6SjKdWtZiBXVUCMDwxfk+ZmpYxwPwNv/9t4CynhsDTOZ/K5iJ3lP+4pgU5tSGhE
OV1zcYkwn2s+GlwqiGpx/q7G4M48pxxFVEvfkfFRYmTOIIung929BPl6NVN2ealM
vZ9RpUbQ2CrtjzXe2yKWuNTMLSoAN7LsaWyykMCC3e+LqFOHRy7OYWWXfxWtzcT
0
4M/WIyinkkPG2flV5in8nZzxzX1Q39AFVl2IHKkwlo6lVlq2uY5evcS3+CF4PdMW
ar6PZz14EcZ9BmU5uQINBFbk7isBEAC6U3DI2RlNxEvfwazyOj8OiuvYoTi3doLt
mr+h1eNsV4s+7rILYLezOr7Z06+W062dpSioxjZ9sD5ILseGtb3qb1upXsMIzdYN
2l4fDi1ikkbdCj/nCIKZY7kY9C5tWM5jM01G3ElknsCoy7mc3ll2h79eDMXY7i6N
+HlfTWEuv/ZwOdoLr+ZPtHdN/pat9Rgd6z0DJeuJ5ft/DEWUx0h7zqqHrg3SB7wWZ
VGv6oZqlP/32kKHeaVQ0tni3z7cTB7wRSEpWvPlNdmINZYpV25MoUWnBfxxw2BXE
EI/Fk30lh4uOU90xdIUUBqMzdY1/AjB2AbMs48PTFsTi0d6obuOVbQG++f4PR/0Q
R/9KbqpPKP2bzkOLNa6zXxySMTgKU+ocXnYq1nZPt+FUx5Gq/MPr/kQuQu2R3gJx
wxDeUeFhRI0KlYbXuQ/aBktUeGC5lABmUevH/Y1jpHsPK7c/8lfHGnAvLeSXE1rk
WCRJP9e7dc7J/3h2ND7/yoPzpatZo0g0R+dRQQZPJaFwgeqQ5j2EsGc82iR5R4Vp
TINJh8x0gaJ9K7wjwf31ir6FdB3hMq5NDw66POLUZTpN+SBDk/fpwE1nDUEHHUvh
pPg2WeEf83G8rDwHGmOrHCvYsw4P6TaMzq3RIIb4eIm9fXBhX7MtlljMwCdBy5vq
PLaRN6XCVQARAQABiQlfBBgBCgAJBQJW5O4rAhsMAAoJEJJ85M4vmbJamuEP/j6F
jGSJXl6xx44EtUHCz8iuBK+S1bBEEOfRn1i/rLe6ZkOW+o6p6D27tG8ariGIJqs6
EmSz+3G2ijtUzSPaHRz7kJdxNHUM3SJvfBK2Gb1EyMLxyD+IZUtfdBd7y++5vOSC

43ZYSuiYGfKnY8GAdTgMLvhPuP27YVGNSrFj37Z/tSsGx7Ts0ew5yNAEgSW6h/i0
pS+qlBYrkpKgTEJQq1bW8Wo9lDu3bLsnEHDHc3lT8AVFrTGAxQDtxyOop+6zVx3x
Vh/V1T9LJT7FYEnN56LR7aIDaKav08Fuj4/0fxc7tDPdMHqOdkAVVtS2nD3lKo/n
h+lfMzyUmUVWGyLfaAe/zuUw+tJNw1kL915llhcroT714RSj5GSiR93TuLSNRzXS
GdL5JrF/1+6rnWOZg+4QRKYQvp8U5riQ4VPjz3VvgcD+liNqFYs7fiAYOZKwLi7O
GBW9GVZ+R/3ZE44/MEQIJW5TIQlVJdufERaAOErird0TYmSbjfbwa1honq5ocp5E
1/JdWLIcr0m9ddVkYcwaGgpXaDyDOMtcqxg/Hsz8bHAowSne8bG4aW5YGqRy54eA
ey3SsN+V6jROWIl50DFit9MwrplDSzmxb4FqhmmiqALHi3yML22Stq3lqKJ6T2OG
zOIL3pVl7JLMUw9jk4/Xy26HAXqGiqZuC6akbBz9
=eykE
-----END PGP PUBLIC KEY BLOCK-----

Second Party Signed Message: -----BEGIN PGP MESSAGE-----
Version: GnuPG v1

hQIMA0o/qqWY3W+4ARAAnr8KjYPp31I4G+m6QF9Rb12eMJ7KDVfYZcK90G9BX+TD
qGc8kWHkaCX5fH1k1d7gP5zfVTjzzCYQ7Ecv/OUu0i9i/3uHrwPd2o2keoeoyn0P
5hg0wn+s7NPUjO7wLBbEkpz5xKyBj5a9WSOB3rmzDvxPq1SuC+1GToV6qbbNmb6d
o5NT1d1NSl8pg1BJmT7ojuPhbQdMql/Wi0XtvxNlGxDRu9jkFN9c79Ec+pzoGqPL
1i0oTna8uNAuSof+nFYWhdN97ukQBMTIsQUu0eDBpYbHedhTpC9SU/DEElftrsAJ
nZX3LCeHcHwhIXBFThrb1emCIDsQp4jRe9YhhSARLOqDawPcUet+SKC7JkA/k1IT
8Mv17WHzX0KOvQBI4Y2522FXrtTZF6/HcQW7QMtCaGe5UEKSHUNVKH2ZSm6sCx
d9
fORTL6hToqKFzy8uPqb84sm/770dmseBHyLJ3J52EZ4H5hOG40Xunk/fkstW0Z7O
8crFVRhzOD2yn/93zruz8PCOKyL4hEfR5eWCVxHqJoR4TJWE94uqQB4kEdL25b0S
ULn6IjhTtkXU8Yf/Y3LVQRIglG99mNH49yxkOYljrNci/4RZLiZ5nM2zGcZ6Wf5r
52CmGNaXyz9bxBr/AGuLfSBfnsMbHAPJEcUxNv7xAQXtbVJ5u6DyWUiNueS+FJHS
nAG+PxeSFDw2+s5ujWSe7OTEoydlhDWWUxc+G5raVHEqSQUrF49TkR6x2Tv3zE+U
zHz1cUjnUBRE9fwz7Pn/UfKf7t198zrRCzgV0OHhx8OCLTIc4buTXcxmmJyBEMb5
VZSJ7el+r80PbAKPyEwIAUAInSfZ11ZgHYRVGFuFy2R5HLQ7ZXtxUQ50Yn4cEOUu
0UmuJKRfVfWpd7PFQw==
=5+tN
-----END PGP MESSAGE-----

Invalidity or unenforceability of one or more provisions of this agreement shall not affect any other provision of this agreement.

This agreement is subject to the laws and regulations of the state of Florida.

Signed:

```
Paul Vernon    CEO
```
_____                    _____
{First Party Name}                              {First Party Signature}

```
    Cryptcracker
```
_____                    _____
{Second Party Name}                             {Second Party Signature}