UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80060-CIV-MARRA

BRANDON LEIDEL, and MICHAEL WILSON,
individually, and on behalf of all others similarly
situated,

    Plaintiff,

vs.

PROJECT INVESTORS, INC., d/b/a CRYPTSY,
a Florida corporation, PAUL VERNON, an
individual and LORI ANN NETTLES, an
individual,

    Defendants.
_____/

## ORDER SETTING HEARING

This cause is before the Court upon Plaintiff's Renewed Motion for Appointment of James D. Sallah, Esq. As Receiver/Corporate Monitor Over Defendant, Project Investors, Inc. d/b/a Cryptsy and Request for Hearing [DE 18]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The above-styled cause has been set for a hearing on **Monday, March 28, 2016 at 9:30 a.m.** before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida. Plaintiff is required to serve notice of the hearing on all served defendants.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of March, 2016.

                                                KENNETH A. MARRA
                                                United States District Judge