# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

     Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

     Defendants.
_____/

## **DECLARATION OF DAVID C. SILVER**

Pursuant to Federal Rules of Civil Procedure 4(*l*)(1) and 5(b)(2)(C) and Fla. Stat. § 48.161, I, DAVID C. SILVER, declare and affirm the following:

1. My name is David C. Silver. I am an attorney licensed to practice law in the United States District Court for the Southern District of Florida; and I currently represent Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), in the above-captioned lawsuit.

2. On January 13, 2016, Plaintiffs filed their Class Action Complaint in this matter. [DE 1]. On February 22, 2016, Plaintiffs filed an Amended Class Action Complaint, adding new claims as well as a new defendant (LORIE ANN NETTLES). [DE 8].

3. The Amended Class Action Complaint sets forth numerous claims against Defendants, PAUL VERNON ("VERNON"), PROJECT INVESTORS, INC. d/b/a Cryptsy ("CRYPTSY"), and LORIE ANN NETTLES ("NETTLES").

Civil Action No. 9:16-cv-80060-MARRA

4. On March 1, 2016, a true and correct copy of the Amended Class Action Complaint, and a Civil Action Summons, were served upon the Florida Department of State's Division of Corporations as the public officer designated to accept service of process on CRYPTSY's behalf. The Florida Department of State acknowledged and accepted such service pursuant to Fla. Stat. § 48.161. [DE 17].

5. After receiving the Florida Department of State's acknowledgement and acceptance of service on CRYPTSY's behalf, notice of service and a copy of the process were sent forthwith by U.S. Mail - Certified - First Class to CRYPTSY at its last known mailing address. *See*, **Exhibit "A"** hereto.

6. In light of the foregoing, service was effectuated upon Defendant, PROJECT INVESTORS, INC. d/b/a Cryptsy, on March 1, 2016.

## **VERIFICATION**

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I am counsel for the plaintiffs in the above-captioned matter, that I have read the foregoing affidavit and know the contents thereof, and that the matters contained in the affidavit are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____<br>
DAVID C. SILVER

DATED this   23rd   day of March 2016.