# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

     Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

     Defendants.
_____/

## REQUEST FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT, PROJECT INVESTORS, INC. d/b/a CRYPTSY

TO:    Steven M. Larimore, Court Administrator - Clerk of Court
         U.S. District Court - Southern District of Florida
         Paul G. Rogers Federal Building and U.S. Courthouse
         701 Clematis Street, Room 202
         West Palm Beach, FL 33401

     Plaintiffs, BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 55(a), hereby request entry of a default against **Defendant, PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation**, for its failure to appear or otherwise respond to the Amended Class Action Complaint within the time specified by the Federal Rules of Civil Procedure.

     This request is supported by the Declaration of David C. Silver, Esq. filed concurrently herewith.

     A proposed Certificate of Clerk's Default is attached hereto for the Court's convenience.

Civil Action No. 9:16-cv-80060-MARRA

        Respectfully submitted,

        **SILVER LAW GROUP**
        11780 W. Sample Road
        Coral Springs, Florida 33065
        Telephone:   (954) 755-4799
        Facsimile:   (954) 755-4684

By: /s/ David C. Silver
        DAVID C. SILVER
        Florida Bar No. 572764
        E-mail: DSilver@silverlaw.com
        SCOTT L. SILVER
        Florida Bar No. 095631
        E-mail: SSilver@silverlaw.com
        JASON S. MILLER
        Florida Bar No. 072206
        E-mail: JMiller@silverlaw.com

        - and -

        **WITES & KAPETAN, P.A**.
        4400 N. Federal Highway
        Lighthouse Point, Florida 33064
        Telephone:   (954) 570-8989
        Facsimile:   (954) 354-0205
        MARC A. WITES
        Florida Bar No. 024783
        E-mail: mwites@wklawyers.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   24th   day of March 2016 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com.

    **I FURTHER CERTIFY** that a true and correct copy of the foregoing will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com; and **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

/s/ David C. Silver
DAVID C. SILVER