# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

## DECLARATION OF DAVID C. SILVER

Pursuant to 28 U.S.C. § 1746, I, DAVID C. SILVER, declare and affirm the following:

1. My name is David C. Silver. I am an attorney licensed to practice law in the United States District Court for the Southern District of Florida; and I currently represent Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), in the above-captioned lawsuit.

2. I make this Declaration in support of Plaintiffs' Request for Entry of Default against **Defendant, PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation** ("Defendant CRYPTSY").

3. As demonstrated in earlier filings with this Court, Defendant CRYPTSY was served with a true and correct copy of the Civil Action Summons and Amended Class Action Complaint in this matter on March 1, 2016. [DE 17, 21].

4. More than twenty one (21) days have elapsed since service was performed. Defendant CRYPTSY has not been granted any extension of time to respond to the Amended Class

Civil Action No. 9:16-cv-80060-MARRA

Action Complaint. Moreover, Defendant CRYPTSY has failed to answer or otherwise respond to the Amended Class Action Complaint or serve any answer or other response upon Plaintiffs' attorneys of record.

**VERIFICATION**

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I am counsel for the plaintiffs in the above-captioned matter, that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
DAVID C. SILVER

DATED this __24th__ day of March 2016.