# realtor.com®

Home For Sale – Active

## $1,500,000

## 16832 Charles River Dr

Delray Beach, FL 33446

**5** beds  •  **6** full , **1** half baths  •  **5,526** sq ft



Listing Agent
**Jackie Ellis**
Out to change the way you thing about real estate...

Phone: (855) 247-7739
Email Agent
View Agent's Website 
Agent's Other Listings



Listing Broker
**Keller Williams Boynton Beach**

Phone: (855) 313-2851
Email Broker
View Broker's Website 
Broker's Other Listings









## EXHIBIT "A"

http://www.realtor.com/print/realestateandhomes-detail/16832-Charles-River-Dr_Delray-Beach_FL_33446_M...




# Property Details

## Open House

None at this time

## Overview

EXQUISITE HOME IN THE GRANDE COMMUNITY OF THE BRIDGES BRINGS ESTATE LIVING TO A NEW LEVEL. GORGEOUS APPOINTMENTS THROUGH-OUT INCLUDE GOURMET KITCHEN WITH MAPLE WOOD CABINETRY, LUXURIOUS GRANITE COUNTERTOPS WITH BULLNOSE EDGE AND FULL BACKSPLASH, SUB-ZERO 48" SIDE-BY-SIDE BUILT-IN STAINLESS STEEL REFRIGERATOR, TOP-OF-THE LINE, STAINLESS STEEL VIKING APPLIANCES, CROWN MOLDING, DECORATIVE WROUGHT IRON HANDRAIL ON STAIRCASE, MOEN FIXTURES, IN-HOME ALARM SYSTEM, RECESSED LIGHTING, LARGE GAME ROOM THAT COULD SERVE AS AN ADDITIONAL BEDROOM, MEDIA ROOM, LIBRARY/OFFICE, SITTING AREA IN THE MASTER SUITE, EVERY BEDROOM HAS ITS OWN FULL BATHROOM, CABANA BATH OFF FAMILY ROOM, FULL DECK SURROUNDS BEAUTIFUL FREE-FORM SWIMMING POOL ALONG WITH BUILT-IN STAINLESS-STEEL GRILL AND SINK, NATURAL GAS COMMUNITY

◈ Directions

## Key Facts

- Style: Mediterranean Multi Level
- Single family home
- Year built: 2014
- Price/Sq Ft: $271
- 29 days on realtor.com ®
- Status: Active
- Request Renovation Report

## Schools

8  Whispering Pines Elementary School

9  Eagles Landing Middle School

7  Olympic Heights Community High School

## Features

## Bedrooms

- Total Bedrooms: 5
- Master Bedroom: 20'0'x15'0'
- Bidet
- Dual Sinks
- Mstr Bdrm - Ground
- Mstr Bdrm - Sitting
- Separate Shower
- Separate Tub
- Master Bedroom Level: 1

- Bedroom 2 Room Level: 1
- Bedroom 3 Room Level: 2
- Bedroom 4 Room Level: 2
- Bedroom 5 Room Level: 2
- Bedroom 2: 13'0'x13'0'
- Bedroom 3: 16'0'x14'0'
- Bedroom 4: 13'0'x15'0'
- Bedroom 5: 14'6'x15'0'

## Bathrooms

- Baths - Full: 6
- Baths - Half: 1

- Baths - Total: 6.10

## Kitchen and Dining

- Formal
- Snack Bar
- Dining Room Level: 1

- Kitchen Room Level: 1
- Dining Room: 12'6'x15'4'
- Kitchen: 15'6'x13'4'

## Other rooms

- Living Room: 19'4'x20'10'
- Family Room: 25'8'x17'0'
- Loft: 17'0'x15'8'
- Cabana Bath
- Den/Office

- Loft
- Media
- Family Room Level: 1
- Loft Room Level: 2
- Living Room Level: 1

## Interior Features

- Built-in Shelves
- Entry level living Area
- Foyer
- Laundry Tub

- Roman Tub
- Split Bedroom
- Volume Ceiling
- Walk-in Closet

## Building and Construction

- House Style: Mediterranean, Multi-Level
- Total Floors/Stories: 2
- Flooring: Ceramic Tile, Wood Floor
- Construction: Cbs

