

U   a

# ROFL: Cryptsy offers bounty for the return of "stolen" Bitcoin in latest piece of absurd theatrics

by Duncan Riley | Mar 13, 2016 | 0 comments



Just when it was thought that the saga of **failed Bitcoin exchange Cryptsy** (Project Investors, Inc.) couldn't get any more absurd, it has, with the founder of the company offering a reward to a hacker who is alleged to have stolen funds from the exchange.

Founder and Chief Executive Officer Paul "Big Vern" Vernon **has posted a contract** (pdf) titled "Cryptsy Recovery Bounty Final" on the Cryptsy website that promises to pay 1750 Bitcoin ($725,000) to "Cryptcracker," the alleged hacker of

Share This

COMPOSITE EXHIBIT "E"

The contract (we use the term loosely) also promises a further reward of 250 Bitcoin ($103,000) should the 247,000 Litecoins ($817,600) allegedly stolen be returned as well.

**Vernon claimed in January** that trojan malware was inserted into Cryptsy's code by the developer of Lucky7Coin giving access to the company's wallets, but more remarkably claimed this had occurred 18 months prior in 2014. Instead of letting customers know what had happened, they had decided to continue trading in an effort to work their way back to solvency. Even more funnily, Vernon claims to have never reported the theft to authorities, as he didn't know to whom to report it.

Since that announcement it has since been all but confirmed that the hacking story is a complete lie, with a copy of an affidavit Vernon made to a **Florida divorce court in December being revealed** where he stated under oath that the exchange had been able to stay afloat thanks to fee income, but that profits had dried up, leading to the exchange's collapse.

In his own words:

> *"Due to downturn in profits, not currently taking a salary, expect corporation to dissolve due to economic conditions."*

Vernon, and his now ex-wife are currently subject **to a class-action lawsuit** that suggests that the alleged hack is nothing more than a poorly masked ploy of their efforts to move assets away from Cryptsy before the company officially went under; of particular note, and despite the alleged hack taking place in 2014, Vernon made an all-cash purchase of a $1,374,881 waterfront mansion in Palm Beach County, Florida, in May 2015.

> **RELATED:** Bitcoin Weekly 2016 January 27: Kraken and CloudFlare Twitter tiff,

> **BitPay adds full nodes to the Azure BaaS cloud, EU will wait to regulate virtual currency**

## ROFL

Even if we pretend to believe Vernon's claim that the site was hacked, the bounty contract is nothing more than pure theatrics because it's highly unlikely the contract would be valid to begin with, particularly when the person to whom the "bounty" was being offered isn't even listed properly on the contract to begin with. Cryptcracker may be a pseudonym for a group, not an individual, and even then, if they had stolen the funds, why would they want to return them? After all, it's not as if Big Vern has reported the theft to authorities.

Perhaps what's also a little sadder in this absurd tale is that many members of the Bitcoin press are taking this offer seriously without even the slightest bit of investigation into the background, with one actually **going as far as writing**:

> *One silver lining to the whole episode is that if this all goes well then the funds will actually be back in Cryptosy's posession [sic]. So it's good that the customers will get their money back, that is the most important [sic].*

ROFL, it's not going to happen.

If you've been a victim of Paul Vernon's Cryptsy Bitcoin exchange scam and haven't joined the class action lawsuit yet, contact the good folks at **Wites & Kapetan, P.A**. and get you name added to it.

*Image credit:* svenstorm/Flickr/CC by 2.0

About | Latest Posts



# Duncan Riley

Duncan Riley is a senior writer at SiliconANGLE covering Startups, Bitcoin, and the Internet of Things.

Duncan is a co-founder of VC funded media company B5Media and founder of news site The Inquisitr, and was a senior writer at TechCrunch in its earlier days.

Tips? Press releases? Intersting startup? email: duncan@nichenet.com.au or contact Duncan on Twitter @duncanriley



# SIGN UP FOR THE SiliconANGLE NEWSLETTER!

Join our mailing list to receive the latest news and updates from our team.

Bitcoin!

Bitcoin Price Watch; Here's What's on This Evening

NeuCoin Performing Better than Its Own Forecasts, Changes Announced

BTCS Launches Ethereum Pilot Program



MENU ❧



# Cryptsy Deal with Hackers Looks Like a Ruse

📅 11:00 am March 14, 2016    👤 JP Buntinx    🗂 Bitcoin, News, Opinion

**95**
**SHARES**

        

*Moreover, Cryptcracker has agreed to return the funds in exchange for a 13% bounty, which will add up to roughly 2,000 Bitcoin. That is still a very significant amount of "clean" money to deal with after such a major breach, albeit it pales in comparison to the funds controlled by this person right now. What is particularly worrying is how this announcement makes no mention about the addresses where this fund is being kept.*







Cryptsy used to be one of the more prominent Bitcoin and altcoin exchanges in the realm of digital currency, even though there have always been minor issues with the platform since day one. Things took a turn for the worse when Cryptsy owner Paul Vernon announced the exchange had lost several thousand Bitcoins, along with a lot of funds from altcoin balances as well. But it looks like the funds will be recovered, or is this just another move by Vernon to try and prove his exchange was hacked?

