CFN 20150101249
OR BK 27421 PG 1935
RECORDED 03/25/2015 15:20:57
Palm Beach County, Florida
AMT 1,374,881.00
DEED DOC 9,624.30
Sharon R. Bock
CLERK & COMPTROLLER
Pg 1935; (1Pgs)

## SPECIAL WARRANTY DEED

THIS INDENTURE is made this ___23___ day of March, 2015, between **BOCA RATON ASSOCIATES VI, LLLP**, a Florida limited liability limited partnership ("Seller"), whose post office address is 1600 Sawgrass Corporate Parkway, Suite 400, Sunrise, Florida 33323, and Paul Vernon and Lorie Nettles, husband and wife ("Buyer"), whose post office address is 16832 Charles River Drive, Delray Beach, Florida 33446.

WITNESSETH, that Seller, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to Seller in hand paid by Buyer, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained and sold, and hereby grants, bargains and sells to Buyer, and Buyer's heirs, successors and assigns forever, the following described land, with a Property Appraiser's Identification Number of 00 42 46 29 13 000 3540.

> Lot 354, of BRIDGES - PLAT SIX, according to the plat thereof, as recorded in Plat Book 116, at Page 79, of the Public Records of Palm Beach County, Florida.

THIS CONVEYANCE AND TITLE TO SAID PROPERTY is subject to: (a) taxes and assessments for the present year and subsequent years, including, but not limited to, pending and certified county or municipal improvement liens; (b) restrictions, reservations, conditions, limitations, easements and other matters of record or imposed by governmental authorities having jurisdiction or control over the subject property, but this reference shall not operate to reimpose any of same; (c) all laws, ordinances, regulations, restrictions, prohibitions and other requirements imposed by governmental authorities, including, but not limited to, all applicable zoning, building, bulkhead, land use and environmental ordinances, rules and regulations, and rights or interests vested in the United States of America and/or the State of Florida; (d) the Plat of BRIDGES – PLAT ONE, as recorded in Plat Book 114, at Page 161 of the Public Records of Palm Beach County, Florida; (e) the Plat of BRIDGES -- PLAT TWO, as recorded in Plat Book 114, at Page 192 of the Public Records of Palm Beach County, Florida; (f) the Plat of BRIDGES – PLAT THREE, as recorded in Plat Book 115, at Page 8 of the Public Records of Palm Beach County, Florida; (g) the Plat of BRIDGES – PLAT FOUR, as recorded in Plat Book 115, at Page 56 of the Public Records of Palm Beach County, Florida; (g) the Plat of BRIDGES – PLAT FOUR, as recorded in Plat Book 115, at Page 56 of the Public Records of Palm Beach County, Florida; (h) the Plat of BRIDGES -- PLAT FIVE, as recorded in Plat Book 116, at Page 54 of the Public Records of Palm Beach County, Florida; (i) the Plat of BRIDGES – PLAT SIX, as recorded in Plat Book 116, at Page 79 of the Public Records of Palm Beach County, Florida; (j) the Plat of BRIDGES -- PLAT - SEVEN, as recorded in Plat Book 116, at Page 156 of the Public Records of Palm Beach County, Florida; (k) the Plat of BRIDGES – PLAT - EIGHT, as recorded in Plat Book 116, at Page 183 of the Public Records of Palm Beach County, Florida; (l) the Plat of BRIDGES – REPLAT NO. 1, as recorded in Plat Book 116, at Page 36 of the Public Records of Palm Beach County, Florida; and (m) and the Declaration of Covenants, Restrictions and Easements for the Bridges recorded August 31, 2012 in Official Records Book 25424, at Page 1008 of the Public Records of Palm Beach County, Florida, as amended and/or supplemented from time to time.

SELLER does hereby specially warrant the title to said land, subject to the foregoing matters, and will defend same against the lawful claims of all persons claiming by, through or under Seller and no others.

IN WITNESS WHEREOF, Seller has hereunto set Seller's hand and seal the day and year first above written.

WITNESSES:

BOCA RATON ASSOCIATES VI, LLLP, a Florida limited liability limited partnership

By: Boca Raton VI Corporation, a Florida corporation, its general partner

By: _____
Name: Steven M. Helfman
Title: Vice President

Print Name of Witness: Carolyn C. Torris.

Print Name of Witness: Kathleen M. Coffman

[CORPORATE SEAL]

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this ___23___ day of March, 2015, by Steven M. Helfman, as Vice President of Boca Raton VI Corporation, a Florida corporation, the general partner of Boca Raton Associates VI, LLLP, a Florida limited liability limited partnership, on behalf of said corporation and limited liability limited partnership. He is personally known to me.

_____
Notary Public
My Commission Expires:

This Instrument prepared by:
JOHN HUME, ESQ.
7900 Glades Road, Ste. 530
Boca Raton, FL 33434
(561) 465-2125

KATHLEEN M. COFFMAN
MY COMMISSION # EE 652499
EXPIRES: March 18, 2017
Bonded Thru Notary Public Underwriters



**EXHIBIT "F"**

I hereby certify that the foregoing is a true copy of the record in my office this day, Mar 15, 2016.
Sharon R. Bock, Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk