## COUNTY OF PALM BEACH: NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY CONTROL NO. | YEAR | BILL NO. | CMC | APPLIED EXEMPTION(S) | LEGAL DESCRIPTION |
|---|---|---|---|---|---|
| 00-42-46-29-13-000-3540 | 2015 | 101628250 | 35 | | BRIDGES PL 6 LT 354 |

403
R 7 - 103061

VERNON PAUL &
NETTLES LORIE
16832 CHARLES RIVER DR
DELRAY BEACH FL  33446-0010



**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*
www.pbctax.com

### 2015 REAL ESTATE PROPERTY TAX BILL

**READ REVERSE SIDE BEFORE CALLING**       **AD VALOREM TAXES**       **READ REVERSE SIDE BEFORE CALLING**

| TAXING AUTHORITY | TELEPHONE | ASSESSED | EXEMPTION | TAXABLE | MILLAGE | TAX AMOUNT |
|---|---|---|---|---|---|---|
| COUNTY | 561-355-3996 | 1,075,048 | | 1,075,048 | 4.7815 | 5,140.34 |
| COUNTY DEBT | 561-355-3996 | 1,075,048 | | 1,075,048 | 0.1462 | 157.17 |
| FIRE/RESCUE MSTU | 561-355-3996 | 1,075,048 | | 1,075,048 | 3.4581 | 3,717.62 |
| LIBRARY | 561-355-3996 | 1,075,048 | | 1,075,048 | 0.5491 | 590.31 |
| LIBRARY DEBT | 561-355-3996 | 1,075,048 | | 1,075,048 | 0.0494 | 53.11 |
| CHILDRENS SERVICES COUNCIL | 561-740-7000 | 1,075,048 | | 1,075,048 | 0.6677 | 717.81 |
| F.I.N.D. | 561-627-3386 | 1,075,048 | | 1,075,048 | 0.0320 | 34.40 |
| PBC HEALTH CARE DISTRICT | 561-659-1270 | 1,075,048 | | 1,075,048 | 1.0426 | 1,120.85 |
| SCHOOL LOCAL | 561-434-8837 | 1,119,848 | | 1,119,848 | 2.4980 | 2,797.38 |
| SCHOOL STATE | 561-434-8837 | 1,119,848 | | 1,119,848 | 5.0140 | 5,614.92 |
| SFWMD EVERGLADES CONST PROJECT | 561-686-8800 | 1,075,048 | | 1,075,048 | 0.0506 | 54.40 |
| SO FLA WATER MANAGEMENT DIST. | 561-686-8800 | 1,075,048 | | 1,075,048 | 0.1459 | 156.85 |
| SO FLA WATER MGMT - OKEE BASIN | 561-686-8800 | 1,075,048 | | 1,075,048 | 0.1586 | 170.50 |

www.pbctax.com

**TOTAL AD VALOREM** 20,325.66

**READ REVERSE SIDE BEFORE CALLING**       **NON-AD VALOREM ASSESSMENTS**       **READ REVERSE SIDE BEFORE CALLING**

| LEVYING AUTHORITY | TELEPHONE | RATE | AMOUNT |
|---|---|---|---|
| SOLID WASTE AUTHORITY OF PBC | 561-640-4000 | 312.00 | 312.00 |
| LAKE WORTH DRAINAGE DISTRICT MAINT | 561-819-5479 | 45.00 | 45.00 |

**TOTAL NON-AD VALOREM** 357.00
**TOTAL AD VALOREM AND NON-AD VALOREM COMBINED** 20,682.66

| AMOUNT DUE WHEN RECEIVED BY | | | | | |
|---|---|---|---|---|---|
| NOV 30, 2015 | DEC 31, 2015 | JAN 31, 2016 | FEB 29, 2016 | MAR 31, 2016 | **TAXES ARE DELINQUENT APRIL 1, 2016** |
| $19,855.35 | $20,062.19 | $20,269.00 | $20,475.84 | $20,682.66 | |
| 4% | 3% | 2% | 1% | NO DISCOUNT | |

DETACH HERE       **\*\*SEE REVERSE SIDE FOR INSTRUCTIONS AND INFORMATION\*\***       DETACH HERE

---

## COUNTY OF PALM BEACH: NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY CONTROL NO. | YEAR | BILL NO. |
|---|---|---|
| 00-42-46-29-13-000-3540 | 2015 | 101628250 |

