```
CFN 20040527273
OR BK 17514 PG 1780
RECORDED 09/15/2004 16:28:13
Palm Beach County, Florida
AMT 280,000.00
Doc Stamp 1,960.00
Dorothy H Wilken, Clerk of Court
```

Prepared by
Allison Barr, an employee of
Metropolitan Title and Guaranty Company dba Commerce Title Company
8198 Jog Road Ste 101
Boynton Beach, FL 33437
(561) 536-1150

Return to: Grantee

File No.: 410341

## WARRANTY DEED

This indenture made on **August 31, 2004** A.D., by

**Adam D'Alena and Randi D'Alena, husband and wife**

whose address is: **3074 Jog Road, Greenacres, FL 33467**
hereinafter called the "grantor", to

**Paul Vernon and Lorie Nettles, husband and wife**

whose address is: **8656 Tourmaline Blvd., Boynton Beach, FL 33437**
hereinafter called the "grantee":

(Which terms "Grantor" and "Grantee" shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **Palm Beach** County, **Florida**, to-wit:
**Lot 15 of RAINBOW LAKES - TRACT "E" (A.P.U.D.), according to the Plat thereof, as recorded in Plat Book 59, page 184, of the Public Records of Palm Beach County, Florida.**

Parcel Identification Number: **00-42-45-14-17-000-0150**

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

3
Rev. 06/03

Page 1 of 2
410341

# EXHIBIT "G"

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except covenants, restrictions and easements of record, and taxes accruing subsequent to December 31, 2003.

**In Witness Whereof,** the grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

_____        _____
Adam D'Alena                     Randi D'Alena

Signed, sealed and delivered in our presence:

_____        _____
Witness Signature                Witness Signature
Print Name: Elizabeth Behringer   Print Name: Allison Barr

State of **Florida**

County of **Palm Beach**

The Foregoing Instrument Was Acknowledged before me on _____30T_____ day of ____August____, 2004, by **Adam D'Alena and Randi D'Alena, husband and wife** who is/are personally known to me or who has/have produced a valid driver's license as identification.

_____
NOTARY PUBLIC

_____
Notary Print Name
My Commission Expires: _____

ALLISON A. BARR
MY COMMISSION # DD 253362
EXPIRES: October 31, 2007
Bonded Thru Notary Public Underwriters