```
CFN 20160042062
OR BK 28089 PG 199
RECORDED 02/05/2016 14:38:35
Palm Beach County, Florida
AMT 10.00
DEED DOC 0.70
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0199-0201; (3Pgs)
```

Prepared by and return to:
Philip J. Morgan, Esq.
BRINKLEY MORGAN
200 East Las Olas Boulevard
19th Floor
Fort Lauderdale, FL 33301

Parcel Tax Identification No.: 00-42-46-29-13-000-3540

## QUIT CLAIM DEED

THIS QUIT CLAIM DEED, executed this 22nd day of January, 2016, by PAUL VERNON and LORIE NETTLES, husband and wife, Grantor*, whose post office address is 16832 Charles River Drive, Delray Beach, FL 33446, to LORIE NETTLES, Grantee*, whose post office address is 16832 Charles River Drive, Delray Beach, FL 33446.

*"Grantor" and "Grantee" are used for singular or plural, as context requires.

WITNESSETH, that said Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) in hand paid by Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release and quit claim unto the Grantee forever, all the right, title, interest, claim and demand which the said Grantor has in and to the following described land situate, lying and being in Palm Beach County, Florida, to wit:

> Lot 354, of BRIDGES – PLAT SIX, according to the Plat thereof,
> as recorded in Plat Book 116, at Page 79, of the Public Records of
> Palm Beach County, Florida.

The above described property is the marital residence of the Grantor and Grantee.

This Deed is given as part of the division of marital assets between Grantor and Grantee pursuant to a Marital Agreement and is incident to a Dissolution of Marriage between the parties.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or equity, to the only proper use, benefit and behoof of the Grantee forever.



**EXHIBIT "H"**

IN WITNESS WHEREOF, the Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
in our presence:

_S Paull_
Witness #1 - Signature
Printed Name: SUSANNE PAULL

PAUL VERNON

_____
Witness #2 - Signature
Printed Name: MICHAEL PAULL

STATE OF FLORIDA
COUNTY OF _____

People's Republic of China )
Municipality of Beijing )
Embassy of the United ) SS:
States of America )

The foregoing instrument was acknowledged before me this _____ day of
22 JAN 2016, 2016, by PAUL VERNON, ~~who is personally known to me or~~ who
has produced US passport as identification.

NOTARY PUBLIC
Mary Swartz
Vice Consul
(Print, Type or Stamp Commissioned Name of Notary Public)

PRESIDENTIAL COMMISSIONS DO NOT EXPIRE

IN WITNESS WHEREOF, the Grantee has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
in our presence:

_____
Witness #1 - Signature
Printed Name: A LaMartina

_____
Witness #2 - Signature
Printed Name: YUEH-MEI KIM NUTTER

_____
LORIE NETTLES

STATE OF FLORIDA
COUNTY OF Palm Beach

The foregoing instrument was acknowledged before me this 29th day of January, 2016, by LORIE NETTLES, who is personally known to me or who has produced _____ as identification.

ANNMARIE LAMARTINA
MY COMMISSION # FF 199483
EXPIRES: February 19, 2019
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC
Ann Marie LaMartina
(Print, Type or Stamp Commissioned Name of Notary Public)

I hereby certify that the foregoing is a true copy of the record in my office this day, Mar 15, 2016.
Sharon R. Bock, Clerk, Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk
Lillian Ayala