Filing # 35806078 E-Filed 12/22/2015 10:06:06 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: The Marriage of:
Lorie A Nettles,
Wife,
   and
Paul E Vernon,
Husband

Case Number: 2015009881
Division: FZ

**FINANCIAL AFFIDAVIT**

I, Paul E Vernon, being sworn, certify that the following information is true.

[redacted]

1. My age is: 42
2. My Occupation is: Self Employed
3. I am currently [ X all that apply]
    ___ a. Unemployed

Describe your efforts to find employment, how soon you expect to be employed, and the pay you expect to receive.

_____
_____
_____
_____

x___ b: Employed by: Project Investors, Inc.    Telephone :
Address: 160 Congress Park Dr. Suite 101, Delray Beach, FL 33445
Pay rate: $ 0.00    Pay Period : Monthly

If you are expecting to become unemployed or change jobs soon, describe the change you expect and why and how it will affect your income:
Due to downturn in profits, not currently taking a salary. Expect corporation to dissolve due to economic conditions.

_____
_____

___ Check here if you currently have more than one job. List the information above for the second job(s) on a separate sheet and attach it to this affidavit.

**EXHIBIT "K"**

Page 1

Florida Family Law Rules of Procedure Form 12.902(c), Family Law Financial Affidavit (01/15)

*** FILED: PALM BEACH COUNTY, FL  SHARON R BOCK, CLERK. 12/22/2015 10:06:06 AM ***

___ c. Retired.
    Date of Retirement : _____
    Employer from whom retired : _____
    Address : _____
    City, State and Zipcode : _____
    Telephone Number : _____

**LAST YEAR'S GROSS INCOME:**   Your Income        Other Party's *(If Known)*
                                        $ _____              $ _____

Year Income was generated : 

### SECTION I. PRESENT MONTHLY GROSS INCOME:

Footnote No. _____

1. $ _____0.00___ Monthly gross salary or wages
2. _____0.00___ Monthly bonuses, commissions, allowances, overtime, tips, and similar payments
3. _____0.00___ Monthly business income from sources such as self-employment, partnerships, close corporations, and/or independent contracts (Gross receipts minus ordinary and necessary expenses required to produce income.) Attach sheet itemizing such income and expenses.)
4. _____0.00___ Monthly disability benefits/SSI
5. _____0.00___ Monthly Workers' Compensation
6. _____0.00___ Monthly Unemployment Compensation
7. _____0.00___ Monthly pension, retirement, or annuity payments
8. _____0.00___ Monthly Social Security benefits
       Monthly alimony actually received
               9a. From this Case:   $ ___0.00___
9. ___0.00___  9b. From other case(s):  ___0.00___ Add 9a and 9b
10. _____0.00___ Monthly interest and dividends
11. _____0.00___ Monthly rental income (gross receipts minus ordinary and necessary expenses required to produce income) (☐ Attach sheet itemizing such income and expense items)
12. _____0.00___ Monthly income from royalties, trusts, or estates
13. _____0.00___ Monthly reimbursed expenses and in-kind payments to the extent that they reduce personal living expenses
14. _____0.00___ Monthly gains derived from dealing in property (not including nonrecurring gains)
15. _____0.00___ Any other income of a recurring nature (source) _____
16. _____
17. _____0.00___ **TOTAL PRESENT MONTHLY GROSS INCOME** Add lines 1 - 16)

17. $ _____0.00_____ **PRESENT MONTHLY GROSS INCOME** (From prior Page)

**PRESENT MONTHLY DEDUCTIONS:**

**All amounts must be MONTHLY.**

Monthly federal, state and local income tax (corrected for filing status and allowable dependents and income tax liabilities)

Footnote No.

    a. Filing Status. ___SGL___

18. ___0.00___     b. Number of dependents claimed ___1___
19. ___0.00___ Monthly FICA or self-employment taxes
20. ___0.00___ Monthly Medicare payments
21. ___0.00___ Monthly mandatory union dues
22. ___0.00___ Monthly mandatory retirement payments
23. ___0.00___ Monthly health insurance payments (including dental insurance), excluding portion paid for any minor children of this relationship
24. ___0.00___ Monthly court-ordered child support actually paid for children from another relationship

