UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.

_____/

## DECLARATION OF BRANDON LEIDEL

I, BRANDON LEIDEL, make this Declaration and state as follows:

1. My name is Brandon Leidel. I am 40 years old, and I am of sound mind and body. I am making this Declaration in support of Plaintiffs' Verified Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or Other Disposition of the Real Property Located at 16832 Charles River Drive, Delray Beach, FL 33446 in the above-captioned matter. This declaration is based on my personal knowledge.

2. I reside in Miami, Florida, and I am a citizen of the state of Florida.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy ("CRYPTSY"), on or about August 13, 2014.

4. To initially fund my CRYPTSY account, in or about August 2014, I transferred 3.9409 Bitcoin to my CRYPTSY account. The value of that transfer was approximately $2,005.14 United States Dollars ("USD").[1]

---

[1] This calculation is based on historical price indexing provided by Coindesk.com.

5. Subsequent to my initial deposit, I have made additional deposits into my CRYPTSY account.

6. Attached hereto as **Exhibit "A"** are documents evidencing all deposits into my CRYPTSY account and/or the history of the balance of cryptocurrency in my CRYPTSY account.

7. Since about November 2015, I have been unable to withdraw, transfer, or otherwise obtain access to any of my cryptocurrency on deposit with CRYPTSY.

8. In recent months, I have attempted, through the CRYPTSY website, to withdraw, transfer, or otherwise obtain access to the cryptocurrency deposited into my CRYPTSY account. Likewise, in recent months, I have contacted CRYPTSY by e-mail and demanded I be able to withdraw, transfer, or otherwise obtain access to my cryptocurrency on deposit with CRYPTSY. My efforts in those regards have all failed.

9. To date, CRYPTSY will not allow me (and to my knowledge any other CRYPTSY account holder) to access, withdraw, or transfer my cryptocurrency.

10. As of the current date, I have suffered a loss of approximately $39,100.00 (plus attorney's fees and expenses) as a result of CRYPTSY's actions.

Pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I declare under penalty of perjury that the foregoing is true and correct.

_____   _____
Brandon Leidel (*signature*)                                    Date





# Cryptsy

Jan 15th 11:41AM EDT

| Dash | Price 0.00682957 BTC | EarthCoin | Price 0.00000023 BTC | LiteCoin | Price 0.00769900 BTC | Dogecoin | Price 0.00000046 BTC | Coin Sponsor Program |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Price Change +1.329% | | Price Change -8.000% | | Price Change -0.013% | | Price Change 0.000% | |

**Tier 2** (upgrade)

**Support**

| Cryptsy Points | 3.02408275 |
| --- | --- |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 95.23056333 |

**Enter Cryptsy Drawing Here**

## Account Balances

| CURRENCY | BALANCE | LAST PRICE |
| --- | --- | --- |
| ANC | 699.95341189 | 0.00000000 |
| ARG | 13.95285810 | 0.00000450 |
| AUR | 3316.06457053 | 0.00006720 |
| BTC | 72.82882823 | 427.93487344 |
| CAP | 4250.67255900 | 0.00000459 |
| CBX | 0.04270600 | 0.00031004 |
| DGB | 1286230.51207610 | 0.00000036 |

## Your Watchlist

| Market | Fiat | BTC | LTC | XRP |
| --- | --- | --- | --- | --- |

### BTC Markets    Find:

| 007/BTC | 4.55% | 0.00000345 |
| --- | --- | --- |
| 42/BTC | 21.15% | 1.57500000 |
| 8BIT/BTC | 57.62% | 0.00007523 |
| AC/BTC | 0.38% | 0.00000266 |
| ACOIN/BTC | 12.57% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 15.15% | 0.00007624 |
| AMC/BTC | 20.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | -0.07% | 0.00006817 |

[ All Balances ] [ BTC Deposits ] [ BTC Withdrawals ] [ BTC Transfers In ] [ BTC Transfers Out ]

