UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.

_____/

## DECLARATION OF DANIEL SUTERA

I, DANIEL SUTERA, make this Declaration and state as follows:

1. My name is Daniel Sutera. I am 37 years old, and I am of sound mind and body. I am making this Declaration in support of Plaintiffs' Verified Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or Other Disposition of the Real Property Located at 16832 Charles River Drive, Delray Beach, FL 33446 in the above-captioned matter. This declaration is based on my personal knowledge.

2. I reside in Brooklyn, New York, and I am a citizen of the state of New York.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy ("CRYPTSY"), on or about October 15, 2015.

4. To initially fund my CRYPTSY account, in or about October 2015, I transferred 40 Bitcoin to my CRYPTSY account. The value of that transfer was approximately $10,192.40 United States Dollars ("USD").[1]

---

[1] This calculation is based on historical price indexing provided by Coindesk.com.

5. Subsequent to my initial deposit, I have made additional deposits into my CRYPTSY account.

6. Attached hereto as **Exhibit "A"** are documents evidencing all deposits into my CRYPTSY account and/or the history of the balance of cryptocurrency in my CRYPTSY account.

7. Since about November 2015, I have been unable to withdraw, transfer, or otherwise obtain access to any of my cryptocurrency on deposit with CRYPTSY.

8. In recent months, I have attempted, through the CRYPTSY website, to withdraw, transfer, or otherwise obtain access to the cryptocurrency deposited into my CRYPTSY account. Likewise, in recent months, I have contacted CRYPTSY by e-mail and demanded I be able to withdraw, transfer, or otherwise obtain access to my cryptocurrency on deposit with CRYPTSY. My efforts in those regards have all failed.

9. To date, CRYPTSY will not allow me (and to my knowledge any other CRYPTSY account holder) to access, withdraw, or transfer my cryptocurrency.

10. As of the current date, I have suffered a loss of approximately $65,800.00 (plus attorney's fees and expenses) as a result of CRYPTSY's actions.

Pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
Daniel Sutera (*signature*)                                         Date





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

**DECLARATION OF GUSTAVO CANDIA**

I, GUSTAVO CANDIA, make this Declaration and state as follows:

1. My name is Gustavo Candia. I am 36 years old, and I am of sound mind and body. I am making this Declaration in support of Plaintiffs' Verified Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or Other Disposition of the Real Property Located at 16832 Charles River Drive, Delray Beach, FL 33446 in the above-captioned matter. This declaration is based on my personal knowledge.

2. I reside in Toronto, Ontario, Canada, and I am a citizen of Canada.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy ("CRYPTSY"), on or about January 19, 2015.

4. To initially fund my CRYPTSY account, in or about January 2015, I transferred 0.004 Bitcoin to my CRYPTSY account. The value of that transfer was approximately $0.85 United States Dollars ("USD").[1]

---

[1] This calculation is based on historical price indexing provided by Coindesk.com.

5. Subsequent to my initial deposit, I have made additional deposits into my CRYPTSY account.

6. Attached hereto as **Exhibit "A"** are documents evidencing all deposits into my CRYPTSY account and/or the history of the balance of cryptocurrency in my CRYPTSY account.

7. Since about November 2015, I have been unable to withdraw, transfer, or otherwise obtain access to any of my cryptocurrency on deposit with CRYPTSY.

8. In recent months, I have attempted, through the CRYPTSY website, to withdraw, transfer, or otherwise obtain access to the cryptocurrency deposited into my CRYPTSY account. Likewise, in recent months, I have contacted CRYPTSY by e-mail and demanded I be able to withdraw, transfer, or otherwise obtain access to my cryptocurrency on deposit with CRYPTSY. My efforts in those regards have all failed.

9. To date, CRYPTSY will not allow me (and to my knowledge any other CRYPTSY account holder) to access, withdraw, or transfer my cryptocurrency.

10. As of the current date, I have suffered a loss of approximately $80,647.00 (plus attorney's fees and expenses) as a result of CRYPTSY's actions.

Pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
Gustavo Candia (*signature*)                              Date



EXHIBIT "A"





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.

_____/

## DECLARATION OF YU HAN JUNG

I, YU HAN JUNG, make this Declaration and state as follows:

1. My name is Yu Han Jung. I am 30 years old, and I am of sound mind and body. I am making this Declaration in support of Plaintiffs' Verified Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or Other Disposition of the Real Property Located at 16832 Charles River Drive, Delray Beach, FL 33446 in the above-captioned matter. This declaration is based on my personal knowledge.

2. I reside in, and I am a citizen of, the nation of South Korea.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy ("CRYPTSY"), on or about September 23, 2015.

