UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING CORRECTED EXHIBIT M1 AND M2
TO MOTION FOR ENTRY OF PRELIMINARY INJUNCTION
PROHIBITING THE TRANSFER, SALE, ENCUMBRANCE, OR
OTHER DISPOSITION OF REAL PROPERTY LOCATED AT
<u>16832 CHARLES RIVER DRIVE, DELRAY BEACH, FLORIDA 33446</u>**

Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated ("Plaintiffs"), through the undersigned counsel, hereby file Corrected Exhibits M1 and M2 to Motion for Entry of Preliminary Injunction (D.E. 23).

                              Respectfully submitted,

                              **SILVER LAW GROUP**
                              11780 W. Sample Road
                              Coral Springs, Florida 33065
                              Phone: (954) 755-4799/Fax: (954) 755-4684

                              By: */s/ David C. Silver*
                              DAVID C. SILVER
                              Florida Bar No. 572764
                              E-mail: DSilver@silverlaw.com
                              SCOTT L. SILVER
                              Florida Bar No. 095631
                              E-mail: SSilver@silverlaw.com

Civil Action No. 9:16-cv-80060-MARRA

JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@silverlaw.com

  - and -

*/s/ Marc A. Wites*
MARC A. WITES
Florida Bar No. 024783
E-mail: mwites@wklawyers.com
**WITES & KAPETAN, P.A**.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Phone: (954) 570-8989/Fax: (954) 354-0205

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  24th day of March 2016 by using the CM/ECF system and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com**; PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com; and **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com.

>*/s/ Marc A. Wites*
>Marc A. Wites