UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

**DECLARATION OF MARC A. WITES CONCERNING SERVICE OF PROCESS ON DEFENDANTS PROJECT INVESTORS, INC., d/b/a CRYPTSY, A FLORIDA CORPORATION, AND PAUL VERNON, INDIVIDUALLY**

I, Marc A. Wites, make the following Declaration and state as follows:

1. I am Marc A. Wites. I am a member in good standing of The Florida Bar and The United States District Court for the Southern District of Florida. I am making this Declaration based on my personal knowledge, and at the direction of United States District Court Judge Kenneth A. Marra, provided in Court on March 28, 2016 (D.E. 27).

2. As detailed in Plaintiffs' Amended Motion for Service by Alternative Method (D.E. 16), Plaintiffs, through counsel, have gone to extraordinary lengths to serve Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy") and Defendant Paul Vernon. All such attempts to serve Defendant Vernon were for the purposes of serving him in both his individual capacity and as the Registered Agent of Defendant Cryptsy. *See* Affidavits of Process Server, attached hereto as Composite Exhibit A.

Civil Action No. 9:16-cv-80060-MARRA

3.	In so doing, the undersigned reviewed and considered Defendant Cryptsy's Articles of Incorporation and all of the company's Annual Reports on file with The Florida Department of State – Division of Corporations - copies of which are attached hereto as Composite Exhibit B. The Articles' and Reports' reveal only Defendant Vernon as the sole officer, director and registered agent for the corporation. *Id*.

4.	Based on the investigation of Plaintiffs' Counsel, and as reported to the Court in Plaintiffs' prior filings in this case, Defendant Cryptsy has vacated its principal, and only known, office space in Delray Beach. *See* Exhibit A.

5.	Counsel for Plaintiffs and the Class are unaware of the identity of any other officer, director or other person who may lawfully be served and accept service for Defendant Cryptsy or Defendant Vernon, whether individually or on behalf of Cryptsy.

6.	Further, counsel for Plaintiffs and the Class have served via email all filings that appear on the Court's Docket in this case on Defendant Vernon, individually, via email at the following addresses: paulevernon@yahoo.com and support@cryptsy.com. As to the former address, Mr. Vernon testified on December 22, 2016, under oath in a deposition in his divorce proceeding, that paulevernon@yahoo.com is his email address and an address that he actively uses. *See* Deposition of Paul Vernon at p. 8, lines 19-25, attached hereto as Exhibit C. The latter address appeared[1] on Cryptsy's website as the contact email address for Cryptsy; for each email sent to this address Plaintiffs' counsel received an automated response like the exemplar attached hereto as Composite Exhibit D.

---

[1]	The word "appear*ed*" is employed because sometime during the morning of March 28, 2016, subsequent to the start of the March 28 hearing in this matter, the Cryptsy website was taken down and replaced with a page that contains the following message: "Cryptsy System Maintenance We are currently performing some maintenance and backend changes to the site. Website will be in maintenance mode during this period."  *See* Website Screenshot attached hereto as Exhibit E.

Civil Action No. 9:16-cv-80060-MARRA

- 3 -

Pursuant to 28 USC §1746, and Section 95.525, Fla. Stat., I declare under penalty of perjury that the foregoing is true and correct.


**/s/ *Marc A. Wites***                                         3/28/16
Marc A. Wites                                            Date