Exhibit B

# Electronic Articles of Incorporation
# For

PROJECT INVESTORS, INC.

P13000010430
FILED
January 31, 2013
Sec. Of State
rdunlap

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
PROJECT INVESTORS, INC.

## Article II
The principal place of business address:
8656 TOURMALINE BLVD
BOYNTON BEACH, FL.  33472

The mailing address of the corporation is:
8656 TOURMALINE BLVD
BOYNTON BEACH, FL.  33472

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
100,000,000

## Article V
The name and Florida street address of the registered agent is:
PAUL E VERNON
8656 TOURMALINE BLVD
BOYNTON BEACH, FL.  33472

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   PAUL E VERNON

P13000010430
FILED
January 31, 2013
Sec. Of State
rdunlap

## Article VI

The name and address of the incorporator is:

PAUL VERNON
8656 TOURMALINE BLVD

BOYNTON BEACH, FL  33472

Electronic Signature of Incorporator:   PAUL E VERNON

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
PAUL E VERNON
8656 TOURMALINE BLVD
BOYNTON BEACH, FL.   33472

# 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P13000010430

**Entity Name:** PROJECT INVESTORS, INC.

**FILED**
**Apr 14, 2014**
**Secretary of State**
**CC3870398851**

**Current Principal Place of Business:**

160 CONGRESS PARK DR
 SUITE 101
DELRAY BEACH, FL 33445

**Current Mailing Address:**

160 CONGRESS PARK DR
 SUITE 101
DELRAY BEACH, FL 33445 US

**FEI Number:** 46-1916396

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VERNON, PAUL E
8656 TOURMALINE BLVD
BOYNTON BEACH, FL 33472 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                             Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | VERNON, PAUL E |
| Address | 8656 TOURMALINE BLVD |
| City-State-Zip: | BOYNTON BEACH FL 33472 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PAUL VERNON                                              CEO                                              04/14/2014

Electronic Signature of Signing Officer/Director Detail                                                                      Date

# 2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P13000010430

**Entity Name:** PROJECT INVESTORS, INC.

**FILED**
**Mar 09, 2015**
**Secretary of State**
**CC9057815039**

**Current Principal Place of Business:**

160 CONGRESS PARK DR
SUITE 101
DELRAY BEACH, FL 33445

**Current Mailing Address:**

160 CONGRESS PARK DR
SUITE 101
DELRAY BEACH, FL 33445 US

**FEI Number:** 46-1916396

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VERNON, PAUL E
8656 TOURMALINE BLVD
BOYNTON BEACH, FL 33472 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | VERNON, PAUL E |
| Address | 8656 TOURMALINE BLVD |
| City-State-Zip: | BOYNTON BEACH FL 33472 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PAUL E VERNON                                        CEO                                                  03/09/2015

Electronic Signature of Signing Officer/Director Detail                                                                     Date