# Exhibit C

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 502015DR009881XXXXSBFZ

IN RE:  THE MARRIAGE OF:
LORIE ANN NETTLES,

       Petitioner/Wife,

-vs-

PAUL EDWARD VERNON,

       Respondent/Husband

LORIE ANN NETTLES,

    Third-Party Plaintiff,
-vs-

PAUL EDWARD VERNON and CRYPTSY
INTERNATIONAL LTD.; PROJECT
INVESTORS, INC.; HASHMAX USA,
LLC; TERABOSS, INC., HASHMAX,
INC. and VERGENT DATA, INC.,
    Third-Party Defendants.
_____/

DEPOSITION OF PAUL EDWARD VERNON
Volume 1 of 1
Pages 1 through 158

Tuesday, December 22, 2015
10:55 a.m. - 2:25 p.m.

BRINKLEY MORGAN
2255 Glades Road, Suite 304W
Boca Raton, Florida 33431

Stenographically Reported By:
MICHELE SCHULMAN, CRR, RMR, FPR
Certified Realtime Reporter
Registered Merit Reporter
Florida Professional Reporter

U.S. LEGAL SUPPORT
(813) 876-4722

Page 6
1  speculate.  If for some reason my questions are not
2  clear, please tell me and I will do my best to clarify
3  them.
4      A.   Okay.
5      Q.   You may hear me and your lawyer talk back and
6  forth.  Ignore it unless your lawyer instructs you not to
7  answer because of privilege.  No matter what we say to
8  each other otherwise, if there is a question pending, you
9  need to answer it.  Is that clear?
10     A.   Yes, sure.
11     Q.   Next point: Uh-huhs or uhnt-uhs do not look
12 good on a transcript and it is very hard for her to tell
13 what you're saying so you need to give verbal answers.
14 Is that clear?
15     A.   Yes.
16     Q.   Thank you.  Are you on any medications or
17 substances that would impair your judgment or memory
18 today?
19     A.   No.
20     Q.   Please understand that if you answer the
21 question, I'm going to assume that you understood what
22 the question was.  Is that clear?
23     A.   Yes.
24     Q.   Obviously, you have your lawyer here with you
25 today, correct?

Page 7
1      A.   Yes.
2      Q.   What is your date of birth?
3      A.   February 3rd, 1973.
4      Q.   What is your current residential address?
5      A.   The address that I use as a residential address
6  is the 16832 Charles River Drive address.
7      Q.   Where do you live right now?
8      A.   Right now I'm staying at a friend's place.
9      Q.   Do you have any other addresses where you
10 reside at the moment?
11     A.   Not in America, no.
12     Q.   Tell me about the addresses that aren't in
13 America.
14     A.   There's a house that I stay at in China
15 whenever I got to China.
16     Q.   What is that address?
17     A.   I don't know the address.
18     Q.   In what city?
19     A.   In Dalian, China.
20     Q.   In what neighborhood?
21     A.   I don't know the neighborhood name.
22     Q.   Who do you live with there?
23     A.   My girlfriend.
24     Q.   What's her name?
25     A.   Xiu.

Page 8
1      Q.   Xiu?
2      A.   Xiu Xia Liu.
3      Q.   Spell it.
4      A.   X-I-U, X-I-A, L-I-U.
5      Q.   What do you pay for rent while residing in that
6  home?
7      A.   I don't pay anything for rent.
8      Q.   Do you contribute to the payment of utilities?
9      A.   No.
10     Q.   Do you give Miss Xia, what's the last name?
11     A.   Liu.
12     Q.   Do you give Miss Liu any compensation for your
13 residence in that home?
14     A.   No.
15     Q.   Is that your permanent residence right now?
16     A.   That's the residence.  That's where I stay when
17 I'm in China.  I don't have a residence here in America
18 so I guess that would be considered my stable residence.
19     Q.   ==What e-mail addresses do you currently use?==
20     A.   ==I use paulevernon@yahoo.com.  That's primary==
21 ==e-mail.  I use paul@cryptsy.com.  I use==
22 ==paul@projectinvestorsinc.com.==
23          ==There are, maybe, other e-mails that come to me==
24 ==but I don't use them primarily.  Everything I direct to==
25 ==my paulevernon@yahoo.com e-mail account.==

Page 9
1      Q.   When did you give up your residence in the
2  United States?
3          MS. HALL:  Objection to form.  Go ahead.
4  BY MR. HINKES:
5      Q.   Have you given up permanent residence in the
6  United States?
7      A.   No.
8      Q.   No?
9      A.   No.
10     Q.   So the address that you gave is your current
11 permanent residence in the United States?
12     A.   The house here?  I don't understand the
13 question.
14     Q.   Sure.  I will clarify.  Do you have a permanent
15 residence in the United States?
16     A.   I do not have an address where I stay when I
17 stay here that would be in my name or I pay rent for, no.
18     Q.   Have you at any time in 2015 had a permanent
19 residence in the United States?
20     A.   Yes.
21     Q.   Where was it?
22     A.   The Delray Beach house, 16832 Charles River
23 Drive, and also the Boca rental place, 9732 Saddle Brook
24 Drive.
25     Q.   So you just testified that you during the year