Exhibit D

# Marc Wites

**From:** Cryptsy.com <support@cryptsy.com>
**Sent:** Thursday, March 24, 2016 3:29 PM
**To:** Marc Wites
**Subject:** Ticket Received - [#263131] RE: Leidel et al v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon and Lorie Ann Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA -- Email 4 of 4

Dear Marc Wites,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - 263131. A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/263131




Sincerely,
Cryptsy.com Support Team