Exhibit E

# System Maintenance

We are currently performing some maintenance and backend changes on the site.

Website will be in maintenance mode during this period.