UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

       Defendants.

_____/

## ORDER

       **THIS MATTER** is before the Court on Plaintiffs' Amended Motion for Service by Alternative Method (DE 16). Having reviewed the Motion, which is unopposed, and being otherwise duly advised in the premises, it is hereby:

       **ORDERED AND ADJUDGED** that said Motion is **GRANTED**. Plaintiffs have demonstrated that Defendant Paul Vernon is the only authorized person to receive service of process on behalf of Project Investors, Inc. and that he is avoiding service both on himself and on the corporate Defendant Project Investors, Inc. The service authorized by this order will provide Defendants with sufficient notice and an opportunity to be heard in this case. Plaintiffs are authorized and directed to serve Defendant Paul Vernon via electronic mail and at his United States Post Office Box in Delray Beach, Florida. The Court recognizes that Plaintiffs' counsel has represented to the Court that counsel has already served all filings in this case upon Mr. Vernon via email. (DE 28).  Nevertheless, the Court instructs Plaintiffs to again serve on Defendant Vernon, as directed above, all filings made to date in this case and to file with this Court within ten (10) days of the date of this Order a signed declaration confirming that such service -- which shall be defined as the transmission of such items to the referenced email address and United States Post Office Box -- is complete.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 29th day of March, 2016.

_____
KENNETH A. MARRA
United States District Judge

Copies:  All Counsel of Record