UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80060-CIV-MARRA

BRANDON LEIDEL, and MICHAEL WILSON,
individually, and on behalf of all others similarly
situated,

Plaintiff,

vs.

PROJECT INVESTORS, INC., d/b/a CRYPTSY,
a Florida corporation, PAUL VERNON, an
individual and LORI ANN NETTLES, an
individual,

Defendants.
_____/

## ORDER

This cause is before the Court *sua sponte*.

In light of the recently published opinion De Gazelle Group, Inc. v. Tamaz Trading Establishment, No. 15-13543 (11th Cir. Mar. 30, 2016), the Court requests that Plaintiffs provide their position as to whether the opinion has any effect on the Court's March 29, 2016 Order (DE 29).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of March, 2016.

_____
KENNETH A. MARRA
United States District Judge