## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,
      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,
      Defendants.

_____/

## DECLARATION OF DAVID C. SILVER

In compliance with the Court's March 29, 2016 Order [DE 29], and pursuant to 28 U.S.C. § 1746, and Fla. Stat. § 95.525, I, DAVID C. SILVER, declare and affirm the following:

1.      My name is David C. Silver.  I am an attorney licensed to practice law in the United States District Court for the Southern District of Florida; and I currently represent Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated  (collectively "Plaintiffs"), in the above-captioned lawsuit.

2.      On March 31, 2016, Plaintiffs served upon Defendant PAUL VERNON -- via electronic mail (PaulEVernon@yahoo.com) and via the United States Postal Service to his United States Post Office Box in Delray Beach, Florida (P.O. Box 7646, Delray Beach, FL 33482) -- all filings made to date in this case.

3.      In light of the foregoing, Plaintiffs deem service to have been effectuated upon Defendant PAUL VERNON on March 31, 2016.

## VERIFICATION

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I am counsel for the plaintiffs in the above-captioned matter, that I have read the foregoing affidavit and know the contents thereof, and that the matters contained in the affidavit are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
DAVID C. SILVER

DATED this __31st__ day of March 2016.