UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

      Defendants.
_____/

## RECEIVER'S MOTION TO EMPLOY LEGAL COUNSEL

James D. Sallah, Esq., not individually but solely in his capacity as the court-appointed Receiver (the "Receiver") for Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), hereby files this Motion to Employ Payton & Associates, LLC as the Receiver's counsel and states:

1. On April 4, 2016, this Court issued the Order Granting Plaintiffs' Renewed Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant Project Investors, Inc. d/b/a Cryptsy [DE 33] (the "Appointment Order").

2. Pursuant to the Appointment Order, the Receiver is authorized, among other things, to take possession and control of Cryptsy's assets and books and records.

3. The Receiver has retained the Firm as his counsel. Pursuant to the Appointment Order, the Receiver and his professionals will file periodic fee applications (with their statements for services).

**PAYTON & ASSOCIATES, LLC**
One Biscayne Tower, 2 So. Biscayne Blvd., Suite 1600, Miami, FL 33131   305.372.3500

4.     The attorney from the Firm responsible for this matter will be Patrick J. Rengstl, Esq., who has worked with the Receiver on several different receivership matters over the years. Mr. Rengstl's standard hourly rate for 2016 and for private party receiverships (such as this case) is $400.00/hour. Attached as Exhibit A is Mr. Rengstl's curriculum vitae.

5.     The Receiver will ensure that there is no duplication of efforts by him, his counsel and any other professionals, and will ensure that this case is conducted in an efficient and productive manner on behalf of the receivership estate and for the benefit of Cryptsy's investors.

6.     The undersigned provided a copy of this Motion and attached proposed Order (Exhibit B) before filing to Plaintiffs and Defendants. Plaintiffs and Defendant Lorie Ann Nettles have no objection to this Motion or the attached proposed Order. As of this filing, Defendant Paul Vernon has not appeared and has not stated his position as to this Motion.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order, attached as Exhibit B, approving Payton & Associates, LLC as legal counsel for the Receiver.

Dated: April 5, 2016.

Respectfully submitted,

**PAYTON & ASSOCIATES, LLC**
*Counsel for the Receiver*
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone:   (305) 372-3500
Facsimile:    (305) 577-4895

By: Patrick J. Rengstl, Esq.
    Patrick J. Rengstl
    FL Bar No. 0581631

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s:/Patrick J. Rengstl</u>
Patrick J. Rengstl, Esq.

## SERVICE LIST

**David C. Silver, Esq.**
Silver Law Group
Counsel for Plaintiffs
11780 West Sample Road
Coral Springs, FL 33065
(Via CM/ECF)

**Marc Wites, Esq.**
Wites & Kapetan, P.A.
Co-counsel for Plaintiffs
4400 N Federal Hwy
Lighthouse Point, FL 33064
(Via CM/ECF)

**Mark A. Levy, Esq.**
**George J. Taylor, Esq.**
Brinkley Morgan
Counsel for Defendant Lorie Ann Nettles
200 E Las Olas Blvd Ste 1900
Fort Lauderdale, FL 33301
(Via CM/ECF)

**Paul Vernon**
(Via Email)