# Patrick J. Rengstl
## Senior Counsel

**Payton & Associates, LLC**
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33133
305.372.3500 ext. 123

Patrick J. Rengstl is senior counsel at Payton & Associates. He is a commercial litigator, a trial lawyer, and an appellate advocate. Patrick's practice includes commercial litigation, federal and state Court receiverships, insurance-related and foreclosure litigation, real estate litigation, and appellate advocacy. Patrick has extensive federal receivership experience in some of South Florida's most notorious alleged Ponzi scheme and investment-related fraud cases filed by the United States Securities and Exchange Commission ("SEC") and the Commodity Futures Trading Commission ("CFTC"). In addition, Patrick has extensive federal receivership experience in cases filed by the Federal Trade Commission ("FTC") involving alleged deceptive telemarketing schemes. Before joining Harry Payton at the firm, Patrick was an attorney at Tew Cardenas LLP for approximately seven years and then at spin-off Levine Kellogg Lehman Schneider + Grossman LLP for approximately five years, four years of which he was a Partner.

Significant Receivership Representations:
- Trade-LLC - Lead counsel to the SEC and CFTC receiver of Trade-LLC and its related entities in the United States District Court for the Southern District of Florida. The action involved an alleged $28-million Ponzi scheme.
- OM Global - Lead counsel to the corporate monitor of OM Global Investment Fund LLC and OM Global LP in Miami-Dade Circuit Court. The action involved an alleged $20-million Ponzi scheme and a related SEC case.
- Pension Fund of America, LC - Counsel to the SEC receiver of Pension Fund of America, LC in the United States District Court for the Southern District of Florida. The action involved an alleged fraudulent multi-million dollar investment scheme.
- American Precious Metals, LLC - Counsel to the FTC receiver of American Precious Metals, LLC in the United States District Court for the Southern District of Florida. The action involved an alleged $37-million precious metals boiler room.
- Timeshare Mega Media and Marketing Group, Inc. - Counsel to the FTC receiver of Timeshare Mega Media and Marketing Group, Inc. in the United States District Court for the Southern District of Florida. The action involved an alleged timeshare boiler room.
- The Dolce Group Worldwide, LLC - Counsel to the FTC receiver of The Dolce Group Worldwide, LLC in the United States District Court for the Southern District of Florida. The action involved an alleged $4-million extended service contract boiler room.
- Nationwide Connections, Inc. - Counsel to the FTC receiver of Nationwide Connections, Inc. in the United States District Court for the Southern District of Florida. The action involved an alleged boiler room.
- Besides his Federal Court receivership work, Patrick has extensive receivership experience in State Court matters involving alleged fraud and waste to commercial buildings, residential properties, ongoing businesses and family estates.

Bar and Court Admissions
- Florida
- United States District Court for the Southern District of Florida
- United States District Court for the Middle District of Florida
- United States District Court for the Northern District of Florida
- Eleventh Circuit

Articles
Patrick has authored and co-authored several articles in the Daily Business Review, Law360, and Corporate Counsel, such as:
- "A To-Do List for Day 1 of Federal Court Receivership"; Law360; March 10, 2014.
- "Corporate Monitors Keep Status Quo"; Daily Business Review; June 20, 2014.
- "What Exactly Is a Corporate Monitor?" Corporate Counsel; July 18, 2014.
- "5 Reasons Large Companies Are Turning to Boutique Firms"; Law360; August 29, 2014.

Education
Florida State University College of Law, Tallahassee, Florida
- J.D., *cum laude* - 2002
- Honors: Meritorious Service Award
- Honors: Recipient of Book Awards in Legal Writing & Research
- Honors: Recipient of Book Awards in Energy Deregulation
- Law Review: Florida State University Law Review, Associate Editor and Writing & Research Editor
- Moot Court Team: Member

University of Miami, Coral Gables, Florida
- B.S., Psychology, *cum laude* - 1998
- Honors: Phi Beta Kappa Scholarship and Service Award



EXHIBIT A