UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

      Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION TO EMPLOY LEGAL COUNSEL

THIS MATTER is before the Court upon the Receiver's Motion to Employ Legal Counsel [DE 34]. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

[DE 35]

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Receiver is hereby authorized to employ Payton & Associates, LLC as his counsel.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___ day of April, 2016.

                                                    _____
                                                  KENNETH A. MARRA
                                                  UNITED STATES DISTRICT COURT JUDGE

Copies to:    Counsel and parties of record