UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80060-MARRA

JINYAO LIU, BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

       Defendants.
_____/

**ORDER ON DEFENDANT LORIE ANN NETTLES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE HER RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PRELIMINARY INJUNCTION PROHIBITING THE TRANSFER, SALE, ENCUMBRANCE, OR OTHER DISPOSITION OF REAL PROPERTY LOCATED AT 16832 CHARLES RIVER DRIVE, DELRAY BEACH, FLORIDA 33446**

       THIS CAUSE having come before the Court upon Defendant Lorie Ann Nettles' Unopposed Motion for Enlargement of Time to Serve her Response to Plaintiffs' Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or other Disposition of Real Property located at 16832 Charles River Drive, Delray Beach, Florida 33446 ECF No. __], and the Court, without holding a hearing, having considered the Motion, and being otherwise advised in the Premises, it is hereupon,

       ORDERED that the Motion is hereby GRANTED.  Defendant Lorie Ann Nettles shall have until April 21, 2016 to serve her response to Plaintiffs' Motion for Entry of Preliminary

**EXHIBIT A**

Injunction Prohibiting the Transfer, Sale, Encumbrance, or other Disposition of Real Property located at 16832 Charles River Drive, Delray Beach, Florida 33446.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this ___ of April, 2016.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

David C. Silver, Scott L. Silver and Jason S. Miller
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065
Telephone:  954-755-4799
Facsimile:  954-755-4684
Email:  dsilver@silverlaw.com; ssilver@silverlaw.com; jmiller@silverlaw.com
Attorneys for Plaintiffs

Marc A. Witkes
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone:  954-570-8989
Facsimile:  954-354-0205
Email:  mwites@wklawyers.com
Attorney for Plaintiffs

Mark A. Levy and George J. Taylor
Brinkley Morgan
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida  33301
Telephone:  954-522-2200
Facsimile:  954-522-9123
Email: mark.levy@brinkleymorgan.com; george.taylor@brinkleymorgan.com
Attorneys for Defendant Lorie Ann Nettles

[331] 017529-16001