UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## NOTICE OF LIS PENDENS

TO: THE ABOVE-NAMED DEFENDANTS, AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE NOTIFIED that the Plaintiffs filed a Complaint and later an Amended Complaint in this action. Subsequently, the Court issued the Order Granting Plaintiffs' Renewed Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant Project Investors, Inc. d/b/a Cryptsy (the "Appointment Order"). Pursuant to the Appointment Order, the Receiver must take immediate possession of all property, assets and estates of every kind of Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), whatsoever and wheresoever located, including, but not limited to, assets purchased with funds derived from Cryptsy which

includes the real property described on the attached Exhibit A. A copy of the Appointment Order is attached as Exhibit B.

Dated: April 13, 2016.                                Respectfully submitted,

                                                      **PAYTON & ASSOCIATES, LLC**
                                                      *Counsel for the Receiver*
                                                      2 South Biscayne Blvd., Suite 1600
                                                      Miami, Florida 33131
                                                      Telephone:   (305) 372-3500
                                                      Facsimile:   (305) 577-4895

                                                      By: _____
                                                      Patrick J. Rengstl
                                                      FL Bar No. 0581631

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      _____
                                                      Patrick J. Rengstl, Esq.

## SERVICE LIST

**David C. Silver, Esq.**
Silver Law Group
Counsel for Plaintiffs
11780 West Sample Road
Coral Springs, FL 33065
(Via CM/ECF)

**Marc Wites, Esq.**
Wites & Kapetan, P.A.
Co-counsel for Plaintiffs
4400 N Federal Hwy
Lighthouse Point, FL 33064
(Via CM/ECF)

**Mark A. Levy, Esq.**
**George J. Taylor, Esq.**
Brinkley Morgan
Counsel for Defendant Lorie Ann Nettles
200 E Las Olas Blvd Ste 1900
Fort Lauderdale, FL 33301
(Via CM/ECF)

**Paul Vernon**
(Via Email)