# EXHIBIT A

BRIDGES PL 6 LT 354.

Property Address: 16832 Charles River Drive, Delray Beach, FL 33446 0010.

Folio No.: 00-42-46-29-13-000-3540.