UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80060-MARRA

JINYAO LIU, BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

       Defendants.
_____/

**DEFENDANT LORIE ANN NETTLES' AGREED MOTION FOR ENLARGEMENT OF TIME TO SERVE HER RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PRELIMINARY INJUNCTION PROHIBITING THE TRANSFER, SALE, ENCUMBRANCE, OR OTHER DISPOSITION OF REAL PROPERTY LOCATED AT 16832 CHARLES RIVER DRIVE, DELRAY BEACH, FLORIDA 33446**

Defendant Lorie Ann Nettles ("Nettles"), by and through her undersigned counsel, hereby files her Agreed Motion for Enlargement of Time to Serve her Response to Plaintiffs' Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or other Disposition of Real Property located at 16832 Charles River Drive, Delray Beach, Florida 33446 [ECF No. 23] (the "Motion"), and states as follows:

1.    Plaintiffs filed their Motion on March 24, 2016.

2.    Pursuant to the Court's Order on Nettles' first Unopposed Motion for Enlargement of Time [ECF No. 38], the deadline for Nettles to serve her response is April 21, 2016.

3. At a hearing on March 28, 2016, undersigned counsel represented that Nettles would maintain the status quo until there was a hearing on the Motion for Preliminary Injunction.

4. The parties are working on a consensual resolution of the Motion.

5. In order for the parties to continue their discussions, Nettles requests an additional extension of time of 14 days, until May 5, 2016, in which to serve her response to the Motion.

6. This Motion is brought in good faith and is not intended to unduly delay proceedings in the above styled action.

7. Undersigned has contacted the attorney for Plaintiffs, David Silver, who agrees to the relief sought in this motion.

8. A proposed Order is attached hereto as Exhibit "A."

WHEREFORE, Defendant Lorie Ann Nettles respectfully requests that this Court grant her motion and enter an order extending the time to serve her response to Plaintiffs' Motion for Entry of Preliminary Injunction Prohibiting the Transfer, Sale, Encumbrance, or other Disposition of Real Property located at 16832 Charles River Drive, Delray Beach, Florida 33446 until May 5, 2016.

Respectfully submitted,

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
GEORGE J. TAYLOR
Florida Bar No. 102878
Email: george.taylor@brinkleymorgan.com
BRINKLEY MORGAN
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: 954-522-2200
Facsimile: 954-522-9123
Attorney for Defendant Lorie Ann Nettles

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by CM/ECF on this 21st day of April, 2016 on all counsel or parties of record on the Service List below.

/s/ Mark A. Levy
MARK A. LEVY

## SERVICE LIST

David C. Silver, Scott L. Silver, and Jason S. Miller
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065
Telephone:  954-755-4799
Facsimile:  954-755-4684
Email:  dsilver@silverlaw.com; ssilver@silverlaw.com; jmiller@silverlaw.com
Attorneys for Plaintiffs

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone:  954-570-8989
Facsimile:  954-354-0205
Email:  mwites@wklawyers.com
Attorney for Plaintiffs

Patrick J. Rengstl
Payton & Associates, LLc
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone:  305-372-3500
Facsimile:  305-577-4895
Email:  rengstl@payton-law.com; shall@payton-law.com
Attorney for Receiver / Corporate Monitor

[411] 017529-16001