UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

### RECEIVER'S MOTION TO COMPEL VAULT
### NETWORKS, INC. TO PROVIDE IMMEDIATE ACCESS TO CRYPTSY'S SERVERS

    James D. Sallah, Esq., not individually but solely in his capacity as the court-appointed Receiver (the "Receiver") for Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), hereby moves to compel non-party Vault Networks, Inc. ("Vault Networks") to provide the Receiver with immediate access to Cryptsy's servers and states:

    1.    On April 4, 2016, the Court issued the Order Granting Plaintiffs' Renewed Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant Project Investors, Inc. d/b/a Cryptsy [DE 33] (the "Appointment Order").

    2.    Pursuant to the Appointment Order, the Receiver is authorized, among other things, to take possession and control of Cryptsy's assets and books and records.

    3.    On April 12, 2016, the undersigned received an anonymous email from a disposable email address stating that Cryptsy's servers are located at Vault Networks in Miami. That same day, the Receiver served Vault Networks with a demand letter. A copy of the demand letter

(without the enclosure)[1] is attached as Exhibit A.

4. In the demand letter, the Receiver requested that Vault Networks confirm whether or not it has Cryptsy's servers and, if so, to preserve and protect them and all information on them.

5. Vault Networks, which allegedly is going through an ownership change, initially responded that it would look into the issue. Thereafter, the Receiver obtained independent information from more than one source that Vault Networks, indeed, has Cryptsy's servers.

6. The Receiver then corresponded with Vault Networks confirming the servers are there and demanded immediate access during the week of April 25, 2016. However, Vault Networks has still failed to agree to a specific date and time. Recent correspondence from last week is attached as Composite Exhibit B.

7. The Receiver cannot wait any longer. Vault Networks has repeatedly failed to provide the Receiver with access to Cryptsy's servers on a date certain. This violates paragraph nos. 8.A, 8.B, 8.C, 8.E, 8.G, 8.I, 8.J, 8.K, 8.L, 11, 12, 17.A, 17.B, 17.C, and 17.D of the Appointment Order. Similarly, Vault Networks is not cooperating with the Receiver, which violates paragraph no. 18 of the Appointment Order.

8. The Receiver was hopeful not to involve the Court with this issue, but it is clear after the Receiver's repeated correspondence to Vault Networks that the Court's involvement is required.

9. The servers are critical to determine what information is there, especially prior and current wallet information and potential cryptocurrencies and/ funds for the investors' benefit.

10. The Receiver requests that the Court order that Vault Networks provide the Receiver with immediate access to Cryptsy's servers during this week – *i.e.*, on or before Friday,

---

[1] The Appointment Order was the enclosure.

May 6, 2016. The Receiver understands that the servers are located in Vault Networks' Miami office located at 100 N. Biscayne Blvd., Suite 604, Miami, FL 33132.

11. The Receiver has served this Motion on Vault Networks through its purported new principal, Gadi Hus, and the company's registered agent, Brian Jankovich.

12. The Receiver also reserves the right to seek repayment of his attorneys' fees and costs on this issue.

13. A proposed Order granting this Motion is attached as Exhibit C.

WHEREFORE, the Receiver respectfully requests that the Court enter the proposed Order, attached as Exhibit C, requiring Vault Networks to provide the Receiver with access to Cryptsy's servers on or before May 6, 2016, and requiring Vault Networks to cooperate with the Receiver regarding all issues involving the servers.

Dated: May 2, 2016.                                         Respectfully submitted,

**PAYTON & ASSOCIATES, LLC**
*Counsel for the Receiver*
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone:   (305) 372-3500
Facsimile:    (305) 577-4895

By: Patrick J. Rengstl, Esq.
    Patrick J. Rengstl
    FL Bar No. 0581631

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s:/Patrick J. Rengstl
Patrick J. Rengstl, Esq.

