UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION TO COMPEL VAULT NETWORKS, INC. TO PROVIDE IMMEDIATE ACCESS TO CRYPTSY'S SERVERS

THIS MATTER is before the Court upon the Receiver's Motion to Compel Vault Networks, Inc. to Provide Immediate Access to Cryptsy's Servers [DE 43]. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 43] is **GRANTED**. Vault Networks is ordered to provide the Receiver with immediate access to Cryptsy's servers on or before Friday, May 6, 2016, and to cooperate with the Receiver regarding all issues involving the servers.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2nd day of May, 2016.

                                                      KENNETH A. MARRA
                                                      UNITED STATES DISTRICT COURT JUDGE

Copies to:    Counsel and parties of record