**Frank Wiesenfelder    Am Zehnthügel 11    97230 Estenfeld    Germany**

## SEALED

Mobil: (+49 1 51) 70 82 92 61

E-Mail: wiesenfelder@gmx.de
Homepage: www.coinking.de

<u>Frank Wiesenfelder    Am Zehnthügel 11    97230 Estenfeld    Germany</u>

2th May 2016

**Judge Kenneth A. Marra**
Paul G. Rogers Federal Building and U.S. Courthouse
**701 Clematis Street**
**Courtroom #4, Chambers 316**
**West Palm Beach, Florida 33401**

– U.S.A. –

### Bankruptcy of Cryptsy Paul Vernon Cryptocoin-Exchange

Dear KENNETH A. MARRA,

I am the owner of the website www.coinking.de and turn confidently to you, because I was made aware of a website on them that you edit with the case of the bankruptcy Cryptsy Exchange of Paul Vernon.

I live in Germany and I have therefore not get the chance to pursue the case of Cryptsy or in person to demand my rights, where I run a process from Germany. I am therefore dependent on their assistance and their information.

Unfortunately, the support of Cryptsy no longer responds and since the beginning of April is the page www.cryptsy.com offline. Well unfortunately I do not know how it should proceed in this case and could come as users of Cryptsy back to their cryptocoins.

I have you here printed my last term of my Cryptsy Ballance and my ID card copy and a photo of my identity verification for Cryptsy of May 2015. My User Account of Cryptsy is ▮▮▮▮▮▮ and please let me know via e-mail to wiesenfelder@gmx.de, what happens next in the case Cryptsy Paul Vernon and whether the injured party investors may get their coins.

In January Paul Vernon had provided seven options for Cryptsy to resart the exchange. Unfortunately, these have not been applied. Paul Vernon had proposed this ...

– *Cryptsy Paul Vernon Update 2016/01/16 12:38 am –*

*Here are our options:*

*1. We shut down the website and file bankruptcy, letting users file claims via the bankruptcy process and letting the court make the disbursements.*

*2. Somebody else comes in to purchase and run Cryptsy while also making good on requested withdrawals.*

*3. If somehow we are able to re-aquire the stolen funds, then we allow all withdrawal requests to process.*

*4. Spread the loss to all users in the system and allow trades to continue.*

Case 9:16-cv-80060-KAM   Document 49   Entered on FLSD Docket 05/18/2016   Page 2 of 2
Case 9:16-cv-80060-KAM   Document 48 *SEALED*   Entered on FLSD Docket 05/18/2016   Page 2 of 14

- 2 -

*5. Restrict withdrawals on short balanced coins, allowing withdrawals on a first come, first serve basis upon availability.*

*6. Place existing user balances of BTC, LTC into a frozen state and release funds as they become available from fees collected.*

*7. Find an investor or group who wish to invest into the operations or provide a loan.*

*In any case, it is our intent to get every user their funds. Depending on what option or combination of options we end up doing, this may take some time.*

These were the words from Cryptsy Paul Vernon in January 2016.

But since today, nothing of these options are activated. I Think, to spread the loss were the best option of all, to get back the coins for all users. But now www.cryptsy.com is offline since April 2016 and nothing goes on with any of the options.

To spread the loss of 10.000 Bitcoins to all Cryptsy-Users this would be the fairest option. 0.1 or 0.5 or 1.0 Bitcoins from every Cryptsy-User and Cryptsy could restart and the loss would be repaid. But these is only my opinion.

Please treat my sent account data and ID card confidential and pass them if required to the competent court in case of Cryptsy Paul Vernon bankruptcy.

Thanks for watching and I hope for your answer ...

Best regards

Frank Wiesenfelder
www.coinking.de

P.S. The Cryptocoin-Exchange www.bter.com had the same problems with stolen Bitcoins one year ago and have worked out a repayment plan and restarted BTER a short time later.