## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

## REQUEST FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT, PAUL VERNON

TO:    Steven M. Larimore, Court Administrator - Clerk of Court
        U.S. District Court - Southern District of Florida
        Paul G. Rogers Federal Building and U.S. Courthouse
        701 Clematis Street, Room 202
        West Palm Beach, FL 33401

    Plaintiffs, BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 55(a), hereby request entry of a default against **Defendant, PAUL VERNON, an individual**, for his failure to appear or otherwise respond to the Amended Class Action Complaint within the time specified by the Federal Rules of Civil Procedure.

    This request is supported by the March 29, 2016 Order of this Court granting Plaintiffs' Amended Motion for Service of Process upon Paul Vernon [Docket Entry No. ("DE") 29] and the Declaration of David C. Silver subsequently filed on March 31, 2016 [DE 31].

    A proposed Certificate of Clerk's Default is attached hereto for the Court's convenience.

Civil Action No. 9:16-cv-80060-MARRA

Respectfully submitted,

**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 755-4799
Facsimile:     (954) 755-4684

By: _____
DAVID C. SILVER
Florida Bar No. 572764
E-mail:  DSilver@silverlaw.com
SCOTT L. SILVER
Florida Bar No. 095631
E-mail:  SSilver@silverlaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@silverlaw.com

- and -

**WITES & KAPETAN, P.A**.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone:     (954) 570-8989
Facsimile:     (954) 354-0205
MARC A. WITES
Florida Bar No. 024783
E-mail: mwites@wklawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this ___20th___ day of May 2016 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; and **PATRICK J. RENGSTL, ESQ.**, PAYTON & ASSOCIATES, LLC, *Counsel for Receiver*, 2 S. Biscayne Blvd. - Suite 1600, Miami, FL 33131.

**I FURTHER CERTIFY** that a true and correct copy of the foregoing will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com; and **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

_____
DAVID C. SILVER