# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.

_____/

## CLERK'S CERTIFICATE OF DEFAULT

I, **STEVEN M. LARIMORE**, Court Administrator and Clerk of the United States District Court for the Southern District of Florida, do hereby certify that this action commenced on January 13, 2016 with the filing of a Class Action Complaint and a series of Civil Action Summonses [DE 1]; that an Amended Class Action Complaint was filed on February 22, 2016 [DE 8]; a copy of the Amended Class Action Complaint and a Civil Action Summons were served upon **Defendant, PAUL VERNON, an individual**, on March 31, 2016 and that proof of such service was filed with this Court on March 31, 2016 [DE 31].

I further certify the docket entries indicate that Defendant PAUL VERNON has not filed an answer or otherwise moved with respect to the Amended Class Action Complaint herein.

The default of Defendant PAUL VERNON is hereby noted, pursuant to Fed.R.Civ.P. 55(a).

Dated: _____, 2016
      West Palm Beach, Florida

                                  **STEVEN M. LARIMORE**
                                  Court Administrator - Clerk of Court

                                  By: _____
                                        Deputy Clerk