UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JINYAO LIU, et al.

PLAINTIFF(S)

CASE NUMBER
9:16−cv−80060−KAM

v.

PROJECT INVESTORS, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Paul Vernon**

as of course, on the date May 20, 2016.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Alex Rodriguez*
Deputy Clerk

cc:  Judge Kenneth A. Marra
     Jinyao Liu

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)