UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## RECEIVER'S MOTION TO EMPLOY RECEIVERSHIP CONSULTANT

James D. Sallah, Esq., not individually but solely in his capacity as the court-appointed Receiver (the "Receiver") for Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), hereby files this Motion to Employ Robert G. Carey as a receivership consultant and states:

1. On April 4, 2016, this Court issued the Order Granting Plaintiffs' Renewed Motion for Appointment of James D. Sallah, Esq. as Receiver/Corporate Monitor over Defendant Project Investors, Inc. d/b/a Cryptsy [DE 33] (the "Appointment Order").

2. The Receiver has retained the services of Robert G. Carey as a receivership consultant. Mr. Carey is a practicing attorney who has acted in receivership-related capacities of a deputy receiver, receivership accounting consultant and/or receiver's legal counsel to receivers in many federal receivership cases during the last 16 years.

3. Mr. Carey performs investigations, asset recovery, forensic accounting, legal analysis and various administrative and other functions necessary in receivership cases, and has

worked with the Receiver and the Receiver's counsel in several prior and pending receivership cases. Attached as Exhibit A is Mr. Carey's curriculum vitae.[1]

4. Mr. Carey bills at an hourly rate of $285, which is less than the Receiver's and his counsel's approved hourly rate of $400 in this private-party receivership case. Therefore, for certain functions in the receivership case which are appropriate for Mr. Carey to handle, as opposed to the Receiver or his counsel who have higher billing rates, there will be a significant savings for the benefit of the receivership estate and Cryptsy's investors.

5. Pursuant to the Appointment Order, Mr. Carey's bills will be part of the Receiver's periodic fee applications.

6. The Receiver will ensure that there is no duplication of efforts by him, his counsel and any other professionals, including Mr. Carey, and will ensure that this case is conducted in an efficient and productive manner on behalf of the receivership estate and for the benefit of Cryptsy's investors.

7. A proposed Order is attached as Exhibit B. Plaintiffs and Defendant Lorie Ann Nettles have no objection to this Motion or the attached proposed Order. As of this filing, Defendant Paul Vernon has not appeared in this action.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order, attached as Exhibit B, approving Robert G. Carey as a receivership consultant.

---

[1] Besides his law degree, Mr. Carey has a business background, including an MBA, a Master's degree in Accountancy, and an LLM.

Dated: June 15, 2016.                              Respectfully submitted,

                                             **PAYTON & ASSOCIATES, LLC**
                                             *Counsel for the Receiver*
                                             2 South Biscayne Blvd., Suite 1600
                                             Miami, Florida 33131
                                             Telephone:   (305) 372-3500
                                             Facsimile:    (305) 577-4895

                                             By: <u>Patrick J. Rengstl, Esq.</u>
                                                  Patrick J. Rengstl
                                                  FL Bar No. 0581631

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                     s:/Patrick J. Rengstl
                                                                     Patrick J. Rengstl, Esq.

## SERVICE LIST

**David C. Silver, Esq.**
Silver Law Group
Counsel for Plaintiffs
11780 West Sample Road
Coral Springs, FL 33065
(Via CM/ECF)

**Marc Wites, Esq.**
Wites & Kapetan, P.A.
Co-counsel for Plaintiffs
4400 N Federal Hwy
Lighthouse Point, FL 33064
(Via CM/ECF)

**Mark A. Levy, Esq.**
**George J. Taylor, Esq.**
Brinkley Morgan
Counsel for Defendant Lorie Ann Nettles
200 E Las Olas Blvd Ste 1900
Fort Lauderdale, FL 33301
(Via CM/ECF)

**Paul Vernon**
(Via Email)

**ROBERT G. CAREY**
4301 SOUTH FLAMINGO ROAD, SUITE 106/100
DAVIE, FLORIDA 33330
(786) 371-6813
ROBERT@ROBERTCAREYLAW.COM

### MEMBERSHIPS

Member of the State Bar of Florida

### REPRESENTATIVE CASES

- **SECURITIES & EXCHANGE COMMISSION V. JCS ENTERPRISES ET AL., CASE NO. 14-80468-CIV-MIDDLEBROOKS.** Counsel for Receiver James D. Sallah, Esq. Ponzi Scheme.

- **FEDERAL TRADE COMMISSION V. AMERICAN PRECIOUS METALS ET AL., CASE NO. 11-61072-CIV-RNS.** Deputy Receiver for Receiver David R. Chase, Esq. Deceptive telemarketing Scheme.

- **FEDERAL TRADE COMMISSION V. TIME SHARE MEGA MEDIA & MARKETING ET AL., CASE NO. 10-62000-CIV-ZLOCK.** Deputy Receiver for Receiver David R. Chase. Deceptive telemarketing scheme.

