UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

      Defendants.
_____/

**ORDER GRANTING RECEIVER'S MOTION TO COMPEL PUBLIC
STORAGE TO PROVIDE IMMEDIATE ACCESS TO STORAGE UNITS**

THIS MATTER is before the Court upon the Receiver's Motion to Compel Public Storage to Provide Immediate Access to Storage Units [DE 56]. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 56] is **GRANTED**. Public Storage is ordered to provide the Receiver with immediate access to any and all storage units at Public Storage in the names of or opened by Paul Vernon, Project Investors, Inc. or Cryptsy. In addition, the Receiver is authorized to remove from the storage units and take control of any items in the storage units that are subject to the receivership Appointment Order [DE 33], such as Cryptsy

servers, assets and books and records.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 10th day of ~~June~~ July, 2016.

                                            **KENNETH A. MARRA**
                                            **UNITED STATES DISTRICT COURT JUDGE**

Copies to:   Counsel and parties of record