# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,
    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,
    Defendants.
_____/

## JOINT CONFERENCE REPORT

Pursuant to this Court's January 14, 2016 "Order Requiring Counsel to Confer, File Joint Scheduling Report, and File Joint Discovery Report" (Docket Entry No. ["DE"] 6), Southern District of Florida Local Rule 16.1(b)(2) & (3), and Federal Rule of Civil Procedure 26(f), a conference was held on May 25, 2016 and July 15, 2016 between:

| NAME | COUNSEL FOR |
|---|---|
| David C. Silver, Esq. | Brandon Leidel, Michael Wilson, etc. (*Plaintiffs*) |
| Mark A. Levy, Esq. | Lorie Ann Nettles (*Defendant*) |

At their conference, counsel for Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated ("Plaintiffs"), and Defendant LORIE ANN NETTLES, an individual ("Defendant" or "NETTLES") (collectively "the Parties")[1]

---

[1] Defendants PROJECT INVESTORS, INC. d/b/a CRYPTSY and PAUL VERNON have each been defaulted by this Court. *See*, DE 25, 51. Therefore, they did not participate in the Joint Scheduling Conference or the preparation of this Report.

Civil Action No. 9:16-cv-80060-MARRA

addressed the topics set forth in Local Rule 16.1(b)(2) & (3) and Fed.R.Civ.P. 26(f), as well as additional matters set forth herein. As a result of their conference, the Parties have agreed on the following dates, discovery plan, and case management; and submit the following Joint Scheduling Report and Joint Discovery Report.

## JOINT SCHEDULING REPORT

### A. The Likelihood of Settlement

The Parties, along with the Court-appointed receiver, are scheduled to participate in a mediation before Howard Tescher, Esq. on August 15, 2016 in an effort to resolve the various claims against NETTLES.

### B. The Likelihood of Appearance in the Action of Additional Parties

The Parties agree that additional parties might appear or be joined in this action, though the identity of those parties is unknown at this time. On or before the dates set forth in the table below, the Parties agree to file all motions for class certification, leave to file third party claims, motions to join parties, and motions to amend the pleadings.

### C. Proposed Case Management Deadlines

The Parties have agreed upon proposed deadlines as set forth below:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1), as amended effective December 1, 2000)** | August 19, 2016 |
| **Corporate Disclosure Statement** | *<<Not Applicable>>* |
| **Motion for Class Certification** | August 26, 2016 |
| **Motions to Add Parties or to Amend Pleadings** | October 6, 2016 |
| **Fact Discovery Deadline** | December 16, 2016 |

Civil Action No. 9:16-cv-80060-MARRA

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Disclosure of Expert Reports**<br>　　　Plaintiff:<br>　　　Defendants: | December 30, 2016<br>January 13, 2017 |
| **Expert Discovery Deadline** | February 10, 2017 |
| **Dispositive Motions** | March 15, 2017 |
| **Resolution by the Court of all Dispositive Motions** | April 28, 2017 |
| *Daubert* **Motions** | May 12, 2017 |
| **Mediation Cutoff** | Sixty (60) days before start of the trial's two week calendar |
| **Motions in Limine** | May 19, 2017 |
| **Responses to Motions in Limine** | May 31, 2017 |
| **Mandatory Pretrial Stipulation** | June 23, 2017 |
| **Jury Instructions or<br>Proposed Findings of Fact and Conclusions of Law** | June 23, 2017 |
| **Voir Dire Questions** | Calendar Call |
| **Exhibit List for Court** | First day of Trial (impeachment excepted) |
| **Witness List for Court** | First day of Trial (impeachment excepted) |
| **Estimated Length of Trial** [trial days] | Five (5) days |
| **Jury / Non-Jury** | Jury |

Civil Action No. 9:16-cv-80060-MARRA

**D. Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

The Parties anticipate some of the factual and legal issues can be agreed upon and narrowed as discovery is exchanged and as the case proceeds. The Parties will continue to cooperate in good faith to simplify the issues before the Court.

**E. The Necessity or Desirability of Amendments to the Pleadings**

The Parties have agreed on a proposed deadline for the amendment of any pleadings, as set forth in the attached Joint Proposed Scheduling Order.

**F. The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence**

The Parties will work with one another in good faith to resolve all issues relating to discovery.

**G. Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The Parties expect to continue to narrow the factual and legal issues in dispute whenever possible in an effort to curtail the pretrial and trial proceedings and to avoid unnecessary proof and cumulative evidence. The Parties also expect to work cooperatively to minimize burdensome, duplicative, or unnecessary discovery.

**H. Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

The Parties agree to having a United States Magistrate Judge resolve any discovery disputes that arise between the parties and to resolve all non-dispositive matters for adjudication.

Civil Action No. 9:16-cv-80060-MARRA

### I. A Preliminary Estimate of the Time Required for Trial

The Parties expect that this case will require **five (5) days** for a trial before a jury.

### J. Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference and Trial

As detailed in the Joint Proposed Scheduling Order, the Parties propose an approximate time for a trial date and a Final Pretrial Conference Date.

### K. Any Other Information That Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference

Plaintiffs seek to have their claims certified as a class action and will be filing an appropriate motion in that regard shortly.

Dated:   July 20, 2016

| | |
|---|---|
| Respectfully submitted, | |
| **SILVER LAW GROUP** <br> *Counsel for Plaintiffs* <br> 11780 W. Sample Road <br> Coral Springs, Florida 33065 <br> Telephone:     (954) 755-4799 <br> Facsimile:      (954) 755-4684 <br><br>  /s/ David C. Silver <br> DAVID C. SILVER <br> Florida Bar No. 572764 <br> E-mail:  DSilver@silverlaw.com <br> SCOTT L. SILVER <br> Florida Bar No. 095631 <br> E-mail:  SSilver@silverlaw.com <br> JASON S. MILLER <br> Florida Bar No. 072206 <br> E-mail: JMiller@silverlaw.com <br>    - and - | **BRINKLEY MORGAN** <br> *Counsel for Defendant, Lorie Ann Nettles* <br> 200 East Las Olas Blvd. - 19th Floor <br> Fort Lauderdale, FL 33301 <br> Telephone:     (954) 522-2200 <br> Facsimile:      (954) 522-9123 <br><br>  /s/ Mark A. Levy <br> MARK A. LEVY <br> Florida Bar No. 121320 <br> E-mail: Mark.Levy@brinkleymorgan.com <br> GEORGE J. TAYLOR <br> Florida Bar No. 102878 <br> E-mail: George.Taylor@brinkleymorgan.com |

Civil Action No. 9:16-cv-80060-MARRA

| | |
|---|---|
| **WITES & KAPETAN, P.A**.<br>4400 N. Federal Highway<br>Lighthouse Point, Florida 33064<br>Telephone:      (954) 570-8989<br>Facsimile:      (954) 354-0205<br>MARC A. WITES<br>Florida Bar No. 024783<br>E-mail: mwites@wklawyers.com | |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __20th__ day of July 2016 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; and **PATRICK J. RENGSTL, ESQ.**, PAYTON & ASSOCIATES, LLC, *Counsel for Receiver*, 2 S. Biscayne Blvd. - Suite 1600, Miami, FL 33131; E-mail: Rengstl@payton-law.com.

**I FURTHER CERTIFY** that a true and correct copy of the foregoing will be served via electronic mail to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com; and **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

　　　　　　　　　　　　　　　　　　　　  */s/ David C. Silver*　　　　　　
　　　　　　　　　　　　　　　　　　　　 DAVID C. SILVER