## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,
    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,
    Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(b)(3) of the Local Rules of the United States District Court of the Southern District of Florida, and upon consideration of the Joint Conference Report filed by Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated ("Plaintiffs"), and Defendant LORIE ANN NETTLES, an individual ("Defendant" or "NETTLES") (collectively "the Parties")[1], and the Court being fully advised in the premises, it is thereupon

**ORDERED AND ADJUDGED** as follows:

### Case Management Track

This a Standard Track case as set forth in Local Rule 16.1(a)(2)(B).

### Trial Date and Location

1.    This case is set for trial on the two-week calendar commencing:

**Monday, July 17, 2017**

---

[1] Defendants PROJECT INVESTORS, INC. d/b/a CRYPTSY and PAUL VERNON have each been defaulted by this Court. *See*, DE 25, 51. Therefore, they did not participate in the Joint Scheduling Conference or the preparation of the Joint Conference Report.

Counsel for all parties shall appear at a Calendar Call commencing at 10:00 A.M. on:

**Thursday, July 13, 2017**

The trial is anticipated to last **five (5) days**.  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 4 at the Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis St., West Palm Beach, FL 33401.

## Motion Practice

2.      Every pretrial motion filed in this case shall be accompanied by a proposed order granting the motion.  The order shall contain an up-to-date service list of all attorneys in the case.  Proposed orders should be submitted by e-mail to Marra@flsd.uscourts.gov in either Word or WordPerfect format.  The e-mail subject line and the name of the attachment should include the case number and a short description of the attachment.

## Discovery and Pre-Trial Schedule

3.      Pretrial discovery shall be conducted in accordance with Local Rules 16.1 and 26.1 and the Federal Rules of Civil Procedure.  No pretrial conference shall be held in this action, unless the Court determines, *sua sponte*, that a pretrial conference is necessary.  In setting the following deadlines, the Court has considered the Parties' suggested discovery schedule.  To the extent this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1), as amended effective December 1, 2000)** | August 19, 2016 |
| **Corporate Disclosure Statement** | *<<Not Applicable>>* |
| **Motion for Class Certification** | August 26, 2016 |
| **Motions to Add Parties or to Amend Pleadings** | October 6, 2016 |

Case 9:16-cv-80060-KAM   Document 58-1   Entered on FLSD Docket 07/20/2016   Page 3 of 7

Leidel, etc. v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, and Lorie Ann Nettles
U.S. District Court - S.D. Florida - Case No. 9:16-cv-80060-MARRA
Joint Proposed Scheduling Order

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Fact Discovery Deadline** | December 16, 2016 |
| **Disclosure of Expert Reports**<br>    Plaintiff:<br>    Defendants: | December 30, 2016<br>January 13, 2017 |
| **Expert Discovery Deadline** | February 10, 2017 |
| **Dispositive Motions** | March 15, 2017 |
| **Resolution by the Court of all Dispositive Motions** | April 28, 2017 |
| *Daubert* **Motions** | May 12, 2017 |
| **Mediation Cutoff** | Sixty (60) days before start of the trial's two week calendar |
| **Motions in Limine** | May 19, 2017 |
| **Responses to Motions in Limine** | May 31, 2017 |
| **Mandatory Pretrial Stipulation** | June 23, 2017 |
| **Jury Instructions or**<br>**Proposed Findings of Fact and Conclusions of Law** | June 23, 2017 |
| **Voir Dire Questions** | Calendar Call |
| **Exhibit List for Court** | First day of Trial (impeachment excepted) |
| **Witness List for Court** | First day of Trial (impeachment excepted) |

### **Mandatory Pre-Trial Stipulation**

4.    Counsel must meet at least one month prior to the beginning of the trial period to confer on the preparation of a Pretrial Stipulation in accordance with Local Rule 16.1E. A Pretrial Stipulation lacking substance will not be accepted. Any party causing a unilateral pretrial stipulation to be filed will be required to show cause why sanctions should not be

Case 9:16-cv-80060-KAM   Document 58-1   Entered on FLSD Docket 07/20/2016   Page 4 of 7

Leidel, etc. v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, and Lorie Ann Nettles
U.S. District Court - S.D. Florida - Case No. 9:16-cv-80060-MARRA
Joint Proposed Scheduling Order

imposed. Each attorney and each self-represented party is charged with the duty of complying with this Order. A motion for continuance shall not stay the requirement for the filing of the Pretrial Stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the Calendar Call. Failure to comply with the time schedule may result in dismissal or other sanctions.

