UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF THOMAS BURKHARDT

I, THOMAS BURKHARDT, make this Declaration and state as follows:

1.    My name is THOMAS BURKHARDT. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, West St. Paul, Minnesota
                                           City              State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    6/22/16
THOMAS BURKHARDT             Date









Cryptsy - Trade Home

https://cryptsy.com

Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello Thomas

Mar 9th 02:14PM EDT

Tier 2 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.67477500 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 4.62629873 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 1.11625656 | 427.93487344 |
| CCN | 36947.59844988 | 0.00009500 |

Your Watchlist

| | | |
|---|---|---|
| CCN/BTC | 0.00% | 0.00009500 |

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |

| Coin | Price | Price Change |
|---|---|---|
| LiteCoin | 3.28895000 USD | 0.000% |
| LiteCoin | 0.00769900 BTC | 0.000% |
| LiteCoin | 665.00000000 XRP | 0.000% |
| BitCoin | 427.93487344 USD | 0.000% |

Coin Sponsor Program

## Cryptsy Markets

**24 Hour Volume** **BTC:** 0.00 BTC **LTC:** 0.00 BTC **XRP:** 0.00 BTC **Fiat:** 0.00 BTC **Total: 0.0000 BTC**

Display Markets: All BTC LTC XRP Search:

| Market | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|
| 007/BTC | 0.00000000 | 0.00000345 | 0.00000000 | 0.00000000 | 0.00000000 |
| 42/BTC | 0.00000000 | 1.57500000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 42/XRP | 0.00000000 | 137997.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 8BIT/BTC | 0.00000000 | 0.00007523 | 0.00000000 | 0.00000000 | 0.00000000 |
| AC/BTC | 0.00000000 | 0.00000266 | 0.00000000 | 0.00000000 | 0.00000000 |
| ACOIN/BTC | 0.00000000 | 0.00000412 | 0.00000000 | 0.00000000 | 0.00000000 |
| ADT/LTC | 0.00000000 | 0.00000009 | 0.00000000 | 0.00000000 | 0.00000000 |
| AERO/BTC | 0.00000000 | 0.00000275 | 0.00000000 | 0.00000000 | 0.00000000 |
| AERO/XRP | 0.00000000 | 0.72505703 | 0.00000000 | 0.00000000 | 0.00000000 |

## Current Drawing

Each week the Bitcoin drawing prize pot will grow as more entries are submitted. The more entries submitted during the week the larger the final prize. Every week a winner will be chosen, and the drawing will begin again.

Next Drawing Date EST

Number of Entries

Cryptsy - Account Balances

https://cryptsy.com/users/balances

Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello Thomas

Mar 9th 02:15PM EDT

Tier 2 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.67477500 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 4.62629873 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 1.11625656 | 427.93487344 |
| CCN | 36947.59844988 | 0.00009500 |

Your Watchlist

| | | |
|---|---|---|
| CCN/BTC | 0.00% | 0.00009500 |

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| | | 0.00000275 |

Transferring data from cryptsy.com...

| LiteCoin | LiteCoin | LiteCoin | BitCoin |
|---|---|---|---|
| Price 3.28895000 USD | Price 0.00769900 BTC | Price 665.00000000 XRP | Price 427.93487344 USD |
| Price Change 0.000% | Price Change 0.000% | Price Change 0.000% | Price Change 0.000% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

## Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| US Dollar | USD | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show Only Accounts W/ Non-Zero Balance Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| BitCoin | BTC | 1.11625656 | 0.00000000 | 1.11625656 | 0.00000000 |
| CannaCoin | CCN | 36,947.59844988 | 0.00000000 | 3.51002185 | 0.00000000 |
| CryptsyPoints | Points | 0.67477500 | 0.00000000 | 0.00002032 | 0.00000000 |

Estimated Portfolio Value: **4.62629873 BTC**

(Based on current market values - Does not include pending deposits)

## Pending Transactions

## ⊞ Crypto Balances

Show Only Accounts W/ Non-Zero Balance ▾   Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| ⊘ BitCoin | BTC | 1.11625656 | 0.00000000 | 1.11625656 | 0.00000000 |
| ⊘ CannaCoin | CCN | 36,947.59844988 | 0.00000000 | 3.51002185 | 0.00000000 |
| ⊘ CryptsyPoints | Points | 0.67477500 | 0.00000000 | 0.00002032 | 0.00000000 |

### Estimated Portfolio Value: **4.62629873 BTC**

(Based on current market values - Does not include pending deposits)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

## DECLARATION OF GUSTAVO CANDIA

I, GUSTAVO CANDIA, make this Declaration and state as follows:

1.      My name is GUSTAVO CANDIA.   I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.      I live in, and am a resident and citizen of, Toronto, Ontario.

