UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF THOMAS COURTNEY

I, THOMAS COURTNEY, make this Declaration and state as follows:

1. My name is THOMAS COURTNEY. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Scarsdale, New York.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5. The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   6-20-2016
THOMAS COURTNEY                                    Date

Chrome File Edit View History Bookmarks People Window Help 100% Mon Dec 21 3:55:41 PM

$434.10 · BTC | 438.79 GMNI XE | Gemini - Sign In | Trade | itBit | ($434.59) Platfo | Cryptsy - Users | ShapeShift | The | Shift Status | Thomas

https://www.cryptsy.com/users/viewwithdrawals/2

Apps Bookmark Mgr News Firefox DILOGR BTCsites BTClogins BTC BLOGS CoinTele AIPAD GOOGAdm SEE on BL » Other Bookmarks

Should LastPass remember this password? Save Site Never... Not Now

Cryptsy®

Home Dashboard Balances Orders Triggers Trades Vote Tools Hello Thomas

Dec 21st 03:55PM EDT

Tier 0 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.00000000 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 2.37853992 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| LTC | 302.00000000 | 0.00787596 |

Your Watchlist

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| MEC/BTC | 1.26% | 0.00005020 |
| AIDEN/BTC | -41.56% | 0.00000090 |
| AMBER/BTC | -0.13% | 0.00008205 |
| AXIOM/BTC | -4.31% | 0.00001000 |
| BYC/BTC | 7.62% | 0.00037666 |

| Coin | Price | Price Change |
|---|---|---|
| Dogecoin | 0.00000040 BTC | +2.564% |
| EarthCoin | 0.00000016 BTC | -5.882% |
| LiteCoin | 0.00787594 BTC | -1.376% |
| Dash | 0.00570000 BTC | +0.575% |

Coin Sponsor Program

All Balances | LTC Deposits | LTC Withdrawals | LTC Transfers In | LTC Transfers Out

Showing 1 - 1 of 1 Results

## Withdrawals

| Currency | Send to Address | Amount | Conf | Request Date |
|---|---|---|---|---|
| LiteCoin | [redacted] | 7.00000000 LTC | Yes | 2015-12-21 14:28:21 |
| Pending | | | | |

Showing 1 - 1 of 1 Results

File Edit View History Bookmarks People Window Help 91% Wed Dec 23 9:46:45 AM

$439.44 · BT | 439.80 GMN | Gemini - Sign | Trade | itBit | Login | ZeroB | Cryptsy - Use | Shift Status | ShapeShift | T | Shift Status | Thoma

https://shapeshift.io/status.html?depoAddr=LQJLQCZAMNhJ8hkBxaAbeNFbvM3hJRzY4J&withAddr=16TKnaH1huL4BJrtDa5aHihK3Rc5hf1wNo&coinInShort=LTC&...

Apps | Bookmark Mgr | News | Firefox | DILOGR | BTCsites | BTClogins | BTC BLOGS | CoinTele | AIPAD | GOOGAdm | SEE on BL | » | Other Bookm

**Block** 909075 **Happened** 2 Minutes and 16 **seconds ago**

Complete

**Deposit Address**

[redacted]

**Withdrawal Address**

[redacted]

**Incoming Coin**

6.96 LTC

**Outgoing Coin**

0.05512148 BTC

Deposit Received | Awaiting Exchange | Complete

**TX ID** [redacted]

SHAPESHIFT

Safari File Edit View History Bookmarks Develop Window Help 21% Mon Dec 14 1:16:52 PM

cryptsy.com

Ad Agency AuctionINFO Artists Prospects News WSJ WSJ Video GMAIL icloud stepsto POCKET FB TWIT linkdn goo.gl ChangeTip CIRCLE WAGECAN monegraph.com BLOCK

[#234386] 309 LTC Withdrawal : Cryptsy.com | Gary Spirer | Confirm Your Withdrawal - thomasmcourtne... | 2015 NYAC Wrestling Tournament - Google... | Cryptsy - Trade Home

