UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF CORDEARO DADSON

I, CORDEARO DADSON, make this Declaration and state as follows:

1.     My name is CORDEARO DADSON.   I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, Miami, Florida.

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      06/21/16
CORDEARO DADSON             Date





Safari File Edit View History Bookmarks Develop Window Help 18 38° 59% Tue 10:51 AM

Cryptsy – Dashboard

https www.cryptsy.com/users/dashboard Reader

Tool banggood discount H&M Be An Engin...tumbleUpon Adobe Phot...tumbleUpon Crypto-Curre...talizations 121 Docume...umbleUpon difficulty m...Freerice.com Home – Lumosity

Watch Parasyte The Maxim Online | Parasyte Episode 16 Subbed | W... | Cryptsy – Dashboard | Personal Messages Index | Inbox (1,786) – [redacted]

Enter Cryptsy Drawing Here

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 5.93763411 | 427.93487344 |
| DIME | 13127087323.76007843 | 0.00000000 |
| LTC | 56.20799380 | 0.00769900 |
| PPC | 5076.73431299 | 0.00130000 |
| RDD | 12507658.80249996 | 0.00000000 |
| USD | 0.00000001 | 0.00419498 |

**Your Watchlist**

| | | |
|---|---|---|
| BTC/USD | 0.00% | 427.93487344 |
| DIME/LTC | 0.00% | 0.00000010 |
| PPC/USD | 0.00% | 0.56603237 |

**Market** Fiat BTC LTC XRP

**BTC Markets** Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |

**24 Hour Volume** **BTC:** 0.00 BTC **LTC:** 0.00 BTC **XRP:** 0.00 BTC **Fiat:** 0.00 BTC **Total: 0.0000 BTC**

Your Watchlist | All Markets

Remove All | Select All | Unselect All | Remove Selected Markets

Search:

| Market | Currency | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|---|
| BTC/USD | BitCoin | 0.00000000 | 427.93487344 | 0.00000000 | 0.00000000 | 0.00000000 |
| DIME/LTC | DimeCoin | 0.00000000 | 0.00000010 | 0.00000000 | 0.00000000 | 0.00000000 |
| PPC/USD | Peercoin | 0.00000000 | 0.56603237 | 0.00000000 | 0.00000000 | 0.00000000 |

## Your Top Account Balances

View All ›

| 13.1b | 12.5m | 5.1k | 56.2 | 5.938 | 2.741 | 0.000 | 0.000 |
|---|---|---|---|---|---|---|---|
| DIMECOIN | REDDCOIN | PEERCOIN | LITECOIN | BITCOIN | CRYPTSYPOINTS | US DOLLAR | KITTEHCOIN |

## Trade Key

**Your Trade Key**

[redacted]

## Your Stats

| | |
|---|---|
| Total Trades | 2099 |
| Open Orders | 0 |

https www.cryptsy.com/users/balances - Cryptsy - Account Balances

Athletic Shoes, Running Shoes, Basketball... | Investigation – [redacted]... | Cryptsy – Account Balances | calculator – Google Search

| | |
|---|---|
| Cryptsy Points | 2.74136559 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 23.47188646 |

Enter Cryptsy Drawing Here

| Coin | Price | Price Change |
|---|---|---|
| LiteCoin | 3.28895000 USD | 0.000% |
| LiteCoin | 0.00769900 BTC | 0.000% |
| LiteCoin | 665.00000000 XRP | 0.000% |
| BitCoin | 427.93487344 USD | 0.000% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

### Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 5.93763411 | 427.93487344 |
| DIME | 13127087323.76007843 | 0.00000000 |
| LTC | 56.20799380 | 0.00769900 |
| PPC | 5076.73431299 | 0.00130000 |
| RDD | 12507658.80249996 | 0.00000000 |
| USD | 0.00000001 | 0.00419498 |

### Your Watchlist

| | | |
|---|---|---|
| BTC/USD | 0.00% | 427.93487344 |
| DIME/LTC | 0.00% | 0.00000010 |
| PPC/USD | 0.00% | 0.56603237 |

