UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF MICHAEL MENDEZ

    I, MICHAEL MENDEZ, make this Declaration and state as follows:

    1.    My name is MICHAEL MENDEZ.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

    2.    I live in, and am a resident and citizen of, _ATLANTA_ , _GEORGIA_
                                                    City                State

    3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

    4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

    5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

    Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    6/23/2016
MICHAEL MENDEZ                  Date







Opera
Inbox (3,682)
Peter Schiff - YouTube
January 2016 The G
Jim Rickards & Peter
Cryptsy - Dashboard
Cryptsy Blog
cryptsy.com/users/dashboard
Cryptsy
Home
Dashboard
Balances
Orders
Triggers
Trades
Vote
Tools
Hello Michael
Jan 19th 11:20AM EDT
Tier 2 (upgrade)
Support
Important System Notification
Cryptsy Announcement: http://blog.cryptsy.com/
I've read this!
LiteCoin Price 3.28895000 USD Price Change 0.000%
LiteCoin Price 0.00769900 BTC Price Change 0.000%
LiteCoin Price 665.00000000 XRP Price Change 0.000%
BitCoin Price 427.93487344 USD Price Change 0.000%
Coin Sponsor Program
Cryptsy Points 0.00000000
14 Day Volume 0.000 BTC
Estimated Acct BTC Value 13.60486488
Enter Cryptsy Drawing Here
Upgrade Your Account
Deposit and withdraw more in USD and Crypto by providing more detailed information. Your information is safe, encrypted and will not be shared with any 3rd parties.
Upgrade
The Cryptsy PrePaid Debit Card Program
To offer our verified users additional options for withdrawing fiat, we are creating a prepaid debit card program.
The Prepaid Debit Card Program
Account Balances
CURRENCY BALANCE LAST PRICE
DOGE 3500000.00000001 0.00000000
LTC 250.05611918 0.00769900
NXT 90125.00000000 0.00000000
PPC 1525.00000000 0.00130000
RDD 3000000.00000000 0.00000000
XRP 292018.83669500 0.00000000
USD 2311.61444211 0.00419498
Your Watchlist
Market Fiat BTC LTC XRP
BTC Markets Find:
007/BTC 0.00% 0.00000345
42/BTC 0.00% 1.57500000
8BIT/BTC 0.00% 0.00007523
AC/BTC 0.00% 0.00000266
ACOIN/BTC 0.00% 0.00000412
AERO/BTC 0.00% 0.00000275
AGS/BTC 0.00% 0.00000063
Sign up for the Cryptsy Weekly Newsletter
Receive our weekly email newsletter to find out the latest news, status, plans and more...
You may opt in to receive the email on your Account Settings page
Sign up for the Weekly Newsletter
Your Dashboard
24 Hour Volume BTC: 0.00 BTC LTC: 0.00 BTC XRP: 0.00 BTC Fiat: 0.00 BTC Total: 0.0000 BTC
Your Watchlist
All Markets
Remove All
Select All
Unselect All
Remove Selected Markets
Search:
Market Currency 24hr Vol BTC Price 24hr High 24hr Low 24hr Change
No markets on your watchlist, you may add them from the All Markets tab.
Your Top Account Balances
View All
3.5m DOGECOIN
3.0m REDDCOIN
292.0k RIPPLE
90.1k NXT
2.3k US DOLLAR
1.5k PEERCOIN
250.1 LITECOIN
Microsoft Office
11:20 AM
1/19/2016

Cryptsy
Home
Dashboard
Balances
Orders
Triggers
Trades
Vote
Tools
Hello Michael
Jan 19th 11:20AM EDT
Tier 2 (upgrade)
Support
Important System Notification
Upgrade Your Account
The Cryptsy PrePaid Debit Card Program
Sign up for the Cryptsy Weekly Newsletter
Your Dashboard
24 Hour Volume
Total: 0.0000 BTC
Market
Currency
24hr Vol BTC
Price
24hr High
Your Top Account Balances
3.5m
3.0m
292.0k
90.1k
2.3k
1.5k

Opera | Inbox (3,682) - micha... | Peter Schiff - YouTube | January 2016 The Gr... | Jim Rickards & Pete... | Cryptsy - Dashboard | Cryptsy Blog

cryptsy.com/users/dashboard

Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello Michael

Jan 19th 11:20AM EDT

Tier 2 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.00000000 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 13.60486488 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| DOGE | 3500000.00000001 | 0.00000000 |
| LTC | 250.05611918 | 0.00769900 |
| NXT | 90125.00000000 | 0.00000000 |
| PPC | 1525.00000000 | 0.00130000 |
| RDD | 3000000.00000000 | 0.00000000 |
| XRP | 292018.83669500 | 0.00000000 |
| USD | 2311.61444211 | 0.00419498 |

Your Watchlist

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |

## Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!

| | | | |
|---|---|---|---|
| LiteCoin Price 3.28895000 USD Price Change 0.000% | LiteCoin Price 0.00769900 BTC Price Change 0.000% | LiteCoin Price 665.00000000 XRP Price Change 0.000% | BitCoin Price 427.93487344 USD Price Change 0.000% |

Coin Sponsor Program

**Upgrade Your Account** Deposit and withdraw more in USD and Crypto by providing more detailed information. Your information is safe, encrypted and will not be shared with any 3rd parties. Upgrade

**The Cryptsy PrePaid Debit Card Program** To offer our verified users additional options for withdrawing fiat, we are creating a prepaid debit card program. The Prepaid Debit Card Program

## Sign up for the Cryptsy Weekly Newsletter

Receive our weekly email newsletter to find out the latest news, status, plans and more...
You may opt in to receive the email on your Account Settings page

Sign up for the Weekly Newsletter

## Your Dashboard

**24 Hour Volume** **BTC:** 0.00 BTC **LTC:** 0.00 BTC **XRP:** 0.00 BTC **Fiat:** 0.00 BTC **Total: 0.0000 BTC**

Your Watchlist | All Markets

Remove All | Select All | Unselect All | Remove Selected Markets

Search:

| Market | Currency | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|---|
| No markets on your watchlist, you may add them from the All Markets tab. | | | | | | |

## Your Top Account Balances

View All

| 3.5m | 3.0m | 292.0k | 90.1k | 2.3k | 1.5k | 250.1 |
|---|---|---|---|---|---|---|
| DOGECOIN | REDDCOIN | RIPPLE | NXT | US DOLLAR | PEERCOIN | LITECOIN |

Microsoft Office 11:20 AM 1/19/2016

**Time Line Evidence for Cryptsy user** ████████████ **(Michael Ryan Mendez, of Atlanta, Georgia, USA)**

**Opened Account – Username:** ██████████ **10/3/14**

***(Please note that this is post when the supposed Bitcoin and Litecoin theft occurred (on 5/22/2015) and Cryptsy still allowed for my account to be created and for me to transfer funds and trade.)***



**Proof showing I periodically logged in and traded funds via Cryptsy:**



**1/13/2016 Notification that Cryptsy was being shut down**



**Ticket Request (▮▮▮▮▮▮) on January 31st, 2016 to remove my cryptocurrency (totaling approximately $5,000-5,700) and my non-cryptocurrency funds (fiat USD) totaling approximately $2,311.**



**Denial of access to funds Feb 17th:**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF KEVIN MEYERS**

      I, KEVIN MEYERS, make this Declaration and state as follows:

      1.     My name is KEVIN MEYERS. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.     I live in, and am a resident and citizen of, _Candler_ , _NC_
                                                            City                State

      3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Kevin Meyers_____       _6/23/16_____
KEVIN MEYERS                                         Date

⌂   🔒 s://www.cryptsy.com/ᴜ   9   ⋮

# Cryptsy®

Home   Dashboard   Balance

-8.0

**Jan 15th 04:59PM EDT**     ✸   ☰

### Tier 2 (upgrade)

## Support

| | |
|---|---|
| 📈 Cryptsy Points | 0.00000000 |
| 📈 14 Day Volume | 0.910 BTC |
| 📈 Estimated Acct BTC Value | 3.65343577 |

**Enter Cryptsy Drawing Here**

📈 Account Balances          ⊖

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| 007 | 0.00000000 | 0.00000345 |
| 42 | 0.00000000 | 1.57500000 |
| 8BIT | 0.00000000 | 0.00007523 |
| ACOIN | 0.00000000 | 0.00000412 |
| AGS | 0.00000000 | 0.00000063 |
| AERO | 0.00000000 | 0.00000275 |
| AIDEN | 0.00000000 | 0.00000115 |

S

Receive our
out the late
You may op
Account Se

📈   V

**24 Hour Vo**

Your W

Remov

Remov

**Market**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

### DECLARATION OF JONATHAN MILLER

I, JONATHAN MILLER, make this Declaration and state as follows:

1. My name is JONATHAN MILLER. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Allen Park, Michigan.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5. The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      6/24/2016
JONATHAN MILLER                        Date

| Subject: | Confirm Your Withdrawal |
| --- | --- |
| From: | Cryptsy (support@cryptsy.com) |
| To: | ███████████ |
| Date: | Friday, January 15, 2016 7:28 PM |

Hi Jonathan,

This email is to confirm your withdrawal request at Cryptsy

Username: █████
Net Amount of Withdrawal: 19.896 DASH
Withdrawal Address: ████████████████████

You will need to confirm this request by clicking the following link:

████████████████████████████████████████████

If you did not make this request, then do not click this link and contact support immediately.


Cryptsy

| **Subject:** | Confirm Your Withdrawal |
| **From:** | Cryptsy (support@cryptsy.com) |
| **To:** | ███████████ |
| **Date:** | Friday, January 15, 2016 6:57 PM |

Hi Jonathan,

This email is to confirm your withdrawal request at Cryptsy

Username: █████
Net Amount of Withdrawal: 217.8 USD
Withdrawal Address: US Mail

You will need to confirm this request by clicking the following link:

████████████████████████████████████████████████████████

If you did not make this request, then do not click this link and contact support immediately.

Cryptsy

| Subject: | Confirm Your Withdrawal |
| --- | --- |
| From: | Cryptsy (support@cryptsy.com) |
| To: | ▮▮▮▮▮▮▮▮▮▮ |
| Date: | Friday, January 15, 2016 7:17 PM |

Hi Jonathan,

This email is to confirm your withdrawal request at Cryptsy

Username: ▮▮▮▮
Net Amount of Withdrawal: 49749 DOGE
Withdrawal Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

You will need to confirm this request by clicking the following link:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If you did not make this request, then do not click this link and contact support immediately.


Cryptsy

 **Cryptsy**®

Home    Dashboard    **Balances**    Orders    Triggers    Trades    Vote    Tools    Hello **Jonathan** ⌄

Feb 14th 06:27PM EDT    ☀ ☰

Tier 2 (upgrade)

Support

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | LiteCoin | Price 3.28895000 USD Price Change 0.000% | LiteCoin | Price 0.00769900 BTC Price Change 0.000% | LiteCoin | Price 665.00000000 XRP Price Change 0.000% | BitCoin | Price 427.93487344 USD Price Change 0.000% |

 

Coin Sponsor Program

| | |
|---|---|
| ⮝ Cryptsy Points | 1.01180106 |
| ⮝ 14 Day Volume | 0.000 BTC |
| ⮝ Estimated Acct BTC Value | 1.55488647 |

**Enter Cryptsy Drawing Here**

View All Deposits    View All Withdrawals    View All Transfers In    View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

### (ⵏ) Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| 🟢 US Dollar | USD | 236.43680929 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

⮝ Account Balances    ⊖

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.44385305 | 427.93487344 |
| DASH | 20.00000000 | 0.00000000 |
| DOGE | 50000.0000000 | 0.00000000 |
| EUR | 0.00000038 | 0.00390553 |
| LTC | 15.00000000 | 0.00769900 |
| XPY | 60.00000000 | 0.00006116 |
| POT | 15000.0000000 | 0.00000000 |

### (ⵏ) Crypto Balances

Show  Only Accounts W/ Non-Zero Balance ▼    Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| 🟢 BitCoin ⚖ | BTC | 0.44385305 | 0.00000000 | 0.44385305 | 0.00000000 |
| 🟢 CryptsyPoints ⚖ | Points | 1.01180106 | 0.00000000 | 0.00003047 | 0.00000000 |
| 🟢 LiteCoin ⚖ | LTC | 15.00000000 | 0.00000000 | 0.11548500 | 0.00000000 |
| 🟢 Paycoin XPY ⚖ | XPY | 60.00000000 | 0.00000000 | 0.00366960 | 0.00000000 |

