Exhibit A2

# Index of Declarations

| Name | Page |
|---|---|
| Marlena Caver | 2 |
| Zahi Darwazeh | 7 |
| Scott DeGuilo | 10 |
| Dimitri D'homme | 30 |
| Kenneth Flood | 34 |
| Chris Gonsalves | 39 |
| Matthew Hunt | 46 |
| Jay Keim | 50 |
| John Kilday | 52 |
| Javier Hermosa Martin | 59 |
| Bethany Meas | 61 |
| Johnathan Naly | 68 |
| Eric Olson | 71 |
| Sadiki Pryce | 73 |
| John Rice | 76 |
| Gihann Selvadurai | 78 |
| Robert Shearer | 80 |
| Carl Weimer | 83 |
| Evan Wood | 102 |
| Issa Yattassaye | 104 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

**DECLARATION OF MARLENA CARVER**

I, MARLENA CARVER, make this Declaration and state as follows:

1.  My name is MARLENA CARVER. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.  I live in, and am a resident and citizen of, Marietta, Georgia.

3.  I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.  Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.  I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Marlena E. Carver*                   07/14/2016
MARLENA CARVER                          Date

From: **Cryptsy** <support@cryptsy.com>
Date: Thu, Jan 21, 2016 at 5:1...
Subject: Confirm Your Withdrawal
To: ▉▉▉▉▉▉▉▉▉▉

Hi Marlena,

This email is to confirm your withdrawal request at Cryptsy

Username: ▉▉▉▉▉▉▉
Net Amount of Withdrawal: 387.35577241 BLK
Withdrawal Address: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

You will need to confirm this request by clicking the following link:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*

Marlena Carver

From: **Cryptsy.com** <support@cryptsy.com>
Date: Thu, Nov 5, 2015 at 10:27 AM
Subject: Re: [ ▓▓▓▓ ] pending btc withdraw
To: ▓▓▓▓▓▓▓▓▓▓

Hello Marlena,

The withdrawal transaction has been released from the blockchain.

| Requested Date | Currency | Send to Address | Amount | Fee / Net Withdrawal | Confirmation Info | Processed | Action |
|---|---|---|---|---|---|---|---|
| 2015-11-04 19:12:10 | BitCoin | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.03364523 BTC | (0.00116823 BTC) 0.03247700 BTC | Confirmed: Yes Date: 2015-11-04 19:12:20 | Yes | |
| TrxID: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |

Sorry for the delay and thank you kindly for your patience.

Sincerely,
Karen
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Karen's Trade Key
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

> On Wed, 4 Nov at 7:25 PM , Marlena <▓▓▓▓▓▓▓▓▓▓▓> wrote:
> can you cancel my last btc withdraw please my timer ran out

Marlena Carver

From: **Cryptsy** <support@cryptsy.com>
Date: Wed, Sep 30, 2015 at 9:40 PM
Subject: Confirm Your Withdrawal
To: ▮▮▮▮▮▮▮▮▮▮

Hi Marlena,

This email is to confirm your withdrawal request at Cryptsy

Username: ▮▮▮▮▮▮▮
Net Amount of Withdrawal: 0.02885 BTC
Withdrawal Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

You will need to confirm this request by clicking the following link:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*

Marlena Carver

From: **Cryptsy** <support@cryptsy.com>
Date: Sun, Aug 9, 2015 at 5:38 PM
Subject: Confirm Your Withdrawal
To: █████████

Hi Marlena,

This email is to confirm your withdrawal request at Cryptsy

Username: █████████
Net Amount of Withdrawal: 10000000 HTML5
Withdrawal Address: ████████████████████████████

You will need to confirm this request by clicking the following link:

████████████████████████████████████████████████████████████

If you did not make this request, then do not click this link and contact support immediately.

Cryptsy

Marlena Carver

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF ZAHI DARWAZEH

I, ZAHI DARWAZEH, make this Declaration and state as follows:

1. My name is ZAHI DARWAZEH. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, San Francisco, CA (City, State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      July 1 2016
ZAHI DARWAZEH                                        Date





