UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

## DECLARATION OF SCOTT DEGUILO

I, SCOTT DEGUILO, make this Declaration and state as follows:

1. My name is SCOTT DEGUILO. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Green Brook, New Jersey.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       June 20, 2016
SCOTT DEGUILO                                            Date

**Scott DeGuilo**

| | |
|---|---|
| **From:** | support@cryptsy.com on behalf of Cryptsy <support@cryptsy.com> |
| **Sent:** | Thursday, August 13, 2015 7:32 AM |
| **To:** | Scott DeGuilo |
| **Subject:** | Confirmation of Registration |

Hi Scott,

Thank you for creating an account at Cryptsy.

You have been registered with the username: ▇▇▇▇▇▇

Please activate your account by going to the following URL:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇

*Cryptsy*

**Scott DeGuilo**

| | |
|---|---|
| **From:** | support@cryptsy.com on behalf of Cryptsy <support@cryptsy.com> |
| **Sent:** | Thursday, August 13, 2015 7:43 AM |
| **To:** | Scott DeGuilo |
| **Subject:** | Successful Authentication from ▓▓▓▓▓▓ |

Hi Scott,

This email is to notify you of a successful login on your account at Cryptsy

Username: ▓▓▓▓▓▓
IP Address: ▓▓▓▓▓▓

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:

Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：

Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

[Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу](#)

*Cryptsy*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF DIMITRI DHOMME

I, DIMITRI DHOMME, make this Declaration and state as follows:

1. My name is DIMITRI DHOMME. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __NINOVE__ (City), __BELGIUM, EUROPE__ (State)

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__DIMITRI DHOMME__     /s/ Dimitri Dhomme        Date    23/08/2016





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF KEN FLOOD

I, KEN FLOOD, make this Declaration and state as follows:

1. My name is KEN FLOOD. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __NORTH PORT__ (City), __FL__ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Kenneth E. Flood_          6/22/16
KEN FLOOD                     Date

**From:** support@cryptsy.com
**Sent:** Wed 12/23/2015 11:00 AM
**To:**
**Cc:**
**Subject:** Confirm Your Withdrawal

Hi Kenneth,

This email is to confirm your withdrawal request at Cryptsy

Username:
Net Amount of Withdrawal: 99.495 LTC
Withdrawal Address:

You will need to confirm this request by clicking the following link:

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*

From: support@cryptsy.com
Sent: Fri 12/11/2015 12:05 AM
Subject: Confirm Your Withdrawal

Hi Kenneth,

This email is to confirm your withdrawal request at Cryptsy

Username: [redacted]
Net Amount of Withdrawal: 0.741808 BTC
Withdrawal Address: [redacted]

You will need to confirm this request by clicking the following link:

[redacted]

If you did not make this request, then do not click this link and contact support immediately.

Cryptsy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

     Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

     Defendants.
_____/

**DECLARATION OF CHRIS GONSALVES**

I, CHRIS GONSALVES, make this Declaration and state as follows:

1.    My name is CHRIS GONSALVES. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, __Mamaroneck__ (City), __New York__ (State)

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.    I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

     Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Chris Gonsalves*                            6/21/16
CHRIS GONSALVES                          Date

support@cryptsy.com

More

Christopher Aubrey
[redacted]
Google+ Profile – Privacy
Change
My Account
Add account
Sign out

Cryptsy.com
Add to circles
support@cryptsy.com
Hangout with Cryptsy.
Start a video call with Cryptsy.

