UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

**DECLARATION OF MATTHEW HUNT**

I, MATTHEW HUNT, make this Declaration and state as follows:

1. My name is MATTHEW HUNT. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Marietta, Georgia.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Matthew D Hunt*                                     07/14/2016
_____      _____
MATTHEW HUNT                                               Date

**From:** support@cryptsy.com <support@cryptsy.com> on behalf of Cryptsy <support@cryptsy.com>
**Sent:** Friday, December 11, 2015 12:43 PM
**To:** ▮
**Subject:** Confirm Your Withdrawal

Hi matthew,

This email is to confirm your withdrawal request at Cryptsy

Username: ▮
Net Amount of Withdrawal: 1.388 LTC
Withdrawal Address: ▮

You will need to confirm this request by clicking the following link:

▮

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

Marlena Carver

From: support@cryptsy.com <support@cryptsy.com on behalf of Cryptsy Support @cryptsy.com>
Sent: Friday, January 22, 2016 4:28 PM
To: ▮
Subject: New Password

Hi matthew,

Your password reset is complete at Cryptsy.com for username: ▮

Your new password is: ▮

This is only a temporary password, you will need to change your password IMMEDIATELY upon logging into your account.

Please note - when resetting your password your account will not be allowed to withdrawal or transfer out any funds for 24 hours as a security precaution.

Cryptsy

Marlena Carver

**From:** support@cryptsy.com
**Sent:** Thursday, January 21, 2016 6:38 PM
**To:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Subject:** Successful Authentication from 71.56.65.98

Hi matthew,

This email is to notify you of a successful login on your account at Cryptsy

Username: ▆▆▆▆▆▆
IP Address: ▆▆▆▆▆▆

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

*Cryptsy*

Marlena Carver

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF JAY KEIM

I, JAY KEIM, make this Declaration and state as follows:

1. My name is JAY KEIM. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, _Lawrence,_ (City) _Kansas_ (State)

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
JAY KEIM

__06/22/2016__
Date



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF JOHN KILDAY

I, JOHN KILDAY, make this Declaration and state as follows:

1. My name is JOHN KILDAY. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, San Francisco, CA.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       6.20.16
JOHN KILDAY                                         Date

**From:** El Tres Cubano
**Sent:** Tue 6/28/2016 12:40 AM
**To:**
**Cc:**
**Subject:** Fwd: Successful Authentication from

Begin forwarded message:

**From:** Cryptsy <support@cryptsy.com>
**Subject: Successful Authentication from**
**Date:** July 16, 2014 at 7:58:09 PM PDT
**To:**

Hi john,

This email is to notify you of a successful login on your account at Cryptsy.com

Username:
IP Address:

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

Cryptsy

This is from John Kilday

Begin forwarded message:

**From:** Cryptsy <support@cryptsy.com>
**Subject: Confirmation of Registration**
**Date:** March 7, 2014 at 9:46:23 AM PST
**To:** ████████████

Hi john,

Thank you for creating an account at Cryptsy.com.

You have been registered with the username: ████████

Please activate your account by going to the following URL:

████████████████████████████████████████████████████████████████

Cryptsy

Fwd: Unsuccessful Login Attempt from ▇▇▇▇▇ - Message (HTML)

**From:** Human Being <▇▇▇▇▇>
**Sent:** Tue 6/28/2016 12:41 AM
**To:** ▇▇▇▇▇
**Cc:**
**Subject:** Fwd: Unsuccessful Login Attempt from ▇▇▇▇▇

This is from John Kilday

Begin forwarded message:

**From:** Cryptsy <support@cryptsy.com>
**Subject: Unsuccessful Login Attempt from** ▇▇▇▇▇
**Date:** July 16, 2014 at 7:56:57 PM PDT
**To:** ▇▇▇▇▇

Hi john,

This email is to notify you of an unsuccessful login attempt on your account at Cryptsy.com

Username: ▇▇▇▇▇
IP Address: ▇▇▇▇▇

Many time this can be accidental. But if you suspect somebody is trying to hack your account, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

Cryptsy

From: Human Being
Sent: Tue 6/28/2016 12:41 AM
Subject: Fwd: Password Reset Request

from John Kilday

Begin forwarded message:

**From:** Cryptsy <support@cryptsy.com>
**Subject: Password Reset Request**
**Date:** July 16, 2014 at 7:57:28 PM PDT
**To:** eltrescubano@mac.com

Hi john,

You have requested a password reset at Cryptsy.com for username:

To reset your password, please go to the following URL:

https://www.cryptsy.com/users/resetpassword/M24zazJjT2VmeU00Z2RpMm1NZFZsZX1ES04wUXRodTVPVmZyTlZ6TFVwM0t5bWl4RHNaY0pLNmpYd01KVGJpQU5zY1ZqR29vMmIzUnR2OTRYWlpSQUU9PQ==

Please note - when resetting your password your account will not be allowed to withdrawal or transfer out any funds for 24 hours as a security precaution.

Cryptsy

**From:** Human Being
**Sent:** Tue 6/28/2016 12:41 AM
**Subject:** Fwd: New Password

from John Kilday

Begin forwarded message:

**From:** Cryptsy <support@cryptsy.com>
**Subject: New Password**
**Date:** July 16, 2014 at 7:57:37 PM PDT
**To:**

Hi john,

Your password reset is complete at Cryptsy.com for username:

Your new password is:

This is only a temporary password, you will need to change your password IMMEDIATELY upon logging into your account.

Please note - when resetting your password your account will not be allowed to withdrawal or transfer out any funds for 24 hours as a security precaution.

Cryptsy

From: Human Being
Sent: Tue 6/28/2016 2:28 AM
Subject: Fwd: Your Verification Application

**From:** Cryptsy Verifications <verifications@cryptsy.com>
**Subject: Your Verification Application**
**Date:** August 8, 2014 at 9:23:22 AM PDT
**To:**
**Reply-To:** verifications@cryptsy.com

Type your response ABOVE THIS LINE to reply

**JOHN KILDAY**
**Subject:** Your Verification Application

AUG 08, 2014 | 12:23PM EDT
**Cyndi** replied:

Hello John,

It has been more than 5 days since we have heard from you.

If you are still interested in verifying your Cryptsy account, please upload the following to your verification application:

—A clear image of just your ID in proper lighting. Please ensure that the image of your ID is in color, that all information on the ID is visible and readable, that there are no glares or a reflective flash on the ID, and that all four corners of the ID are shown in the image. Also be sure the image is in JPEG, PNG, or PDF file format and the file size is less than 2 MB.

This message was sent to