**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF JAVIER HERMOSA MARTIN

I, JAVIER HERMOSA MARTIN, make this Declaration and state as follows:

1.      My name is JAVIER HERMOSA MARTIN.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.      I live in, and am a resident and citizen of, Berlin, Germany.

3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.      The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____     23rd June 2016
JAVIER HERMOSA MARTIN                 Date

Hi Javier,

This email is to confirm your withdrawal request at Cryptsy

Username: Hache
Net Amount of Withdrawal: 326.98714024 LTC
Withdrawal Address: LQ14rBrXtaHQMJwqn7tuRNfXbkAc2ah27i

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/ZjgybTZlRVczOXV2SVJFNnNOZWdxSXByYW5OMXUxY1FFcDY4WEh5d0RCZz0=

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

     Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

     Defendants.

_____/

## DECLARATION OF BETHANY MEAS

I, BETHANY MEAS, make this Declaration and state as follows:

1.    My name is BETHANY MEAS. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, _Santa Ana_, _CA_
                                                      City        State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.    I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____         _6/25/16_
BETHANY MEAS                            Date



On Tuesday, May 27, 2014 3:35 PM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username: ▮▮▮▮▮
Amount of Withdrawal: 18.995 LTC
Withdrawal Address: ▮▮▮▮▮▮▮▮▮▮

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/R2dIRHA0YmRBdzdxREFpMmRPemk1aDZKc2drYm1VUGpkaW93dWNPeU1ncz0=

If you did not make this request, then do not click this link and contact support immediately.


Cryptsy

---

On Tuesday, May 27, 2014 5:46 PM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username: ▮▮▮▮▮
Amount of Withdrawal: 449.9 QRK
Withdrawal Address: ▮▮▮▮▮▮▮▮▮▮

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/L1JUbGk0N0xrN0N5allNRnpYblExS3ZHU0VoVnkvbEI1d1FNdVdrQ2hVMD0=

If you did not make this request, then do not click this link and contact support immediately.


Cryptsy



On Tuesday, May 27, 2014 6:07 PM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username: ████████
Amount of Withdrawal: 0.9 QRK
Withdrawal Address: ████████████████

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/QkZgeGk0WXpzdXBEcG5OQytrMFJQMk9tT0dhOGRiL1A4QXFNL1pQai9vMD0=

If you did not make this request, then do not click this link and contact support immediately.

Cryptsy

On Saturday, May 31, 2014 11:39 AM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username: ████████
Amount of Withdrawal: 20.01 DRK
Withdrawal Address: ████████████████████

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/K3owUFdhZlFoN1kvNTJNc1ZlMUNLcklEenZVYjNZU2hNNEFMd3hiUUJBQT0=

If you did not make this request, then do not click this link and contact support immediately.

Cryptsy



On Saturday, May 31, 2014 3:14 AM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username:
Amount of Withdrawal: 14.99 DRK
Withdrawal Address:

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/MFQ0bDhDaEs0KzNWOFpGcG9RWHJmdFhvY3kvd2Q0VU9GVjJ4WjhlV3djST0=

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*

---

On Sunday, July 6, 2014 1:12 AM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to notify you of a successful login on your account at Cryptsy.com

Username:
IP Address

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

*Cryptsy*



On Saturday, July 12, 2014 11:38 PM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to notify you of a successful login on your account at Cryptsy.com

Username:
IP Address:

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

*Cryptsy*



On Saturday, May 31, 2014 7:48 AM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username:
Amount of Withdrawal: 20.01 DRK
Withdrawal Address:

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/MUtNUzBReGV0UUVSYkhHTlq3bTRnMnY0b1IybERqNzJMc2ZERHZxRzRYST0=

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*



On Saturday, May 31, 2014 6:12 PM, Cryptsy <support@cryptsy.com> wrote:

Hi bethany,

This email is to confirm your withdrawal request at Cryptsy.com

Username:
Amount of Withdrawal: 10 DRK
Withdrawal Address:

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/L0q0K1lWOEJpTUt6b25UR1c1dmYxV2dCWHk5Tk1oa3JLbHVHNDNYd2N6ND0=

If you did not make this request, then do not click this link and contact support immediately.

Cryptsy

On Saturday, June 7, 2014 2:57 PM, Coinbase <contact@coinbase.com> wrote:

Hi New User,
You just sent 2.00 BTC (worth $1,314.36 USD) to

You can view this transaction at any time from your account.
Kind regards,
The Coinbase Team

On Thursday, September 17, 2015 6:56 PM, Coinbase <contact@coinbase.com> wrote:

Hi New User,
You just sent 6.0000 BTC (worth $1,409.10 USD) to

You can view this transaction at any time from your account.
Kind regards,
The Coinbase Team

EARN FREE BITCOIN
by inviting your friends to Coinbase.



On Thursday, September 17, 2015 3:06 PM, Coinbase <contact@coinbase.com> wrote:

Hi New User,
You just sent 0.0010 BTC (worth $0.23 USD) to

You can view this transaction at any time from your account.
Kind regards,
The Coinbase Team

On Saturday, June 7, 2014 2:57 PM, Coinbase <contact@coinbase.com> wrote:

Hi New User,
You just sent 2.00 BTC (worth $1,314.36 USD) to

You can view this transaction at any time from your account.
Kind regards,
The Coinbase Team

© Coinbase 2014

bethany maas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF JOHNATAN NALY

I, JOHNATAN NALY, make this Declaration and state as follows:

1.    My name is JOHNATAN NALY.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, _LAUSANNE_ , _SWITZERLOND_
                                     City                   State Country

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.    I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____           23/06/2016
JOHNATAN NALY                                  Date



Confirmation of Registration - Message (HTML)

From: support@cryptsy.com
To:
Cc:
Subject: Confirmation of Registration

Sent: Sun 1/12/2014 8:34 AM

Hi Johnatan,

Thank you for creating an account at Cryptsy.com.

