Exhibit A3

# Index of Declarations

| Name | Page |
|---|---|
| Nicholas Allen | 2 |
| Kurt Boehm | 3 |
| Michael Clark | 4 |
| Robby Dermody | 5 |
| Brian Fedie | 6 |
| Michal Gorzko | 7 |
| Blake Hodits | 8 |
| Yu Han Jung | 9 |
| Mazhar Memon | 10 |
| Brian Moss | 11 |
| Brandon Preston | 12 |
| Donald Redpath | 13 |
| Padraic Ryan | 14 |
| Kyle Spohn | 15 |
| Ian Worrall | 16 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

Defendants.
_____/

## DECLARATION OF NICHOLAS ALLEN

I, NICHOLAS ALLEN, make this Declaration and state as follows:

1. My name is NICHOLAS ALLEN. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Herndon__ , __VA__
   City                State

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        __June 20, 2016__
NICHOLAS ALLEN                                Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF KURT BOEHM

I, KURT BOEHM, make this Declaration and state as follows:

1. My name is KURT BOEHM. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Sumner__ (City), __WA__ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Kurt Boehm_　　　　　　　　　　　　　　　　06/16/2016
KURT BOEHM　　　　　　　　　　　　　　　　　　Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

## DECLARATION OF MICHAEL CLARK

I, MICHAEL CLARK, make this Declaration and state as follows:

1. My name is MICHAEL CLARK. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Sherman Oaks, California.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

      Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      6/20/2016
MICHAEL CLARK                                     Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF ROBBY DERMODY

I, ROBBY DERMODY, make this Declaration and state as follows:

1. My name is ROBBY DERMODY. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, _Mooresville_ (City), _NC_ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        _6/26/16_
ROBBY DERMODY        Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

   Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

   Defendants.
_____/

## DECLARATION OF BRIAN FEDIE

I, BRIAN FEDIE, make this Declaration and state as follows:

1. My name is BRIAN FEDIE. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Oklahoma City, OK
                City    State

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   7-11-16
BRIAN FEDIE            Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

### DECLARATION OF MICHAL GORZKO

I, MICHAL GORZKO, make this Declaration and state as follows:

1. My name is MICHAL GORZKO. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Krakow__ (City), __Poland__ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      __12.07.2016__
MICHAL GORZKO                          Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

     Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

     Defendants.
_____/

## DECLARATION OF BLAKE HODITS

I, BLAKE HODITS, make this Declaration and state as follows:

1. My name is BLAKE HODITS. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Chicago, Illinois.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
BLAKE HODITS

6/22/16
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

### DECLARATION OF YU HAN JUNG

I, YU HAN JUNG, make this Declaration and state as follows:

1. My name is YU HAN JUNG. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, Donjok-gu, South Korea.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____           2016.6.21
YU HAN JUNG                                Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

## DECLARATION OF MAZHAR MEMON

I, MAZHAR MEMON, make this Declaration and state as follows:

1. My name is MAZHAR MEMON. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, _____Austin_____ (City), _____TX_____ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        6/28/2016
MAZHAR MEMON                                         Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.

_____/

## DECLARATION OF BRIAN MOSS

I, BRIAN MOSS, make this Declaration and state as follows:

1. My name is BRIAN MOSS. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Urbanna__ (City), __VA__ (State)

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       __6/30/16__
BRIAN MOSS                                          Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

## **DECLARATION OF BRANDON PRESTON**

I, BRANDON PRESTON, make this Declaration and state as follows:

1. My name is BRANDON PRESTON. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Sunrise__ (City), __Florida__ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      2016 / 06 / 24
BRANDON PRESTON                                      Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF DONALD REDPATH

I, DONALD REDPATH, make this Declaration and state as follows:

1. My name is DONALD REDPATH. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, _Aberdeenshire_ (City), United Kingdom.

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DONALD REDPATH

22/07/2016
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

## DECLARATION OF PADRAIC RYAN

I, PADRAIC RYAN, make this Declaration and state as follows:

1. My name is PADRAIC RYAN. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Milford__ (City), __CT__ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Padraic Ryan_                                    7-11-16
PADRAIC RYAN                                                      Date

Digitally signed by Padraic Ryan
DN: cn=Padraic Ryan, o, ou,
email=info@ryandesignstudio.com, c=US
Date: 2016.07.11 09:44:24 -04'00'

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

    Defendants.
_____/

## DECLARATION OF KYLE SPOHN

I, KYLE SPOHN, make this Declaration and state as follows:

1. My name is KYLE SPOHN. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __OWINGS__ (City), __MD__ (State).

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____       07/11/16
KYLE SPOHN       Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, et al.,

      Defendants.
_____/

## DECLARATION OF IAN WORRALL

I, IAN WORRALL, make this Declaration and state as follows:

1. My name is IAN WORRALL. I am over the age of 18-years old, and am of sound mind and body. I am making this Declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned class action.

2. I live in, and am a resident and citizen of, __Charlotte__ , __NC__
                                                                                             City                                               State

3. I opened an account with Project Investors, Inc., d/b/a Cryptsy and deposited cryptocurrencies, such as Bitcoins, in my Cryptsy account.

4. Since November 2015, I have been unable to withdraw, transfer from, or otherwise obtain access to, any of my cryptocurrency on deposit with Cryptsy. Further, since that time, Cryptsy has failed to respond to any of my communications or demands.

5. I do not have any electronic or documentary evidence of my holdings at Cryptsy because the Cryptsy website is inoperable and I therefore cannot access my account statements. However, as set forth above, I am a Cryptsy account holder and am unable to access the cryptocurrency in my Cryptsy account.

Pursuant to 28 USC §1746(1), and Florida Statute Section 95.525(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        __6/24/2016__
IAN WORRALL                                            Date