IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 502015DR009881XXXXSBFZ

IN RE:  THE MARRIAGE OF:
LORIE ANN NETTLES,

    Petitioner/Wife,

-vs-

PAUL EDWARD VERNON,

    Respondent/Husband

LORIE ANN NETTLES,

    Third-Party Plaintiff,
-vs-

PAUL EDWARD VERNON and CRYPTSY
INTERNATIONAL LTD.; PROJECT
INVESTORS, INC.; HASHMAX USA,
LLC; TERABOSS, INC., HASHMAX,
INC. and VERGENT DATA, INC.,
    Third-Party Defendants.
_____/

DEPOSITION OF PAUL EDWARD VERNON
Volume 1 of 1
Pages 1 through 158

Tuesday, December 22, 2015
10:55 a.m. - 2:25 p.m.

BRINKLEY MORGAN
2255 Glades Road, Suite 304W
Boca Raton, Florida 33431

Stenographically Reported By:
MICHELE SCHULMAN, CRR, RMR, FPR
Certified Realtime Reporter
Registered Merit Reporter
Florida Professional Reporter

U.S. LEGAL SUPPORT
(813) 876-4722

Page 2

1                    APPEARANCES
2
3  On behalf of the Petitioner/Wife and Third-Party
   Plaintiff:
4      BRINKLEY MORGAN
       2255 Glades Road
5      Suite 340W
       Boca Raton, Florida 33431
6      561.241.3113
       kim.nutter@brinkleymorgan.com
7      BY: YUEH-MEI KIM NUTTER, ESQUIRE
8  On Behalf of the Petitioner/Wife and Third-Party
   Plaintiff:
9      BERGER SINGERMAN LLP
       350 East Las Olas Boulevard
10     Suite 1000
       Fort Lauderdale, Florida 33301
11     954.525.9900
       Ahinkes@bergersingerman.com
12     BY: ANDREW M. HINKES, ESQUIRE
13
14 On behalf of the Respondent/Husband:
       KENNY LEIGH & ASSOCIATES
15     2255 Glades Road
       Suite 238W
16     Boca Raton, Florida 33431
       844.541.1252
17     Ghall@kleighlaw.com
       BY: GENEVIEVE HALL, ESQUIRE
18
19 Also Present:
       Lorie Nettles
20
21                    - - -
22
23
24
25

Page 3

1                INDEX OF PROCEEDINGS
2
   DEPOSITION OF PAUL EDWARD VERNON           PAGE
3  DIRECT EXAMINATION BY MR. HINKES              5
   CERTIFICATE OF OATH                         155
4  CERTIFICATE OF REPORTER                     156
   WITNESS NOTIFICATION LETTER                 157
5  Errata Sheet (to be forwarded upon execution) 158
6
7           PETITIONER/WIFE'S EXHIBITS
8
9  Number       Description                   Page
10 1            Financial Affidavit of         16
                Paul E. Vernon
11
   2            Withdrawal Form from           23
12              SunTrust
13 3            2014 Tax Return of             55
                Paul Vernon and Lorie
14              Nettles
15 4            Project Investors,             58
                Inc. A/R Aging Detail
16              as of 12/10/2015
17 5            Project Investors,             62
                Inc. Profit and Loss
18              1/1/13 to 12/10/13
19 6            Project Investors,             63
                Inc. Profit and Loss
20              1/1/14 to 12/10/14
21 7            Project Investors,             78
                Inc. Balance Sheet as
22              of 12/10/15
23 8            TD Bank Statements for         90
                Joint Account 7/18/15
24              through 10/17/15
25

Page 4

1
2  9            Teraboss, Inc. A/R            129
                Aging Detail as of
3               12/10/15
   10           Teraboss, Inc. Profit         129
4               and Loss 1/13 to 12/15
5  11           Project Investors,            129
                Inc. Profit and Loss
6               1/1/15 to 12/10/15
7  12           Hang Seng Bank                143
                Account/Loan Overview
8
   13           Edward Jones 1 page           144
9               statement
10 14           Bank Statement in             145
                Chinese, 4 pages
11
12
             RESPONDENT/HUSBAND'S EXHIBITS
13
                     (None)
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1       Deposition taken before Michele Schulman,
2  Certified Realtime Reporter, Registered Merit Reporter,
3  Florida Professional Reporter, and Notary Public in and
4  for the State of Florida at Large in the above cause.
5                        *****
6       THE COURT REPORTER: Please raise your right
7  hand. Do you swear or affirm the testimony you are
8  about to give will be the truth, the whole truth, and
9  nothing but the truth?
10      THE WITNESS: Yes.
11 Thereupon,
12             PAUL EDWARD VERNON,
13 having been first duly sworn or affirmed, was examined and
14 testified as follows:
15 DIRECT EXAMINATION
16 BY MR. HINKES:
17      Q.  Please state your name for the record.
18      A.  Paul Edward Vernon.
19      Q.  Mr. Vernon, have you ever been deposed?
20      A.  No.
21      Q.  I'm going to talk to you very briefly about the
22 procedure. I'm going to ask you questions. You're
23 required to give honest, truthful answers based upon your
24 personal knowledge.
25      I don't want you to guess. I don't want you to

