Paul Vernon Vol 1
December 29, 2015      Exhibit B2

```
 1        IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
             IN AND FOR PALM BEACH COUNTY, FLORIDA
 2
          CASE NO.   502015DR009881XXXXSBFZ
 3

 4    _____

 5    IN RE:   THE MARRIAGE OF:

 6    LORI ANN NETTLES,

 7             Petitioner/Wife,

 8    and

 9    PAUL EDWARD VERNON,

10             Respondent/Husband.

11    _____

12

13

14           C-O-N-T-I-N-U-A-T-I-O-N

15        DEPOSITION OF PAUL EDWARD VERNON
                    Volume 1 of 2
16              Pages 1 through 162

17

18

19        Tuesday, December 29, 2015
            10:00 a.m. - 4:50 p.m.
20             2255 Glades Road
                Suite 340W
21         Boca Raton, Florida  33431

22

23
          Stenographically Reported By:
24          Karen S. Morris, RMR, FPR
            Registered Merit Reporter
25        Florida Professional Reporter
```

U.S. LEGAL SUPPORT
(954) 463-2933

Page 2

```
 1   APPEARANCES:
 2   ON BEHALF OF THE WIFE:
 3       BRINKLEY MORGAN
         2255 Glades Road
 4       Suite 340W
         Boca Raton, Florida 33431
 5       561.241.3113
         kim.nutter@brinkleymorgan.com
 6       BY: YUEH-MEI KIM NUTTER, ESQ.
 7
     ON BEHALF OF THE WIFE:
 8
         BERGER SINGERMAN
 9       350 East Las Olas Boulevard
         Suite 1000
10       Fort Lauderdale, Florida 33301
         954.525.9900
11       ahinkes@bergersingerman.com
         BY: ANDREW M. HINKES, ESQ.
12
13   ON BEHALF OF THE HUSBAND:
14       KENNY LEIGH & ASSOCIATES
         2255 Glades Road
15       Suite 238W
         Boca Raton, Florida 33431
16       844.541.1252
         ghall@kleighlaw.com
17       BY: GENEVIEVE HALL, ESQ.
18
     ALSO PRESENT:  LORI ANN NETTLES
19
                    - - -
20
21
22
23
24
25
```

Page 3

```
 1              I-N-D-E-X
 2
     PAUL EDWARD VERNON              PAGE
 3
     Direct by Mr. Hinkes               4
 4
     (SEALED EXAMINATION          (163 - 197)
 5   (SEALED EXHIBIT 1   Article    (177)
 6
     WIFE'S EXHIBITS
 7
     (Volume 1)
 8
     No. 12    Wire Authorization      6
 9   No. 13    Wire Authorization      8
     No. 14    Email                  25
10   No. 15    Email                  43
     No. 16    Screen capture         50
11   No. 17    Pay records            66
     No. 18    Computershare         140
12   No. 19    Statement             141
13
     (Volume 2)
14
     No. 20
15   No. 21
     No. 22
16   No. 23
     No. 24
17   No. 25
     No. 26
18   No. 27
     No. 28
19   No. 29
     No. 30
20   No. 31
     No. 32
21   No. 33
22
23
24
25
```

Page 4

```
 1        CONTINUED deposition taken before KAREN S.
 2   MORRIS, Registered Merit Reporter, Florida Professional
 3   Reporter and Notary Public in and for the State of
 4   Florida at Large in the above cause.
 5                        *****
 6        THE REPORTER:  Would you raise your right
 7   hand, please.
 8        Do you solemnly swear or affirm the
 9   testimony you are about to give will be the
10   truth, whole truth and nothing but the truth?
11        THE WITNESS:  I do.
12   THEREUPON:
13             PAUL EDWARD VERNON,
14   having been first duly sworn or affirmed, was examined
15   and testified as follows:
16             DIRECT EXAMINATION
17   BY MR. HINKES:
18   Q.  Mr. Vernon, good morning.
19   A.  Good morning.
20   Q.  Will you confirm for me verbally that you're here
21   for the continuation of your deposition from last week.
22   A.  I am.
23   Q.  And do you recall that you are under oath when
24   giving your testimony?
25   A.  Yes.
```

