Exhibit C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

## DECLARATION OF JAMES D. SALLAH, RECEIVER

I, James D. Sallah, not individually but solely in my capacity as the Court-appointed Receiver (the "Receiver") for Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), make the following Declaration and state as follows:

1. I am a member in good standing of The Florida Bar and The United States District Court for the Southern District of Florida. I make this Declaration based on my personal knowledge and my investigation of Cryptsy in my capacity as Receiver.

2. I was appointed as the Receiver in the above-captioned matter on April 4, 2016. Since my appointment, I have investigated, along with counsel for Plaintiffs and the Class, this matter in an attempt to, *inter alia*, determine the whereabouts of the cryptocurrencies of Cryptsy account holders (*i.e.*, users).

3. My investigation has revealed, *inter alia*, that on or about April 4, 2016 (the date of the Court's execution of and submission to counsel of the receivership Appointment Order),

Civil Action No. 9:16-cv-80060-MARRA

and literally hours after e-mail service by Plaintiffs' counsel of the Appointment Order on Defendant Paul Vernon, Mr. Vernon remotely logged into Cryptsy's servers and destroyed in three attempts the Cryptsy database that contained, *inter alia*, the number of, identity of, and account balances of all Cryptsy account holders who are members of the Class. I learned this information as a result of the work of my professionals and computer forensics team and their inspection on May 6, 2016, of Cryptsy's servers located at Vault Networks in Miami, Florida.

4. Because Mr. Vernon destroyed the database, I have been unable to confirm the total number of Cryptsy account holders/users when Cryptsy shut down, as well as the total number of Cryptsy account holders/users during Cryptsy's operations. Therefore, I have been left to other alternatives in my investigation, including interviewing former Cryptsy employees, to attempt to learn this information and other relevant information.

5. One such former Cryptsy employee is Nicholas Mullesch. Mr. Mullesch was employed at Cryptsy in the positions of Head of IT from April 2015 to January 2016 and Cryptocurrency Manager from January 2014 to January 2016. Before his promotion to Head of IT and Cryptocurrency Manager, Mr. Mullesch was a summer intern at Cryptsy.

6. Because Mr. Mullesch has personal knowledge of highly relevant information in the receivership and because Mr. Mullesch has cooperated with me and my professionals during the receivership, I have retained Mr. Mullesch to continue working as a receivership employee, including as part of my computer forensics team.

7. Mr. Mullesch reported to me that Cryptsy had tens of thousands of active account holders/users at or around the time that Cryptsy shut down. Mr. Mullesch also reported to me that during his employment, he experienced first-hand Cryptsy's rapid growth in both customer base

Civil Action No. 9:16-cv-80060-MARRA

and trade volume, including over 300,000 in registered account holders/users and daily trading volume of over 150,000 trades.

8. I support, and thus do not object to, the certification of the Class in this matter, and the appointment of Marc A. Wites of Wites & Kapetan, P.A., and David C. Silver of The Silver Law Group as counsel for the Class. My team and I have worked cooperatively with Messrs. Wites and Silver in this matter, and will continue to do so.

Pursuant to 28 USC §1746, and Section 95.525, Fla. Stat., I declare under penalty of perjury that the foregoing is true and correct.

_____
James D. Sallah, Receiver

7/25/16
Date