Exhibit D

From: "Stacy West Taylor" <stacy@projectinvestorsinc.com>
To: "Kaushal \"Ken\" Majmudar <ken@ridgewoodinvestments.com>
Date: 2/12/2014 4:54:35 PM
Subject: FW: users by state

From: Paul Vernon <paulevernon@yahoo.com>
Reply-To: Paul Vernon <paulevernon@yahoo.com>
Date: Wednesday, February 12, 2014 3:49 PM
To: Stacy West <stacy@projectinvestorsinc.com>
Subject: users by state

This is by ip and those that have stated they are in the us:

    [CALIFORNIA] => 8659
    [TEXAS] => 4159
    [NEW YORK] => 4137
    [FLORIDA] => 3083
    [NEW JERSEY] => 2586
    [WASHINGTON] => 2296
    [ILLINOIS] => 2112
    [PENNSYLVANIA] => 2016
    [ARIZONA] => 1831
    [OHIO] => 1809
    [VIRGINIA] => 1652
    [MASSACHUSETTS] => 1651
    [GEORGIA] => 1494
    [MICHIGAN] => 1368
    [COLORADO] => 1306
    [NORTH CAROLINA] => 1235
    [OREGON] => 1023
    [MINNESOTA] => 940
    [WISCONSIN] => 902
    [MARYLAND] => 882
    [MISSOURI] => 881
    [INDIANA] => 795
    [TENNESSEE] => 685
    [UTAH] => 636
    [CONNECTICUT] => 615
    [DISTRICT OF COLUMBIA] => 520
    [ALABAMA] => 457
    [KANSAS] => 456
    [SOUTH CAROLINA] => 449
    [LOUISIANA] => 411
    [KENTUCKY] => 409
    [NEVADA] => 372
    [IOWA] => 342
    [OKLAHOMA] => 324
    [NEBRASKA] => 264
    [HAWAII] => 249
    [NEW MEXICO] => 242
    [ARKANSAS] => 241
    [IDAHO] => 222
    [MAINE] => 201
    [ALASKA] => 164
    [NORTH DAKOTA] => 153
    [WEST VIRGINIA] => 151
    [SOUTH DAKOTA] => 147
    [NEW HAMPSHIRE] => 137
    [MISSISSIPPI] => 135
    [MONTANA] => 126
    [RHODE ISLAND] => 126
    [VERMONT] => 92
    [DELAWARE] => 84
    [WYOMING] => 76

Paul Vernon | CEO
Project Investors, Inc.
1300 NW 17th Avenue Suite 270
Delray Beach, FL 33445

P (561) 270-0050
F (561) 455-4712



EXHIBIT "B"
4_25_2016