Exhibit F

Civil Action No. 9:16-cv-80060-MARRA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

Defendants.
_____/

**DECLARATION OF MICHAEL WILSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, MICHAEL WILSON, make this Declaration in support of Plaintiffs' Motion for Class Certification and state as follows:

1. My name is MICHAEL WILSON. I am of sound mind and body, and have personal knowledge of the facts set forth herein.

2. I understand that I am making this Declaration in support of my motion to certify a class action for all CRYPTSY account owners who deposited Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at CRYPTSY and have been denied access to their accounts and funds between May 22, 2014 and the present date.

3. I am aware that I am a class representative in this action. I am fully aware of the facts alleged in the class action complaint and the relief I seek, both individually and on behalf of the class.

1

Civil Action No. 9:16-cv-80060-MARRA

All of the facts set alleged in Plaintiff's amended complaint, and all other declarations, motions and pleadings filed on my behalf, are true and correct.

4. My counsel, David Silver and Marc A. Wites, have kept me informed about the status of the litigation by regularly communicating with me via mail, email and telephone.

5. I am cognizant of, and determined to, faithfully discharge my fiduciary duties to the absent class members as the Class Representative.

PURSUANT TO 28 U.S.C. §1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____  6·6·2016
MICHAEL WILSON 5/~/16