Exhibit G

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.

_____/

### DECLARATION OF MARC A. WITES IN SUPPORT OF
### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Marc A. Wites, declare as follows:

1.      I am a partner with the law firm Wites & Kapetan, P.A. I am licensed to practice law in the State of Florida and before this Court.  My firm is co-counsel for Plaintiffs and the Class.

2.      This declaration is submitted in support of Plaintiffs' Motion for Class Certification (the "Motion") filed concurrently herewith. The following facts are in my personal knowledge and, if called upon to do so, I could and would competently testify as follows.

3.      Attached to the Declaration as **Exhibit "A"** is a true and correct copy of my resume.  As set forth therein, I have been engaged in class action litigation since 1994. During this time, I have represented both plaintiffs and defendants in numerous class actions in Florida's state and federal courts, as well as state and federal courts throughout the country. I have litigated these class actions through the class certification stage, trial, appeals and settlement.

4.      To date, Silver Law Group and Wites & Kapetan, P.A. have been contacted by over three hundred (300) persons who are account holders of Project Investors, Inc. d/b/a Cryptsy ("CRYPTSY").  Such persons deposited Bitcoins and various other cryptocurrencies with CRYPTSY and have been unable to buy, sell, obtain or otherwise access their deposits at CRYPTSY.

5.      According to records obtained from CRYPTSY[1], CRYPTSY had users -- each of whom is a potential Class member -- in all fifty states in the United States and in the District of Columbia:

| STATE | AMOUNT OF USERS IDENTIFIED BY CRYPTSY AS OF FEBRUARY 12, 2014 |
| --- | --- |
| California | 8,659 |
| Texas | 4,159 |
| New York | 4,137 |
| Florida | 3,083 |
| New Jersey | 2,586 |
| Washington | 2,296 |
| Illinois | 2,112 |
| Pennsylvania | 2,016 |
| Arizona | 1,831 |
| Ohio | 1,809 |
| Virginia | 1,652 |
| Massachusetts | 1,651 |
| Georgia | 1,494 |
| Michigan | 1,368 |
| Colorado | 1,306 |
| North Carolina | 1,235 |
| Oregon | 1,023 |

---

[1] *See*, *e.g.*, Exhibit D to Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| Minnesota | 940 |
| Wisconsin | 902 |
| Maryland | 882 |
| Missouri | 881 |
| Indiana | 795 |
| Tennessee | 685 |
| Utah | 636 |
| Connecticut | 615 |
| District of Columbia | 520 |
| Alabama | 457 |
| Kansas | 456 |
| South Carolina | 449 |
| Louisiana | 411 |
| Kentucky | 409 |
| Nevada | 372 |
| Iowa | 342 |
| Oklahoma | 324 |
| Nebraska | 264 |
| Hawaii | 249 |
| New Mexico | 242 |
| Arkansas | 241 |
| Idaho | 222 |
| Maine | 201 |
| Alaska | 164 |
| North Dakota | 153 |
| West Virginia | 151 |
| South Dakota | 147 |
| New Hampshire | 137 |
| Mississippi | 135 |
| Montana | 126 |
| Rhode Island | 126 |

| Vermont | 92 |
|---------|----|
| Delaware | 84 |
| Wyoming | 76 |

6.      On or about April 4, 2016, the Court appointed a Receiver to, *inter alia*, "administer and manage the business affairs, funds, assets, choses in action, and any other property of [CRYPTSY]." *See*, Docket Entry No. 33.  The Receiver has reported to the undersigned that on or about April 4, 2016, Defendants CRYPSTY and Paul Vernon destroyed the CRYPTSY database that contained the number of, and identity of, all CRYPTSY account holders who are members of the Class. The Receiver learned this information when he obtained access to CRYPTSY's servers, which are located at Vault Networks in Miami, Florida.

7.      Wites & Kapetan P.A., along with Silver Law Group, have expended, and will continue to expend, all necessary resources to fully and effectively represent the Class.


PURSUANT TO 28 U.S.C. §1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION WAS EXECUTED ON THIS 27th  DAY OF JULY 2016.


*/s/ Marc. A. Wites*
MARC A. WITES



**EXHIBIT A**

## WITES & KAPETAN, P.A.
#### ATTORNEYS AT LAW

### <u>WITES & KAPETAN, P.A.</u>

Wites & Kapetan, P.A., is a law firm that has represented plaintiffs in class actions since the firm was founded in 2001. Marc A. Wites is a founding shareholder of the Firm, and he directs the Firm's class action practice.

