Exhibit H

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.
_____/

## DECLARATION OF DAVID C. SILVER IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, David C. Silver, declare as follows:

1. I am a partner with the law firm Silver Law Group and am licensed to practice law in the State of Florida and before this Court. My firm is co-counsel for Plaintiffs and the Class.

2. This declaration is submitted in support of Plaintiffs' Motion for Class Certification (the "Motion") filed concurrently herewith. The following facts are in my personal knowledge and, if called upon to do so, I could and would competently testify as follows.

3. Attached to the this Declaration as **Exhibit "A"** is a true and correct copy of a resume of the experience of David C. Silver, Scott L. Silver, and Silver Law Group in representing plaintiffs in investor litigation and class action litigation.

4. To date, Silver Law Group and Wites & Kapetan, P.A. have been contacted by over three hundred (300) persons who are account holders of Project Investors, Inc. d/b/a Cryptsy ("CRYPTSY"). Such persons deposited Bitcoins and various other cryptocurrencies

with CRYPTSY and have been unable to buy, sell, obtain or otherwise access their deposits at CRYPTSY.

5. According to records obtained from CRYPTSY[1], CRYPTSY had users -- each of whom is a potential Class member -- in all fifty states in the United States and in the District of Columbia:

| STATE | AMOUNT OF USERS IDENTIFIED BY CRYPTSY AS OF FEBRUARY 12, 2014 |
|---|---|
| California | 8,659 |
| Texas | 4,159 |
| New York | 4,137 |
| Florida | 3,083 |
| New Jersey | 2,586 |
| Washington | 2,296 |
| Illinois | 2,112 |
| Pennsylvania | 2,016 |
| Arizona | 1,831 |
| Ohio | 1,809 |
| Virginia | 1,652 |
| Massachusetts | 1,651 |
| Georgia | 1,494 |
| Michigan | 1,368 |
| Colorado | 1,306 |
| North Carolina | 1,235 |
| Oregon | 1,023 |
| Minnesota | 940 |
| Wisconsin | 902 |
| Maryland | 882 |
| Missouri | 881 |

---

[1] *See, e.g.*, Exhibit D to Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| Indiana | 795 |
| Tennessee | 685 |
| Utah | 636 |
| Connecticut | 615 |
| District of Columbia | 520 |
| Alabama | 457 |
| Kansas | 456 |
| South Carolina | 449 |
| Louisiana | 411 |
| Kentucky | 409 |
| Nevada | 372 |
| Iowa | 342 |
| Oklahoma | 324 |
| Nebraska | 264 |
| Hawaii | 249 |
| New Mexico | 242 |
| Arkansas | 241 |
| Idaho | 222 |
| Maine | 201 |
| Alaska | 164 |
| North Dakota | 153 |
| West Virginia | 151 |
| South Dakota | 147 |
| New Hampshire | 137 |
| Mississippi | 135 |
| Montana | 126 |
| Rhode Island | 126 |
| Vermont | 92 |
| Delaware | 84 |
| Wyoming | 76 |

6. On or about April 4, 2016, the Court appointed a Receiver to, *inter alia*, "administer and manage the business affairs, funds, assets, choses in action, and any other property of [CRYPTSY]." *See*, Docket Entry No. 33. The Receiver has reported to the undersigned that on or about April 4, 2016, Defendants CRYPSTY and Paul Vernon destroyed the CRYPTSY database that contained the number of, and identity of, all CRYPTSY account holders who are members of the Class. The Receiver learned this information when he obtained access to CRYPTSY's servers, which are located at Vault Networks in Miami, Florida.

7. Wites & Kapetan P.A., along with Silver Law Group, have expended, and will continue to expend, all necessary resources to fully and effectively represent the Class.

PURSUANT TO 28 U.S.C. §1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION WAS EXECUTED ON THIS   25th   DAY OF JULY 2016.

