| COINS | # OF COINS RECOVERED |
|---|---|
| Ethereum | 5,000.17458 |
| Dash | 1,052.90 |
| Anoncoin | 159,759.7615 |
| 42 Coin | 6.9 |
| Auroracoin | 639,159.97 |
| Cryptobullion | 124,649.17 |
| Feathercoin | 6,132,660.1 |
| Quarkcoin | 7,527,236 |
| Megacoin | 347,998 |
| Bitcoin | 3.55106959 |
| Unbreakablecoin | 794,790.7498 |
| Bitbar | 8,489.939453 |
| Unobtanium | 15,080.11 |
| Dogecoin | 5,194,474.311 |
| Litecoin | 100 |
| Goldcoin | 8,148,476.5 |
| Paycoin | 810,628.65 |
| Novacoin | 173.398 |
| Digibyte | 210,190,328.4 |
| Startcoin | 154,991.3782 |
| Monacoin | 71,754.81743 |
| Earthcoin | 63,464,031.34 |
| Vertcoin | 49 |
| Peercoin | 31.94 |
| Vericoin | 80 |
| Zetacoin | 937.9111733 |
| Boostcoin | 421,473.5773 |
| Securecoin | 75,036.53846 |
| DNotes | 317,124.39 |
| Rubycoin | 18,278.782 |
| Devcoin | 324,855,328 |
| Sync Coin SYNC | 15.91507359 |
| NameCoin | 75,110.08 |
| Silkcoin | 1,064,204.5 |
| Clamcoin | 540.3972977 |
| Archcoin | 16,254.79 |
| Urocoin | 3,999.98 |
| Startcoin | 185,111.0655 |
| Netcoin | 1,541,860.385 |



EXHIBIT A