UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

### *EX PARTE* ORDER GRANTING RECEIVER'S *EX PARTE* MOTION FOR AUTHORITY TO ACCESS DEFENDANT PAUL VERNON'S TREZOR BITCOIN WALLET(S)/ACCOUNT(S)

THIS MATTER is before the Court upon the Receiver's *Ex Parte* Motion for Authority to Access Defendant Paul Vernon's Trezor Bitcoin Wallet(s)/Account(s) (the "Motion"). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Receiver is authorized to: (i) access Defendant Paul Vernon's Trezor wallet(s)/account(s); (ii) determine what cryptocurrencies are in the subject wallet(s)/account(s); and (iii) transfer all of the cryptocurrencies in such wallet(s)/account(s) to separate, temporary receivership wallet(s)/account(s) for purposes of preserving them in the interim of the Receiver conducting an analysis to determine whether the coins are, in fact, traceable back to Cryptsy and thus should be receivership property. This Order and the subject Motion shall remain restricted from public view and restricted from the docket for



EXHIBIT
A

thirty (30) calendar days from the date of this Order, unless the Court orders otherwise in the interim. In addition, the Receiver need not serve the Motion or this Order until thirty (30) calendar days from the date of this Order, unless the Court orders otherwise in the interim. The Clerk of Court shall promptly provide a copy of this signed Order to the Receiver's counsel, Patrick J. Rengstl, Payton & Rengstl, LLC, 2 South Biscayne Boulevard, Suite 1600, Miami, Florida 33131; rengstl@payton-law.com.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of August, 2016.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT COURT JUDGE**