UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Unopposed Motion for Class Certification. (DE 59).   The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)    Plaintiffs' Motion for Class Certification (DE 59) is **GRANTED.**

2)    Pursuant to Rule 23(c), the Court hereby **CERTIFIES A CLASS** ("the Class")

defined as follows:

All CRYPTSY account owners who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at CRYPTSY as of November 1, 2015 to the present.  Excluded from the Class are: (1) employees of CRYPTSY, including its shareholders, officers and directors and members of their immediate families; (2) any judge to whom this action is assigned and the judge's immediate family; and (3) persons who timely and validly opt to exclude themselves from the Class.

3) The Court hereby appoints Plaintiffs Brandon Leidel and Michael Wilson as representatives of the Class. Pursuant to Federal Rule of Civil Procedure 23(g), the Court hereby appoints Marc A. Wites and Wites & Kapetan, P.A., and Scott L. Silver and David C. Silver of The Silver Law Group, as counsel to the Class. The Class claims are the conversion, negligence, unjust enrichment, specific performance, FDUPTA, fraudulent conveyance and civil conspiracy claims contained in counts I-V and VII – IX of the Amended Complaint.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of August, 2016.

_____
KENNETH A. MARRA
United States District Judge