UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION
## FOR AUTHORITY TO LIQUIDATE INFINITI QX60

THIS MATTER is before the Court upon the Receiver's Motion for Authority to Liquidate Infiniti QX60 [DE 64]. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 64] is **GRANTED**. The Receiver is authorized to sell the Infiniti at issue in the Motion to the buyer that gives the highest quote/offer of purchase to the Receiver. The Receiver is not required to sell the Infiniti at issue pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 13th day of September, 2016.

                                        KENNETH A. MARRA
                                        UNITED STATES DISTRICT COURT JUDGE

Copies to:    Counsel and parties of record