UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80060-CIV-MARRA

BRANDON LEIDEL, and MICHAEL WILSON,
individually, and on behalf of all others similarly
situated,

Plaintiff,

vs.

PROJECT INVESTORS, INC., d/b/a CRYPTSY,
a Florida corporation, PAUL VERNON, an
individual and LORI ANN NETTLES, an
individual,

Defendants.
_____/

**ORDER**

This cause is before the Court *sua sponte*.

On June 6, 2016, the Court granted Defendant Lori Ann Nettles' motion for an extension of time to respond to Plaintiff's motion for a preliminary injunction until September 6, 2016. (DE 53.) To date, no response has been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant file either a status report or a response to the motion **within 7 days of the date of entry of this Order.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of September, 2016.

_____
KENNETH A. MARRA
United States District Judge