UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

       Defendants.

_____/

## DEFENDANT LORIE ANN NETTLES' STATUS REPORT

Defendant Lorie Ann Nettles ("Nettles"), by and through her undersigned counsel, hereby files this Status Report in Response to the Court's Order entered on September 14, 2016 [ECF No. 68], and states as follows:

1. On August 15, 2016, Plaintiffs, the Receiver and Nettles attended a mediation, and the parties entered into a Mediation Settlement Agreement.

2. The Mediation Settlement Agreement called for the execution of a formal Final Settlement Agreement, which the parties are actively working on and will soon be submitting to the Court for approval.

Respectfully submitted,

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BRINKLEY MORGAN
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: 954-522-2200
Facsimile: 954-522-9123
Attorney for Defendant Lorie Ann Nettles

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Status Report was served by CM/ECF on this 15th day of September, 2016 on all counsel or parties of record on the Service List below.

/s/ Mark A. Levy
MARK A. LEVY

<u>**SERVICE LIST**</u>

David C. Silver, Scott L. Silver, and Jason S. Miller
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065
Telephone:  954-755-4799
Facsimile:  954-755-4684
Email:  dsilver@silverlaw.com; ssilver@silverlaw.com; jmiller@silverlaw.com
Attorneys for Plaintiffs

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone:  954-570-8989
Facsimile:  954-354-0205
Email:  mwites@wklawyers.com
Attorney for Plaintiffs

Patrick J. Rengstl
Payton & Associates, LLC
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone:  305-372-3500
Facsimile:  305-577-4895
Email:  rengstl@payton-law.com; shall@payton-law.com
Attorney for Receiver / Corporate Monitor

[973] 017529-16001

BRINKLEY MORGAN | ATTORNEYS AT LAW
200 East Las Olas Boulevard | 19th Floor | Fort Lauderdale, Florida 33301-2209