UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

### ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO LIQUIDATE CERTAIN CRYPTOCURRENCIES SECURED BY THE RECEIVER

THIS MATTER is before the Court upon the Receiver's Motion for Authorization to Liquidate Certain Cryptocurrencies Secured by the Receiver (the "Motion") [DE 70]. The Court has carefully reviewed the Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 70] is **GRANTED**. The Receiver is authorized to liquidate and sell the secured cryptocurrencies listed in Exhibit B of the Motion through an exchange of the Receiver's choice. The Receiver is authorized to choose the actual date(s) to sell the subject cryptocurrencies and to choose the exchange(s) to sell the subject

2

cryptocurrencies. The Receiver is not required to sell the subject cryptocurrencies pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of October, 2016.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT COURT JUDGE

Copies to:    Counsel and parties of record