UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly
Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.
_____/

## ORDER SETTING HEARING

THIS CAUSE is before the Court upon Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement, Approval Of Notice To Class Members, And Scheduling Of A Final Approval Hearing, And Incorporated Request For Oral Argument On Motion For Preliminary Approval (D.E. __). Upon review of the Motion, it is hereby ORDERED that a hearing on the Motion shall be held as follows:

    DATE:
    TIME:
    PLACE:    United States District Court
                  701 Clematis Street
                  West Palm Beach, Florida
                  Courtroom: to be determined

Counsel for the parties shall appear in person at the hearing.

**DONE AND ORDERED** in Chambers this __ day of _____, 2016, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                              _____
                                              KENNETH A. MARRA
                                              UNITED STATES DISTRICT COURT JUDGE