UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80060-CIV-MARRA

JINYAO LIU, individually and on behalf of
all others similarly situated,

Plaintiff,

vs.

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

Defendants.
_____/

**ORDER**

This cause is upon the Court *sua sponte*.

In light of the notice of settlement between Plaintiffs and Defendant Lori Ann Nettles (73), it is hereby **ORDERED AND ADJUDGED** that Defendant Lori Ann Nettles' Motion to Dismiss the Complaint (DE 19) and Plaintiff's Motion for Preliminary Injunction Prohibiting the Transfer, Sale Encumbrance or Other Disposition of Real Property at 16832 Charles River Drive, Delray Beach, Florida 33446 (DE 23) are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of October, 2016.

_____
KENNETH A. MARRA
United States District Judge