UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80060-CIV-MARRA

JINYAO LIU, individually and on behalf of
all others similarly situated,

Plaintiff,

vs.

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

Defendants.
_____/

**<u>ORDER</u>**

This cause is before the Court upon Plaintiffs' Unopposed and Verified Motion for Status Conference and to Continue Date of Final Approval Hearing (DE 76).  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Unopposed and Verified Motion for Status Conference and to Continue Date of Final Approval Hearing (DE 76) is **GRANTED**.  The status conference will be held on **Tuesday, November 22, 2016 at 1:00 p.m.** before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida.[1]  The final approval hearing scheduled at February 17, 2017 is

---

[1] Counsel who wish to appear telephonically shall call in at the appointed time to conference call number **1-888-684-8852**, use access code **989-2114** and enter security code **3765.**

continued and will be reset at the status conference.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of November, 2016.

_____
KENNETH A. MARRA
United States District Judge