UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

    Defendants.

_____/

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE APPLICATION TO ENGAGE SILVER LAW GROUP AND WITES & KAPETAN, P.A. AS RECEIVER'S SPECIAL LITIGATION COUNSEL

**THIS MATTER** is before the Court on the motion (the "Motion") [DE 72] filed by JAMES D. SALLAH, ESQ., the Court-appointed Receiver (the "Receiver") in the above-captioned matter, for authorization to engage Silver Law Group and Wites & Kapetan, P.A. (collectively "the Law Firms") as Receiver's Special Litigation Counsel in this matter. Having reviewed the Motion [DE 72], and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said Motion [DE 72] is **GRANTED**. The Contract for Representation attached to the Motion is approved. The Receiver is hereby authorized to employ the Law Firms as Receiver's Special Litigation Counsel in this matter.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 7th day of November, 2016.

_____
JUDGE KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE