UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

      Defendants.
_____/

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE SETTLEMENT WITH DEFENDANT LORIE ANN NETTLES

THIS MATTER is before the Court upon the Receiver's Unopposed Motion to Approve Settlement with Defendant Lorie Ann Nettles (the "Motion") [DE 77]. The Court has carefully reviewed the Motion, the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 77] is **GRANTED**. The subject Settlement Agreement as to the receivership is hereby approved. Defendant Nettles shall promptly deed the Property (as defined in the subject Settlement Agreement) to the Receiver. Defendant Nettles shall comply with her various obligations under the Settlement Agreement. The Receiver is authorized to market the Property for sale using his discretion. At the

appropriate time in the future, the Receiver shall file a separate Motion for approval and/or confirmation of the proposed sale of the Property to a buyer.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28th day of November, 2016.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:     Counsel and parties of record