UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

      Defendants.
_____/

## ORDER SETTING HEARING

This cause is before the Court upon Plaintiffs' Unopposed and Verified Motion for Status Conference and to Continue Date of Final Approval Hearing (DE 76). The Court has carefully considered the Motion, head argument on the Motion on November 22, 2016 (DE 83), and is otherwise fully advised in the premises.

Plaintiff's Motion is Granted. The Final Approval Hearing, which was previously scheduled for February 17, 2017 (DE 74) is continued and will be held at 10:00 am on April 21, 2017 before the Honorable Kenneth Marra in Courtroom #4 at the Paul G. Rogers Federal Building and Courthouse, 701 Clematis Street, West Palm Beach, FL 33401.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this 28th day of November, 2016.

KENNETH A. MARRA
United States District Court Judge