UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE FOR RECEIVER

    Patrick J. Rengstl of the law firm Patrick J. Rengstl, P.A. hereby gives notice of his appearance as counsel for James D. Sallah, Esq., not individually but solely in his capacity as the Court-appointed Receiver (the "Receiver") for Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), in the above-captioned matter.  Please direct all filings, correspondence, notices, etc. to the attention of the undersigned at the address below.  The undersigned designates the following email address for service of all documents in this matter:

    Primary: pjr@rengstl-law.com

**PATRICK J. RENGSTL, P.A.**
11640 SW 61 Court, Pinecrest, FL 33156  305.904.8980

Dated: December 5, 2016.                              Respectfully submitted,

**PATRICK J. RENGSTL, P.A.**
*Counsel for Receiver*
11640 SW 61 Court
Pinecrest, Florida 33156
Telephone:     (305) 904-8980
pjr@rengstl-law.com

By: Patrick J. Rengstl, Esq.
     Patrick J. Rengstl
     FL Bar No. 0581631

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              s:/Patrick J. Rengstl
                              Patrick J. Rengstl, Esq.

## SERVICE LIST

**David C. Silver, Esq.**
Silver Law Group
Counsel for Plaintiffs
11780 West Sample Road
Coral Springs, FL 33065
(Via CM/ECF)

**Marc Wites, Esq.**
Wites & Kapetan, P.A.
Co-counsel for Plaintiffs
4400 N Federal Hwy
Lighthouse Point, FL 33064
(Via CM/ECF)

**Mark A. Levy, Esq.**
Brinkley Morgan
Counsel for Defendant Lorie Ann Nettles
200 E Las Olas Blvd Ste 1900
Fort Lauderdale, FL 33301
(Via CM/ECF)

**Paul Vernon**
(Via Email)