# SALLAH ASTARITA & COX, LLC
## ATTORNEYS AT LAW

2255 GLADES ROAD, SUITE 300E | BOCA RATON, FLORIDA 33431
PHONE: (561) 989-9080 | FAX: (561) 989-9020 | WWW.SALLAHLAW.COM

FLORIDA | NEW YORK | NEW JERSEY

James D. Sallah, Esq., Not individually,
but solely as Receiver
2255 Glades Road, Suite 300E
Boca Raton, FL   33431

Statement Date: July 31, 2016
Statement No.: 1
Account No.: 1123.00
Page: 1

RE: Leidel, et al., vs. Project Investors, Inc., et al

**Payments received after 07/31/2016 are _not_ included on this statement.**

### Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/22/2016 | JDS | Speak with Patrick Rengstl and David Silver, et al. concerning Cryptsy matter, Paul Vernon, etc. | 0.20 | 80.00 |
| 02/24/2016 | JDS | Review correspondence from Patrick Rengstl. | 0.10 | 40.00 |
| 03/28/2016 | JDS | Telephone call with Patrick Rengstl concerning REDACTED. | 0.20 | 80.00 |
| 03/29/2016 | JDS | Correspondence with Patrick Rengstl concerning REDACTED. | 0.10 | 40.00 |
| 04/04/2016 | JDS | Correspondence with Patrick Rengstl regarding REDACTED. | 0.10 | 40.00 |
| 04/05/2016 | JDS | Correspondence to and from Patrick Rengstl concerning REDACTED. | 0.20 | 80.00 |
| 04/07/2016 | JDS | Telephone call with Patrick Rengstl regarding REDACTED. | 0.40 | 160.00 |
| 04/14/2016 | JDS | Review correspondence between Patrick Rengstl and Bittrex representative. | 0.10 | 40.00 |
| 04/19/2016 | JDS | Call with Patrick Rengstl concerning REDACTED. | 0.20 | 80.00 |
| 04/25/2016 | JDS | Telephone call with Patrick Rengstl regarding REDACTED. | 0.20 | 80.00 |
| 05/02/2016 | JDS | Correspondence with Patrick Rengstl regarding REDACTED. | 0.10 | 40.00 |
| 05/03/2016 | JDS | Review draft settlement letter with Lorie Ann Nettles. | 0.60 | 240.00 |
| 05/04/2016 | JDS | Review and make edits to Receiver's First Report. | 0.50 | 200.00 |
| 05/05/2016 | JDS | Telephone call with Patrick Rengstl regarding REDACTED. | 0.20 | 80.00 |
| 05/06/2016 | JDS | Review correspondence from Patrick Rengstl regarding Vaultnetworks and servers. | 0.20 | 80.00 |
| 05/11/2016 | JDS | Review tracing analysis on frozen Bittrex wallet. | 0.20 | 80.00 |
| 05/13/2016 | JDS | Review correspondence from Patrick Rengstl concerning REDACTED | | |



EXHIBIT A

James D. Sallah, Esq., Not individually,  
Account No.     1123.00  
RE:  Leidel, et al., vs. Project Investors, I

