ROBERT CAREY

LAW OFFICES OF ROBERT CAREY, PL

4301 S Flamingo Road | Suite 106-111 | Davie, Florida 33330

305.666.4663

James D. Sallah, Esq.

2255 Glades Road, Suite 300e

Boca Raton, Florida 33431

Phone: (561) 989-9080

Case No: 9:16-CV-80060-MARRA

Jinyao Liu, Brandon Leidel, and Michael Wilson and on behalf of All Others Similarly Situated, Plaintiffs,

v.

Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, and Lorie Ann Nettles, Defendants.

PROFESSIONAL FEES

| | Date | Description | Hours | Total |
|---|---|---|---|---|
| 1. | May 17, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding the issues surrounding the Defendant and his wife expenditure of money for various assets. | .2 | 57.00 |
| 2. | May 18, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding overview of case issues related to assets subject to the Receivership Order. ████████████████████████████. | .8 | 228.00 |
| 3. | May 18, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding identification of issues surrounding the marshaling of assets into the Receivership Estate | .1 | 28.50 |
| 4. | May 19, 2016 (Thursday) | Review Receivership Order regarding case. | .9 | 256.50 |
| 5. | May 19, 2016 (Thursday) | Review correspondence between Receiver's atty PJR and Public Storage property located Boynton Beach, Florida | .1 | 28.50 |
| 6. | May 19, 2016 (Thursday) | Review Palm Beach County Property Appraiser's web site regarding marital home and current company purportedly owned by defendant Paul Vernon located in Bejing China and various blogs on internet regarding same. | 1.7 | 484.50 |
| 7. | May 20, 2016 | Telephone conference with Greta Katz, corporate counsel for Public | .3 | 85.50 |

