BRANDON LEIDEL
CRYPTSY

DEPOSITS

| CURRENCY | DATE | AMOUNT (BTC) | CURRENCY | DATE | AMOUNT (BTC) | CURRENCY | DATE | AMOUNT (BTC) |
|---|---|---|---|---|---|---|---|---|
| BTC | 8/13/2014 | 3.94090000 | BTC | 3/12/2015 | 0.50930000 | BTC | 8/6/2015 | 1.39596700 |
| BTC | 8/13/2014 | 0.00020000 | BTC | 3/13/2015 | 0.04251100 | BTC | 8/19/2015 | 0.35339600 |
| BTC | 8/15/2014 | 0.09900000 | BTC | 3/16/2015 | 0.96786000 | BTC | 8/20/2015 | 1.44578400 |
| BTC | 8/17/2014 | 0.95310000 | BTC | 3/17/2015 | 0.77807200 | BTC | 8/23/2015 | 1.85928400 |
| BTC | 8/18/2014 | 0.32670000 | BTC | 3/28/2015 | 0.05440400 | BTC | 8/26/2015 | 0.90044400 |
| BTC | 9/4/2014 | 0.06650000 | BTC | 3/29/2015 | 0.16236200 | BTC | 8/29/2015 | 0.29018200 |
| BTC | 9/16/2014 | 0.72060000 | BTC | 3/31/2015 | 0.12932700 | BTC | 8/30/2015 | 2.67079600 |
| BTC | 9/18/2014 | 0.19450000 | BTC | 4/4/2015 | 0.85612500 | BTC | 9/2/2015 | 2.00596300 |
| BTC | 9/19/2014 | 0.46740000 | BTC | 4/12/2015 | 0.07000500 | BTC | 9/3/2015 | 1.01631100 |
| BTC | 9/26/2014 | 0.16950000 | BTC | 4/22/2015 | 0.12384700 | BTC | 9/6/2015 | 0.11003100 |
| BTC | 9/27/2014 | 0.00000001 | BTC | 5/5/2015 | 0.10446300 | BTC | 9/7/2015 | 0.67396800 |
| BTC | 9/27/2014 | 0.08530000 | BTC | 5/7/2015 | 0.10558900 | BTC | 9/10/2015 | 0.17789100 |
| BTC | 10/9/2014 | 0.75010000 | BTC | 5/11/2015 | 0.32988800 | BTC | 9/15/2015 | 0.59725600 |
| BTC | 10/10/2014 | 0.34150000 | BTC | 5/19/2015 | 1.61398500 | BTC | 9/23/2015 | 0.99352100 |
| BTC | 10/15/2014 | 0.47370000 | BTC | 5/20/2015 | 0.34834700 | BTC | 9/26/2015 | 1.11552200 |
| BTC | 10/21/2014 | 0.56280000 | BTC | 5/25/2015 | 0.77995800 | BTC | 9/29/2015 | 0.96512000 |
| BTC | 10/27/2014 | 0.54110000 | BTC | 6/2/2015 | 0.50013500 | BTC | 10/8/2015 | 1.75889100 |
| BTC | 11/4/2014 | 0.14820000 | BTC | 6/4/2015 | 0.16042000 | BTC | 10/9/2015 | 0.05092500 |
| BTC | 11/11/2014 | 0.53750000 | BTC | 6/5/2015 | 1.05299100 | BTC | 10/12/2015 | 0.04693100 |
| BTC | 11/22/2014 | 0.79490000 | BTC | 6/6/2015 | 3.69972300 | BTC | 10/20/2015 | 0.09388900 |
| BTC | 11/25/2014 | 0.12240000 | BTC | 6/7/2015 | 1.36931300 | BTC | 10/22/2015 | 0.16105500 |
| BTC | 12/1/2014 | 0.05170000 | BTC | 6/8/2015 | 0.25562900 | BTC | 10/27/2015 | 0.07397600 |
| BTC | 12/2/2014 | 1.43090000 | BTC | 6/9/2015 | 0.71638200 | BTC | 11/3/2015 | 0.12017600 |
| BTC | 12/8/2014 | 0.57080000 | BTC | 6/10/2015 | 0.19271600 | BTC | 11/6/2015 | 0.64480200 |
| BTC | 12/19/2014 | 0.71860700 | BTC | 6/15/2015 | 0.14633800 | BTC | 11/8/2015 | 0.16269300 |
| BTC | 12/20/2014 | 0.31029700 | BTC | 6/18/2015 | 1.00764900 | BTC | 11/9/2015 | 0.26322900 |
| BTC | 12/22/2014 | 0.08276600 | BTC | 6/19/2015 | 0.05431900 | BTC | 11/14/2015 | 0.44408800 |
| BTC | 12/27/2014 | 0.30235900 | BTC | 6/20/2015 | 1.70489900 | BTC | 11/23/2015 | 1.91100000 |
| BTC | 12/29/2014 | 0.99396300 | BTC | 6/24/2015 | 0.41388300 | BTC | 11/24/2015 | 0.82744200 |
| BTC | 1/12/2015 | 0.09963100 | BTC | 6/25/2015 | 0.27552000 | BTC | 11/25/2015 | 0.99517800 |
| BTC | 1/14/2015 | 1.43142400 | BTC | 6/26/2015 | 0.34795600 | BTC | 11/27/2015 | 0.85035200 |
| BTC | 1/16/2015 | 0.18218700 | BTC | 6/29/2015 | 0.48661500 | BTC | 11/29/2015 | 1.01609000 |
| BTC | 1/26/2015 | 0.78893700 | BTC | 7/1/2015 | 1.12011500 | BTC | 11/30/2015 | 0.52378500 |
| BTC | 1/29/2015 | 0.22516600 | BTC | 7/2/2015 | 0.95773100 | BTC | 12/1/2015 | 0.14134300 |
| BTC | 1/30/2015 | 1.19155800 | BTC | 7/7/2015 | 0.16808700 | BTC | 12/3/2015 | 0.65662100 |
| BTC | 2/8/2015 | 2.24949600 | BTC | 7/11/2015 | 0.21870700 | BTC | 12/8/2015 | 0.63777600 |
| BTC | 2/10/2015 | 0.16644600 | BTC | 7/12/2015 | 0.85794800 | BTC | 12/12/2015 | 0.80177700 |
| BTC | 2/16/2015 | 0.08108300 | BTC | 7/12/2015 | 0.23306400 | BTC | 12/13/2015 | 0.44179700 |
| BTC | 2/25/2015 | 0.44519200 | BTC | 7/17/2015 | 0.41900000 | BTC | 12/15/2015 | 0.25345100 |
| BTC | 2/27/2015 | 0.12060300 | BTC | 7/19/2015 | 0.45016400 | BTC | 12/17/2015 | 0.59971600 |
| BTC | 3/2/2015 | 0.08947100 | BTC | 7/22/2015 | 0.46391100 | BTC | 12/28/2015 | 0.11199500 |
| BTC | 3/5/2015 | 0.85807400 | BTC | 7/24/2015 | 0.51574600 | BTC | 1/4/2016 | 0.16474400 |
| BTC | 3/10/2015 | 0.37717300 | BTC | 8/4/2015 | 0.31300000 | BTC | 1/7/2016 | 0.19935600 |

TOTAL    79.66625101



**EXHIBIT "D"**