UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and MICHAEL
WILSON, individually, and on behalf
Of All Others Similarly Situated,

    Plaintiffs,

vs.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation; PAUL
VERNON, an individual; LORIE ANN
NETTLES, an individual; RIDGEWOOD
INVESTMENTS, INC., a New Jersey
corporation; and KAUSHAL MAJMUDAR,
individually,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jose G. Sepulveda and Samuel O. Patmore, with the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby enter their appearance as counsel in the above-captioned action for Defendants Ridgewood Investments, Inc. and Kaushal Majmudar, and request service of all future correspondence and papers.

Dated: January 11, 2017.

Respectfully submitted,

By: s/ Jose G. Sepulveda
JOSE G. SEPULVEDA, ESQ.
Florida Bar No. 154490
jsepulveda@stearnsweaver.com
SAMUEL O. PATMORE
Florida Bar No. 96432
spatmore@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: 305-789-3200
Facismile: 305-789-3395
*Attorneys for Ridgewood Investors, Inc.
And Kaushal Majmudar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Jose G. Sepulveda*
Jose G. Sepulveda

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## SERVICE LIST

David C. Silver, Esq.
Scott L. Silver, Esq.
Jason S. Miller, Esq.
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
DSilver@silverlaw.com
SSilver@silverlaw.com
JMiller@silverlaw.com

-and-

Marc A. Wites, Esq.
**WITES & KAPETAN, P.A.**
4400 N. Federal Highway
Lighthouse Point, FL 33064
mwites@wklawyers.com

*Attorneys for Plaintiffs*

Project Investors, Inc. d/b/a Cryptsy
c/o Paul Vernon, President and Registered Agent
P.O. Box 7646
Delray Beach, FL 33482
support@cryptsy.com

Paul Vernon, individually
P. O. Box 7646
Delray Beach, FL 33483
PaulEVernon@yahoo.com

#5478792 v1

3