## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL and MICHAEL WILSON, individually and on behalf of all others similarly situated, v. PROJECT INVESTORS, INC., D/B/A CRYPTSY, a Florida Corporation, PAUL VERNON, an individual, LORI ANN NETTLES, an individual, RIDGEWOOD INVESTMENTS, INC., a New Jersey corporation, and KAUSHAL MAJMUDAR, an individual, CASE NO.: 9:16-cv-80060-MARRA

# If you are a CRYPTSY account holder and are unable to access your cryptocurrency, PLEASE READ THIS NOTICE CAREFULLY.

# This Notice Is To Inform You of Information and Events that May Affect Your Rights, including:

# (1) a Proposed Settlement with Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar, and
# (2) the Certification of a Class against Defendants Cryptsy and Vernon.

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer or a notice of a lawsuit against you.*

- The Settlement will provide payments to Class Members who are Cryptsy account holders who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy at any point in time between November 1, 2015 and the present date.

- This proposed Settlement is with **only** Defendants Lori Ann Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar. Defendants Project Investors, Inc., d/b/a Cryptsy, a Florida Corporation, and Paul Vernon did not respond to the lawsuit, and the Court entered a default against them. The Court appointed a Receiver to act on behalf of Cryptsy, and Mr. Vernon has fled to China and failed to participate in this lawsuit or respond to any inquiries.

- Mr. Vernon is not part of this Settlement and is not receiving a release of liability in this settlement. The Court certified a class against Defendants Cryptsy and Vernon, and this class action continues to proceed against them.

- Your legal rights are affected whether you act or not. Read this Notice carefully. Information about the **Settlement** is contained on pages 1 - 9 of this Notice, and information about the **certification of the class against Defendants Cryptsy and Vernon** is contained on pages 11 - 18 of this Notice.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| YOUR OPTIONS | THE RESULT OF YOUR CHOICE |
|---|---|
| **SUBMIT A CLAIM** | The only way to get a payment is to submit a claim.  Claims must be **postmarked on or before _____, 201\_.** |
| **EXCLUDE YOURSELF FROM THE CLASS** | Get no payment.  This is the only option that will allow you to sue in the future about the claims in this lawsuit.  **Exclusions must be received by _____, 201\_.** |
| **OBJECT** | You can write to the Court about why you don't like the Settlement, or any part of the Settlement.  **Objections must be received by _____, 201\_.** |
| **GO TO A HEARING** | You can ask to speak in Court about the fairness of the Settlement.  **The Fairness Hearing will be held on _____, 201\_, at \_:\_\_ a.m.,/p.m.** |
| **DO NOTHING** | Get no payment.  Give up your rights.  **You are strongly encouraged not to choose this option.** |

- These rights and options – **and the deadlines to exercise them** – are explained below.

## WHAT THIS NOTICE CONTAINS

**Basic Information**……………………………………………………………………………PAGES 3 - 4
1. Why did I get this Notice?
2. What is a class action?
3. Who is included in this Class Action?
4. What is this Class Action about?
5. What is a Receiver and Why Did the Court Appoint One?

**Benefits of the proposed settlement – what you may get** …………………………………….PAGES 4 - 6
6. What does the proposed Settlement provide?
7. What Claims Are Being Released?
8. What Can I Get by Making a Claim?
9. What happens if there is money left over in the Settlement Fund?
10. How do I submit a claim?
11. How Do I Exclude Myself from the Settlement?
12. If I don't exclude myself, can I sue Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar for the same thing later?
13. If I exclude myself, can I get money from this settlement?

**Objecting to the Settlement**……………………………………………………………………PAGES 6 - 7
14. How do I tell the court that I do not like the settlement?
15. What is the difference between objecting and excluding?

**The Lawyers Representing You**……………………………………………………...………..PAGES 7 - 8
16. Do I have a lawyer in this case?
17. How will the lawyers be paid?
18. Should I get my own lawyer?

**The Final Fairness Hearing**………………………………………………………………....PAGE 8
19. When and where will the court decide whether to approve the settlement?
20. Do I have to come to the hearing?
21. May I speak at the hearing?

**Getting More Information**………………………………………………………………..PAGES 8 - 9

**BASIC INFORMATION**

**1.     Why did I get this Notice?**
You received this Notice because: you requested a copy of the Notice through a toll-free number or contacted the lawyers involved in this case or the Claims Administrator, or your information appears in records obtained by the lawyers in this case.

