UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of all others similarly
situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

**PLAINTIFFS' UNOPPOSED SUPPLEMENT TO UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs hereby file this Unopposed Supplement to their Unopposed Motion for Preliminary Approval of Class Action Settlement (D.E. 96), and state as follows:

1. On January 17, 2017, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement. The Motion is currently pending before the Court. Plaintiffs wish to advise the Court of their progress since that time.

2. First, Plaintiffs, through counsel, have revised the proposed class notice. Plaintiffs previously submitted two proposed class notices, including a notice for the proposed settlements with Defendants Nettles, and with Ridgewood and Kaushal Majmudar, respectively, and a separate notice for the certification of the claims against Cryptsy and Paul Vernon. *See* Plaintiffs' Unopposed Motion at Exhibits B and C. Plaintiffs have determined that the best

practicable notice for the Class is a single notice that combines both the notice of the settlements and the notice of certification. A copy of the proposed notice, which will be disseminated to the Class via direct mail and email, subject to the Court's approval, is attached hereto as Exhibit A.

3. Second, on January 20, 2017, the Claims Administrator provided notice of the proposed Nettles and Ridgewood Settlements to the appropriate State and Federal Offices as required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715.

4. Third, the proposed Nettles and Ridgewood Settlement Agreements require notice of the settlement by publication. *See* Nettles and Ridgewood Settlements at Sections IV(A)(2)(d). Plaintiffs propose to provide such publication on the websites of coindesk.com and coinjournal.net, which are two of the most widely trafficked for cryptocurrency. As required by the Settlement Agreements, the publication notices will be banner ads, that will link to the settlement website, www.cryptsysettlement.com

5. Both of these websites have also published several articles about Cryptsy and this class action. Therefore, Plaintiffs also expect the proposed settlements to receive significant media coverage on these and other media sources that cover cryptocurrency news.

6. Fourth, the Claims Administrator has begun construction of the settlement website, which should be live by February 6, 2017.

7. Fifth, the parties have agreed, subject to the Court's approval at the fairness hearing in this matter that the cy pres award, if applicable, shall be provided to the Legal Aid Society of Palm Beach County. *See* Nettles and Ridgewood Settlements at Sections VI(C)(2).

8. Finally, as noted in Plaintiffs Unopposed Motion for Preliminary Approval (*see* page 18 of said Motion), in order to complete all of the work required in connection with the notice and administration of the proposed settlements, and so that the claims deadline will have

passed by the time the Court holds the fairness hearing, Plaintiffs respectfully suggest that the Court continue the April 21, 2017 fairness hearing date for a time that is one hundred and twenty (120) days after the date the Court issues an order granting preliminary approval to the Ridgewood Settlement.

## CERTIFICATION OF COUNSEL

Because this is a supplement to Plaintiffs' pending Unopposed Motion for Preliminary Approval, Plaintiffs have complied with Local Rule 7.1(a)(3), S.D.Fla.L.R., in connection with the issues, information and updates contained herein. The undersigned counsel hereby certifies that prior to filing the instant Motion they conferred with counsel for the Settling Defendants (*i.e.,* counsel for Defendants Nettles Ridgewood, Kaushal Majmudar) by sending them a copy of this Motion and the proposed revised notice attached hereto as Exhibit A, and then conferring by email. The undersigned counsel is authorized to represent that the Settling Defendants do not oppose the relief sought herein.

Respectfully submitted,

**/s/ Marc A. Wites**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@wklawyers.com
WITES & KAPETAN, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Phone: (954) 570-8989/Fax: (954) 354-0205
**Attorneys for Plaintiffs and the Class**

SILVER LAW GROUP
11780 W. Sample Road
Coral Springs, Florida 33065
Phone: (954) 755-4799/Fax: (954) 755-4684

- and -

2

By: **/s/ David C. Silver**
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@silverlaw.com
SCOTT L. SILVER
Florida Bar No. 095631
E-mail: SSilver@silverlaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@silverlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this 23rd day of January, 2017, using the CM/ECF system, and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com**; PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com; **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; **PATRICK RENGSTL, ESQ**., Payton & Rengstl, LLC, Counsel for the Receiver, 2 South Biscayne Blvd. Suite 1600, Miami, FL 33131; and Jose G. Sepulveda, Esq., Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar, 150 W. Flagler Street, Suite 2200, Miami, FL 33130; E-mail: JSepulveda@stearnsweaver.com.

*/s/ Marc A. Wites*
Marc A. Wites
