UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of all others similarly
situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

    Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS NOTICE AND CLAIM FORM

Pursuant to this Court's January 31, 2017 Order Certifying Class for Settlement Purposes, Granting Motion for Preliminary Approval of Class Action Settlement, Directing the Issuance of Class Notice, Scheduling Final Approval Hearing, and Directing the Issuance of Notice of Certification of the Class as to Defendants Cryptsy and Vernon (D.E. 100)(the "Order"), Plaintiffs hereby move this Court for approval of the final form of the notice and claim form that will be disseminated to the Class, and state as follows:

1.     The Court's January 31, 2017 Order provides that "[i]f Plaintiffs and Class Counsel make any further changes to the Class Notice and Claim Form they shall submit such items to the Court for approval prior to publication and dissemination of such items to the Settlement Class."

2. Plaintiffs and the Class, through counsel, have made several, non-substantive changes to the Notice and Claim Form, which are attached hereto as Exhibits A and B, respectively.

3. As to the Notice, the following changes have been made:

a. Dates and deadlines have been revised to comport with the Court's January 31, 2017 Order;

b. Additional references to the Receiver's website have been added to better alert Class Members to this source of additional information about the case;

c. Directions on how to access the docket and all filings in this case through PACER have been added to alert Class Members to this source of additional information about the case;

d. Updated and more detailed information about the Settlement Fund has been added; and

e. Typographical, grammatical and stylistic errors have been fixed.

4. As to the Claim Form, the following changes have been made:

a. Dates and deadlines have been revised to comport with the Court's January 31, 2017 Order;

b. Information was added to make clear that Class Members must submit documentation of both their status as a Cryptsy account holder and of their account holdings;

c. The toll free number to reach the Claims Administrator, and the website address for the settlement, were added to the footer of each page of the Claim Form; and

d. Typographical, grammatical and stylistic errors have been fixed.

5. If the above-detailed changes meet with this Court's approval, upon receipt of the Court's order approving the attached notice and claim form, Plaintiffs and the Class, through Class Counsel and The Claims Administrator, are prepared to issue the notice and begin the notice and claims administration.

### CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(a)(3), S.D.Fla.L.R., the undersigned counsel hereby certifies that prior to filing the instant Motion they conferred with counsel for the Settling Defendants (*i.e.,* counsel for Defendants Nettles Ridgewood, Kaushal Majmudar) by sending them a copy of this Motion and the proposed revised notice and claim form attached hereto as Exhibits A and B, and then conferring by email. The undersigned counsel is authorized to represent that the Settling Defendants do not oppose the relief sought herein.

Respectfully submitted,

**/s/ Marc A. Wites**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@wklawyers.com
WITES & KAPETAN, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Phone: (954) 570-8989/Fax: (954) 354-0205
**Attorneys for Plaintiffs and the Class**

SILVER LAW GROUP
11780 W. Sample Road
Coral Springs, Florida 33065
Phone: (954) 755-4799/Fax: (954) 755-4684

- and -

By: <u>**/s/ David C. Silver**</u><br>
DAVID C. SILVER<br>
Florida Bar No. 572764<br>
E-mail: DSilver@silverlaw.com<br>
SCOTT L. SILVER<br>
Florida Bar No. 095631<br>
E-mail: SSilver@silverlaw.com<br>
JASON S. MILLER<br>
Florida Bar No. 072206<br>
E-mail: JMiller@silverlaw.com<br>

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this 3rd day of February, 2017, using the CM/ECF system, and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com**; PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com; **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; **PATRICK RENGSTL, ESQ**., Payton & Rengstl, LLC, Counsel for the Receiver, 2 South Biscayne Blvd. Suite 1600, Miami, FL 33131; and Jose G. Sepulveda, Esq., Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar, 150 W. Flagler Street, Suite 2200, Miami, FL 33130; E-mail: JSepulveda@stearnsweaver.com.

*/s/ Marc A. Wites*<br>
Marc A. Wites