| **Your claim must be submitted or postmarked by:** | **PROOF OF CLAIM AND RELEASE** | **CRYPTSY** |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly
Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation,
and KAUSHAL MAJMUDAR,
an individual,

      Defendants.
_____/

### I. GENERAL INSTRUCTIONS

1. To recover as a Member of the Class based on your claims in the class action entitled *Leidel et al. v. Project Investors, Inc. et al.* (the "Litigation"), you must complete and, on page 5 hereof, sign this Proof of Claim and Release Form, and include the required supporting documents. If you fail to submit a timely and properly addressed (as set forth in paragraph 3 below) Proof of Claim and Release Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed settlements in this Class Action.

2. Submission of this Proof of Claim and Release form, however, does not assure that you will share in the proceeds of the settlement of the Litigation.

3. **YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE FORM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, NO LATER THAN [          ], ADDRESSED AS FOLLOWS:**

      *Cryptsy* Claims Administrator
      1801 Market Street, Suite 660

1

Philadelphia, PA 19103

If you are NOT a Member of the Class (as defined in the Notice of Proposed Settlement of Class Action ("Notice") DO NOT submit a Proof of Claim and Release form.

4. If you are a Member of the Class and you did not timely request exclusion in response to the Notice of Proposed Settlement dated _____, 201X, you are bound by the terms of any judgment entered in the Litigation, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM AND RELEASE FORM.

## II.   CLAIMANT IDENTIFICATION

You may submit a Claim if you are a member of the Class. You are a member of the Class if between November 1, 2015 and June 2, 2017, you were a Cryptsy account holder, and held at Cryptsy Bitcoins, alternative cryptocurrencies, or any other form of monies or currency that you are unable to access, trade or otherwise obtain, your cryptocurrency.

Use Part A of this form entitled "Claimant Identification" to identify yourself. You must also submit documentation to establish and verify that you are a Cryptsy account holder.  Such documentation my include documents, emails, screen shots, account statements, or other item that identifies you as a Cryptsy account holder.

You must sign this Claim Form. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III.   CLAIM FORM

Use Part B of this Claim Form entitled "Schedule of Holdings" to supply all required details of your holdings at Cryptsy as of November 1, 2015 and which are you are no longer able to access.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to all of your holdings. You must also provide proof of your holdings, such as an account statement, screen shots, trade verifications or other documents that establish that you held such cryptocurrency at Cryptsy as of November 1, 2015.  Failure to report all such transactions may result in the rejection of your claim.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All claimants MUST submit a manually signed paper Proof of Claim and Release form whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at 1-888-868-4936 to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

**QUESTIONS? CALL 1-888-868-4936 OR VISIT** www.cryptsysettlement.com

| Your claim must be submitted or postmarked by: | PROOF OF CLAIM AND RELEASE | CRYPTSY |

## PART A: CLAIMANT IDENTIFICATION

LAST NAME            M.I.            FIRST NAME

TELEPHONE NUMBER            EMAIL ADDRESS

### U.S. RESIDENT

ADDRESS            CITY            STATE            ZIP

SOCIAL SECURITY NUMBER **OR** TAXPAYER ID

### FOREIGN CLAIMANT

ADDRESS            CITY            FOREIGN PROVINCE

FOREIGN POSTAL CODE            FOREIGN COUNTRY NAME/ABBREVIATION

Passport Number or Personal Identification Number, and country where issued.  Please provide a complete copy of your passport and any other personal identification you may have.

DATE OF BIRTH (Day/Month/Year)

## PART B: SCHEDULE OF HOLDINGS

| CRYPTOCURRENCY | DATE PURCHASED/ QUANTITY PURCHASED | QUANTITY HELD BETWEEN 11/1/2015 AND THE PRESENT DATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please identify any redemptions, returns, transfers or any other return or recovery of money or cryptocurrencies that you have already received associated with your holdings at Cryptsy held between November 1, 2015 and the present. Such would include, but not be limited to, recoveries from claims and/or lawsuits that you threatened or filed, or any other source. For each return/recovery of money or cryptocurrencies, provide the date you received same, from whom you received same, and the amount of money or cryptocurrencies recovered/returned.

| Date | Amount | From Whom Did You Receive |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### IV.   SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim and Release under the terms of the Settlement Agreement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of Florida, with respect to my (our) claim as a Class Member and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same Cryptsy holdings and know of no other person having done so on my (our) behalf.

