UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of all others similarly
situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION
## FOR APPROVAL OF CLASS NOTICE AND CLAIM FORM

**THIS CAUSE** is before the Court upon Plaintiffs' Unopposed Motion for Approval of Class Notice and Claim Form (D.E. 101). The Court has carefully reviewed the Motion, and is otherwise fully advised in the premises.

Plaintiffs' Motion is Granted. The Court approves and directs the issuance of the Class Notice and Claim Form to the Settlement Class in the form attached to Plaintiffs' Motion as Exhibits A and B. In so doing, Plaintiffs and the Class shall otherwise comply in all respects with the Court's January 31, 2017 Order Certifying Class for Settlement Purposes, Granting Motion for Preliminary Approval of Class Action Settlement, Directing the Issuance of Class Notice, Scheduling Final Approval Hearing, and Directing the Issuance of Notice of Certification

of the Class as to Defendants Cryptsy and Vernon (D.E. 100).

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida, this 8th day of February, 2017

KENNETH A. MARRA
UNITED STATES DISTRICT COURT JUDGE