**Darrell Duane**
3110 13th Street NW, Washington, DC, 20010-2408
Email: darrell@bitcoindc.com / Phone/Text: 202 670 8728

EXPERIENCE:  Blockchain Consultant (November 2011-Present): Teach classes, consult individuals and organizations about using Bitcoin and Blockchain based technology and apps. Organize DC Blockchain Meetup group, network with a wide variety of professionals in this space.

Blockchain Subject Matter Expert, Xcelerate Solutions, Inc, (May-October 2016):  Perform research & develop prototype in support of Department of Homeland Security (DHS) Small Business Innovation Research (SBIR) Grant for applications of the Blockchain in support of Identity Services.  Investigated existing applications and collaborated to create a new method of storing identity attributes that met guidelines recommended by the  National Strategy for Trusted Identities in Cyberspace (NSTIC) initiative.  Wrote Drupal modules in PHP which integrate with bitcoin daemon JSON-RPC calls to offer a proof of concept.

President, Bitcoin Bonus (December 2010-July 2011): Built Website in Drupal for providing affiliate rewards in Bitcoin to shoppers who clicked on links to merchants. Wrote module to interface with bitcoind. Utilized SOAP and REST based APIs to send & retrieve data from online advertisers. Released Drupal module for storing and validating Bitcoin Addresses.

Drupal Web Developer (June 2007-Present): Develop Custom Modules with PHP, SQL, HTML with Drupal 6/7 to build Web Application Sites. Used JSON-RPC to dynamically populate & validate forms. Used services module to sync data between sites.  Clients: Touchstone/SRA, Teamsters, Infoition, Credit Builders Alliance (CBA). Developed site for managing credit bureau reports to Experian,Equifax Transunion for CBA.  Maintain Facebook OAuth Module.

Instructor, Boston University Center for Digital Imaging Arts (2009-2011), Washington, DC
Teach classes on Drupal, E-Commerce, RPCs/APIs, PHP/MySQL.

Web Developer, Freelance (2002-2007): Develop and support various sites using PHP, MySQL and skills listed above for On-Line Registration systems, and Content Management Systems. Perform Linux System Administration and MySQL database administration.

Software Engineer, NFR Security (formerly Network Flight Recorder), Rockville, MD (September 1999-March 2002) Developed software to export Intrusion Detection data from proprietary format to databases in C/C++ utilizing ODBC to Oracle, and MS SQL Server databases.

Staff Scientist, CardSystems, (Formerly NeuralTech), Fairfax, VA (November 1994-April 1999) Developed, Implemented and Enhanced Neural Network, Expert System, and other AI/Statistical techniques in C/C++,SAS for Credit Card Industry applications including chargeback arbitration, bankruptcy prediction and risk management. Utilized SQL & ODBC in UNIX environment to process data on an Oracle Database.



EXHIBIT
2

EDUCATION: Master of Science, Electrical Engineering, George Mason University, January 1997. Thesis Topic: *Genetic Algorithms to evolve Neural Networks for Pattern Recognition.*

Bachelor of Science, Electrical Engineering, Old Dominion University, December 1991.