UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually,
LORIE ANN NETTLES, individually, RIDGEWOOD
INVESTMENTS, INC., a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

    Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR AUTHORIZATION TO SELL REMAINING CRYPTOCURRENCIES TO THREE PRIVATE BUYERS**

THIS MATTER is before the Court upon the Receiver's Unopposed Motion for Authorization to Sell Remaining Cryptocurrencies to Three Private Buyers [DE 103]. The Court has carefully reviewed said Motion [DE 103], the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 103] is **GRANTED**. The Receiver is authorized to sell the remaining listed cryptocurrencies pursuant to the Asset Purchase Agreements attached as Composite Exhibit 1 to the Motion. The Receiver is not required to sell the subject cryptocurrencies pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004.



EXHIBIT 3

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of _____, 2017.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:   Counsel and parties of record