UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, and
LORIE ANN NETTLES, an individual,

       Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm of Brinkley Morgan, counsel for Defendant Lorie Ann Nettles, has relocated to the following address, effective February 27, 2017:

Brinkley Morgan
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394

The telephone number, facsimile number and e-mail addresses remain the same.

Respectfully submitted,

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida 33394
Telephone: 954-522-2200
Facsimile: 954-522-9123
Attorney for Defendant Lorie Ann Nettles

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice was served by CM/ECF on this 7th day of March, 2017 on all counsel or parties of record on the attached Service List.

/s/ Mark A. Levy
MARK A. LEVY

## SERVICE LIST

David C. Silver, Scott L. Silver, and Jason S. Miller
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065
Telephone:  954-755-4799
Facsimile:  954-755-4684
Email:  dsilver@silverlaw.com; ssilver@silverlaw.com; jmiller@silverlaw.com
Attorneys for Plaintiffs

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone:  954-570-8989
Facsimile:  954-354-0205
Email:  mwites@wklawyers.com
Attorney for Plaintiffs

Patrick J. Rengstl
Payton & Associates, LLC
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone:  305-372-3500
Facsimile:  305-577-4895
Email:  rengstl@payton-law.com; shall@payton-law.com
Attorney for Receiver / Corporate Monitor

Jose G. Sepulveda and Samuel O. Patmore
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
Telephone:  305-789-3200
Facsimile:  305-789-3395
Email:  jsepulveda@stearnsweaver.com; spatmore@stearnsweaver.com
Attorneys for Defendant Ridgewood Investors, Inc. and Kaushal Majmudar

[1258] 017529-16001