UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually,
LORIE ANN NETTLES, individually, RIDGEWOOD
INVESTMENTS, INC., a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR AUTHORIZATION TO SELL REMAINING CRYPTOCURRENCIES TO THREE PRIVATE BUYERS

THIS MATTER is before the Court upon the Receiver's Unopposed Motion for Authorization to Sell Remaining Cryptocurrencies to Three Private Buyers [DE 103]. The Court has carefully reviewed said Motion [DE 103], the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 103] is **GRANTED**. The Receiver is authorized to sell the remaining listed cryptocurrencies pursuant to the Asset Purchase Agreements attached as Composite Exhibit 1 to the Motion. The Receiver is not required to sell the subject cryptocurrencies pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this  19th day of March, 2017.

KENNETH A. MARRA
**UNITED STATES DISTRICT COURT JUDGE**

Copies to: Counsel and parties of record