UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAY 0 4 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,
`Defendants.

**CASE NO. 9:16-cv-80060-MARRA**

## ATUL NAIR'S OBJECTIONS TO CLASS SETTLEMENT

NOW COMES, Atul Nair ("Plaintiff Nair"), putative plaintiff and class member, *pro se*, availing himself of his rights as an aggrevied account holder tortiously harmed by Defendants, and seeks to object to the method of remediation proposed pursuant to the class settlement with certain Defendants. As such, Plaintiff Nair states as follows:

I.   Introduction to Class Member

1. Plaintiff Nair opened an account with Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), a cryptocurrency exchange company. Cryptsy initially took only cryptocurrency deposits but later expanded to US Dollars and other legal tender.

2. As of January 2016, the time Crypsty discontinued trading services and stole property and money from the class, Plaintiff Nair had almost $1,000 in US Dollars as well as a variety of cryptocurrency with Cryptsy. See Ex. A (Materials proving ownership and deposits).

3. Plaintiff Nair was unable to obtain his money or property back from Cryptsy.

4. Plaintiff Nair has produced evidence of his account, account holdings, and evidence of his deposits (both US Dollar and cryptocurrency) to Cryptsy, including the transmission of bitcoin cryptocurrency from Coinbase, a third party cryptocurrency company, and Cryptsy, a Defendant and the sending of checks, negotiable instruments, from a US checking account to cryptsy's account.

5. Plaintiff Nair was harmed by Cryptsy's theft of his property and money.

A. Methodology of Valuation is Inequitable And Illogical.

6. Plaintiff Nair believes that the methodology of valuation is improper and that remediation of class injury should be performed on a more equitable and fair basis.

7. The IRS and other federal organs have defined cryptocurrency as regular personal property. *See* IR-2014-36, March 25, 2014; *See also* IRS Notice 2014-21.

8. Namely, the concept of making Plaintiffs "whole" requires a valuation of the stolen property at present fair market values and not at the value they were at the time of the injury.

9. It is illogical to assume that property does not change in value or that no further damages occur subsequent to the tortious act by depriving Plaintiffs of their property. Rather, consequential damages are massive for theft of speculatively valued property, such as the case here.

10. Plaintiff Nair, if valuation is to be done at the time of injury, can never be made whole because he possessed property that has substantially increased in value since that time. If Plaintiff were remediated based on a past valuation, Plaintiff could never afford to rebuy that same property at present market value.

11. At best, Plaintiff Nair would be dispossessed of at least 70% of the fair market value of his property based on the increases in valuation for the specific property he lost.

12. Namely, bitcoin itself is over 2x more value (almost 3x) at present as compared to the time of loss nearly 1.5 years ago.

13. Further, litecoin, which Plaintiff Nair held large quantities of, has increased in value over 5x.

B. Class Attorneys' Contingency Fees Should Vest Proportionately to Class Recovery.

14. The proper remedy for class members is to provide them a pro rata share of any settlement based on the fair market value of their substantiated holdings at the time of any disbursement.

15. Each class member's remediation should be proportional and I believe that the class attorneys' contingency share should also be capped at the proportion (i.e. if class members only recover 15% of the value of their stolen property, class attorneys should

17. It seems unfair, inequitable, or otherwise objectionable that the class attorneys will take such a large share of the recovery while the parties directly harmed must make do with a substantially reduced pot of money spread across many harmed parties.

18. There is no doubt that the class attorneys have performed and deserve to be compensated for their efforts, I am merely asking that their recovery be tied to the class members' pro rata recovery to ensure sufficient funds remain for the injured parties the class attorneys represent.

19. This would ensure a more equitable distribution of the limited settlement funds and ensure justice is served.

20. It would also address inequitable distributions in future settlements against other Defendants and in related proceedings.

II.    Conclusion

21. This fraud and theft perpetrated against me and others like me have caused great harm. That this kind of brazen theft and abscondment has gone unpunished from a criminal standpoint is neaseating. I hope that this Court ensures that further harm does not befall the class.  It would seem most equitable to both allow Plaintiffs to actually become whole by valuing their stolen property at fair market values at the time of disbursements but also ensure that all people who take from recovered funds take fairly and equitably.

Best Regards,

Atul Nair

3735 N. Christiana Avenue, Apt. 2

Chicago, IL 60618

(312) 391-1573

atulnair@gmail.com

*Pro Se* Class Member

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing OBJECTION TO CLASS SETTLEMENT, with all exhibits, was served upon all Parties and Counsel by US First Class Mail postage prepaid, on May 1, 2017 at the following addresses:

Clerk of Court:

Paul G. Rogers Federal
Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

Class Counsel:

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064

Defendant's Counsel:

Mark A. Levy
Brinkley Morgan
200 East Las Olas Blvd., 19th Floor
Fort Lauderdale, FL 33301

and

Jose G. Sepulveda
Stearns Weaver Miller Weissler, Alhadeff & Sitterson, P.A.
150 W. Flagler Street, Suite 2200 Miami, FL 33130



Atul Nair

Cryptsy Account: forceflow
Atul Nair
3735 N. Christiana Ave
Chicago, IL 60618
#144630

# Cryptsy Account

The account was started on 1/23/2014.  Also, enclosed are example login authentication emails and KYC verification email.

 **Gmail**

**Atul Nair <atulnair@gmail.com>**

## Confirmation of Registration

**Cryptsy** <support@cryptsy.com>
To: atulnair@gmail.com

Thu, Jan 23, 2014 at 7:28 PM

Hi Atul,

Thank you for creating an account at Cryptsy.com.

You have been registered with the username: forceflow

Please activate your account by going to the following URL:

https://www.cryptsy.com/users/confirm/Ym1GTml1OVRaUUtxalNET0dVTjg0Rm
dYSUR2aG5MQjJXcWk2RDNLSVdRTT0=


