I, Joel Bevacqua, affirm under penalty of perjury that I am a Class Member in the *Cryptsy Cryptocurrency Litigation*, Case No.: 9:16-cv-80060. My address and details are:

Joel Bevacqua

850 2nd St. Apt. 108

Santa Monica, CA 90403

Phone: (310) 766-0799

FILED by ___ D.C.

MAY 08 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I object to the proposed settlement for the following reasons.

1. Primarily, the settlements as stated currently will pay the Class Members in US Dollars the amount their holdings were worth on November 1, 2015. But, the Class Members had, in many cases, already changed their US Dollars into some other cryptocurrency in order to trade on Cryptsy. Many of those cryptocurrencies are far more valuable now, than on Nov. 1, 2015, one of the lowest points of the cryptocurrency market.

In my case, I transferred Bitcoins to buy Darkcoins. I can clearly show the Bitcoin transactions from Coinbase to Cryptsy. A Bitcoin is worth four times as much today than 2015, and Darkcoins (now known as DASH) are worth almost seventy times more.

I had already transferred into a type of thing or things other than a US Dollar by November 1, 2015. Those things were taken out of my control by Cryptsy, never it seems to return. Therefore the "things" I had need to be replaced, and their value is now higher. Therefore, the settlements should be pegged to their current value on the day of the true settlement, other than a date at one of the lowest value points of the cryptocurrency market.

2. I object to the cryptocurrencies located being sold before the settlement has been finalized. This would seem to only make the case more confusing, and less able to satisfy Class Members, who, as stated before, lost things, not US Dollars in many cases.

3. I object to the process of Objection. All superficial appearances of the settlement website show that the date to object is May 3, 2017, and that the objection must be postmarked by that date. I have attached a screenshot on May 3, 2017 to prove it. Later in the instructions, it is written that the objection must also be received by May 3, 2017. Basically, it creates a "lie of omission". Any reasonable person would assume by reading what is clearly presented, that so long at they object by May 3, 2017 and have it postmarked, they have satisfied the Objection's timing requirements.  So, I am executing my right to object based on the clearly stated façade of the Settlement website, and respectfully request the Court honor my objection as a Class Member.

If I have the opportunity to come to Florida on June 2, 2017, I would like to appear at Court to voice my objections. Therefore, this letter also serves as my Notice of Intention to Appear in Cryptsy Cryptocurrency Litigation. I will know in a week or two if I can come to the Court that day.

List of attachments:

A. Confirmation from Website of my sign-up as a class member.

B. Screenshots of Settlement website.

Joel Bevacqua

5-3-17

# Cryptsy Cryptocurrency Settlement

Case No.: 9:16-cv-80060

HOME / SUBMIT A CLAIM / IMPORTANT DOCUMENTS / FAQS / CONTACT US

Print this page for your records

## THANK YOU FOR YOUR SUBMISSION

Thank you for your submission. You may be contacted by the Settlement Administrator if additional information is required. If you need to contact us about your submission, please email us at info@CryptsySettlement.com or call us at (888) 868-4936. Please reference your case number when communicating with the Settlement Administrator about your claim submission.

Copyright © 2017
Privacy Policy

# Cryptsy Cryptocurrency Settlement

Case No.: 9:16-cv-80060

HOME / SUBMIT A CLAIM / **IMPORTANT DOCUMENTS** / FAQS / CONTACT US

## Important Documents

Notice

Claim Form

Order Granting Preliminary Approval

Nettles Settlement Agreement

Ridgewood Settlement Agreement

Exclusion Request Form

### Important Dates

**April 17, 2017** - Deadline to Request Exclusion (must be postmarked by this date)

**May 3, 2017** - Deadline to Object (must be postmarked by this date)

**May 17, 2017** - Deadline to submit a Claim Form (must be submitted online by or postmarked by this date)

**June 2, 2017 at 10:00 A.M.** - Fairness Hearing

  

# Cryptsy Cryptocurrency Settlement

Case No.: 9:16-cv-80060

HOME / SUBMIT A CLAIM / IMPORTANT DOCUMENTS / FAQS / CONTACT US

If you are a CRYPTSY account holder and are unable to access your CRYPTOCURRENCY, you could get money from two different class action settlements, and an ongoing class action lawsuit may affect your rights. PLEASE READ THE <u>NOTICE</u> CAREFULLY.

### Important Dates

**April 17, 2017** - Deadline to Request Exclusion (must be postmarked by this date)

**May 3, 2017** - Deadline to Object (must be postmarked by this date)

**May 17, 2017** - Deadline to submit a Claim Form (must be submitted online by or postmarked by this date)

**June 2, 2017 at 10:00 A.M.** - Fairness Hearing

| | |
|---|---|
| SUBMIT A CLAIM FORM FOR YOUR SHARES OF THE SETTLEMENTS | **The only way to receive money from the settlements when the funds are distributed is by submitting a claim form by May 17, 2017.**<br><br>Click **here** to submit your Claim online or click **here** to download a Claim Form. |
| OBJECT TO OR COMMENT ON THE SETTLEMENTS | **Write to the Court about why you like or do not like the settlements by no later than May 3, 2017.** You may also ask to speak to the Court about your written comments or objections about the fairness of either or both of the settlements at the "Fairness Hearing" on **June 2, 2017**, though you do not have to do so. To comment on or object to either or both settlements and request to speak at the "Fairness Hearing," you must act before **May 3, 2017**.<br><br>Click **here** for more information about objecting to the settlement. |

Bevacqua
1450 2nd St, #108
Santa Monica, CA
90403

Paul C Rogers Federal Bldg
and U.S. Courthouse
701 Clematis Street Room 202
West Palm Beach, FL 33401