## Object to the Settlement in *Cryptsy Cryptocurrency Litigation*, Case No.: 9:16-cv-80060.

Dear Sir,

I am Luka Tomljanovic, registered trader at Cryptsy cryptocurrency exchange. My account name at Cryptsy is cointrader.

My personal data are:

**Luka Tomljanovic**
**Albinijeva 2,**
**10010 Zagreb, Hrvatska (Croatia)**

My phone number is: **+385 98 880 405**

My trading account at Cryptsy is: **cointrader**

**I would like to object you to the Settlement in *Cryptsy Cryptocurrency Litigation*, Case No.: 9:16-cv-80060.**

For Proof that I am account holder at Cryptsy and Class Member, I made

1. picture of one of the my first my earlier withdrawals:

| | | |
|---|---|---|
| Password Reset Request | Cryptsy | 7/12/13, 1:55 AM   3.3 KB |
| Confirm Your Withdrawal | Cryptsy | 7/10/13, 5:33 AM   3.5 KB |
| New Password | Cryptsy | 7/9/13, 1:22 PM   2.9 KB |
| Password Reset Request | Cryptsy | 7/9/13, 1:21 PM   3.3 KB |
| Confirm Your Withdrawal | Cryptsy | 7/9/13, 7:44 AM   3.5 KB |
| **Confirm Your Withdrawal** | **Cryptsy** | **7/9/13, 7:37 AM   3.4 KB** |
| Confirm Your Withdrawal | Cryptsy | 7/9/13, 7:27 AM   3.5 KB |

Cryptsy <support@cryptsy.com>
Confirm Your Withdrawal
Me

Reply   Forward   Archive   Junk   Delete   More
7/9/13, 7:27 AM

Hi Luka,

This email is to confirm your withdrawal request at Cryptsy.com

Username: cointrader
Amount of Withdrawal: 0.9995 BTC
Withdrawal Address: 1B2P4iQriS8sHrgtgTPqSV14ggPk2vkqBd

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/aFES12t3MVc4YTrO41hMNkwrEN-YTZVWXoZZWY-amcVuDelFYIPGTTQz

If you did not make this request, then do not click this link and contact support immediately.

## 2. picture of one of the mail confirmation data of the my flast last logins:

| | | | |
|---|---|---|---|
| Successful Authentication from 94.253.130.72 | Cryptsy | 3/26/16, 7:30 PM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 3/26/16, 7:29 PM | 3.3 KB |
| Successful Authentication from 94.253.200.175 | Cryptsy | 3/14/16, 3:10 AM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 3/14/16, 3:10 AM | 3.3 KB |
| Successful Authentication from 94.253.148.99 | Cryptsy | 3/9/16, 12:15 AM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 3/9/16, 12:15 AM | 3.3 KB |
| Successful Authentication from 94.253.202.181 | Cryptsy | 2/23/16, 7:14 AM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 2/23/16, 7:12 AM | 3.3 KB |
| Re: [#255842] Addnode for aegis coin | support@cryptsy.com | 2/17/16, 6:14 PM | 5.6 KB |
| Confirm Your Withdrawal | Cryptsy | 2/13/16, 7:06 PM | 3.8 KB |

Cryptsy <support@cryptsy.com>     Reply   Forward   Archive   Junk   Delete   More ▼
2-Factor Auth PIN                                                    3/26/16, 7:29 PM
Me

Hi Luka,

This email is to confirm your 2-Factor Authentication PIN request at Cryptsy.com

Username: cointrader
PIN Code: nber1442

If you did not make this request, then contact support immediately.


*Cryptsy*

3. picture of the mail received from info@cryptsysettlement.com (beginning of the mail)

| | | | |
|---|---|---|---|
| Cryptsy Crytocurrency – Notice of Proposed Partial Settlements of Class Action | Cryptsy Cryptocurrency... | 2/16/17, 4:22 PM | 26.4 KB |
| Successful Authentication from 94.253.130.72 | Cryptsy | 3/26/16, 7:30 PM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 3/26/16, 7:29 PM | 3.3 KB |
| Successful Authentication from 94.253.200.175 | Cryptsy | 3/14/16, 3:10 AM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 3/14/16, 3:10 AM | 3.3 KB |
| Successful Authentication from 94.253.148.99 | Cryptsy | 3/9/16, 12:15 AM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 3/9/16, 12:15 AM | 3.3 KB |
| Successful Authentication from 94.253.202.181 | Cryptsy | 2/23/16, 7:14 AM | 4.3 KB |
| 2-Factor Auth PIN | Cryptsy | 2/23/16, 7:12 AM | 3.3 KB |
| Re: [#255842] Addnode for aegis coin | support@cryptsy.com | 2/17/16, 6:14 PM | 5.6 KB |
| Confirm Your Withdrawal | Cryptsy | 2/13/16, 7:06 PM | 3.3 KB |

