**EXHIBIT 1**

ATTORNEY'S FEES AND EXPENSES

FIRM NAME:  WITES & KAPETAN, P.A.

TIME PERIOD: Inception through May 17, 2017

| Name | Title | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Marc A. Wites | Attorney | 290 | $650 | $188,500 |
| Lawrence B. Lambert | Attorney | 52.3 | $500 | $26,150 |
| Brooke Colbert | Attorney | 10 | $225 | $2,250 |
| Ashley Lin | Clerk | 47 | $50 | $2,350 |
|  |  |  |  |  |
| **TOTALS** |  | **393.30** |  | **$219,250** |

COSTS:

Clerk of Court:  $80.00

Total Costs:     $80.00

1