- Roof: S-Tile
- Window Treatments: Drapes, Impact Glass
- SqFt - Total: 6613

## Exterior and Lot Features

- Auto Sprinkler
- Built-in Grill

- Open Patio
- Zoned Sprinkler

- Deck
- Fence
- Lake/Canal Sprinkler

- Views: Lake, Pool
- Lot Description: 1/4 To 1/2 Acre

**Waterfront and Water Access**

- Lake

**Garage and Parking**

- Garage Spaces: 3
- 2+ Spaces

- Driveway
- Garage - Attached

**Heating and Cooling**

- Cooling Features: Central, Electric

- Heating Features: Central, Electric

**Utilities**

- Public Sewer

- Public Water

**Appliances**

- Auto Garage Open
- Dishwasher
- Disposal
- Dryer
- Microwave

- Range - Gas
- Refrigerator
- Smoke Detector
- Washer
- Water Heater - Gas

**Amenities and Community Features**

- Basketball
- Bike - Jog
- Billiards
- Clubhouse
- Exercise Room
- Game Room

- Manager On Site
- Pool
- Sidewalks
- Street Lights
- Tennis

**Pool and Spa**

- Private Pool: Equipment Included, Freeform, Gunite, Heated, Inground, Salt Water, Spa
- Pool: Equipment Included, Freeform, Gunite, Heated, Inground, Salt Water, Spa

- Private Pool: Yes

**School Information**

- Elementary School: Whispering Pines Elementary School
- Middle School: Eagles Landing Middle School

- High School: Olympic Heights Community High

**Homeowners Association**

- HOA Fee/Month: $486.00
- Homeowners Assoc: Mandatory

- HOPA: No Hopa

**Other Property Info**

- City: Delray Beach
- State/Province: FL
- COUNTY: Palm Beach
- Area: 4740
- Subdivision: Bridges
- Directions: ATLANTIC AVENUE TO LYONS ROAD, SOUTH ON LYONS TO THE BRIDGES COMMUNITY, ENTER EAST ON GOLDEN GATE AVENUE, RIGHT ON CHARLES RIVER DRIVE
- Zoning: Res

- Parcel ID: 00424629130003540
- Maintenance Fee Incl: Common Areas, Lawn Care, Management Fees, Recrtnal Facility, Security
- Security: Entry Card, Gate - Manned, Security Patrol
- Restrict: Commercial Vehicles Prohibited, No Lease 1st Year, Pet Restrictions, Up To 2 Pets
- Furnished: Unfurnished
- Governing Bodies: HOA
- Front Exp: W

# Schools & Neighborhood

**Schools**

Assigned Schools

| Score* | School | Grades | Distance | Ratio |
|--------|--------|--------|----------|-------|
| 8 | Whispering Pines Elementary School<br>Palm Beach School District | KG–5 | 1.9 mi | |
| 9 | Eagles Landing Middle School<br>Palm Beach School District | 6–8 | 4.2 mi | |
| 7 | Olympic Heights Community High School<br>Palm Beach School District | 9–12 | 3.4 mi | |

Nearby Schools

No Public Schools information available for this property.

\*   School data provided by National Center for Education Statistics, Maponics, and GreatSchools. Intended for reference only. GreatSchools Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

**Around the Neighborhood**

16832 Charles River Dr is located in Delray Beach. Here is a price comparison in other areas:

| Area | Median Listing | Price / Sq ft | Median Sales |
|---|---|---|---|
| This home | $1,500,000 | $271 | N/A |
| Delray Beach | $275,000 | $180 | $154,250 |
| Florida | $218,000 | $125 | $174,000 |

**Nearby Neighborhoods**

| Area | Median Listing | Price / Sq ft | Median Sales |
|---|---|---|---|
| Huntington Pointe South | $159,995 | N/A | $165,000 |
| Huntington Pointe | $187,900 | N/A | $156,000 |
| Huntington Pointe North | $192,500 | N/A | $153,750 |
| Delray Villas South | $128,250 | N/A | $114,800 |



## Property History

## Property Price

| Date | Event | Price |
|------|-------|-------|
| 02/19/2016 | Listed | $1,500,000 |

## Property Tax

| Year | Taxes | Total Assessment |
|------|-------|------------------|
| 2015 | $20,683 | $1,075,048 |

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

# Additional Info

## Listing Provider

| Listing Agent | This listing is represented by REALTOR® Jackie Ellis |
|---------------|------------------------------------------------------|
| Listed by | Keller Williams Realty Boynton |
| Broker Location | Boynton Beach, FL |
| Data Source | BeachesMLS |
| Source's Property ID | RX-10209631 |
| Data Source Copyright | ©2016 BeachesMLS. All rights reserved. |

**Formatted for easy printing so you can take this with you. Remember to say you found it on realtor.com®.**

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. You must verify the information and bear all risk for inaccuracies.

Scan this QR code to see this listing online.
Delray Beach, FL 33446

 http://www.realtor.com/print/realestateandhomes-detail/16832-Charles-River-Dr_Delray-Beach_FL_33446_M51581-24136