*Also read: SimpleFX — A Stock Exchange Designed for Bitcoiners*

## Good Hacker Samaritan Returns Funds to Cryptsy Minus 13%

Ever since the announcement by **Paul Vernon** was made regarding **Cryptsy** losing funds due to a hacking attempt, various digital currency community members started disputing these allegations. It would not be the first time an exchange owner **decides** to run off with the funds while blaming the whole ordeal on a hacker.

As unconvincing as the whole story sounded from day one, a recent **announcement** is making things even stranger. A blog post surfaced yesterday of how Cryptsy has made a deal with the person who stole their funds – called **Cryptcracker** – and offered him a bounty to return the funds. Oddly enough, the hacker agreed to a 13% bounty, rather than holding onto 13,000 Bitcoin and 247,000 Litecoin.

Granted, it is incredibly difficult to spend stolen funds, as the **blockchain** lets anyone in the world trace any amount of funds moving between addresses in real-time. However, there is no reason a hacker would obtain such an amount of funds and then return it to the rightful owner, making this story sound extremely fishy.

Moreover, Cryptcracker has agreed to return the funds in exchange for a 13% **bounty**, which will add up to roughly 2,000 Bitcoin. That is still a very significant amount of "clean" money to deal with after such a major breach, albeit it pales in comparison to the funds controlled by this person right now. What is particularly worrying is how this announcement makes no mention about the addresses where this funds is being kept.

**The agreement between both parties** specifies the following:

> *"The recovery of the Bitcoin is the primary concern so it will receive attention ahead of the recovery of other coins. The recovered Bitcoin is to be sent to First Party (Cryptsy) owned Bitcoin address: 1Mr4WJMQCXs9WtvHTwafQnXbtSXCMc9eSr "*

## Enforcing a Dodgy Contract to Hide What Really Happened?

Albeit the **agreement** between Cryptcracker and Paul Vernon is signed by both parties, it is all but impossible to enforce these contractual obligations. The signature by Cryptcracker seems to be rather fake, and even copy-pasted from a different image into this document. It looks like Vernon wants to try and distract people from what really happened to Cryptsy.

For the time being, most digital currency community members will agree something fishy happened to Cryptsy, and this "document" is only

making things look even more suspicious. Assuming there is any validity to these claims, Cryptsy users will see their funds restored to them shortly. But no one is holding their breath this will be the case anytime soon, though.

**Source: Bitcoin Futures Guide**



| 96 SHARES |  |  |  |  |  |  |  |  |  |

**PUBLISHED BY**

### JP Buntinx

JP is working hard to bring more credibility to the Bitcoin and blockchain news industry. Outside of being Europe Editor at Newsbtc, JP is also an active writer for the website, and does not shy away from letting his opinion be heard. View all posts by JP Buntinx →

---

3 Comments    newsBTC                                                               1    Login

♥ Recommend         Share                                              Sort by Best

 Join the discussion…


**Se** • 3 days ago
It's absolutely bizaare but if I get my money back...
1 ▲ | ▼ • Reply • Share ›


**Infinite Wealth** • 8 hours ago
I hope it works, as it says, the blockchain has its own integrated ID system, if someone who steals Bitcoin spends it in a place where there are cameras, the blockchain transaction is time/datestamped, so it wouldnt be difficult to trace people in 10 or even 20 years, they will get caught, so its impossible to steal, its kind of like getting a tattoo and waiting to go naked when a tattoo fades, these things dont go away, once guilty, always guilty.

The problem arises if the person "gives them away" to someone else, then of course they are in receipt of stolen goods, so Bitcoin needs to introduce two things;

- a central address to forward stolen coins received (theoretically anyone that has a public address could receive stolen coins) these can then be retraced back on the chain to the original owner

- a gps data function on the chain for mobile use, which logs a time/date/gps/mac combination of data (perhaps that can only be unencrypted by the bitcoin foundation under requests for data by governments) which would catch thieves quickly

I am watching this activity with great interest, and hope that Cryptsy resumes trading activity soon, personally, I miss trading on Cryptsy.
▲ | ▼ • Reply • Share ›


**Nick Renwick** • 2 days ago
If it works...
▲ | ▼ • Reply • Share ›

**ALSO ON NEWSBTC**                                           **WHAT'S THIS?**

**No Anonymous Option for European Bitcoin Users**            **NeuCoin Performing Better than Its Own Forecasts, Changes Announced**
1 comment • 6 days ago                                        1 comment • 5 hours ago
 **Cyberdexter** — Watching them trying to put this into place should be fun :p

 **brian** — Seems like it's coming together after all, checked