VERNON PAUL &
NETTLES LORIE
16832 CHARLES RIVER DR
DELRAY BEACH FL 33446-0010

20151016282500020682661

**LEGAL DESCRIPTION**

BRIDGES PL 6 LT 354

P.O. BOX 3353
WEST PALM BEACH, FL 33402-3353

MAKE PAYMENT TO:
TAX COLLECTOR, PALM BEACH COUNTY

| AMOUNT DUE WHEN RECEIVED BY | | | | | |
|---|---|---|---|---|---|
| NOV 30, 2015 | DEC 31, 2015 | JAN 31, 2016 | FEB 29, 2016 | MAR 31, 2016 | **TAXES ARE DELINQUENT APRIL 1, 2016** |
| $19,855.35 | $20,062.19 | $20,269.00 | $20,475.84 | $20,682.66 | |
| 4% | 3% | 2% | 1% | NO DISCOUNT | |

09/28/2015 TB(1)       RE PT Bill 07/01/2015       2015 REAL ESTATE PROPERTY TAX BILL

(KEEP THIS PORTION FOR YOUR RECORDS)

**C O N S T I T U T I O N**
**CONSTITUTIONAL TAX COLLECTOR**
*Serving Palm Beach County*
**Serving** *you.*
**www.pbctax.com**

# IMPORTANT INSTRUCTIONS

## 2015 REAL ESTATE PROPERTY TAX BILL

This BILL includes Ad Valorem Taxes and Non-Ad Valorem Assessments for the 2015 Tax Year. Payment must be made in full and in U.S. funds. Payment is subject to verification and receipt of funds.  A fee is applied for dishonored funds.
See bill insert for more payment information.

### 2015 REAL ESTATE PROPERTY TAX PAYMENT
- Discount amounts are shown on the front of this bill.
- Payment must be received in our offices by the due dates printed on the TAX BILL (see reverse side).

### PAYMENT OPTIONS
- **ECHECK** (Online Only) 24/7 at www.pbctax.com. **A $0.30 ACH Account Verification Fee Will Apply.** Fees not retained by our office (transaction notice serves as confirmation).
- **CREDIT CARD** A **2.5% Convenience Fee Will Apply ($2.00 minimum).** Convenience fees are collected by the credit card vendor and not retained by our office (transaction notice serves as online receipt).
- **DEBIT CARD** (Service Center Only) A **$2.50 Convenience Fee Will Apply** (not retained by our office) to each transaction. Payment limit $500.
- **MAIL** Detach the stub below and return with payment. DO NOT TAPE, FOLD, STAPLE, PAPER CLIP OR WRITE ON PAYMENT STUB. Write your 17-digit Property Control Number on your payment. Use the enclosed return envelope with the Tax Collector address showing in the return envelope window (canceled check serves as receipt).
- **DROP OFF BOX** At any Service Center from 8:15 AM to 5:00 PM, Monday - Friday (canceled check serves as receipt).
- **BANK ONLINE BILL PAY** Your bank's bill pay service. Use the 17-digit Property Control Number (no dashes) as account number. Mail delivery and bank processing times vary so allow ample time (bill pay service transaction serves as receipt).
- **WIRE TRANSFER** Email Wires@pbctax.com for instructions.

### DELINQUENT TAX INFORMATION - CERTIFIED U.S. FUNDS ONLY
- Ad Valorem Taxes and Non-Ad Valorem Assessments are delinquent APRIL 1, 2016.
- Payment AFTER THE DATE OF DELINQUENCY must be certified funds drawn on a U.S. bank in cash, bank draft, wire transfer, money order or cashier's check.
- Interest and associated costs for delinquent taxes are determined by the date payment is received by the Tax Collector.
- The minimum charge of 3% will be collected. Interest accrues up to 1.5% per month (18% annually).

**FLORIDA STATUTE 197.402 and 197.432: Tax Certificates will be sold on all unpaid property taxes 60 days after the date of delinquency.**

### Contact Information for Questions

**Constitutional Tax Collector:** Prepares and mails TAX BILLS from Tax Roll data certified by the PBC Property Appraiser and Non-Ad Valorem assessments provided by Levying Authorities (561-355-2264). If this property was sold, forward this bill to the new owner or mark bill "SOLD" and return to the Constitutional Tax Collector's Office.

**Property Appraiser:** Prepares the Ad Valorem Tax Roll (assessed value, exemptions, taxable value, assessed owner's name, address and legal description). Questions about tax assessment and exemptions should be directed to the Office of the Property Appraiser at 561-355-2866.

**Taxing Authorities:** Set the Ad Valorem millage rates.  See telephone list on reverse side for questions about assessment amounts and services provided.

**Levying Authorities:** Determine the Non-Ad Valorem assessments. See telephone list on reverse side for questions about assessment amounts and services provided.

(DETACH HERE)

## STOP PAYMENT PROCESSING DELAYS

## DO NOT TAPE, FOLD, STAPLE, PAPER CLIP OR WRITE ON THIS PAYMENT STUB

INCLUDE THIS STUB WITH PAYMENT

Make payment to:
**Tax Collector, Palm Beach County**

Please include the 17-digit Property Control Number on your payment. Place this stub and your payment in the enclosed return envelope. The Constitutional Tax Collector's address must show in the return envelope window.