Monthly court-ordered alimony actually paid
    25a. from this case: $ ___0.00___

25. ___0.00___ Add 25a and 25b    25b from other case(s): ___0.00___

**TOTAL DEDUCTIONS ALLOWABLE UNDER SECTION 61.30,**

26.[6] ___0.00___    **FLORIDA STATUTES** (Add lines 18 through 25)

27. ___0.00___ **PRESENT NET MONTHLY INCOME** (Subtract line 26 from line 17)



Proposed/Estimated Expenses. If this is a dissolution of marriage case and your expenses as listed below do not reflect what you actually pay currently, you should write "estimate" next to each amount that is estimated.

### HOUSEHOLD

| # | Amount | Item | Note |
|---|---|---|---|
| 1. | 0.00 | Mortgage or Rent Payments | |
| 2. | 0.00 | Property Taxes (Not in Payment) | |
| 3. | 0.00 | Insurance on Residence (Not in Pmt.) | |
| 4. | 560.00 | Condo/Homeowner's Maint/Assoc Fees | 9 Delray Home $450 Boynton $110 |
| 5. | 700.00 | Electricity | 10 Paid with joint account |
| 6. | 100.00 | Water, Garbage and Sewer | 11 Paid with joint account |
| 7. | 300.00 | Telephone | |
| 8. | 50.00 | Fuel Oil or Natural Gas | |
| 9. | 200.00 | Repairs and Maintenance | 12 Paid with joint account |
| 10. | 55.00 | Lawn Care | 13 Paid with joint account |
| 11. | 100.00 | Pool Maintenance | 14 Paid with joint account |
| 12. | 0.00 | Pest Control | |
| 13. | 200.00 | Misc. Household | 15 Paid with joint account |
| 14. | 200.00 | Cable TV | 16 Paid with joint account |
| 15. | 400.00 | Food and Home Supplies | |
| 16. | 400.00 | Meals Outside Home | |
| 17. | 0.00 | Alarm Service Contract | |
| 18. | 0.00 | Service Contracts on Appliances | |
| 19. | 0.00 | Maid Service | |
| 20. | 0.00 | Internet Services | |
| **21.** | **3,265.00** | **SUBTOTAL** (add lines 1 through 20) | |

### AUTOMOBILE

| # | Amount | Item | Note |
|---|---|---|---|
| 22. | 400.00 | Gasoline and Oil | 1 $200 Husband $200 Wife |
| 23. | 100.00 | Repairs | |
| 24. | 10.00 | Auto Tags and Emission Testing | 2 Wife and Husband's Vehicles paid with joint account |
| 25. | 250.00 | Auto Insurance | 3 Husband and Wife |
| 26. | 0.00 | Car Payments (Lease or Financing) | 4 See assets |
| 27. | 0.00 | Auto Rental/Replacement Cost | |
| 28. | 0.00 | Alternative Transportation | |

Proposed/Estimated Expenses. If this is a dissolution of marriage case and your expenses as listed below do not reflect what you actually pay currently, you should write "estimate" next to each amount that is estimated.

**AUTOMOBILE**

| # | Amount | Item | Notes |
|---|---|---|---|
| 29. | 30.00 | Tolls and Parking | |
| **30.** | 790.00 | **SUBTOTAL** (add lines 22 through 29) | |