Showing **1 - 50** of 129 Results    1 **2** 3  Next >>  End >>

##  Deposits

| Currency | Deposit Address | Amount | Post Date |
| --- | --- | --- | --- |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.19935600 BTC** | 2016-01-07 10:23:52 |
| BTC | TrxID: a10c86ca80da876d28ad9192160e8ab9c89bc759a13395af92c8ecf4465d12f1 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.16474400 BTC** | 2016-01-04 11:12:01 |
| BTC | TrxID: 898b4c4938198c3d15a1ccfa2d8cbd181e052ce0a629f85e21507fa68ea5d201 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.11199500 BTC** | 2015-12-28 10:05:43 |
| BTC | TrxID: 71087246604aeb67a3d18348d8847a345c6c8e8b862388cde7aaaef8b2380602 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.59971600 BTC** | 2015-12-17 11:17:00 |
| BTC | TrxID: 2a2d4e19293e9b04c98f8b72a84445a446e985e9e10d072bb8bfbba6816185eb | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.25345100 BTC** | 2015-12-15 10:55:02 |
| BTC | TrxID: e8409937528fe5df4bed9d3b7a696d77488e928d31238a09c5e62483dee7a0a5 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.44179700 BTC** | 2015-12-13 09:47:36 |
| BTC | TrxID: 85e46a07244feb1337ed72c31625c75b950484c70edb8408c0d42ac46e47376b | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.80177700 BTC** | 2015-12-12 11:50:03 |
| BTC | TrxID: b3ce900570978f02caa802aa9a0c62fc2b6fabde072e72137494f013d19c914f | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.63777600 BTC** | 2015-12-08 10:46:15 |
| BTC | TrxID: c62105ecbcf02e5bc0b3b50bd696377ce698cc84a8b150de252d26905ad877fc | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.65662100 BTC** | 2015-12-03 10:07:30 |
| BTC | TrxID: 27a93ddb32d0a95de47a11f0f687891728dfee5fea8306b07ef9e4c7f899813c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.14134300 BTC** | 2015-12-01 11:16:48 |
| BTC | TrxID: 690c0f811c3812513ad895760578ab2128b005bb9ef364a17022554c68ad6e9c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.52378500 BTC** | 2015-11-30 10:07:43 |
| BTC | TrxID: 3e85999108f46598457c776473c8469c5931eb79843b4fc21bb4670a7ce0b703 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.01609000 BTC** | 2015-11-29 16:22:06 |
| BTC | TrxID: 7de6473835141a78530710118795713f48c511ae435c16c84c64e2b3565aedbf | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.85035200 BTC** | 2015-11-27 10:11:08 |
| BTC | TrxID: 076892c27c474be7eaa4b25de059e4b080fa5117d6266d082d952a71184aa2e1 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.99517800 BTC** | 2015-11-25 10:48:44 |
| BTC | TrxID: cf0fd42733a885810610615b88fca11e2b08cd463c2be556d053f18d36ba251638b | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.82744200 BTC** | 2015-11-24 11:03:38 |
| BTC | TrxID: 19fbf82e62e6be5b6f821bfa9e620244f5a714efbe62b4e2d8416b98b1c3c9e9 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.91100000 BTC** | 2015-11-23 10:38:34 |
| BTC | TrxID: c1f539e73cb5ccd75e36a4865d19ae4b1e47a993f306ab8ea5068161d2f4c04c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.44408800 BTC** | 2015-11-14 10:24:28 |
| BTC | TrxID: 19d14c2e13a0a9983c878b6e135c52a35452a3be3fc33239e35baab6b99bdd0f | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.26322900 BTC** | 2015-11-09 09:47:48 |
| BTC | TrxID: 70d9fff85eab053de48ff1b52c5a7ad9bef8c82e61f969e453d219c95fc069b7 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.16269300 BTC** | 2015-11-08 10:45:44 |
| BTC | TrxID: 355c133ff721f4afb8f22613207129e9da32bd655407b9a6deedaf6ec2abcdda | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.64480200 BTC** | 2015-11-06 12:37:45 |
| BTC | TrxID: 18d99c30c8442189af9f915413990750033bfe2e9a317f51872160398529de198 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.12017600 BTC** | 2015-11-03 11:38:31 |
| BTC | TrxID: b160a9d857af6966a08baf2cbf0c0ee825552542b62e89605ed36fae90bf02d8 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.07397600 BTC** | 2015-10-27 13:01:40 |
| BTC | TrxID: c043b8f6e3d5fb333296869c569aff5900886a0b250e8b6e776f2c7e21aaa641 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.16105500 BTC** | 2015-10-22 11:48:29 |
| BTC | TrxID: 4856cb9e5ec8207931f5280940df1eadf5e305e6dcb08f7ff5ae6be8af42e5db | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.09388900 BTC** | 2015-10-20 10:47:26 |
| BTC | TrxID: ca8490d3869f21224de13fc84976232ea47cf0548c75bafb8e894f6b42816fe5 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.04693100 BTC** | 2015-10-12 09:03:21 |
| BTC | TrxID: 35a538e0b6a2ce765a94973f50111c391ed15aa199a122696690ecc516bb9325 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.05092500 BTC** | 2015-10-09 10:03:47 |
| BTC | TrxID: a911edb8d369be161ff7457e14ef3f0e4ecac44a5aef61d4ba063828f3df96fb | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.75889100 BTC** | 2015-10-08 10:22:11 |
| BTC | TrxID: f5060af95b95edd96f051f5a88500439c4bd28f0c995ffc6cf6746ba4b038484 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.96512000 BTC** | 2015-09-29 09:38:43 |
| BTC | TrxID: 9964bea154506f1e53f17bb9b4327fae7f3437e04f59187a1e91da4c88ba6279 | | |