4. To initially fund my CRYPTSY account, in or about September 2015, I transferred approximately 74 Bitcoin to my CRYPTSY account. The value of that transfer was approximately $17,020.00 United States Dollars ("USD").[1]

---

[1] This calculation is based on historical price indexing provided by Coindesk.com.

5. Subsequent to my initial deposit, I have made additional deposits into my CRYPTSY account.

6. Attached hereto as **Exhibit "A"** are documents evidencing all deposits into my CRYPTSY account and/or the history of the balance of cryptocurrency in my CRYPTSY account.

7. Since about November 2015, I have been unable to withdraw, transfer, or otherwise obtain access to any of my cryptocurrency on deposit with CRYPTSY.

8. In recent months, I have attempted, through the CRYPTSY website, to withdraw, transfer, or otherwise obtain access to the cryptocurrency deposited into my CRYPTSY account. Likewise, in recent months, I have contacted CRYPTSY by e-mail and demanded I be able to withdraw, transfer, or otherwise obtain access to my cryptocurrency on deposit with CRYPTSY. My efforts in those regards have all failed.

9. To date, CRYPTSY will not allow me (and to my knowledge any other CRYPTSY account holder) to access, withdraw, or transfer my cryptocurrency.

10. As of the current date, I have suffered a loss of approximately $48,200.00 (plus attorney's fees and expenses) as a result of CRYPTSY's actions.

Pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I declare under penalty of perjury that the foregoing is true and correct.

_Yu han Jung_  
Yu Han Jung (*signature*)

_23 MAR 2016_  
Date



EXHIBIT "A"

| Transaction | Date | Amount |
|---|---|---|
| d8e71e7f8bdf9c23b3bc49293f849a6e8148d038617b… | 2015-10-31 02:57:59 | 24.74079124 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |
| eb76ccee0a1cbc79569269debd192fa636c0399131b6… | 2015-09-29 05:56:05 | 8.9998 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |
| 5ba1241e4dc1d19cf2810a7b3715992b39afc0dd21cd… | 2015-09-23 18:36:05 | 19.9998 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |
| 76dee256a6bbf6cdb0895d11d0255eeb73948870dc0… | 2015-09-23 18:31:50 | 4.9998 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |
| d5f10ac77ebba130cfd1a5e252d58535492cc57688b1f… | 2015-09-23 18:31:50 | 4.9998 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |
| d6d799a5f7af40b522636646f95934e1d902a2d34c4e… | 2015-09-23 15:54:32 | 29.9998 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |
| f9b61a7142c51bd8dc7d3b5af9153239e6f68c0499c1a… | 2015-09-23 09:30:12 | 0.4998 BTC |
| 1F8Uie3EXHY7dfNTJBfA44GjCXyiqSvWRN | | |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.

_____Cordearo Dadson_____/

## DECLARATION OF CORDEARO DADSON

I, CORDEARO DADSON, make this Declaration and state as follows:

1. My name is Cordearo Dadson. I am 26 years old, and I am of sound mind and body. I am making this Declaration in support of Plaintiffs' Verified Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or Other Disposition of the Real Property Located at 16832 Charles River Drive, Delray Beach, FL 33446 in the above-captioned matter. This declaration is based on my personal knowledge.

2. I reside in Miami, Florida, and I am a citizen of the state of Florida.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy ("CRYPTSY"), in or about March 2014.

4. To initially fund my CRYPTSY account, in or about March 2014, I transferred $15,000.00 to my CRYPTSY account.

5. Subsequent to my initial deposit, I have made additional deposits into my CRYPTSY account.

6. Since about November 2015, I have been unable to withdraw, transfer, or otherwise

obtain access to any of my cryptocurrency on deposit with CRYPTSY.

7. In recent months, I have attempted, through the CRYPTSY website, to withdraw, transfer, or otherwise obtain access to the cryptocurrency deposited into my CRYPTSY account. Likewise, in recent months, I have contacted CRYPTSY by e-mail and demanded I be able to withdraw, transfer, or otherwise obtain access to my cryptocurrency on deposit with CRYPTSY. My efforts in those regards have all failed.

8. To date, CRYPTSY will not allow me (and to my knowledge any other CRYPTSY account holder) to access, withdraw, or transfer my cryptocurrency.

9. As of the current date, I have suffered a loss of approximately $17,000.00 (plus attorney's fees and expenses) as a result of CRYPTSY's actions.

Pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I declare under penalty of perjury that the foregoing is true and correct.

_____   03/23/16
Cordearo Dadson (*signature*)         Date