## SERVICE LIST

**David C. Silver, Esq.**
Silver Law Group
Counsel for Plaintiffs
11780 West Sample Road
Coral Springs, FL 33065
(Via CM/ECF)

**Marc Wites, Esq.**
Wites & Kapetan, P.A.
Co-counsel for Plaintiffs
4400 N Federal Hwy
Lighthouse Point, FL 33064
(Via CM/ECF)

**Mark A. Levy, Esq.**
**George J. Taylor, Esq.**
Brinkley Morgan
Counsel for Defendant Lorie Ann Nettles
200 E Las Olas Blvd Ste 1900
Fort Lauderdale, FL 33301
(Via CM/ECF)

**Paul Vernon**
(Via Email)

**Vault Networks, Inc.**
c/o    Gadi Hus
       Brian Jankovich, Registered Agent
100 N. Biscayne Blvd., Suite 604
Miami, FL 33132
(Via Email)

# JAMES D. SALLAH,
## Court-Appointed Receiver for PROJECT INVESTORS, INC. d/b/a CRYPTSY

ONE BOCA PLACE
2255 GLADES ROAD, SUITE 300E
BOCA RATON, FLORIDA 33431

TEL: (561) 989-9080
FAX: (561) 989-9020
Email: jds@sallahlaw.com

April 12, 2016

**Via Hand-Delivery**

Vault Networks
100 N. Biscayne Blvd. Suite 604
Miami, FL 33132

      RE:    **Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Ann Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA**

Dear Sir/Madam:

      Pursuant to the Order Granting Plaintiffs' Renewed Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant Project Investors, Inc. d/b/a Cryptsy dated April 4, 2016 (the "Appointment Order") and entered by the Honorable Kenneth A. Marra of the United States District Court for the Southern District of Florida, I have been appointed Receiver for Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"). I have enclosed the Appointment Order for purposes of service on Vault Networks.

      My understanding is that Cryptsy's server (www.cryptsy.com) was maintained through Vault Networks. Pursuant to Section X (para. 25) of the Appointment Order, among other sections, please ensure that the server and all electronically stored information is protected, preserved and not altered or destroyed in any manner whatsoever. Please also ensure that no server activity and decisions regarding the server are conducted by anyone other than me as Receiver or through my counsel. My counsel (who is copied on this letter) will also need to discuss certain issues with a representative of Vault Networks as soon as possible this week. Please contact my counsel (Patrick J. Rengstl, Esq.) at 305.372.3500 ext. 123; rengstl@payton-law.com. Thank you for your cooperation.

Very truly yours,

James D. Sallah, Not Individually,
But Solely in His Capacity as Receiver



EXHIBIT A

Encl.
cc:     Patrick J. Rengstl, Esq.

# JAMES D. SALLAH,
## Court-Appointed Receiver for PROJECT INVESTORS, INC. d/b/a CRYPTSY

ONE BOCA PLACE
2255 GLADES ROAD, SUITE 300E
BOCA RATON, FLORIDA 33431

TEL: (561) 989-9080
FAX: (561) 989-9020
Email : jds@sallahlaw.com

April 26, 2016

**Via Email and Hand-Delivery**

Vault Networks, Inc.
c/o     Gadi Hus
        Brian Jankovich, Registered Agent
100 N. Biscayne Blvd., Suite 604
Miami, FL 33132

      RE:  Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Ann Nettles -- USDC - SD Fla.
     - Case No. 9:16-cv-80060-MARRA

Dear Messrs. Hus and Jankovich:

    As you know, I was recently appointed as the Federal-Court Receiver for Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"). I previously served the Court's Order on Vault Networks, Inc. ("Vault Networks") and both of you personally by email and hand-delivery through my attorney, Patrick Rengstl. The Order is enclosed again. Mr. Rengstl has repeatedly contacted you by phone and email to confirm whether Vault Networks, indeed, has the servers for Cryptsy. You have repeatedly failed to confirm this very simple fact during the last two weeks.