- **FEDERAL TRADE COMMISSION V. THE DOLCE GROUP WORLDWIDE, LLC ET AL., CASE NO. 10-21788-CIV-COOKE/BANDSTRA.** Deputy Receiver for Receiver David R. Chase. Deceptive telemarketing scheme.

- **FEDERAL TRADE COMMISSION V. NATIONWIDE CONNECTIONS, INC. ET.,AL. CASE NO. 06-80180-CIV-RYSKAMP/VITUNIC.** Deputy Receiver for Receiver David R. Chase. Cramming scheme.

- **BASSET V. PRIVATE INVESTMENT PARTNERS, LLP ET AL., CASE NO. 2005 CA 011312 XXX B.** Deputy Custodian for Custodian David R. Chase. Theft by broker and brokerage firm.

- **FEDERAL TRADE COMMISSION V. USA BEVERAGES, INC. ET AL CASE NO. 05-61682-CIV-LENARD/KLEIN.** Deputy Receiver for Receiver David R. Chase. Fraudulent business opportunities scheme.

- **SECURITIES AND EXCHANGE COMMISSION V. SPEAR AND JACKSON, INC. CASE NO. 04-CIV-80354-CIV-LENARD.** Contractor performing forensic accounting for Corporate Monitor Soneet Kapila, Kapila & Co. Illegal Sales of Securities.

- **SECURITIES AND EXCHANGE COMMISSION V. WORLD CLASS LIMOUSINES, INC. ET AL., CASE NO. 01-7834-CIV-JORDON.** Deputy Receiver for Receiver David R. Chase. Unregistered Offering of Securities.

- **FEDERAL TRADE COMMISSION V. AMERITEL PAYPHONE DISTRIBUTORS, INC. ET AL., CASE NO. 00-514-CIV-GOLD/SIMONTON.** Deputy Receiver for Receiver David R. Chase. Fraudulent business opportunities.



## OTHER EXPERIENCE

ESQUIRE CORPORATE SERVICES, West Palm, Florida. **Accountant.** Sept. to Oct. 2002.
- Performed accounting and billing tasks for Corporate clients of national deposition services provider
- Assisted in researching and collecting delinquent payments.

LENNAR CORPORATION, Miami, Florida. **Internship.** Aug. to Dec. 2001.
- Conducted legal research, wrote memoranda, and analyzed documents for evidentiary purposes
- Worked with Vice President & General Counsel

CITY OF MIAMI BEACH, Miami Beach, Florida. **Internship.** Jan. to May 2001.
- Conducted legal research and writing on various real estate, zoning, and development issues

UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Miami, Florida. **Internship.** Aug. to Dec. 2000.
- Legal research, wrote memoranda, and analyzed documents for enforcement of violations of securities law.
- Researched 10(b)5 claims including fraudulent unregistered securities, sales practice fraud, and stock market manipulation.

HON. MALCOM F. MARSH, UNITED STATES DISTRICT COURT, Portland, Oregon. **Externship.** May to Jun. 2000
- Assisted law clerks in analyzing and researching critical issues for decisions
- Drafted opinion interpreting the Family Medical Leave Act

INDUSTRY MORTGAGE, LP, Tampa, Florida. **Accountant.** Apr. to Jun. 1996
- Performed accounting functions related to SEC filings and final external audit
- Analyzed and completed tax returns for limited partnership with multiple investors across the U.S.

MCCAW CORPORATION, Portland, Oregon. **Accountant.** Jul. 1992 to Dec. 1993
- Discovered and collected past due inventory rebates of over $90,000
- Reconciled general ledger accounts; created and implemented regional budget

NORRIS AND STEVENS, Portland, Oregon. **Manager.** May 1992 to Mar. 1994
- Responsible for managing, marketing, and leasing apartment complex

## EDUCATION

- University of Miami School of Law, Real Property Development Master of Laws, Dec. 2001
- University of Miami School of Law, Juris Doctor, Dec. 2000
- University of South Florida, Master of Accountancy, Aug. 1999
- University of Florida, Master of Real Estate, Aug. 1998
- University of Florida, Master of Business Administration, May 1997
- Portland State University, Bachelor of Science in Accounting, Finance & Psychology, Aug. 1994

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S
## MOTION TO EMPLOY RECEIVERSHIP CONSULTANT

THIS MATTER is before the Court upon the Receiver's Motion to Employ Receivership Consultant [DE 54]. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 54] is **GRANTED**. The Receiver is hereby authorized to employ Robert G. Carey as a receivership consultant.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of June, 2016.

                                                      _____
                                                      **KENNETH A. MARRA**
                                                      **UNITED STATES DISTRICT COURT JUDGE**

Copies to:    Counsel and parties of record

EXHIBIT
B