### Consent to Trial Before Magistrate Judge

5.  In light of the benefits offered by a trial before a magistrate judge, *e.g.*, trial on a date certain as opposed to placement on a trial calendar, the parties are urged to consider this option. The Parties in this instance have advised in their Joint Conference Report that they wish not to employ this option. However, if the parties reconsider their position and there is unanimity in favor of magistrate jurisdiction; Plaintiffs' counsel, within twenty (20) days of the entry of this Order, shall execute the form (available at http://www.fisd.uscourts.gov/default.asp?fi1e=generallforms.asp) entitled "Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge," and forward the original, executed form to Defendant's counsel. After completion by Defendant or her counsel, the original form should be forwarded to the Clerk of the Court, West Palm Beach Division.

### Mediation

6.  Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.2, this case is referred to mediation as follows:

    a.  All parties are required to participate in mediation. The mediation shall be completed no later than sixty (60) days before the scheduled trial date.

    b.  Plaintiffs' counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of this Court, but may select any other mediator. The

Case 9:16-cv-80060-KAM   Document 58-1   Entered on FLSD Docket 07/20/2016   Page 5 of 7

Leidel, etc. v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, and Lorie Ann Nettles
U.S. District Court - S.D. Florida - Case No. 9:16-cv-80060-MARRA
Joint Proposed Scheduling Order

parties shall agree upon a mediator and advise the Clerk's Office of their choice in writing within fourteen (14) days from the date hereof. If there is no agreement, lead counsel shall promptly notify the Clerk in writing; and the Clerk shall designate a mediator from the List of Certified Mediators, which designation shall be made on a blind rotation basis.

c.  A place, date, and time for mediation convenient to the mediator, counsel of record, the parties themselves, and any unrepresented parties shall be established. Upon mutual agreement on a place, date, and time for mediation, the lead attorney shall complete the form order given in Local Rule 16.2.H and submit it to the Court.

d.  Pursuant to Local Rule 16.2.E, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory at the mediation. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend the mediation.

e.  All proceedings of the mediation shall be confidential and privileged.

f.  At least fourteen (14) days prior to the mediation date, or by such other deadline established by the mediator, each party shall present to the mediator a confidential brief written summary of the case identifying issues to be resolved.

g.  The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order. The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

h.  The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Rule 16.2.B.6, or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within forty-five (45) days of the date of the mediator's bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least three (3) full business days in advance. Failure to do so will result in imposition of a fee for two hours of the mediator's time.

i.  If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2.F, by the filing of a Notice of Settlement signed by counsel of record within ten (10) days of the mediation conference. Thereafter, the parties shall forthwith submit an appropriate pleading concluding the case.

j. Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was adjourned, or whether the mediator declared an impasse.

k. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

### Discovery Referred to Magistrate Judge

7. In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to **United States Magistrate Judge William Matthewman** for appropriate disposition of all pretrial discovery motions and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations.  This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

### Trial Exhibits

8. Trial exhibits must be pre-marked and exchanged prior to execution of the Pretrial Stipulation.  Each trial exhibit should be marked with a sticker identifying the case number, exhibit number, and party offering the exhibit.

### Jury Instructions or Proposed Findings of Fact and Conclusions of Law

9. In cases tried before a jury, each party shall submit joint, stipulated proposed jury instructions and a joint, stipulated proposed verdict form in hard copy form and on CD in Word or WordPerfect format.  All requested instructions shall be typed on a separate page, and except for Eleventh Circuit Pattern instructions, must be supported by citations of authority.  Any objections to the proposed instructions shall be stated clearly and concisely and also shall be supported by citations of authority.

Alternatively, in cases tried before the Court, each party shall file proposed Findings of Fact and Conclusions of Law in hard copy form and on CD in Word or WordPerfect format. Proposed Conclusions of Law must be supported by citations of authority.

### **<u>Settlement</u>**

10.  If a case is settled, counsel for the Parties are directed to inform the Court promptly at (561) 514-3760 and to submit an appropriate stipulation for an Order for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1).  Such an Order must be filed within ten (10) days of notification of the Court.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this _____ day of _____, 2016.

_____
KENNETH A. MARRA
U.S. District Court Judge

Copies furnished to:
  All counsel of Record
  Magistrate Judge Matthewman