3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.      The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____               Jun 21, 2016

GUSTAVO CANDIA                               Date





Cryptsy®

Home Dashboard Balances Orders Triggers Trades Vote Tools Hello **Gustavo**

Mar 18th 08:53AM EDT

**Tier 1** (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 14.04251611 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 62.22359638 |

Enter Cryptsy Drawing Here

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.00000006 | 427.93487344 |
| DOGE | 231853999.27523205 | 0.00000000 |
| LTC | 20.00000000 | 0.00769900 |
| NMC | 45973.77490617 | 0.00135010 |

**Your Watchlist**

Market Fiat BTC LTC XRP

**BTC Markets** Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | 0.00% | 0.00006817 |

### Important System Notification

A user who claims to be able to recover the stolen BTC has requested the contract be posted here: https://www.cryptsy.com/cryptsyrecoverybountyfinal.pdf

I've read this!

| LiteCoin | BitCoin | | | |
|---|---|---|---|---|
| LiteCoin | Price 3.28895000 USD | Price Change 0.000% |
| LiteCoin | Price 0.00769900 BTC | Price Change 0.000% |
| LiteCoin | Price 665.00000000 XRP | Price Change 0.000% |
| BitCoin | Price 427.93487344 USD | Price Change 0.000% |

Coin Sponsor Program

All Balances | All Deposits | All Withdrawals | All Transfers In | All Transfers Out

**Showing 1 - 50** of 67 Results 1 2 Next >> End >>

## Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| BitCoin | [redacted] | 65.00000000 BTC | 2015-10-17 16:48:35 |
| BTC | [redacted] | | |
| CryptsyPoints | | 0.78154621 Points | 2015-09-20 02:02:31 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.27001812 Points | 2015-09-18 02:03:24 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.10277791 Points | 2015-09-17 02:02:52 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.49111571 Points | 2015-09-16 02:02:42 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.33197838 Points | 2015-09-15 02:03:09 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.34231234 Points | 2015-09-11 02:03:17 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.24852464 Points | 2015-09-10 02:02:50 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.26921003 Points | 2015-09-09 02:03:56 |
| Points | [redacted] | | |
| BitCoin | [redacted] | 60.00000000 BTC | 2015-09-08 11:11:04 |
| BTC | [redacted] | | |
| CryptsyPoints | | 0.28460339 Points | 2015-09-08 02:02:47 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.09486966 Points | 2015-09-07 02:02:55 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.27500000 Points | 2015-09-06 02:02:45 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.33648081 Points | 2015-09-05 02:03:17 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.63371588 Points | 2015-09-02 02:02:47 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.46530100 Points | 2015-08-30 02:03:22 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.46968584 Points | 2015-08-29 02:02:26 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.10276337 Points | 2015-08-28 02:02:30 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.51658463 Points | 2015-08-27 02:03:28 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.57714997 Points | 2015-08-25 02:02:51 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.05304312 Points | 2015-08-24 02:02:28 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.10191102 Points | 2015-08-23 02:02:54 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.14895976 Points | 2015-08-22 02:02:58 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.18398100 Points | 2015-08-20 02:03:15 |
| Points | [redacted] | | |
| BitCoin | [redacted] | 50.00000000 BTC | 2015-08-18 11:41:11 |
| BTC | [redacted] | | |
| CryptsyPoints | | 0.23200000 Points | 2015-08-18 02:02:59 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.93999001 Points | 2015-08-06 02:02:43 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.23449500 Points | 2015-08-04 02:03:44 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.23958900 Points | 2015-07-31 02:03:23 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.36550000 Points | 2015-07-30 02:03:45 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.36542000 Points | 2015-07-29 02:04:20 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.26320760 Points | 2015-07-28 02:04:46 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.10204452 Points | 2015-07-24 02:04:56 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.04047076 Points | 2015-07-23 02:08:23 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.10952884 Points | 2015-07-22 02:04:41 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.23549840 Points | 2015-07-17 02:04:33 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.13827450 Points | 2015-07-16 02:05:11 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.13752311 Points | 2015-07-15 02:05:16 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.24323720 Points | 2015-07-14 02:02:47 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.17148120 Points | 2015-07-12 02:04:13 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.86824476 Points | 2015-07-11 02:04:28 |
| Points | [redacted] | | |
| BitCoin | [redacted] | 40.00000000 BTC | 2015-07-10 10:39:55 |
| BTC | [redacted] | | |
| CryptsyPoints | | 0.25457678 Points | 2015-07-10 02:04:30 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.17659600 Points | 2015-07-08 02:04:58 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.18553120 Points | 2015-07-07 02:02:52 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.18067320 Points | 2015-07-04 02:03:39 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.18400617 Points | 2015-07-03 02:04:24 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.18759520 Points | 2015-07-01 02:04:02 |
| Points | [redacted] | | |
| CryptsyPoints | | 0.07899240 Points | 2015-06-28 02:03:40 |
| Points | [redacted] | | |
| BitCoin | [redacted] | 20.00000000 BTC | 2015-06-27 10:47:03 |
| BTC | [redacted] | | |