Cryptsy®

Home Dashboard Balances Orders Triggers Trades Vote Tools Hello Thomas

Dec 14th 01:16PM EDT

Tier 0 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.00000000 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 2.40573200 |

Enter Cryptsy Drawing Here

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| LTC | 302.00000000 | 0.00796600 |

**Your Watchlist**

Market Fiat BTC LTC XRP

**BTC Markets** Find:

| | | |
|---|---|---|
| NXT/BTC | -3.86% | 0.00001831 |
| AIDEN/BTC | 0.00% | 0.00000090 |
| AMBER/BTC | -0.02% | 0.00008005 |
| AXIOM/BTC | 3.18% | 0.00000845 |
| BYC/BTC | -14.06% | 0.00027500 |
| CIRC/BTC | 0.00% | 0.00001487 |
| CON/BTC | 0.00% | 0.00000315 |
| ETH/BTC | 0.00% | 0.00240999 |
| EXP | | 4401 |

Chat

You have been successfully logged in

| Coin | Price | Price Change |
|---|---|---|
| Ether | 0.00241000 BTC | 0.000% |
| DimeCoin | 0.00000009 LTC | -10.000% |
| MoonCoin | 0.00000009 LTC | 0.000% |
| Dogecoin | 0.00000039 BTC | -2.500% |

Coin Sponsor Program

## Sign up for a Cryptsy Prepaid Debit Card

To offer our verified customers an additional option for withdrawing funds, we are taking pre-orders for Cryptsy-branded prepaid debit cards.

Special benefits are offered with this program, including, for the first 2000 customers that sign up, a lifetime withdrawal discount for FIAT to 0.5%. Each customer taking advantage of this program will also receive one month free pro account access.

Find out more about the Cryptsy Prepaid Debit Card Program

## Cryptsy Markets

**24 Hour Volume** **BTC:** 295.08 BTC **LTC:** 10.10 BTC **XRP:** 3.11 BTC **Fiat:** 23.54 BTC **Total: 331.8335 BTC**

Display Markets: All BTC LTC XRP Search:

| Market | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|
| DOGE/BTC | 94.48111569 | 0.00000039 | 0.00000041 | 0.00000038 | -0.02500000 |
| LTC/BTC | 58.52736556 | 0.00797393 | 0.00824998 | 0.00787100 | -0.03111304 |
| DASH/BTC | 19.71002371 | 0.00609410 | 0.00620800 | 0.00581100 | 0.01586958 |
| XRP/BTC | 13.18895915 | 0.00001532 | 0.00001790 | 0.00001524 | -0.01857783 |
| MZC/BTC | 11.27902360 | 0.00000019 | 0.00000020 | 0.00000015 | 0.18750000 |
| ETH/BTC | 10.59454113 | 0.00241000 | 0.00249000 | 0.00223000 | 0.00000000 |

Screen Shot 2015-12-11 at 9.41.10 AM

https://www.cryptsy.com/users/balances#LTC

**LiteCoin**

- Go to LTC/BTC Market
- Go to LTC/XRP Market
- Go to LTC/USD Market
- Deposit / Autosell LTC
- Withdraw LTC
- Manage LTC Lockbox
- Clear LTC Balance
- View LTC Deposits
- View LTC Withdrawals
- View LTC Transfers In
- View LTC Transfers Out
- More LTC Information

| | | | | | |
|---|---|---|---|---|---|
| LiteCoin | LTC | 300.00000000 | 0.00000000 | 2.60999700 | 0.00000000 |
| | LTCD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | LTCX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | LOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | LK7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | LKY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | LYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | MAPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | MST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | MTR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | MAX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| | MZC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mediterraneancoin | MED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MegaCoin | MEC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MemeCoin | MEM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MinCoin | MNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Minerals | MIN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mining Contract 1 | MN1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mining Contract 2 | MN2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MintCoin | MINT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Monacoin | MONA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Monero | XMR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MoonCoin | MOON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

Chrome File Edit View History Bookmarks People Window Help 100% Fri Dec 11 12:28:28 PM

wsj.com

Ad Agency AuctionINFO Artists Prospects News WSJ WSJ Video GMAIL icloud stepsto POCKET FB TWIT linkdn goo.gl ChangeTip CIRCLE WAGECAN monegraph.com BLOCK

[#234386] 309 LTC Withdrawal : Cryptsy.com | Gary Spirer | Inbox (1) - thomasmcourtney@gmail.com - Gmail | The Wall Street Journal & Breaking News, Business, Fina...