Market Fiat BTC LTC XRP

### BTC Markets

Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |

## Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| US Dollar | USD | 0.00000001 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show Only Accounts W/ Non-Zero Balance Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| BitCoin | BTC | 5.93763411 | 0.00000000 | 5.93763411 | 0.00000000 |
| CryptsyPoints | Points | 2.74136559 | 0.00000000 | 0.00008254 | 0.00000000 |
| DimeCoin | DIME | 13,127,087,323.76007843 | 0.00000000 | 10.50166986 | 0.00000000 |
| LiteCoin | LTC | 56.20799380 | 0.00000000 | 0.43274534 | 0.00000000 |
| Peercoin | PPC | 5,076.73431299 | 0.00000000 | 6.59975461 | 0.00000000 |

Estimated Portfolio Value: **23.47188646 BTC**

(Based on current market values - Does not include pending deposits)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

## DECLARATION OF JAMES DAVIS

I, JAMES DAVIS, make this Declaration and state as follows:

1.     My name is JAMES DAVIS. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, ___Houston___ , ___TX___
                                                  City                 State

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____             6-20-16
JAMES DAVIS                               Date

Tier 2 (upgrade)

Cryptsy Announcement: http://blog.cryptsy.com/ (Updated 1/19/2015) ALL trading and deposits are OFF

Cryptsy Points                1.03791372
14 Day Volume                 3.217 BTC
Estimated Acct BTC Value      2.86293472

Showing 1 - 13 of 13 Results

## Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.20000000 BTC | 2016-01-07 09:07:41 |
| BTC | TxID: b84ff3b7994e2697f3eba31f2e7cad8e473c0854c0def2bf09d6ca776b8f | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.16000000 BTC | 2015-11-25 15:20:41 |
| BTC | TxID: 5d7b504b47b28f6b39e07f3c303de4f9a652cc4a5174c02f06096f3d06c1b21 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.20000000 BTC | 2015-11-24 07:39:12 |
| BTC | TxID: ea78u4cc09fobd0df0e93f2b45fba061a9ef37023bcbd87ad4e93610f3d74c9 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.09000000 BTC | 2015-11-02 19:01:36 |
| BTC | TxID: aaoc4dcee570d2411ff0c3ba0e87cd02d0ac01afcc0314a59cc35cfc83c5b67a | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.05000000 BTC | 2015-11-01 09:09:15 |
| BTC | TxID: J0u40464ba44b507cc07a6ca1acd1fec0dbaf9e5ac0ee40cd5c4a5dfc9f2b19 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.01360000 BTC | 2015-10-31 09:26:05 |
| BTC | TxID: 547ed4b0d55bdc6f09b277dbcc1afa04ae4c5a2d0d49e0d03f6d5be7f4c771c4 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.00489565 BTC | 2015-10-30 12:37:17 |
| BTC | TxID: 3ce5c47995fcffcbdac2f86373f4901baffda02e044b927f817faBabcu2e0fd6f3 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.50000000 BTC | 2015-10-06 10:37:59 |
| BTC | TxID: a0cceb80002965cdocc87bfbaed7a1e73632c749dcd0db5a020cdac03f7df771 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.02026767 BTC | 2015-10-05 10:54:36 |
| BTC | TxID: 9f0a6E0c4ae1b4ce7111e11dcb790ce830376444a05d4ef90294c69a3c2c2c6d4 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.44950000 BTC | 2015-01-15 14:23:53 |
| BTC | TxID: 8918ffafb26a286462e0222189694c07bdf21cb05af966785bcbe59724db176b | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.09961000 BTC | 2015-01-12 17:00:54 |
| BTC | TxID: 31a79342b12801f5777d8f7804dc07d19a41f05500079e62399f0095c07261 | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.10000000 BTC | 2015-01-11 20:22:55 |
| BTC | TxID: d77f73c977c796f5cee5447f256b1feac07fb31034a0230ff265cf7f4a4ef04fe | | |
| BitCoin | 13:Hau2ZiR/zroGsazrJRNh?u)PVuSshQez | 0.49990263 BTC | 2015-01-02 13:03:31 |
| BTC | TxID: 4f03480a6427743f5710442a0aba2f64d020a1a90ca652f20a0f7ccceaf12b7 | | |