⮝ Your Watchlist    ⊖

| | | |
|---|---|---|
| AUR/BTC | 0.00% | 0.00006720 |
| BTC/EUR | 0.00% | 420.00000000 |
| BTC/USD | 0.00% | 427.93487344 |
| CANN/BTC | 0.00% | 0.00000565 |
| DASH/BTC | 0.00% | 0.00682957 |

Estimated Portfolio Value: **1.55488647 BTC**

(Based on current market values - Does not include pending deposits)

(ⵏ) Pending Transactions


# Cryptsy®

Home  Dashboard  Balances  Orders  Triggers  Trades  Vote  Tools  Hello Jonathan ⌄

**Feb 16th 01:28PM EDT**   ☀ ≡

### Tier 2 (upgrade)

**Support**

| | |
|---|---|
| LiteCoin | Price 3.28895000 USD Price Change 0.000% |



| | |
|---|---|
| LiteCoin | Price 0.00769900 BTC Price Change 0.000% |
| LiteCoin | Price 665.00000000 XRP Price Change 0.000% |



| | |
|---|---|
| BitCoin | Price 427.93487344 USD Price Change 0.000% |

Coin Sponsor Program

| ⬈ Cryptsy Points | 1.13271545 |
|---|---|
| ⬈ 14 Day Volume | 0.000 BTC |
| ⬈ Estimated Acct BTC Value | 1.55489011 |

**Enter Cryptsy Drawing Here**

⬈ Account Balances   ⊙

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.44385305 | 427.93487344 |
| DASH | 20.00000000 | 0.00000000 |
| DOGE | 50000.00000000 | 0.00000000 |
| EUR | 0.00000038 | 0.00390553 |
| LTC | 15.00000000 | 0.00769900 |
| XPY | 60.00000000 | 0.00006116 |
| POT | 15000.00000000 | 0.00000000 |

⬈ Your Watchlist

| AUR/BTC | 0.00% | 0.00006720 |
|---|---|---|
| BTC/EUR | 0.00% | 420.00000000 |
| BTC/USD | 0.00% | 427.93487344 |
| CANN/BTC | 0.00% | 0.00000565 |
| DASH/BTC | 0.00% | 0.00682957 |

All Balances   All Deposits   All Withdrawals   All Transfers In   All Transfers Out

Showing 1 - 5 of 5 Results

### ⊕ Withdrawals

| Currency | Send to Address | Amount | Conf | Request Date |
|---|---|---|---|---|
| Ether Processed | ██████████████ | 10.00000000 ETH | Yes | 2016-01-27 17:45:15 |
| LiteCoin Processed | Lockbox Withdrawal ████████ | 15.00000000 LTC | Yes | 2016-01-15 20:29:28 |
| BitCoin Processed | Lockbox Withdrawal ████████ | 0.36817255 BTC | Yes | 2016-01-15 20:05:27 |
| BitCoin Processed | ████████████ | 0.01000000 BTC | Yes | 2014-09-13 10:33:58 |
| LiteCoin Processed | ██████████ | 0.78074325 LTC | Yes | 2014-07-23 12:44:36 |

⊙ Showing 1 - 5 of 5 Results

| Date | Type | Price Each (BTC) | XPY Traded | Total BTC |
|------|------|-----------------|-----------|-----------|
| 12/12/2015 18:10:24 | Sell | 0.00007629 | 35.46990992 | 0.002706 |
| 12/12/2015 9:53:04 | Sell | 0.00007629 | 14.10329008 | 0.00107594 |
| 12/12/2015 8:38:18 | Sell | 0.00007629 | 0.4268 | 0.00003256 |
| 10/23/2015 0:33:46 | Sell | 0.00013963 | 90 | 0.0125667 |
| 8/18/2015 20:31:55 | Buy | 0.00010003 | 99.16030359 | 0.00991901 |
| 8/18/2015 20:29:23 | Buy | 0.00010003 | 3.71480043 | 0.00037159 |
| 8/18/2015 20:28:38 | Buy | 0.0001 | 17.12489598 | 0.00171249 |
| 6/17/2015 14:45:46 | Buy | 0.00025807 | 80 | 0.0206456 |
| 4/16/2015 13:37:03 | Sell | 0.00096969 | 0.49291483 | 0.00047797 |
| 4/16/2015 13:33:31 | Sell | 0.00096969 | 0.1 | 0.00009697 |
| 4/16/2015 13:33:29 | Sell | 0.00096969 | 0.00708517 | 0.00000687 |
| 1/29/2015 20:23:18 | Buy | 0.00828 | 0.6 | 0.004968 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF RYAN MITCHELL**

I, RYAN MITCHELL, make this Declaration and state as follows:

1.    My name is RYAN MITCHELL.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, ___Lake Charles___ , ___Louisiana___
                                                               City                 State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  *Ryan Mitchell*  _____  6/28/16
RYAN MITCHELL                                             Date

## CNH
Balance: **0** CNH

Deposit | Withdraw

## GBP
Balance: **0** GBP

Deposit | Withdraw

## BTC-E CODE

Redeem

## Transactions history

History

## Transactions history:

| id | | comment | date |
|---|---|---|---|
| | -0.39121976 **BTC** | Withdrawal BTC to address ██████████████ | 07.08.15 19:53:37 ✓ |
| | +0.39121975 **BTC** | Bought 75.38533764 NMC from your order ████████ by price 0.0052 BTC total 0.39200375 BTC (-0.2%) | 15.04.14 11:08:18 ✓ |
| | -75.38533764 **NMC** | In payment for a warrant ████████ | 25.03.14 18:30:21 ✓ |
| | -0.44339872 **BTC** | Buy 75.53641046 NMC (-0.2%) from order ████████ by price 0.00587 BTC | 21.02.14 21:01:09 ✓ |
| | +0.24290181 **BTC** | Sell 9.52597195 LTC from order ████████ by price 0.02555 BTC total 0.24338858 BTC (-0.2%) | 07.02.14 07:08:50 ✓ |
| | +0.00998 **BTC** | Sell 0.39138943 LTC from order ████████ by price 0.02555 BTC total 0.00999999 BTC (-0.2%) | 07.02.14 07:08:50 ✓ |
| | +9.91736138 **LTC** | Cancel order ████████ | 07.02.14 07:07:37 ✓ |
| | +0.19051691 **BTC** | Bought 7.45698074 LTC from your order ████████ by price 0.0256 BTC total 0.1908987 BTC (-0.2%) | 07.02.14 07:05:31 ✓ |
| | -17.37434212 **LTC** | In payment for a warrant ████████ | 07.02.14 07:05:29 ✓ |
| | +9.3255073 **LTC** | Buy 9.34419569 LTC (-0.2%) from your order ████████ by price 0.0266 BTC | 03.02.14 22:44:25 ✓ |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

## DECLARATION OF TODD MITTLEMAN

     I, TODD MITTLEMAN, make this Declaration and state as follows:

     1.     My name is TODD MITTLEMAN.   I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

     2.     I live in, and am a resident and citizen of, _____*Orlando*_____, ___*FL*___
                                                                                    City                State

     3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

     4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

     5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

     Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Todd Mittleman*                    6/23/2016
_____     _____
TODD MITTLEMAN                          Date



Cryptsy - Users

https://www.cryptsy.com/users/viewwithdrawals

Cryptsy®

Home Dashboard Balances Orders Triggers Trades Vote Tools Hello Todd

Jan 15th 08:22AM EDT

Tier 1 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.07096855 |
| 14 Day Volume | 13.287 BTC |
| Estimated Acct BTC Value | 0.00000214 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|

Your Watchlist

Market Fiat BTC LTC XRP

BTC Markets Find:

Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!

| Coin | Price | Price Change |
|---|---|---|
| Dash | 0.00662957 BTC | +7.147% |
| Dogecoin | 0.00000046 BTC | 0.000% |
| LiteCoin | 0.00769900 BTC | +0.247% |
| EarthCoin | 0.00000023 BTC | -8.000% |

Coin Sponsor Program

All Balances | All Deposits | All Withdrawals | All Transfers In | All Transfers Out

Showing 1 - 4 of 4 Results

## Withdrawals

| Currency | Send to Address | Amount | Conf | Request Date |
|---|---|---|---|---|
| BitCoin Pending | [redacted] | 4.00209017 BTC | Yes | 2016-01-14 09:08:30 |
| LiteCoin Pending | [redacted] | 39.83411480 LTC | Yes | 2016-01-13 09:24:03 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF ANDREW NICHOLSON**

      I, ANDREW NICHOLSON, make this Declaration and state as follows:

      1.     My name is ANDREW NICHOLSON.   I am over the age of 18-years old, and am of sound mind and body.   I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.     I live in, and am a resident and citizen of, ___Atlanta___, ___Ga___
                                                              City          State

      3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.   Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      06.27.16
ANDREW NICHOLSON                         Date

Hello Andrew,

Thank you for sending in the information.

I am showing that the deposit transaction has been posted in your account.

| Currency Name | Receiving Address | Amount | Transaction ID | Posted Date |
|---|---|---|---|---|
| BitCoin | ▓▓▓▓▓▓▓ | 0.44994320 BTC | ▓▓▓▓▓▓▓ | 2014-12-19 13:04:51 |

Sorry for the delay and thank you kindly for your patience.

Sincerely,
Karen
Cryptsy.com

- Add 2 Factor Authentication
- Official Cryptsy Facebook
- Cryptsy Blog

Karen's Trade Key
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On Fri, 19 Dec at 12:36 pm , Andrew ▓▓▓▓▓▓▓ wrote:
the amount of Bitcoin deposited was: 0.4500432
to address: ▓▓▓▓▓▓
it's in block ▓▓▓▓
transaction id:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Cryptsy.com support@cryptsy.com via email.freshdesk.com      12/19/14

Andrew nicholson ▓▓▓▓▓▓▓▓      12/19/14
to Cryptsy.com













Chrome File Edit View History Bookmarks People Window Help — 14 — Mon 3:03 PM

Scientists ditch ap… | (0.02157401) BTC… | 636.7 USD · Preev | Prankster Brad Ho… | (2) [redacted] Fa… | Blockchain Wallet | Bitcoin Block Explo… | Bitcoin address 32…

Blockchain Luxembourg S.A.R.L [LU] https://blockchain.info/wallet/#/transactions

Apps | Bookmarks | CGMINER ASIC min… | [ANN][EASTERCOIN… | Cryptocurrency Pric… | Dragon Ball Z 1-26 | Destiny LFG - Find a… | Clothing: Survival T… | Walnut Knoll Farm | How to Run an Alpa…

**BLOCKCHAIN** wallet — 1 BTC = $636.89 — Explore — Sign out

HOME

TRANSACTIONS

All 0.79332918 BTC

My Bitcoin Wallet 0 BTC

Imported Addresses 0.79332918 BTC

Add +

SECURITY CENTER

SETTINGS

CONTACT SUPPORT

# My Wallet Be your own bank.®

Send | Receive | Your Bitcoin Address

**0.79332918 BTC**

$505.26

ALL | **SENT** | RECEIVED | TRANSFERRED — Search

| Date | Details | Description | Amount |
|---|---|---|---|
| *January 4 @ 01:53 PM* Sent | To: [redacted] From: Public Wallet | Add a description | 0.600192 BTC |
| *August 22 @ 01:39 AM* Sent | To: [redacted] From: Public Wallet | Add a description | 0.1801 BTC |
| Transaction Confirmed ✓ | | | Value when Sent: **$41.86** Transaction Fee: **0.0001 BTC** |
| *July 10 @ 01:28 PM* Sent | To: [redacted] From: Black Wallet | Add a description | 0.25052 BTC |
| *June 28 @ 12:27 AM* Sent | To: [redacted] From: Black Wallet | Add a description | 0.079581 BTC |
| *June 3 @ 07:28 PM* Sent | To: [redacted] From: Public Wallet | Add a description | 0.712516 BTC |
| Transaction Confirmed ✓ | | | Value when Sent: **$160.62** Transaction Fee: **0.0001 BTC** |

SPONSORED LINKS

Bitrefill — Top up mobile phones

Purse — Save Huge on Amazon

ToS ○ Privacy Policy

Chrome File Edit View History Bookmarks People Window Help — 14 — Mon 3:27 PM

Polo | Bittr | 638. | Prar | Aziz | Bloc | Bitco | Bitco | Bitco | Bitco | Bitco | Bitco | Bitco | Bitco | Bitco | 1HM