| | | | |
|---|---|---|---|
| support, me (3) | Inbox | Re: [redacted] Update on funds - support@cryptsy.com> wrote: Thank you for your inquiry, Cryptsy is currently in maintenance while we make some back | |
| Cryptsy.com, me (2) | Inbox | Ticket Received - [redacted] Update on funds - support@cryptsy.com> wrote: Dear Chris Gonsalves, We would like to acknowledge that we have received your request | |
| Cryptsy.com | Inbox | Ticket Resolved - [redacted] withdrawal of ether not going through - Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted]) has been Resolved. If | |
| Cryptsy.com (2) | Inbox | Your Ticket has been closed - We assume your issue is resolved after waiting for a response from you for 5 days. We are guessing | Mar 22 |
| Cryptsy.com | Inbox | Ticket Resolved - [redacted] Withdraw not going through - Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted]) has been Resolved. If | Mar 22 |
| support | Inbox | Re: [redacted] withdrawal of ether not going through - Currently we are experiencing problems with our withdrawal system. BTC LTC DASH BTCD DOGE and few | Mar 17 |
| support | Inbox | Re: [redacted] Withdraw not going through - Currently we are experiencing problems with our withdrawal system. BTC LTC DASH BTCD DOGE and few | Mar 17 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] withdrawal of ether not going through - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | Mar 13 |
| support | Inbox | Re: [redacted] tier upgrade - Currently we are experiencing problems with our withdrawal system. If you place a withdrawal for BTC | Mar 9 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] Withdraw not going through - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | Mar 9 |
| Cryptsy.com, me (4) | Inbox | Re: [redacted] Log in to see my ether - support@cryptsy.com> wrote: Hello Chris, 2FA has been deactivated. Kindly delete any emails containing your security | Mar 3 |
| Cryptsy.com | Inbox | Ticket Resolved - [redacted] Log in to see my ether - Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted]) has been Resolved. If | Mar 3 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] Log in to see my ether - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | Mar 3 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi David, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | Feb 28 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] tier upgrade - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | Feb 28 |
| support, me (5) | Inbox | Re: [redacted] Tier 1 - Currently we are experiencing problems with our withdrawal system. If you place a withdrawal for BTC | Feb 23 |
| Cryptsy.com, me (2) | Inbox | Ticket Received - [redacted] tier upgrade - support@cryptsy.com> wrote: Dear Chris Gonsalves, We would like to acknowledge that we have received your request | Feb 16 |
| support, me (8) | Inbox | Re: [redacted] withdrawing my ether - Please see http://blog.cryptsy.com/ for current and future updates. | Jan 27 |
| Cryptsy.com, me (6) | Inbox | Re: [redacted] Ripple deposit not showing up - support@cryptsy.com> wrote: Hello Chris, We would like to let you know your deposit has now posted. We apologize for | 10/30/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 10/11/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 9/1/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 8/23/15 |
| **Cryptsy.com** | Inbox | **Re: [redacted] withdraw issue** - Hello Chris, It seems that the XRP withdrawal has been stuck.We cancelled the withdrawal and return | **8/20/15** |
| Cryptsy (2) | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 8/20/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 8/14/15 |
| Cryptsy.com | Inbox | Re: [redacted] Ether Deposit - Hello Chris, Thank you for contacting us about this issue. The deposit transaction has been posted in | 8/14/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 8/14/15 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] Ether Deposit - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | 8/13/15 |
| Cryptsy.com | Inbox | Ticket Resolved - [redacted] Ripple withdrawal not going through - Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted] has been Resolved. If | 8/11/15 |
| Cryptsy.com | Inbox | Re: [redacted] Ripple withdrawal not going through - support@cryptsy.com> wrote: Hello Chris, We apologize for any inconvenience this may cause. To better assist you, | 8/11/15 |
| Cryptsy.com, me (2) | Inbox | Re: [redacted] Ripple withdrawal not going through - support@cryptsy.com> wrote: Hello Chris, We apologize for any inconvenience this may cause. To better assist you, | 8/4/15 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] Ripple withdrawal not going through - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | 7/31/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy Username [redacted] Net | 7/30/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 6/30/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 6/26/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 5/25/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 5/17/15 |
| Cryptsy.com | Inbox | Ticket Resolved - [redacted] Withdrawal didn't go through - Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted]) has been Resolved. If | 5/4/15 |
| Cryptsy.com (2) | Inbox | Re: [redacted] Withdrawal didn't go through - support@cryptsy.com> wrote: Hello Chris, I am sorry for the inconvenience this may have caused you. I will escalate | 5/4/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 5/3/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 4/21/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 4/20/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 4/10/15 |
| Cryptsy.com (2) | Inbox | Re: [redacted] withdrawl - support@cryptsy.com> wrote: Hello Chris, Thank you for contacting Cryptsy. I have escalated this ticket to our tech | 4/8/15 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] Withdrawal didn't go through - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | 4/6/15 |
| Cryptsy.com | Inbox | Ticket Received - [redacted] withdrawl - Dear Chris Gonsalves, We would like to acknowledge that we have received your request and a ticket | 4/3/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 4/3/15 |
| Cryptsy | Inbox | Confirm Your Withdrawal - Hi Chris, This email is to confirm your withdrawal request at Cryptsy.com Username [redacted] Net | 3/7/15 |
| Cryptsy.com | Inbox | Ticket Resolved - [redacted] Withdrawal didn't go through - Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted]) has been Resolved. If | 3/1/15 |
| Cryptsy.com (3) | Inbox | Re: [redacted] Withdrawal didn't go through - support@cryptsy.com> wrote: Dear Chris Gonsalves, Our Support Rep has indicated that your Ticket [redacted]) has been | 2/24/15 |

Improve result with search options such as sender, date, size and more.

Activate Windows
Go to Settings to activate Windows.

14.68 GB (86%) of 17 GB used

Terms - Privacy

Take me to Inbox

nd Windows

1:31 AM
7/22/2016