You have been registered with the username: ▮▮▮

Please activate your account by going to the following URL:

Cryptsy

Confirm Your Withdrawal - Message (HTML)

File    Message    Adobe PDF

From:       support@cryptsy.com                                                          Sent:  Thu 1/7/2016 5:16 PM
To:
Cc:
Subject:    Confirm Your Withdrawal

Hi Johnatan,

This email is to confirm your withdrawal request at Cryptsy

Username: ▮▮▮
Net Amount of Withdrawal: 0.28336884 BTC
Withdrawal Address: ▮▮▮▮▮▮▮▮▮▮▮▮

You will need to confirm this request by clicking the following link:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

Cryptsy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF ERIC OLSON**

      I, ERIC OLSON, make this Declaration and state as follows:

      1.     My name is ERIC OLSON.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.     I live in, and am a resident and citizen of, __Welch__, __MN__
                                                               City        State

      3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

      5.     I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Eric Olson_                 06/23/2016
ERIC OLSON                      Date

--------- Forwarded message ---------

From: **Cryptsy** <support@cryptsy.com>
Date: Tue, Feb 23, 2016 at 11:15 AM
Subject: Successful Authentication from ███████
To: ███████████████

Hi Eric,

This email is to notify you of a successful login on your account at Cryptsy

Username: ████████
IP Address: ████████

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

Cryptsy

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF SADIKI PRYCE

I, SADIKI PRYCE, make this Declaration and state as follows:

1.     My name is SADIKI PRYCE.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of,  __Allentown__ ,  __Pennsylvania__
                                              City             State

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.     I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements.  However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       __7/6/16_____
SADIKI PRYCE                          Date

**Confirm Your Withdrawal**

**Cryptsy** <support@cryptsy.com>

to me

Jan 8

Hi Sadiki,

This email is to confirm your withdrawal request at Cryptsy

Username:
Net Amount of Withdrawal: 54.13411282 BTCD
Withdrawal Address:

You will need to confirm this request by clicking the following link:

# Confirm Your Withdrawal

**Cryptsy** <support@cryptsy.com>
to me

12/27/15

Hi Sadiki,

This email is to confirm your withdrawal request at Cryptsy.

Username: ▮▮▮▮▮▮▮
Net Amount of Withdrawal: 0.7601308 BTC
Withdrawal Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

You will need to confirm this request by clicking the following link:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If you did not make this request, then do not click this link and contact support immediately.

Click here to Reply or Forward

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF JOHN RICE**

    I, JOHN RICE, make this Declaration and state as follows:

    1.    My name is JOHN RICE.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

    2.    I live in, and am a resident and citizen of, _Virginia Beach_ , _Va_
                                                   City          State

    3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

    4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time Cryptsy has failed to respond to any of my communications or demands.

    5.    The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

    Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      _6/26/2016_
JOHN RICE                                    Date

I apologize for the inconvenience this may have caused you. Currently most BTC LTC and BTCD withdrawals are extremely slow moving due to tech issues. This progressively got worse over the past week and were trying to find the reason they are not going out. Please understand that due to extremely high security this a very complex system and the problem is still being resolved. I have escalated your issue to our 2nd level of tech support for them to double check the withdrawal transaction. It will be processed very soon. Thank you for your patience as we work to resolve this matter. Hello John,

Sincerely,
Marjorie
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Marjorie's Trade Key
76c504835a82afcaee32ee4b8a1933f378b51d09
> On Sat, 28 Nov at 2:41 PM , John Rice <john@lesriz.com> wrote:
> I performed a BTC withdraw over 1 hr ago and it still hasn't even assigned a TrxID.  I understand how long it takes to
> get accepted everywhere but it doesn't even look like it has been sent to the blockchain yet.  How long should I
> expect this to take?

Hello John,

We apologize for the inconvenience. Our technical team is still working on BTC withdrawal delays. If possible, please try to withdraw in smaller amounts (less than 1BTC), as it gets processed quicker than those with large amounts. Please let us know if you would like to do this. Thank you for your patience.

Sincerely,
Gretchen
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Gretchens Trade Key
f3213ef31c64e3349513ed27921ca224634c0544

> On Sun, 29 Nov at 9:08 AM , John Rice <john@lesriz.com> wrote:
> Can I get an update on this?

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and

MICHAEL WILSON, individually,

and on behalf of All Others Similarly Situated,

Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,

a Florida corporation, et al.,

Defendants.


DECLARATION OF GIHANN SELVADURAI


I, GIHANN FRANZ WESLEY SELVADURAI, make this Declaration and state as follows:


1. My name is GIHANN FRANZ WESLEY SELVADURAI. I am over the age of 52-years old, and am

of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class

Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, 21 Dharmapla Mw, Talawathugoda, Colombo 10116, Sri-Lanka.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited

cryptocurrencies, such as Bitcoins, Litecoin Dogecoin, Novacoin, Blackcoin, in my Cryptsy account.

4. Since November 2015, I have been unable to or found difficult to withdraw, or transfer from, or otherwise

obtain access to, some of my cryptocurrencies on deposit with Cryptsy. Further, since that time, Cryptsy and its

staff at the time repeatedly assured me they would honor the payment.

Using small denomination multiple withdrawals at a high cost of close to 10% per withdrawal I withdrew most

deposits over some months with a remains amounting close to 30 lite coins as well as assorted withdrawals that

never materialize. in the account at the time it was frozen. Since then    Cryptsy has failed to respond to any of

my communications or demands.


5. I do not have any electronic or documentary evidence at this time of my holdings at Cryptsy as the Cryptsy

website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a

Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare

Under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct.

_____       _____ _____
GIHANN SELVADURAI Date 24th June 2016 ██████████████████



From: Gihann Selvadurai ◄ ████████████                                          Sent:   Tue 7/19/2016 11:58 AM
To:      ██████
Cc:
Subject: ████████████████████████    Fw: Confirm Your Withdrawal

On Tuesday, January 12, 2016 5:13 PM, Cryptsy <support@cryptsy.com> wrote:

Hi Gihann,

This email is to confirm your withdrawal request at Cryptsy

Username: ██████
Net Amount of Withdrawal: 0.10445 LTC
Withdrawal Address: ████████████████

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/czZzVmxIdXZ1NFoxcGhmNFpnM09EQjV6Q2dORFlEdWJvdkp1bHVzOWQ0dz0=

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*

Gihann Selvadurai

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

### DECLARATION OF ROBERT SHEARER

      I, ROBERT SHEARER, make this Declaration and state as follows:

      1.    My name is ROBERT SHEARER.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

      2.    I live in, and am a resident and citizen of, _Zephyrhills_ , _Florida_
                                                                         City                    State

      3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

      4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

      5.    I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____     6/22/16
ROBERT SHEARER                  Date

Transfer History

| Type | | | Fees | Price Per Coin | Status | Date |
|------|------|------|------|----------------|--------|------|
| Sell | 555.06 USD | 1.4372301 BTC | 5.76 USD | 390.21 USD | COMPLETED | Octob |
| Sell | 2,321.93 USD | 5.3990 BTC | 23.61 USD | 434.44 USD | COMPLETED | Septe |
| Buy | 400.30 USD | 1.0000 BTC | 4.11 USD | 396.19 USD | COMPLETED | Septe |
| Buy | 400.15 USD | 1.0000 BTC | 4.11 USD | 396.04 USD | CANCELED | Septe |
| Buy | 216.78 USD | 0.5500 BTC | 2.29 USD | 389.98 USD | CANCELED | Septe |
| Buy | 428.82 USD | 1.0000 BTC | 4.39 USD | 424.43 USD | COMPLETED | Septe |
| Buy | 437.73 USD | 1.0000 BTC | 4.48 USD | 433.25 USD | COMPLETED | Septe |
| Sell | 1,408.70 USD | 3.0000 BTC | 14.38 USD | 474.36 USD | COMPLETED | Septe |
| Buy | 90.73 USD | 0.1850 BTC | 1.05 USD | 484.76 USD | COMPLETED | Augu： |
| Buy | 465.32 USD | 1.0000 BTC | 4.76 USD | 460.56 USD | COMPLETED | Augu： |
| Buy | 472.86 USD | 1.0000 BTC | 4.83 USD | 468.03 USD | COMPLETED | Augu： |
| Buy | 474.89 USD | 1.0000 BTC | 4.85 USD | 470.04 USD | CANCELED | Augu： |
| Buy | 481.97 USD | 1.0000 BTC | 4.92 USD | 477.05 USD | COMPLETED | Augu： |
| Buy | 482.68 USD | 1.0000 BTC | 4.93 USD | 477.75 USD | CANCELED | Augu： |