Page 142

1  Q.  Do you have a user name on reddit?
2  A.  Reddit, yes.
3  Q.  What is it?
4  A.  P-E-V-E-R-N-O-N.
5  Q.  P-E-V-E-R-N-O-N?
6  A.  Yes.
7  Q.  Do you use reddit often?
8  A.  Yeah, I go through it.
9  Q.  It is a scary place. Bitcointalk.org?
10 A.  Yes.
11 Q.  What's your user name on there?
12 A.  BigVern?
13 Q.  BigVern?
14 A.  Yes.
15 Q.  Have you ever used local bitcoins?
16 A.  I have not, no.
17 Q.  You don't know Charlie Shrem?
18 A.  I have met Charlie before he got busted.
19 Q.  When did you open your Hang Seng Bank account?
20 A.  I finished opening it the last time I went
21 there so August.
22 Q.  What's the source of funds in that Hang Seng
23 Bank account?
24 A.  That was money that I brought with me or
25 transferred over to China.

Page 143

1  Q.  You provided us with a single page from the
2  Hang Seng Bank account. Will you provide us with the
3  remainder?
4      MS. HALL: Objection. Form. Your Honor --
5  sorry. It is a long day. Strike that.
6      MR. HINKES: You can call me that any day you
7  want.
8      MS. HALL: Objection to form in regards to that
9  last question. Lack of foundation.
10 BY MR. HINKES:
11 Q.  Do you recall providing us with a Hang Seng
12 Bank account?
13 A.  Yes.
14 Q.  Do you recall providing one single page?
15     (Petitioner/Wife's Exhibit 12, Hang Seng Bank
16 Account/Loan Overview, was marked for identification.)
17 BY MR. HINKES:
18 Q.  Sir? Do you recall providing this document?
19 A.  Yes.
20 Q.  Are there any other balance statements since
21 October 26, 2015 relating to this account?
22 A.  Yes.
23 Q.  Will you, please, update your production so
24 that includes all balance statements related to this
25 account?

Page 144

1  A.  Yes.
2      MR. HINKES: I would like to have this marked
3  as the next exhibit, please.
4      (Petitioner/Wife's Exhibit 13, Edward Jones 1
5  page statement, was marked for identification.)
6  BY MR. HINKES:
7  Q.  You had an Edward Jones account, correct?
8  A.  I still do, as far as I know.
9  Q.  You provided us with a statement from the
10 Edward Jones account which includes transaction history
11 for that account. I will hand you a copy of this.
12     Have you ever seen this document before?
13 A.  Probably, yes, yes.
14 Q.  Whose handwriting is on the upper right hand
15 corner?
16     MS. HALL: My secretary.
17 BY MR. HINKES:
18 Q.  All right. Do you see a series of large
19 transfers between 50, occasionally 25, up to $100,000
20 noted as money market deposit on this ledger?
21 A.  Yes.
22 Q.  They are dated from 8/18/14 through 3/20/2015?
23 A.  Yes.
24 Q.  Do you know the source of those deposits?
25 A.  These were transfers from the joint checking

Page 145

1  account.
2  Q.  The joint checking account over a five-month
3  period had a million dollars in it?
4  A.  It had various balances but I put it into the
5  Edward Jones account as we were saving for the house.
6  Q.  You got $8.69 in interest on a million dollar
7  balance.
8      MS. HALL: Which tells you the state of banking
9  in America right now.
10     MR. HINKES: Pretty terrible.
11 BY MR. HINKES:
12 Q.  3/18/15 you had 1,005,000 withdrawal. Where
13 did that money go?
14 A.  That went to purchasing the home in Delray
15 Beach.
16 Q.  You produced to us a document that appears to
17 be some sort of bank statement, however, it is in its
18 entirety with the exception of your name and a few
19 numbers written in Chinese. I'm going to provide you
20 with a copy of this now.
21     MS. HALL: Counsel can read it, right?
22     MS. NUTTER: My son.
23     MR. HINKES: I would like to have that marked,
24 please.
25     (Petitioner/Wife's Exhibit 14, Bank Statement