Page 5

```
 1   Q.  And that you have to give verbal responses to
 2   questions?
 3   A.  Yes.
 4   Q.  And that if you answer a question, it will be
 5   assumed that you understood the question that I was
 6   asking you?
 7   A.  Yes.
 8   Q.  And are you under any medication or of any state
 9   of mind where you can't give truthful honest answers?
10   A.  No.
11   Q.  I want to talk a little bit about the amount of
12   monies provided to your girlfriend for her company,
13   Baulao.
14   A.  Okay.
15   Q.  I believe you testified that you brought $20,000
16   in cash to China with you to open up a bank account for
17   the company; is that correct?
18   A.  Yes.
19   Q.  Have you brought or provided any other form of
20   monies to your girlfriend to open up Baulao?
21   A.  There were two wires.
22   Q.  Okay.  And tell me what you recall about those
23   wires.
24   A.  I believe one was around 10,000 and then another
25   around 16,000.  I don't know the exact amounts.
```

Page 102

1  Q. Do you believe that number to be correct?
2  A. I believe if it's in here, then there must be
3  some reason.
4  Q. Do you know what that reason is?
5     MS. HALL: Objection.
6  A. I don't know.
7  Q. How many active users does Cryptsy have at the
8  moment?
9  A. Active? I don't know.
10 Q. How many users have deposits with Cryptsy right
11 now?
12 A. I don't know.
13 Q. Do you have any ability to estimate?
14 A. To estimate?
15    MS. HALL: Calls for speculation.
16 A. No.
17 Q. Is it more than five?
18 A. More than five.
19 Q. Is it more than 100?
20 A. I would say it's more than 50,000.
21 Q. More than 50,000. So your testimony is that more
22 than 50,000 user names and password combinations have
23 some sort of digital currency being held by Cryptsy
24 right now?
25 A. Yes.

Page 103

1  Q. Okay. Do you intend to notify them that the site
2  is closing?
3  A. Yes.
4  Q. So I'm taking a look right now at the Project
5  Investors, Inc., 2014 tax return and it indicates right
6  now loans to shareholders at the end of tax year 2014 at
7  $143,040.
8     Do you know what those loans to shareholders are?
9  A. No.
10 Q. Beginning of tax year it was 140,080. Do you
11 know what those loans are?
12 A. No.
13 Q. Who would know?
14 A. Stacie.
15 Q. Do you know of anybody else to whom PII or
16 Cryptsy owes any debt?
17 A. No.
18 Q. Was the operations of PII or Cryptsy at any time
19 funded by any sort of line of credit or loan?
20 A. No.
21 Q. Do you intend to transfer the Cryptsy user
22 accounts over to Bitebi9?
23 A. No.
24 Q. Let's look back at your financial affidavit.
25 Let's go to the second page, please.

Page 104

1  Do you see a series of zeroes next to numbers 1
2  through 17 under present monthly gross income?
3  A. Yes.
4  Q. So you have zero income of any kind?
5  A. Correct.
6  Q. When was the last time that you deposited money
7  from payroll into the joint household account?
8  A. I don't recall.
9  Q. It was at least October; right?
10 A. End of October.
11 Q. Because we looked at those pay stubs earlier.
12 A. Right.
13 Q. At least until the beginning of October, you were
14 making $800 in salary every two weeks from PII; correct?
15 A. Correct.
16 Q. And you've also sent transfers from Bitcoin
17 through Coinbase into the joint checking account?
18 A. Yes.
19 Q. Many, many times; correct?
20 A. Mostly at the beginning of 2015, end of 2014.
21 Q. And are those transfers included in what you call
22 present monthly gross income here?
23 A. No.
24 Q. Go to page three of the financial affidavit,
25 please. Are you legally single, sir?

Page 105

1  A. No.
2  Q. Do you know why your filing status says single?
3  A. I don't know why that says that.
4  Q. Okay. How many dependents legally do you have?
5  A. Three.
6  Q. Do you know why it says number of dependents
7  claimed, one?
8  A. Probably to reduce the amount of taxes collected.
9  Q. Is this a document that's being provided to the
10 IRS?
11 A. No.
12 Q. Okay. So did you have any involvement in the
13 creation of this document?
14 A. Yes.
15 Q. What was your involvement in the creation of this
16 document?
17 A. I filled out the numbers.
18 Q. Did you do anything else?
19    MS. HALL: And I'm going to object to the
20    extent that was --
21    MR. HINKES: I don't want to hear anything
22    about your conversations with your lawyers.
23    MS. HALL: -- conversations with attorneys.
24 BY MR. HINKES:
25 Q. I don't want to hear about anything that you said