Marc has achieved great success for his clients in his core practice areas. This includes multi-million dollar jury verdicts and settlements in personal injury and wrongful death actions, the recovery of investment losses of individuals and families against brokerage firms, banks and investment advisors, and industry changing class actions that have returned monies to class members and changed the way in which companies do business. These victories have been achieved in state and federal trial and appellate courts throughout the country, as well as arbitration proceedings.

Marc is a graduate of The University of Florida College Law, where he served as a board member of The University of Florida Law Review and the Justice Thornal Campbell National Moot Court Board. Marc earned a Bachelor of Business Administration from The University of Michigan.

He is admitted to the Florida Bar, the United States District Courts for the Southern and Middle Districts of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

Marc was named as part of Florida's Legal Elite for 2006-2012 by Florida Trend magazine, and as a Florida Super Lawyer in 2009-2012. These honors were the result of voting by members of the Florida Bar.

Marc authored *The Florida Civil Litigation Handbook: Actions, Defenses and Evidence and Rules*, which was published annually by Matthew Bender & Co., Inc. from 1997 through 2000. He now publishes the original content of the Handbook, for which he owns the copyright, through his own publishing company, in an annual series entitled The Florida Litigation Guide (www.flalitguide.com). The Guide contains a listing of the elements of popular common law causes of action, citations for the most recent state and federal court cases listing the elements of the actions and various defenses to the actions. Lawyers from virtually every major Florida law firm, as well as countless practitioners from medium and small firms, solo practitioners and

government attorneys, as well as members of the judiciary, routinely rely on Marc's publication in Florida litigation matters.

In 2007 Marc became the author of *Florida Causes of Action*, an annual treatise published by James Publishing. This publication provides a detailed analysis of Florida common law and statutory causes of action.

Marc also has published several articles, including *Do Equine Immunity Acts Provide a False Sense of Security, The Chronicle of the Horse*, Vol. LXI, Number 33, August 14, 1998; *Back in the Saddle Again: An Analysis of Florida's Equine Immunity Act*, Florida Bar Journal, Volume LXXI, Number 10, November 1997; and *The Franchisor as Predator: Encroachment and the Implied Covenant of Good Faith*, The University of Florida Journal of Law and Public Policy, Volume VII, Issue 2, Spring 1996.

Prior to founding Wites & Kapetan, P.A., Marc practiced law with Homer & Bonner P.A. (f/k/a Greer, Homer, Cope & Bonner, P.A.), a well-known Miami law firm, for over 5 years. There, his practice included the prosecution and defense of class actions, commercial litigation and transactions on behalf of brokerage firms, corporations, general contractors, aviation companies and banks, and equine litigation and transactions. During 2000, Marc served as Associate General Counsel and General Counsel for Link2Gov Corp. and HostLogic, Inc.

Marc was born in Queens, New York, and raised in Coral Springs, Florida. He lives in Boca Raton with his wife, Jennifer, and sons, Asher and Leo.

_____

The following is a list of some of the class actions in which Marc has represented a party as counsel, as well as a case where Marc was counsel for the defense:[2]

- *Magill v. Ford Motor Company,* In the Circuit Court in and for Miami-Dade County, Florida, Case No.: 95-06523 (counsel for plaintiff and the class that was certified by the trial court based on defective liftgates in Ford Explorers; reversed on appeal: Ford Motor Co. v. Magill, 698 So. 2d 1244 (Fla. 3rd DCA 1997))(litigated at Homer & Bonner, P.A.).

- *Waters v. IPMC,* In the United States District Court for the Southern District of Florida, Case No.: 90-6863-Civ-Ungaro-Benages (counsel for defendants in trial and appellate levels of commodities class action: Waters v. IPMC, 190 F. 3d 1291 (11th Cir. 1999)) (litigated at Homer & Bonner, P.A.).

_____

[2]      Unless otherwise indicated, in each listed case Marc served as class counsel at Wites & Kapetan, P.A.

- *Berns v. CCS Financial Services, Inc., d/b/a The Check Cashing Stores, In the United States District Court of the Southern District of Florida,* Case No. 02-61633-CIV-DIMITROULEAS (class certified and final settlement approved based on violations of The Fair Debt Collection Practices Act).

- *Cohen and Zeiger v. DeConna Ice Cream Co.,* In the Circuit Court in and for the 17th Judicial Circuit of Broward County, Florida, Case Nos. 01-010780 (14) and 02-001336 (14)(class certified and final settlement approved, based on the mislabeling of the nutrition label of an ice cream product).