*/s/ DAVID C. SILVER*
DAVID C. SILVER

A National **Securities Arbitration** & **Investment Fraud** Law Firm | CONTACT US (800) 975-4345

En Español

SILVER LAW GROUP

MENU

# Class Actions

Silver Law Group has handled class action lawsuits throughout the country. A class action lawsuit is an important tool which allows multiple plaintiffs to combine together, frequently against a large, well-capitalized corporate defendant. Securities class action lawsuits are filed when a group of investors known as a "class" suffer economic losses as the result of the same cause affecting the members of the class. Silver Law Group is also experienced pursuing claims against the investment banks and brokerage firms which act as the selling agent or underwriter of these securities. In 2011, Silver Law Group helped a class of investors recover $150 million against a large national brokerage firm. In recent Years, Wall Street firms have created their own alternative investments to sell to investors. These alternative investments include, private placements, principal protected notes, and managed futures funds. Investment losses in these proprietary investment products frequently lead to class actions and securities arbitration claims. According to a NERA Economic Consulting study, federal class action lawsuits during the period from January 2005 – June 2012 have been filed in the following type of case categories:

- Merger Objection Cases;
- Securities and Exchange Act Violations; including 10b(5);
- Credit Crisis Related;
- Ponzi Schemes;
- Option Backdating;
- Accounting Fraud; and
- Other Causes.

**EXHIBIT "A"**

http://silverlaw.com/complex-commercial-litigation/class-actions/

A National **Securities Arbitration & Investment Fraud** Law Firm | CONTACT US (800) 975-4345

subject to new class action filings during the period from January 2000 – June 2013:

- Consumer Discretionary (5.5%)
- Consumer Staples (4.0%)
- Energy (2.5%)
- Financials (11.1%)
- Health Care (9.7%)
- Industrials (3.4%)
- Information Technology (6.9%)
- Materials (1.2%)
- Telecommunication Services (7.9%)
- Utilities (7.2%)



Silver Law Group has extensive experience

Silver Law Group has extensive experience advising clients regarding their options about participating in a class action or opting out the class action and instead pursuing their individual claims as stand-alone plaintiffs against a variety of potentially liable defendants. There are advantages to both options, depending on the factual scenario in which they arise; and we carefully advise our clients regarding which path would best suit their legal interests.



**A National Securities Arbitration & Investment Fraud Law Firm**   CONTACT US (800) 975-4345

En Español

MENU

# Securities Litigation

The firm routinely represents investors in claims against issuers, underwriters, third-party professionals, and others in state and federal court for violations of the securities laws. We have significant experience representing investors who have been victimized by a variety of wrongful conduct, including violations of the federal securities laws, state "Blue-Sky" statutes, and breaches of fiduciary duty. Silver Law Group frequently agrees to represent investors on a contingency fee basis. Accordingly, we are often sought out by other law firms to work with their clients in an effort to recover all possible damages those clients have suffered. Our track record is one marked with great success, and we will gladly confer with you to determine if and how we can assist you in recouping losses you or your client(s) have suffered.

**OUR FREE PROMISE**
**NO RECOVERY, YOU OWE US NOTHING**

To contact our experts please fill out the form below.

FIRST NAME

LAST NAME

EMAIL ADDRESS

http://silverlaw.com/complex-commercial-litigation/securities-litigation/



# Awards & Certifications

   

  

  



http://silverlaw.com/complex-commercial-litigation/securities-litigation/

A National Securities Arbitration & Investment Fraud Law Firm    CONTACT US (800) 975-4345

En Español



MENU



# Scott L. Silver

### Managing Partner

Scott L. Silver is the managing partner of Silver Law Group, a nationally recognized law firm representing investors worldwide to recover their investment losses. Scott has received a Martindale Hubbell Preeminent "AV" Rating, the highest ratings given for general ethical standards and legal ability. Scott has spent his entire legal career practicing securities and financial services law. Scott focuses his law practice on securities arbitration and litigation and plaintiff-side class action litigation, representing individual investors and institutions in claims against brokerage firms, investment advisors, commodities firms, hedge funds and others. Scott also routinely serves as counsel to receivers and trustees in matters relating to the recovery of investor losses in Ponzi schemes.

Scott has extensive experience in arbitration before the Financial Industry Regulatory Authority (FINRA), the National Futures Association (NFA), and the American Arbitration Association (AAA). He has recovered millions of dollars on behalf of aggrieved investors through arbitration and the courts. Scott has represented clients throughout the United States as well as in Europe, South America, Israel and elsewhere.