Statement Date: 07/31/2016  
Statement No.           1  
Page No.                2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | REDACTED. | 0.40 | 160.00 |
| 05/20/2016 | JDS | Review correspondence with Bittrex concerning returning wallet. | 0.10 | 40.00 |
| | JDS | Telephone call with Robert Carey concerning Public Storage and discussions with Vernon's wife. | 0.10 | 40.00 |
| 05/26/2016 | JDS | Meeting with class counsel and Patrick Rengstl. | 3.00 | 1,200.00 |
| 05/31/2016 | JDS | Telephone call with Robert Carey concerning potential claims against third-party in connection with violations of statutory obligation to register as a Money Service Business. | 0.30 | 120.00 |
| 06/06/2016 | JDS | Review correspondence from Patrick Rengstl concerning REDACTED. | 0.10 | 40.00 |
| 06/07/2016 | JDS | Review correspondence from Patrick Rengstl concerning REDACTED. | 0.10 | 40.00 |
| | JDS | Review memo from Robert Carey concerning Fla Stat. regulating Money Service Businesses and potential claims against third parties. | 0.40 | 160.00 |
| 06/09/2016 | JDS | Speak to Robert Carey concerning potential break order in connection with storage unit, as well as a number of other issues concerning former employee and liquidation of cryptocurrency. | 0.20 | 80.00 |
| 06/10/2016 | JDS | Review correspondence concerning the Nettles mediation. | 0.10 | 40.00 |
| 06/15/2016 | JDS | Review correspondence from Patrick Rengstl to Bittrex. | 0.10 | 40.00 |
| | JDS | Telephone call with Robert Carey concerning changes to website and requests from a number of customers of Cryptsy. | 0.50 | 200.00 |
| 06/17/2016 | JDS | Draft email to Patrick Rengstl concerning REDACTED. | 0.20 | 80.00 |
| | JDS | Review draft email from Robert Carey, and edits to the same by Patrick Rengstl, to counsel for Public Storage. | 0.30 | 120.00 |
| 07/06/2016 | JDS | Review demand to Nettles and request for production directed to her, and make comments to the same. | 0.20 | 80.00 |
| 07/11/2016 | JDS | Speak with Patrick Rengstl, Robert Carey, and Class counsel REDACTED | 0.50 | 200.00 |
| 07/13/2016 | JDS | Correspondence to and from Patrick Rengstl regarding a number of issues regarding Cryptsy. | 0.20 | 80.00 |
| | JDS | Telephone call with Patrick Rengstl and Robert Carey concerning a number of issues, including REDACTED. | 0.20 | 80.00 |
| | JDS | Read correspondence between Robert Carey and Public Storage counsel. | 0.10 | 40.00 |
| 07/14/2016 | JDS | Review correspondence with Patrick Rengstl concerning REDACTED declaration relating to the class action certification. | 0.10 | 40.00 |
| | JDS | Telephone call with Robert Carey and Patrick Rengstl concerning tax and other issues. | 0.20 | 80.00 |
| 07/15/2016 | JDS | Review correspondence from Robert Carey and Patrick Rengstl concerning tax and other issues. | 0.20 | 80.00 |

| | | | | |
|---|---|---|---|---|
| James D. Sallah, Esq., Not individually, | | | Statement Date: 07/31/2016 | |
| Account No.       1123.00 | | | Statement No.            1 | |
| RE:  Leidel, et al., vs. Project Investors, I | | | Page No.                 3 | |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/18/2016 | JDS | Review correspondence from Patrick Rengstl concerning Nick Mullensch dec for Nettles mediation and review declaration. | 0.30 | 120.00 |
| 07/21/2016 | JDS | Review correspondence from Patrick Rengstl concerning REDACTED. | 0.20 | 80.00 |
| 07/25/2016 | JDS | Telephone call with Nick Mullesch concerning his declaration, dealings with Vernon, the destruction of certain information on the Cryptsy database, etc. | 0.50 | 200.00 |
|  | JDS | Telephone call with Patrick Rengstl concerning REDACTED. | 0.20 | 80.00 |
|  | JDS | Review correspondence from Patrick Rengstl concerning REDACTED. | 0.10 | 40.00 |
| 07/26/2016 | JDS | Read correspondence from Patrick Rengstl to Vaultnetworks. | 0.20 | 80.00 |
|  | JDS | Email correspondence to and from Patrick Rengstl concerning REDACTED. | 0.80 | 320.00 |
| 07/27/2016 | JDS | Call with Robert Carey concerning REDACTED. | 0.10 | 40.00 |
| 07/29/2016 | JDS | Telephone call with Patrick Rengstl concerning Receiver's Second Report. | 0.10 | 40.00 |
|  |  | For Current Services Rendered | 13.70 | 5,480.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| James D. Sallah, Esq. | Partner | 13.70 | $400.00 | $5,480.00 |

Expenses

| | | |
|---|---|---|
| 06/13/2016 | Postage to forms to Northern Trust | 0.47 |
| 06/22/2016 | Federal Express | 15.42 |
| 07/25/2016 | Postage curtesy of Declaration of Receiver | 0.47 |
| | Total Expenses | 16.36 |
| | Total Current Work | 5,496.36 |
| | Balance Due | $5,496.36 |

Please include copy with remittance. This statement shall be deemed and correct if not objected to in writing within 10 days after mailing.