EXHIBIT B

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | (Friday) | Storage regarding Receivership order and identification of storage units potentially owned or controlled by Cryptsy. | | |
| 8. | May 20, 2016 (Friday) | Email to Receiver's atty Patrick Rengstl and Receiver Jim Sallah regarding status pertaining to defendant's wife's counsel. | .1 | 28.50 |
| 9. | May 20, 2016 (Friday) | Telephone conference with Receiver Jim Sallah regarding case status and issues regarding Public Storage and discussions with defendant's wife's atty Mark Levy. | .1 | 28.50 |
| 10. | May 20, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding issues surrounding case and previous contacts with Public Storage and wife's atty Mark Levy. | .2 | 57.00 |
| 11. | May 20, 2016 (Friday) | Telephone conference with assistant to General counsel of Public Storage regarding receivership order and request to discuss access to storage units owned or controlled by Cryptsy. | .2 | 57.00 |
| 12. | May 20, 2016 (Friday) | Telephone conference with Public Storage general counsel Greta Katz regarding inquiry into contracts between defendants and Public Storage. | .3 | 85.50 |
| 13. | May 20, 2016 (Friday) | Email to Receiver's atty Patrick Rengstl and Receiver regarding discussion with Public Storage general counsel Greta Katz and recommendations regarding subpoena and motion to Court for access to unit. | .2 | 57.00 |
| 14. | May 20, 2016 (Friday) | Review email chain regarding discussions of settlement between wife (Lorie Ann Nettles') settlement offer between Receiver James Sallah and herself. | .1 | 28.50 |
| 15. | May 20, 2016 (Friday) | Telephone conference with Lorie Ann Nettles' atty Mark Levy regarding settlement discussion and potential assistance in accessing Public Storage, Inc. units. | .9 | 256.50 |
| 16. | May 23, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Public Storage, Inc. units owned or controlled by Project Investors, Inc. as described in the Deposition of Defendant Paul Vernon during deposition held in the divorce proceeding and discussion of the position of ▮▮▮▮▮▮▮▮ | .8 | 228.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ▮. Also discussed recent settlement offer by Receiver to Lorie Ann Nettles and need to establish a Receiver's web site and discussed possible content of web site. |  |  |
| 17. | May 24, 2016 (Tuesday) | Telephone conference with former Cryptsy account holder KM regarding his holding at Cryptsy in various cryptocurrencies. | .3 | 85.50 |
| 18. | May 25, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding various pending issues. | .1 | 28.50 |
| 19. | May 26, 2016 (Thursday) | Travel to/from and attend meeting with Receiver James Sallah, Receiver's atty Patrick Rengstl and Class Action Plaintiff's Counsel. | 2.6 | 741.00 |
| 20. | May 27, 2016 (Friday) | Telephone conference with Cryptsy account holder ▮ regarding relationship with Defendant Paul Vernon and issues regarding operations of Project Investors, Inc. d/b/a Cryptsy. | .5 | 142.50 |
| 21. | May 31, 2016 (Tuesday) | Telephone conference with Receiver's atty PJR regarding contacts with investors who have reached out to Receiver James Sallah. Also discussed status of issues related to Receivership web site and accumulation of data from investors via internet on a going-forward basis. Also discussed ▮. | .2 | 57.00 |
| 22. | May 31, 2016 (Tuesday) | Telephone conference with Receiver James Sallah regarding ▮. | .3 | 85.50 |
| 23. | June 3, 2016 (Friday) | Telephone conference with Greg Mathews regarding his involvement with the Gold Coin team and information about the Receivership Estate being in control of 20 percent of the Gold Coin currency. Mr. Mathews offered to assist the Receiver in any manner possible. | 1.2 | 342.00 |
| 24. | June 5, 2016 (Sunday) | Reviewing Florida Statutes and FINCEN regulations as related to Money Service Businesses ("MSBs") and various emails sent by Defendant Paul Vernon and draft memo to Receiver James Sallah and Receiver's atty Patrick Rengstl. | 3.1 | 883.50 |
| 25. | June 5, 2016 (Sunday) | Telephone conference with Receiver's forensic computer analyst, Patrick Paige, regarding status of wallets and other issues related to | .6 | 171.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | the electronic data left on Cryptsy servers. | | |
| 26. | June 5, 2016 (Sunday) | Telephone conference with account holder CG regarding his investment in cryptocurrency and his questions related to the status of the class action and Receivership case. | .3 | 85.50 |
| 27. | June 6, 2016 (Monday) | Telephone conferences with Receiver's atty Patrick Rengstl regarding drafting Motion for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | .4 | 114.00 |