The Court directed the parties to send to you this Notice because you have the right to know about a proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to approve the Settlement and to award attorneys' fees. If the Court approves the Settlement, you will receive a payment if you have submitted a valid and timely Claim Form, which is enclosed with this package.

This package explains the lawsuit, the Settlement, your rights, what benefits are available, who is eligible for them, and how to get them.

**2.     What is a class action?**
In a class action, one or more people called "class representatives" sue on behalf of themselves and other people who have similar claims. The people together are a "class" or "class members." A court must determine if a lawsuit or a settlement should proceed as a class action. If it does proceed as a class action, there may be a trial. A trial then decides the lawsuit for everyone in the class. Sometimes, the parties may settle without a trial.

**3.     Who is included in this Class Action?**
This Class Action includes all Cryptsy account holders who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy at any point in time between November 1, 2015 and the present date. Such persons are identified in this Notice as the Class.

**4.     What is this Class Action about?**
Plaintiffs filed this class action on behalf of themselves and the Class against Cryptsy and its majority shareholder, Paul Vernon (the Cryptsy Defendants") and Lori Ann Nettles. The lawsuit was amended on January 9, 2017 to name as additional defendants Ridgewood Investments, Inc., and Kaushal Majmudar. The Cryptsy Defendants operated an online business for general consumers and the public to exchange, invest, and trade in digital cryptocurrencies, including "Bitcoin" and "Litecoin." Similar to a bank, but existing only in the "virtual" world, Cryptsy customers, including Plaintiffs and the Class, deposited their digital currency in accounts held at, and purportedly protected and managed by, Cryptsy. Plaintiffs alleged that the Cryptsy Defendants acted unlawfully by denying the Class the ability to withdraw or use the funds in their accounts and by stealing for the Cryptsy Defendants' own use and benefit the digital currency held in the Cryptsy customer accounts.

As to Defendant Nettles, Plaintiffs alleged that monies stolen from the Class were used to purchase real estate in Palm Beach County, Florida for $1,375,000 (the "Property"), and that the Property was subsequently transferred to Defendant Nettles in a divorce settlement with her now ex-husband, Paul Vernon.

As to Defendants Ridgewood Investments, Inc., and Kaushal Majmudar, Plaintiffs alleged that they were unjustly enriched as a result of receiving monies from the operations of Cryptsy.

**5.     What is a Receiver and Why Did the Court Appoint One?**
A Receiver is a person appointed by the Court to typically preserve the assets and property of a company in financial distress or subject to claims of wrongdoing. In this case, the Court appointed a Receiver at the request of Plaintiffs and their lawyers (known as Class Counsel, as described below). Plaintiffs filed a motion to ask the

Court to appoint a Receiver because Plaintiffs wanted to ensure that the Cryptsy Defendants and Defendant Nettles did not attempt to hide, sell or otherwise keep from Plaintiffs and the Class monies and assets to satisfy any judgment obtained in this case, and likewise to recover monies and assets for the benefit of the Class.

Class Counsel and the Receiver worked cooperatively on this matter and, as described in paragraph 6 below, obtained and recovered assets for the benefit of the Class.

# BENEFITS OF THE PROPOSED SETTLEMENT – WHAT YOU MAY GET

Plaintiffs, the Class and the Receiver entered a Settlement Agreement with Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar. The Settlement Agreement is available for your review. The following pages provide a summary of the Settlement Agreement, and your rights and options under the Settlement Agreement.

**6. What does the proposed Settlement provide?**

A Settlement Fund has been created in this action which includes the following items:

1. As part of this Settlement, Defendant Nettles agreed to convey to the Receiver for the benefit of the Class:

    a. Real estate located in Palm Beach County, Florida that Defendants Vernon and Nettles purchased in 2015 for $1,375,000 (the Property), which was subsequently transferred to Defendant Nettles in a divorce settlement, and was appraised in January 2017 for a value of approximately $1,350,000; and

    b. A Tiffany ring that Defendant Vernon purchased for Defendant Nettles for over $104,000;

2. In addition, the Receiver and Class Counsel obtained for the benefit of the Class:

    a. Cryptocurrency held by Cryptsy with a market value of approximately $\_\_\_\_\_ as of September 2016;

    b. An Infiniti QX60 from Defendant Cryptsy with an appraised used value of approximately $28,000; and

    c. Personal property, such as computers, art work, and household furnishings, from Defendant Cryptsy.