### V.   RELEASE

1.   I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims the "Released Party," which means Defendants Nettles, Ridgewood Investments, Inc., and Kaushal "Ken" Majmudar, their heirs, executors, administrators, attorneys, representatives, successors and assigns, predecessors, subsidiaries, divisions, affiliates, branches, insurers, agencies, their officers and all related companies and their respective present, and former shareholders, officers, trustees, agents, insurers, representatives, attorneys, fiduciaries, administrators, directors, supervisors, managers and employees , but **expressly excludes** the Cryptsy Defendants (including without limitation natural any persons, firms, corporations, officers, directors, shareholders,

limited liability companies, members, managers, joint ventures, joint stock companies, unincorporated organizations, agencies, bodies, associations, partnerships, limited liability partnerships, partners, and their predecessors, successors, administrators, executors, heirs and assigns that were or are affiliated or associated in any way with Cryptsy and/or Vernon) and any other person or entity not yet sued in the Action by Plaintiffs and Receiver, including but not limited to Defendant Paul Vernon.

2. "Released Claims" means any individual, class, representative, group or collective claim, liability, right, demand, suit, matter, obligation, damage, loss, action or cause of action, of every kind and description, that a Releasing Party has or may have, including assigned claims, whether known or unknown, asserted or unasserted, latent or patent, that is, has been, could reasonably have been or in the future might reasonably be asserted by the Releasing Party either in the Court or any other court or forum, regardless of legal theory, and regardless of the type of relief or amount of damages claimed, against any of the Released Party, arising from allegations in the Action and occurring, prior to August 15, 2016 as to Defendant Nettles and prior to entry of the Final Approval Order and Entry of Judgment by the Court as to Defendants Ridgewood Investments, Inc., and Kaushal "Ken" Majmudar.

3. This release shall be of no force or effect unless and until the Court approves the Settlement Agreements and the Settlement Agreements become effective on the Effective Date (as defined in the Settlement Agreement).

4. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

A. I (We) hereby warrant and represent that I (we) have included the information requested about our status as Crptsy account holders and all of Cryptsy holdings which are the subject of this claim.

B. I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Proof of Claim and Release form by the undersigned is true and correct.

Executed this _____ day of _____ in _____
                                                                      (city, state zip)

_____    _____
(Sign your name here)             (Sign your name here)

_____    _____
(Type or print your name here)    (Type or print your name here)

_____    _____

5

| | |
|---|---|
| Capacity of Person Signing<br>(e.g., Beneficial Purchaser, Executor or Administrator) | Capacity of Person Signing<br>(e.g., Beneficial Purchaser, Executor or Administrator) |

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.**

**THANK YOU FOR YOUR PATIENCE.**

**REMINDER CHECKLIST**

1. Please sign the above release and declaration.
2. If this Claim is being made on behalf of Joint Claimants, then both must sign.
3. Remember to attach copies of supporting documentation.
4. Do not send original documents.
5. Keep a copy of your claim form and all supporting documentation for your records.
6. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.
7. If you move, please send your new address to the address below.
8. Do not use red pen or highlighter on the Proof of Claim and Release form or supporting documentation.

**THIS PROOF OF CLAIM AND RELEASE MUST BE SUBMITTED ONLINE, OR IF MAILED, POSTMARKED NO LATER THAN [            ], ADDRESSED AS FOLLOWS:**

CRYPTSY CLAIMS ADMINISTRATOR
ATTN: PROOF OF CLAIM
1801 MARKET STREET, SUITE 660
PHILADELPHIA, PA 19103