*Cryptsy*

Delivered-To: atulnair@gmail.com
Received: by 10.64.126.73 with SMTP id mw9csp6756ieb;
    Thu, 23 Jan 2014 17:28:21 -0800 (PST)
X-Received: by 10.50.97.6 with SMTP id dw6mr2084907igb.21.1390526901876;
    Thu, 23 Jan 2014 17:28:21 -0800 (PST)
Return-Path: <bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com>
Received: from so254-25.mailgun.net (so254-25.mailgun.net. [198.61.254.25])
    by mx.google.com with ESMTP id s2si22356521icz.2.2014.01.23.17.28.21
    for <atulnair@gmail.com>;
    Thu, 23 Jan 2014 17:28:21 -0800 (PST)
Received-SPF: pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.25 as permitted sender) client-ip=198.61.254.25;
Authentication-Results: mx.google.com;
    spf=pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.25 as permitted sender) smtp.mail=bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com;
    dkim=pass header.i=@cryptsy.com
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=mailgun.org; q=dns/txt; s=mg;
    t=1390526888; h=X-Feedback-Id: From: To: Date: Message-Id: Subject:
Mime-Version: Content-Type: Content-Transfer-Encoding: Sender;
    bh=+RbBOXB2ckB5JtBdQC0t7c9H7gjnJxOmgnbbQTEHaVA=;
    b=kMN/HrucVS8RVOWFH78+T99XKnqhRY6tKXr1SBuvm51q5VFkzKGGDryDl0ztZEbpsOIoQ52d
    ZfuIOupAoul96OleDia6O0PEC6KOt6y9rULn8bel5F+EEhrFoULmxDMmkbo7HxKBXFpylshj
    /EgJguFxlPDYlOnWOaUwKctSFIo=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=mailgun.org; s=mg; q=dns;
    h=X-Feedback-Id: From: To: Date: Message-Id: Subject: Mime-Version:
    Content-Type: Content-Transfer-Encoding: Sender;
    b=Em962R3dQYr3UOfv39kaluDZwcc9QPWwK4za6CjdIJqHuUcuF+DFCgS33E2uMPR8ayEIyA
    ANj8dcV8n4xW80B3LVrd7/KHof5GRM2c+GQEoaedh2MK5UXzWkEJBunh7yCt7H9jVQwa3j5Y
    J0uXboWQ1SVL/L+W7jPtqsJGzW9a8=
X-Feedback-Id: 523b7407fea39857fa0b3d8d:mailgun
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=cryptsy.com; q=dns/txt; s=krs;
    t=1390526888; h=From: To: Date: Message-Id: Subject: Mime-Version:
    Content-Type: Content-Transfer-Encoding: Sender;
    bh=+RbBOXB2ckB5JtBdQC0t7c9H7gjnJxOmgnbbQTEHaVA=;
    b=W5/19cTsXsdpOf69dIq6fryHioBRKA2JcOLFgkUX+N/ZLHaLcMfEjNWKy8SnV/BYRpz8Gnx1
    BTOoSkv1Yy0A6+rWImVK1BI0otLyKy2j/s6X/+BcJ606GJwtRfvMv5MIimyCmr1g5qLTo3cW
    43bivyKqjt7SmDLMy2koN6ZVkDg=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=cryptsy.com; s=krs; q=dns;
    h=From: To: Date: Message-Id: Subject: Mime-Version: Content-Type:
    Content-Transfer-Encoding: Sender;
    b=G5wIiStCMakdrfJGyMOxpwFst6m/x1CntRdk+9dKoxIwyTu2v0Kb1vCTf/Mx56zchYscdm
    zbpYVxookFMXinGvakGclHBDFNI/4oUf4mFMz2XKBLdYfKmUmkzb4MJm9rQoidJ1hITNQE9si
    4RvevX9o6Ddu7cnkn0qDbnxeVmqv4=
Received: from www.cryptsy.com (ip-64-34-218-22.chunkhost.com
    [64.34.218.22]) by mxa.mailgun.org with ESMTP id 52e1c1a4.555ae30-in3; Fri,
    24 Jan 2014 01:28:04 -0000 (UTC)
From: Cryptsy <support@cryptsy.com>
To: atulnair@gmail.com
X-Mailer: Cryptsy Mail Component
Date: Thu, 23 Jan 2014 20:28:04 -0500
Message-Id: <ielqdgkaisj.1q55dpm4id3c3@cryptsy.com>
Subject: Confirmation of Registration
Mime-Version: 1.0

Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: 8bit
X-Mailgun-Sid: WyJjNDNkMCIsICJhdHVsbmFpckBnbWFpbC5jb20iLCAiZmQxMSJd
Sender: support@cryptsy.com

```
<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01//EN">
<html>
<head>
        <title>Register New Account</title>
</head>
<body>

Hi Atul,
<br /><br />
Thank you for creating an account at Cryptsy.com.
<br /><br />
You have been registered with the username: forceflow<br/><br/>
Please activate your account by going to the following URL:<br /><br />
<a
href="https://www.cryptsy.com/users/confirm/Ym1GTmI1OVRaUUtxalNET0dVTjg0RmdYSUR2aG5MQjJXcWk2RD
NLSVdRTT0=">https://www.cryptsy.com/users/confirm/Ym1GTmI1OVRaUUtxalNET0dVTjg0RmdYSUR2aG5MQjJ
XcWk2RDNLSVdRTT0=</a>
<br/><br/>
<br/><br/>
<i>Cryptsy</i>
</body>
</html>
```

 **Gmail**

**Atul Nair <atulnair@gmail.com>**

## Re: [#140194] verification

**verifications@cryptsy.com** <verifications@cryptsy.com>
Reply-To: verifications@cryptsy.com
To: atulnair@gmail.com

Fri, Jun 13, 2014 at 11:15 AM

Type your response ABOVE THIS LINE to reply

**Atul Nair**
**Subject:** Re: [#140194] verification

JUN 13, 2014 | 04:15PM UTC
**Scott Norris** replied:

Hi Atul,

Thank you for using Cryptsy.com. The following ticket was resolved on 6-11-2014. If you have any additional questions or concerns please feel free to contact us at verifications@cryptsy.com

JUN 10, 2014 | 12:17AM UTC
Original message
**Atul** wrote:

Hi Verifications,

Full real name: *Atul Nair*
Cryptsy username: *forceflow*
Country of Residence where you live *USA*

I completed the webform the other day, but after I submitted it said an error occurred, then on the main page it said submission for verification was sent. Let me know if you got everything.

Thanks,
Atul

On Sun, Jun 8, 2014 at 11:16 AM, <support@cryptsy.com> wrote:

> 
> 
> Thank you for contacting Cryptsy.com
> Your ticket has been reviewed by our customer service team and has found
> this
> to be an account verification issue.
> 
> Please contact our Verifications team directly at
> verifications@cryptsy.com
> and be sure to include the following:
> 
> Full real name:
> Cryptsy username:
> Country of Residence where you live
> and the reason you have contacted us.
> 
> Cases are handled in the order they are received, and an agent will
> respond shortly
> 
> 
> Thank you
> 
> Sincerely
> Cryptsy.com
> 
> 140194
> 

---

This message was sent to atulnair@gmail.com in reference to Case #: 409.