From: Cryptsy Cryptocurrency Settlement <info@cryptsysettlement.com>
Subject: Cryptsy Crytocurrency – Notice of Proposed Partial Settlements of Class Action
To: Me

Reply   Forward   Archive   Junk   Delete   More ▼
2/16/17, 4:22 PM

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

NOTICE OF PROPOSED PARTIAL SETTLEMENTS OF CLASS ACTION,
PENDENCY OF CLASS ACTION, FAIRNESS HEARING, AND RIGHT TO APPEAR

If you are a CRYPTSY account holder and are unable to access your CRYPTOCURRENCY, you could get money from two different class action settlements, and an ongoing class action lawsuit may affect your rights.

Please read this notice carefully.

*A court authorized this notice. This is not a solicitation from a lawyer.*

Overview

Now **I would like to object you to the Settlement in** *Cryptsy Cryptocurrency Litigation*, **Case No.: 9:16-cv-80060.**

My reasons for objections are that I think that I will lose the most of my portfolio values which was approximately about up to the 80 Bitcoins at announcing Cryptsy bankrupcy/closing and more than value of the few thousands bitcoins at the time of the bitcoin maximum at the year 2013/2014 (around New Year 2014).

I know that such big loss will follow cause of that:

In the report from here http://cryptsyreceivership.com/v1/wp-content/uploads/2017/02/Notice.pdf

I found:

"2.In addition, the Receiver and ClassCounsel obtained for the benefit of the Class:

a.Cryptocurrency fromCryptsy, (i) part of which has been sold for a total of approximately$330,000 and **(ii) part of which Receiver is continuing to liquidate**

b. An Infiniti QX60 from Defendant Cryptsyand was sold for $26,000 ; and

c. Personal property, such as computers, art work, and household furnishings, from Defendant Cryptsy.
(Receiver and Class Counsel are in the process of liquidating the remaining cryptocurrency, and personalproperty, the proceeds from which will be part of the Settlement Fund)."

**I would like, request that Court stop such clearance sale of cryptocurrencies cause my losses and losses of the very most of the traders from the Cryptsy exchanges will be unrecoverable** (I mentioned above my portfolio value and my maximal value I saw at Cryptsy exchange around New Year 2014).

From the top of the market value, my portfolio value lost (temporary of course, cause I am not selling my cryptocurrencies at the big losses, and I always tried to buy the coins at the very low price, and very lowest price, and convert or pass from one cryptocoins to another) very much, maybe temporary loss of about 97-98%, and now Receiver and Class Counsel announced further bargain selling of the coins.

Such selling of the cryptocurrencies are not acceptable by my opinion cause that will cause total loss evan more than 99% or 99,99% compared with bitcoin portfolio value. Everybody should ask: what is the purpose of such selling something which fallen more than 90-99% and now is announced further falling of maybe with the same or similar percentage losses.

I don't see any sense in the selling of cryptocurrencies at the very bottomed price, or at bargain price. This is not similar to any kind of trading which any successful trader should do.

**Intention of the judgement process should be to recover portfolios and not to liquidate its value for more than 99% or evan 99.99%.**

**That cryptocurrencies are not assets of Cryptsy. That Cryptocurrencies are the assets of the customers/traders/investors and should not be sold by any decision instead of traders decision.** If some persons made some illegal activities, other investors/traders should not left out of their assets with the almost totall losses, other investors should not be punished at all.

I don't know who advised such bargain sellings. Some coins have working developments, and very likely price will recover at much higher level than present.

If I did not sell my cryptocurrencies with losses, or big losses, I expect that somebody else should not do it in my name cause that is my asset and I (just like every other trader) should decide what to do with my assets.

I have never listened some advisors and that is one of the my best decision somebody can do in the tradings.

I have read quite many articles, but I always decided what to do, when to invest, when to buy, when to sell.

All other practice will result with extremely big losses (in very much cases temporary, see the recover of some of the most liquid cryptocurrencies, very likely the same will happen with small market cap coins, it happen earlier, and it will happen again).