*Gary R. Nikolits, CFA*
# Property Appraiser
*Palm Beach County*

Homestead Exemption  **E-file ▶**

| | |
|---|---|
| Location Address | 16832 CHARLES RIVER DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-46-29-13-000-3540 |
| Subdivision | BRIDGES PL 6 |
| Official Records Book | 28089     Page 199 |
| Sale Date | JAN-2016 |
| Legal Description | BRIDGES PL 6 LT 354 |

| Owners |
|---|
| NETTLES LORIE |

| Mailing address |
|---|
| 16832 CHARLES RIVER DR |
| DELRAY BEACH FL 33446 0010 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JAN-2016 | $10 | 28089 / 0199 | QUIT CLAIM | NETTLES LORIE |
| MAR-2015 | $1,374,881 | 27421 / 1935 | WARRANTY DEED | VERNON PAUL & |

| Exemption Applicant/Owner | Year | Detail |
|---|---|---|
| NETTLES LORIE | 2017 | |

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 6613    Acres 0.28 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Improvement Value | $929,848 | $0 | $0 |
| Land Value | $190,000 | $132,000 | $0 |
| Total Market Value | $1,119,848 | $132,000 | $0 |

All values are as of January 1st each year

| Tax Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Assessed Value | $1,075,048 | $132,000 | $0 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $1,075,048 | $132,000 | $0 |

| Tax Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Ad Valorem | $20,326 | $2,482 | $0 |
| Non Ad Valorem | $357 | $45 | $0 |
| Total tax | $20,683 | $2,527 | $0 |

## Property Detail

| | | | |
|---|---|---|---|
| Parcel Control Number: | 00424629130003540 | Location Address: | 16832 CHARLES RIVER DR |
| Owners: | NETTLES LORIE | | |
| Mailing Address: | 16832 CHARLES RIVER DR,DELRAY BEACH FL 33446 0010 | | |
| Last Sale: | Not available | Book/Page#: 28089 / 199 | Price: Not available |
| Legal Description: | BRIDGES PL 6 LT 354 | | |

### 2015 Values (Current)

| | |
|---|---|
| Improvement Value | $929,848 |
| Land Value | $190,000 |
| Total Market Value | $1,119,848 |
| Assessed Value | $1,075,048 |
| Exemption Amount | $0 |
| Taxable Value | $1,075,048 |

All values are as of January 1st each year

### 2015 Taxes

| | |
|---|---|
| Ad Valorem | $20,326 |
| Non Ad Valorem | $357 |
| Total Tax | $20,683 |

### 2015 Qualified Exemptions

No Details Found

### Applicants

No Details Found

### Building Footprint (Building 1)

Area 1  Area 2  Area 3  Area 4  Area 5  Area 6

### Subarea and Square Footage (Building 1)

| Description | Area | Sq. Footage |
|---|---|---|
| BAS BASE AREA | 1 | 3249 |
| FGR FINISHED GARAGE | 2 | 736 |
| FOP FINISHED OPEN PORCH | 3 | 56 |
| FOP FINISHED OPEN PORCH | 4 | 253 |
| FUS FINISHED UPPER STORY | 5 | 2277 |
| BLC BALCONY | 6 | 42 |

Total Square Footage : 6613

Total Area Under Air : 5526

### Extra Features

| Description | Unit |
|---|---|
| POOL - IN-GROUND | 89 |
| PATIO | 780 |

Unit may represent the perimeter, square footage, linear footage, total number or other measurement.

### Structural Details (Building 1)

| No | Description | |
|---|---|---|
| 1. | Exterior Wall 1 | CB STUCCO |
| 2. | Year Built | 2014 |
| 3. | Air Condition Desc. | HTG & AC |
| 4. | Heat Type | FORCED AIR DUCT |
| 5. | Heat Fuel | ELECTRIC |
| 6. | Bed Rooms | 5 |
| 7. | Full Baths | 5 |
| 8. | Half Baths | 3 |
| 9. | Exterior Wall 2 | N/A |
| 10. | Roof Structure | WOOD TRUSS |
| 11. | Roof Cover | CONC. TILE |
| 12. | Interior Wall 1 | DRYWALL |
| 13. | Interior Wall 2 | N/A |
| 14. | Floor Type 1 | CERAM/QARY TILE |
| 15. | Floor Type 2 | HARDWD/PARQUET |
| 16. | Stories | 2 |

Acres  0.28

### MAP

Palm Beach County

Owner: NETTLES LORIE   PCN: 00424629130003540   1 of 1

**GARY R. NIKOLITS, CFA  PALM BEACH COUNTY PROPERTY APPRAISER   www.pbcgov.org/PAPA**   3/17/2016