**CHILDREN'S EXPENSE FOR CHILDREN COMMON TO BOTH PARTIES**

| # | Amount | Item | Notes |
|---|---|---|---|
| 31. | 0.00 | Nursery, Babysitting or Daycare | |
| 32. | 91.67 | School Tuition | 5 Yearly $1,100 paid with joint account |
| 33. | 4.17 | School Supplies and Books, Fees | 6 Yearly $50 paid with joint account |
| 34. | 400.00 | After School Activities | |
| 35. | 20.00 | Lunch Money | |
| 36. | 0.00 | Private Lessons / Tutoring | |
| 37. | 0.00 | Allowance | |
| 38. | 166.67 | Clothing / Uniforms | 7 Approximately $2,000 yearly paid with joint account |
| 39. | 200.00 | Entertainment-Movies, Parties, Etc. | |
| 40. | 0.00 | Health Insurance | |
| 41. | 100.00 | Medical, Dental, Prescriptions (NR) | |
| 42. | 0.00 | Psychiatric/Psychological/Counselor | |
| 43. | 20.00 | Vitamins | |
| 44. | 20.00 | Beauty Parlor/Barbershop | |
| 45. | 20.00 | Non-Prescription Medication | |
| 46. | 100.00 | Cosmetics/Toiletries and Sundries | |
| 47. | 50.00 | Gifts From Children to Others | |
| 48. | 833.33 | Vacation | 8 Approximately $10,000 Yearly paid with joint account |
| 49. | 0.00 | Camp or/and Other Summer Activities | |
| 50. | 0.00 | Clubs ( Boy/Girl Scouts, Etc) | |
| 51. | 0.00 | Time-Sharing Expense Non-Res Parent | |
| 52. | 200.00 | Orthodontic | |
| 53. | 0.00 | Miscellaneous | |
| **54.** | 2,225.84 | **SUBTOTAL** (add lines 31 through 53) | |

**CHILD(REN) ANOTHER RELATIONSHIP (OTHER THAN COURT-ORDERED CHILD**

| # | Amount | Item |
|---|---|---|
| 55. | 0.00 | There are none |
| **56.** | 0.00 | **SUBTOTAL** (add lines 55 through 55) |

Proposed/Estimated Expenses. If this is a dissolution of marriage case and your expenses as listed below do not reflect what you actually pay currently, you should write "estimate" next to each amount that is estimated.

**INSURANCE**

| | | | |
|---|---|---|---|
| 57. | 0.00 | Health Insurance-Excluding Children | |
| 58. | 90.00 | Life Insurance | 20 2 Policies - Wife and Husband |
| 59. | 0.00 | Dental Insurance | |
| 60. | 90.00 | **SUBTOTAL** (add lines 57 through 59) | |

**OTHER MONTHLY EXPENSES NOT LISTED ABOVE**

| | | | |
|---|---|---|---|
| 61. | 0.00 | Dry Cleaning & Laundry | |
| 62. | 166.67 | Clothing | 17 Approximately $2000 yearly |
| 63. | 0.00 | Medical/Dental/Prescriptions (NR) | |
| 64. | 0.00 | Psychiatric/Psychological/Counselor | |
| 65. | 0.00 | Non-Prescription Medications | |
| 66. | 0.00 | Cosmetics, Toiletries, Sundries | 18 Included in Food and Household Items |
| 67. | 15.00 | Grooming | |
| 68. | 0.00 | Gifts | |
| 69. | 0.00 | Pet Expenses | |
| 70. | 0.00 | Club Dues and Memberships | |
| 71. | 0.00 | Sports and Hobbies | |
| 72. | 100.00 | Entertainment | |
| 73. | 0.00 | Periodicals/Books/Tapes/CD's | |
| 74. | 0.00 | Vacations | |
| 75. | 0.00 | Religious Organizations | |
| 76. | 0.00 | Bank Charges/ Credit Card Fees | |
| 77. | 0.00 | Education Expenses | |
| 78. | 0.00 | Professional Expenses | |
| 79. | 20.00 | Postage and Stationary | |
| 80. | 301.67 | **SUBTOTAL** (add lines 61 through 79) | |

Proposed/Estimated Expenses. If this is a dissolution of marriage case and your expenses as listed below do not reflect what you actually pay currently, you should write "estimate" next to each amount that is estimated.