| | | | |
|---|---|---|---|
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.11552200 BTC** | 2015-09-26 12:58:29 |
| BTC | TrxID: ... | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.99352100 BTC** | 2015-09-23 12:44:23 |
| BTC | TrxID: bbb783c5de2a3395db54715eeb6918c06122405b96feaa8ae279e3a367349db9 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.59725600 BTC** | 2015-09-15 09:43:45 |
| BTC | TrxID: 59c5d24e646640717f91d2626a21efd252450f5ad29237e825abd2ce93890a5d | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.17789100 BTC** | 2015-09-10 09:37:23 |
| BTC | TrxID: 13214f44e7bb6d563696a7aa7e4d5e044d3064ec65d83bdeb2152618d4963762 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.67396800 BTC** | 2015-09-07 09:54:54 |
| BTC | TrxID: e1fb52280f9159dbdda193bfa2873f75eb8c3f3ed50f14dcaccc6317f7299e05 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.11003100 BTC** | 2015-09-06 08:42:56 |
| BTC | TrxID: beb8a6dd6b243ec5e3c358bca480841e56e49abb74075d18a2a32e780f60e110 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.01631100 BTC** | 2015-09-03 09:50:00 |
| BTC | TrxID: eee1e52378a3d8510e2655f5693e31098e14f3a1f49d16635a8d3b75b1416c0a | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **2.00596300 BTC** | 2015-09-02 18:41:09 |
| BTC | TrxID: 41ffcc687cf4ec830bd6003871fa8ff9536eaec9d819af009ee258a754d2284b | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **2.67079600 BTC** | 2015-08-30 08:50:09 |
| BTC | TrxID: 34fc5ae95c4349a3b2c324ab0488a3734bb782d3e44318c4ba3d16c06c76ba95 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.29018200 BTC** | 2015-08-29 10:02:05 |
| BTC | TrxID: ebafcc417d1395eb6657ab89a1071b2d132d876e577db63f154f57c95b37ea6e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.90044400 BTC** | 2015-08-26 09:27:04 |
| BTC | TrxID: eb73c9cfb93ad3b35c7eb6d995b8f8113c027de1cb987cfbdcf4c5509f8288f6 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.85928400 BTC** | 2015-08-23 09:12:37 |
| BTC | TrxID: d692bb84002b0a0269bd6c340837765388ae4317a1fdf353d69fd4add351a481 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.44578400 BTC** | 2015-08-20 10:28:58 |
| BTC | TrxID: d1425354e7eab21c5ee74cab278eb6a09751404c91aaee0911c71b93f03b0fe2 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.35339600 BTC** | 2015-08-19 10:11:21 |
| BTC | TrxID: c23ea3391e24e0e980e4ab11587f23f31223fe89ac5b2eb7b60a9f42de00acb9 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.39596700 BTC** | 2015-08-06 08:47:49 |
| BTC | TrxID: 22c939b83ac82421ede29eb18d9abf4698f661b6c19f1928fed3f0ba92995bf0 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.31300000 BTC** | 2015-08-04 09:24:27 |
| BTC | TrxID: c3f12b2ac477755d3b5d1edc51922fa8591984e2085e47a141dd52e0cd8e6d39 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.51574600 BTC** | 2015-07-24 09:06:29 |
| BTC | TrxID: 8304b0a531edcf8fb032e4175a297cd5d791e1041100861d294a1bb21a70f3db | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.46391100 BTC** | 2015-07-22 13:43:58 |
| BTC | TrxID: d90b5dfcbaa2d5ca328bf47d4c5661294ccdd60dedbaed91e8a54b9283f4c8a9 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.45016400 BTC** | 2015-07-19 09:03:53 |
| BTC | TrxID: d6b867cbf472c5f428a73ba9b7224bb289c0e39f81816a50024286faf1d0e576 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.41900000 BTC** | 2015-07-17 11:04:03 |
| BTC | TrxID: cb5d9d7ee0d72ce419ed3adc69d92e50d45175378ba4ee2ba62a75a6e4bcb49f | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.85794800 BTC** | 2015-07-12 08:38:59 |
| BTC | TrxID: 9c9843a88497088ead811576bf133fa2462d2768347ea4af81d3b490befc650c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.23306400 BTC** | 2015-07-12 02:30:44 |
| BTC | TrxID: 15f774531218a06e4b56c5ea8ef0b20aa151f6b9b279b7769bf7adb6e2d5eb85 | | |

Showing 1 - 50 of 129 Results                                                                 1 2 3  Next >>  End >>

© 2016 Project Investors Inc      Wallet Status   Terms   Fees / Rebates   Privacy   Blog   Support   API   Security   About   Jobs   Refunds

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072364334. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.