    I have continued to investigate the issue and now have independent information which confirms that Vault Networks, indeed, has Cryptsy's servers in its Miami office. Mr. Rengstl and my forensic professional will need access to the Cryptsy servers immediately. If you do not contact Mr. Rengstl within the next 24 hours and/or do not agree within the next 24 hours to provide access, I will be filing a motion with the Court by the close of business tomorrow.

    I would remind you that the Order requires you to cooperate with me and provide access to Cryptsy's servers. Failing to do such is a violation of the Court's Order and may subject you to a finding of contempt.



EXHIBIT
B

Mr. Rengstl's contact information is 305.372.3500 ext. 123; rengstl@payton-law.com.

Very truly yours,

James D. Sallah, Not Individually,
But Solely in His Capacity as Receiver

Encl.

cc:  Patrick J. Rengstl, Esq.

## Patrick Rengstl

| | |
|---|---|
| **From:** | Patrick Rengstl |
| **Sent:** | Wednesday, April 27, 2016 10:27 AM |
| **To:** | 'Gadi Hus' |
| **Cc:** | 'bjankovich@vaultnetworks.com'; 'James Sallah'; 'Jennifer Uruski' |
| **Subject:** | RE: Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA |

Gadi:

I need a response regarding your availability this week.

Patrick



PATRICK J. RENGSTL
PAYTON & ASSOCIATES, LLC
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33131
T 305.372.3500 EXT 123 | F 305.577.4895 | M 305.904.8980
rengstl@payton-law.com | www.payton-law.com

**From:** Patrick Rengstl
**Sent:** Tuesday, April 26, 2016 1:41 PM
**To:** 'Gadi Hus' <ghus@biznesshosting.com>
**Cc:** bjankovich@vaultnetworks.com; James Sallah <jds@sallahlaw.com>; Jennifer Uruski <juruski@biznesshosting.com>
**Subject:** RE: Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA

Gadi:

I am free tomorrow afternoon from 3 pm onward, all Thursday, and all Friday. Please let me know. My office is across the street so it's easy to meet. Thank you.

Patrick



PATRICK J. RENGSTL
PAYTON & ASSOCIATES, LLC
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33131
T 305.372.3500 EXT 123 | F 305.577.4895 | M 305.904.8980
rengstl@payton-law.com | www.payton-law.com

**From:** Gadi Hus [mailto:ghus@biznesshosting.com]
**Sent:** Tuesday, April 26, 2016 12:35 PM
**To:** Patrick Rengstl <Rengstl@payton-law.com>

1

**Cc:** bjankovich@vaultnetworks.com; James Sallah <jds@sallahlaw.com>; Jennifer Uruski <juruski@biznesshosting.com>
**Subject:** Re: Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA

Hello Patrick:

Sorry for not getting back to you yesterday. I was out of the office till today and just read your email and letter.

As you are aware, we have received ownership of Vault Networks in the last few weeks and are working diligently to settle in.

I will reply to you shortly with more information and a time that we can meet and discuss this further face to face. Can you tell me your current availability.

-Gadi Hus


Best Regards,

Gadi Hus | Director of Operations

Volico Data Center | Volico.com
Colocation | Cloud Hosting | Managed Hosting
SOX | HIPAA | PCI DSS

Office: (888) 865 4261 Ext. 705

On Tue, Apr 26, 2016 at 11:09 AM, Patrick Rengstl <Rengstl@payton-law.com> wrote:

Messrs. Hus and Jankovich:

2

Please see the attached self-explanatory letter which requires your immediate attention.