**Showing 1 - 50** of 67 Results 1 2 Next >> End >>

© 2016 Project Investors Inc

Wallet Status Terms Fees / Rebates Privacy Blog Support API Security About Jobs Refunds

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072364334. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.

# Cryptsy®

Home Dashboard Balances Orders Triggers Trades Vote Tools Hello Gustavo ▾

Mar 18th 08:55AM EDT

Tier 1 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 14.04251611 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 62.22359638 |

Enter Cryptsy Drawing Here

## Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.00000005 | 427.93487344 |
| DOGE | 231983999.27523205 | 0.00000004 |
| LTC | 20.00000000 | 0.00769900 |
| NMC | 45973.77490617 | 0.00135010 |

## Your Watchlist

Market Fiat BTC LTC XRP

### BTC Markets

Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000927 |
| ARCH/BTC | 0.00% | 0.00006817 |

## Important System Notification

A user who claims to be able to recover the stolen BTC has requested the contract be posted here: https://www.cryptsy.com/cryptsyrecoverybountyfinal.pdf

I've read this!

| LiteCoin | Price 3.28895000 USD | LiteCoin | Price 0.00769900 BTC | LiteCoin | Price 665.00000000 XRP | BitCoin | Price 427.93487344 USD | Coin Sponsor Program |
|---|---|---|---|---|---|---|---|---|
| | Price Change 0.000% | | Price Change 0.000% | | Price Change 0.000% | | Price Change 0.000% | |

All Balances  All Deposits  All Withdrawals  All Transfers In  All Transfers Out

Showing 51 - 67 of 67 Results   << Start  << Prev  1  2

## Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| CryptsyPoints Points | ████████████████ | 0.15434121 Points | 2015-06-26 02:05:29 |
| CryptsyPoints Points | ████████████ | 0.20355104 Points | 2015-06-25 02:03:21 |
| BitCoin BTC | ████████████████████████ | 0.01000000 BTC | 2015-06-24 11:49:54 |
| CryptsyPoints Points | ████████████ | 0.11237535 Points | 2015-06-24 02:03:38 |
| CryptsyPoints Points | ████████████ | 0.16194120 Points | 2015-06-20 02:03:53 |
| CryptsyPoints Points | ████████████ | 0.12152719 Points | 2015-06-19 02:03:42 |
| CryptsyPoints Points | ████████████ | 0.12417947 Points | 2015-06-17 02:05:33 |
| CryptsyPoints Points | ████████████ | 0.04910020 Points | 2015-06-14 02:03:41 |
| CryptsyPoints Points | ████████████ | 0.03401701 Points | 2015-06-13 02:03:44 |
| CryptsyPoints Points | ████████████ | 0.04233160 Points | 2015-06-10 02:04:34 |
| BitCoin BTC | ████████████ | 10.00000000 BTC | 2015-06-08 13:34:38 |
| CryptsyPoints Points | ████████████ | 0.02314320 Points | 2015-05-29 02:04:23 |
| BitCoin BTC | ████████████ | 0.50000000 BTC | 2015-05-28 11:45:33 |
| BitCoin BTC | ████████████████████ | 1.00000000 BTC | 2015-01-22 14:14:20 |
| BitCoin BTC | ████████████ | 0.00400000 BTC | 2015-01-21 12:00:39 |
| BitCoin BTC | ████████████ | 0.01000000 BTC | 2015-01-20 15:11:58 |
| BitCoin BTC | ████████████ | 0.00400000 BTC | 2015-01-19 19:55:56 |