DOW JONES, A NEWS CORP COMPANY

DJIA 17265.25 -1.76% S&P 500 2014.19 -1.85% Nasdaq 4939.94 -2.09% U.S. 10 Yr 23/32 Yield 2.152% Crude Oil 35.69 -2.91% Euro 1.1007 0.59%

# THE WALL STREET JOURNAL.

Thomas Courtney WSJ+

U.S. Edition | December 11, 2015 | Today's Paper

$436.87 · BT | 435.99 GMN | Gemini - Sign | Login | itBit | Login | ZeroB | Cryptsy - Acc | Shift Status | CRYPTSY sto | [↑3.437] BTC | Thomas

https://www.cryptsy.com/users/balances#LTC

Apps Bookmark Mgr News Firefox DILOGR BTCsites BTClogins BTC BLOGS CoinTele AIPAD GOOGAdm SEE on BL » Other Bookmarks

## Withdraw LiteCoin

Balance: 300.00000000 LTC

Amount (Min: 0.10000000 Max: 999999999)

0.1

Withdraw Fee (0.00500000 + 0.50% LTC)

0.0055

Net Withdrawal

0.0945

☐ Use Free Withdrawal Coupon (0 of 3 used)

LTC Withdrawal Address

Password

Enter Authy Pin Code (2FA)

Safari File Edit View History Bookmarks Develop Window Help 23% Mon Dec 14 1:18:11 PM

cryptsy.com

Ad Agency AuctionINFO Artists Prospects News WSJ WSJ Video GMAIL icloud stepsto POCKET FB TWIT linkdn goo.gl ChangeTip CIRCLE WAGECAN monegraph.com BLOCK

[#234386] 309 LTC Withdrawal : Cryptsy.com | Gary Spirer | Confirm Your Withdrawal - thomasmcourtne... | 2015 NYAC Wrestling Tournament - Google... | Cryptsy - Account Balances

Cryptsy®

Home Dashboard Balances Orders Triggers Trades Vote Tools Hello Thomas

**Dec 14th 01:16PM EDT**

**Tier 0 (upgrade)**

Support

| | |
|---|---|
| Cryptsy Points | 0.00000000 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 2.40573200 |

Enter Cryptsy Drawing Here

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| LTC | 302.00000000 | 0.00796600 |

**Your Watchlist**

Market Fiat BTC LTC XRP

**BTC Markets** Find:

| | | |
|---|---|---|
| PYC/BTC | 0.00% | 0.00000185 |
| AIDEN/BTC | 0.00% | 0.00000090 |
| AMBER/BTC | -0.02% | 0.00008005 |
| AXIOM/BTC | 3.18% | 0.00000845 |
| BYC/BTC | -14.06% | 0.00027500 |
| CIRC/BTC | 0.00% | 0.00001487 |
| CON/BTC | 0.00% | 0.00000315 |
| ETH/BTC | 0.00% | 0.00240999 |
| EXP | | 4401 |

Chat

| Ether | DimeCoin | MoonCoin | Dogecoin |
|---|---|---|---|
| Price 0.00241000 BTC | Price 0.00000009 LTC | Price 0.00000009 LTC | Price 0.00000039 BTC |
| Price Change 0.000% | Price Change -10.000% | Price Change 0.000% | Price Change -2.500% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

## Fiat Balances

Withdraw Limit $0

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| Canadian Dollar | CAD | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |
| Euro | EUR | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |
| US Dollar | USD | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show All Accounts Withdraw Limit $11.65072

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| 007 | 007 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 42Coin | 42 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 8Bit | 8BIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Acoin | ACOIN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Aegis | AGS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AeroCoin | AERO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Aiden | AIDEN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AlienCoin | ALN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |