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 2.86200347 | 427.93487344 |

Your Watchlist

|  | 0.00% | 0.01903000 |

Market        BTC        XRP

BTC Markets                        Find

|  | 0.00% | 0.00009909 |
|  | 0.00% | 0.00260300 |
|  | 0.00% | 0.00759900 |



**Cryptsy**

Showing 1 - 7 of 7 Results

Withdrawals

Showing 1 - 7 of 7 Results

Tier 2 (upgrade)

Cryptsy Announcement: http://blog.cryptsy.com (Updated 1/19/2015) ALL trading and deposits are OFF

I've read this

Cryptsy Points    1.03791372
14 Day Volume    3.217 BTC
Estimated Acct BTC Value    2.86293472

Enter Cryptsy Balance Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 2.86290347 | 427.93487344 |

Your Watchlist

| | | |
|---|---|---|
| ETH/BTC | 0.00% | 0.01080000 |

Market   LAST   BTC   LTC   USD

BTC Markets   Find:

Showing 1 - 12 of 12 Results

## Deposits

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| Ether | 0xa17be23f442e52e0e60a44c81f6da6fh70263f14 | 10.00000000 ETH | 2015-01-14 08:42 |
| ETH | TxID: 0x0fc9100f02970c0370001a003533ecd06e6d10d5108b10acbfb2029b25e830 | | |
| Ether | 0xa17be23f442e52e0e604e4c81f6da6fh70263f14 | 76.81584256 ETH | 2015-01-13 22:29:43 |
| ETH | TxID: 0xe1f4bdd0f0e475e4cecb584ce6354f79a31e94b3b21c34bc34ae0f0719151 | | |
| Ether | 0xa17be23f442e52e0e60a44c81f6da6fh70263f14 | 116.03796936 ETH | 2015-01-13 20:49:43 |
| ETH | TxID: 0xce1f528f1746df163c01f628bc1d39275442a6bf79c0fa5f8f32799bc1f0428 | | |
| Ether | 0xa17be23f442e52e0e604e4c81f6da6fh70263f14 | 106.61583122 ETH | 2015-01-13 16:44:42 |
| ETH | TxID: 0x8c9d84e04bcc9b0f98646e5720f1243e0cf438af04d8480e4d7c058c1ed1fee | | |
| Ether | 0xa17be23f442e52e0e60a44c81f6da6fh70263f14 | 76.74447413 ETH | 2015-01-13 15:39:43 |
| ETH | TxID: 0x03e41b6227395961702507839e1658912c479e26d0f1f8e31e3409c6fb4f8540 | | |
| Ether | 0xa17be23f442e52e0e604e4c81f6da6fh70263f14 | 38.59382055 ETH | 2015-01-13 15:54:42 |
| ETH | TxID: 0x1678f1a030f601a9c1f1cf3895c0f7f57240517a15f07f0c602f03840fec3cn722 | | |
| Ether | 0xa17be23f442e52e0e60a44c81f6da6fh70263f14 | 38.59779817 ETH | 2015-01-13 12:59:43 |
| ETH | TxID: 0x63en6ab8bf4b76f04679d96d1d4ad5n041d6d0c51cffe5a01cad1a79a04c0f0620 | | |
| Ether | 0xa17be23f442e52e0e604e4c81f6da6fh70263f14 | 80.99000000 ETH | 2015-01-13 00:49:43 |
| ETH | TxID: 0xd0e417d84fc7cd507517dd804c6d8106286011f7219c10b7f95d6991bc9f9b93 | | |
| Ether | 0xa17be23f442e52e0e60a44c81f6da6fh70263f14 | 41.23600000 ETH | 2015-01-12 00:14:43 |
| ETH | TxID: 0xb430f4d503c0674664d0cf3270c40f427f6fd6b88f12645f1ae0f5708fzcf1f122 | | |
| Ether | 0xa17be23f442e52e0e604e4c81f6da6fh70263f14 | 100.90000000 ETH | 2015-01-10 14:50:45 |
| ETH | TxID: 0x02ed56a0f2ddc6830981a494f5d022933ed4415f3759436e546c9f9e13b5e8f0 | | |
| Ether | 0xa17be23f442e52e0e60a44c81f6da6fh70263f14 | 0.47300000 ETH | 2015-01-01 11:20:43 |
| ETH | TxID: 0x8f39578b0ed2ac1036d61n4604d7c032b63aed75cd2c0f5415a0c0867f7b79 | | |
| Ether | 0xa17be23f442e52e0e604e4c81f6da6fh70263f14 | 3.00000000 ETH | 2015-12-30 10:14:43 |
| ETH | TxID: 0x1399d4d44443ed660495924c903ea4adf93cfc2e6e44af7cf2b0f1049ee30 | | |