Blockchain Luxembourg S.A.R.L [LU] https://blockchain.info/address/1CUBZ9duyPdYCVoVKJFzyoaR9Tdo93GUmZ

Apps | Bookmarks | CGMINER ASIC min | [ANN][EASTERCOIN | Cryptocurrency Pric | Dragon Ball Z 1-26 | Destiny LFG - Find | Clothing: Survival T | Walnut Knoll Farm | How to Run an Alpa

BLOCKCHAIN info | Home | Charts | Stats | Markets | API | Wallet | Search | English

# Bitcoin Address

Addresses are identifiers which you use to send bitcoins to another person.

| Summary | |
|---|---|
| Address | [redacted] |
| Hash 160 | 7dcd6cc431ad7d2fd848636f3181bbd05e68f206 |
| Tools | Taint Analysis - Related Tags - Unspent Outputs |

| Transactions | |
|---|---|
| No. Transactions | 8 |
| Total Received | 6.2799432 BTC |
| Final Balance | 0 BTC |

Request Payment | Donation Button

## Transactions (Oldest First)

Filter

[redacted] 2015-08-22 07:18:53

[redacted] → [redacted] 3.029 BTC 0.01000001 BTC

-0.18 BTC

[redacted] 2015-08-22 05:39:46

[redacted] → [redacted] 0.18 BTC

0.18 BTC

[redacted] 2015-01-04 02:32:44

About Us & Contact - Privacy Policy - Terms of Service - Ok (178 Nodes Connected) - Advanced: Enable - Bitcoin

Chrome File Edit View History Bookmarks People Window Help — Mon 3:23 PM

Poloniex - Bitco | Bittrex.com - W | 637.1 USD · Pr | Prankster Brad | Aziz Ansari - Fa | Blockchain Wall | Bitcoin Block Ex | Bitcoin address | 1HMUrD9XWkG

Blockchain Luxembourg S.A.R.L [LU] https://blockchain.info/wallet/#/transactions

Apps | Bookmarks | CGMINER ASIC min | [ANN][EASTERCOIN | Cryptocurrency Pric | Dragon Ball Z 1-26 | Destiny LFG - Find a | Clothing: Survival T | Walnut Knoll Farm | How to Run an Alpa

BLOCKCHAIN wallet — 1 BTC = $636.00 — Explore — Sign out

HOME
TRANSACTIONS
All 0.79332918 BTC
My Bitcoin Wallet 0 BTC
Imported Addresses 0.79332918 BTC
Add +
SECURITY CENTER
SETTINGS
CONTACT SUPPORT

SPONSORED LINKS
Bitrefill — Top up mobile phones
Purse — Save Huge on Amazon
ToS · Privacy Policy

# My Wallet Be your own bank.®

**0.79332918 BTC**
$504.55

Send | Receive | Your Bitcoin Address

ALL | **SENT** | RECEIVED | TRANSFERRED — Search

*August 22 @ 01:39 AM* Sent — To: [redacted] From: Public Wallet — Add a description — **0.1801 BTC**
Transaction Confirmed ✓ — Value when Sent: **$41.86** — Transaction Fee: **0.0001 BTC**

*July 10 @ 01:28 PM* Sent — To: [redacted] From: Black Wallet — Add a description — **0.25052 BTC**

*June 28 @ 12:27 AM* Sent — To: [redacted] From: Black Wallet — Add a description — **0.079581 BTC**
Transaction Confirmed ✓ — Value when Sent: **$19.91** — Transaction Fee: **0.0002 BTC**

*June 3 @ 07:28 PM* Sent — To: [redacted] From: Public Wallet — Add a description — **0.712516 BTC**
Transaction Confirmed ✓ — Value when Sent: **$160.62** — Transaction Fee: **0.0001 BTC**

Firefox File Edit View History Bookmarks Tools Window Help Thu 3:02 PM

Search results - emailandre... | Problem loading page

https://mail.google.com/mail/u/0/#search/cryptsy

Most Visited | Getting Started | CGMINER ASIC mi... | [ANN][EASTERCOI... | Cryptocurrency Pr... | Dragon Ball Z 1-2... | Destiny LFG - Find... | Clothing: Survival ... | Walnut Knoll Farm | How to Run an Alp...

Google cryptsy

Gmail | More | 1–50 of about 79

COMPOSE

Inbox (2,449)
Starred
Important
Sent Mail
Drafts (104)
Circles
Friends (11)
Family (23)
Acquaintances
Following
Cordon

[redacted]

| | | | |
|---|---|---|---|
| [redacted] | Inbox | [redacted] | 2:26 pm |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact | Jan 31 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | Jan 20 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact | Jan 15 |
| KingsCrown | Inbox | BitMex - Detailed Guide About How to Use It - very likely Cryptsy is done now.. If you didnt withdrawal money then hopefully this guide lets you cover the looses! Happy | Jan 10 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact | 11/26/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 10/23/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 10/19/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 9/23/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 9/8/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 8/22/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 8/20/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact | 7/31/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 7/30/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] you did not perform this login, then contact | 7/21/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy Username: [redacted] If you did not perform this login, then contact support | 7/17/15 |
| Cryptsy | Inbox | Mintsy Mining :: Special Offer - is for Cryptsy members only! Sign up using your Cryptsy Trade Key to link your account! Follow the sign up link below. Once | 6/3/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 5/24/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 5/12/15 |
| Cryptsy | Inbox | Mintsy has launched! Start mining now! - is for Cryptsy members only! Sign up using your Cryptsy Trade Key to link your account! Follow the sign up link below. Once | 4/28/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 4/27/15 |

Firefox File Edit View History Bookmarks Tools Window Help Thu 3:02 PM

Search results - emailandre... | Problem loading page

https://mail.google.com/mail/u/0/#search/cryptsy

Most Visited | Getting Started | CGMINER ASIC mi... | [ANN][EASTERCOI... | Cryptocurrency Pr... | Dragon Ball Z 1-2... | Destiny LFG - Find... | Clothing: Survival ... | Walnut Knoll Farm | How to Run an Alp...

Google | cryptsy

Gmail | More | 1–50 of about 79

COMPOSE
Inbox (2,449)
Starred
Important
Sent Mail
Drafts (104)
Circles
Friends (11)
Family (23)
Acquaintances
Following
Cordon [redacted]

| | | | |
|---|---|---|---|
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 4/27/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 3/14/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/28/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/9/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - request at Cryptsy.com Username: [redacted] Net Amount of Withdrawal: 6.68579378 BTC Withdrawal Address: [redacted]o1G | 1/7/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/7/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/6/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/6/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/6/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/6/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/5/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/5/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/5/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/4/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/3/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/2/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/1/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/31/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/30/14 |
| Cryptsy (4) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/28/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/26/14 |

Firefox File Edit View History Bookmarks Tools Window Help — Thu 3:02 PM

Search results - emailandre... | Problem loading page

https://mail.google.com/mail/u/0/#search/cryptsy

Most Visited | Getting Started | CGMINER ASIC mi... | [ANN][EASTERCOI... | Cryptocurrency Pr... | Dragon Ball Z 1-2... | Destiny LFG - Find... | Clothing: Survival ... | Walnut Knoll Farm | How to Run an Alp...

Google — cryptsy

Gmail — More — 1–50 of about 79

COMPOSE

Inbox (2,449)
Starred
Important
Sent Mail
Drafts (104)
Circles
Friends (11)
Family (23)
Acquaintances
Following
Cordon
[redacted]

| | | | |
|---|---|---|---|
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/5/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/5/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] you did not perform this login, then contact | 1/4/15 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/3/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/2/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 1/1/15 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] you did not perform this login, then contact | 12/31/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/30/14 |
| Cryptsy (4) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/28/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/26/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] you did not perform this login, then contact | 12/25/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/23/14 |
| Cryptsy (3) | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/22/14 |
| Cryptsy | Inbox | Confirm Your Withdrawal - request at Cryptsy.com Username [redacted] Net Amount of Withdrawal: 34.159 XPY Withdrawal Address [redacted] | 12/21/14 |
| Cryptsy (2) | Inbox | Successful Authentication from [redacted] account at Cryptsy.com Username: Awkardsexcoin IP Address: 24.99.61.42 If you did not perform this login, then contact | 12/19/14 |
| Cryptsy.com (2) | Inbox | Ticket Resolved - [redacted] BTC deposit - We at Cryptsy.com are very interested to know how we did? Please let us know your opinion on our support experience. | 12/19/14 |
| Cryptsy.com, me (3) | Inbox | Re: [redacted] BTC deposit - 2014, Cryptsy.com wrote: > Hello Andrew, > > Thank you for sending in the information. > > I am showing that | 12/19/14 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] BTC deposit [redacted] New User Registration Issues Make sure you fill in all the fields | 12/19/14 |
| Cryptsy | Inbox | Successful Authentication from [redacted] - account at Cryptsy.com Username: [redacted] If you did not perform this login, then contact | 12/17/14 |

Improve result with search options such as sender, date, size and more.

9.78 GB (65%) of 15 GB used

Terms - Privacy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

**DECLARATION OF ORM NIEUWENHUIZEN**

I, ORM NIEUWENHUIZEN, make this Declaration and state as follows:

1.    My name is ORM NIEUWENHUIZEN.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, _Hilversum_ , _the Netherlands_
                                    City                    State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       23 June 2016
ORM NIEUWENHUIZEN           Date



Cryptsy - Trade Home

https://www.cryptsy.com

Jan 18th 02:24PM EDT

Tier 0 (upgrade)

Support

You have been successfully logged in

Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!

| | |
|---|---|
| Cryptsy Points | 0.61174390 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 0.82089098 |

Enter Cryptsy Drawing Here

| Coin | Price | Price Change |
|---|---|---|
| LiteCoin | 3.28895000 USD | 0.000% |
| LiteCoin | 0.00769900 BTC | 0.000% |
| LiteCoin | 665.00000000 XRP | 0.000% |
| BitCoin | 427.93487344 USD | 0.000% |

Coin Sponsor Program

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.50431903 | 427.93487344 |
| MN | 12.00000000 | 0.00039998 |
| DOGE | 1000201.83000000 | 0.00000000 |
| ETH | 63.02102916 | 0.00360300 |
| LTC | 11.00000000 | 0.00769900 |
| XPM | 0.00000313 | 0.00023001 |

Your Watchlist

| | | |
|---|---|---|
| BTC/EUR | 0.00% | 420.00000000 |
| DOGE/BTC | 0.00% | 0.00000046 |
| ETH/BTC | 0.00% | 0.00360300 |
| LTC/BTC | 0.00% | 0.00769900 |

Sign up for a Cryptsy Prepaid Debit Card

To offer our verified customers an additional option for withdrawing funds, we are taking pre-orders for Cryptsy-branded prepaid debit cards.

Special benefits are offered with this program, including, for the first 2000 customers that sign up, a lifetime withdrawal discount for FIAT to 0.5%. Each customer taking advantage of this program will also receive one month free pro account access.

Find out more about the Cryptsy Prepaid Debit Card Program

Cryptsy Markets

24 Hour Volume **BTC:** 0.00 BTC **LTC:** 0.00 BTC **XRP:** 0.00 BTC **Fiat:** 0.00 BTC **Total: 0.0000 BTC**

Display Markets: All BTC LTC XRP Search:

| Market | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|

90% 8:25 PM 1/18/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.

_____/

**DECLARATION OF ARNE NOOITGEDAGT**

I, ARNE NOOITGEDAGT, make this Declaration and state as follows:

1.    My name is ARNE NOOITGEDAGT. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, Almere , Flevoland-Holland

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ARNE NOOITGEDAGT        Date

27-6-2016

miningcontracts

Consolidated Mining Description

Consolidated Bitcoin Mining Contract
This is a consolidation of our MN1 and MN2 contracts

Total Hashing Power: 140Th/s:

100Th/s From MN2.
20Th/s From MN1.
20Th/s Added hashing power.

Total shares allocated:  120,000

(See screenshots ammount)
Shares breakdown:
MN1 converted 1 to 1:  20,000 -> 20,000
MN2 converted 1 to 10:  10,000 -> 100,000

If you owned either MN1 or MN2, they are automatically converted to MN

What is a mining contract?
We have 140 Th/s of hashing power dedicated to mining bitcoin which is part of a
much larger network of hashing power using multiple pools. This means more
consistent payouts of blocks mined. Every day, users who own shares of this will
receive 1/120000 of the payout for each share owned. Users can buy any number of
shares available (each share represents 1.167  Gh/s of hashing power). These are
lifetime shares, which mean they never expire. They will, however, at some point
stop producing more bitcoin than the power cost.