| Type | | | Fees | Price Per Coin | Status | Date |
|------|------|------|------|----------------|--------|------|
| Buy | 495.31 USD | 1.0000 BTC | 5.05 USD | 490.26 USD | COMPLETED | Augus |
| Buy | 1,008.23 USD | 2.0000 BTC | 10.13 USD | 499.05 USD | COMPLETED | Augus |
| Buy | 507.86 USD | 1.0000 BTC | 5.18 USD | 502.68 USD | COMPLETED | Augus |
| Buy | 508.88 USD | 1.0000 BTC | 5.19 USD | 503.69 USD | COMPLETED | Augus |
| Buy | 517.79 USD | 1.0000 BTC | 5.28 USD | 512.51 USD | COMPLETED | Augus |
| Buy | 96.57 USD | 0.1750 BTC | 1.10 USD | 545.54 USD | COMPLETED | Augus |
| Buy | 886.49 USD | 1.5000 BTC | 8.93 USD | 585.04 USD | COMPLETED | Augus |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

## DECLARATION OF CARL WEIMER

I, CARL WEIMER, make this Declaration and state as follows:

1.    My name is CARL WEIMER.  I am over the age of 18-years old, and am of sound mind and body.  I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.    I live in, and am a resident and citizen of, _MORGANTOWN_ , _WEST VIRGINIA_
                                                      City                        State

3.    I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.    Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.  Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.    I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements.  However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      _6/24/2016_
CARL WEIMER                              Date



ℹ This message was sent with High importance.

From:       Carl R. Weimer  <███████████>                                    Sent:   Tue 1/12/2016 1:45 PM
To:         support@cryptsy.com
Cc:
Subject:    Account Locked

Sir or Ma'am,

Can you unlock my account so I can log in – I haven't logged in for a while.

Email: ███████████████
Username: ████████

Thanks,

Carl Weimer

☐ Carl R. Weimer



ℹ This message was sent with High importance.

From:       Carl R. Weimer  ███████████████              Sent:   Wed 11/18/2015 2:08 PM
To:         support@cryptsy.com
Cc:
Subject:    Inactive Account

Sir or Ma'am,

Guess my account was locked for inactivity. Please reactivate.

User: ████████
Email: ███████████████

Thanks,

Carl Weimer

☐ Carl R. Weimer



Sir or Ma'am at Cryptsy,

Reference my eCheck below -- I see that it has been processed and deducted from my account but is still unavailable for trading in Cryptsy.

Can you please give me a status update and a projected availability? I was told it would be ready Monday (today).

Thanks,

Carl Weimer

From: NoReply@GreenByPhone.com
To:
Date: Mon, 25 Aug 2014 11:30:39 -0400
Subject: GreenMessage:10.852849.1: E-Check Payment Processed: Project Investors, Inc

Carl Robert Weimer,

***Your recent transaction has been processed. We are providing you this email as a courtesy copy of this transaction for your records. Please contact echecks@projectinvestorsinc.com if you need assistance with this transaction.***

**If you require assistance with this transaction Only Your Merchant will be able to assist you.***

**Please Note: This is a non reply e-mail - if you reply to this email, it will not be answered.***

Your payment to Project Investors, Inc has been processed. This is your receipt.

Transaction #
Check Amount: $200.00
Check Date: 8/22/2014
Payment Date:    08/22/2014
Payment Amount: $200.00
Transaction ID:
Description    Deposit for User ID

If this is a recurring check here is the recurring data. (if you do not understand this section please ignore it.)

0
0
Parent ID:
Child ID:

The payment amount shown above will be withdrawn from the checking account you gave at the time of purchase. If you need help with this transaction please contact:
Project Investors, Inc
561-270-0068
echeck@projectinvestorsinc.com

If there is any special information or stipulations about this merchant, such as shipping delays on check orders, it will be listed here:
..........................................
..........................................





Scott,

Thanks, just put in my trades.

Carl

Date: Wed, 27 Aug 2014 18:24:57 +0000
From: support@cryptsy.com
To:
Subject: Re: ███████ USD not posted after 5 days

Hello Carl,

Your deposit has been processed.  If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

On Wed, 27 Aug at 12:07 pm , Carl Weimer <███████ wrote:
Scott,

Are we talking like mid-day today (Wednesday) — or like close of business? I am really missing out on the upside of the Litecoin I wanted to buy with this $200...

Anything you could do to see whats going on — I would really appreciate it.

Thanks,

Carl Weimer

Date: Tue, 26 Aug 2014 17:12:39 +0000
From: support@cryptsy.com
To:
Subject: Re: ███████ USD not posted after 5 days

Hello Carl,

Thank you for your inquiry.

In your previous ticket we mentioned that the funds will show as "pending" on Monday.  It can take 1-3 business days for the funds to clear to your Cryptsy account.  Tomorrow, Wednesday, will be the third business day.  Your deposit should clear tomorrow, the latest.

If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

On Tue, 26 Aug at 5:47 am , Carl Weimer <███████ wrote:
Sir or Ma'am,

I was told that my funds would be available for trading on Monday. As of this morning (8/26/2014) they are still unavailable.

My banks USAA is showing the deduction from eCheck, just wondering why Cryptsy hasn't cleared it yet.

Thanks, please advise at soonest

Carl Weimer



Hello Carl,

Your deposit has been processed. If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

> On Wed, 27 Aug at 12:07 pm , Carl Weimer <​████████████████​> wrote:
> Scott,
>
> Are we talking like mid-day today (Wednesday) -- or like close of business? I am really missing out on the upside of the Litecoin I wanted to buy with this $200....
>
> Anything you could do to see whats going on -- I would really appreciate it.
>
> Thanks,
>
> Carl Weimer

---

Date: Tue. 26 Aug 2014 17:12:39 +0000
From: support@cryptsy.com
To: ████████████
Subject: Re: ████████ USD not posted after 5 days

Hello Carl,

Thank you for your inquiry.