- *Rilling v. Republic Security Bank,* In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. CL 01-3545-AE (counsel for plaintiff)(class certified, final settlement approved, and plaintiff and the class received 100% of their damages plus interest based on improper charging of interest rates on credit cards).

- *Coto v. Countrywide Home Loans, Inc.,* In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 01-7276 CA 30 (class certified, and final settlement approved, based on overcharging of fees in real estate transactions).

- *In re Merrill Lynch & Co., Inc.,* Research Reports Securities Litigation, In the United States District Court for the Southern District of New York, Case No. 02-MDL-1484 (MP)(counsel to lead plaintiffs in 2 of 26 consolidated actions based on fraudulent reports from securities analysts).

- *Rhodes v. Old Republic National Title Insurance Company, In the 15th Judicial Circuit in and for Miami-Dade County, Florida,* Case No.: 50 2004 CA 004073 XXXX MB (class action settlement approved based on overcharges for title insurance).

- *Rivera v. Amalgamated Debt Collection Services, The United States District Court for the Southern District of Florida,* Case No.: 05-CIV-20176-LENARD/TORRES ((class certified and final settlement approved based on violations of The Fair Debt Collection Practices Act).

- *Sifford v. Ashland, Inc. d/b/a/ The Valvoline Oil Co. and Valvoline Instant Oil Change,* In the Circuit Court of St. Louis County, Missouri, Case No.: 04CC-004724 (settlement of consumer class action based on charging of improper used oil disposal fees).

- *In re High Sulfur Content Gasoline Products Liability Litigation,* The United States District Court for the Eastern District of Louisiana, Case No.: 2:04-md-01632-IRLR-KWR (class settlement approved based on sale of gasoline with excessive sulfur content).

- *Hawley v. American Pioneer Title Insurance Company,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: CA-03-016234 (11)(class action settlement approved based on overcharges for title insurance).

- *Thula v. Lawyers Title Insurance Corporation,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 04-05324 (11)(class action settlement approved based on overcharges for title insurance).

- *Devick v. Attorney's Title Insurance Fund,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 04-06633 (08) (class action settlement approved based on overcharges for title insurance).

- *Glassman v. Suntrust Merchant Services, LLC,* In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 04-05042 CA 22 (class action settlement including Florida residents based on defendant's violation of the Telephone Consumer Protection Act).

- *Irwin v. Hyundai/Kia,* Superior Court of the State of California, County of Orange, Case No.: 02CC00287 (class certified, final settlement approved, based on misrepresentation of horsepower ratings of automobiles).

- *Penzer v. Southeast Wireless,* In the Circuit Court in and for the 17th Judicial Circuit of Broward County, Florida, Case No.: 03-010994 (02) (certified class of Florida residents based on defendant's violation of the Telephone Consumer Protection Act, which included litigation in state and federal court, multiple appeals, and ultimately a class action settlement, after eight years of litigation)(*see Penzer v. Transportation Ins. Co.* , 29 So.3d 1000, 1005 (Fla. 2010)).

- *Evans v. Stewart Title Guaranty Company,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 04-06630-05 (class action settlement approved based on overcharges for title insurance).

- *Jackson v. Milestone Title,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 07-24806 (11) (class action settlement approved based on overcharges for title insurance).

- *Rhodes v. Resource Title Co.,* In the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No.: 502007CA14069XXXXMBAE (class action settlement approved based on overcharges for title insurance).

- *Nolan v. Integrated Real Estate Processing, LLP,* In the United States District Court for the Middle District of Florida, Case No. 3:08-cv-00642 (class action settlement approved based on overcharges for title insurance).

- *Bleich v. Chicago Title Insurance Company,* In the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 07-15721-27 (appointed as class counsel in certified class action, which is still pending).

- *Berry v. Mega Brands, Inc., et al*., United States District Court, District of New Jersey, Case No.: 2:08-cv-01750 (counsel for lead plaintiff in approved class action settlement concerning defective toys).

- *Winward Builders, LLC v. Delos Insurance Group,* In the Supreme Court of the State of New York, Nassau County, Case No.: 09-015214 (co-lead counsel in approved class action settlement based on insurance overcharges).

- *In re Groupon, Inc. Marketing and Sales Practices Litigation*, United States District Court of the Southern District of Florida, Case No.: 11 md 2238 (Executive Committee Member in approved class action settlement)

- *In re TFT-LCD (Flat Panel) Antitrust Litigation,* United States District Court, Northern District of California, Case No.: 3:07-md-1827 (counsel for lead plaintiff in approved indirect purchaser antitrust class action settlement).