Scott is a frequent lecturer and author on securities and investment fraud matters, as well as a regular commentator in leading publications. Scott has been invited to lecture at law schools, industry conferences and investor rights groups. In addition, Scott frequently contributes to various publications and has authored numerous articles

 Email

 VCard

http://silverlaw.com/attorney-profiles/scott-l-silver/

A National Securities Arbitration & Investment Fraud Law Firm | CONTACT US (800) 975-4345

## Professional Experience

Scott graduated from the University of Miami, School of Law in 1996. Soon after, Scott joined Gusrae Kaplan, a Wall Street law firm founded by a former Chief Attorney of the SEC's Division of Enforcement, specializing in the defense of brokerage firms in FINRA, SEC, NYSE, and court matters. It is during his tenure at the law firm where Scott learned the strategies employed by brokerage firms to defend against investor claims.

In 2002, Scott relocated to South Florida where he brought his insight and understanding of the inner workings of Wall Street, becoming a named partner in a leading Plaintiff's firm. In April 2011, the Silver Law Group was formed with a team of litigators, all with experience in the securities industry.  Scott still maintains strong ties to New York and regularly represents investors in and around New York through the firm's New York office.

Scott has served as trial counsel in several cases and arbitrations including a $7 million FINRA arbitration award against former UBS Financial Services, Inc.'s broker Gary Gross in 2009.  Scott was awarded the 2009 Daily Business Review's Most Effective Lawyer award for securities litigation for his work on the Gary Gross case. Scott is an AV rated attorney by Martindale-Hubbell. In 2010 and 2011, Scott was nominated for inclusion in Florida Trend magazine's Legal Elite. In 2011, Scott became co-chair of the American Association for Justice ("AAJ") Securities Litigation Group.

## Professional Recognition

- Legal Elite" by Florida Trend Magazine 2010, 2011
- "AV"® Preeminent™ rating, Martindale-Hubbell 2010
- Florida Super Lawyers 2009
- Daily Business Review's Most Effective Securities Lawyer 2009
- Multi-Million Dollar Advocates Club
- Co-chair for the American Association for Justice ("AAJ") Securities Litigation Group
- Scott Silver is a featured speaker at AAJ's Hot Topics in Business Torts seminar
- Florida Justice Association 2015 Seminar – Business Torts speaker on the ABC's of FINRA arbitration

http://silverlaw.com/attorney-profiles/scott-l-silver/

A National Securities Arbitration & Investment Fraud Law Firm | CONTACT US (800) 975-4345

SEC Whistleblower Incentives Under the Dodd-Frank Wall Street Reform Act,
18 PIABA Bar Journal 169 (2011)

Brokerage Firms' Liability When They Fail To Warn About Bad Brokers,
PLI Securities Arbitration, Vol. 1 at Pg. 437 (Aug. 2009)

Non-Customer 'Customers' and Compulsory NASD Arbitration,
PLI Securities Arbitration, Vol. 1 at Pg. 601 (Aug. 2002)

# Receivership Practice

Scott routinely represents Ponzi scheme victims and others in bankruptcy or SEC receiverships. On multiple occasions, the Receiver has retained Scott to pursue claims on behalf of the receivership. Representations include:

*Corporate Monitor v. Gignesh Movalia, et al.*, Case No. 13-18620 CA 13 (Miami-Dade County Circuit Court, Florida)

*In re: Certified, Inc., et al.*, Case No. 09-33115-BKC-RAM (U.S. Bankruptcy Court – Southern District of Florida)

*Goldberg, et al. v. D&E Communications, Inc., et al.,* Case No. 11-cv-22177-WPD (U.S. Dist. Ct. – Southern District of Florida)

## Bar Admissions:

Florida Bar, 1996

New York Bar, 1997

U.S. District Court, Southern District of New York, 1997

U.S. District Court, Eastern District of New York, 1997

U.S. District Court, Southern District of Florida, 2002

## Education:

J.D., University of Miami School of Law, 1996

B.A., State University of New York at Albany, 1993

**A National Securities Arbitration & Investment Fraud Law Firm**  |  **CONTACT US (800) 975-4345**

Selected for inclusion in Florida Trend's Florida Legal Elite, 2010-2011

Florida Super Lawyer, 2009

Daily Business Review, Most Effective Lawyer in Securities Litigation, 2009

Member, CLI Securities Exchange Commission, 1995-1996

## MEMBERSHIPS

American Association of Justice (Chairman of the Securities Committee)

Public Investors Arbitration Bar Association

Multi-Million Dollar Advocates Forum

Entrepreneurs' Organization (EO)