| 28. | June 6, 2016 (Wednesday) | Review e-mail from Receiver's atty Patrick Rengstl regarding the second demand and request for production from Defendant Laurie Ann Nettles. | .1 | 28.50 |
| 29. | June 7, 2016 (Tuesday) | Telephone conference with IRS Special Agent Jeremiah Haynie regarding inquiry as to particular Cryptsy account holder whose account turned up in IRS investigation and agreed to provide information as it became available pursuant to subpoena or otherwise. | .4 | 114.00 |
| 30. | June 7, 2016 (Tuesday) | Telephone conference with cryptocurrency account holder SH regarding the status of the Receivership and his account at Cryptsy. | .4 | 114.00 |
| 31. | June 7, 2016 (Tuesday) | Review forwarded e-mail from Receiver James Sallah regarding inquiry from unsecured creditor in Australia and respond to creditor via e-mail. | .1 | 28.50 |
| 32. | June 9, 2016 (Thursday) | Telephone conference with Receiver James Sallah regarding issue of potential ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | .2 | 57.00 |
| 33. | June 10, 2016 (Friday) | Telephone conference with Plaintiff's Class Action atty Scott Silver regarding potential claims against third parties and updates regarding status of receivership including conversations with various | .4 | 114.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | investors. |  |  |
| 34. | June 15, 2016 (Wednesday) | Telephone conference with FINCEN regarding regulatory questions. Follow-up e-mail to FINCEN as well as leaving voice mail with the regulatory offices overseeing MSB registrants. | .1 | 28.50 |
| 35. | June 15, 2016 (Wednesday) | Telephone conference with JM regarding issues related to Cryptsy business operations, as well as potential connection to Poloniex exchange currently incorporated in Delaware and formerly incorporated in Montana. | 1.2 | 342.00 |
| 36. | June 15, 2016 (Wednesday) | Telephone conferences with Receiver James Sallah regarding receivership web site edits/additions to template and discussion regarding the latest information gathered from various investors contacting the Receiver. | .5 | 142.50 |
| 37. | June 16, 2016 (Thursday) | Telephone conference with Receiver's Counsel Patrick Rengstl regarding Public Storage Motion. | .1 | 28.50 |
| 38. | June 16, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding e-mail from Public Storage atty Greta Katz e-mail and discussed response to same. | .3 | 85.50 |
| 39. | June 17.. 2016 (Friday) | Draft response to Public Storage, Inc. General Counsel Greta Katz regarding her e-mail response to Receiver's Motion to access, inventory and remove Cryptsy assets from Public Storage units purportedly in the name of Defendant Paul Vernon. | 3.3 | 940.50 |
| 40. | June 20, 2016 (Monday) | E-mail to Receiver James Sallah and Receiver's atty Patrick Rengstyl regarding the draft web site and suggestions for additional content and edits. | .2 | 57.00 |
| 41. | June 20, 2016 (Monday) | E-mail responses to two investors who had submitted e-mail inquiries to the Receiver. | .2 | 57.00 |
| 42. | June 20, 2016 (Monday) | Review e-mails and information provided to the Receiver by nine former Cryptsy investors and respond to same. Also, added investor information to Receivership database on these individuals. | .7 | 199.50 |
| 43. | June 21, 2016 (Tuesday) | Telephone conference with Receiver's web site consultant to make adjustments to the content of the web site. Review final content of | .2 | 57.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | web site. | | |
| 44. | June 27, 2016 (Monday) | Telephone conference with the investor JH regarding his investment in Cryptsy. | .5 | 142.50 |
| 45. | June 27, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding Cryptsy bank records, potential subpoenas and items for further investigation. Also discussed timeline for the announcement of the purported [REDACTED]. | 1.3 | 370.50 |
| 46. | June 27, 2016 (Monday) | E-mail multiple responses to Cryptsy account holders who had contacted Receiver James Sallah. | 1.3 | 370.50 |
| 47. | June 27, 2016 (Monday) | Began Forensic Analysis of Cryptsy Suntrust Bank accounts. | 4.3 | 1,225.50 |
| 48. | July 1, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding issues surrounding the server farm of computers held by Vault Networks and strategy surrounding effecting [REDACTED]. | 1.2 | 342.00 |
| 49. | July 11, 2016 (Monday) | Meeting at the offices of Receiver James Sallah with Receiver James Sallah and Receiver's atty Patrick Rengstl regarding case status including strategy related to the potential auction of bitcoins, the preparation for the mediation with Lorie Ann Nettles and the Court Order allowing the Receiver to access the Public Storage, Inc. units. | .3 | 85.50 |