3. Also, Defendants Ridgewood Investments, Inc., and Kaushal Majmudar contributed $220,000 to the Settlement.

Upon the Court's approval, the Receiver will liquidate the above-described items, the proceeds from which will also become part of the Settlement Fund, with the exception of $250,000 from the sale of the Property which shall be retained by Defendant Nettles.

Plaintiffs' Counsel and the Receiver cannot predict with certainty the gross liquidation value of all of the assets described above, but have provided values or purchase amounts where possible above. As detailed in the parties' Settlement Agreement, certain administrative costs, attorney's fees and expenses shall be deducted from

the Settlement Fund, and the Net Settlement Fund shall be distributed to eligible members of the Settlement Class.

**7.     What Claims Are Being Released?**
In exchange for the Settlement Benefits described above, Plaintiffs, the Class and the Receiver are providing Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar with a release of liability.  Defendant Vernon is not part of, and is expressly excluded from the release of liability.

**8.     What Can I Get by Making a Claim?**
The Claims Administrator, with the assistance of the Receiver and Class Counsel, will determine the market value, as of November 1, 2015, or the date such cryptocurrency was deposited at Cryptsy, as applicable, of the cryptocurrency(ies) held by Class Members that submit valid claims. Each Class Member submitting a valid claim shall be allocated a pro rata share of the Net Settlement Fund based on his, her or its claim compared to the total number of valid claims. There is no way to determine, in advance, how many Class Members will make claims from the Net Settlement Fund. Class Members who do not submit valid claims will not share in the proceeds of the Net Settlement Funds, but will nevertheless be bound by this Settlement.

**9.     What happens if there is money left over in the Settlement Fund?**
If at such time, all valid Claims are paid in full from the Settlement Fund by the Claims Administrator, and there is a balance remaining in the Settlement Fund 180 days after the last check is issued, the Claims Administrator will, if feasible, distribute any such balance by way of *pro rata* payments to Class Members who submitted valid Claims and who cashed their checks in an equitable and economical fashion. Thereafter, any remaining balance will be paid to INSERT NAME OF non-sectarian, not-for-profit, 501(c)(3).

**10.    How do I submit a claim?**
Attached to this Notice (and available on the settlement website or by contacting the Claims Administrator or Class Counsel) is a Claim Form. YOU MUST COMPLETE AND SIGN THE CLAIM FORM AND SUBMIT IT TO THE CLAIMS ADMINISTRATOR, POSTMARKED, FAXED OR EMAILED (IN .PDF FORMAT) ON OR BEFORE _____, 2017 at the following address:

> Cryptsy Cryptocurrency Settlement
> Claims Administrator
> 1801 Market Street, Suite 660
> Philadelphia, PA 19103
> Fax Number: 1-215-525-0209
> Email Address: info@cryptsysettlement.com

**IF YOU DO NOT SUBMIT YOUR SIGNED CLAIM FORM WITH THE REQUIRED SUPPORTING DOCUMENTS BY THIS DEADLINE, YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO RECEIVE ANY PAYMENT FROM THE SETTLEMENT FUND.**

As part of your Claim, you should provide as much documentation as you can supporting your claim, and specifically the type and amount of cryptocurrency you held at Cryptsy between November 1, 2015 and the present date. All information provided will be treated as confidential and will be used only for the purpose of reviewing and administering your Claim.

Examples of documentation you might have to support your claim include screen shots of your holdings at Cryptsy or account statements. You may have other types of supporting documentation. You should submit whatever you have. Please note that it appears that Defendant Vernon or someone under his direction destroyed

all of Cryptsy database records and, as a result, the only way to establish your claim is through your submission of records that evidence your ownership of Cryptocurrency held at Cryptsy between November 1, 2015 and the present date. Class Counsel and the Receiver have asked, and continue to ask, Defendant Vernon to provide copies of the records that show all of the holdings of the Class, and likewise continue to search for such records. To date, Defendant Vernon has failed to respond to or comply with such requests.

*Please note that the Claim Form must be signed.* By signing your Claim Form, you will be swearing that the information you submit is true and accurate. You will also be authorizing the Claims Administrator to contact you for more information to help evaluate your Claim.

**11.     How Do I Exclude Myself from the Settlement?**
If you do not wish to be included in the Class and participate in the Settlement benefits discussed above, you must send a letter stating that you want to be excluded from Cryptsy Cryptocurrency Litigation, Case No.: 9:16-cv-80060. Be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request postmarked no later than _____, 201X to:

Cryptsy Cryptocurrency Litigation
EXCLUSIONS
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

You cannot exclude yourself on the phone or by fax or e-mail – you must do so in writing. If you request to be excluded, you will not receive any Settlement payment, and you cannot object to the Settlement. However, you will not be legally bound by anything that happens in this lawsuit, and you will keep your right to separately pursue claims against Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar relating to the subject matter of this lawsuit.