[[1f817b4c0dfbf2d406ca5f692e0252f05928cbaa-249152519]]

Delivered-To: atulnair@gmail.com
Received: by 10.64.23.231 with SMTP id p7csp443613ief;
    Fri, 13 Jun 2014 09:16:39 -0700 (PDT)
X-Received: by 10.50.23.105 with SMTP id l9mr6166109igf.46.1402676198816;
    Fri, 13 Jun 2014 09:16:38 -0700 (PDT)
Return-Path: <pm_bounces@pm.mtasv.net>
Received: from sc-ord-mta122.mtasv.net (sc-ord-mta122.mtasv.net. [50.31.156.122])
    by mx.google.com with ESMTPS id d1si7560498icy.94.2014.06.13.09.16.38
    for <atulnair@gmail.com>
    (version=TLSv1 cipher=ECDHE-RSA-RC4-SHA bits=128/128);
    Fri, 13 Jun 2014 09:16:38 -0700 (PDT)
Received-SPF: pass (google.com: domain of pm_bounces@pm.mtasv.net designates 50.31.156.122 as permitted
sender) client-ip=50.31.156.122;
Authentication-Results: mx.google.com;
    spf=pass (google.com: domain of pm_bounces@pm.mtasv.net designates 50.31.156.122 as permitted sender)
smtp.mail=pm_bounces@pm.mtasv.net;
    dkim=pass header.i=@pm.mtasv.net
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=pm; d=pm.mtasv.net;
    h=From:Reply-To:Date:Subject:MIME-Version:Content-Type:To:In-Reply-To:Message-ID;
    bh=ikk4YqhLg43nJCe2vk1enBox2do=;
    b=ic7Dsm52XW1XuKFHClDrEB1Dc50Am8TrsSLL8D4HNHagflIB2SG52O9msmpts3qUadW3IghZi29F
    +I+H+Ag2PrWVMI88R4LtrJDfV3bqlSlb0bX279fbTsexixpXu0U9bl6jIF0PwBGlnGiKooE4jse1
    rdcZV7aKDoMAGmi23Nc=
Received: by sc-ord-mta122.mtasv.net id hjchue1jk5ko for <atulnair@gmail.com>; Fri, 13 Jun 2014 12:15:42 -0400
(envelope-from <pm_bounces@pm.mtasv.net>)
X-IADB-IP: 50.31.156.122
X-IADB-IP-REVERSE: 122.156.31.50
From: <verifications@cryptsy.com>
Reply-To: verifications@cryptsy.com
Date: Fri, 13 Jun 2014 12:15:41 -0400
Subject: Re: [#140194] verification
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e"
X-Mailer: aspNetEmail ver 4.0.0.22
X-Complaints-To: abuse@postmarkapp.com
X-PM-RCPT: |bTB8MjA4ODZ8MTY4MjcwfGF0dWxuYWlyQGdtYWlsLmNvbQ==|
X-PM-Message-Id: bc4ca458-5163-464b-b5dc-91a614f9c13d
To: atulnair@gmail.com
In-Reply-To: <CADsOsirs=eWKgwKVYSoCporNuXaWCZrx7AbXBusjU-Fc89qj=w@mail.gmail.com>
X-Mailer: Desk.com Support Platform
Message-ID: <539b18c432e0c_fddb91e8c1063a@cryptsyverifications.desk.com>

--_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e
Content-Type: text/plain;
    charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

_____=0D=0AType your response ABOVE THIS LIN=
E to reply=0D=0A=0D=0A------------------------------------------------=
----------------------------------------------=0D=0ACustomer: =
Atul Nair=0D=0ASubject: Re: =5B=23140194=5D verification=0D=0A-----------=
------------------------------------------------------------------=

-----------------------=0D=0A=0D=0AScott Norris =7C JUN 13, 2014 =7C 04:=
15PM UTC=0D=0A=0D=0AHi Atul,=0D=0A=0D=0AThank you for using Cryptsy=2Ecom=
=2E The following ticket was resolved on 6-11-2014=2E If you have any add=
itional questions or concerns please feel free to contact us at verificat=
ions=40cryptsy=2Ecom=0D=0A=0D=0A-------------------------------------------=
-------------------------------------------------------------=0D=0A=

=0D=0AAtul =7C JUN 10, 2014 =7C 12:17AM UTC  =7C Original message =0D=0A=0D=
=0AHi Verifications,=0D=0D=0AFull real name: *Atul Nair*=0D=0ACryptsy =
username: *forceflow*=0D=0ACountry of Residence where you live *USA*=0D=0A=
=0D=0AI completed the webform the other day, but after I submitted it sai=
d an=0D=0Aerror occurred, then on the main page it said submission for ve=
rification=0D=0Awas sent=2E  Let me know if you got everything=2E=0D=0A=0D=
=0AThanks,=0D=0AAtul=0D=0A=0D=0A=0D=0A=0D=0A=0D=0AOn Sun, Jun 8, 2014 at =
11:16 AM, <support=40cryptsy=2Ecom> wrote:=0D=0A> Tha=
nk you for contacting Cryptsy=2Ecom=0D=0A> Your ticket has been reviewed =
by our customer service team and has found=0D=0A> this=0D=0A> to be an ac=
count verification issue=2E=0D=0A=0D=0A> Please contact our Verification=
s team directly at=0D=0A> verifications=40cryptsy=2Ecom=0D=0A> and be sur=
e to include the following:=0D=0A=0D=0A> Full real name:=0D=0A> Cryptsy =
username:=0D=0A> Country of Residence where you live=0D=0A> and the reaso=
n you have contacted us=2E=0D=0A=0D=0A> Cases are handled in the order t=
hey are received, and an agent will=0D=0A> respond shortly=0D=0A=0D=0A=0D=
=0A>  Thank you=0D=0A>=0D=0A> Sincerely=0D=0A> Cryptsy=2Ecom=0D=0A=0D=0A=
> 140194=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A-------------------------=
-------------------------------------------------------------------------=
-------=0D=0AThis message was sent to atulnair=40gmail=2Ecom in reference=
 to Case =23: 409=2E=0D=0A-------------------------------------------------=
-------------------------------------------------=0D=0A=0D=0A=0D=0A=
=0D=0A=0D=0A=0D=0A=5B=5B1f817b4c0dfbf2d406ca5f692e0252f05928cbaa-24915251=
9=5D=5D