I have to notice one another fact by my opinion. Many know that coins from Cryptsy are stollen. The Thiefs or the pump groups want others cryptocurrencies as cheap as possible. They count for coin liquidation/selling at the judgement process. They want cryptocurrencies at the bargain level, for almost zero money. Recall, bitcoin price has fallen up to 10x from the top at the late 2013/ early 2015. After more than 3 years from the late 2013 bitcoin price reached new highest level of almost 1500 USD these days (May 2017)

The same or the bigger growth will happen very likely with so much cryptocurrencies cause of their smaller market capitalization and consequently smaller amount of money which is needed to move price higher, that fact is so simple and logical. Always, very often some coins enter in the level of the high or very high market capitalization.

**I request that the Receiver and Class Counsel stop selling cryptocurrencies which I bought or had at Cryptsy.** The reason is the selling is made on price much below i bought or had them and after such selling i will have loss approximatelly almost 100%. Imagine that you want to buy such amount today. How much should you pay for that amount? Very, very big amount of money. The report mentioned $330,000. That is too less money if you wish to buy such amount on the exchanges in very most of the cases, I think.

So, **I want that Receiver and Class Counsel cancel all such transaction in which they sold any my coins and return that coins to the initial state before declaring Cryptsy bankrupcy** (Quark, Goldcoin, Infinitecoins, Aegis, Alphacoin, Anoncoin, Argentum, Colossuccoin, Concealcoins, Crackcoins, Cryptobullions, Continuumcoins, DamaCoins, Doubloons, Emerald, Franko, Judgecoin, Kittehcoin, Labcoin/Coinworkscoin, Litecoin, Mastercoin, Megacoin, Memecoin, Mysterycoin, Netcoin, Nyancoin, Ripoffcoin, Royalcoin, Sexcoin, Stablecoin, Starcoin, Tigercoin, Torcoin, Vidio, Zetacoin, and all other coins I own/owned at Cryptsy).

I was/am bigger if not evan the biggest owner of some of the cryptocurrencies trading at at the Cryptsy. My portfolio value was above 4000 Bitcoins at the one moment at the beginning of the year 2014. At the moment before the beginning of the Cryptsy bankrupcy that value was below 80 Bitcoins.

Should I with such selling made by the Receiver and Class Counsel lose more than 90% of that up to 80 Bitcoins (at the end of Cryptsy) or more than 99% from the maximal value of more than 4000 BTC?

This is unacceptable for me and I don't know the reason for such selling decision made by Receiver of his advisors. Japan Court/investigators did not sell any of bitcoins they found up to now, and there is very good chance that they will not sell found bitcoins, and that they will share found bitcoins proportionally to the owners/traders/investors.

Also, this is very strange that bankrupcy action had discovered/happened when the bitcoin price was at the minimum after the big boom at the end of 2013/ beginning of the 2014. Or this is very good planned? On such way Cryptsy bankrupcy happened when USD portfolio values owned by Cryptsy clients was minimal, approximatelly.

I suggest that you research and state at the Court that very much members/employees of Cryptsy, admins, moderators which I met have been involved in the pump group, tolerating pump group or evan possible organizing or supporting them. The Court and judges should know about that. Many of that Cryptsy ex-moderators are now moderators at the other exchanges and some of them at least tolerate the pump groups or pumping coins and dumping to the readers of chatbox, readers of the Twitter, Facebook, and other social networks. This is massive activity on all exchanges and on every coins. Many organized pump groups have multiple account names on the same exchanges, Twitter, Facebook forums,... Coins should not be sold, should not finish to them. Such possibiity always exists.

Also, **I suggest that those buyers who bought cryptocurrencies from the Receiver and Class Counsel should publish all of their account names, nicknames on chatbox, nicknames on exchanges, Twitter, Facebook, forums, social networks,...** Maybe some of them were involved in the pump groups, maybe not. My cryptocurrencies should not end in such hands.

I have to say that I lost (temporary?) money/bitcoins at the Japanese MtGox exchange similar case and some other exchanges including Cryptsy. Should the big majority of the exchanges from all of the world end in the bankrupcy without almost any protection for the users/traders/investors in cryptocurrencies? At least all the states/countries should issue very big warning about all the behaviours, activities and passed events at the cryptocurrencies and the exchanges. The countries/states should have very strong control upon the exchanges, administrators, moderators, owners,.. This is matter of billions dollars and that should be regulated.

The Court should be informed that on the every cryptocurrency exchanges are present many active manipulators, members of the pump groups or the majority of the pump group, evan the administrators/moderators was such or tolerated so. They actively suggest traders/investors to buy coins at the tops, or sell coins at the bottoms causing very big losses to the readers/watchers. The same