**PAYMENTS TO CREDITORS**

| | | | |
|---|---|---|---|
| 81. | 0.00 | USAA (Boynton Mortgage) | 5 Mortgage paid until March |
| 82. | 0.00 | Unsecured Liability | |
| 83. | 0.00 | **SUBTOTAL** (add lines 81 through 82) | |

| | | |
|---|---|---|
| 84. | 6,672.51 | **TOTAL MONTHLY EXPENSES:** |

## SUMMARY

| | | |
|---|---|---|
| 85. | 0.00 | **PRESENT MONTHLY NET INCOME** (from line 27 of SECTION I. INCOME) |
| 86. | 6,672.51 | **TOTAL MONTHLY EXPENSES** (from line 84. above) |
| 87. | | **SURPLUS** (if line 85 is greater than line 86) (Subtract line 86 from line 85) |
| 88. | -6,672.51 | **(DEFICIT)** (if line 86 is greater than line 85) (Subtract line 85 from line 86) |

## SECTION III. ASSETS AND LIABILITIES

The box next to each description is checked with an X if any portion of the value is shown as going to this party on his/her equitable distribution workscreen and indicates that he/she desires some or all of that asset or liability.

Use the nonmarital column only if this is a petition for dissolution of marriage and you believe an item is all or part "nonmarital," meaning it belongs to only one of you and should not be divided. You should indicate to whom you believe the item(s) or debt belongs

| A. ASSETS: DESCRIPTION OF ITEM(S). List a description of each item owned by you (and/or your spouse, if this is a petition for dissolution of marriage). | FNN | Current Fair Market Value | Nonmarital (✓ Correct Column) HUSBAND | WIFE |
|---|---|---|---|---|
| **Cash On Hand and In Banks** | | | | |
| [X] Cash | | 100 | ☐ | ☐ |
| [X] TD Bank Checking #▮▮▮ | 1 Balance as of 10.17.2015 | 32,822 | ☐ | ☐ |
| [X] TD Bank Savings #▮▮▮ | | 389 | ☐ | ☐ |
| [X] Hang Seng Bank #▮▮▮ | 2 Balance as of 09.30.2015 | 460 | ☐ | ☐ |
| [X] Bank of Dalian #▮▮▮ | | 1,500 | ☐ | ☐ |
| [X] ICBC Bank #▮▮▮ | | 150 | ☐ | ☐ |
| [X] Edward Jones Money Market | 3 Balance as of 03.20.2015 | 4,206 | ☐ | ☐ |
| Totals | | 39,627 | | |
| **Stocks and Bonds** | | | | |
| [X] Australian Company Shares | 5 Broker needed to liquidate | 37,728 | ☐ | ☐ |
| Totals | | 37,728 | | |
| **Real Estate Assets** | | | | |
| [X] 8656 Tourmaline, Boynton Beach | | 289,000 | ☐ | ☐ |
| [X] 16832 Charles River Dr., Delray Beach | | 1,400,000 | ☐ | ☐ |
| Totals | | 1,689,000 | | |
| **Business Interests** | | | | |
| [ ] Other Business | | 0 | ☐ | ☐ |
| Totals | | 0 | | |
| **Transportation Assets** | | | | |
| [X] 2007 Infiniti G35 | 6 Husbands car | 7,500 | ☐ | ☐ |
| [X] 2014 Infiniti QX60 | 7 Husbands car | 35,000 | ☐ | ☐ |
| [X] 2015 Infiniti QX80 | 8 Wifes car | 70,000 | ☐ | ☐ |
| Totals | | 112,500 | | |

### A. ASSETS:

| DESCRIPTION OF ITEM(S). List a description of each item owned by you (and/or your spouse, if this is a petition for dissolution of marriage). | FNN | Current Fair Market Value | Nonmarital (☒ Correct Column) HUSBAND | WIFE |
|---|---|---|---|---|
| **Retirement Assets** | | | | |
| ☐ 401K | 4 Liquidated | 0 | ☐ | ☐ |
| Totals | | 0 | | |
| **Insurance Assets** | | | | |
| ☐ Life Insurance | | 0 | ☐ | ☐ |
| Totals | | 0 | | |
| **Furniture and Fixtures Assets** | | | | |
| ☐ Furniture | | 0 | ☐ | ☐ |
| Totals | | 0 | | |
| **Tangible Other Assets** | | | | |
| ☐ Other Tangible | | 0 | ☐ | ☐ |
| Totals | | 0 | | |
| **Miscellaneous Assets** | | | | |
| ☐ Miscellaneous | | 0 | ☐ | ☐ |
| Totals | | 0 | | |
| **Total Assets** | | 1,878,855 | | |