# Cryptsy

Jan 15th 11:43AM EDT

**Tier 2** (upgrade)

**Support**

| | |
|---|---|
| Cryptsy Points | 3.02408275 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 95.23056333 |

**Enter Cryptsy Drawing Here**

## Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ANC | 699.95341189 | 0.00000000 |
| ARG | 13.95285810 | 0.00000450 |
| AUR | 3316.06457053 | 0.00006720 |
| BTC | 72.82882823 | 427.93487344 |
| CAP | 4250.67255900 | 0.00000459 |
| CBX | 0.04270600 | 0.00031004 |
| DGB | 1286230.51207610 | 0.00000036 |

## Your Watchlist

**Market** — Fiat  BTC  LTC  XRP

### BTC Markets          Find:

| | | |
|---|---|---|
| 007/BTC | 4.55% | 0.00000345 |
| 42/BTC | 21.15% | 1.57500000 |
| 8BIT/BTC | 57.62% | 0.00007523 |
| AC/BTC | 0.38% | 0.00000266 |
| ACOIN/BTC | 12.57% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 15.15% | 0.00007624 |
| AMC/BTC | 20.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | -0.07% | 0.00006817 |

---

Home  Dashboard  Balances  Orders  Triggers  Trades  Vote  Tools  **Hello Brandon**

| Dash | Price 0.00682957 BTC | EarthCoin | Price 0.00000023 BTC | LiteCoin | Price 0.00769900 BTC | Dogecoin | Price 0.00000046 BTC | Coin Sponsor Program |
|---|---|---|---|---|---|---|---|---|
| | Price Change +1.329% |  | Price Change -8.000% | | Price Change -0.013% |  | Price Change 0.000% | |

[ All Balances ]  [ BTC Deposits ]  [ BTC Withdrawals ]  [ BTC Transfers In ]  [ BTC Transfers Out ]

Showing 51 - 100 of 129 Results        << Start   << Prev  1  **2**  3   Next >>   End >>

## Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.21870700 BTC | 2015-07-11 08:33:09 |
| BTC | TrxID: af541529fc30d74ec2b4904a5a1b39501e6d143f44f1a7e8788a6877d4caa543 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.16808700 BTC | 2015-07-07 12:04:34 |
| BTC | TrxID: d09c2561960c17ed80b77f87714f63534591ee890653bb3b8253d01aa9bdad48 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.95773100 BTC | 2015-07-02 09:37:39 |
| BTC | TrxID: 0467b9002cb1fb60c83e88dde40e13e0a4fee4cf576f65518ad1c22866321e47 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.12011500 BTC | 2015-07-01 08:21:33 |
| BTC | TrxID: cc8fdc75c0790ccef4bcc32675925979c15aab66a0abb8516f4c5fe8f1edeacb | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.48661500 BTC | 2015-06-29 08:25:44 |
| BTC | TrxID: b6c1c900b53cff0de1d39122201ca86d930f25fab21c60ac86c8fdb47ce8d6bf | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.34795600 BTC | 2015-06-26 09:04:57 |
| BTC | TrxID: 330d51c2760666f12320aebd653b9ffbf3908f808cfb0c934c077d34d0fe05c6 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.27552000 BTC | 2015-06-25 08:34:05 |
| BTC | TrxID: 0f9f5f96a344ff3a716ac7b99832aada33dd0235c7b9e469d65f1c6e1b41da72 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.70489900 BTC | 2015-06-20 09:28:18 |
| BTC | TrxID: c029a9e413a05c09dc9cfbd9658f5afdf6db3ce5fb2257ccc9fd8e34b5970f66 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.05431900 BTC | 2015-06-19 09:00:22 |
| BTC | TrxID: 5b224645d57f8ae72886bd54db229f77b08a3512e8d4e2cfce4030f7aae2315f | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.00764900 BTC | 2015-06-18 09:44:18 |
| BTC | TrxID: 39f5a22db1a4a4fbd6e9221fa6a58f8bf75a604856b619d95117a42fd5d82818 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.14633800 BTC | 2015-06-15 08:43:40 |
| BTC | TrxID: 3b09c79e7aa377c5c582675e1a1dff9096d6156f197139b065ca0c121f7cdff2 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.19271600 BTC | 2015-06-10 09:18:25 |
| BTC | TrxID: b0bd19ca709c89f6110f45a8a4a793f1e04a701ce45b50a883e0d7ff4dcad794 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.71638200 BTC | 2015-06-09 10:26:50 |
| BTC | TrxID: 1647d65765352684580dcbaeb33d2b50e5c8e4430845fb7edbb6338c9e993d20 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.25562900 BTC | 2015-06-08 08:57:13 |
| BTC | TrxID: 4fd50edf4e5985885f3a17b048cce44e64725ba6867aca8fd9839fa99f804582 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.36931300 BTC | 2015-06-07 07:47:12 |
| BTC | TrxID: 08a51fdef9337d7bb6a8b2fc68708299de1a47101b371f637d9707be2165d30b | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 3.69972300 BTC | 2015-06-06 08:54:56 |
| BTC | TrxID: f99be81c19389a7966a6fb350a88f3bde5a9a1441299eeb123d6d181f43c6a43 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.05299100 BTC | 2015-06-05 10:58:48 |
| BTC | TrxID: 288da284564bbeed66e92fd1e7187cd5448af024260c6609a5ced4134b6d4549 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.16042000 BTC | 2015-06-04 09:26:03 |
| BTC | TrxID: 63d11a013ad3756379dff484e43232bf301fedbfe253f57b91e867c1326661e8 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.50013500 BTC | 2015-06-02 11:02:12 |
| BTC | TrxID: e93da7678403994825558a2ea44644b36e0d2cb3d160c15ed20380417739f06e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.77995800 BTC | 2015-05-25 09:52:58 |
| BTC | TrxID: 2e947ce5ea2b086f68cac092df38cc167732537cea42c004bafcf8641706a511 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.41388300 BTC | 2015-05-24 09:16:54 |
| BTC | TrxID: 6d445bbb58ff117ffa17cabf847c8d95f0e2dc96cf1f465eee7fc2da5eb3b87c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.34834700 BTC | 2015-05-20 09:02:52 |
| BTC | TrxID: e92fe66f7f0037e83e575788c85b92ba8848dae0ecb6b0f6ba74d909cda97393 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.61398500 BTC | 2015-05-19 08:47:01 |
| BTC | TrxID: 93fcf8357ff847f4853080618282ef8f26ba3defcbb9f1eb1852a5bc887836c6 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.32988800 BTC | 2015-05-11 08:41:35 |
| BTC | TrxID: 29607bb6e23650cd203b0acf2750b1d755370e2ba02bf9277f35a60831399984 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.10558900 BTC | 2015-05-07 11:59:02 |
| BTC | TrxID: 6b36a04955f0b2424e19dc68a46b9decedc05e876a3ae480141e96768d3b3567 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.10446300 BTC | 2015-05-05 09:48:18 |
| BTC | TrxID: 3b54ebe3007f176e62700ba348700b5b63a633056210dd3c7518e56afe673071 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.12384700 BTC | 2015-04-22 08:36:38 |
| BTC | TrxID: 37612d3ca05a3f5bed030a07f5b0bd7bd33d50b708762c6e2a7474e2185eae34 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.07000500 BTC | 2015-04-12 08:46:00 |
| BTC | TrxID: cde5c92d24ce95fbf3258965a40e61e6637373f76c819ac57d5b60ce52be2995 | | |