Patrick

**PAYTON & ASSOCIATES**

PATRICK J. RENGSTL

PAYTON & ASSOCIATES, LLC

2 S. Biscayne Blvd., Suite 1600

Miami, FL 33131

T 305.372.3500 EXT 123 | F 305.577.4895 | M 305.904.8980

rengstl@payton-law.com | www.payton-law.com

**From:** Patrick Rengstl
**Sent:** Monday, April 25, 2016 3:10 PM

**To:** ghus@biznesshosting.com
**Cc:** bjankovich@vaultnetworks.com
**Subject:** RE: Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA

Gadi:

I left you a message today. Please call me back as soon as possible. It is time sensitive. Thank you.

Patrick

3



PATRICK J. RENGSTL

PAYTON & ASSOCIATES, LLC

2 S. Biscayne Blvd., Suite 1600

Miami, FL 33131

T 305.372.3500 EXT 123 | F 305.577.4895 | M 305.904.8980

rengstl@payton-law.com | www.payton-law.com


**From:** Patrick Rengstl
**Sent:** Monday, April 18, 2016 3:56 PM
**To:** ghus@biznesshosting.com
**Cc:** bjankovich@vaultnetworks.com
**Subject:** RE: Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA


Gadi:

Please advise regarding the below.

Patrick



PATRICK J. RENGSTL

PAYTON & ASSOCIATES, LLC

2 S. Biscayne Blvd., Suite 1600

Miami, FL 33131

*T* 305.372.3500 *EXT* 123 | *F* 305.577.4895 | *M* 305.904.8980

rengstl@payton-law.com | www.payton-law.com


**From:** Patrick Rengstl
**Sent:** Friday, April 15, 2016 11:17 AM
**To:** ghus@biznesshosting.com
**Subject:** RE: Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA


Gadi:


Good morning. Please advise where we stand with the server issue. I need to have confirmation today whether Vault Networks had/has the cryptsy.com server(s). Thank you.


Patrick





PATRICK J. RENGSTL

PAYTON & ASSOCIATES, LLC

2 S. Biscayne Blvd., Suite 1600

Miami, FL 33131

*T* 305.372.3500 *EXT* 123 | *F* 305.577.4895 | *M* 305.904.8980

rengstl@payton-law.com | www.payton-law.com


**From:** Patrick Rengstl
**Sent:** Wednesday, April 13, 2016 5:19 PM
**To:** ghus@biznesshosting.com

5

**Subject:** Re: Leidel, etc. v. Cryptsy, Paul Vernon, and Lorie Nettles -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA

Dear Mr. Hus:

Brian Jankovich of Vault Networks provided me with your name and contact info and said you are the new owner of Vault Networks.

Please find attached a legal demand letter and Federal Court receivership order for purposes of service on you and Vault Networks regarding the server for www.cryptsy.com. I represent the Federal Court-appointed Receiver (James D. Sallah) for Project Investors, Inc. d/b/a Cryptsy. Your immediate attention is requested and required pursuant to the attached Federal Court order. Please direct all questions and responses to me. I also served these materials on Mr. Jankovich yesterday and the Vault Networks Miami office. Thank you.

Patrick Rengstl



PATRICK J. RENGSTL

PAYTON & ASSOCIATES, LLC

2 S. Biscayne Blvd., Suite 1600

Miami, FL 33131

T 305.372.3500 EXT 123 | F 305.577.4895 | M 305.904.8980

rengstl@payton-law.com | www.payton-law.com

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION TO COMPEL VAULT NETWORKS, INC. TO PROVIDE IMMEDIATE ACCESS TO CRYPTSY'S SERVERS

THIS MATTER is before the Court upon the Receiver's Motion to Compel Vault Networks, Inc. to Provide Immediate Access to Cryptsy's Servers [DE 43]. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Vault Networks is ordered to provide the Receiver with immediate access to Cryptsy's servers on or before Friday, May 6, 2016, and to cooperate with the Receiver regarding all issues involving the servers.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of May, 2016.

                                                _____
                                                KENNETH A. MARRA
                                                UNITED STATES DISTRICT COURT JUDGE

Copies to:    Counsel and parties of record



EXHIBIT C