Showing 51 - 67 of 67 Results   << Start  << Prev  1  2

© 2016 Project Investors Inc

Wallet Status   Terms   Fees / Rebates   Privacy   Blog   Support   API   Security   About   Jobs   Refunds

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072384334. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.



**Cryptsy**®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello **Gustavo**

Jan 15th 10:37AM EDT

**Tier 1** (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 14.04251611 |
| 14 Day Volume | 4.799 BTC |
| Estimated Acct BTC Value | 172.10534005 |

Enter Cryptsy Drawing Here

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.00000006 | 427.93487344 |
| DOGE | 231853999.27523205 | 0.00000046 |
| ETH | 896.17096761 | 0.00360300 |
| LTC | 20.00000000 | 0.00769900 |
| NMC | 45973.77490617 | 0.00135010 |

**Your Watchlist**

**Market** Fiat BTC LTC XRP

**BTC Markets** Find:

| | | |
|---|---|---|
| 007/BTC | 4.55% | 0.00000345 |
| 42/BTC | 21.15% | 1.57500000 |
| 8BIT/BTC | 57.62% | 0.00007523 |
| AC/BTC | 0.38% | 0.00000266 |
| ACOIN/BTC | 12.57% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 15.15% | 0.00007624 |
| AMC/BTC | 20.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | 0.01% | 0.00006817 |

**Notice: You do not have Two-Factor Security set up. We recommend this for all users:** 2FA Setup

## Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!

| Coin | Price | Price Change |
|---|---|---|
| Dash | 0.00682957 BTC | +2.332% |
| EarthCoin | 0.00000023 BTC | -11.538% |
| LiteCoin | 0.00769900 BTC | -0.259% |
| Dogecoin | 0.00000046 BTC | 0.000% |

Coin Sponsor Program

**Upgrade Your Account** Deposit and withdraw more in USD and Crypto by providing more detailed information. Your information is safe, encrypted and will not be shared with any 3rd parties. Upgrade

## Sign up for the Cryptsy Weekly Newsletter

Receive our weekly email newsletter to find out the latest news, status, plans and more...
You may opt in to receive the email on your Account Settings page

Sign up for the Weekly Newsletter

## Your Dashboard

**24 Hour Volume** **BTC:** 90.01 BTC **LTC:** 5.67 BTC **XRP:** 3.44 BTC **Fiat:** 2.77 BTC **Total: 101.8849 BTC**

Your Watchlist | All Markets

Remove All | Select All | Unselect All | Remove Selected Markets

Search

| Market | Currency | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|---|
| No markets on your watchlist, you may add them from the All Markets tab. | | | | | | |

## Your Top Account Balances

View All ›

| 231.9m | 46.0k | 896.2 | 20.0 | 14.0 | 0.000 | 0.000 | 0.000 |
|---|---|---|---|---|---|---|---|
| DOGECOIN | NAMECOIN | ETHER | LITECOIN | CRYPTSYPOINTS | BITCOIN | BYTECOIN | NXT |

## Trade Key

**Your Trade Key**

[redacted]

Your trade key allows other Cryptsy users to send you funds for any available currency type. User to User transfers are free and require no waiting for confirmations. Trade keys are receive only addresses and thus you may give this key to anyone you wish.

## Your Stats

| | |
|---|---|
| Total Trades | 4525 |
| Open Orders | 0 |
| Deposits Last 24 Hrs | 0 |
| Withdrawals Last 24 Hrs | 0 |
| Pending Withdrawals | 0 |

## Your Referrals

*Earn CryptsyPoints from the trade activity your referred users perform*

Referral Link Code:

[redacted]

Stats:

Total Users Referred 0

I Was Referred By:

No referring user found. If you would like to tell us who referred you, then enter their trade key below.