Showing 1 - 12 of 12 Results



## Withdrawals

Showing 1 - 4 of 4 Results

| Currency | Send to Address | Amount | Conf | Requests Date |
|---|---|---|---|---|
| Ether | 0x3743f90a12ac279ca77bc0cbe497c5f74b9fc0ba | 96.67000000 ETH | Yes | 2016-01-07 11:51:55 |
| Processed | TxID 0xb7cb3452facdf0c47e7612567a4879941d8fd7aee81097..... | | | |
| Ether | 0x3743f90a12ac279ca77bc0cbe497c5f74b9fc0ba | 159.40000000 ETH | Yes | 2016-01-06 11:37:06 |
| Processed | TxID 0xa7dc85f4b67afae2f0a7afca5f66c4ba42ba980c59510faa0f09... | | | |
| Ether | 0x3743f90a12ac279ca77bc0cbe497c5f74b9fc0ba | 2.00000000 ETH | Yes | 2015-12-28 15:55 |
| Processed | TxID 0xf0306814451730f3bacded5a94fca3867a4d5543b5d.ba703fdf9b..... | | | |
| Ether | 0x3743f90a12ac279ca77bc0cbe497c5f74b9fc0ba | 1.00000000 ETH | Yes | 2015-12-28 19:21:41 |
| Processed | TxID 0xe6cacafb1ad64fb137f20c08aaf0f45504f0fe3450f3d7f4110... | | | |

Showing 1 - 4 of 4 Results

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

        Defendants.

_____/

## DECLARATION OF DAVID DELANNOY

I, DAVID DELANNOY, make this Declaration and state as follows:

1.     My name is DAVID DELANNOY.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, _AVIGNON_ , _FRANCE_
                                           City                State

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       _____
DAVID DELANNOY                        Date
                                                22 /06/2016

| | | | | | |
|---|---|---|---|---|---|
| NovaCoin | NVC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NuBits | NBT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nushares | NSR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nxt | NXT | 3,134.24236282 | 0.00000000 | 0.00000000 | 0.00000000 |
| NyanCoin | NYAN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Opal | OPAL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| OpenSourceCoin | OSC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Orbitcoin | ORB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Paycoin XPY | XPY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PayCon | CON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Peercoin | PPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Pennies | CENT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PhilosopherStone | PHS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PhoenixCoin | PXC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PopularCoin | POP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Positron | TRON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PotCoin | POT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PrimeCoin | XPM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PseudoCoin | PSEUD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PYC | PYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RabbitCoin | RBBT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RateCoin | XRA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Razor | RZR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RedCoin | RED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ReddCoin | RDD | 183,330.87281796 | 0.00000000 | 0.00000000 | 0.00000000 |
| RipoffCoin | RIPO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Ripple | XRP | 297.53897600 | 0.00000000 | 0.00000000 | 0.00000000 |
| RonPaulCoin | RPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RotoCoin | RT2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RoyalCoin | RYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RubyCoin | RBY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SaffronCoin | SFR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Sapience | XAI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SaturnCoinV2 | SAT2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

# Cryptsy®

Home   Dashboard   Balances   Orders   Triggers   Trades   Vote   Tools   Hello david ⌄

**Jan 16th 03:15AM EDT**

**Tier 0 (upgrade)**

**Support**

| | |
|---|---|
| Cryptsy Points | 0.32952815 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 2.16342095 |