How much do I get paid and when?
The 140Th/s total hashing power is part of a large network using multiple pools. On
a daily basis we calculate and distribute to users who have shares of this contract
1/120000 of the total contract payout to each of the shares. If you own 100 shares,
then you will receive 1/1200 of the total contract payout. You must be holding
shares at the time of disbursement to receive a payout.   Open sell orders count as
holdings.

Who is providing the mining?
We use multiple providers and multiple pools.

What is a lifetime contract?
This means that it isn't a term agreement like 1 year. You could continue to hold
these for multiple years. There will, however, come a time where Bitcoin difficulty
has risen to a level where 140 Th/s is no longer producing any dividends due to
power costs.

View Distribution Payments in Your Transfers In Here

Pagina 1

miningcontracts

Consolidated Mining Specifications

140 Th/s Total Mining Power
No term - continues until it no longer produces
1.0 Unit = 1.167 Gh/s
Total Shares Available: 120,000
(Daily Mining Payouts Directly To Your Cryptsy Balance =0) No reward gained due
problems  ~ not deleted at server



24-6-2016                                            Webmail

––––––– Forwarded message –––––––
From: **Enra Nxt** ███ ████████
Date: 2016-04-17 12:18 GMT+02:00
Subject: Website offline no possibility to get acces into account.
To: "Cryptsy.com" < support@cryptsy.com>

Hello,

I do have a question because the website is not active
https://www.cryptsy.com/
Offline how I get into my MN assets, I m doubting what going to happen with my money please can you
assure that everything will be operational with no damage on the fund I had?.

Regards,

Arne                     ⁊   mail contact about problem to cryptsy support





Cryptsy Points                              0.00000000

14 Day Volume                              14.698 BTC

Estimated Acct BTC Value                   4.41693730

**Enter Cryptsy Drawing Here**

**Account Balances**

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ARG | 260000.00000000 | 0.00000665 |
| BITB | 1.00000000 | 0.00000027 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

        Defendants.
_____/

**DECLARATION OF GARRISON NOVAK**

        I, GARRISON NOVAK, make this Declaration and state as follows:

        1.      My name is GARRISON NOVAK.   I am over the age of 18-years old, and am of
sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class
Certification in the above-captioned class action.

        2.      I live in, and am a resident and citizen of, ___Tampa___ , ___Florida___
                                                                      City              State

        3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited
cryptocurrencies, such as Bitcoins, in my Cryptsy account.

        4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise
obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time
Cryptsy has failed to respond to any of my communications or demands.

        5.      The screenshots or documents attached hereto as Exhibit A evidence my holdings
at Cryptsy.

        Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under
penalty of perjury under the laws of the United States of America that the foregoing is true and
correct.

_____            ___6/25/16___
GARRISON NOVAK                                    Date

LTC 

LiteCoin
15:34:46                                1.00695690 LTC        2014-09-01

LTC

LiteCoin
17:56:03                                29.72007927 LTC       2014-05-31

LTC

LiteCoin
07:35:58                                20.00000000 LTC       2014-05-23


**XPY Deposits**

Paycoin XPY
23:59:20                                13.99900000 XPY       2015-04-05

XPY

Paycoin XPY
23:57:30                                499.99900000 XPY      2015-04-05

XPY

Paycoin XPY
23:57:30                                699.99900000 XPY      2015-04-05

XPY

Paycoin XPY
23:55:16                                309.99900000 XPY      2015-04-05

XPY

Paycoin XPY
23:49:50                                499.99900000 XPY      2015-04-05

XPY

Paycoin XPY
23:42:36                                999.99900000 XPY      2015-04-05

XPY

| | | | |
|---|---|---|---|
| Paycoin XPY 23:07:23 |  | 1520.00000000 XPY | 2015-04-05 |
| XPY | | | |
| Paycoin XPY 16:32:46 | | 652.38000000 XPY | 2014-12-23 |
| XPY | | | |
| Paycoin XPY 11:38:42 | | 0.52866200 XPY | 2015-11-10 |
| XPY | | | |
| Paycoin XPY 11:32:10 | | 2.74430800 XPY | 2015-11-09 |
| XPY | | | |
| Paycoin XPY 12:03:26 | | 2.92544000 XPY | 2015-11-08 |
| XPY | | | |
| Paycoin XPY 13:25:40 | | 20.53808000 XPY | 2015-11-03 |
| XPY | | | |
| Paycoin XPY 16:07:23 | | 2.92544000 XPY | 2015-10-20 |
| XPY | | | |
| Paycoin XPY 13:44:49 | | 8.79632000 XPY | 2015-10-19 |
| XPY | | | |
| Paycoin XPY 14:18:00 | | 2.92544000 XPY | 2015-10-16 |
| XPY | | | |
| Paycoin XPY 12:55:00 | | 2.92544000 XPY | 2015-10-15 |



**Status:** 120488 confirmations
**Date:** 1/18/2015 00:00
**To:** Cryptsy Litecoin Deposit
**Debit:** -367.00000000 LTC
**Transaction fee:** -0.00700000 LTC
**Net amount:** -367.00700000 LTC
**Transaction ID:**



**Status:** 256538 confirmations
**Date:** 5/31/2014 17:16
**To:** Cryptsy Litecoin Deposit
**Debit:** -29.72007927 LTC
**Net amount:** -29,72007927 LTC
**Transaction ID:**



**Status:** 261728 confirmations
**Date:** 5/23/2014 07:23
**To:** Cryptsy Litecoin Deposit
**Debit:** -20.00000000 LTC
**Net amount:** -20.00000000 LTC
**Transaction ID:**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

### DECLARATION OF PAVLO OLIINYK

      I, PAVLO OLIINYK, make this Declaration and state as follows:

    1.    My name is PAVLO OLIINYK.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

    2.    I live in, and am a resident and citizen of, _Kyiv_ City, _Ukraine_ State.

    3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

    4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

    5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

    Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      _June 24, 2016_
PAVLO OLIINYK                  Date



Cryptsy

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello Pavlo

Dec 11th 05:43AM EDT

Tier 1 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 0.82608657 |
| 14 Day Volume | 13.357 BTC |
| Estimated Acct BTC Value | 252.37759628 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ANC | 9768.61841899 | 0.00026620 |
| BTC | 230.30960896 | 388.00000000 |
| DASH | 6.35957221 | 0.00575560 |
| DGB | 0.51291553 | 0.00000046 |
| LTC | 2220.67372357 | 0.00875000 |
| MEC | 0.97261020 | 0.00005237 |
| WDC | 0.10270312 | 0.00001668 |

Your Watchlist

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| 007/BTC | 2.56% | 0.00000400 |
| 42/BTC | -4.25% | 2.11851753 |

| Coin | Price | Price Change |
|---|---|---|
| Ether | 0.00210316 BTC | +0.150% |
| Dogecoin | 0.00000039 BTC | 0.000% |
| LiteCoin | 0.00871600 BTC | -0.955% |
| Ripple | 0.00001810 BTC | -9.500% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

## Fiat Balances

Withdraw Limit $0

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| US Dollar | USD | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show Only Accounts W/ Non-Zero Balance Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| AnonCoin | ANC | 9,768.61841899 | 0.00027696 | 2.60040630 | 0.00000000 |
| BitCoin | BTC | 230.30960896 | 0.00000000 | 230.30960896 | 0.00000000 |
| CryptsyPoints | Points | 0.82608657 | 0.00000000 | 0.00002990 | 0.00000000 |
| Dash | DASH | 6.35957221 | 0.00000000 | 0.03660315 | 0.00000000 |
| Digibyte | DGB | 0.51291553 | 0.00000000 | 0.00000024 | 0.00000000 |
| LiteCoin | LTC | 2,220.67372357 | 0.00000000 | 19.43089508 | 0.00000000 |
| MegaCoin | MEC | 0.97261020 | 0.00000000 | 0.00005094 | 0.00000000 |
| WorldCoin | WDC | 0.10270312 | 0.00000000 | 0.00000171 | 0.00000000 |

<div align="center">

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

</div>

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

<div align="center">

**DECLARATION OF GIORGIO PARTESANA**

</div>

      I, GIORGIO PARTESANA, make this Declaration and state as follows:

      1.      My name is GIORGIO PARTESANA.   I am over the age of 18-years old, and am of sound mind and body.   I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.      I live in, and am a resident and citizen of, <u> Milano            </u>, <u> Italy       </u>
                                                                         City                      State

      3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.   Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.      The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____         <u>  July 11th 2016    </u>
GIORGIO PARTESANA                    Date

**Cryptsy**®

Home   Dashboard   Balances   Orders   Triggers   Trades   Vote   Tools   Hello Giorgio ▾

Sep 26th 10:10AM EDT

Introducing Mintsy, the future of mining.
Join our mining pool for free today!   digitalX● m🔆ntsy™
JOIN NOW!

Cryptsy Points

Account Balances

USD Markets

BTC Markets

**Account Verified**

Congratulations. Your account has been verified. No limits and required deposit confirmations reduced.

**Your Top Account Balances**   View All >

| 550.7 | 525.6 | 17.9 |
|---|---|---|
| LITECOIN | USD | BITCOIN |

**Your Stats**

| | |
|---|---|
| Total Trades | 128 |
| Open Orders | 0 |
| Deposits Last 24 Hrs | 0 |
| Withdrawals Last 24 Hrs | 0 |
| Pending Withdrawals | 0 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**<u>DECLARATION OF LEO PEDRI</u>**

      I, LEO PEDRI, make this Declaration and state as follows:

      1.      My name is LEO PEDRI.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.      I live in, and am a resident and citizen of, ___Georgetown___, ___CA___
                                                                           City                 State

      3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.      The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      _____
LEO PEDRI                                   6/23/2016
                                                         Date

Case 9:16-cv-80060-KAM Document 39-6 Entered on FLSD Docket 07/27/2016 Page 47 of 85

# Tier 2 (upgrade)

Cryptsy Announ

I've read this!

## Support

| | |
|---|---|
| ⤴ Cryptsy Points | 1.06009666 |
| ⤴ 14 Day Volume | 2.489 BTC |
| ⤴ Estimated Acct BTC Value | 2.98133137 |

**Enter Cryptsy Drawing Here**

**Dogecoin**

0.

⤴ Account Balances ⊖

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| ANC | 2.98323196 | 0.00000000 |

Fiat E



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF JAMES PERSINGER

I, JAMES PERSINGER, make this Declaration and state as follows:

1.     My name is JAMES PERSINGER.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, ___Miami___ , ___Florida___
                                      City            State

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      ___7/5/16___
JAMES PERSINGER                   Date

| CURRENCY | BALANCE | LAST |
|---|---|---|
| VDO | | |
| (https://www.cryptsy.com/users/balances#VDO) | 240000.00000000 | 0.000 |

**Your Watchlist**

| | | |
|---|---|---|
| CENT/XRP (https://www.cryptsy.com/markets/view/CENT_XRP) | 0.00% | 0.00000024 |
| FTC/BTC (https://www.cryptsy.com/markets/view/FTC_BTC) | -5.28% | 0.00001149 |
| MINT/BTC (https://www.cryptsy.com/markets/view/MINT_BTC) | 0.00% | 0.00000008 |
| NET/BTC (https://www.cryptsy.com/markets/view/NET_BTC) | -9.70% | 0.00000121 |
| NMC/BTC (https://www.cryptsy.com/markets/view/NMC_BTC) | -2.79% | 0.00135010 |
| POT/BTC (https://www.cryptsy.com/markets/view/POT_BTC) | 0.00% | 0.00000193 |