In your previous ticket we mentioned that the funds will show as "pending" on Monday. It can take 1-3 business days for the funds to clear to your Cryptsy account. Tomorrow, Wednesday, will be the third business day. Your deposit should clear tomorrow, the latest.

If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

> On Tue, 26 Aug , Carl Weimer <​████████████████​> wrote:
> Sir or Ma'am,
>
> I was told that my funds would be available for trading on Monday. As of this morning (8/26/2014) they are still unavailable.
>
> My banks USAA is showing the deduction from eCheck, just wondering why Cryptsy hasn't cleared it yet.
>
> Thanks, please advise at soonest.
>
> Carl Weimer



Scott,

Are we talking like mid-day today (Wednesday) -- or like close of business? I am really missing out on the upside of the Litecoin I wanted to buy with this $200....

Anything you could do to see whats going on -- I would really appreciate it.

Thanks,

Carl Weimer

---

Date: Tue, 26 Aug 2014 17:12:39 +0000
From: support@cryptsy.com
To:
Subject: Re: ▮▮▮▮ USD not posted after 5 days

Hello Carl,

Thank you for your inquiry.

In your previous ticket we mentioned that the funds will show as "pending" on Monday. It can take 1-3 business days for the funds to clear to your Cryptsy account. Tomorrow, Wednesday, will be the third business day. Your deposit should clear tomorrow, the latest.

If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

> On Tue, 26 Aug at 5:47 am , Carl Weimer ▮▮▮▮▮▮▮▮▮▮ wrote:
> Sir or Ma'am,
>
> I was told that my funds would be available for trading on Monday. As of this morning (8/26/2014) they are still unavailable.
>
> My banks USAA is showing the deduction from eCheck, just wondering why Cryptsy hasn't cleared it yet.
>
> Thanks, please advise at soonest.
>
> Carl Weimer

---

Hello Carl,

Thank you for your inquiry.

In your previous ticket we mentioned that the funds will show as "pending" on Monday. It can take 1-3 business days for the funds to clear to your Cryptsy account. Tomorrow, Wednesday, will be the third business day. Your deposit should clear tomorrow, the latest.

If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

> On Tue, 26 Aug at 5:47 am , Carl Weimer ▮▮▮▮▮▮▮▮▮▮ wrote:
> Sir or Ma'am,
>
> I was told that my funds would be available for trading on Monday. As of this morning (8/26/2014) they are still unavailable.
>
> My banks USAA is showing the deduction from eCheck, just wondering why Cryptsy hasn't cleared it yet.
>
> Thanks, please advise at soonest.
>
> Carl Weimer



You're welcome. Have a good day.

Best Regards,

Scott
Cryptsy USD Accountant

> On Wed, 27 Aug at 1:55 pm , Carl Weimer - ▮▮▮▮ wrote:
> Scott,
>
> Thanks, just put in my trades.
>
> Carl

>> Date: Wed, 27 Aug 2014 18:24:57 +0000
>> From: support@cryptsy.com
>> To: ▮▮▮▮
>> Subject: Re: [#153924] USD not posted after 5 days
>>
>> Hello Carl,
>>
>> Your deposit has been processed. If you have any other questions please let me know.
>>
>> Best Regards,
>>
>> Scott
>> Cryptsy USD Accountant

>>> On Wed, 27 Aug at 12:07 pm , Carl Weimer - ▮▮▮▮ wrote:
>>> Scott,
>>>
>>> Are we talking like mid-day today (Wednesday) -- or like close of business? I am really missing out on the upside of the Litecoin I wanted to buy with this $200...
>>>
>>> Anything you could do to see whats going on -- I would really appreciate it.
>>>
>>> Thanks,
>>>
>>> Carl Weimer

>>>> Date: Tue, 26 Aug 2014 17:12:39 +0000
>>>> From: support@cryptsy.com
>>>> To: ▮▮▮▮
>>>> Subject: Re: ▮▮▮▮ USD not posted after 5 days
>>>>
>>>> Hello Carl,
>>>>
>>>> Thank you for your inquiry.
>>>>
>>>> In your previous ticket we mentioned that the funds will show as "pending" on Monday. It can take 1-3 business days for the funds to clear to your Cryptsy
>>>> account. Tomorrow, Wednesday, will be the third business day. Your deposit should clear tomorrow, the latest.
>>>>
>>>> If you have any other questions please let me know.
>>>>
>>>> Best Regards,
>>>>
>>>> Scott
>>>> Cryptsy USD Accountant

---

Dear Carl Weimer,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - ▮▮▮▮
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/223724

Sincerely,
Cryptsy.com Support Team



ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.

From:    Carl Weimer ▪[redacted]▪
To:      Cryptsy.com
Cc:
Subject:    RE: [redacted] Inactive Account

Sent:  Wed 11/18/2015 5:55 PM

-------- Original message --------
From: "Cryptsy.com" <support@cryptsy.com>
Date: 11/18/2015 4:55 PM (GMT-05:00)
To: [redacted]
Subject: Re: [redacted] Inactive Account

Hello Carl,

Thank you for the information.

I am sorry but the answer you gave is incorrect. Please try to answer the second question below.

Security Question 2
        What was your high school mascot?


        Sincerely,
        Karen
        Cryptsy.com


   • Add 2 Factor Authentication

   • Official Cryptsy Facebook

   • Cryptsy Blog


Karen's Trade Key
[redacted]

On Wed, 18 Nov at 4:34 PM , Carl Weimer <[redacted]> wrote:
Ma'am, my original email address was [redacted]
That said, I may have switched it....

I got a failed login attempt at [redacted] today. Also, I have my cell for TFA.

Original town of my job was [redacted]. Though, I may have put when I joined the Army, [redacted]


Carl R. Weimer
Cell [redacted]
Sent via the Samsung Galaxy S® 5 ACTIVE™, an AT&T 4G LTE smartphone


-------- Original message --------
        From: "Cryptsy.com" <support@cryptsy.com>
        Date: 11/18/2015 4:25 PM (GMT-05:00)
        To: [redacted]
        Subject: Re: [redacted] Inactive Account

        Hello Carl,

        Thank you for the information.

        May I ask if you still have access to your old email address? If you no longer have access to it and would wish to have
        your email address changed, please respond to this ticket with the answer to your security question below.

        Security Question 1
                In what city or town was your first job?


                Sincerely,
                Karen
                Cryptsy.com


           • Add 2 Factor Authentication



- Official Cryptsy Facebook
- Cryptsy Blog

Karen's Trade Key

On Wed, 18 Nov at 2:46 PM , Carl Weimer < ████████████ > wrote:

Sorry, please reactivate my account

From: Cryptsy.com [mailto:support@cryptsy.com]
Sent: Wednesday, November 18, 2015 2:45 PM
To: ████████████
Subject: Re: ████ Inactive Account

Hello Carl,

The email used to submit this ticket is not registered at Cryptsy.com.
Please submit your ticket using the email address registered to your account.