## OFFICES

Florida

New York

## Awards & Certifications

http://silverlaw.com/attorney-profiles/scott-l-silver/

A National *Securities Arbitration* & *Investment Fraud* Law Firm     CONTACT US (800) 975-4345

En Español



MENU



# David C. Silver

## Founding Partner

David C. Silver is a founding partner of Silver Law Group, a nationally recognized law firm representing investors worldwide to recover their investment losses. David has received a Martindale Hubbell Preeminent "AV" Rating, the highest ratings given for general ethical standards and legal ability. David has spent his entire legal career in complex commercial litigation. David concentrates his practice in a wide variety of civil litigation, including business, securities, class actions, white-collar crime, and government investigations, with an emphasis on business-related disputes. David has also handled several high profile catastrophic injury and wrongful death cases. David practices at the trial and appellate court levels across the United States.

✉ Email

▤ VCard

As an established trial attorney, David focuses on implementing innovative and aggressive strategies to change the dynamics of a case and to obtain the best possible result in settlement or trial. David has litigated a wide variety of commercial disputes involving professional negligence, fraud, breach of fiduciary duty, securities litigation, conversion, breach of contract, negligence, accountant malpractice, negligent misrepresentation, misappropriation of trade secrets, violation of consumer protection statutes, and tortious interference with contract and prospective business relationships.

In addition, on behalf of the Federal Deposit Insurance Corporation (FDIC), David has led multiple investigations into wrongdoing on the part of officers and directors of various closed financial institutions as well as investigations into D&O insurance carriers, fidelity

http://silverlaw.com/attorney-profiles/david-c-silver/

A National Securities Arbitration & Investment Fraud Law Firm | CONTACT US (800) 975-4345

# Professional Experience

David began his legal career at Wicker Smith O'Hara McCoy Graham & Ford, a large Florida-based law firm. In April 2004, David joined the international law firm of Patton Boggs (now Squire Patton Boggs) LLP in Washington, D.C., where his practice as a trial lawyer involved all aspects of civil litigation, including noteworthy pro bono work. In 2010, David left Patton Boggs LLP and returned to Florida. He was a Partner at Blum & Silver, LLP until he co-founded Silver Law Group in 2011.

# Professional Recognition

- *Acker, et al. v. Doeren Mayhew*, Case No. 2:08-cv-11161-AJT-MAR (U.S. Dist. Ct. – Eastern District of Michigan): Obtained a favorable settlement as lead plaintiffs' counsel to over 400 claimants in an action against Doeren Mayhew, a large Midwest accounting firm, wherein the firm was alleged to have failed to perform due diligence so as to recognize that its partners were running a Ponzi scheme. The accounting malpractice lawsuit alleged that Doeren Mayhew and two of its directors, along with their spouses, were a de facto part of the management of the Ponzi scheme, thus costing the unsuspecting investors in excess of $25 million.

- *FDIC v. [Confidential]*: Led numerous investigations into wrongdoing on the part of officers, directors, and professionals of various closed financial institutions.

- *TANDI Partners LLC v. CRL Management LLC, et al.*, Case No. 1:13-cv-23900-KMM (U.S. Dist. Ct. – Southern District of Florida): Obtained a favorable settlement for a non-U.S.-based investor.

- *Burt v. Key Trading LLC, et al.*, Case No. 2:12-cv-06333-KM-MCA (U.S. Dist. Ct. – District of New Jersey): Obtained $1.8 million Final Judgment for former professional football player against several individuals, and their corporate entity, who had misappropriated the $1.8 million. After having obtained the judgment in the full amount of our client's loss, Silver Law Group secured an injunction freezing assets of one of the defendants in an effort to avoid dissipation of those assets before the Final Judgment could be satisfied.

- *Gaines v. Krawczyk*, Case No. 2:03-cv-01957-DSC (U.S. Dist. Ct. – Western District of Pennsylvania): Served as a member of the Patton Boggs LLP team that negotiated a

A National Securities Arbitration & Investment Fraud Law Firm     CONTACT US (800) 975-4345

Pittsburgh football star.

- *Talisman Capital Talon Fund, Ltd. v. Rudolf W. Gunnerman and SulphCo, Inc.*, Case No. 3:05-cv-354 (U.S. Dist. Ct. – District of Nevada): Served as a member of the Patton Boggs LLP team that won intellectual property/corporate opportunity case preserving company's right to ownership of process at issue and zeroing out plaintiffs' claim for more than $100 million in damages.