| 50. | July 11, 2016 (Monday) | Meeting at the offices of Receiver James Sallah with Receiver James Sallah and Receiver's atty Patrick Rengstyl and class action plaintiff's atty Scott Silver regarding various issues uncovered in Receiver's investigation of the Defendants and update as to the status of collection of bitcoins, etc. (NOTE: Sallah was present for | .3 | 85.50 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | .2 of the meeting.) | | |
| 51. | July 12, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding Public Storage, Inc. units and discussion of gaining access with the assistance of Public Storage Inc.'s General Counsel Greta Katz. Also reviewed Defendant Vernon deposition testimony regarding items stored at Public Storage Inc. and discussion about the course of action in the event the Receiver takes possession of the personalty in storage units and need for inventory of items. | .4 | 114.00 |
| 52. | July 12, 2016 (Tuesday) | Reviewed Court Order granting Receiver permission to enter storage units at Public Storage, Inc. and e-mail to Public Storage Inc.'s General Counsel to gain access and cooperation in gaining access to units. | .2 | 57.00 |
| 53. | July 13, 2016 (Wednesday) | Telephone conference with atty Jason Seibert about valuation of Cryptsy as an exchange and other issues related to the underlying operations of Cryptsy. | 1.2 | 342.00 |
| 54. | July 13, 2016 (Wednesday) | Telephone conference with Carter Conrad at Computer Forensics, LLC regarding scheduling for retrieving computer equipment from Public Storage, Inc. units on Thursday, July 14, 2016. | .1 | 28.50 |
| 55. | July 13, 2016 (Wednesday) | Telephone conference with Patrick Paige at Computer Forensics, LLC regarding scheduling local law enforcement to oversee access to Public Storage, Inc. units and issues regarding the valuation of the computer software platform utilized for the Cryptsy exchange and whether the software was owned by Cryptsy or whether it was licensed. | .2 | 57.00 |
| 56. | July 13, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstyl regarding status of access to Public Storage, Inc. units, issues regarding subpoena to Public Storage, Inc., issues regarding subpoena update info for Lorie Ann Nettles, and Infinity vehicle purportedly owned by Defendant Paul Vernon possibly left at the airport prior to Vernon's leaving for China. Also discussed the fact that the purported new exchange in China ▇▇▇▇▇▇▇ | .7 | 199.50 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| #   | Date                        | Description | Hours | Amount |
|-----|-----------------------------|-------------|-------|--------|
| 57. | July 13, 2016 (Wednesday)   | Review correspondence from Receiver's atty Patrick Rengstl to Lorie Ann Nettles' atty Mark Levy regarding second demand for financial information and e-mail Receiver James Sallah and Receiver's atty Patrick Rengstl regarding potential suggestions and edits. | .3 | 85.50 |
| 58. | July 13, 2016 (Wednesday)   | Review and editing of subpoena to Public Storage, Inc. and e-mail suggestions to Receiver's atty Patrick Rengstl. | .3 | 85.50 |
| 59. | July 13, 2016 (Wednesday)   | Telephone conference with Public Storage, Inc.'s General Counsel Greta Katz regarding coordination and logistics to access personalty in three separate public storage units in Palm Beach County. | .2 | 57.00 |
| 60. | July 13, 2016 (Wednesday)   | Telephone conference with Receiver's atty Patrick Rengstl regarding update on Public Storage Inc.'s General Counsel Greta Katz's position as to the access to the storage units. | .1 | 28.50 |
| 61. | July 13, 2016 (Wednesday)   | Telephone conference with Receiver James Sallah and Receiver's atty Patrick Rengstl regarding pending matters. | .2 | 57.00 |
| 62. | July 14, 2016 (Thursday)    | Travel to Public Storage, Inc. units located at 3400 Congress Avenue. | .8 | 228.00 |
| 63. | July 14, 2016 (Thursday)    | Meeting with Public Storage, Inc. District Manager James Schmid, Mover Steven Bosson, Private Detective Mark Murnan, Computer Forensic Examiner Conner Conrad, Auctioneer Martin Clair, Locksmith Edward Sixberry and Boynton Beach police officer. Opened unit numbers 1016 (main building) and 4052 (Building 4) and removed eight servers, four computers and numerous boxes of Cryptsy business records. | 2.5 | 712.50 |
| 64. | July 14, 2016 (Thursday)    | Telephone conference with Receiver's atty Patrick Rengstl to update him as to the progress with the Public Storage, Inc. units owned by Cryptsy and various items recovered. | .1 | 28.50 |
| 65. | July 14, 2016 (Thursday)    | Travel to Public Storage, Inc. unit located at Military Trail. | .3 | 85.50 |
| 66. | July 14, 2016 (Thursday)    | Meeting with Public Storage, Inc. District Manager James Schmid, Mover Steven Bosson, Private Detective Mark Murnan, Computer Forensic Examiner Conner Conrad, Locksmith Edward Sixberry and | 1.8 | 513.00 |