**12.     If I don't exclude myself, can I sue Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar for the same thing later?**
No. Unless you exclude yourself, you give up the right to sue Defendants Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar for the claims that this Settlement resolves. You must exclude yourself from this Class to pursue your own lawsuit. Remember, your exclusion must be postmarked on or before _____, 201_.

**13.     If I exclude myself, can I get money from this settlement?**
No. If you exclude yourself, you will not receive any money. Do not send in a Proof of Claim.

# OBJECTING TO THE PROPOSED SETTLEMENT

You can tell the Court that you don't agree with the Settlement or some part of it.

**14.     How do I tell the court that I do not like the settlement?**
If you are a Class Member, you can object to the Settlement if you do not like any part of it, including the proposed award of attorneys' fees and expenses and proposed service awards to Plaintiffs, and the Court will consider your views. To object, you must send a letter to the Court, Class Counsel, and Defendant's Counsel saying that you object to the Settlement in Cryptsy Cryptocurrency Litigation, Case No.: 9:16-cv-80060. Be sure to include your name, address, telephone number, your signature, and the reasons you object to the Settlement. You also must affirm under penalty of perjury that you are a Class Member and provide proof of

Class Membership. If you are represented by counsel, be sure to include the name, address, and telephone number of that lawyer.

Your objection **must be mailed to and actually received** at all of the following different **locations no later than _____, 201X**. Send your objection to:

| Clerk of Court:<br>Paul G. Rogers Federal<br>Building and U.S. Courthouse<br>701 Clematis Street, Room 202<br>West Palm Beach, FL 33401<br><br>Class Counsel:<br>Marc A. Wites<br>Wites & Kapetan, P.A.<br>4400 N. Federal Highway<br>Lighthouse Point, Florida 33064 | Defendant's Counsel:<br>Mark A. Levy<br>Brinkley Morgan<br>200 East Las Olas Blvd.<br>19th Floor<br>Fort Lauderdale, FL 33301<br><br>**and**<br><br>Jose G. Sepulveda<br>Stearns Weaver Miller Weissler, Alhadeff & Sitterson, P.A.<br>150 W. Flagler Street<br>Suite 2200<br>Miami, FL 33130 |
|---|---|

**15.    What is the difference between objecting and excluding?**
Objecting is telling the Court that you do not like something about the Settlement. You can object only if you stay in the Class. If you object, you will remain in the Class and will be bound by the proposed Settlement if the Court approves the Settlement, despite your objection. If you object, you can also participate in the Settlement benefits described above. Excluding yourself is telling the Court that you do not want to be part of the Class or the lawsuit. You cannot request exclusion and object the Settlement. If you exclude yourself, you have no basis to object because the case no longer affects you. Class Members who do exclude themselves may, if they wish, enter an appearance through their own counsel.

## THE LAWYERS REPRESENTING YOU

**16.    Do I have a lawyer in this case?**
The Court appointed the law firms of Wites & Kapetan, P.A., and The Silver Law Group to represent you and other Class Members. These lawyers are called Co-Lead Counsel. The Court also appointed James D. Sallah, not individually but solely in his capacity as the Court-appointed Receiver, to act as the Receiver in this matter. If you want to be represented by your own lawyer, you may hire one at your own expense and enter an appearance through your own counsel.

**17.    How will the lawyers be paid?**
The Settlement Agreement authorizes Co-Lead Counsel to seek an award of attorney's fees of up to 33.33% of the Settlement Fund, plus expenses and costs, which also will be paid from the Settlement Fund. According to the laws and rules that govern receivers, the Receiver and Receiver's Counsel may separately submit a Fee and Expense Application for the payment of their respective attorney's fees, expenses and costs from the Settlement Fund. Co-Lead Counsel and the Receiver (including the Receiver's counsel and all other lawyers working on behalf of the Receiver) are extremely cognizant of the issue of legal fees and expenses, and have agreed that they collectively will do everything within reason to limit their legal fees, expenses and costs, including Co-Lead Counsel's intention to reduce their contingency fee percentage and the Receiver's intention to discount

certain billing. Further, Co-Lead counsel have committed to reduce their attorney's fee application such that that the amount Co-Lead Counsel seeks in attorney's fees, when coupled with the attorney's fees sought by the Receiver and Receiver's Counsel, will not cause the total amount of attorney's fees paid from the Settlement Fund to exceed 33.33% of the Settlement Fund.