--_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e
Content-Type: text/html;
    charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div style=3D=27color:=23ffffff; display: none =21important;=27>_____ =
_____</div><table border=3D=220=22 cellpadding=3D=220=
=22 cellspacing=3D=220=22 width=3D=22100=25=22>=0D=0A<tr>=0D=0A<td align=3D=
=22center=22 valign=3D=22top=22>=0D=0A=0D=0A<table border=3D=220=22 cellp=
adding=3D=220=22 cellspacing=3D=220=22 width=3D=22100=25=22>=0D=0A<tr>=0D=
=0A<td valign=3D=22top=22 style=3D=22color:=23333; font-family:Arial; fon=
t-size:14px; line-height:150=25; text-align:left;=22>=0D=0A<table b=
order=3D=220=22 cellpadding=3D=2210=22 celispacing=3D=220=22 width=3D=221=
00=25=22>=0D=0A<tr>=0D=0A<td valign=3D=22top=22>=0D=0A<div>=0D=0A<s=
pan style=3D=22font-size:90=25; color:=23777;=22>Type your response ABOVE=
 THIS LINE to reply</span>=0D=0A=0D=0A<hr />=0D=0A=0D=0A<div style=3D=22b=
ackground-color:=23efefef; font-size:100=25; padding:5px; margin:10px 0 0=
 0;=22>=0D=0A<strong>Atul Nair</strong><br/>=0D=0A<strong>Subject:</stron=
g> Re: =5B=23140194=5D verification=0D=0A</div>=0D=0A=0D=0A<hr />=0D=0A=0D=
=0A=0D=0A=0D=0A=0D=0A=0D=0A<span style=3D=22font-size:80=25;=22>JUN 13, 2=
014 =26nbsp;=7C=26nbsp; 04:15PM UTC</span>=0D=0A<br />=0D=0A<strong=
>Scott Norris</strong> replied:<br/>=0D=0A<div><p>Hi Atul,</p>=0D=0A<p>Th=
ank you for using Cryptsy=2Ecom=2E The following ticket was resolved on 6=

-11-2014=2E If you have any additional questions or concerns please feel =
free to contact us at verifications=40cryptsy=2Ecom</p></div>=0D=0A=0D=0A=
=0D=0A<div style=3D=22margin-top:10px;=22> </div>=0D=0A=0D=0A=0D=0A<hr />=
=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A<span style=3D=22font-size:80=25;=22>=
JUN 10, 2014 =26nbsp;=7C=26nbsp; 12:17AM UTC=0D=0A</span>=0D=0A<br />=0D=0A=
=0D=0A=0D=0A<span style=3D=22background-color:=23efefef; font-weight:str=
ong;=22>Original message</span><br/>=0D=0A=0D=0A=0D=0A<strong>=0D=0A=0D=0A=
 Atul=0D=0A=0D=0A</strong>=0D=0A=0D=0A=0D=0A wrote:<br /><br />=0D=0A=0D=0A=
=0A=0D=0AHi Verifications,<br/><br/>Full real name: *Atul Nair*<br/>Crypt=
sy username: *forceflow*<br/>Country of Residence where you live *USA*<br=
/><br/>I completed the webform the other day, but after I submitted it sa=
id an<br/>error occurred, then on the main page it said submission for ve=
rification<br/>was sent=2E  Let me know if you got everything=2E<br/><br=
/>Thanks,<br/>Atul<br/><br/><br/><br/>On Sun, Jun 8, 2014 at 11:16 A=
M, =26lt;support=40cryptsy=2Ecom=26gt; wrote:<br/><br/>=26gt;<br/>=26gt;<=
br/>=26gt; Thank you for contacting Cryptsy=2Ecom<br/>=26gt; Your ticket =
has been reviewed by our customer service team and has found<br/>=26gt; t=
his<br/>=26gt; to be an account verification issue=2E<br/>=26gt;<br/>=26g=
t; Please contact our Verifications team directly at<br/>=26gt; verificat=
ions=40cryptsy=2Ecom<br/>=26gt; and be sure to include the following:<br/=
>=26gt;<br/>=26gt; Full real name:<br/>=26gt; Cryptsy username:<br/>=26gt=
; Country of Residence where you live<br/>=26gt; and the reason you have =
contacted us=2E<br/>=26gt;<br/>=26gt; Cases are handled in the order they=
 are received, and an agent will<br/>=26gt; respond shortly<br/>=26gt;<br=
/>=26gt;<br/>=26gt;  Thank you<br/>=26gt;<br/>=26gt; Sincerely<br/>=26gt;=
 Cryptsy=2Ecom<br/>=26gt;<br/>=26gt; 140194<br/>=26gt;<br/><br/>=0D=0A<hr=
 />=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A<div style=3D=22background-color:=23fafa=
fa; border:0; font-size:80=25; padding:2px;=22> This message was sent to =
 atulnair=40gmail=2Ecom in reference to Case =23: 409=2E <br />=0D=0A=0D=0A=
</div>=0D=0A</div>=0D=0A=0D=0A</td>=0D=0A</tr>=0D=0A</table>=0D=0A=0D=0A<=
/td>=0D=0A</tr>=0D=0A</table>=0D=0A=0D=0A</td>=0D=0A</tr>=0D=0A</table>=0D=
=0A<span style=3D=27color:=23ffffff=27>=5B=5B1f817b4c0dfbf2d406ca5f692e02=
52f05928cbaa-249152519=5D=5D</span>