## B. LIABILITIES:

| DESCRIPTION OF ITEM(S). List a description of each item owed by you (and/or your spouse, if this is a petition for dissolution of marriage). | FNN | Current Fair Market Value | (x Correct Column) HUSBAND | Nonmarital WIFE |
|---|---|---|---|---|
| [X] USAA (Boynton Mortgage) | | 249,000 | ☐ | ☐ |
| Totals For Secured Liabilities | | 249,000 | | |

|  |  |
|---|---|
| Total Liabilities | 249,000 |

## C: NET WORTH (excluding contingent assets and liabilities)

| | | |
|---|---|---|
| Totals Assets | $ | 1,878,855 |
| Totals Liabilities | | 249,000 |
| Total Net Worth (Assets minus Liabilities) | $ | 1,629,855 |

### D. CONTINGENT ASSETS AND LIABILITIES:

**INSTRUCTIONS:**

If you have any POSSIBLE ASSETS (income potential, accrued vacation or sick leave, bonus, inheritance, etc.) or POSSIBILE LIABILITIES (possible lawsuits, future unpaid taxes, debts assumed by another), you must list them here.

| A<br>Contingent Assets<br>Check the line next to any contingent assets(s) which you are requesting the judge award to you. FNN | B<br>Possible<br>Value | C<br>Nonmarital<br>(☒ Correct Column) | |
|---|---|---|---|
| | | HUSBAND | WIFE |
| ☐ Possible employment by Baulao Technology Company, LTD | unknown | ☐ | ☐ |
| Totals | 0 | | |

| A<br>Contingent Liabilities<br>Check the line next to any contingent debt(s) for which you believe you should be responsible. FNN | B<br>Possible<br>Amount<br>Owed | C<br>Nonmarital<br>(☒ Correct Column) | |
|---|---|---|---|
| | | HUSBAND | WIFE |
| ☐ Possible lawsuits from customers of Project Investors, Inc. | unknown | ☐ | ☐ |
| Totals | 0 | | |
| Total Net Contingent Assets / Liabilities | 0 | | |

E: **CHILD SUPPORT GUIDELINES WORKSHEET.** Florida Family Law Form 12.902(e), Child Support Guidelines Worksheet, MUST be filed with the court at or prior to a hearing to establish or modify child support. This requirement can not be waived by the parties.

[x] one only]

[X] A Child Support Guidelines Worksheet IS being filed in this case. The parties have a minor child(ren) in common or one of the parties is requesting a modification of a previous court order regarding child support.

[ ] A Child Support Guidelines Worksheet IS NOT being filed in this case. There are no minor child(ren) in common or, if one of the parties is requesting a modification of a previous court order, child support is not an issue.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Paul E Vernon
9721 Saddlebrook Drive
Delray Beach, FL 33446

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**
Sworn to and signed before me on DEC. 21, 20 15 by
Paul E Vernon

NOTARY PUBLIC - STATE OF FLORIDA

NATALIE D. PINKERT
Notary Printed / Stamped Name

X Personally known
___ Produced identification
Type of identification produced _____

I certify that a copy of this document was [check all used]: ( X ) Emailed ( ) Mailed
( ) hand-delivered( ) Faxed and Mailed to the following person(s): Yueh-Mei Kim. Nutter, 2255 Glades Road, Suite 340W, Boca Raton, FL, 33431, Fax Number: (954) 522-5297, Email Address: kim.nutter@brinkleymorgan.com on this 22 day of DECEMBER 20 15

Genevieve Hall, Esquire
Kenny Leigh and Associates
2255 Glades Road, Suite 238W
Boca Raton, FL 33431
Telephone: (561) 997-6890
Telefax: (561) 828-2967
Bar Number: 724661
Designated Email: HallTeam@KLeighLaw.com
Attorney for Husband

NATALIE DIANE PINKERT
MY COMMISSION #FF098965
EXPIRES March 5, 2018
(407) 398-0153  FloridaNotaryService.com

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
THIS 15 DAY OF March, 2016
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
DEPUTY CLERK

File Name: VERNON__PAUL
Florida Family Law Rules of Procedure Form 12.902(c), Family Law Financial Affidavit (01/15)
Page 12