| | | | |
|---|---|---|---|
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.85612500 BTC** | 2015-04-04 10:03:08 |
| BTC | TrxID: 1382ca012e487c18d40638f1e2e3b0fe843ff7e0b12e002c3b70ef4e28 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.12932700 BTC** | 2015-03-31 09:38:23 |
| BTC | TrxID: 9a74b3ad02fce1b4881cf43540cdff25ed5efd99afb780edbc24a3e6c7a2cfcd | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.16236200 BTC** | 2015-03-29 11:17:05 |
| BTC | TrxID: 56ae91070c1fb9681de541b98622d14a36d9439d8b73ffd500fe653a6c777de1 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.05440400 BTC** | 2015-03-28 11:19:21 |
| BTC | TrxID: bffec48639d7962a923a0dab1b01e208c27877484bb1b7ffbc35be571b6c11ab | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.77807200 BTC** | 2015-03-17 09:41:31 |
| BTC | TrxID: bec55225a47fa8cb63536a2683ae4f04da940566d1e922e88b3391903e027756 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.96786000 BTC** | 2015-03-16 09:36:29 |
| BTC | TrxID: 97de70415a50164e126f7f1f58cdf8caef0383f879cc46b9101ee95e12565127 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.04251100 BTC** | 2015-03-13 11:21:41 |
| BTC | TrxID: 551530e1e458b06dc4963d7be99bfd7785b642f0acf66d7e29b1ae793dc78ca9 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.50930000 BTC** | 2015-03-12 13:48:27 |
| BTC | TrxID: 38dc877768c52927a0eb7312b574a7389e73cb1213e6128fd3ede82adcff8a1c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.37717300 BTC** | 2015-03-10 11:29:04 |
| BTC | TrxID: 9f4e13171bde97f76f145c9a09cb0de459935bc9f37ef5c5975e902a1f11a8d9 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.85807400 BTC** | 2015-03-05 08:22:29 |
| BTC | TrxID: bc8873a45375dceac63811fda8f596dce56cf781baf3dc1dae39073446142889 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.08947100 BTC** | 2015-03-02 07:32:45 |
| BTC | TrxID: e3e7520401ff91d3d482b7bdc19acb1a9c8150e61b810b20d92a7ece3a42672e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.12060300 BTC** | 2015-02-27 15:27:18 |
| BTC | TrxID: a8fe311b2e6742c821c9eb8a93b2f16227aa048db02dad7087b1d294ffea4806 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.44519200 BTC** | 2015-02-25 12:05:04 |
| BTC | TrxID: 162dbb8a236197748e6396b25ebce6ccf66e5d28f8732ff38ecef6d6b0d86afa | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.08108300 BTC** | 2015-02-16 10:58:52 |
| BTC | TrxID: 0a6b654070a15f49867d35e4c7e9cae769ace4556e5d7282651020b60607a07b | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.16644600 BTC** | 2015-02-10 14:36:17 |
| BTC | TrxID: 4720b1f42dbf46fcdd8044b5936b05a84e6d6409111c94a127a24c68040dbdb1 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **2.24949600 BTC** | 2015-02-08 12:28:29 |
| BTC | TrxID: 2e941c8618d93a4bbd6ba07b2eb40b54162d6bf6851fe2131520da7fc3dc6719 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.19155800 BTC** | 2015-01-30 12:26:17 |
| BTC | TrxID: 3c9102a23c13d8ffe0bc7f0562ca510774ddeb631802a7399174d1bd6b536b0a | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.22516600 BTC** | 2015-01-29 15:03:47 |
| BTC | TrxID: d886e82fd249a915bfd0815be00551f925434cbd2836537014e71ff210fdfbae | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.78893700 BTC** | 2015-01-26 10:26:40 |
| BTC | TrxID: b51b5ece2428f9bd8435f2821406a567b251b0be2ec9216a13ffb77d3119dc9c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.18218700 BTC** | 2015-01-16 10:47:43 |
| BTC | TrxID: e9e55b8897752e6fcb80e09ae3e7581cd95112bdc9cc141da114e706e89e8cdc | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **1.43142400 BTC** | 2015-01-14 11:02:52 |
| BTC | TrxID: 0ad9707aed58f09d5f13c3233a103e0c904257422657ea39e73df7778d96a8b2 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | **0.09963100 BTC** | 2015-01-12 11:04:14 |
| BTC | TrxID: 9674885b9a6c5aa9d0cfd59a719b4d135f61aec0160dcaac76fc6f87bf4116a7 | | |