**Referrer Trade Key** Submit Referrer Trade Key

© 2016 Project Investors Inc

Wallet Status | Terms | Fees / Rebates | Privacy | Blog | Support | API | Security | About | Jobs | Refunds

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072364334. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

     Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

     Defendants.

_____/

### DECLARATION OF STUART CHUDLEIGH

I, STUART CHUDLEIGH, make this Declaration and state as follows:

1.     My name is STUART CHUDLEIGH.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, _Calgary_, _Alberta_
                                            City                 State

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Stuart Chudleigh_                    _June 20/2016_
STUART CHUDLEIGH                         Date

16/01/2016 Cryptsy Account Balances

**Jan 16th 10:03PM EDT** ✳ ☰

**Tier 2 (upgrade) (/users/verify)**

Support

| Cryptsy Points | 6.01745541 |
| --- | --- |
| 14 Day Volume | 1.056 BTC |
| Estimated Acct BTC Value | 1.05618121 |

**Enter Cryptsy Drawing Here (/drawings/)**

Account Balances ⊖

| CURRENCY | BALANCE | LA |
| --- | --- | --- |
| BTC (/users/balances#BTC) | 1.05600000 | 427. |
| CAD (/users/balances#CAD) | 805.11952163 | 0. |
| DOGE (/users/balances#DOGE) | 935553.53747672 | 0. |
| FLAP | 0.00000008 | 0. |

Your Watchlist ⊖

Market   Fiat   BTC   LTC   XRP ⊖

BTC Markets   Find:

| 007/BTC (/markets/view/007_BTC) | 0.00% | 0.00000345 |
| --- | --- | --- |
| 42/BTC (/markets/view/42_BTC) | 1.57500000 | |
| 8BIT/BTC (/markets/view/8BIT_BTC) | 0.00% | 0.00007523 |
| AC/BTC (/markets/view/AC_BTC) | 0.00% | 0.00000266 |
| ACOIN/BTC (/markets/view/ACOIN_BTC) | 0.00% | 0.00000412 |
| AERO/BTC (/markets/view/AERO_BTC) | 0.00% | 0.00000275 |
| AGS/BTC (/markets/view/AGS_BTC) | 0.00% | 0.00000063 |
| AIDEN/BTC (/markets/view/AIDEN_BTC) | 0.00% | 0.00000115 |
| ALF/BTC (/markets/view/ALF_BTC) | 0.00% | 0.00000018 |
| ALN/BTC (/markets/view/ALN_BTC) | 0.00% | 0.00000015 |
| AMBER/BTC (/markets/view/AMBER_BTC) | 0.00% | 0.00007624 |
| AMC/BTC (/markets/view/AMC_BTC) | 0.00% | 0.00000024 |
| ANC/BTC (/markets/view/ANC_BTC) | 0.00% | 0.00025728 |
| APEX/BTC (/markets/view/APEX_BTC) | 0.00% | 0.00000827 |
| ARCH/BTC (/markets/view/ARCH_BTC) | 0.00% | 0.00006817 |

**Important System Notification**

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!


ReddCoin (/markets/view/RDD)
0.00000644 LTC
Price Change
0.000%


LiteCoin (/markets/view/LTC)
3.28895000 USD
Price Change
0.000%


LiteCoin (/markets/view/LTC)
0.00769900 BTC
Price Change
0.000%

LiteCoin (/markets/view/LTC)
665.00000000 XRP
Price Change
0.000%

oin Sponsor
Program
oinsponsors)

| View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out |
| --- | --- | --- | --- |

Click a currency name below for Deposit, Withdrawal, and other available actions

## Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
| --- | --- | --- | --- | --- |
| 🟢 Canadian Dollar | CAD | 805.11952163 | 0.00000000 | [Deposit Funds (/users/depositfiat/276)]   [Withdraw Funds (/users/withdrawfiat/276)] |
| 🟢 Euro | EUR | 0.00000000 | 0.00000000 | [Deposit Funds (/users/depositfiat/277)]   [Withdraw Funds (/users/withdrawfiat/277)] |
| 🟢 US Dollar | USD | 0.00000000 | 0.00000000 | [Deposit Funds (/users/depositfiat/1)] [Withdraw Funds (/users/withdrawfiat/1)] |