**Enter Cryptsy Drawing Here**

## Account Balances ⊖

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ANC | 1506.56714591 | 0.00000000 |
| BTC | 0.00006168 | 427.93487344 |
| CLOAK | 2054.36917536 | 0.00017849 |
| DOGE | 163548.53473201 | 0.00000000 |
| ETH | 482.85070269 | 0.00360300 |
| NEU | 1000.00000000 | 0.00001410 |
| NXT | 3134.24236282 | 0.00000000 |

## Your Watchlist ⊖

**Market**   Fiat   BTC   LTC   XRP   ⊖

| BTC Markets | | Find: |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |

## Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/

**I've read this!**

| LiteCoin | Price 3.28895000 USD | LiteCoin | Price 0.00769900 BTC | LiteCoin | Price 665.00000000 XRP | BitCoin | Price 427.93487344 USD | Coin Sponsor Program |
|---|---|---|---|---|---|---|---|---|
| | Price Change 0.000% | | Price Change 0.000% | | Price Change 0.000% | | Price Change 0.000% | |

## 👤 Change Contact Information

| 👤 **Username** | 💬 **Chat Handle** |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ |

| ✉ **Email** | 🔒 **Existing Password (Required)** |
|---|---|
| ▮▮▮▮▮ | |

| 🔒 **New password** | 🔒 **Confirm password** |
|---|---|
| | |

### Password Requirements

| 8 characters minimum | 1 or more lower-case letters |
|---|---|
| 1 or more upper-case letters | 1 or more digits or special characters |

**Save Contact Info**

## ⦂ Two Factor Authentication

### 2-Factor Authentication Is Enabled for SMS #▮▮▮▮▮

If you need to remove Two Factor Auth:
Click Here to Request a PIN Auth Code
then enter the code in the field below.

↳ **Enter Deactivation Pin Code**



Cryptsy - Account Balances – Chromium

Cryptsy - Account Ba × | Cryptsy Blog ×

https://www.cryptsy.com/users/balances

Could Lithium ca | Importation d'un | Golf 4 105cv Voit | Cryptsy Has Mov | coinmap.org - Ma | Customize and dc | Material Design f | Ribbit.me - Ribbit | Why is Bitcoin fo | Médecine chinois | Futon : confectio | Prévention et sec

09:11 Vous

Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello **david**

**Jan 16th 03:10AM EDT**

**Tier 0** (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.32952815 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 2.16342095 |

Enter Cryptsy Drawing Here

**Account Balances**

| | | |
|---|---|---|
| CLOAK | 2054.36917536 | 0.00017849 |
| DOGE | 163548.53473201 | 0.00000000 |
| ETH | 482.85070269 | 0.00360300 |
| NEU | 1000.00000000 | 0.00001410 |
| NXT | 3134.24236282 | 0.00000000 |
| QRK | 2150.03966718 | 0.00000662 |
| RDD | 183330.87281796 | 0.00000000 |
| RBR | 46472.75000000 | 0.00000021 |

**Your Watchlist**

**Market** Fiat BTC LTC XRP

**BTC Markets** Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |

## Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!

| | | | |
|---|---|---|---|
| LiteCoin<br>Price 3.28895000 USD<br>Price Change 0.000% | LiteCoin<br>Price 0.00769900 BTC<br>Price Change 0.000% | LiteCoin<br>Price 665.00000000 XRP<br>Price Change 0.000% | BitCoin<br>Price 427.93487344 USD<br>Price Change 0.000% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

## Fiat Balances

Withdraw Limit $0

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| US Dollar | USD | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show Only Accounts W/ Non-Zero Balance Withdraw Limit $25