**Market**   Fiat  BTC  LTC  XRP

**BTC Markets**                          Find:

| | | |
|---|---|---|
| 007/BTC (https://www.cryptsy.com/markets/view/007_BTC) | 4.55% | 0.00000345 |
| 42/BTC (https://www.cryptsy.com/markets/view/42_BTC) | 21.73% | 1.57500000 |
| 8BIT/BTC (https://www.cryptsy.com/markets/view/8BIT_BTC) | -5.96% | 0.00007523 |
| AC/BTC (https://www.cryptsy.com/markets/view/AC_BTC) | 1.14% | 0.00000266 |
| ACOIN/BTC (https://www.cryptsy.com/markets/view/ACOIN_BTC) | 20.82% | 0.00000412 |
| AERO/BTC (https://www.cryptsy.com/markets/view/AERO_BTC) | 0.00% | 0.00000275 |
| AGS/BTC (https://www.cryptsy.com/markets/view/AGS_BTC) | 0.00% | 0.00000063 |
| ALFE/BTC (https://www.cryptsy.com/markets) | 0.00% | 0.00000115 |
| ALF/BTC (https://www.cryptsy.com/markets/view/ALF_BTC) | 0.00% | 0.00000018 |
| ALN/BTC (https://www.cryptsy.com/markets/view/ALN_BTC) | 0.00% | 0.00000015 |
| AMBER/BTC (https://www.cryptsy.com/markets/view/AMBER_BTC) | 15.15% | 0.00007624 |
| AMC/BTC (https://www.cryptsy.com/markets) | 20.00% | 0.00000024 |
| AMC/BTC (https://www.cryptsy.com/markets) | 0.00% | 0.00025728 |
| APEX/BTC (https://www.cryptsy.com/markets) | 8.10% | 0.00000827 |
| ARCH/BTC (https://www.cryptsy.com/markets) | -7.00% | 0.00006817 |

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| Bitbean | BITB | 0.00000000 | 156,970.91997554 | 0.03610331 | 0.00000000 |
| BitCoin | BTC | 0.01172739 | 1.74613696 | 1.75786435 | 0.00000000 |
| Crave | CRAVE | 550.00000000 | 545.45875588 | 0.01928007 | 0.00000000 |
| CryptsyPoints | Points | 1.46950738 | 0.00000000 | 0.00004425 | 0.00000000 |
| InfiniteCoin | IFC | 5,333,871.52258501 | 0.00000000 | 0.11681179 | 0.00000000 |
| NameCoin | NMC | 0.00000000 | 1,042.61856444 | 1.40763932 | 0.00000000 |
| Peercoin | PPC | 0.00000000 | 1,905.78627542 | 2.47752216 | 0.00000000 |
| PotCoin | POT | 75,000.00000000 | 89,640.75636013 | 0.31775666 | 0.00000000 |
| PrimeCoin | XPM | 750.00000000 | 0.00000000 | 0.17250750 | 0.00000000 |
| Utilitycoin | UTIL | 189,500.00000000 | 32,321.29171146 | 0.19742095 | 0.00000000 |
| Vidio | VDO | 240,000.00000000 | 56,686.63079923 | 0.02076806 | 0.00000000 |
| WhiteCoin | WC | 0.00000000 | 75,609.74110152 | 0.04612194 | 0.00000000 |

### Estimated Portfolio Value: 6.56984037 BTC

(Based on current market values - Does not include pending deposits)

## Pending Transactions

| Pending Withdrawals | | | | | |
|---|---|---|---|---|---|
| Date | Type | Withdrawal Address | Amount | Cancel | Email |
| Loading... | | | | | |

| Pending Transfers | | | | | |
|---|---|---|---|---|---|
| Date | Type | Trade Key | Amount | Cancel | Email |
| Loading... | | | | | |

| Pending Deposits | | | | | |
|---|---|---|---|---|---|
| Date | Type | Deposit Address | Amount | Confirmations | |
| Loading... | | | | | |

**Jan 15th 12:07AM EDT** ⟨⟩ ⟨⟩







| Dogecoin (https://www.cryptsy.com/markets/view/132) | Darkcoin (https://www.cryptsy.com/markets/view/155) | LiteCoin (https://www.cryptsy.com/markets/view/3) | FastCoin (https://www.cryptsy.com/markets/view/119) |
|---|---|---|---|
| 0.00000046 BTC | 0.00682957 BTC | 0.00769900 BTC | 0.00000023 BTC |
| Price Change | Price Change | Price Change | Price Change |
| 0.000% | +11.662% | +0.509% | -8.000% |

**Tier 2** (upgrade)
**(https://www.cryptsy.com/users/verify)**

Support

Coin Sponsor Program
(https://www.cryptsy.com
/sponsors)

| | View All Deposits | View All Withdrawals | View All Transfers In |
|---|---|---|---|

View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

| Cryptsy Points | 1.46950738 |
|---|---|
| 14 Day Volume | 1.587 BTC |
| Estimated Acct BTC Value | 6.56984036 |

## Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| ✅ US Dollar | USD | 0.00000000 | 0.00000000 | [Deposit Funds (https://www.cryptsy.com/users /depositfiat/1)]   [Withdraw Funds (https://www.cryptsy.com/users /withdrawfiat/1)] |

**Enter Cryptsy Drawing Here**

| (https://www.cryptsy.com /users/balances#BTC) | 0.01172739 | 427.93487344 |
|---|---|---|
| CRAVE (https://www.cryptsy.com /users /balances#CRAVE) | 550.00000000 | 0.00001760 |
| IFC (https://www.cryptsy.com /users/balances#IFC) | 5333871.52258451 | 0.00000002 |
| POT (https://www.cryptsy.com /users/balances#POT) | 75000.00000000 | 0.00000193 |
| XPM (https://www.cryptsy.com /users/balances#XPM) | 750.00000000 | 0.00023001 |
| XRP (https://www.cryptsy.com /users/balances#XRP) | 5814.99244812 | 0.00000000 |
| UTC (https://www.cryptsy.com /users/balances#UTC) | 20000.00000000 | 0.00000000 |
| UTIL (https://www.cryptsy.com /users/balances#UTIL) | 189500.00000000 | 0.00000089 |

## Crypto Balances

Show [All Accounts]   Withdraw Limit $2000

(https://www.cryptsy.com  240000.00000000   0.00000007

/users/balances#VDO)

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| Bitbean | BITB | 0.00000000 | 156,970.91997554 | 0.03610331 | 0.00000000 |
| BitCoin | BTC | 0.01172739 | 1.74613696 | 1.75786435 | 0.00000000 |
| Crave | CRAVE | 550.00000000 | 545.45875588 | 0.01928007 | 0.00000000 |
| CryptsyPoints | Points | 1.46950738 | 0.00000000 | 0.00004425 | 0.00000000 |
| InfiniteCoin | IFC | 5,333,871.52258451 | 0.00000000 | 0.11681179 | 0.00000000 |
| NameCoin | NMC | 0.00000000 | 1,042.61856444 | 1.40763932 | 0.00000000 |
| Peercoin | PPC | 0.00000000 | 1,905.78627542 | 2.47752216 | 0.00000000 |
| PotCoin | POT | 75,000.00000000 | 89,640.75636013 | 0.31775666 | 0.00000000 |
| PrimeCoin | XPM | 750.00000000 | 0.00000000 | 0.17250750 | 0.00000000 |
| Utilitycoin | UTIL | 189,500.00000000 | 32,321.29171146 | 0.19742095 | 0.00000000 |
| Vidio | VDO | 240,000.00000000 | 56,686.63079923 | 0.02076806 | 0.00000000 |
| WhiteCoin | WC | 0.00000000 | 75,609.74110152 | 0.04612194 | 0.00000000 |

### Estimated Portfolio Value: **6.56984037 BTC**

(Based on current market values - Does not include pending deposits)

### Your Watchlist

CENT/XRP                        0.00%        0.00000024
(https://www.cryptsy.com/markets
/CENT_XRP)

FTC/BTC                         -5.28%       0.00001149
(https://www.cryptsy.com/markets
/view/FTC_BTC)

MINT/BTC                        0.00%        0.00000008
(https://www.cryptsy.com/markets
/view/MINT_BTC)

NET/BTC                         -9.70%       0.00000121
(https://www.cryptsy.com/markets
/view/NET_BTC)

NMC/BTC                         -2.79%       0.00135010
(https://www.cryptsy.com/markets
/view/NMC_BTC)

POT/BTC                         0.00%        0.00000193
(https://www.cryptsy.com/markets
/view/POT_BTC)

### Market     Fiat   BTC   LTC   XRP

### BTC Markets                Find:

007/BTC                         4.55%        0.00000345
(https://www.cryptsy.com/markets/view/007_BTC)

42/BTC                          21.73%       1.57500000
(https://www.cryptsy.com/markets/view/42_BTC)

8BIT/BTC                        -5.96%       0.00007523
(https://www.cryptsy.com/markets
/view/8BIT_BTC)

AC/BTC                          1.14%        0.00000266
(https://www.cryptsy.com/markets/view/AC_BTC)

ACOIN/BTC                       20.82%       0.00000412
(https://www.cryptsy.com/markets
/view/ACOIN_BTC)

AERO/BTC                        0.00%        0.00000275
(https://www.cryptsy.com/markets
/view/AERO_BTC)

AGS/BTC                         0.00%        0.00000063
(https://www.cryptsy.com/markets
/view/AGS_BTC)

ADEM/BTC                        0.00%        0.00000115
(https://www.cryptsy.com/markets
/view/ADEM_BTC)

ALF/BTC                         0.00%        0.00000018
(https://www.cryptsy.com/markets/view/ALF_BTC)

ALN/BTC                         0.00%        0.00000015
(https://www.cryptsy.com/markets/view/ALN_BTC)

AMBER/BTC                       15.15%       0.00007624
(https://www.cryptsy.com/markets
/view/AMBER_BTC)

AMC/BTC                         20.00%       0.00000024
(https://www.cryptsy.com/markets
/view/AMC_BTC)

ANC/BTC                         0.00%        0.00025728
(https://www.cryptsy.com/markets
/view/ANC_BTC)

APEX/BTC                        8.10%        0.00000827
(https://www.cryptsy.com/markets
/view/APEX_BTC)

ARG/BTC                         -7.00%       0.00006817
(https://www.cryptsy.com/markets

## Pending Transactions

| Pending Withdrawals | | | | | |
|---|---|---|---|---|---|
| Date | Type | Withdrawal Address | Amount | Cancel | Email |
| Loading... | | | | | |
| Pending Transfers | | | | | |
| Date | Type | Trade Key | Amount | Cancel | Email |
| Loading... | | | | | |
| Pending Deposits | | | | | |
| Date | Type | Deposit Address | Amount | Confirmations | |
| Loading... | | | | | |

© 2016 Project Investors Inc

Wallet Status (https://www.cryptsy.com/pages/status)

Terms (https://www.cryptsy.com/pages/terms)

Fees / Rebates (https://www.cryptsy.com/pages/fees)

Privacy (https://www.cryptsy.com/pages/privacy)     Blog (http://blog.cryptsy.com/)

Support (https://cryptsy.freshdesk.com/support/home)

API (https://www.cryptsy.com/pages/api)     Security (https://www.cryptsy.com/pages/security)

About (https://www.cryptsy.com/pages/about)     Jobs (https://www.cryptsy.com/pages/jobs)

Refunds (https://www.cryptsy.com/pages/refundpolicy)

Market volatility, volume, and system availability may delay account access and trade executions. Project Investors Inc. FinCEN MSB Registration Number: 31000072364334. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. Cryptsy is a registered trademark of Project Investors Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**<u>DECLARATION OF PHILLIP PETERMAN</u>**

      I, PHILLIP PETERMAN, make this Declaration and state as follows:

      1.      My name is PHILLIP PETERMAN.   I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.      I live in, and am a resident and citizen of, _____Olympia_____, ___WA____
                                                                        City               State

      3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.      The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____Phillip Peterman_____      _____6/28/16_____
PHILLIP PETERMAN                                 Date

# Confirm Your Withdrawal

   



**Cryptsy** to me

Jan 6

Hi Phillip,

This email is to confirm your withdrawal request at Cryptsy

Username: ▊▊▊▊▊▊▊▊
Net Amount of Withdrawal: 0.22972066 BTC
Withdrawal Address: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

You will need to confirm this request by clicking the following link:

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

If you did not make this request, then do not click this link and contact support immediately.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

### DECLARATION OF KENNETH PETERSON

I, KENNETH PETERSON, make this Declaration and state as follows:

1.    My name is KENNETH PETERSON. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, PRINEVILLE, OREGON
                                                        City              State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        23 JUN 2016
KENNETH PETERSON                  Date