Sincerely,
Karen
Cryptsy.com

- Add 2 Factor Authentication
- Official Cryptsy Facebook
- Cryptsy Blog

Karen's Trade Key

Carl R. Weimer



If there are problems with how this message is displayed, click here to view it in a web browser.
From:    Cryptsy.com <support@cryptsy.com>                                                          Sent:  Wed 11/18/2015 2:47 PM
To:      ████████████
Cc:
Subject:  Ticket Received: ████ Inactive Account

Dear Carl Weimer,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - ████
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/223732

Sincerely,
Cryptsy.com Support Team

support@cryptsy.com



ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.

From:   Carl Weimer <█████████████>
To:     Cryptsy.com
Cc:
Subject:   RE: ███████ Inactive Account

Sent:  Wed 11/18/2015 4:35 PM

Ma'am, my original email address was ████████████████████
That said, I may have switched it.... ████████████████

I got a failed login attemp at ██████████████████ today. Also, I have my cell for TFA.

Original town of my job was ████████████ Though, I may have put when I joined the Army, ████████

<div< div="">
Carl R. Weimer
█████████████
Sent via the Samsung Galaxy S® 5 ACTIVE™, an AT&T 4G LTE smartphone
</div<>

-------- Original message --------
From: "Cryptsy.com" <support@cryptsy.com>
Date: 11/18/2015 4:25 PM (GMT-05:00)
To: █████████████████
Subject: Re: ███████████ Inactive Account

Hello Carl,

Thank you for the information.

May I ask if you still have access to your old email address? If you no longer have access to it and would wish to have your email address changed, please respond to this ticket with the answer to your security question below.

Security Question 1
          In what city or town was your first job?


          Sincerely,
          Karen
          Cryptsy.com

     • Add 2 Factor Authentication

     • Official Cryptsy Facebook

     • Cryptsy Blog

On Wed, 18 Nov at 2:46 PM , Carl Weimer <██████████████████> wrote:
█████████████████

Sorry, please reactivate my account

          From: Cryptsy.com [mailto:support@cryptsy.com]
          Sent: Wednesday, November 18, 2015 2:45 PM
          To: ████████████████
          Subject: Re: ███████████ Inactive Account

          Hello Carl,

          The email used to submit this ticket is not registered at Cryptsy.com.
          Please submit your ticket using the email address registered to your account.

          Sincerely,
          Karen
          Cryptsy.com

     • Add 2 Factor Authentication

     • Official Cryptsy Facebook



- Cryptsy Blog

Karen's Trade Key

On Wed, 18 Nov at 2:08 PM , Carl Weimer < ███████████ > wrote:
Sir or Ma'am,

Guess my account was locked for inactivity. Please reactivate.

User: ██████
Email: ████████████████

Thanks,

Carl Weimer

Carl R. Weimer



Hello Carl,

Thank you for the information.

May I ask if you still have access to your old email address? If you no longer have access to it and would wish to have your email address changed, please respond to this ticket with the answer to your security question below.

Security Question 1
In what city or town was your first job?

Sincerely,
Karen
Cryptsy.com

- Add 2 Factor Authentication
- Official Cryptsy Facebook
- Cryptsy Blog

Karen's Trade Key

On Wed, 18 Nov at 2:46 PM , Carl Weimer < ██████████ > wrote:

Sorry, please reactivate my account

From: Cryptsy.com [mailto:support@cryptsy.com]
Sent: Wednesday, November 18, 2015 2:45 PM
To:
Subject: Re: ████ Inactive Account

Hello Carl,

The email used to submit this ticket is not registered at Cryptsy.com.
Please submit your ticket using the email address registered to your account.

Sincerely,
Karen
Cryptsy.com

- Add 2 Factor Authentication
- Official Cryptsy Facebook
- Cryptsy Blog

Karen's Trade Key

On Wed, 18 Nov at 2:08 PM , Carl Weimer < ████████████ > wrote:
Sir or Ma'am,

Guess my account was locked for inactivity. Please reactivate.

User: ███████
Email: ████████

Thanks,

Carl Weimer

support@cryptsy.com



From:    Cryptsy.com <support@cryptsy.com>
To:      ████████████
Cc:
Subject: Re: ████ Inactive Account
Sent: Wed 11/18/2015 7:27 PM

Hello Carl,

Your account has been unlocked.
**Please delete any emails that contain the answers to your security questions
and empty your trash/recycle bin for security purposes.**
I've noticed that you have not added your 2fa authentication yet. To add additional security to your account we suggest for you to enable 2FA. You can visit this site for step for step instructions on how to enable it
http://wiki.cryptsy.com/2fa
Feel free to respond to this ticket if you are still unable to log-in.

Sincerely,
Phoebe
Cryptsy.com

***** Is your account secure? *****
Add 2 Factor Authentication to protect your investment by going to your settings page and adding 2FA protection.

Phoebe's Trade Key: ████████████████████

> On Wed, 18 Nov at 5:55 PM , Carl Werner ████████████████ wrote:
> Falcon
>
>
> Carl R. Werner
> Cell ██████
> Sent via the Samsung Galaxy S® 5 ACTIVE™, an AT&T 4G LTE smartphone
>
> -------- Original message --------
> From: "Cryptsy.com" <support@cryptsy.com>
> Date: 11/18/2015 4:55 PM (GMT-05:00)
> To: ████████████
> Subject: Re: ████████ Inactive Account
>
> Hello Carl,
>
> Thank you for the information.
>
> I am sorry but the answer you gave is incorrect. Please try to answer the second question below.
>
> Security Question 2
>     What was your high school mascot?
>
>
>     Sincerely,
>     Karen
>     Cryptsy.com
>
>
>       • Add 2 Factor Authentication
>
>       • Official Cryptsy Facebook
>
>       • Cryptsy Blog
>   Karen's Trade Key: ████████████████████
>   On Wed, 18 Nov at 4:34 PM , Carl Werner ████████████████ wrote:
>   Ma'am, my original email address was ████████████
>   That said, I may have switched it.
>
>   I got a failed login attempt at ████████████ today. Also, I have my cell for TFA.
>
>   Original town of my job was ████████. Though, I may have put when I joined the Army ████████
>
>
>   Carl R. Werner
>   Cell ██████
>   Sent via the Samsung Galaxy S® 5 ACTIVE™, an AT&T 4G LTE smartphone
>
>   -------- Original message --------
>   From: "Cryptsy.com" <support@cryptsy.com>
>   Date: 11/18/2015 4:25 PM (GMT-05:00)
>   To: ████████
>   Subject: Re: ████████ Inactive Account
>
>   Hello Carl,
>
>   Thank you for the information.
>
>   May I ask if you still have access to your old email address? If you no longer have access to it and would wish to have your email address
>   changed, please respond to this ticket with the answer to your security question below.
>
>   Security Question 1
>       In what city or town was your first job?
>
>
>       Sincerely,
>       Karen
>       Cryptsy.com
>
>
>         • Add 2 Factor Authentication
>
>         • Official Cryptsy Facebook
>
>         • Cryptsy Blog
>
>   Karen's Trade Key: ████████████████████