- *Bauer v. Hines Nurseries Inc.*, Case No. 05-2002-CA-9235 (Brevard County Circuit Court, Florida): Led the Patton Boggs LLP team that orchestrated a successful defense and reduction of jury verdict in a wrongful death lawsuit wherein the family of a woman who died in a collision with a tractor-trailer was awarded $5.08 million by a jury. The judge significantly reduced that amount because of a novel "phantom vehicle" defense.

- *In the Matter of Marsh & McLennan Company*: Served as a member of the Patton Boggs LLP team that negotiated a settlement in connection with an investigation by the District of Columbia Attorney General into the business practices of Marsh & McLennan Company. This was the first settlement following New York Attorney General Elliot Spitzer's investigation of, and subsequent settlement with, Marsh & McLennan in connection with alleged antitrust and other violations.

- *In re Black Farmers Discrimination Litigation*, Case No. 1:08-mc-00511-PLF (U.S. Dist. Ct. – District of Columbia): Served as a member of the Patton Boggs LLP team as counsel for Plaintiffs in connection with 23 lawsuits that were filed on behalf of more than 35,000 African-American farmers. The lawsuits asserted that the U.S. Department of Agriculture had systematically discriminated against African-American farmers on the basis of race in violation of the Fifth Amendment of the United States Constitution, the Equal Credit Opportunity Act, Title VI of the Civil Rights Act, and the Administrative Procedure Act. On December 8, 2010, President Barack Obama signed into law the Claims Resolution Act of 2010, which provided $1.15 billion (in addition to the $100 million already provided in the 2008 Farm Bill) to fund a settlement of the litigation.

## Recent Complaints

Acker, et al. v. Doeren Mayhew, et al. – Complaint/Settled

Bates v. Amerifirst Management LLC, et al. – Complaint/Settled

Burt v. Key Trading, LLC, et al. – Complaint/Final Judgment

D'Netto v. Prime Asset Metal Investments – Complaint/Settled

In Re: Certified Inc., et al. – Complaint/Settled

Jennings, et al. v. Nationwide Pharmassist, et al. – Complaint

Liquid Bits, Corp. v. T. Shavers and Bitcoin Savings and Trust – Complaint/Final Judgment

Bounty Gain Enterprises, Inc. v. John C. Textor, et al. – Complaint

Bair v. Christensen Design Group, et al. – Complaint

## Press Releases

CFTC Charges Gold Coast Bullion and Anthony Lauria in precious metals fraud scheme

Silver Law Group Files FINRA Arbitration Claim Against LPL on Behalf of an Elderly Investor for Losses in Alternative Investments

Silver Law Group Awarded $750,000 in Punitive Damages in FINRA Arbitration

Silver Law Group Continues to Pursue FINRA Arbitration Claims for Investors in UBS Willow Fund

Silver Law Group Continues to Investigate and Pursue Claims Against UBS Puerto Rico for Investment Losses in UBS Proprietary Closed-End Bond Funds

Silver Law Group Issues Investor Alert Regarding Claims Against UBS of Puerto Rico Involving Puerto Rico Bonds

Silver Law Group Files FINRA Arbitration Claim Against LPL on Behalf of an Elderly Investor for Losses in Alternative Investments

The Silver Law Group Files FINRA Arbitration Claim Against UBS Financial Services of Puerto Rico on Behalf of Business Owners in Puerto Rico

**A National Securities Arbitration & Investment Fraud Law Firm** | **CONTACT US (800) 975-4345**

### Bar Admissions:
Florida, 2002
District of Columbia, 2004
U.S. District Court, Middle District of Florida, 2004
U.S. District Court, Eastern District of Michigan, 2008
U.S. District Court, District of Columbia, 2008
U.S. District Court, Southern District of Florida, 2012
U.S. District Court, District of Colorado, 2012
U.S. District Court, Eastern District of Texas, 2014

### Education:
J.D., University of Miami School of Law, 2002
B.A., University of Michigan, 1999

### Honors & Awards:
Multi-Million Dollar Advocates Forum
Martindale-Hubbell AV® Preeminent Rating

### Community Involvement
Jewish Federation of Broward County
• Board of Directors
• Ben Gurion Society
Heron Bay Community Association
• Board of Directors