| | | | | |
|---|---|---|---|---|
| | | Palm Beach Deputy. Removed all contents of the storage locker, inventoried items, reviewed business documents and replaced items back to unit. | | |
| 67. | July 14, 2016 (Thursday) | Travel to Offices of Computer Forensic Examiner Conner Conrad and delivered eight servers, plus four computers and numerous boxes of computer hard drives, RAM memory and various computer components. | .3 | 85.50 |
| 68. | July 14, 2016 (Thursday) | Travel to 3400 Congress Avenue. Meeting with Public Storage, Inc. employee to provide second key to units and copies of the Court Orders. | .2 | 57.00 |
| 69. | July 14, 2016 (Thursday) | Meeting with Mover Steven Bosson to remove all contents of unit 1016 and prepare inventory list and remove several computer peripheral hard drives and thumb drives along with diamond ring and replace contents. | 1.2 | 342.00 |
| 70. | July 14, 2016 (Thursday) | Telephone conference with Receiver James Sallah for updates on items recovered from Cryptsy Public Storage, Inc. units. | .2 | 57.00 |
| 71. | July 14, 2016 (Thursday) | Review bank records and e-mails to Receiver James Sallah and Receiver's atty Patrick Rengstl. | .6 | 171.00 |
| 72. | July 15, 2016 (Friday) | Preliminary review of Cryptsy tax returns and e-mail to Receiver James Sallah with copies to Receiver's atty Patrick Rengstl regarding potentially hiring ▉▉▉▉▉▉▉▉▉. | .4 | 114.00 |
| 73. | July 15, 2016 (Friday) | Setting up telephone conference with ▉▉▉▉▉▉▉▉▉ | .1 | 28.50 |
| 74. | July 15, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding issues surrounding case including how to approach the ▉▉▉▉▉▉▉▉▉ | 1.2 | 342.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███████████████. Linked in Computer Forensic Analyst Patrick Paige for discussions on recovery of bitcoins and alt coins from servers including servers recovered yesterday from Public Storage, Inc. |  |  |
| 75. | July 15, 2016 (Friday) | E-mail to Receiver's atty Patrick Rengstl and Receiver James Sallah regarding potential TD Bank checking account for ███████████ | .1 | 28.50 |
| 76. | July 15, 2016 (Friday) | Reviewed numerous bankers boxes of corporate materials discovered in Public Storage unit and began document inventory regarding same. Documents included state-by-state compliance documents, accounts payable files, vendor files and various account statements. | 4.8 | 1,368.00 |
| 77. | July 15, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl ███████████ | .2 | 57.00 |
| 78. | July 15, 2016 (Friday) | Follow-up telephone conference with Receiver's atty Patrick Rengstl regarding further account and financial documents discovered in Cryptsy records ███████████. | .2 | 57.00 |
| 79. | July 15, 2016 (Friday) | E-mail to Public Storage, Inc. Corporate Counsel Greta Katz regarding following up with subpoena issues and request for additional information on two of the three units rented by Cryptsy and provided documentation from one of the properties not provided by the other property. | .3 | 85.50 |
| 80. | July 18, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Defendant Paul Vernon ███████████. | .2 | 57.00 |
| 81. | July 18, 2016 (Monday) | Reviewing Project Investors, LLC documents recovered from storage and continuation of document inventory list and personality inventory | 3.8 | 1,083.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | list. | | |
| 82. | July 18, 2016 (Monday) | Review vehicle background report sent by Receiver's Private Investigator Mark Murnan and e-mail Receiver's atty Patrick Rengstl ████████████. | .2 | 57.00 |
| 83. | July 19, 2016 (Tuesday) | Travel to Computer Forensics, Inc.. | .6 | 171.00 |
| 84. | July 19, 2016 (Tuesday) | Meeting with Computer Forensics, Inc. Partner Conner Conrad regarding delivery of multiple external hard drives, multiple computer thumb drives and flash drives for analysis as to whether they contain cryptocurrencies. | .1 | 28.50 |
| 85. | July 19, 2016 (Tuesday) | Travel to Public Storage, Inc. facility on Congress Avenue. | .2 | 57.00 |
| 86. | July 19, 2016 (Tuesday) | Meeting with Receiver's contract mover Steven Bosson to remove personalty from storage unit 1016. | 3.1 | 883.50 |
| 87. | July 19, 2016 (Tuesday) | Continue traveling to Space Plus Storage in Fort Lauderdale and rental of unit for Receivership Estate. | .5 | 142.50 |
| 88. | July 19, 2016 (Tuesday) | Supervise transferring of personalty from moving truck to upstairs storage unit and secured unit for Receivership Estate. | 2.3 | 655.50 |
| 89. | July 21, 2016 (Thursday) | Reviewing Cryptsy/Project Investors, Inc. documents recovered from Public Storage, Inc. in West Palm Beach County and continued document inventory regarding same. | 5.2 | 1,482.00 |
| 90. | July 21, 2016 (Thursday) | Review Deposition Testimony from Defendant Paul Vernon divorce case with Lorie Ann Nettles. Defendant Paul Vernon Deponent. Volume One Dec. 22, 2015 & December 29, 2015. | 3.3 | 940.50 |
| 91. | July 22, 2016 (Friday) | Telephone conference with MIA Airport Parking Authority to Request search for Project Investors, Inc. Infinity QX60 on off-chance it was left at airport parking lot. | .2 | 57.00 |
| 92. | July 22, 2016 (Friday) | Telephone conference with FLL Airport Parking Authority to requet search for Project Invstors, Inc. Infinity QX60 on off-chance it was left at airport parking lot. FLL Airport Parking Authority found | .2 | 57.00 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | vehicle in their computer system, but failed to locate the vehicle upon search of parking space. |   |   |
| 93. | July 22, 2016 (Friday) | Travel to FLL Airport parking lot and drive through parking garages in attempt to locate Project Investors, Inc. Infinity QX60 vehicle. | 1.7 | 484.50 |
| 94. | July 22, 2016 (Friday) | Meeting with FLL Parking Authority Manager in FLL Parking Authority administrative offices to request further assistance in locating the Project Investors, Inc. Infinity QX60 vehicle. Located vehicle in Economy Parking Lot and requested accrued daily charges accounting when Manager refused immediate turnover of vehicle. Presented Receivership Order and received phone numbers for managers that would not return until Monday, July 25, 2016. | 1.6 | 456.00 |
| 95. | July 22, 2016 (Friday) | Telephone conference with Class Action Plaintiff's atty Scott Silver regarding case status update including third party issues and Infinity QX60 discovered abandoned in FLL Airport parking lot. | .4 | 114.00 |
| 96. | July 22, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding discovery of Infinity QX60 vehicle titled in the name of Project Investors, Inc. name and discussion about steps to effect liquidation of same via Court approval. Also, discussed negotiation with airport parking authority regarding parking fees accrued for four months in order to gain possession of the vehicle. | 1.2 | 342.00 |
| 97. | July 22, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding case including issues surrounding recovery of Infinity QX60 titled in the name of Project Investors, Inc. and ideas regarding locating the car, discussions regarding Receivership targets such as ▓▓▓▓▓▓▓▓▓▓▓▓. | .9 | 256.50 |
| 98. | July 22, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Google e-mail info produced by Google and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.1 | 313.50 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | ████████████████ | | |
| 99. | July 24, 2016 (Sunday) | Review Deposition Testimony from Defendant Paul Vernon divorce case with Lorie Ann Nettles. Defendant Paul Vernon Deponent. Volume Two Dec. 29, 2015. | 2.7 | 769.50 |
| 100. | July 25, 2016 (Monday) | Telephone conference with Sawgrass Infinity regarding assistance with replacement keys to 2014 Infinity QX60 titled in the name of Project Investors, Inc. and details needed to obtain same. | .1 | 28.50 |
| 101. | July 25, 2016 (Monday) | Telephone conference with Mr. Ron Oster of Standard Parking, Inc. vendor company to Broward County Aviation Department at Fort Lauderdale/Hollywood International Airport economy parking lot. | .1 | 28.50 |
| 102. | July 25, 2016 (Monday) | Telephone conference with Ms. Dedrie Registe, Broward County Aviation Department regarding Receiver's claim to Project Investors, Inc. 2014 Infinity QX60 and demand for turnover of the vehicle. | .1 | 28.50 |
| 103. | July 25, 2016 (Monday) | Drafting letter/e-mail to Broward County Aviation Department and Broward County Attorney's Office regarding compliance by Broward County with the Court Order authorizing Receiver to take custody and control of Project Investors, Inc. property. E-mailed to Broward County atty David Arthur, Ms. Dedrie Registe, Receiver James Sallah, Receiver's atty Patrick Rengstl, Class Action Plaintiff's attys David Silver, Scott Silver, Marc Wites and Jason Miller with copies to Mr. Ron Oster. Attached copy of the Florida Vehicle Registration and the Court Order appointing the Receiver James Sallah. Cited to Court Order giving Receiver right to possession of the vehicle. | 1.3 | 370.50 |
| 104. | July 25, 2016 (Monday) | Telephone conference with the Broward County Attorney's Office regarding Receiver's demand to take possession of the 2014 Infinity QX60 in possession of the Broward County Aviation Department. | .1 | 28.50 |
| 105. | July 25, 2016 (Monday) | Travel to Offics of H&J Electronics International. | .4 | 114.00 |
| 106. | July 25, 2016 | Meeting with Michael Shapiro and hand deliver subpoena and Court | .3 | 85.50 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