In addition, Co-Lead Counsel will ask the Court to award the Plaintiffs in this Action a service award of $500 each for their time and effort acting as Class Representatives.

**18.     Should I get my own lawyer?**
You do not need to hire your own lawyer. However, if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance. Hiring a lawyer to appear for you in the lawsuit will be at your own expense.

# THE FINAL SETTLEMENT HEARING

The Court will hold a hearing to decide whether to approve the Settlement.

You may attend, and you may ask to speak, but you don't have to.

**19.     When and where will the court decide whether to approve the settlement?**
The Court will hold a Final Settlement Hearing at _:_ a.m./p.m. on _____, 201x at the Courtroom of the Honorable Kenneth A. Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, West Palm Beach, FL 33401. The hearing date may be changed by the Court, and you should check www.cryptsysettlement.com for any updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement. The Court also may consider how much to award Co-Lead Counsel and the amount of the service awards for Plaintiffs. We do not know how long this decision will take.

**20.     Do I have to come to the hearing?**
No. Co-Lead Counsel will answer questions the Court may have. But you are welcome to come at your own expense. If you submit an objection, you do not have to come to the Court to talk about it. As long as you delivered your written objection on time, the Court will consider it. You may pay your own lawyer to attend, but it is not necessary.

**21.     May I speak at the hearing?**
You may ask the Court for permission to speak at the Final Settlement Hearing. To do so, you must file with the Court a "Notice of Intention to Appear." Be sure to include your name, address, telephone number, and your signature. You may be required also to provide proof that you are a Class Member. Your Notice of Intention to Appear must be filed no later than _____, 201x, and must be served on the Clerk of the Court, Co-Lead Counsel, and Defendants' counsel at the addresses listed on page 7, above. You cannot speak at the hearing if you exclude yourself.

# GETTING MORE INFORMATION

**22.     Where do I obtain more information?**

You can look at and copy the legal documents filed with the Court at any time during regular office hours at the Office of the Clerk of Court, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, West Palm Beach, FL 33401.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- ☐ Visit the Settlement website at www.cryptsysettlement.com
- ☐ Visit the Receivership website at www.cryptsyreceivership.com
- ☐ Contact Co-Lead Class Counsel at:
  Marc A. Wites
  Wites & Kapetan, P.A.
  4400 N. Federal Highway
  Lighthouse Point, Florida 33064
  (954) 570-8989
- ☐ Call the Claims Administrator toll free 1-888-868-4936
- ☐ Write or fax to:

  Cryptsy Cryptocurrency Administrator
  1801 Market Street, Suite 660
  Philadelphia, PA 19103
  Facsimile:  1-215-525-0209

**PLEASE DO NOT CALL OR WRITE TO THE COURT FOR INFORMATION OR ADVICE.**

DATED: _____, 201x            /s/_____
                                    THE HONORABLE KENNETH A. MARRA
                                    UNITED STATES DISTRICT COURT JUDGE



# **NOTICE OF CERTIFICATION OF CLASS ACTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL and MICHAEL WILSON, individually and on behalf of
all others similarly situated, v. PROJECT INVESTORS, INC., D/B/A CRYPTSY,
a Florida Corporation, PAUL VERNON, an individual, LORI ANN NETTLES,
an individual, RIDGEWOOD INVESTMENTS, INC., a New Jersey corporation,
and KAUSHAL MAJMUDAR, an individual, CASE NO.: 9:16-cv-80060-MARRA

**If you are a CRYPTSY account holder and are unable to access your cryptocurrency,
A Class Action Lawsuit May Affect Your Rights.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Cryptsy account holders who were unable to access their cryptocurrency have sued Cryptsy, Paul Vernon, Lori Ann Nettles, Ridgewood Investments, Inc., and Kaushal Majmudar. They also filed a separate lawsuit against Coinbase in an effort to recover money for the benefit of the Class.

- The Court certified the Class against Cryptsy, Vernon, and Nettles. Subsequently, Defendants Nettles, Ridgewood Investments, Inc., and Majmudar entered a settlement, which is described above. The action against Coinbase continues, which has not yet been certified, is ongoing.

- Defendants Cryptsy and Vernon are not part of this Settlement and are not receiving a release of liability in this settlement. The Court certified a class against Defendants Cryptsy and Vernon, and this class action continues to proceed against them.