--_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e--

 Gmail

**Atul Nair <atulnair@gmail.com>**

## Successful Authentication from 50.151.92.59

**Cryptsy** <support@cryptsy.com>
To: atulnair@gmail.com

Thu, Aug 14, 2014 at 3:39 PM

Hi Atul,

This email is to notify you of a successful login on your account at Cryptsy.com

Username: forceflow
IP Address: 50.151.92.59

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

*Cryptsy*

Delivered-To: atulnair@gmail.com
Received: by 10.64.23.177 with SMTP id n17csp195345ief;
       Thu, 14 Aug 2014 13:39:58 -0700 (PDT)
X-Received: by 10.43.136.134 with SMTP id ik6mr17183490icc.6.1408048797301;
       Thu, 14 Aug 2014 13:39:57 -0700 (PDT)
Return-Path: <bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com>
Received: from so254-79.mailgun.net (so254-79.mailgun.net. [198.61.254.79])
       by mx.google.com with ESMTPS id o1si11921261ick.6.2014.08.14.13.39.57
       for <atulnair@gmail.com>
       (version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
       Thu, 14 Aug 2014 13:39:57 -0700 (PDT)
Received-SPF: pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) client-ip=198.61.254.79;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) smtp.mail=bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com;
       dkim=pass header.i=@cryptsy.com
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=cryptsy.com; q=dns/txt; s=krs;
t=1408048797; h=X-Feedback-Id: Mime-Version: Content-Type: Subject:
 From: To: Message-Id: Content-Transfer-Encoding: Date: Sender;
 bh=io7VszKX8C6PoPFdkm283jMxeZ+OkNQjaH2lNsQBmv8=;
 b=OJwneMQmovKEILlA6dShwhssjB+skcY90T6zIUSYOYiVaafPEn4i7HDDWPLfeX+mcPAs8GAr
 WiWHL6tQYdE7UF5Tsyn84ULcRSCTFCdY7p48Pg2N+A8NXSHAhEZ2D7TWo5Y8TpkiVXDtSswa
 KyZMn/KFd99wgEjZJfUFTa1alME=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=cryptsy.com; s=krs; q=dns;
 h=X-Feedback-Id: Mime-Version: Content-Type: Subject: From: To:
 Message-Id: Content-Transfer-Encoding: Date: Sender;
 b=aALvtPC5s8C1DbpihHMjrZnW/Ea+NeEYsg09yTuY1KE3zmuvadHP23gRiN9nBdWBMsfdqZ
 Oy1Uy2EHg5VOtHfaceNsf53kOyd5fVpu5UAESUc1lm5P3PSLH1cuUDxtptMzxX7nRydJ/Ypw
 IAaIj1efgiAtyFFIwrJTHKJ9AO964=
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=mailgun.org; q=dns/txt; s=mg;
t=1408048797; h=X-Feedback-Id: Mime-Version: Content-Type: Subject:
 From: To: Message-Id: Content-Transfer-Encoding: Date: Sender;
 bh=io7VszKX8C6PoPFdkm283jMxeZ+OkNQjaH2lNsQBmv8=;
 b=TI5ML0Kjmmhm1ZW7RFOQ+xqockuWSQHGNwbhfHQkBxaGtdzMhTTStNUxfb8p7wVS3VAswC6q
 4h13wDGGDK9YRz6UsjUTNM5vh8+xI9WMTdNvqmkRCVOnmBaa8IlaEqFRDXs3qokR2Wonk49v
 gHNHe8pNFveiK2yRRyJOElQ1YOk=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=mailgun.org; s=mg; q=dns;
 h=X-Feedback-Id: Mime-Version: Content-Type: Subject: From: To:
 Message-Id: Content-Transfer-Encoding: Date: Sender;
 b=R2u6jgvelJ0eSk+t2Z4MoIRmopNan0ytDFw9ukulgo/PQ452hHIr53w7C1DT7/cI1WMEaY
 l9lOy8xsO5gavHhGWKSZ5Qegv72+e0SKoiR1aSWCSnEb4+qTURUfkASQuOJ9npePX2Vd4GOs
 Fli0B/dQp2QqtZ25mwMZxeMEugdAA=
X-Feedback-Id: 523b7407fea39857fa0b3d8d:mailgun
Received: by luna.mailgun.net with HTTP; Thu, 14 Aug 2014 20:39:56 +0000
Mime-Version: 1.0
Content-Type: text/html; charset="utf-8"
Subject: Successful Authentication from 50.151.92.59
From: Cryptsy <support@cryptsy.com>
To: atulnair@gmail.com
Message-Id: <20140814203956.84233.86722@cryptsy.com>
Content-Transfer-Encoding: base64
X-Mailgun-Sid: WyJjNDNkMCIsICJhdHVsbmFpckBnbWFpbC5jb20iLCAiZmQxMSJd

Date: Thu, 14 Aug 2014 20:39:57 +0000
Sender: support@cryptsy.com

SGkgQXR1bCwgCjxiciAvPjxiciAvPgpUaGlzIGVtYWlsIGlzIHRvIG5vdGlmeSB5b3Ugb2YgYSBz
dWNjZXNzZnVsIGxvZ2luIG9uIHlvdXIgYWNjb3VudCBhdCBDcnlwdHN5LmNvbQo8YnIgLz48YnIg
Lz4KVXNlcm5hbWU6IGZvcm5lZmmxvdzxiciAvPgpUCBBZBGRyZXNzOiA1MC4xNTEuOTIuNTk8YnIv
Pjxici8+CklmIHlvdSBkaWWQgbm90IHBlcmZvcm0gdGhpcyBsb2dpbiwgcGxlYXNlIGltbWVkaWF0
ZWx5IGNoYW5nZSB5b3VyIHBhc3N3b3JkL.Cjxici8+PGJyLz4KRW5nbGlzaDogTmVlZCBoZWxwPyB2
aXNpdCBodHRwOi8vc3VwcG9ydC5jcnlwdHN5LmNvbQo8YnIgLz48YnIgLz4KPGI+Q29udGFjdCBV
cyBvcnQgQ2FsbCBVczwvYj48YnIvPjxici8+PGJyIC8+CklmIHlvdSBuZWVkIGhlbHAgd2l0aCB5
b3VyIGFjY291bnQsIHBsZWFzZSBodHRwOi8vc3VwcG9ydC5jcnlwdHN5LmNvbQo8YnIgLz48YnIg
Lz4KVXNlcm5hbWU6IGZvcm5lZmmxvdxbyjxici8+PGJyLz4KRW5nbGlzaDogTmVlZCBoZWxwPyB2
aXNpdCBodHRwOi8vc3VwcG9ydC5jcnlwdHN5LmNvbQo8YnIgLz48YnIgLz4KPGI+Q29udGFjdCBV
cyBvcnQgQ2FsbCBVczwvYj48YnIvPjxici8+PGJyIC8+CklmIHlvdSBuZWVkIGhlbHAgd2l0aCB5
b3VyIGFjY291bnQsIHBsZWFzZSBodHRwOi8vc3VwcG9ydC5jcnlwdHN5LmNvbQo8YnIgLz48YnIg
Lz48YnIvPjxici8+CkZvbGxvdyBVczo8YnIvPjxici8+PGJyIC8+CklmIHlvdSBuZWVkIGhlbHAg
d2l0aCB5b3VyIGFjY291bnQsIHBsZWFzZSBodHRwOi8vc3VwcG9ydC5jcnlwdHN5LmNvbQo8YnIg
Lz48YnIvPjxici8+CldpdGggUmVnYXJkcyw8YnIvPjxici8+CklmIHlvdSBuZWVkIGhlbHAgd2l0
aCB5b3VyIGFjY291bnQsIHBsZWFzZSBodHRwOi8vc3VwcG9ydC5jcnlwdHN5LmNvbQo8YnIgLz48
YnIgLz48YnIgLz48YnIgLz4KPGk+Q3J5cHRzeTwvaT4=