Showing 51 - 100 of 129 Results

<< Start   << Prev   1 2 3   Next >>   End >>

© 2016 Project Investors Inc       Wallet Status   Terms   Fees / Rebates   Privacy   Blog   Support   API   Security   About   Jobs   Refunds

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072364334. This is not an offer
or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.

# Cryptsy

Jan 15th 11:44AM EDT

| Dash | Price 0.00682957 BTC Price Change +1.329% | EarthCoin | Price 0.00000023 BTC Price Change -8.000% | LiteCoin | Price 0.00769900 BTC Price Change -0.013% | Dogecoin | Price 0.00000046 BTC Price Change 0.000% | Coin Sponsor Program |

**Tier 2** (upgrade)

**Support**

| | |
|---|---|
| Cryptsy Points | 3.02408275 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 95.23056333 |

**Enter Cryptsy Drawing Here**

### Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ANC | 699.95341189 | 0.00000000 |
| ARG | 13.95285810 | 0.00000450 |
| AUR | 3316.06457053 | 0.00006720 |
| BTC | 72.82882823 | 427.93487344 |
| CAP | 4250.67255900 | 0.00000459 |
| CBX | 0.04270600 | 0.00031004 |
| DGB | 1286230.51207610 | 0.00000036 |

### Your Watchlist

| Market | Fiat | BTC | LTC | XRP |

### BTC Markets   Find:

| 007/BTC | 4.55% | 0.00000345 |
| 42/BTC | 21.15% | 1.57500000 |
| 8BIT/BTC | 57.62% | 0.00007523 |
| AC/BTC | 0.38% | 0.00000266 |
| ACOIN/BTC | 12.57% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 15.15% | 0.00007624 |
| AMC/BTC | 20.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | -0.07% | 0.00006817 |

[All Balances] [BTC Deposits] [BTC Withdrawals] [BTC Transfers In] [BTC Transfers Out]