## Crypto Balances

Show [All Accounts ▾]   Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
| --- | --- | --- | --- | --- | --- |
| 🟢 007 | 007 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 42Coin | 42 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 8Bit | 8BIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 Acoin | ACOIN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 Aegis | AGS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AeroCoin | AERO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 Aiden | AIDEN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AlienCoin | ALN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AlphaCoin | ALF | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AmberCoin | AMBER | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AmericanCoin | AMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AndroidsTokensV2 | ADT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AnonCoin | ANC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 ApexCoin | APEX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 Archcoin | ARCH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 Argentum | ARG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 Aricoin | ARI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AsiaCoin | AC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 🟢 AsicCoin | ASC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| AuroraCoin | AUR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Axiom | AXIOM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Axron | AXR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BancorCoin | BNCR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BatCoin | BAT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BattleCoin | BCX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BBQCoin | BQC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Benjamins | BEN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Betacoin | BET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitBar | BTB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitbean | BITB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitCoin | BTC | 1.05600000 | 0.00000000 | 1.05600000 | 0.00000000 |
| BitcoinDark | BTCD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitGem | BTG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitmark | BTM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitshares PTS | PTS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitstake | XBS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitSwift | SWIFT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BlackCoin | BLK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BlueCoin | BLU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BoostCoin | BOST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BottleCaps | CAP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bytecent | BYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ByteCoin | BTE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CACHeCoin | CACH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CAIx | CAIx | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CannabisCoin | CANN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CannaCoin | CCN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CashCoin | CASH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CasinoCoin | CSC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CatCoin | CAT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Checkcoin | CKC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ChinaCoin | CNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Cindercoin | CIN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CinniCoin | CINNI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Clams | CLAM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CloakCoin | CLOAK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CoinMagi | XMG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Coinworkscoin | LAB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ColossusCoin | COL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| CommunityCoin | COMM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ConcealCoin | CNL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Consolidated Mining | MN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Continuumcoin | CTM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CoolCoin | COOL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CopperBars | CPR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CopperLark | CLR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Cosmoscoin | CMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CrackCoin | CRACK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CraftCoin | CRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CraigsCoin | CRAIG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Crave | CRAVE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptCoin | CRYPT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Crypti | XCR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Crypto Bullion | CBX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptoBuck | BUK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptoCircuits | CIRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptsyPoints | Points | 6.01745541 | 0.00000000 | 0.00018119 | 0.00000000 |
| Cypher | CYP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DamaCoin | DMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DarkCash | DRKC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Darkshibe | DSB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DarkToken | DT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dash | DASH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DevCoin | DVC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Diamond | DMD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Digibyte | DGB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DigitalCoin | DGC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DimeCoin | DIME | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DNotes | NOTE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoin | DOGE | 935,553.53747672 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoindark | DOGED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Doubloons | DBL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| e-Gulden | EFL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| EarthCoin | EAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| Einsteinium | EMC2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElaCoin | ELC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Elektron | EKN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElephantCoin | ELP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| eMark | DEM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Emerald | EMD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Ether | ETH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Exclusivecoin | EXCL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ExeCoin | EXE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Expanse | EXP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| EZCoin | EZC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FastCoin | FST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FeatherCoin | FTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FedoraCoin | TIPS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Fibre | FIBRE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FireflyCoin | FFC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlappyCoin | FLAP | 0.00000008 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlorinCoin | FLO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlutterCoin | FLT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FractalCoin | FRAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Franko | FRK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FreiCoin | FRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Fuel2Coin | FC2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Galaxycoin | GLX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameCoin | GME | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameCredits | GMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameLeagueCoin | GML | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Globalcoin | GLC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GlyphCoin | GLYPH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GoldCoin | GLD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GrandCoin | GDC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Greenbacks | GB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GuerillaCoin | GUE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Halcyon | HAL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HamRadioCoin | HAM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HeavyCoin | HVC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| HoboNickels | HBN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Html5Coin | HTML5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HunterCoin | HUC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HyperCoin | HYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HyperStake | HYP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| I/OCoin | IOC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| IcebergCoin | ICB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| InfiniteCoin | IFC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| IXCoin | IXC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| JouleCoin | XJO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| JudgeCoin | JUDGE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Jumbucks | JBS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| JunkCoin | JKC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KarmaCoin | KARM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KeyCoin | KEY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KittehCoin | MEOW | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KlondikeCoin | KDC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KrugerCoin | KGC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LeafCoin | LEAF | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LegendaryCoin | LGD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LGBTQoin | LGBTQ | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LibertyCoin | XLB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LibrexCoin | LXC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LightSpeed | LSD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LimeCoinX | LIMX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LiteBar | LTB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LiteCoin | LTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LitecoinDark | LTCD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LiteCoinX | LTCX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LottoCoin | LOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Lucky7Coin | LK7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LuckyCoin | LKY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LycanCoin | LYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MapCoin | MAPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MasterCoin (Hydro) | MST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MastertraderCoin | MTR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MaxCoin | MAX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MazaCoin | MZC | 27,275.61410000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| Mediterraneancoin | MED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MegaCoin | MEC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MemeCoin | MEM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MinCoin | MNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Minerals | MIN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mining Contract 1 | MN1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mining Contract 2 | MN2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MintCoin | MINT | 0.00000005 | 0.00000000 | 0.00000000 | 0.00000000 |
| Monacoin | MONA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Monero | XMR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MoonCoin | MOON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Munne | MNE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MurrayCoin | MRY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MyriadCoin | MYR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Myst | MYST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nakamotodark | NKT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NameCoin | NMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NanoToken | NAN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NautilusCoin | NAUT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NavajoCoin | NAV | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NeoCoin | NEC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Neoscoin | NEOS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Netcoin | NET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Neucoin | NEU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Neutron | NTRN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nibble | NBL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nimbus | NMB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NobleCoin | NOBL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NoirBits | NRB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NoirShares | NRS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NovaCoin | NVC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NuBits | NBT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nushares | NSR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nxt | NXT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NyanCoin | NYAN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Opal | OPAL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| OpenSourceCoin | OSC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Orbitcoin | ORB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Paycoin XPY | XPY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| PayCon | CON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Peercoin | PPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Pennies | CENT | 338,501,480.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PhilosopherStone | PHS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PhoenixCoin | PXC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PopularCoin | POP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Positron | TRON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PotCoin | POT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PrimeCoin | XPM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PseudoCoin | PSEUD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PYC | PYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Quark | QRK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RabbitCoin | RBBT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RateCoin | XRA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Razor | RZR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RedCoin | RED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ReddCoin | RDD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RibbitRewards | RBR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RipoffCoin | RIPO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Ripple | XRP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RonPaulCoin | RPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RotoCoin | RT2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RoyalCoin | RYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RubyCoin | RBY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SaffronCoin | SFR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Sapience | XAI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SaturnCoinV2 | SAT2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SecureCoin | SRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SexCoin | SXC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Shadecoin | SHADE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ShadowCash | SDC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ShieldCoin | SHLD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Shift | SHF | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SilkCoin | SILK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Slingcoin | SLING | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SmartCoin | SMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SocialXBot | XBOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SoleCoin | SOLE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| SpainCoin | SPA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Spec | SPEC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Spots | SPT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Sprouts | SPRTS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SSVCoin | SSV | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StableCoin | SBC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StarCoin | STR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Startcoin | START | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StealthCoin | XST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SterlingCoin | SLG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StrongHandsCoin | SHND | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SuperCoin | SUPER | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Sync | SYNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SysCoin | SYS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TagCoin | TAG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TakCoin | TAK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TekCoin | TEK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TerraCoin | TRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TeslaCoin | TES | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Tickets | TIX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TigerCoin | TGC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TitCoin | TIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TittieCoin | TTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TorCoin | TOR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TruckCoin | TRK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TurboStake | TRBO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| UltraCoin | UTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Umbrella-LTC | ULTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| UnbreakableCoin | UNB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Unobtanium | UNO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| URO | URO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| USDe | USDe | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Utilitycoin | UTIL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VeriCoin | VRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VertCoin | VTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ViaCoin | VIA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Vidio | VDO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VootCoin | VOOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WhiteCoin | WC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WildBeastBitcoin | WBB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| WildBeastBitcoin | WBB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WorldCoin | WDC | 0.00093986 | 0.00000000 | 0.00000002 | 0.00000000 |
| Xaurum | XAU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XCash | XCASH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XCurrency | XC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XenCoin | XNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XXXCoin | XXX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| YaCoin | YAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZcCoin | ZCC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZedCoin | ZED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZeitCoin | ZEIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZetaCoin | ZET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZiftrCoin | ZRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