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| BitCoin | BTC | 0.00006168 | 0.00000000 | 0.00006168 | 0.00000000 |
| CloakCoin | CLOAK | 2,054.36917536 | 0.00000000 | 0.36668435 | 0.00000000 |
| CryptsyPoints | Points | 0.32952815 | 0.00000000 | 0.00000992 | 0.00000000 |
| Ether | ETH | 482.85070269 | 0.00000000 | 1.73971108 | 0.00000000 |
| Neucoin | NEU | 1,000.00000000 | 0.00000000 | 0.01410000 | 0.00000000 |
| Quark | QRK | 2,150.03966718 | 0.00000000 | 0.01423326 | 0.00000000 |
| RibbitRewards | RBR | 46,472.75000000 | 0.00000000 | 0.00975928 | 0.00000000 |
| SysCoin | SYS | 9,024.58285434 | 0.00000000 | 0.01886138 | 0.00000000 |

Estimated Portfolio Value: **2.16342096 BTC**

(Based on current market values - Does not include pending deposits)

## Pending Transactions

**Pending Withdrawals**

| | | | | | | |
|---|---|---|---|---|---|---|
| AmberCoin | AMBER | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AmericanCoin | AMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AndroidsTokensV2 | ADT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AnonCoin | ANC | 1,506.56714591 | 0.00000000 | 0.00000000 | 0.00000000 |
| ApexCoin | APEX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Archcoin | ARCH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Argentum | ARG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Aricoin | ARI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AsiaCoin | AC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AsicCoin | ASC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AuroraCoin | AUR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Axiom | AXIOM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Axron | AXR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BancorCoin | BNCR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BatCoin | BAT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BattleCoin | BCX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BBQCoin | BQC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Benjamins | BEN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Betacoin | BET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitBar | BTB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitbean | BITB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitcoinDark | BTCD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitGem | BTG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitmark | BTM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitshares PTS | PTS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bitstake | XBS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitSwift | SWIFT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BlackCoin | BLK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BlueCoin | BLU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BoostCoin | BOST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BottleCaps | CAP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bytecent | BYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ByteCoin | BTE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CACHeCoin | CACH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | |
|---|---|---|
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | 0.00% | 0.00006817 |

| | | | | | |
|---|---|---|---|---|---|
| Digibyte | DGB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DigitalCoin | DGC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DimeCoin | DIME | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DNotes | NOTE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoin | DOGE | 163,548.53473201 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoindark | DOGED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Doubloons | DBL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| e-Gulden | EFL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| EarthCoin | EAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Einsteinium | EMC2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElaCoin | ELC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Elektron | EKN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElephantCoin | ELP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| eMark | DEM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Emerald | EMD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Exclusivecoin | EXCL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ExeCoin | EXE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Expanse | EXP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| EZCoin | EZC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FastCoin | FST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FeatherCoin | FTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FedoraCoin | TIPS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Fibre | FIBRE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FireflyCoin | FFC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlappyCoin | FLAP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlorinCoin | FLO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlutterCoin | FLT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FractalCoin | FRAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Franko | FRK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FreiCoin | FRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Fuel2Coin | FC2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Galaxycoin | GLX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameCoin | GME | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameCredits | GMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

| | | | | | |
|---|---|---|---|---|---|
| TruckCoin | TRK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TurboStake | TRBO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| UltraCoin | UTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Umbrella-LTC | ULTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| UnbreakableCoin | UNB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Unobtanium | UNO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| URO | URO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| USDe | USDe | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Utilitycoin | UTIL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VeriCoin | VRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VertCoin | VTC | 2,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ViaCoin | VIA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Vidio | VDO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VootCoin | VOOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WhiteCoin | WC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WildBeastBitcoin | WBB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WorldCoin | WDC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Xaurum | XAU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XCash | XCASH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XCurrency | XC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XenCoin | XNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XXXCoin | XXX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| YaCoin | YAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZcCoin | ZCC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZedCoin | ZED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZeitCoin | ZEIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZetaCoin | ZET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZiftrCoin | ZRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

Estimated Portfolio Value: **2.16342096 BTC**

(Based on current market values - Does not include pending deposits)

Pending Transactions



Cryptsy - Dashboard – Chromium

Coin Market Capit | MaidSafe - FAQ | Coin Market Capit | L'ÉQUIPE - L'actua | Ligue des Champic | Transfert - Transfe | Le Tennis en direct | Inbox (5) - david.d | CRYPTSY stopping | Cryptsy - Dashboa | Vous

https://www.cryptsy.com/users/dashboard

Could Lithium ca | Up to 400% Profi | coinmap.org - Ma | BODYNOVA tabl | Factom - A Scalab | Immatriculer sa v | VOLKSWAGEN G | Helichryse | https://www.om | Rapid Flyer - Impr | $373.07 - Cryptow | https://coc.volks