## BTC Markets

Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | 0.00% | 0.00006817 |

| | | | | |
|---|---|---|---|---|
| Dogecoin | | 20000.00000000 DOGE | Yes | 2016-01-12 18:19:31 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-12 18:16:57 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-11 16:21:25 |
| Processed | | | | |
| Dogecoin | | 20000.00000000 DOGE | Yes | 2016-01-11 16:14:11 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-11 15:59:17 |
| Processed | | | | |
| Dogecoin | | 20000.00000000 DOGE | Yes | 2016-01-11 15:38:22 |
| Processed | | | | |
| Dogecoin | | 30000.00000000 DOGE | Yes | 2016-01-11 15:29:39 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-11 15:02:54 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-10 23:14:24 |
| Processed | | | | |
| Dogecoin | Lockbox Withdrawal | 1153846.09615385 DOGE | Yes | 2015-10-02 02:15:37 |
| Processed | | | | |
| Dogecoin | Lockbox Withdrawal | 1000000.00000000 DOGE | Yes | 2015-06-17 18:45:33 |
| Processed | | | | |
| Dogecoin | Lockbox Withdrawal | 8418349.96447731 DOGE | Yes | 2014-11-08 11:17:58 |



| DOGE | 250000.00000000 | 0.00000000 |
| LGBTQ | 4065.67842308 | 0.00000262 |

≃ Your Watchlist

| Market | Fiat | BTC | LTC | XRP |
| --- | --- | --- | --- | --- |

≃BTC Markets          Find:

| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |

| | | | |
| --- | --- | --- | --- |
| Dogecoin | | 3000.00000000 DOGE | Yes | 2016-01-12 18:37:00 |
| Processed | | | | |
| Dogecoin | | 5000.00000000 DOGE | Yes | 2016-01-12 18:34:22 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-12 18:30:49 |
| Processed | | | | |
| Dogecoin | | 20000.00000000 DOGE | Yes | 2016-01-12 18:19:31 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-12 18:16:57 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-11 16:21:25 |
| Processed | | | | |
| Dogecoin | | 20000.00000000 DOGE | Yes | 2016-01-11 16:14:11 |
| Processed | | | | |
| Dogecoin | | 10000.00000000 DOGE | Yes | 2016-01-11 15:59:17 |
| Processed | | | | |
| Dogecoin | | 20000.00000000 DOGE | Yes | 2016-01-11 15:38:22 |
| Processed | | | | |
| Dogecoin | | 30000.00000000 DOGE | Yes | 2016-01-11 15:29:39 |
| Processed | | | | |
| Dogecoin | DTMo2izMAM4u1rJKuoxCPKKwfuK8cpfYsO | 10000.00000000 DOGE | Yes | 2016-01-11 15:02:54 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF KRZYSZTOF POTEREK**

I, KRZYSZTOF POTEREK, make this Declaration and state as follows:

1. My name is KRZYSZTOF POTEREK. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Brody Stac 44a, 26-200 Kons/ie | Polska.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5. The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
KRZYSZTOF POTEREK

07.07.16
Date



**Cryptsy®**

Home  Dashboard  Balances  Orders  Triggers  Trades  Vote  Tools  Hello Krzysztof

Feb 20th 07:59AM EDT

Tier 2 (upgrade)

Support

**Important System Notification**

Cryptsy Announcement: http://blog.cryptsy.com/ ALL trading and deposits are OFF. More wallets opened for withdrawal 2/01/2016

I've read this!

| LiteCoin | Price 3.28895000 USD Price Change 0.000% | LiteCoin | Price 0.00769900 BTC Price Change 0.000% | LiteCoin | Price 665.00000000 XRP Price Change 0.000% | BitCoin | Price 427.93487344 USD Price Change 0.000% | Coin Sponsor Program |

| Cryptsy Points | 3.10551998 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 7.00009351 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 7.00000000 | 427.93487344 |

Your Watchlist

Market   Fiat  BTC  LTC  XRP

BTC Markets   Find:

| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |

All Balances   BTC Deposits   BTC Withdrawals   BTC Transfers In   BTC Transfers Out

Showing 1 - 6 of 6 Results

**Deposits**

| Currency | Deposit Address | Amount | Post Date |
|---|---|---|---|
| BitCoin BTC | ██████████ | 2.99990000 BTC | 2015-10-23 20:09:14 |
| BitCoin BTC | ██████████ | 0.13382507 BTC | 2015-10-23 17:51:13 |
| BitCoin BTC | ██████████ | 0.16921977 BTC | 2015-07-11 15:11:15 |
| BitCoin BTC | ██████████ | 0.99930000 BTC | 2015-07-11 14:28:21 |
| BitCoin BTC | ██████████ | 4.84000000 BTC | 2015-07-11 14:28:21 |
| BitCoin BTC | ██████████ | 0.06700000 BTC | 2015-07-09 06:18:39 |

Showing 1 - 6 of 6 Results

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**<u>DECLARATION OF ARTHUR RAKHMATULIN</u>**

      I, ARTHUR RAKHMATULIN, make this Declaration and state as follows:

      1.     My name is ARTHUR RAKHMATULIN.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.     I live in, and am a resident and citizen of, Marietta, Georgia.

      3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      _07/14/16_____
ARTHUR RAKHMATULIN                  Date

| | | | |
|---|---|---|---|
| SRC | 38.00000000 | 0.00000000 | 0.00000000 |
| SXC | 101.00000000 | 0.00000000 | 0.00000000 |
| SPT | 101.44898166 | 0.00000000 | 0.00000000 |
| SBC | 1001.00000000 | 0.00000000 | 0.00000000 |
| STR | 10000.00000000 | 0.00000000 | 0.00000000 |
| TAG | 12.08448800 | 0.00000000 | 0.00000000 |
| TEK | 100.20000000 | 0.00000000 | 0.00000000 |
| TRC | 10.98667378 | 0.00000000 | 0.00000000 |
| TIX | 2587905.32455483 | 0.00000000 | 0.00000000 |
| TGC | 1410.90000000 | 0.00000000 | 0.00000000 |
| UNO | 1.00000000 | 0.00000000 | 0.00000000 |
| WDC | 104.08453633 | 0.00000000 | 0.00000000 |
| XNC | 454.32435703 | 0.00000000 | 0.00000000 |
| YAC | 115.74822324 | 0.00000000 | 0.00000000 |
| YBC | 10.89000000 | 0.00000000 | 0.00000000 |
| ZET | 102.00000000 | 0.00000000 | 0.00000000 |

Estimated Portfolio Value: **38.47041865 BTC**
(Based on current market values - Does not include pending deposits)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF RUSSELL RICHARD

I, RUSSELL RICHARD, make this Declaration and state as follows:

1.    My name is RUSSELL RICHARD. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, Pensacola, Florida.

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RUSSELL RICHARD                        July 6th, 2016
                                                        Date

**Jan 15th 04:51PM EDT**   

   

| EarthCoin (/markets | LiteCoin (/mark | Ether (/markets | BitCoin (/marke |
|---|---|---|---|
| 0.00000023 BTC | 0.00769900 BTC | 0.00360300 BTC | 427.93487344 U |
| Price Change | Price Change | Price Change | Price Change |
| -8.000% | -0.144% | +2.766% | -0.663% |

**Tier 0** (upgrade) (/users/verify)

 onsor am nsors)

Support

| Cryptsy Points | 0.13613671 |
|---|---|
| 14 Day Volume | 0.653 BTC |
| Estimated Acct BTC Value | 1.45927403 |

**Enter Cryptsy Drawing Here** (/drawings/)

**Verify Your Account**

Trade in USD Markets, Qualify for Rebates and Reduced Confirms on Deposits. Your information is safe, encrypted and will not be shared with any 3rd parties.

Verify My Account

---

**Account Balances** ⊖

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC (/users /balances#BTC) | 0.70058793 | 427.93487344 |
| DGB (/users /balances#DGB) | 2107450.00000000 | 0.00000036 |

---

## Sign up for the Cryptsy Weekly Newsletter

Receive our weekly email newsletter to find out the latest news, status, plans and more... You may opt in to receive the email on your Account Settings page

Sign up for the Weekly Newsletter (/users/settings)

---

**Your Watchlist** ⊖

**Market**    Fiat    BTC    LTC    XRP    ⊖

**BTC Markets**                 Find: [          ]

## Your Dashboard

| 24 Hour Volume | BTC: 28.82 BTC | LTC: 2.70 BTC | XRP: 1.86 BTC | Fiat: 2.55 BTC | Total: 35.9341 BTC |
|---|---|---|---|---|---|

Your Watchlist     All Markets

Remove All    Select All    Unselect All    Remove Selected Markets

Search: [          ]



| Market | 0.00% | 0.00000345 |
|---|---|---|
| 007/BTC (/markets /view/007_BTC) | 0.00% | 0.00000345 |
| 42/BTC (/markets /view/42_BTC) | 1.61% | 1.57500000 |
| 8BIT/BTC (/markets /view/8BIT_BTC) | 2.56% | 0.00007523 |
| AC/BTC (/markets /view/AC_BTC) | 0.00% | 0.00000266 |
| ACOIN/BTC (/markets/view/ACOIN_BTC) | 12.57% | 0.00000412 |
| AERO/BTC (/markets/view/AERO_BTC) | 0.00% | 0.00000275 |
| AGS/BTC (/markets /view/AGS_BTC) | 0.00% | 0.00000063 |
| AIDEN/BTC (/markets/view/AIDEN_BTC) | 0.00% | 0.00000115 |
| ALF/BTC (/markets /view/ALF_BTC) | 0.00% | 0.00000018 |
| ALN/BTC (/markets /view/ALN_BTC) | 0.00% | 0.00000015 |
| AMBER/BTC (/markets/view/AMBER_BTC) | 0.00% | 0.00007624 |
| AMC/BTC (/markets | 26.32% | 0.00000024 |

| Market | Currency | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|---|

No markets on your watchlist, you may add them from the All Markets tab.

/view/ANC_BTC)
ANC/BTC (/markets    0.00%        0.00025728
/view/ANC_BTC)
APEX/BTC             0.00%        0.00000827
(/markets/view/APEX_BTC)
ARCH/BTC            -0.07%        0.00006817

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**<u>DECLARATION OF JAMES SCARPELLI</u>**

      I, JAMES SCARPELLI, make this Declaration and state as follows:

      1.     My name is JAMES SCARPELLI.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.     I live in, and am a resident and citizen of, Myrtle Beach, South Carolina.

      3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____         _____
JAMES SCARPELLI                              7/6/2016
                                                      Date



# Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello James ⌄

Jan 22nd 05:34PM EDT

✓ You have been successfully logged in

Tier 2 (upgrade)

Support

| | | | | |
|---|---|---|---|---|
| LiteCoin | Price 3.28895000 USD | LiteCoin | Price 0.00769900 BTC | |
| | Price Change 0.000% | | Price Change 0.000% | |

| LiteCoin | Price 665.00000000 XRP | BitCoin | Price 427.93487344 USD | Coin Sponsor Program |
|---|---|---|---|---|
| | Price Change 0.000% | | Price Change 0.000% | |

Cryptsy Points          0.00000000

14 Day Volume            0.000 BTC

Estimated Acct BTC Value   0.18029419

**Enter Cryptsy Drawing Here**

## Sign up for a Cryptsy Prepaid Debit Card

To offer our verified customers an additional option for withdrawing funds, we are taking pre-orders for Cryptsy-branded prepaid debit cards.

Find out more about the Cryptsy Prepaid Debit Card Program

Special benefits are offered with this program, including, for the first 2000 customers that sign up, a lifetime withdrawal discount for FIAT to 0.5%. Each customer taking advantage of this program will also receive one month free pro account access.

### Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.00000269 | 427.93487344 |
| BTCD | 95.24115255 | 0.00189300 |

### Cryptsy Markets

| 24 Hour Volume | BTC: 0.00 BTC | LTC: 0.00 BTC | XRP: 0.00 BTC | Fiat: 0.00 BTC | Total: 0.0000 BTC |
|---|---|---|---|---|---|

### Your Watchlist

| HAM/BTC | 0.00% | 0.00000580 |
|---|---|---|

Display Markets:   All   BTC   LTC   XRP

Search:

Market   Fiat BTC LTC XRP

BTC Markets        Find:

| Market | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|---|---|---|---|---|---|
| 007/BTC | 0.00000000 | 0.00000345 | 0.00000000 | 0.00000000 | 0.00000000 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF DANIEL SHULLER

I, DANIEL SHULLER, make this Declaration and state as follows:

1.     My name is DANIEL SHULLER.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, Wake Forest, North Carolina.

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      6/24/16
DANIEL SHULLER                   Date

🔒 cryptsy.com ↻

# Cryptsy®

Home   Dashboard   Balance

Jan 15th 04:01PM EDT   ✴   ☰

Notice: Yo
for all use

Tier 2 (upgrade)

## Support

Importa

Crypts

I've re

-4

Cryptsy Points                    0.00000000
14 Day Volume                     1.023 BTC
Estimated Acct BTC Value          3.85966148

### Enter Cryptsy Drawing Here

Receive c
out the la
You may
Account S

Account Balances                              ⊖

| CURRENCY | BALANCE | LAST PRICE |
|----------|---------|------------|
| BTC | 2.51078151 | 427.93487344 |
| EUR | 0.00090760 | 0.00390553 |
| XRP | 0.00000166 | 0.00000000 |
| USD | 2.26919600 | 0.00419498 |

24 Hour

Your

🔒 cryptsy.com    ↻



**Cryptsy**

Home  Dashboard  Balances  Orders  Triggers  Trades  Vote  Tools    **Hello Daniel ▼**

Jan 15th 04:01PM EDT    ☀ ☰

Tier 2 (upgrade)

**Support**

Cryptsy Points        0.00000000
14 Day Volume        1.023 BTC
Estimation Acct BTC Value    3.89366148

**Enter Cryptsy Drawing Here**

Account Balances

CURRENCY    BALANCE    LAST PRICE
BTC    2.6107...    27.91487814
EUR    0.00680763    0.00680763
XRP    0.00000199    0.00000000
USD    2.26979800    0.30419488

Your Watchlist

Market    Fiat  BTC  LTC  XRP

BTC Markets    Find:

DASH/BTC    0.43%    0.00532857
ETH/BTC    2.94%    0.00350300
LTC/BTC    -0.40%    0.00709800
NMC/BTC    -4.25%    0.00135010
Points/BTC    -18.67%    0.00003011

**Important System Notification**

Cryptsy Announcement: http://blog.cryptsy.com/

I've read this!

-4.167%    -0.400%    -2.434%    +2.222%

Points/BTC (ID: 120)  WATCH
**0.00003011  -18.67%**

**CryptsyPoints (Points) Price**    ☰

Zoom  6h  **1D**  1W  1M  All

0.00002750

0k

16:45    22:00
21:45

🛒  Buy Points with BTC

Amount Points    0.00000000
Price Per Points    0.00003700    (BTC)
Order Lifespan    Good Until C ▼
Total (BTC)    0.00000000

2.51078151 BTC Available    **Submit Buy Order**

🛒  Sell Points for BTC

Amount Points    0.00000000
Price Per Points    0.00003011    (BTC)
Order Lifespan    Good Until C ▼
Total (BTC)    0.00000000

0.00000000 Points Available    Submit Sell Order

<  >            

🔒 cryptsy.com

**Cryptsy**®   Balances  Orders  Triggers   Hello Daniel ▾

Change Contact Information

**Username**

**Chat Handle**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Email**

**Existing Password (Required)**

**New password**

**Confirm password**

**Password Requirements**

8 characters minimum
1 or more upper-case letters
1 or more lower-case letters
1 or more digits or special characters

Save Contact Info

Two Factor Authentication

**Validation Method**

Authy App (Preferred)              ▾

Download the Authy App Here:
~ Android
~ iPhone

☐   **Country Code**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

## DECLARATION OF SEBASTIAN SIKORSKI

I, SEBASTIAN SIKORSKI, make this Declaration and state as follows:

1.    My name is SEBASTIAN SIKORSKI. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, _Brampton_ , _Ontario_ , _Canada_
                                            City             State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       June 23, 2016
SEBASTIAN SIKORSKI                     Date



My Contests - DraftKi | XE: (USD/CAD) US Do | Cryptsy - Users | Support - Cryptsy.co | Cryptsy Blog | cryptsy class action | Class Action Lawsuit | Inbox (324) - whitne | Cryptsy - Account Bal | Accounts - etherchain

https://www.cryptsy.com/users/balances

Apps | New Tab | SAE | Secure Asset Exchan... | AdvancingIncome.c... | 30 Things To Start D... | NBA.com | Tips that doubled m... | Basic Poker Odds an... | How to Calculate Pr... | York University | 200... | Academic Calendars... | Ergonomic Chair - E... | Other bookma

| | |
|---|---|
| Cryptsy Points | 51.14559706 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 17.29659775 |

Enter Cryptsy Drawing Here

| LiteCoin | Price 3.28895000 USD | Price Change 0.000% |
|---|---|---|
| LiteCoin | Price 0.00769900 BTC | Price Change 0.000% |
| LiteCoin | Price 665.00000000 XRP | Price Change 0.000% |
| BitCoin | Price 427.93487344 USD | Price Change 0.000% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

### Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 1.99357582 | 427.93487344 |
| SWIFT | 1.23535302 | 0.00035001 |
| CAD | 480.00000000 | 0.00000000 |
| DASH | 0.00440582 | 0.00000000 |
| ETH | 4246.31190132 | 0.00360300 |
| LTC | 0.00088144 | 0.00769900 |
| XST | 0.35973084 | 0.00001498 |

### Your Watchlist

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |
| AMC/BTC | 0.00% | 0.00000024 |
| ANC/BTC | 0.00% | 0.00025728 |
| APEX/BTC | 0.00% | 0.00000827 |
| ARCH/BTC | 0.00% | 0.00006817 |

## Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| US Dollar | USD | 0.37558848 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show Only Accounts W/ Non-Zero Balance Withdraw Limit $1995.7055843

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| BitCoin | BTC | 1.99357582 | 0.00000000 | 1.99357582 | 0.00000000 |
| BitSwift | SWIFT | 1.23535302 | 0.00000000 | 0.00043239 | 0.00000000 |
| CryptsyPoints | Points | 51.14559706 | 0.00000000 | 0.00153999 | 0.00000000 |
| Ether | ETH | 4,246.31190132 | 0.00000000 | 15.29946178 | 0.00000000 |
| LiteCoin | LTC | 0.00088144 | 0.00000000 | 0.00000679 | 0.00000000 |
| StealthCoin | XST | 0.35973084 | 0.00000000 | 0.00000539 | 0.00000000 |

Estimated Portfolio Value: **17.29659774 BTC**

(Based on current market values - Does not include pending deposits)

## Pending Transactions

**Pending Withdrawals**

| Date | Type | Withdrawal Address | Amount | Cancel | Email |
|---|---|---|---|---|---|
| 2016-02-11 14:26:52 | ETH | 0x5432b6718d79309e8c04f4f779723b400ef176f9 | 4.97400000 | Cancel | Resend |

**Pending Transfers**

| Date | Type | Trade Key | Amount | Cancel | Email |
|---|---|---|---|---|---|
| No pending transfers | | | | | |

**Pending Deposits**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF JUSSI TORNE

I, JUSSI TORNE, make this Declaration and state as follows:

1.     My name is JUSSI TORNE. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, _SLIEMA_ , _MALTA_
                                                 City                  State

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____         _27.6.2016_
JUSSI TORNE                                      Date

Case 9:19-cv-80080-KAM    Document 58-6    Entered on FLSD Docket 02/06/2020    Page 76 of 85

# Cryptsy

Jan 15th 06:26AM EDT

Tier 2 (upgrade)

Support

✓ You have been successfully logged in

| Dash | Price 0.00682957 BTC | Dogecoin | Price 0.00000046 BTC | LiteCoin | Price 0.00769900 BTC | EarthCoin | Price 0.00000023 BTC | Coin Sponsor Program |
|------|------|------|------|------|------|------|------|------|
| | Price Change +10.079% | | Price Change 0.000% | | Price Change +0.261% | | Price Change -4.167% | |

Cryptsy Points          0.32976458
14 Day Volume          0.000 BTC
Estimated Acct BTC Value          1.38088588

Enter Cryptsy Drawing Here

## Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|----------|---------|------------|
| BTC | 1.16204109 | 427.93487344 |
| BTCD | 30.00000000 | 0.00189300 |
| EUR | 0.0005185 | 0.00390553 |
| XRP | 128.79524500 | 0.00000000 |
| WDC | 8726.15274000 | 0.00001857 |

## Your Watchlist

| BTC/USD | -0.02% | 427.93487344 |
| BTCD/BTC | -5.33% | 0.00189300 |
| DASH/BTC | 10.08% | 0.00682957 |
| WDC/BTC | -3.78% | 0.00001857 |
| XRP/BTC | 4.84% | 0.00001148 |

Market    Fiat  BTC  LTC  XRP

BTC Markets          Find:

| HUC/BTC | 0.00% | 0.00000526 |
| LGBTQ/BTC | -52.28% | 0.00000262 |
| LIMX/BTC | 0.00% | 0.00000256 |

## Sign up for a Cryptsy Prepaid Debit Card

To offer our verified customers an additional option for withdrawing funds, we are taking pre-orders for Cryptsy-branded prepaid debit cards.

Find out more about the Cryptsy Prepaid Debit Card Program

Special benefits are offered with this program, including, for the first 2000 customers that sign up, a lifetime withdrawal discount for FIAT to 0.5%. Each customer taking advantage of this program will also receive one month free pro account access.

## Cryptsy Markets

| 24 Hour Volume | BTC: 128.04 BTC | LTC: 9.80 BTC | XRP: 3.79 BTC | Fiat: 4.68 BTC | Total: 146.3111 BTC |
|---|---|---|---|---|---|

Display Markets:    All    BTC    LTC    XRP

Search:

| Market | 24hr Vol BTC | Price | 24hr High | 24hr Low | 24hr Change |
|--------|--------------|-------|-----------|----------|-------------|
| 42/XRP | 0.56422786 | 137997.00000000 | 137997.00000000 | 106252.08834586 | 0.29876977 |
| UNO/BTC | 0.54625914 | 0.00535001 | 0.00599999 | 0.00534999 | -0.10833018 |
| XPY/BTC | 0.48661322 | 0.00006116 | 0.00006696 | 0.00006021 | -0.08429406 |
| DASH/XRP | 0.44820278 | 601.00000000 | 601.00000000 | 584.00000000 | 0.02910959 |
| POT/BTC | 0.40918243 | 0.00000193 | 0.00000205 | 0.00000192 | -0.03500000 |
| MN/BTC | 0.40239485 | 0.00039998 | 0.00042000 | 0.00036000 | 0.05255125 |
| IXC/BTC | 0.35901653 | 0.00007800 | 0.00008750 | 0.00007760 | 0.00463679 |
| ELC/BTC | 0.31264534 | 0.00009099 | 0.00009100 | 0.00008765 | 0.03810610 |
| MAX/BTC | 0.29910612 | 0.00001007 | 0.00001190 | 0.00001000 | -0.08204193 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

### DECLARATION OF ERIK VILLEGAS

    I, ERIK VILLEGAS, make this Declaration and state as follows:

    1.    My name is ERIK VILLEGAS. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

    2.    I live in, and am a resident and citizen of, San Jose, California.

    3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

    4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time Cryptsy has failed to respond to any of my communications or demands.

    5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

    Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      6/23/2016
ERIK VILLEGAS                            Date





12:50 PM
1/18/2016

BTC-E | Bitcoin Exchange | xBTCe Demo - The Leadi | Cryptsy Blog | Collective Lawsuit : crypts | New Password - [redacted] | Cryptsy - Account Balance

https://cryptsy.com/users/balances

Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello erik

Jan 18th 03:49PM EDT

Tier 2 (upgrade)

Support

| | |
|---|---|
| Cryptsy Points | 41.29273893 |
| 14 Day Volume | 0.497 BTC |
| Estimated Acct BTC Value | 5.93954545 |

Enter Cryptsy Drawing Here

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| 007 | 5566.15651356 | 0.00000345 |
| 42 | 0.02000000 | 0.00000000 |
| 8BIT | 300.00000000 | 0.00007523 |
| ACOIN | 1000.00000000 | 0.00000412 |
| AGS | 25000.00000000 | 0.00000063 |
| AERO | 5000.00000000 | 0.00000275 |
| ALN | 50000.35663466 | 0.00000015 |

Your Watchlist

| | | |
|---|---|---|
| EFL/BTC | 0.00% | 0.00005000 |
| FIBRE/BTC | 0.00% | 0.00018316 |

| LiteCoin | LiteCoin | LiteCoin | BitCoin |
|---|---|---|---|
| Price 3.28895000 USD | Price 0.00769900 BTC | Price 665.00000000 XRP | Price 427.93487344 USD |
| Price Change 0.000% | Price Change 0.000% | Price Change 0.000% | Price Change 0.000% |

Coin Sponsor Program

View All Deposits | View All Withdrawals | View All Transfers In | View All Transfers Out

Click a currency name below for Deposit, Withdrawal, and other available actions

## Fiat Balances

Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | Actions |
|---|---|---|---|---|
| Canadian Dollar | CAD | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |
| Euro | EUR | 0.00000000 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |
| US Dollar | USD | 1.37041200 | 0.00000000 | [Deposit Funds] [Withdraw Funds] |

## Crypto Balances

Show All Accounts Withdraw Limit $2000

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| 007 | 007 | 5,566.15651356 | 0.00000000 | 0.01920324 | 0.00000000 |
| 42Coin | 42 | 0.02000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 8Bit | 8BIT | 300.00000000 | 0.00000000 | 0.02256900 | 0.00000000 |
| Acoin | ACOIN | 1,000.00000000 | 0.00000000 | 0.00412000 | 0.00000000 |

Activate Windows
Go to PC settings to activate Windows

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FIBRE/BTC | 0.00% | 0.00018316 | ⊘ Acoin | ACOIN | 1,000.00000000 | 0.00000000 | 0.00412000 | 0.00000000 |
| FLO/LTC | 0.00% | 0.00013028 | ⊘ Aegis | AGS | 25,000.00000000 | 0.00000000 | 0.01575000 | 0.00000000 |
| HYP/BTC | 0.00% | 0.00000128 | ⊘ AeroCoin | AERO | 5,000.00000000 | 0.00000000 | 0.01375000 | 0.00000000 |
| IOC/BTC | 0.00% | 0.00006677 | ⊘ Aiden | AIDEN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LIMX/BTC | 0.00% | 0.00000256 | ⊘ AlienCoin | ALN | 50,000.35663466 | 0.00000000 | 0.00750005 | 0.00000000 |
| LXC/BTC | 0.00% | 0.00001561 | ⊘ AlphaCoin | ALF | 80,000.00000000 | 0.00000000 | 0.01440000 | 0.00000000 |
| MAPC/BTC | 0.00% | 0.00000141 | ⊘ AmberCoin | AMBER | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MAX/BTC | 0.00% | 0.00001007 | ⊘ AmericanCoin | AMC | 50,000.00000000 | 0.00000000 | 0.01200000 | 0.00000000 |
| MNE/BTC | 0.00% | 0.00000070 | ⊘ AndroidsTokensV2 | ADT | 72,000.00000000 | 0.00000000 | 0.00005040 | 0.00000000 |

Market   Fiat  BTC  LTC  XRP ⊖

| ∠BTC Markets | | Find: | ⊘ AnonCoin | ANC | 50.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
|---|---|---|---|---|---|---|---|
| | | | ⊘ ApexCoin | APEX | 2,000.00000000 | 0.00000000 | 0.01654000 | 0.00000000 |
| 007/BTC | 0.00% | 0.00000345 | ⊘ Archcoin | ARCH | 50.00000000 | 0.00000000 | 0.00340850 | 0.00000000 |
| 42/BTC | 0.00% | 1.57500000 | ⊘ Argentum | ARG | 3,000.00000000 | 0.00000000 | 0.01350000 | 0.00000000 |
| 8BIT/BTC | 0.00% | 0.00007523 | ⊘ Aricoin | ARI | 50,000.00000000 | 0.00000000 | 0.02000000 | 0.00000000 |
| AC/BTC | 0.00% | 0.00000266 | ⊘ AsiaCoin | AC | 10,000.00000000 | 0.00000000 | 0.02660000 | 0.00000000 |
| ACOIN/BTC | 0.00% | 0.00000412 | ⊘ AsicCoin | ASC | 13,250.00000000 | 0.00000000 | 0.00035775 | 0.00000000 |
| AERO/BTC | 0.00% | 0.00000275 | ⊘ AuroraCoin | AUR | 50.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AGS/BTC | 0.00% | 0.00000063 | ⊘ Axiom | AXIOM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AIDEN/BTC | 0.00% | 0.00000115 | ⊘ Axron | AXR | 3,000.00000000 | 0.00000000 | 0.00747000 | 0.00000000 |
| ALF/BTC | 0.00% | 0.00000018 | ⊘ BancorCoin | BNCR | 5,000.00000000 | 0.00000000 | 0.00250000 | 0.00000000 |
| ALN/BTC | 0.00% | 0.00000015 | ⊘ BatCoin | BAT | 1,000,000.00000000 | 0.00000000 | 0.00050000 | 0.00000000 |
| AMBER/BTC | 0.00% | 0.00007624 | | | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

       Defendants.

_____/

### DECLARATION OF STERLING WOODARD

I, STERLING WOODARD, make this Declaration and state as follows:

1.    My name is STERLING WOODARD.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, __Johns Creek__ , __GA__
                                             City                State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       06/23/2016
STERLING WOODARD                          Date

| Unobtanium |  | **0.101808 51 UNO** | 2015-09-27 18:50:46 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001889 09 UNO** | 2015-08-24 21:18:15 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001093 04 UNO** | 2015-08-24 17:27:05 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001031 23 UNO** | 2015-08-24 08:49:52 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001035 33 UNO** | 2015-08-24 07:19:41 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001624 79 UNO** | 2015-08-24 05:02:34 |



| | | | |
|---|---|---|---|
| UNO | TrxID: | | |
| Unobtanium | | **0.001113 24 UNO** | 2015-08-24 03:50:48 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001705 40 UNO** | 2015-08-23 22:21:14 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001592 25 UNO** | 2015-08-23 18:28:21 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001687 17 UNO** | 2015-08-23 15:41:35 |
| UNO | TrxID: | | |
| Unobtanium | | **0.001027 59 UNO** | 2015-08-23 14:26:55 |
| UNO | TrxID: | | |
| Unobtanium | uMxUgC8ZsV5hEEWJJmDMW | **0.001243** | 2015-08-23 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF YANSHUI YIN**

      I, YANSHUI YIN, make this Declaration and state as follows:

      1.    My name is YANSHUI YIN.   I am over the age of 18-years old, and am of sound mind and body.   I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.    I live in, and am a resident and citizen of, _Tucson_ , _Arizona_
                                                          City                State

      3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.   Further, since that time Cryptsy has failed to respond to any of my communications or demands.

      5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       _06/24/2016_
YANSHUI YIN                              Date

Inbox (3) - yinyanshui2@
Cryptsy - Dashboard
https://cryptsy.com/users/dashboard
Apps temp Imported From IE 85749 weahter tx-chrono Sign In Xamarin Free Hotmail M Other bookmarks
Cryptsy
Home Dashboard Balances Orders Triggers Trades Vote Tools Hello Yanshui
Jan 26th 11:34AM EDT
You have been successfully logged in
Tier 0 (upgrade)
Support
Important System Notification
Cryptsy Announcement: http://blog.cryptsy.com/ ALL trading and deposits are OFF. More wallets opened for withdrawal 1/25/2016
I've read this!
Cryptsy Points 0.76784000
14 Day Volume 0.000 BTC
Estimated Acct BTC Value 0.00082742
Enter Cryptsy Drawing Here
LiteCoin Price 3.28895000 USD Price Change 0.000%
LiteCoin Price 0.00769900 BTC Price Change 0.000%
LiteCoin Price 665.00000000 XRP Price Change 0.000%
BitCoin Price 427.93487344 USD Price Change 0.000%
Coin Sponsor Program
Account Balances
CURRENCY BALANCE LAST PRICE
BTC 0.00080430 427.93487344
DOGE 4600000.00000000 0.00000000
Sign up for the Cryptsy Weekly Newsletter
Receive our weekly email newsletter to find out the latest news, status, plans and more...
You may opt in to receive the email on your Account Settings page
Sign up for the Weekly Newsletter
Your Watchlist
Your Dashboard
Market Fiat BTC LTC XRP
24 Hour Volume BTC: 0.00 BTC LTC: 0.00 BTC XRP: 0.00 BTC Fiat: 0.00 BTC Total: 0.0000 BTC
BTC Markets Find:
Your Watchlist All Markets
007/BTC 0.00% 0.00000345
42/BTC 0.00% 1.57500000
8BIT/BTC 0.00% 0.00007523
AC/BTC 0.00% 0.00000266
ACOIN/BTC 0.00% 0.00000412
AERO/BTC 0.00% 0.00000275
AGS/BTC 0.00% 0.00000063
AIDEN/BTC 0.00% 0.00000115
ALF/BTC 0.00% 0.00000018
ALN/BTC 0.00% 0.00000015
AMBER/BTC 0.00% 0.00007624
Remove All Select All Unselect All Remove Selected Markets Search:
Market Currency 24hr Vol BTC Price 24hr High 24hr Low
No markets on your watchlist, you may add them from the All Markets tab.
Your Top Account Balances
View All
4.6m DOGECOIN
0.768 CRYPTSYPOINTS
0.001 BITCOIN

Inbox (3) - yinyanshui2@... | Cryptsy - Trade History

https://cryptsy.com/users/tradehistory

Apps | temp | Imported From IE | 85749 weahter | tx-chrono | Sign In | Xamarin | Free Hotmail | M | Other bookmarks

Cryptsy®

Home | Dashboard | Balances | Orders | Triggers | Trades | Vote | Tools | Hello Yanshui

Jan 26th 11:37AM EDT

Tier 0 (upgrade)

Support

## Important System Notification

Cryptsy Announcement: http://blog.cryptsy.com/ ALL trading and deposits are OFF. More wallets opened for withdrawal 1/25/2016

I've read this!

| | |
|---|---|
| Cryptsy Points | 0.76784000 |
| 14 Day Volume | 0.000 BTC |
| Estimated Acct BTC Value | 0.00082742 |

Enter Cryptsy Drawing Here

LiteCoin Price 3.28895000 USD Price Change 0.000%

LiteCoin Price 0.00769900 BTC Price Change 0.000%

LiteCoin Price 665.00000000 XRP Price Change 0.000%

BitCoin Price 427.93487344 USD Price Change 0.000%

Coin Sponsor Program

Account Balances

| CURRENCY | BALANCE | LAST PRICE |
|---|---|---|
| BTC | 0.00080430 | 427.93487344 |
| DOGE | 4600000.00000000 | 0.00000000 |

Your Watchlist

Market Fiat BTC LTC XRP

BTC Markets Find:

| | | |
|---|---|---|
| 007/BTC | 0.00% | 0.00000345 |
| 42/BTC | 0.00% | 1.57500000 |
| 8BIT/BTC | 0.00% | 0.00007523 |
| AC/BTC | 0.00% | 0.00000266 |
| ACOIN/BTC | 0.00% | 0.00000412 |
| AERO/BTC | 0.00% | 0.00000275 |
| AGS/BTC | 0.00% | 0.00000063 |
| AIDEN/BTC | 0.00% | 0.00000115 |
| ALF/BTC | 0.00% | 0.00000018 |
| ALN/BTC | 0.00% | 0.00000015 |
| AMBER/BTC | 0.00% | 0.00007624 |

## Trade History (Last 200)

Show 25 entries Search:

| Date/Action/Market | Price | Quantity | Fee | Net Total |
|---|---|---|---|---|
| 2014-01-22 04:32:19 Buy DOGE/BTC | 0.00000188 BTC | 1000000.00000000 DOGE | 0.003760000 BTC | 1.88376000 BTC |
| 2014-01-21 13:42:36 Buy DOGE/BTC | 0.00000201 BTC | 1000000.00000000 DOGE | 0.004020000 BTC | 2.01402000 BTC |
| 2014-01-21 00:40:21 Buy DOGE/BTC | 0.00000268 BTC | 1600000.00000000 DOGE | 0.008576000 BTC | 4.29657600 BTC |
| 2014-01-20 16:15:00 Buy DOGE/BTC | 0.00000142 BTC | 299748.04262829 DOGE | 0.000851280 BTC | 0.42649350 BTC |
| 2014-01-20 16:14:39 Buy DOGE/BTC | 0.00000142 BTC | 115000.00000000 DOGE | 0.000326600 BTC | 0.16362660 BTC |
| 2014-01-20 15:50:46 Buy DOGE/BTC | 0.00000142 BTC | 586251.95737171 DOGE | 0.001662120 BTC | 0.83271990 BTC |