Dear Cariweimer,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID- ▮▮▮▮▮
A support representative will be reviewing your request and will send you a personal response (usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/153468

**New User Registration Issues**

- Make sure you fill in all the fields and avoid non standard characters.
- Make sure you are filling in the Captcha correctly.
- Security errors or errors in general due to the heavy load. (If you get an error, please refresh and try again)

**Deposits**
If you have a deposit issue please include the following adding this information will help us resolve your ticket more quickly and efficiently.

- Reason for ticket
- Transaction ID (TXID) of the deposit (If your pool didn't provide one you need to contact them for it)
- The coin type BTC, LTC, ETC
- Amount deposited.

**Keep these things in mind with deposits:**

**Trust Scores**
New user confirms can take up to 1.5x longer than trusted users.
Your trust score builds over time the more transactions you make and other criteria.
This process is in place to prevent 51% attacks and double spends keeping everyone's coins safe from fraud.

**Out of date or out of sync wallets** You will need to make sure your wallet is in sync
with the network and that your wallet is the latest version. (If your wallet is not the latest version, your transactions will not post)

**Withdrawls**

- User did not **confirm the withdrawl email.**
- To resend a confirmation, go to the bottom of your balance page and resend the confirmation email https://www.cryptsy.com/users/balances.
- If you hit enter, the email will NOT be sent. You must click the link to send

- Want to cancel an unconfirmed withdrawl? You can do this on the balance page at the bottom with the cancel option https://www.cryptsy.com/users/balances

- **Tradekeys** are for **user to user transfers on cryptsy only.** You have to use an address to send coins to locations outside of cryptsy.

- Not seeing it at your wallet but you see it in the block chain? Make sure your wallet is up to date with the latest version and in sync with the network

**Cancellations after trade or purchase not posting right away**

- **Wait a bit** they will pop back in 99% of the time
- If they don't after 60 minutes I wouldn't wait longer put in a ticket with a description of your issue and we will manually audit your account which fixes the issues 100% of the time

**What are our fees?**

- Our fees are listed on every trade page 0.3% to sell and 0.2% to buy
- Withdraw fees are based on the coin and what it costs to send that coin into the chain

**Scams abound!**

- Watch out for trading software that isn't well known or accepted from trusted sources. We have confirmed one contains a keylogger
- Watch out for sites that are not Cryptsy there are some fake ones out there that steal your information and all others kinds of bad things.
- Verify you have our certificate from Project investors inc.

Your coins are safe with Cryptsy and thank you for choosing the #1 altcoin exchange service.

Thanks again for using cryptsy.com

Sincerely,

Thank you for your patience.

Sincerely,
Tickets Support Team



Dear Carl Weimer,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID . ▮▮▮▮▮
A support representative will be reviewing your request and will send you a personal response (usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/help-desk/tickets/153924

**New User Registration Issues**

- Make sure you fill in all the fields and avoid non standard characters.
- Make sure you are filling in the Captcha correctly.
- Security errors or errors in general due to the heavy load. (If you get an error, please refresh and try again)

**Deposits**
If you have a deposit issue please include the following adding this information will help us resolve your ticket more quickly and efficiently:

- Reason for ticket
- Transaction ID (TXID) of the deposit (If your pool didn't provide one you need to contact them for it)
- The coin type BTC, LTC, ETC
- Amount deposited

**Keep these things in mind with deposits:**

Trust Scores
New user confirms can take up to 1.5x longer than trusted users.
Your trust score builds over time with the more transactions you make and other criteria.
This process is in place to prevent 51% attacks and double spends keeping everyone's coins safe from fraud.

**Out of date or out of sync wallets** You will need to make sure your wallet is in sync
with the network and that your wallet is the latest version. (If your wallet is not the latest version, your transactions will not post)

**Withdrawls**

- User did not **confirm the withdrawal email**.
  - To resend a confirmation, go to the bottom of your balance page and resend the confirmation email https://www.cryptsy.com/users/balances
  - If you hit enter, the email will NOT be sent. You must click the link to send
- Want to cancel an unconfirmed withdrawl? You can do this on the balance page at the bottom with the cancel option https://www.cryptsy.com/users/balances
- **Tradexaws** are for **user to user transfers on cryptsy only**. You have to use an address to send coins to locations outside of cryptsy.
- Not seeing it at your wallet but you see it in the block chain? Make sure your wallet is up to date with the latest version and in sync with the network.

**Cancellations after trade or purchase not posting right away:**

- **Wait a bit** they will pop back in 99% of the time
- If they don't after 60 minutes I wouldn't wait longer put in a ticket with a description of your issue and we will manually audit your account which fixes the issues 100% of the time

**What are our fees?**

- Our fees are listed on every trade page 0.3% to sell and 0.2% to buy
- Withdraw fees are based on the coin and what it costs to send that coin into the chain

**Scams abound!**

- Watch out for trading software that isn't well known or accepted from trusted sources. We have confirmed one contains a keylogger
- Watch out for sites that are not Cryptsy there are some fake ones out there that steal your information and all others kinds of bad things.
- Verify you have our certificate from Project investors inc.

Your coins are safe with Cryptsy and thank you for choosing the #1 altcoin exchange service.

Thanks again for using cryptsy.com

Sincerely,

Thank you for your patience.

Sincerely,
Tickets Support Team









Hi Carlweimer,

A new Tickets helpdesk account has been created for you.

Click the url below to activate your account and select a password!

https://cryptsy.freshdesk.com/register/ZzRcj19kL0aiuooxIUU

If the above URL does not work try copying and pasting it into your browser. If you continue to have problems, please feel free to contact us.

Regards,
Tickets

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

**DECLARATION OF EVAN WOOD**

I, EVAN WOOD, make this Declaration and state as follows:

1.      My name is EVAN WOOD.   I am over the age of 18-years old, and am of sound mind and body.   I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.      I live in, and am a resident and citizen of, __Ventura County__, __California__
                                                            City             State

3.      I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.      Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.   Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5.      I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____           __06/23/2016__
EVAN WOOD                                   Date

 Gmail

**Evan Wood** < ███████████ >

---

## Confirmation of Registration
1 message

---

**Cryptsy** <support@cryptsy.com>                                            Thu, Dec 5, 2013 at 10:01 PM
To: ███████████

Hi Evan,

Thank you for creating an account at Cryptsy.com.

You have been registered with the username: █████

Please activate your account by going to the following URL:

███████████████████████████████

*Cryptsy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.

_____/

### DECLARATION OF ISSA YATTASSAYE

I, ISSA YATTASSAYE, make this Declaration and state as follows:

1.     My name is ISSA YATTASSAYE.   I am over the age of 18-years old, and am of sound mind and body.   I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2.     I live in, and am a resident and citizen of, New York, New York.

3.     I opened an account with Project Investors, Inc., d/b/a Cryptsy, and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4.     Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy.   Further, since that time Cryptsy has failed to respond to any of my communications or demands.

5.     The screenshots or documents attached hereto as Exhibit A evidence my holdings at Cryptsy.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ISSA YATTASSAYE

6/27/16
Date

**Innahi Inc** ████████████████                                          Jul 9

to support

Hi,

Please unlock my account:

account name: innahi

Thanks

**Cryptsy.com support@cryptsy.com via email.freshdesk.com**        Jul 10

to me

Hello Innahi,

Thank you for contacting us.
Due to inactivity, your account has been locked for higher security.
Please reply to this ticket with the correct answer to your security question so we can unlock it for you:

Security Question 1
                    What is your oldest sibling's middle name?
Security Question 2
                    Who was your childhood hero?

Sincerely,
Phoebe
Cryptsy.com


                         ***** Is your account secure? *****
Add 2 Factor Authentication to protect your investment by going to your settings page and adding 2FA
protection.

Phoebe's Trade Key:

**Innahi Inc** ████████████████                                          Jul 10

to Cryptsy.com

1) xxxxxxx
2) xxxxxxx

**Cryptsy.com support@cryptsy.com via email.freshdesk.com**        Jul

10

to me

Hello Innahi,

Please try to remember the answer to your security questions:

Security Question 1
        What is your oldest sibling's middle name?

Security Question 2
        Who was your childhood hero?

Sincerely,
Phoebe
Cryptsy.com

***** Is your account secure? *****

<u>Add 2 Factor Authentication</u> to protect your investment by going to your <u>settings</u> page and adding 2FA protection.

Phoebe's Trade Key:

On Thu, 9 Jul at 11:17 PM , Innahi Inc █████████████ wrote:
1) xxxxxxx
2) xxxxxxx

On Fri, Jul 10, 2015 at 12:01 AM, Cryptsy.com <<u>support@cryptsy.com</u>> wrote:
Hello Innahi,

Thank you for contacting us.
Due to inactivity, your account has been locked for higher security.
Please reply to this ticket with the correct answer to your security question so we can unlock it for you:

Security Question 1
        What is your oldest sibling's middle name?

Security Question 2
        Who was your childhood hero?

Sincerely,
Phoebe
Cryptsy.com

***** Is your account secure? *****

<u>Add 2 Factor Authentication</u> to protect your investment by going to your <u>settings</u> page and adding 2FA protection.

Phoebe's Trade Key:

On Thu, 9 Jul at 10:48 PM , Innahi Inc █████████████ wrote:

**Innahi Inc** ▮▮▮▮▮▮▮▮▮▮▮▮       Jul 10

to Cryptsy.com

xxxxxxx
xxxxxxx
my account had a 2 factor authentification... why was the account frozen??

**Innahi Inc** ▮▮▮▮▮▮▮▮▮▮▮▮       Jul 10

to Cryptsy.com

Please advise how I can reactivate my account.

last question might be
xxxxxxx

i dont really remember answers

**Cryptsy.com** **support@cryptsy.com** <u>via</u> **email.freshdesk.com**       Jul 10

to me

Hello Innahi,

To better assist you, your ticket has been escalated to our technical support team. They will respond in order of tickets received. I am asking for your patience and understanding while we are working to resolve the issue.

Thank you.


Sincerely,
Stephanie
Cryptsy.com


***** Is your account secure? *****
<u>Add 2 Factor Authentication</u> to protect your investment by going to your <u>settings</u> page and adding 2FA protection.

Stephanie's Trade Key
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Innahi Inc** ███████████████████                                Jul 10

to Cryptsy.com

Hi,

Any updates?

Thanks

**Cryptsy.com** **support@cryptsy.com** **via** **email.freshdesk.com**        Jul 13

to me

Hello Innahi,

I am sorry but the answers you provided are incorrect. Please try to remember what your answers are and try one more time to answer the questions correctly.

If you are unable to answer these questions correctly, you will be required to verify your account before we can continue assisting you.

Security Question 1
        What is your oldest sibling's middle name?
Security Question 2
        Who was your childhood hero?

Sincerely,
Grace
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Grace's Trade Key
██████████████████████████

**Innahi Inc** ███████████████████                                Jul 13

to Cryptsy.com

I find it puzzling that I have to answer security questions via regular emails...
in any case
Security Question 1
What is your oldest sibling's middle name?
xxxxxxx
Security Question 2
Who was your childhood hero?
xxxxxxx

Once again, my account had 2-factor authentification. It should be easier to verify my account.

Thanks,

**Cryptsy.com** **support@cryptsy.com** <u>via</u> **email.freshdesk.com**                    Jul 14

to me

Hello Innahi,

I am sorry, but the answers you have provided for the security questions you generated at the time of signup are incorrect.

In order to be able to assist you further, we must now require that you verify your account.
Please complete the verification process by clicking the link below, and reply to this ticket once your account has been successfully verified.

https://www.cryptsy.com/users/verify
Be sure you are logged in before clicking link

Sincerely,
Grace
Cryptsy.com

- <u>Add 2 Factor Authentication</u>

- <u>Official Cryptsy Facebook</u>

- <u>Cryptsy Blog</u>

Grace's Trade Key

**Innahi Inc**                                                                                                    Jul 14

to Cryptsy.com

Hi Grace,

I just log in today. I will enter requester paperwork either tomorrow or Thursday.
Please confirm that as soo as I provide my identification paper, that my account balance will be back ( My balance isBTC 0).

Thanks,

**Cryptsy.com support@cryptsy.com via email.freshdesk.com**                    Jul 14

to me

Hello Innahi,

Once you have completed the verification process, and approved, we will restore your coins.

Please provide all the information needed on this link, https://www.cryptsy.com/users/verify

To know the status, please email the team directly at verifications@cryptsy.com

Sincerely,
Grace
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Grace's Trade Key



**Innahi Inc** ███████████████                                    Jul 20

to Cryptsy.com

Hi Grace,

I just added required information as discussed.

Thanks,

 **Cryptsy.com support@cryptsy.com via email.freshdesk.com**                    Jul 24

to me

Hello Innahi,

To know the status, please email the team directly at verifications@cryptsy.com

Once they have confirmed that your account has been verified, please let me know by replying to this ticket.

Sincerely,
Grace
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Grace's Trade Key

On Fri, 24 Jul at 11:14 AM , Innahi Inc ██████████████ wrote:
Hi, sent 2 emails in reference to my account. I uploaded the requested id information requested.
Please confirm that my account funds will be reinstated as soon as possible.

Thanks,

Innahi

On Mon, Jul 20, 2015 at 12:31 PM, Innahi Inc <innahinc@gmail.com> wrote:
I just added id information

On Sun, Jul 19, 2015 at 10:20 PM, Cryptsy.com <support@cryptsy.com> wrote:
Dear Innahi Inc,

Our Support Rep has indicated that your Ticket (#195873) has been Resolved.

If you believe that the ticket has not been resolved, please reply to this email to automatically reopen the ticket.
If there is no response from you, we will assume that the ticket has been resolved and the ticket will be automatically closed after 48 hours.

Sincerely,
TicketsSupport Team
**We at Cryptsy.com are very interested to know how we did? Please let us know your opinion on our support experience.**

 Awesome    Just Okay    Not Good

**Innahi Inc** ████████████████████

Jul 28

to verifications

Hi,

Please confirm that my account has been verified.

Thanks,

Innahi

**Cryptsy Verifications** **verifications@cryptsy.com** via **pm.mtasv.net**

Jul 29

to me

Type your response ABOVE THIS LINE to reply

**Innahi Inc**
**Subject:** Re: [#195873] Lock account

JUL 29, 2015 | 12:13PM EDT
**Braeden** replied:

Hello,

We have not received an application from your account. You will need to submit an application into our verification process. You may access this application on Cryptsy's Dashboard. If you have any questions regarding the process please let me know. Otherwise, notify me once the application has been submitted.

JUL 29, 2015 | 10:28PM EDT
Original message
**Innahi** wrote:

Hi,

Please confirm that my account has been verified.

Thanks,

Innahi

On Fri, Jul 24, 2015 at 7:54 PM, Cryptsy.com <support@cryptsy.com> wrote:

> Hello Innahi,
>
> To know the status, please email the team directly at
> verifications@cryptsy.com
>
> Once they have confirmed that your account has been verified, please let
> me know by replying to this ticket.
>
> Sincerely,
> Grace
> Cryptsy.com
>
>
> - Add 2 Factor Authentication
>
<https://cryptsy.freshdesk.com/agents/129224/*%20*%20*%20*%20*%20%20Is%20
your%20account%20secure?%20*%20*%20*%20*%20*%20Add%202%20Factor%2
0Authentication%20to%20protect%20your%20investment%20by%20going%20to%2
0your%20settings%20page%20and%20adding%202FA%20protection.%20%28sms
%20txt%20to%20phone%20is%20the%20most%20secure%20way%20of%20protect
ing%20your%20account%29>
>
>
> - Official Cryptsy Facebook <https://www.facebook.com/OfficialCryptsy>
>
>
> - Cryptsy Blog <http://blog.cryptsy.com/>
>>>
<http://cryptsy.freshdesk.com/support/surveys/8d8e6851f91b3fbb20a9b7da9ba5550
1/happy/new> [image:
>>> Neutral]Just Okay
>>>
<http://cryptsy.freshdesk.com/support/surveys/8d8e6851f91b3fbb20a9b7da9ba5550
1/neutral/new> [image:
>>> Unhappy]Not Good

```
>>>
<http://cryptsy.freshdesk.com/support/surveys/8d8e6851f91b3fbb20a9b7da9ba5550
1/unhappy/new>
>>>
>>>
>>
> 195873
>
```

---

This message was sent to ███████████ in reference to Case #: 7529.

**Cryptsy.com** **support@cryptsy.com** **via** **freshdesk.com**                    Sep 15

to me

Hello Innahi,

The inactivity lock is mentioned in our Terms. You can upload your id any time. Until then, we won't be able to disclose any sensitive information on the account til we have confirmed that you really own it.

Sincerely,
Grace
Cryptsy Security Agent
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Grace's Trade Key

On Tue, 15 Sep at 8:47 AM , Innahi Inc ████████████████ wrote:
I will need to renew my Driver's license. Unfortunately, I have broken my achilles since end of july. I will be able to go to the DMV to renew my licence by end of this month or early October. In the meantime, I need to have an update of the current value of my account. I do not understand why I never received any emails from Cryptsy stating that my account was about to be frozen for inactivity.

Innahi

On Wed, Jul 29, 2015 at 9:29 PM, Cryptsy.com <support@cryptsy.com> wrote:

Dear Innahi Inc,

Our Support Rep has indicated that your Ticket (#195873) has been Resolved.

If you believe that the ticket has not been resolved, please reply to this email to automatically reopen the ticket.
If there is no response from you, we will assume that the ticket has been resolved and the ticket will be automatically closed after 48 hours.

Sincerely,
TicketsSupport Team
**We at Cryptsy.com are very interested to know how we did? Please let us know your opinion on our support experience.**

Awesome   Just Okay   Not Good

We assume your issue is resolved after waiting for a response from you for 5 days. We are guessing your issue was resolve satisfactorily. If you require more assistance please contact us in a new ticket. Thanks again for using Cryptsy.com



**Cryptsy.com support@cryptsy.com via email.freshdesk.com**                    Jul 29

**Innahi Inc** ████████████████                                  Dec 2 (12 days ago)

to Cryptsy

Hi,

As discussed, in my previous emails. I was told I needed to verify my account to access my funds. I logged in today, and cannot see where to verify my account. The only information provided was a New York State Unfair Bit License law.

Once again, I am surprised that Cryptsy didn't send any emails pertaining to this information. I wasn't sent any emails on Criptsy freezing my account nor the change mad for NY customer. At this particular moment, I just want to get my funds back ( hard earned money). Please advise how to proceed to get my funds back and how to close my account.

Thanks



**Cryptsy.com via freshdesk.com**                                    Dec 4 (10 days ago)

to me

Hello Innahi,

Thank you for contacting us!

We sincerely apologize for the late response. We would like to let you know your ticket has been escalated to our Security Department who can assist you further on this issue. We ask for your patience as your ticket will be answered in the order received. Thank you

Sincerely,
Gretchen
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog

Gretchens Trade Key
██████████████████████

On Thu, 3 Dec at 3:40 PM , Innahi Inc ███████████ wrote:
Please provide an update.

Thank you.

On Wed, Dec 2, 2015 at 10:16 PM, Cryptsy.com <support@cryptsy.com> wrote:
Dear Innahi Inc,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - 229280.
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/229280

Sincerely,
Cryptsy.com Support Team

**Innahi Inc** ██████████████████████                                 12:29 AM (23 hours ago)

to Cryptsy.com

Can you please provide an update.

Thanks,

Innahi