|  |  |  |  |  |
|---|---|---|---|---|
|  | (Monday) | Order appointing James Sallah as Receiver and explain the interest in his dealings with Defendant Paul Vernon and request response/production as soon as possible. |  |  |
| 107. | July 25, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding meeting with ▮▮▮▮▮▮▮▮▮▮ and also discussed status of case as related to discussions with Broward County Attorney's Office with regard to Receiver's demand for release and turnover of Infinity QX60 | .4 | 114.00 |
| 108. | July 27, 2016 (Wednesday) | Review and editing of Motion to liquidate Infinity QX60 listed in the name of Project Investors, Inc. and e-mailing edits to Receiver's atty Patrick Rengstl for review. Also attached potential valuation from Edmund.com and Kelley Blue Book for review of Receiver James Sallah and Receiver's atty Patrick Rengstl. | .5 | 142.50 |
| 109. | July 27, 2016 (Wednesday) | Telephone conference with Broward County atty David Arthur regarding arrangements to access and remove Infinity QX60 from FLL Economy Parking lot at FLL. | .1 | 28.50 |
| 110. | July 27, 2016 (Wednesday) | Travel to Citibank to purchase cashier's check for payment to Broward County to access and remove Infinity QX60 from FLL Economy Parking lot at FLL as required by Broward County Attorney's Office. | .6 | 171.00 |
| 111. | July 27, 2016 (Wednesday) | Travel to Broward County Attorney's Office, Aviation Department, to present check to atty David Arthur for the release of the Infinity QX60 from the Economy Parking lot at FLL. | .4 | 114.00 |
| 112. | July 27, 2016 (Wednesday) | Meeting with Broward County atty David Arthur to present check for parking fees. | .2 | 57.00 |
| 113. | July 27, 2016 (Wednesday) | Telephone conference with Receiver James Sallah regarding status of case including Infinity QX60 update. | .1 | 28.50 |
| 114. | July 27, 2016 (Wednesday) | Travel to FLL Airport Parking Authority Economy Parking lot. | .2 | 57.00 |
| 115. | July 27, 2016 (Wednesday) | Telephone conferences with Infinity Roadside assistance for towing Project Investors, Inc. Infinity QX60 under extended service plan, | 2.7 | 769.50 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | inventory vehicle personalty and Cryptsy/Project Investor, Inc. documents and remove from vehicle. Make arrangements with tow truck driver to tow vehicle to mechanics shop and arrange to replace key. | | |
| 116. | July 27, 2016 (Wednesday) | Multiple telephone conferences with Receiver's atty Patrick Rengstl regarding progress with retrieving Project Investors, Inc. Infinity QX60 vehicle from Broward County Attorney's office and discussed contents recovered from vehicle including loaded handgun. | .9 | 256.50 |
| 117. | July 27, 2016 (Wednesday) | Telephone conference with class action Plaintiff's atty David Silver regarding case progress. | .3 | 85.50 |
| 118. | July 28, 2016 (Thursday) | Telephone conference with "Billy," mechanic at shop operated by Broadway Towing to discuss pricing on programming new fob and cutting key for Infinity QX60. | .1 | 28.50 |
| 119. | July 28, 2016 (Thursday) | Travel to mechanic shop operated by Broadway Towing. | .3 | 85.50 |
| 120. | July 28, 2016 (Thursday) | Meeting with owner "billy" and remitting payment for reprogramming fob and keys for Infinity QX60 and retrieving vehicle. | .2 | 57.00 |
| 121. | July 28, 2016 (Thursday) | Travel to CarMax on I-595 and University Drive in David, Florida. | .2 | 57.00 |
| 122. | July 28, 2016 (Thursday) | Meeting with Salesman John Clark to obtain CarMax Appraisal for Infinity QX60. | .7 | 199.50 |
| 123. | July 28, 2016 (Thursday) | Telephone conference with Salesman Walter Anderson regarding possibility of getting appraisal/offer from Sawgrass Infinity for sale and purchase of the Infinity QX60 from Receivership Estate. | .1 | 28.50 |
| 124. | July 28, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding the Silver Law Group filing a Motion to [REDACTED]. | .2 | 57.00 |
| 125. | July 28, 2016 (Thursday) | Reviewed draft Motion for the sales of the Infinity QX60 and compiled proposed exhibits for Motion to send to Receiver's atty | .3 | 85.50 |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

|      |                          | Patrick Rengstl.                                                                                                                                                                                                                                                                                                                     |     |        |
|------|--------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 126. | July 29, 2016 (Friday)   | Telephone conference with Receiver's atty Patrick Rengstl regarding finalizing Motion to sell Infinity QX60 and Notice to parties regarding same. Also discussed Receiver's Second Report to the Court due on August 2, 2016 and Nick Mullesch Affidavit regarding various assets.                                                   | .3  | 85.50  |
| 127. | July 29, 2016 (Friday)   | Review and editing of Receiver's Second Report. Begin listing edits and suggestions for Receiver's atty Patrick Rengstl.                                                                                                                                                                                                             | 2.4 | 684.00 |
| 128. | July 29, 2016 (Friday)   | Travel to Lauderdale Infinity for purpose of obtaining third appraisal on Infinity QX60.                                                                                                                                                                                                                                             | .3  | 85.50  |
| 129. | July 29, 2016 (Friday)   | Meeting with Used Car Manager at Lauderdale Infinity on Sunrise Blvd in Fort Lauderdale. Used Car Manager declined to make an offer to purchase Infinity QX60 because of reported accident on CarFax report.                                                                                                                         | .1  | 28.50  |
| 130. | July 29, 2016 (Friday)   | Travel to Fort Lauderdale Audi on US-1 (Federal Highway).                                                                                                                                                                                                                                                                            | .1  | 28.50  |
| 131. | July 29, 2016 (Friday)   | Meeting with Used Car Manager at Lauderdale Audi on US-1 (Federal Highway) and Used Car Manager declined to make an offer to purchase Infinity QX60 because of reported accident on CarFax report.                                                                                                                                   | .3  | 85.50  |
| 132. | July 29, 2016 (Friday)   | Telephone conference with Receiver's atty regarding Motion for approval of the sale of the Infinity QX60 and also the issues described in the Receiver's Second Report as pertaining to the shredded database and resulting difficulties arising from the lack of knowledge of individual investors' account balance. Receiver's atty Patrick Rengstl ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1.1 | 313.50 |
| 133. | July 29, 2016 (Friday)   | Telephone conference with Receiver's atty Patrick Rengstl ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                                                                                                                           | .2  | 57.00  |

Carey 1st Fee Application, Leidel et. al v. Project Investors, Inc. et. al

PROFESSIONAL FEES (CONTINUED)

| | | | | |
|---|---|---|---|---|
| | | ▮. | | |
| 134. | July 29, 2016 (Friday) | Follow up telephone conference with Receiver's atty Patrick Rengstl regarding ▮. | .2 | 57.00 |
| 135. | July 29, 2016 (Friday) | Follow up e-mail to Public Storage General Counsel Greta Katz regarding documents and information yet to be provided to the Receiver pertaining to Public Storage Units and bank accounts. | .1 | 28.50 |
| 136. | July 29, 2016 (Friday) | Review background report Stacy Diane West Taylor, former bookkeeper for Project Investors, Inc. Also review deposition from the divorce case between Defendant Paul Vernon and Defendant Lorie Ann Nettles pertaining to the contact information and details of employment of Stacy Diane West Taylor. Attempt to reach Mr. West Taylor via telephone numbers and Skype account name. | .4 | 114.00 |
| 137. | July 30, 2016 (Saturday) | Review Nick Mullesch draft declaration and tracing analysis. | 1.1 | 313.50 |
| 138. | July 30, 2016 (Saturday) | Review H&J subpoena production. | 1.7 | 484.50 |
| | | | 102.1 | $29,098.50 |