- The Court has not decided whether Defendants Cryptsy or Vernon did anything wrong. While you may make a claim now in Nettles, Ridgewood Investments, Inc., and Majmudar, the lawsuit against Defendant Vernon and Cryptsy continues. There is no guarantee there that any money will be recovered in addition to that part of the current Settlement. However, your legal rights are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | Stay in this lawsuit against Cryptsy and Vernon. Await the outcome. Give up certain rights. By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement with Cryptsy and Vernon. But, you give up any rights to sue Vernon and Cryptsy separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | Get out of this lawsuit against Cryptsy and Vernon. Get no benefits from it. Keep rights. If you ask to be excluded and money or benefits are later awarded, you won't share in those. But, you keep any rights to sue Cryptsy and Vernon separately about the same legal claims in this lawsuit. You may make a claim in the Settlement with Defendants Nettles, Ridgewood Investments, Inc., and Majmudar and ask to be excluded from the continuation of the lawsuit against Cryptsy and Vernon.<br><br>If you do nothing or exclude yourself from the continuation of the lawsuit against Cryptsy and Vernon it will not impact your rights in the lawsuit against Coinbase, as that case has not yet been certified as a class action. In other words, by excluding yourself from the Class as it relates to the claims against Cryptsy and Vernon you are not giving up your right to make a claim in the Settlement with Defendants Nettles, Ridgewood Investments, Inc., and Majmudar. |

• Your options are explained in this notice. To ask to be excluded, you must act before _____, 2017.

• Lawyers must prove the claims against Vernon and Cryptsy at a trial. If money or benefits are obtained from Vernon and Cryptsy, you will be notified about how to ask for a share.

• Any questions? Read on and visit www.cryptsysettlement.com.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**……………………………………………..….…… PAGES 14 - 15

    1.   Why did I get this notice?
    2.   What is this lawsuit about?
    3.   What is a class action and who is involved?
    4.   Why is this lawsuit a class action?

**THE CLAIMS IN THE LAWSUIT**…………..……...……………… …………PAGES 15 - 16

    5.   What does the lawsuit complain about?
    6.   How does CRYPTSY AND VERNON answer?
    7.   Has the Court decided who is right?
    8.   What are the Plaintiffs asking for?
    9.   Is there any money available now?

**WHO IS IN THE CLASS**…………………………………….. …………....PAGE 16

    10.   Am I part of this Class?
    11.   I'm still not sure if I am included.

**YOUR RIGHTS AND OPTIONS**………………………………………… PAGE 16 - 17

    12.   What happens if I do nothing at all?
    13.   Why would I ask to be excluded?
    14.   How do I ask the Court to exclude me from the Class?

**THE LAWYERS REPRESENTING YOU**…..………………………............... PAGE 17

    15.   Do I have a lawyer in this case?
    16.   Should I get my own lawyer?
    17.   How will the lawyers be paid?

**THE TRIAL**………………………………………………………..……. PAGES 17 - 18

    18.   How and when will the Court decide who is right?
    19.   Do I have to come to the trial?
    20.   Will I get money after the trial?

**GETTING MORE INFORMATION**…………………………………...……… PAGE 18

    21.   Are more details available?

**BASIC INFORMATION**

**1.     Why did I get this notice?**

You received this Notice because: you requested a copy of the Notice through a toll-free number or contacted the lawyers involved in this case or the Claims Administrator, or your information appears in records obtained by the lawyers in this case.

This notice explains that the Court has allowed, or "certified," a class action lawsuit against Defendants Cryptsy and Vernon that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against Defendants Cryptsy and Vernon on your behalf, are correct. Judge Kenneth Marra of the United States District Court for the Southern District of Florida is overseeing this class action. The lawsuit is known as *Leidel v. Cryptsy,* Case No.: 9:16-cv-80060-MARRA.

**2.     What is this lawsuit about?**

Plaintiffs filed this class action on behalf of themselves and the Class against Cryptsy and its majority shareholder, Paul Vernon (the Cryptsy Defendants") and Lori Ann Nettles. The lawsuit was amended on January 9, 2017 to name as additional defendants Ridgewood Investments, Inc., and Kaushal Majmudar. The Cryptsy Defendants operated an online business for general consumers and the public to exchange, invest, and trade in digital cryptocurrencies, including "Bitcoin" and "Litecoin." Similar to a bank, but existing only in the "virtual" world, Cryptsy customers, including Plaintiffs and the Class, deposited their digital currency in accounts held at, and purportedly protected and managed by, Cryptsy. Plaintiffs alleged that the Cryptsy Defendants acted unlawfully by denying the Class the ability to withdraw or use the funds in their accounts and by stealing for the Cryptsy Defendants' own use and benefit the digital currency held in the Cryptsy customer accounts.

As to Defendant Nettles, Plaintiffs alleged that monies stolen from the Class were used to purchase real estate in Palm Beach County, Florida for $1,375,000 (the "Property"), and that the Property was subsequently transferred to Defendant Nettles in a divorce settlement with her now ex-husband, Paul Vernon.

As to Defendants Ridgewood Investments, Inc., and Kaushal Majmudar, Plaintiffs alleged that they were unjustly enriched as a result of receiving monies from the operations of Cryptsy.

**3.     What is a class action and who is involved?**

In a class action, one or more people called "class representatives" sue on behalf of themselves and other people who have similar claims. The people together are a "class" or "class members." A court must determine if a lawsuit or a settlement should proceed as a class action. If it does proceed as a class action, there may be a trial. A trial then decides the lawsuit for everyone in the class. Sometimes, the parties may settle without a trial.

This Class Action includes all Cryptsy account holders who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy at any point in time between November 1, 2015 and the present date.  Such persons are identified in this Notice as the Class.

**4.     Why is this lawsuit a class action?**

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- There are legal questions and facts that are common to Messrs. Leidel and Wilson's claims and those of the Class;

14

- Messrs. Leidel and Wilson's claims are typical of the claims of the rest of the Class;

- Messrs. Leidel and Wilson's, and the lawyers representing the Class will fairly and adequately represent the Class' interests;

- The common legal questions and facts are more important than questions that affect only individuals; and

- This class action will be more efficient than having many individual lawsuits.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order Certifying the Class, which is available at www.cryptsysettlement.com.

## THE CLAIMS IN THE LAWSUIT

**5.    What does the lawsuit complain about?**
In the lawsuit, Plaintiffs alleged that the Cryptsy Defendants acted unlawfully by denying the Class the ability to withdraw or use the funds in their accounts and by stealing for the Cryptsy Defendants' own use and benefit the digital currency held in the Cryptsy customer accounts. You can read the Plaintiffs' Class Action Complaint at www.cryptsysettlement.com.

**6.    How do Defendants Cryptsy and Vernon answer?**
Defendants Cryptsy and Vernon did not answer the complaint. Based on the investigation of Class Counsel, Defendant Vernon fled to and now lives in China, and has refused to participate in this lawsuit. The Court entered a default against Cryptsy and Vernon based on their failure to respond to the lawsuit. The default order is also available at www.cryptsysettlement.com.

**7.    Has the Court decided who is right?**
The Court hasn't decided whether Cryptsy or Vernon or the Plaintiffs are correct. By establishing the Class and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case. The Plaintiffs must prove their claims and the amount of the Class' damages at a trial. The Court has not yet set a trial date for the claims against Cryptsy and Vernon. (*See* "The Trial" below on page 17.)

**8.    What are the Plaintiffs asking for?**
The Plaintiffs are asking for Cryptsy and Vernon to return to the Class all of their cryptocurrency or to fully compensate them for the loss of their cryptocurrency.

**9.    Is there any money available now?**
Money is available now, but the money is not from a settlement with Cryptsy or Vernon. The money available now is from a settlement with Defendants Nettles, Ridgewood Investments, Inc., and Majmudar, and from money the Receiver and Class Counsel obtained for the benefit of the Class.

No money or benefits are available now from Defendants Cryptsy and Vernon because the Court has not yet decided whether Cryptsy and Vernon did anything wrong, the two sides have not settled the case, and a judgment has not yet been obtained against Cryptsy and Vernon. There is no guarantee that money or benefits ever will be obtained. Even if a money judgment is obtained against Cryptsy and Vernon, it is very possible that no money will be recovered from them as Vernon has fled to China, stolen and hidden the assets of Cryptsy and

the cryptocurrency of the Class, and refused to participate in this lawsuit. If money is recovered from Cryptsy and Vernon, you will be notified about how to ask for a share.

At this time, you may make a claim for money in the Settlement reached in this case with Defendants Nettles, Ridgewood Investments, Inc., and Majmudar.

## WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

**10.    Am I part of this Class?**
The Court decided that all Cryptsy account holders who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy at any point in time between November 1, 2015 and the present date are Class Members.

**11.    I'm still not sure if I am included.**
If you are still not sure whether you are included, you can get free help at [www.cryptsysettlement.com](www.cryptsysettlement.com), or by calling or writing to the lawyers in this case, at the phone number or address listed in question 21.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded before the trial, or to make a separate appearance, and you have to decide this now.

**12.    What happens if I do nothing at all?**
You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. By doing nothing you are staying in the Class. If you stay in and the Plaintiffs obtain money or benefits, either as a result of the trial or a settlement, you will be notified about how to apply for a share (or how to ask to be excluded from any settlement). Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue, or continue to sue, CRYPTSY AND VERNON—as part of any other lawsuit—about the same legal claims that are the subject of this lawsuit. You will also be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action.

**13.    Why would I ask to be excluded?**
If you already have your own lawsuit against CRYPTSY AND VERNON regarding your cryptocurrency that you deposited with Cryptsy and want to continue with it, you need to ask to be excluded from the Class. If you exclude yourself from the Class—which also means to remove yourself from the Class, and is sometimes called "opting-out" of the Class— you won't get any money or benefits from this lawsuit even if the Plaintiffs obtain them Cryptsy and Vernon as a result of the trial or from any settlement (that may or may not be reached) between CRYPTSY AND VERNON and the Plaintiffs.

However, you may then be able to sue or continue to sue CRYPTSY AND VERNON regarding your cryptocurrency. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

If you start your own lawsuit against CRYPTSY AND VERNON after you exclude yourself, you'll have to hire and pay your own lawyer for that lawsuit, and you'll have to prove your claims. If you do exclude yourself so

you can start or continue your own lawsuit against CRYPTSY AND VERNON, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations.

PLEASE NOTE that you may choose to (1) exclude yourself from the Class as it relates to the claims against Cryptsy and Vernon and (2) make a claim in the Settlement with Defendants Nettles, Ridgewood Investments, Inc., and Majmudar. In other words, by excluding yourself from the Class as it relates to the claims against Cryptsy and Vernon you are not giving up your right to make a claim in the Settlement with Defendants Nettles, Ridgewood Investments, Inc., and Majmudar.

**14.    How do I ask the Court to exclude me from the Class or make a separate appearance?**
To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Leidel v. Cryptsy,* Case No.: 9:16-cv-80060-MARRA. Be sure to include your name and address, and sign the letter. You must mail your Exclusion Request postmarked by _____, 2017, to: *Leidel v. Cryptsy Exclusions*, 1801 Market Street, Suite 660, Philadelphia, PA 19103. You may also get an Exclusion Request form at the website, www.cryptsysettlement.com.

To make a separate appearance, you must file appropriate papers with the Clerk of the Court of your appearance on or before _____ at Clerk of the Court, _____.

### THE LAWYERS REPRESENTING YOU

**15.    Do I have a lawyer in this case?**
The Court appointed the law firms of Wites & Kapetan, P.A., and The Silver Law Group to represent you and other Class Members. These lawyers are called Co-Lead Counsel. The Court also appointed James D. Sallah, not individually but solely in his capacity as the Court-appointed Receiver, to act as the Receiver in this matter. More information about the lawyers is available at www.cryptsysettlement.com.

**16.    Should I get my own lawyer?**
You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

**17.    How will the lawyers be paid?**
If Class Counsel gets money or benefits for the Class, they may ask the Court for fees and expenses. You won't have to pay these fees and expenses. If the Court grants Class Counsels' request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by CRYPTSY AND VERNON.

### THE TRIAL

The Court has not yet scheduled a trial to decide who is right in this case.

**18.    How and when will the Court decide who is right?**
As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at a trial. The Court will set a date for the trial, which can be obtained from Class Counsel, the www.cryptsysettlement.com website, and the Clerk of Court.  During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiffs or Defendant are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class.

**19.	Do I have to come to the trial?**

You do not need to attend the trial. Class Counsel will present the case for the Plaintiffs, and CRYPTSY AND VERNON will present the defenses. You or your own lawyer are welcome to come at your own expense.

**20.	Will I get money after the trial?**

If the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this will take.

**GETTING MORE INFORMATION**

**21.	Are more details available?**

Visit the website, www.cryptsysettlement.com, where you will find the Court's Order Certifying the Class, the Complaint that the Plaintiffs submitted, the default entered against Cryptsy and Vernon, an Exclusion Request form, and as it relates to the Settlement with Defendants _____ you will find the settlement agreements and claim form. You may also speak to one of the lawyers by calling 1-866-xxx-xxxx or by contacting Wites & Kapetan, The Silver Law Group, or The Receiver.

DATE: MONTH 00, 0000.