 **Gmail**

**Atul Nair <atulnair@gmail.com>**

## Successful Authentication from 98.206.34.245

**Cryptsy** <support@cryptsy.com>                                    Fri, Jan 15, 2016 at 6:45 AM
To: atulnair@gmail.com

Hi Atul,

This email is to notify you of a successful login on your account at Cryptsy

Username: forceflow
IP Address: 98.206.34.245

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу

*Cryptsy*

Delivered-To: atulnair@gmail.com
Received: by 10.79.89.193 with SMTP id n184csp247291ivb;
    Fri, 15 Jan 2016 04:45:05 -0800 (PST)
X-Received: by 10.140.91.73 with SMTP id y67mr12782954qgd.42.1452861905789;
    Fri, 15 Jan 2016 04:45:05 -0800 (PST)
Return-Path: <bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com>
Received: from so254-79.mailgun.net (so254-79.mailgun.net. [198.61.254.79])
    by mx.google.com with ESMTPS id d190si13156749qhd.71.2016.01.15.04.45.05
    for <atulnair@gmail.com>
    (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
    Fri, 15 Jan 2016 04:45:05 -0800 (PST)
Received-SPF: pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) client-ip=198.61.254.79;
Authentication-Results: mx.google.com;
    spf=pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) smtp.mailfrom=bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com;
    dkim=pass header.i=@cryptsy.com;
    dkim=pass header.i=@mailgun.org
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=cryptsy.com; q=dns/txt; s=krs;
t=1452861905; h=Content-Transfer-Encoding: Mime-Version: Content-Type:
 Subject: From: To: Message-Id: Date: Sender: X-Feedback-Id;
 bh=DZ62oWGi6/W0VwJM0e+nUaKp/TMGklM4wslK5k5+tMc=;
 b=HrZh2yLvn4BeAPkZ2cuXJfnp5EU4Vn7bpXpGHzVbJGIG0C9eu12vryxnuTUeyF4tN1jfArvM
 2ELapeOA8L4YNpCOAjhy2iN4NmVEomjMsGNtsVMZJlQnOr6Rd3ahyrVIM1yxfIBRXvixRlfj
 GpW8AvVVxk0JsaotA31uB34anqE=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=cryptsy.com; s=krs; q=dns;
 h=X-Feedback-Id: Sender: Date: Message-Id: To: From: Subject:
 Content-Type: Mime-Version: Content-Transfer-Encoding;
 b=HC9c74fVfHQ6yx59IANERUCZv7uNks1S28x8rA8+TOLIYa1PR95VSSJsbP3ZIkhnfmyngM
 Gu7uOVHoeGGD9se9F0kFghYEXQ7myrnJfJ4uzh3betAbmqi+NsTZGCYTuwNf2o72gwv7JTHJH
 CMYORoUCfq1uwpaAVVwYKdctKUekI=
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=mailgun.org; q=dns/txt; s=mg;
t=1452861905; h=Content-Transfer-Encoding: Mime-Version: Content-Type:
 Subject: From: To: Message-Id: Date: Sender: X-Feedback-Id;
 bh=DZ62oWGi6/W0VwJM0e+nUaKp/TMGklM4wslK5k5+tMc=;
 b=RwwzI/Otp4kLbtNua1beC+y7Tqt2I8OaH+PdEpKx6Jk0/DTQh9ZHTShZ8P0G9bO9ADHnGc/E
 v+h7msxcbioeWetnzA/eS8MlfPq/7vEzf4p6bbpHzoIUwGXhO5jgaowND8GUPBYZ3IXcZ/dN
 Nif/F+Y7z2zWIx7rxKrH7f0xlZw=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=mailgun.org; s=mg; q=dns;
 h=X-Feedback-Id: Sender: Date: Message-Id: To: From: Subject:
 Content-Type: Mime-Version: Content-Transfer-Encoding;
 b=HTWWoK//hn1B/N42cl9aBf51TwdZgGGMq3sQs9LKXH2v5tlF8gt7YEixOdw9ddnPlQU1pS
 IUwb41l5Vr+Y21FJzBILLQYuegZ1cy5ZPVCvWtk2dA6YsGxB4QkP6ntfBcZib1HzcPA59QKw
 MUKjGPhwcRJoS22Ajy5j+M5lBa5qU=
X-Feedback-Id: 523b7407fea39857fa0b3d8d:mailgun
Sender: support@cryptsy.com
Date: Fri, 15 Jan 2016 12:45:05 +0000
X-Mailgun-Sid: WyJjNDNkMCIsICJhdHVsbmFpcckBnbWFpbC5jb20iLCAiZmQxMSJd
Received: by luna.mailgun.net with HTTP; Fri, 15 Jan 2016 12:45:04 +0000
Message-Id: <20160115124504.96366.2587@cryptsy.com>
To: atulnair@gmail.com
From: Cryptsy <support@cryptsy.com>
Subject: Successful Authentication from 98.206.34.245

Content-Type: text/html; charset="utf-8"
Mime-Version: 1.0
Content-Transfer-Encoding: base64

SGkgQXR1bCwgCjxiciAvPjxiciAvPgpUaGlzIGVtYWlsIGlzIHRvIG5vdGlmeSB5b3Ugb2YgYSBz
dWNjZXNzZnVsIGxvZ2luIG9uIHlvdXIgWWAYWNjb3VudCBhdCBDcnlwdHHN5IAo8YnIgLz48YnIgLz4K
VXNlcm5hbWU6IGZzcmNmZmxxvdzxiciAvPgpJUCBBZGRyZXNzOiA5OC4yMDYuMzQuMjQgPGJyLz48
YnIvPgpJZiB5b3UgZGlkIG5vdCBCWXZnZJmb3JtIHRoaXRoaXMgbG9naW4sIHRoZW4geW9udGFjdCBzdXBw
b3J0IGltdbWVkaWF0ZWx5Lgo8YnIvPjxici8+CkVuZ2xpc2g6IElzIEVWQQdgG8gbG9jal1vdXQgeW91
ciBhY2NvdW50IGltbWVkaWF0ZXx5PyAgQ2xpY2sgaGllIGxpbmsgYmVsb3cgdG8gbG9jayBkd
IHlvdXIgWWNjb3VudDo8YnI+CkNoaXW5lc2U2U6IOmcgOimgeeri+WNs+mUgeWumuacqOeahOW4kOaI
t++8n+eCueWHu+S4i+mdoueahOmTvuaOpeadpemUgeWumuaCqOeahOW4kOalt++8mjxicj4KUnVz
c2lhbjog0J3Rg9C20L3Lv9LzQtdC00LvQtdC90L3QviDQt9Cw0LHQu9C+0LrQuNGA0L7Q
stCw0YLRjCDQt9Cw0L/QuNGB0Yw/INCd0LDQttC80LjRgtC1INC90LAg0YHRgdGL0LvQutGDINC9
0LjQttC1LCDRh9GC0L7QsdGLINC30LDQsdC70L7QutC40YDQvtCy0LDRgtGMINC0LDRiCDQsNC6
0LrQsNGD0L3RgjoKPGJyPjxicj4KPGEgaHJlZj0iaHR0cHM6Ly93d3cuY3J3cHRzeS5jb20vdXNl
cnMvbG9ja2FjY291bnQvTUVVZWVVuZGtZVJJVjBrbM05VUkxTa0ozVjBBWbVIzUk5MMMVpaqTVRCTU56
ZEhSakk0UTFFFoclVssTTlhejA9Ij5GcmVmUgQWNjb3VudCBCbW1lZGlhdGUSAvIOeri+WNs+WG
u+e7k+W4kOaltyAvlNCX0LDQvNC+0YDQvtC30LjRgtGMINGBINGfQtdCINCh0YDQsNC30YM8L2E+
Cjxicj4KPGJyIC8+PGJyIC8+CjxpPkyNyeXB0c3k8L2k+Cg==

Cryptsy Account: forceflow
Atul Nair
3735 N. Christiana Ave
Chicago, IL 60618
#144630

# Account Funding

The account was funded through BTC and LTC transfers and also USD deposits.

# JPMorgan Chase & Co.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 2 |
| **Account number:** | |
| **Date range:** | 06/01/2014 to 09/15/2014 |
| **Check number(s):** | |
| **Amount:** | |

© 2016 JPMorgan Chase & Co.

JPMorgan Chase & Co.

Post date:          07/07/2014

Amount:                    $ 4822.00



Account:

Check Number:          1003

Post date:          08/22/2014

Amount:                    $ 3583.22



Account:

Check Number:

ATUL NAIR
1312 E PRAIRIE AVE.
DES PLAINES, IL 60016-4307

312-394-1573

1003

$\frac{2-1440}{710}$

DATE 7/2/2014

PAY TO THE
ORDER OF   Project Investo's Inc DBA Cryptex.com  $ 4,822.00

four thousand eight hundred twenty two dollars   DOLLARS

CHASE 🛡
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Funding Account # 144630

⑇071000013⑇   0 ⑆11⑈ 1003



FOR DEPOSIT ONLY
4301893560

 Gmail

**Atul Nair <atulnair@gmail.com>**

# Re: [#145911] USD deposit

**Cryptsy.com** <support@cryptsy.com>                                 Tue, Jul 8, 2014 at 6:43 PM
Reply-To: "Cryptsy.com" <support@cryptsy.com>
To: atulnair@gmail.com

Hello Atul,

Thank you for contacting us about this issue.
Once we receive your check and can verify funds availability,
then it will be posted to your account for available use.
This can take up to 24hrs with the exception of weekends and holidays,
but generally will be deposited quickly after receiving it.
I'll leave this ticket open and I will keep you updated.


Sincerely,

Elen
Customer Service Manager
Cryptsy.com


- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog


Elen's Trade Key
b0ad4c3f49e1f8a3cb0424f01bc5ea1341b0a2f3

On Tue, 8 Jul at 4:03 pm , Atul Nair <atulnair@gmail.com> wrote:
Hi,

I see that the check I sent has been deposited.  I understand you hold it for a few days, but why
isn't showing on the website.  Also would let me know when I can start trading too!    Thanks.

ATUL NAIR
1312 E PRAIRIE AVE.
DES PLAINES, IL 60016-4307

1005

2-1440
710

DATE 2/14/2014

PAY TO THE
ORDER OF  Project Investors Inc dba Cryptsy(com   $ 3583.22

Twenty three thousand eighty three and 22/100 Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Jofuel My acount #144630

⑆071000013⑆             0811 1005



 Gmail

**Atul Nair <atulnair@gmail.com>**

## Re: [#154730] USD deposit

**Cryptsy.com** <support@cryptsy.com>
Reply-To: "Cryptsy.com" <support@cryptsy.com>
To: atulnair@gmail.com

Fri, Aug 29, 2014 at 10:37 AM

Hello Atul,

Thank you for your inquiry.

Your deposit has been cleared.  Please note that depending on the deposit amount, it may take up to 5 business days for the funds to clear to your account.

If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

> On Fri, 29 Aug at 6:27 am , Atul Nair <atulnair@gmail.com> wrote:
> Hi,
>
> The funds I have sent are not being confirmed in a timely manner.  Please clear the funds, today will be the 5th business day.  It shouldn't take this long.

Sent bitcoin

−9.9600 BTC

−$3,489.48 USD

TO          Bitcoin address
            1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

NOTE        arb on cryptsy

STATUS      Transaction confirmed
            70465 confirmations

9:18PM — November 20, 2014                    COMPLETE

# Transaction

Transaction is transfer of coins from user A to user B. ⊕ (https://bitcoin.org/en/how-it-works)

Share          + Add to bookmarks

Home (/) / Block: 330946 (/block/info/330946) / Tx: 2a9a2ce954a068abbe8af4cf70362496a9d2665c1c8f18cc40976e2dbfb7678b

**Hash**
2a9a2ce954a068abbe8af4cf70362496a9d2665c1c8f18cc40976e2dbfb7678b

**Time**
2014-11-20 23:47:41

**Sum of incoming txs**
9.96049470 BTC

**Sum of outgoing txs**
9.96029470 BTC

**Traded**
9.96029470 BTC

**Fee**
0.00020000

**Confirmations**
124791

**Coin days destroyed**
0 ⊕ (http://bitcoin.stackexchange.com/questions/845/what-are-bitcoin-days-destroyed)

**Included in block**
330946 (/block/info/330946)

Report an issue (/issue/1)

(https://exchange.coinbase.com)

| | | |
|---|---|---|
| ‹ (/xvPfgRee5t9j3f1dd90d2/236499h1h4d90M(6l(883fnax4980394fg93ka39pp40tbUI8D)hoeHoVMqKuWKi3) | -9.96019526 | |
| ‹ (/xvtd4S541tb20g2fl8n2633F49RVFbg93d92a8P09k64Actd4ffa31793if270lA3U39ga83)2LZPckk7Pbp3e8pNEAX) | -0.00017486 | |
| ‹ (/xvfdtfxGG4tx783JdM8A0t9Ff18l8f088n7d4JUf6f(/ad6823xe4463d291a4aN90tg0JEZA8S8PQukBrHkaGBo8) | -0.00012458 | |

ˇ

| 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL (/address/info/1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL) | 9.96 | › () |
| 1FfAvbRq1vivvemU466Z9hrEUALHcb66255 (/address/info/1FfAvbRq1vivvemU466Z9hrEUALHcb66255) | 0.00019526 | › () |
| 1Eut4gxdiKvGi8mibvL5fqE5kiifU46GKv (/address/info/1Eut4gxdiKvGi8mibvL5fqE5kiifU46GKv) | 0.00009944 | › () |

Enter a block height, address, block hash, transaction hash          🔍

Show: Trade | Raw ()                                    Fee:   0.00020000

(/)

 Gmail

**Atul Nair <atulnair@gmail.com>**

---

### You just sent 9.96 BTC to 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

---

**Coinbase** <contact@coinbase.com>                                   Thu, Nov 20, 2014 at 11:18 PM
To: atulnair@gmail.com

 Coinbase

---

Hi Atul Nair,

You just sent **9.96** BTC (worth $3,489.43 USD) to
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL.

Attached message:

    arb on cryptsy

You can view this transaction at any time from your
account.

Kind regards,
The Coinbase Team

© Coinbase 2014

Sent bitcoin



# −10.0000 BTC

− $2,756.40 USD

TO — Bitcoin address
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

NOTE — to crytpsy

STATUS — Transaction confirmed
62992 confirmations

4:56PM — January 10, 2015                    COMPLETE

# Transaction

Transaction is transfer of coins from user A to user B. ⊕ (https://bitcoin.org/en/how-it-works)

Share                            ✚ Add to bookmarks

Home (/)  /  Block: 338419 (/block/info/338419)  /  Tx: 37d0d2130c7ab4db69a14ab70cd04b689af5a9a20154bea8fe4610ec6c354d4b

Hash
37d0d2130c7ab4db69a14ab70cd04b689af5a9a20154bea8fe4610ec6c354d4b

Time
2015-01-10 19:02:05

Sum of incoming txs
10.00110782 BTC

Sum of outgoing txs
10.00100782 BTC

Traded
10.00100782 BTC

Fee
0.00010000

Confirmations
117318

Coin days destroyed
0 ❓ (http://bitcoin.stackexchange.com/questions/845/what-are-bitcoin-days-destroyed)

Included in block
338419 (/block/info/338419)

Report an issue (/issue/1)

(https://exchange.coinbase.com)

| ‹ (/tx/...) | | -10 | |
| ‹ (/tx/...) | | -0.00110782 | |
| | ⌄ | | |
| 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL (/address/info/1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL) | | 10 | › () |
| 1GQ4hCrSPBPEk6bcFpTuH82ZEzjU2xYRCx (/address/info/1GQ4hCrSPBPEk6bcFpTuH82ZEzjU2xYRCx) | | 0.00100782 | › () |

Show: Trade | Raw ()

Enter a block height, address, block hash, transaction hash

| | | |
| --- | --- | --- |
| Fee: | 0.00010000 | 🔍 |
| Traded: | 10.00100782 | |
| Transaction sum: | 10.00100782 | |

x

 Gmail

**Atul Nair <atulnair@gmail.com>**

## You just sent 10.00 BTC to 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

**Coinbase** <contact@coinbase.com>
To: atulnair@gmail.com

Sat, Jan 10, 2015 at 6:56 PM



Hi Atul Nair,

You just sent **10.00** BTC (worth $2,782.67 USD) to
**1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL**.

Attached message:

 to crytpsy

You can view this transaction at any time from your
account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

Sent bitcoin

−10.0000 BTC

- $2,937.10 USD

TO     **Bitcoin address**
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

NOTE     cryptsy

STATUS     **Transaction confirmed**
36209 confirmations

5:10PM — July 13, 2015.              COMPLETE

# Transaction

Transaction is transfer of coins from user A to user B. ⊙ (https://bitcoin.org/en/how-it-works)

Share _____ _____ _____  ✚ Add to bookmarks

Home (/) / Block: 365202 (/block/info/365202) / Tx: 54c2959f273c86328e8df4d086dd04cc9e93abfb8cf5dfbbb002bce3242d04a1

Hash
54c2959f273c86328e8df4d086dd04cc9e93abfb8cf5dfbbb002bce3242d04a1

Time
2015-07-13 19:22:29

Sum of incoming txs
10.00157009 BTC

Sum of outgoing txs
10.00127009 BTC

Traded
10.00127009 BTC

Fee
0.00030000

Confirmations
90535

Coin days destroyed
0 ⊙ (http://bitcoin.stackexchange.com/questions/845/what-are-bitcoin-days-destroyed)

Included in block
365202 (/block/info/365202)

Report an issue (/issue/1)

(https://exchange.coinbase.com)

| | | |
|---|---|---|
| ‹ (/xf0tfbad/idd33tt480f49442h8dpf3f7tfteltwd2zfqgddf3991r4tef0t3K2Apf2t0tt4Se4B3YTMdXhfogMTCmhixDJZ) | -10 | |
| ‹ (/xf2bAd5h4f3a4BG2h91tt04x8Gh336f6tt8730u505448c27a06h25h0830tt2A50t4T8uJU2T4Y9HC4mQhGP5K4FR2DcBexc) | -0.00157009 | |
| ⌄ | | |
| 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL (/address/info/1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL) | 10 | › () |
| 1NQeSD351yPYjunSdPY72XgaPuK2waYUXq (/address/info/1NQeSD351yPYjunSdPY72XgaPuK2waYUXq) | 0.00127009 | › () |

Show: Trade | Raw ()

| Enter a block height, address, block hash, transaction hash | Fee: | 0.00030000 | 🔍 |
|---|---|---|---|
| | Traded: | 10.00127009 | |
| | Transaction sum: | **10.00127009** | |

(/)

 Gmail

**Atul Nair <atulnair@gmail.com>**

## You just sent 10.0000 BTC to 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

**Coinbase** <contact@coinbase.com>
To: atulnair@gmail.com

Mon, Jul 13, 2015 at 7:10 PM



Hi Atul Nair,

You just sent **10.0000** BTC (worth $2,916.50 USD) to
**1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL**.

Attached message:

cryptsy

You can view this transaction at any time from your
account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

Cryptsy Account: forceflow
Atul Nair
3735 N. Christiana Ave
Chicago, IL 60618
#144630

# Account Holdings

Below is a screenshot of my account balance the day I heard trading was
suspended.  I also included email confirmation of login activity on that day.



Listing of Holdings

USD            —     $973.01015412

42Coin         —     .00001712

BitCoin        —     10.34910320

CryptsyPoints- 1.27939835

Dash           -     182.99610492

Dogecoin       -     1,637,519.82215838

LiteCoin       -     3,118.71908743

ReddCoin       -     1,823,997.90613835

Atul Nair
3735 North Christiana Ave #3
Chicago IL 60618

Clerk of Court
Cryptsy Litigation, Case No.: 9:16-cv-80060
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401



USPS® FIRST-CLASS MAIL®

U.S. POSTAGE
$2.24
FCM LG ENV
60601
Date of sale
06/01
2800 SSK
08313730

SHIP TO:

WEST PALM BEACH FL 33401

ZIP

(420) 33401

0 lb. 6.9