Showing 101 - 129 of 129 Results     << Start   << Prev   1  2  3

## Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.99396300 BTC | 2014-12-29 10:32:09 |
| BTC | TrxID: 434ddafd2011178e492e4eea0307fdc1246e56aadde07691f0912296d7632298 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.30235900 BTC | 2014-12-27 13:20:46 |
| BTC | TrxID: cc6f636cde83778550ca0515ee9e2a8634eac3561c7dc14eafe150a9467c29d5 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.08276600 BTC | 2014-12-22 11:45:46 |
| BTC | TrxID: 19d07dc1974e8f6ddc0026d6620a74b1d35c4fb04917dea3f7f9c3e1a7da7ba1 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.31029700 BTC | 2014-12-20 13:44:46 |
| BTC | TrxID: b25233c14083a612abbedb483dcc6b35721cebe07d4bfef3f2c8dbbf91a6e25c | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.71860700 BTC | 2014-12-19 11:35:05 |
| BTC | TrxID: 6f4da1fdd2f48e1def3f7baa717c64d179970bf4725c3f8151d2d4a34cef20a4 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.57080000 BTC | 2014-12-08 10:16:27 |
| BTC | TrxID: 4edee9fd150847342e0a55dc65b1624f2baf0960165ea82450b1b6198e59c18e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 1.43090000 BTC | 2014-12-02 09:33:33 |
| BTC | TrxID: 87ba0296ce8fc6197bf5889b878d51c371b0b006bc812d6a8863d84c48ea29ca | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.05170000 BTC | 2014-12-01 10:37:38 |
| BTC | TrxID: 6171be4638f10471deb9dc25a81518058882edeaaf6a751b91a1b1d5ac30d043 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.12240000 BTC | 2014-11-25 12:03:24 |
| BTC | TrxID: 76adcf37df40d5e1e926f4753ac66fe38cc6d1eadc2c554e2d1e66a50b11f5c3 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.79490000 BTC | 2014-11-22 13:01:07 |
| BTC | TrxID: d4b86779e7d81b9f033c32dc3e701a75149434e983ecbe086ea8c827389032e7 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.53750000 BTC | 2014-11-11 10:33:31 |
| BTC | TrxID: 2b6685e4399821ee770124f55a849725da698b5ae87c6a93123608c6e73311ef | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.14820000 BTC | 2014-11-04 12:43:24 |
| BTC | TrxID: ae9e78405ce3b7077a4cc6bf64728bb1327c56ff68dee05bc44f105626fc5b1e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.54110000 BTC | 2014-10-27 11:55:24 |
| BTC | TrxID: 8cad48b0c847bfea93e410c60e5554f385d74a7a3fa2895d620a3402f7dadb1e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.56280000 BTC | 2014-10-21 10:16:24 |
| BTC | TrxID: 7e5a21e315b9459abc9d4c691b01e03f054928ca27d35752a1e8d179a2461070 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.47370000 BTC | 2014-10-15 10:54:51 |
| BTC | TrxID: 0b9ed38be946937b0fdf66733eacb8d5dbf02198b960f82be551e907c160ec7d | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.34150000 BTC | 2014-10-10 12:37:45 |
| BTC | TrxID: 47201400d69110269bdb2ebb415cb05fd2e9d35a74c1e17e279033ce3afcabaf | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.75010000 BTC | 2014-10-09 14:17:55 |
| BTC | TrxID: cf6866890deb30fe705994a39a7af6cfdcb450faa8a4281f693ca27cfb932932 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.00000001 BTC | 2014-09-27 13:50:55 |
| BTC | TrxID: 4e7361c593492f5ba0f29ccb35ca6520c9b0191fa0cc279f485ab0a3b9f02d6b | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.08530000 BTC | 2014-09-27 12:05:57 |
| BTC | TrxID: ff96e4a7256ae7ebcb7dad6087c75ce665233f7b585da74f29bafb5ab859a126 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.16950000 BTC | 2014-09-26 09:49:55 |
| BTC | TrxID: 319c40b36c76c9c51fa93b31676c4dec0dde054036d33acbffabb625f53254b8 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.46740000 BTC | 2014-09-19 09:52:40 |
| BTC | TrxID: 29499e22b7d66e96db3d2385a90cbf8419f83204e7587273c932be2f2cb45088 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.19450000 BTC | 2014-09-18 10:40:21 |
| BTC | TrxID: 597b11e944162e8eb7a8f1eb76f1dafffa56cb5787ca5acefac1f942f891a98e | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.72060000 BTC | 2014-09-16 10:32:25 |
| BTC | TrxID: ecde50b9812d4ef544efb03ab98e346ea7ee4bbad7f5644a811d4f1cd97bc5f2 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.06650000 BTC | 2014-09-04 07:05:16 |
| BTC | TrxID: 4b93bfced229f1d16a7e75f7393961a1b31f25ea3130874e92a30bc66dc3f5c2 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.32670000 BTC | 2014-08-18 10:32:13 |
| BTC | TrxID: 8dd3b9ab6bfbbbc631552004da571b62dde2e2467436b3d511e5bb96ba815199 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.95310000 BTC | 2014-08-17 14:14:20 |
| BTC | TrxID: ecbe609e72b725c938a17519c1ae70edfeed8ad2d26504bde4c9d9535927a9e8 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.09900000 BTC | 2014-08-15 18:39:36 |
| BTC | TrxID: 550b3304fd554437fbeed20e2384804aeb9aa24154680f7541d207f2b0253165 | | |
| BitCoin | 13acrQDRkHBBowV6bzTtCRRsneWCrNo8yh | 0.00020000 BTC | 2014-08-13 16:43:47 |
| BTC | TrxID: 7da3c0a45d23301b38a3a7e81a77498555cb1652529b80197470a2594e71f99f | | |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

## DECLARATION OF CHRIS KACHER

I, CHRIS KACHER, make this Declaration and state as follows:

1. My name is Chris Kacher. I am 47 years old, and I am of sound mind and body. I am making this Declaration in support of Plaintiffs' Verified Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or Other Disposition of the Real Property Located at 16832 Charles River Drive, Delray Beach, FL 33446 in the above-captioned matter. This declaration is based on my personal knowledge.

2. I reside in Beverly Hills, California, and I am a citizen of the state of California.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy ("CRYPTSY"), on or about June 3, 2014.

4. To initially fund my CRYPTSY account, in or about June 2014, I transferred one hundred ninety (190) Bitcoin to my CRYPTSY account. The value of that transfer was approximately $125,829.40 United States Dollars ("USD").[1]

---

[1] This calculation is based on historical price indexing provided by Coindesk.com.

5. Subsequent to my initial deposit, I have made additional deposits into my CRYPTSY account.

6. Attached hereto as **Exhibit "A"** are documents evidencing all deposits into my CRYPTSY account and/or the history of the balance of cryptocurrency in my CRYPTSY account.

7. Since about November 2015, I have been unable to withdraw, transfer, or otherwise obtain access to any of my cryptocurrency on deposit with CRYPTSY.

8. In recent months, I have attempted, through the CRYPTSY website, to withdraw, transfer, or otherwise obtain access to the cryptocurrency deposited into my CRYPTSY account. Likewise, in recent months, I have contacted CRYPTSY by e-mail and demanded I be able to withdraw, transfer, or otherwise obtain access to my cryptocurrency on deposit with CRYPTSY. My efforts in those regards have all failed.

9. To date, CRYPTSY will not allow me (and to my knowledge any other CRYPTSY account holder) to access, withdraw, or transfer my cryptocurrency.

10. As of the current date, I have suffered a loss of approximately $288,000.00 (plus attorney's fees and expenses) as a result of CRYPTSY's actions.

Pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I declare under penalty of perjury that the foregoing is true and correct.

_____           March 23, 2016
Chris Kacher (*signature*)                 _____
                                           Date

**Tier 2 (upgrade)** | **Support**

### Cryptsy Points
41.36871969

### 1Day Volume
0.000 BTC

### Estimated Acct BTC Value
125.9596901

### Account Balances
Enter Cryptsy Drawing Here

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 56.39682340 | 427.93487344 |
| DOH | 2306.90258726 | 0.00000000 |
| DOGE | 49999999.99999998 | 0.00000000 |
| E | 19300.00000000 | 0.00360300 |

### Your Watchlist

Market | Fiat | BTC | LTC | XRP

Find:

### BTC Markets

| | |
|---|---|
| 0TH/BTC | 0.00000345  0.00% |
| 8BIT/BTC | 0.00007523  0.00% |
| AGEN/BTC | 0.00000115  0.00% |
| A0BER/BTC | 0.00007624  0.00% |
| A0CH/BTC | 0.00006817  0.00% |
| A0KBTC | 0.00000040  0.00% |
| A0OM/BTC | 0.00001217  0.00% |
| A0R/BTC | 0.00000249  0.00% |
| B0B/BTC | 0.00000023  0.00% |
| B0C/BTC | 0.00032100  0.00% |
| C0N/BTC | 0.00009500  0.00% |
| C0IC/BTC | 0.00000716  0.00% |
| C0M/BTC | 0.00368997  0.00% |

---

**Deposits**  All Balances | All Deposits | All Withdrawals | All Transfers In | All Transfers Out

Showing 1 - 13 of 13 Results

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| CryptsyPoints | Points | TrxID: Points earned on date 2015-09-02 | 0.33970797 Points | 2015-09-03 02:02:21 |
| CryptsyPoints | Points | TrxID: Points earned on date 2015-09-01 | 10.43206968 Points | 2015-09-02 02:02:23 |
| CryptsyPoints | Points | TrxID: Points earned on date 2015-08-20 | 4.30940570 Points | 2015-08-21 02:03:03 |
| CryptsyPoints | Points | TrxID: Points earned on date 2015-08-19 | 6.64374689 Points | 2015-08-20 02:02:40 |
| CryptsyPoints | Points | TrxID: Points earned on date 2014-11-27 159csG6SsUq8bUwX4MWw5a27BDTBZny6sc | 3.58800000 Points | 2014-11-28 02:01:55 |
| BitCoin | BTC | TrxID: 257ffa6e9629b8072dea61854139a02c2cef04f9cb89e7df517e74c58f01c6fe | 133.66443675 BTC | 2014-11-27 13:04:50 |
| CryptsyPoints | Points | TrxID: Points earned on date 2014-10-07 | 4.23926945 Points | 2014-10-08 02:06:24 |
| CryptsyPoints | Points | TrxID: Points earned on date 2014-06-25 | 1.99236000 Points | 2014-06-26 05:37:50 |
| LiteCoin | LTC | TrxID: LS11RfqgGbkJTmtmJTYXCGzkkdF3t6f52q | 1222.19422619 LTC | 2014-06-23 07:30:17 |
| CryptsyPoints | Points | TrxID: da34323e14499d8c6a145e085de4a81267b573c744a567b0d4ab2d9ae149610 | 9.82416000 Points | 2014-06-04 06:18:00 |
| BitCoin | BTC | TrxID: Points earned on date 2014-06-03 | 90.00000000 BTC | 2014-06-03 15:57:33 |
| BitCoin | BTC | TrxID: 9bceb0ba190d2c6615635e1e762db48ff66a2edcae0785d8a1c640b4e07074ef | 50.00000000 BTC | 2014-06-03 14:32:23 |
| BitCoin | BTC | TrxID: a6ea76d444321c8c1626a0c83d66b360bc43793298bc5465fa6692b572d6f135 | 50.00000000 BTC | 2014-06-03 13:11:52 |
| BTC | BTC | TrxID: 05a20644101825640c9406eba9254040012030b7d98acc1860e6331f600d896e62d | | |

Showing 1 - 13 of 13 Results

**EXHIBIT "A"**