Estimated Portfolio Value: **1.05618120 BTC**

(Based on current market values - Does not include pending deposits)

## Pending Transactions

| Pending Withdrawals | | | |
|---|---|---|---|
| Date | Type | Withdrawal Address | Amount |
| No pending withdrawals | | | |
| **Pending Transfers** | | | |
| Date | Type | Trade Key | Amount |
| No pending transfers | | | |
| **Pending Deposits** | | | |
| Date | Type | Deposit Address | Amount | Confirmations |
| No pending deposits | | | |

© 2016 Project Investors Inc

Wallet Status (/pages/status)    Terms (/pages/terms)    Fees / Rebates (/pages/fees)    Privacy (/pages/privacy)
Blog (http://blog.cryptsy.com)    Support (https://cryptsy.freshdesk.com/support/home)    API (/pages/api)    Security (/pages/security)
About (/pages/about)    Jobs (/pages/jobs)    Refunds (/pages/refundpolicy)

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072364334. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

## DECLARATION OF HERVÉ CLAMENS

I, HERVÉ CLAMENS, make this Declaration and state as follows:

1.     My name is HERVÉ CLAMENS.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, Feigeres, France.

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
HERVÉ CLAMENS

_____
Date



# Cryptsy®

Home   Dashboard   Balances   Orders   Triggers   Trades   Vote   Tools   Hello **Hervé** ⌄

Jan 28th 03:33AM EDT   ☀ ≡

**Tier 0** (upgrade)

Support

📈 Cryptsy Points                    4.99169117
📈 14 Day Volume                     0.000 BTC
📈 Estimated Acct BTC Value          0.00015035

**Enter Cryptsy Drawing Here**

📈 **Account Balances**                          ⊖

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.00000001 | 427.93487344 |
| DOGE | 68998083.82788828 | 0.00000000 |
| LTC | 0.00000511 | 0.00769900 |

📈 **Your Watchlist**                            ⊖

**Market**   Fiat  BTC  LTC  XRP                 ⊖

📈 **BTC Markets**            Find:

| | | |
|---|---|---|
| DOGE/BTC | 0.00% | 0.00000046 |
| LTC/BTC | 0.00% | 0.00769900 |

## Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/ ALL trading and deposits are OFF. More wallets opened for withdrawal 1/27/2016

I've read this!

| LiteCoin | Price 3.28895000 USD | LiteCoin | Price 0.00769900 BTC | LiteCoin | Price 665.00000000 XRP | BitCoin | Price 427.93487344 USD | Coin Sponsor Program |
|---|---|---|---|---|---|---|---|---|
| | Price Change 0.000% | | Price Change 0.000% | | Price Change 0.000% | | Price Change 0.000% | |

All Balances   All Deposits   All Withdrawals   All Transfers In   All Transfers Out

**Showing 1 - 6** of 6 Results

### ⑪ Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| CryptsyPoints | | 0.00001609 Points | 2015-06-04 02:01:43 |
| Points | ███████████████ | | |
| CryptsyPoints | | 4.98751508 Points | 2015-06-03 02:02:26 |
| Points | ███████████████ | | |
| BitCoin | | 50.00000000 BTC | 2015-06-02 09:57:22 |
| BTC | ██████████████████████ | | |
| LiteCoin | | 12.09941256 LTC | 2014-03-31 11:15:51 |
| LTC | ██████████████████████ | | |
| CryptsyPoints | | 0.00416000 Points | 2014-03-31 08:35:17 |
| Points | ███████████████ | | |
| Netcoin | | 14440.81761801 NET | 2014-03-30 15:25:46 |
| NET | ██████████████████ | | |

**Showing 1 - 6** of 6 Results