20:00

Feb 23rd 01:59PM EDT

**Tier 1** (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.32952815 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 0.40960987 |

Enter Cryptsy Drawing Here

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ANC | 1506.56714591 | 0.00000000 |
| BTC | 0.00006168 | 427.93487344 |
| CLOAK | 2054.36917536 | 0.00017849 |
| DOGE | 163548.53473201 | 0.00000000 |
| NXT | 3134.24236282 | 0.00000000 |
| QRK | 2150.03966718 | 0.00000662 |
| RBR | 46472.75000000 | 0.00000021 |

**Your Watchlist**

**Market** Fiat BTC LTC XRP

**BTC Markets** **Find:**

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | 0.00% | 0.00006817 |

Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/ ALL trading and deposits are OFF. More wallets opened for withdrawal 2/01/2016

I've read this!

| LiteCoin | LiteCoin | LiteCoin | BitCoin | |
|---|---|---|---|---|
| Price 3.28895000 USD | Price 0.00769900 BTC | Price 665.00000000 XRP | Price 427.93487344 USD | Coin Sponsor Program |
| Price Change 0.000% | Price Change 0.000% | Price Change 0.000% | Price Change 0.000% | |

## Sign up for the Cryptsy Weekly Newsletter

Receive our weekly email newsletter to find out the latest news, status, plans and more...
You may opt in to receive the email on your Account Settings page

Sign up for the Weekly Newsletter

## Your Dashboard

**24 Hour Volume** **BTC:** 0.00 BTC **LTC:** 0.00 BTC **XRP:** 0.00 BTC **Fiat:** 0.00 BTC **Total: 0.0000 BTC**

Your Watchlist | All Markets

Remove All | Select All | Unselect All | Remove Selected Markets

Search:

| Market | Currency | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|---|
| No markets on your watchlist, you may add them from the All Markets tab. | | | | | | |

## Your Top Account Balances

View All ›

| 163.5k | 46.5k | 9.0k | 3.1k | 2.2k | 2.1k | 2.0k | 1.5k |
|---|---|---|---|---|---|---|---|
| DOGECOIN | RIBBITREWARDS | SYSCOIN | NXT | QUARK | CLOAKCOIN | VERTCOIN | ANONCOIN |

## Trade Key

**Your Trade Key**

[redacted]

Your trade key allows other Cryptsy users to send you funds for any available currency type. User to User transfers are free and require no waiting for confirmations. Trade keys are receive only addresses and thus you may give this key to anyone you wish.

## Your Stats

| | |
|---|---|
| Total Trades | 297 |
| Open Orders | 0 |
| Deposits Last 24 Hrs | 0 |
| Withdrawals Last 24 Hrs | 0 |
| Pending Withdrawals | 0 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

**DECLARATION OF JOSEPH DEPREY**

       I, JOSEPH DEPREY, make this Declaration and state as follows:

       1.     My name is JOSEPH DEPREY.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

       2.     I live in, and am a resident and citizen of, ____Hilton Head_____, ___South Carolina___
                                                                                 City                     State

       3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

       4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

       5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

       Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____          6-21-2016
JOSEPH DEPREY                              _____
                                                   Date

| | | | | | |
|---|---|---|---|---|---|
| DamaCoin | DMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DarkCash | DRKC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Darkshibe | DSB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DarkToken | DT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dash | DASH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DevCoin | DVC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Diamond | DMD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Digibyte | DGB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DigitalCoin | DGC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DimeCoin | DIME | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DNotes | NOTE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoin | DOGE | 2,494,200.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoindark | DOGED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Doubloons | DBL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| e-Gulden | EFL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| EarthCoin | EAC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Einsteinium | EMC2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElaCoin | ELC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Elektron | EKN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElephantCoin | ELP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |