# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly
Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation,
and KAUSHAL MAJMUDAR,
an individual,

      Defendants.

_____/

## DECLARATION OF THE SETTLEMENT ADMINISTRATOR

I, Troy Walitsky, declare:

1.      I am a Project Manager with Angeion Group ("Angeion"), located at 1801 Market Street, Suite 660, Philadelphia, PA 19103.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Angeion Group is a class action notice and claims administration company formed by a team of executives that have had extensive tenures at five other nationally recognized claims administration companies. Collectively, the management team at Angeion has overseen more than 2,000 class action settlements and distributed over $10 billion to class members. The executive

profiles     as     well     as     the     company     overview     are     available     at
http://www.angeiongroup.com/meet_the_team.htm.

3.      The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion related to the Settlement Class Notice Program for the above captioned action, following the Court's January 31, 2017 Order Certifying Class for Settlement Purposes, Granting Motion for Preliminary Approval of Class Action Settlement, Directing the Issuance of the Class Notice, Scheduling a Final Approval Hearing, and Directing the Issuance of Notice of Certification of the Class as to Defendants Cryptsy and Vernon.

## DISTRIBUTION OF CAFA NOTICE

4.      On January 20, 2017, as required by 28 U.S.C. §§ 1715(a) and (b), Angeion mailed notice of the proposed settlement of this action to the Attorneys General of each of the fifty states, the District of Columbia, the U.S. territories, and the Attorney General of the United States (the "CAFA Notices"). The mailings included the items set forth in the CAFA Notices. A copy of the CAFA Notice is attached hereto as Exhibit "A".

## SETTLEMENT NOTICE PROGRAM

5.      Between January 13, 2017 and February 14, 2017, Angeion received class member data. After combining the class member data, there were a total of 62,085 records.  After removing duplicate records, the resulting total was 61,375 records (the "Class List"). There were 17 records with neither an email address or mailing address.

6.      On February 16, 2017, Settlement Notices ("Notices") were sent to the 61,356 records with email addresses.  The Notice was in the same format as Exhibit "B" attached hereto.

7.      Between February 16, 2017 and February 17, 2017, Notices were mailed to 10 Class Members who either had no email address, or whose emailed notice was a hard bounce (i.e. not delivered) and for whom there was a mailing address.

## PUBLICATIONS

8.      Beginning on February 16, 2017, Angeion caused notice of the Settlement to be published on www.CoinJournal.com ("*CoinJournal*") and www.CoinDesk.com ("*CoinDesk*") via digital banner ads. The digital campaigns ran for 30-days on each website and resulted in 350,000 total impressions served. *CoinDesk* reported 114 click throughs from the banner ads to the Settlement Website and *CoinJournal* reported 389 click throughs. Live examples of the digital banner ads from those *CoinDesk* and *CoinJournal* are attached hereto as Exhibit "C".

## SETTLEMENT WEBSITE

9.      On February 15, 2017, Angeion established the following website devoted to this Settlement:  www.CryptsySettlement.com. The Settlement Website contains general information about the Settlement, Court documents and important dates and deadlines pertinent to this matter. The Settlement Website also has a "Contact Us" page whereby Class Members can contact Angeion via email to update their address or submit additional questions regarding the settlement. Class Members can also submit their Settlement Claims via the Settlement Website. Through May 17, 2017, there have been 38,793 unique users who visited the Settlement Website.

## TOLL-FREE TELEPHONE HOTLINE

10.      On February 15, 2017, Angeion established the following toll-free hotline devoted to this case:  1-888-868-4936. Class Members can call the toll-free hotline to ask questions about the Settlement, or to request a copy of the Claim Form or Notice.

11.     Through May 17, 2017, Angeion has spent a total of 37.23 hours handling Class Member calls and responding to Class Member emails. Angeion has emailed 294 Claim Forms and/or Notices to Class Members as a result of phone or email correspondence.

## REQUESTS FOR EXCLUSION AND WRITTEN OBJECTIONS

12.     The deadline for Class Members to request exclusion from the Settlement was April 17, 2017. As of the date of this declaration, Angeion has received 2 exclusion requests. Copies of the exclusion requests are attached hereto as Exhibit "D".

13.     The deadline for Class Members to object to the Settlement was May 3, 2017.  As of the date of this declaration, Angeion has received 2 objections.  Copies of the objections received are attached hereto as Exhibit "E".

14.     Angeion shall inform counsel of any requests for exclusion or objections received after the date of this declaration.

## CLAIM FILING

15.     As of the date of this declaration, Angeion has received 1,614 claim form submissions. The deadline to submit claim forms was May 17, 2017. Angeion shall report the total number of timely-postmarked and late-postmarked claim form submissions to counsel.

16.     I declare under penalty of perjury pursuant to the laws of the State of Florida that the above is true and correct to the best of my knowledge and that this declaration was executed this 18th day of May 2017 at Selden, New York.


By: _____
    Troy Walitsky

# Exhibit A



1801 Market Street, Suite 660
Philadelphia, PA  19103
(p) 215-563-4116
(f) 215-563-8839
www.angeiongroup.com

January 20, 2017

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*Leidel, et al. v. Project Investors, Inc. et al.*
Case No. 9:16-cv-80060

Dear Counsel or Official:

Angeion Group, an independent claims administrator, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

**Case Name:**  Brandon Leidel, and Michael Wilson, et al. v. Project Investors, Inc. d/b/a Cryptsy, a Florida corporation, Paul Vernon, an individual, Lorie Ann Nettles, an individual, Ridgewood Investments, Inc., a New Jersey corporation, and Kaushal Majmudar, individually
**Index Number:** 9:16-cv-80060
**Jurisdiction:**  United States District Court, Southern District of Florida
**Date Settlement Filed with Court:**  January 17, 2017

Class Representatives and the Receiver have reached an agreement to settle this Class Action against the Settling Defendants.  The Settlement ("Ridgewood") has been entered into by and among the following: (i) Class Representatives on behalf of themselves and as representatives of the Class Members; (ii) James D. Sallah (the "Receiver"); and (iii) Defendants Ridgewood and KM. The proposed settlement specifically excludes Defendants Paul Vernon and Cryptsy.

The Court previously certified a class asserting claims against the original defendants to this action, namely Cryptsy, Vernon and Nettles, and granted preliminary approval to the class action settlement agreement entered between the certified class and Defendant Nettles. Both the Order granting class certification and the Order preliminarily approving the *Nettles* Settlement are included on the enclosed CD-ROM.

On January 17, 2017, Plaintiffs filed the motion for preliminary approval of the *Ridgewood* Settlement Agreement, which will seek to combine the class action settlement approval process for both the *Nettles* Settlement Agreement and the *Ridgewood* Settlement Agreement. The *Ridgewood* Settlement Agreement serves to add an additional $220,000 to the Settlement Fund initially established through the *Nettles* Settlement Agreement.  Similarly, Class Representatives seek approval to provide notice to the class, and administration, of a

single settlement that includes the relief obtained for the Class as set forth in the *Nettles* and *Ridgewood* Settlements.

The *Ridgewood* Settlement, if approved, will resolve all claims asserted against the Settling Defendants in the Class Action, thereby providing partial relief to the Class Members while the Class Representatives and the Receiver continue to pursue their claims against the non-settling Defendants – namely Cryptsy and Vernon, and non-party Coinbase, Inc., against whom they have recently filed suit.

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaints:** Included on the enclosed CD-ROM, please find copies of the Class Action Complaint, filed January 13, 2016; the Amended Class Action Complaint, filed February 22, 2016; and the Second Amended Class Action Complaint, filed January 9, 2017.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There is currently a Final Approval Hearing scheduled for April 21, 2017 from the *Nettles* Settlement. Class Counsel intends to seek a continuance of that currently scheduled hearing date.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** Copies of the Notice of Proposed Class Action Settlement and Notice of Certification of Class Action filed with the Court on January 17, 2017, are included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** A copy of the Class Action and Receivership Settlement Agreement, filed with the Court on January 17, 2017, is included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** A copy of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement filed with the Court on January 17, 2017, is included on the enclosed CD-ROM. A copy of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement in the *Nettles* action, filed on October 26, 2016, is also included on the enclosed CD-ROM.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the time of the filing of this CAFA Notice**,** no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** Class Members may be domiciled anywhere in the United States and its Territories. On April 1, 2016, Defendant VERNON deleted the data in the database of Defendant CRYPTSY, thereby destroying the evidence of the number of Class Members that presumably was available there. Further, Class Member awards are subject to the information provided by Class Members on the claim form. Therefore, it is not feasible to estimate the number or domicile of potential Class Members, nor the estimated awards Class Members may receive at this time.

8. **28 U.S.C. §1715(b)(8): Judicial Opinions Related to the Settlement:** A copy of the Order Granting Motion for Preliminary Approval in the *Nettles* Settlement, entered on October 27, 2016, is included on the enclosed CD-ROM. A copy of the Order Granting Class Certification in the *Nettles* action, entered on August 25, 2016, is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# Exhibit B

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

## NOTICE OF PROPOSED PARTIAL SETTLEMENTS OF CLASS ACTION, PENDENCY OF CLASS ACTION, FAIRNESS HEARING, AND RIGHT TO APPEAR

**If you are a CRYPTSY account holder and are unable to access your CRYPTOCURRENCY, you could get money from two different class action settlements, and an ongoing class action lawsuit may affect your rights.** Please read this notice carefully.

*A court authorized this notice. This is not a solicitation from a lawyer.*

### Overview

**This Notice describes two partial settlements of a lawsuit and how you can get money from those settlements or exclude yourself from one or both of them. This Notice also describes the portion of the lawsuit that is continuing and how you can continue in that lawsuit or exclude yourself from that lawsuit.**

### Background

- On August 25, 2016, the Honorable Kenneth A. Marra of the United States District Court for the Southern District of Florida entered an order certifying a class of Cryptsy account holders who are unable to access their cryptocurrency in a class action lawsuit.

- The class action lawsuit claims that:

  1. Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy") and Paul Vernon ("Vernon") stole and converted for their own use the cryptocurrencies of the Cryptsy account holders;
  2. Defendant Lori Ann Nettles ("Nettles") was unjustly enriched as a result of assets that she received that were purchased with the proceeds of cryptocurrency taken from the Cryptsy account holders during her marriage to, and in her divorce from, Vernon; and
  3. Defendants Ridgewood Investments, Inc. ("Ridgewood") and Kaushal Majmudar ("KM") were unjustly enriched as a result of consulting fees they received from Cryptsy.

- On April 24, 2016, the Court also appointed James D. Sallah, not individually but solely in his capacity as the Court-appointed Receiver, to act as the Receiver in this matter. The Receiver took control of Cryptsy, and worked with the lawyers for the plaintiffs in this class action to recover monies and assets for the Cryptsy account holders, which are part of the Settlements.

- Certain of the defendants have settled, and the litigation is proceeding against the remaining defendants. **The purpose of this notice is to advise you of your rights with respect to (A) the settlement with certain defendants and (B) the continuing litigation against the remaining defendants.**

- If you are a Class Member, you have a right to participate in the settlements, and you have a right to participate as a class member in the continuing lawsuit against the remaining defendants. You do not have to choose between the settlement and the continuing litigation, and your rights with respect to each are independent.

- This is **not** a lawsuit against you. Your participation in this lawsuit or acceptance of money from either or both of the settlements will not affect your employment status or compensation in any way.

- Please read this Notice carefully. **This Notice explains your legal rights and options—and the deadlines to exercise them.** Your legal rights will be affected whether you act or don't act, and you have choices to

make now.

- This Notice is divided into two parts: The first part discusses the proposed settlement with certain defendants; the second part discusses the continuing litigation against the remaining defendants. Please read both parts of the Notice carefully.

## **The Settlement with Certain Defendants**

- Two settlements, (1) a settlement with Defendant Nettles, and (2) a settlement with Defendants Ridgewood and KM (Ridgewood and KM are referred to collectively herein as "Ridgewood"), have been reached in partial settlement of the class action lawsuit. Nettles and Ridgewood deny that they violated any laws or engaged in any wrongdoing. For purposes of this notice, Nettles and Ridgewood are referred to collectively as the "Settling Defendants."

- You are a Class Member if you are a Cryptsy account owner who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy as of November 1, 2015, through June 2, 2017, and are unable to access your cryptocurrency.  Excluded from the Class are all employees of Cryptsy, including its shareholders, officers and directors and members of their immediate families.

- The Court in charge of this case still has to approve the settlements with the Settling Defendants. Payments will be made if the Court approves the settlements and orders that the settlement funds be distributed, and if any appeals of the Court's approval of these settlements are resolved in Plaintiffs' favor. Please be patient.

- All references are to "settlements" in the plural. However, understand that the two settlements are independent and separate. The Court may approve one or both of the two settlements. Moreover, you may opt out of, comment on, or object to one or both settlements.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE **SETTLING DEFENDANTS** | |
|---|---|
| DO NOTHING | **Get no payment from the settlements**. Give up your rights to ever recover from the Settling Defendants for the legal claims in this case if the settlements are approved.<br><br>You will remain a Class Member in the lawsuit against Cryptsy and Vernon, which are referred to collectively as the "Non-Settling Defendants," and retain the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial or settlement. |
| EXCLUDE YOURSELF FROM EITHER OR BOTH OF THE SETTLEMENTS | **Get no payment from the settlements.**  This is the only way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Settling Defendants. As described in Question 20, below, you may exclude yourself from one or both settlements.<br><br>Even if you exclude yourself from one or both of the settlements, you will remain in the Class for purposes of the continuing lawsuit against the Non-Settling Defendants and will be bound by the outcome unless you submit a written exclusion request. |
| SUBMIT A CLAIM FORM FOR YOUR SHARES OF THE SETTLEMENTS | **The only way to receive money from the settlements when the funds are distributed is by submitting a claim form by May 17, 2017.** |

2

| OBJECT TO OR COMMENT ON THE SETTLEMENTS | **Following the instructions in Question 24, write to the Court about why you like or do not like the settlements by no later than May 3, 2017.** You may also ask to speak to the Court about your written comments or objections about the fairness of either or both of the settlements at the "Fairness Hearing" on **June 2, 2017**, though you do not have to do so. To comment on or object to either or both settlements and request to speak at the "Fairness Hearing," you must act before **May 3, 2017**. |
|---|---|
| GO TO THE COURT'S FAIRNESS HEARING ABOUT THE SETTLEMENTS | If you would like, you may ask to speak in Court about the fairness of one or both of the settlements if you follow the instructions in Question 24 of this Notice. You do not need to speak to the Court to receive benefits under the settlements. |

## The Continuing Litigation Against the Non-Settling Defendants

- The lawsuit is continuing against Cryptsy and Vernon, which are referred to as the "Non-Settling Defendants."

- You are a Class Member if you are a Cryptsy account owner who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy as of November 1, 2015, through June 2, 2017, and are unable to access your crypto currency. Excluded from the Class are all employees of Cryptsy, including its shareholders, officers and directors and members of their immediate families.

- The outcome of the class action lawsuit against the Non-Settling Defendants is unknown. The Non-Settling Defendants have failed and refused to respond to the lawsuit, the Clerk of Court has entered a default against them, and Vernon has fled to China. Thus, it may be unlikely that any additional cryptocurrency or monies will be obtained from the Non-Settling Defendants. You will be notified if money or benefits are obtained from any of the Non-Settling Defendants through settlements or trial. Please be patient.

- You have the right to exclude yourself from the continuing lawsuit against the Non-Settling Defendants. If you choose to do so, you must exercise your right by **April 17, 2017**. Instructions on how to opt out are set forth in response to Question 21 below. You can receive the benefits of one or both of the settlements with the Settling Defendants even if you opt-out of the continuing lawsuit against the Non-Settling Defendants.

- This Class Action is separate and distinct from the class action lawsuit filed on December 13, 2016 against **COINBASE, INC**., in which Plaintiffs and the Receiver in this Class Action are attempting to recover additional monies for the same class certified by the Court in this Action. **Accordingly, your rights or claims in the Coinbase Class Action will not be impacted by this Action**. For more information about the case against Coinbase, visit www.cryptsysettlement.com.

3

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE **NON-SETTLING DEFENDANTS** | |
|---|---|
| **DO NOTHING** | If you do nothing, you will remain a Class Member in the lawsuit against the Non-Settling Defendants and retain the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial or settlement. By remaining in the Class, you will be bound by the outcome of the continuing lawsuit with the Non-Settling Defendants and will give up your right to file your own lawsuit. There is no money available now from Cryptsy or Vernon, and no guarantee that there will be. The outcome of the continuing class action lawsuit against these Non-Settling Defendants is not yet known. If additional money or benefits are obtained from the Non-Settling Defendants, you will be notified again. |
| **EXCLUDE YOURSELF FROM THE ONGOING LAWSUIT** | **If you exclude yourself from the ongoing lawsuit, you will receive no payment from any Non-Settling Defendants even if any monies are collected as the result of a trial or settlement, but you will retain the right to file your own lawsuit.** You will remain in the Class on whose behalf the lawsuit will continue against the Non-Settling Defendants unless you submit a written request to exclude yourself from it as described in the response to Question 21 below. You must submit a timely written request to exclude yourself from the Class, if you wish to do so, by **April 17, 2017**. This is the only way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Non-Settling Defendants. |

## Detailed Information

The above bullet points and charts provide summary information regarding the lawsuits against the Settling and Non-Settling Defendants. The remainder of this Notice is designed to provide more information to help you evaluate your options and answer any questions that you may have.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** .......................................................................................................**PAGE 5**
    1.   Why did I get this Notice?
    2.   What is this lawsuit about?
    3.   Why is this a class action, and who is involved?
    4.   Why are there settlements?
    5.   Why are the settlements "partial" settlements?
    6.   Why is the lawsuit continuing if there are settlements?
    7.   What happens if the Plaintiffs later settle with the Non-Settling Defendants?

**WHO IS IN THE SETTLEMENTS AND THE CLASS ACTION LAWSUIT?** .......................................**PAGE 8**
    8.   Am I a Class Member who is part of the settlements and the ongoing class action lawsuit against the Non-Settling Defendants?
    9.   I'm still not sure if I am included.
    10.  Does it make a difference whether I work or worked for a Settling Defendant? or a Non-Settling Defendant?
    11.  What are my rights as a Class Member?

**THE SETTLEMENT BENEFITS**..................................................................................... **PAGE 8**
    12.  What do the settlements provide?
    13.  How much money can I get from the settlements?

SUBMITTING A CLAIM FORM for a Share of the Settlements .................................................... PAGE 10
    14.   How can I get money from the settlements?
    15.   When will I get my payments?
    16.   What am I giving up to get payments under the settlements?

THE LAWYERS REPRESENTING YOU ...................................................................................... PAGE 12
    17.   Who represents me in this case?
    18.   Should I get my own lawyer?
    19.   How will the lawyers be paid?

EXCLUDING YOURSELF FROM THE SETTLEMENTS ............................................................... PAGE 13
    20.   How do I get out of the settlements?

EXCLUDING YOURSELF FROM THE ONGOING LAWSUIT ...................................................... PAGE 13
    21.   How do I get out of the ongoing lawsuit?
    22.   If I don't exclude myself, can I sue the Defendants for the same thing later?
    23.   If I exclude myself, can I get money from this case?

COMMENTING ON OR OBJECTING TO THE SETTLEMENTS ........................................................ PAGE 15
    24.   How do I tell the Court that I like or don't like a proposed settlement,
        and may I speak at the hearing?
    25.   What is the difference between objecting and excluding?

THE COURT'S FAIRNESS HEARING ........................................................................................... PAGE 16
    26.   When and where will the Court decide whether to approve the settlements?
    27.   Do I have to come to the Fairness Hearing?
    28.   May I speak at the hearing?

IF YOU DO NOTHING ..................................................................................................................... PAGE 16
    29.   What happens if I do nothing at all?

GETTING MORE INFORMATION .................................................................................................. PAGE 17
    30.   Are more details about the settlements and the lawsuit available?
    31.   How do I get more information?

## BASIC INFORMATION

| 1. Why did I get this Notice? |
|---|

You received this Notice because you requested a copy of the Notice through a toll-free number or contacted the lawyers involved in this case or the Claims Administrator.

**The Court directed the parties to send you this Notice for two reasons:**

**(1)    Class Members have the right to know about two proposed partial settlements of a class action lawsuit, and about their legal rights and options, before the Court holds a "Fairness Hearing" to decide whether to grant final approval to the settlements.**

This Notice explains the lawsuit, the settlements, and your legal rights. It also explains what benefits from the settlements will be available, when they will be available, who is eligible for them, and how to obtain them. If the Court approves the settlements and orders that the settlement funds be distributed and if any appeals of the Court's approval of these settlements are resolved in Plaintiffs' favor, an administrator appointed by the Court will make the payments that the settlement allows.

The Court has preliminarily approved both partial settlements. If you are a Class Member, you have legal rights and options that you may exercise before the Court considers whether it will grant final approval to the proposed partial settlements at the "Fairness Hearing." The Court will hold the Fairness Hearing on **June 2, 2017**, to decide whether the proposed partial settlements are fair, reasonable, and provide adequate compensation and benefits to the members of the Class.

If you wish to comment on (including object to) or exclude yourself from one or both of the settlements, you must do so following the procedures described below. If you do nothing, you will not receive any money from the settlements, but you will be bound by any final judgment.

**(2)     Class Members have the right to know that the Court has approved, or "certified," this case as a class action lawsuit against the Non-Settling Defendants, and about their legal rights and options before the claims being made on behalf of the Class are evaluated on their merits.**

On August 25, 2016, the Court decided that this lawsuit can proceed as a class action against the Non-Settling Defendants. You will remain as a Class Member in this continuing lawsuit if you do nothing or you can exclude yourself from this continuing lawsuit as explained in the response to Question 21 below. If you decide you want to exclude yourself, or opt-out, you must submit a timely written request to do so by **April 17, 2017**.

### 2.   What is this lawsuit about?

On January 13, 2016, Plaintiffs filed this class action on behalf of themselves and the Class against Cryptsy and its majority shareholder, Vernon (the "Cryptsy Defendants") and Nettles, the ex-wife of Vernon. The lawsuit was amended on January 9, 2017, to name as additional defendants Ridgewood and KM.

The Cryptsy Defendants operated an online business for general consumers and the public to exchange, invest, and trade in digital cryptocurrencies, such as "Bitcoin" and "Litecoin." Similar to a bank, but existing only in the "virtual" world, Cryptsy customers, including Plaintiffs and the Class, deposited their digital currency in accounts held at, and purportedly protected and managed by, Cryptsy. Plaintiffs alleged that the Cryptsy Defendants acted unlawfully by denying the Class the ability to withdraw or use the funds in their accounts and by stealing for the Cryptsy Defendants' own use and benefit the digital currency held in the Cryptsy customer accounts.

As to Defendant Nettles, Plaintiffs alleged that monies stolen from the Class were used to purchase real estate in Palm Beach County, Florida for $1,375,000 (the "Property"), and that the Property was subsequently transferred to Defendant Nettles in a divorce settlement with her now ex-husband, Vernon.

As to Defendants Ridgewood Investments, Inc., and Kaushal Majmudar, Plaintiffs alleged that they were unjustly enriched as a result of receiving monies from the operations of Cryptsy.

To obtain more information about the claims in this lawsuit, you can view the complaint and other court documents in this case at www.cryptsysettlement.com.

### 3.   Why is this a class action, and who is involved?

In a class action, one or more people called "class representatives" sue on behalf of themselves and other people who have similar claims. The people with similar claims are a "Class" and are called "Class Members." The Court appointed Named Plaintiffs Brandon Leidel and Michael Wilson as Class Representatives in this case. The Court decided that the claims against Cryptsy, Vernon and Nettles can be a class action, and certified the class, because they meet the requirements of Federal Rule of Civil Procedure 23, which governs class actions. Defendants Ridgewood and KM were added to the case after the Court certified the Class against Cryptsy, Vernon and Nettles, and agreed for purposes of settlement that the case should proceed as a class action, subject to the Court's approval.

6

---

**4. Why are there settlements?**

The Court has not found in favor of Plaintiffs or Defendants. While the lawsuit is still pending before the United States District Court, Plaintiffs and the Settling Defendants have agreed to settlements which, if they are approved, will bring the claims against Nettles, Ridgewood and KM to an end. That way, Plaintiffs and Settling Defendants avoid the uncertainty of continuing the case between them and the cost of further litigation, and Class Members will get the benefits of the settlements. The Class Representatives and their attorneys think the settlements are best for everyone who allegedly was harmed by Nettles', Ridgewood's and KM's alleged conduct.

---

**5. Why are the settlements "partial" settlements?**

Although the settlements with Nettles, Ridgewood and KM fully resolve the Class Members' claims against them as described in Question 16, the settlements only partially resolve the case, which will continue against the Non-Settling Defendants, as discussed in Question 6. Moreover, Plaintiffs and the Receiver have filed a separate lawsuit against Coinbase in an effort to obtain more money for the Class. For this reason, the settlements with Nettles, Ridgewood and KM are "partial" settlements.

---

**6. Why is the lawsuit continuing if there are settlements?**

Nettles, Ridgewood and KM have agreed to settle this case. The Non-Settling Defendants (Cryptsy and Vernon) have not agreed to settle, so the lawsuit will continue against them. More money may become available in the future as a result of additional settlements with and/or a trial against the Non-Settling Defendants, but there is no guarantee this will happen. While Class Representatives, through their counsel and the Receiver, are continuing their efforts to search for and/or obtain from Cryptsy and Vernon additional cryptocurrency and monies, it is unlikely that such efforts will be successful because Cryptsy is closed and, Defendant Vernon fled to and now lives in China, and has refused to participate in this lawsuit.

The claims against Cryptsy and Vernon are not presently set for trial. As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at a trial. The Court will set a date for the trial, which can be obtained from Class Counsel, the www.cryptsysettlement.com website, and the Clerk of Court. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiffs or Defendant are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class.

You do not need to attend the trial. Class Counsel will present the case for the Plaintiffs, and Cryptsy and Vernon may present the defenses. You or your own lawyer are welcome to come at your own expense.

If the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this will take.

---

**7. What happens if Plaintiffs later settle with the Non-Settling Defendants?**

The lawsuit will continue against the Non-Settling Defendants on behalf of all Class Members who do not exclude themselves from the lawsuit as described in Question 21. It cannot be known whether the Plaintiffs would prevail against the Non-Settling Defendants at a trial. If there are additional settlements in the future, there will be notice of those settlements as well. Depending on the timing of the notice and Fairness Hearing for any such settlements, the settlement funds received from the Settling Defendants and from any Non-Settling Defendants who may settle in the future may be distributed at the same or different times, in one or multiple distributions, to Class members who have submitted or will in the future submit claims.

## WHO IS IN THE SETTLEMENTS AND THE CLASS ACTION LAWSUIT?

**8. Am I a Class Member who is part of the settlements and the ongoing class action lawsuit against the Non-Settling Defendants?**

In general, individuals who are Cryptsy account owners who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy as of November 1, 2015, through June 2, 2017, and are unable to access their cryptocurrency may be Class Members (a) who are eligible for a payment from the settlements when the funds are distributed, and (b) on whose behalf the lawsuit will continue against the Non-Settling Defendants. (Excluded from the Class are all employees of Cryptsy, including its shareholders, officers and directors and members of their immediate families.)

**9.   I'm still not sure if I am included.**

If you received this Notice, it is because you contacted Class Counsel and/or the Receiver and provided information that indicates that you may be a potential Class Member, or your contact information was discovered in records of Cryptsy dated as of January 1, 2014. If you are still not sure whether you are included, you can get help at www.cryptsysettlement.com or by calling 1-888-868-4936.

**10. What is a Receiver and Why Did the Court Appoint One?**

A Receiver is a person appointed by the Court to typically preserve the assets and property of a company in financial distress or subject to claims of wrongdoing. In this case, the Court appointed a Receiver at the request of Plaintiffs and their lawyers (known as Class Counsel, as described below). Plaintiffs filed a motion to ask the Court to appoint a Receiver because Plaintiffs wanted to ensure that the Cryptsy Defendants and Defendant Nettles did not attempt to hide, sell or otherwise keep from Plaintiffs and the Class monies and assets to satisfy any judgment obtained in this case, and likewise to recover monies and assets for the benefit of the Class.  Class Counsel and the Receiver worked cooperatively on this matter and, as described in Question 12 below, obtained and recovered assets for the benefit of the Class.

**11.  What are my rights as a Class Member?**

With respect to the Settling Defendants, you have the right to (1) do nothing, in which case you will not receive a payment and will waive any rights to pursue a lawsuit of your own against the Settling Defendants, (2) submit a Claim Form to receive a payment from the Settlement Funds (*see* Question 14), (3) exclude yourself from either or both of the settlements (*see* Question 20), (4) comment on or object to one or both of the settlements (*see* Question 24), and/or (5) attend the Court's Fairness Hearing to speak in support of or against the Court's final approval of one or both of the settlements (*see* Question 28).

With respect to the Non-Settling Defendants, you have the right to (1) do nothing, in which case you will be bound by the outcome of the litigation against the Non-Settling Defendants including receiving payment that could result from trial or future settlements in this litigation against Non-Settling Defendants, or (2) exclude yourself from the ongoing lawsuit, in which case you preserve any right you may have to bring a lawsuit of your own against the Non-Settling Defendants but give up the right to receive any payment that could result from trial or future settlements in this litigation with Non-Settling Defendants (*see* Question 21).

## THE SETTLEMENT BENEFITS

Plaintiffs, the Class and the Receiver entered two Settlement Agreements, (1) one with Defendant Nettles, and (2) one with Defendants Ridgewood Investments, Inc., and Kaushal Majmudar.  The Settlement Agreements are available for your review at www.cryptsysettlement.com. You can also review the Settlement

Agreements by visiting www.pacer.gov, or by contacting the Clerk of Court. The following pages provide a summary of the Settlement Agreements, and your rights and options under the Settlement Agreements.

| **12.  What do the settlements provide?** |
| --- |

A Settlement Fund has been created in this action which includes the following items which were obtained by Plaintiffs and Receiver from Cryptsy (after Receiver took over Cryptsy) and in the settlements with Nettles, Ridgewood and KM:

1. As part of this Settlement, Defendant Nettles agreed to convey to the Receiver for the benefit of the Class:

    a. Real estate located in Palm Beach County, Florida that Defendants Vernon and Nettles purchased in 2015 for $1,375,000 (the Property), and was subsequently transferred to Defendant Nettles in a divorce settlement; and

    b. A Tiffany ring that Defendant Vernon purchased for Defendant Nettles for over $104,000;

(Receiver and Class Counsel are in the process of liquidating the real estate and the ring, the proceeds from which will be part of the Settlement Fund).

2. In addition, the Receiver and Class Counsel obtained for the benefit of the Class:

    a. Cryptocurrency from Cryptsy, (i) part of which has been sold for a total of approximately $330,000 and (ii) part of which Receiver is continuing to liquidate;

    b. An Infiniti QX60 from Defendant Cryptsy and was sold for $26,000; and

    c. Personal property, such as computers, art work, and household furnishings, from Defendant Cryptsy.

(Receiver and Class Counsel are in the process of liquidating the remaining cryptocurrency, and personal property, the proceeds from which will be part of the Settlement Fund).

3. Also, Defendant Ridgewood is contributing $220,000 to the Settlement.

The property and monies obtained from Nettles, Ridgewood and KM, and obtained from Cryptsy by the Receiver and Class Counsel, are collectively referred to as the "Settlement Funds." After all of the items that comprise the Settlement Fund are liquidated, and then after deducting attorneys' fees, costs, applicable taxes, and other monies, fees and expenses (*see* Question 19), the Settlement Fund will be distributed to Class Members who file valid claims.  You may view more detailed explanations of the properties and monies that comprise the settlement fund, including how such items were obtained and how and when they will be liquidated, by viewing the Settlement Agreements and Receiver's Reports, which are available at www.cryptsysettlement.com and www.cryptsyreceivership.com.

As a Settlement Class Member, you will give up, or "release," your claims against Nettles, Ridgewood and KM. Those releases include any claims made or that could have been made arising from the facts alleged in this lawsuit.  The releases are described in more detail in the Settlement Agreements and in Question 16 below.

| 13.  How much money can I get from the settlements? |
|---|

Class Members who submit a Claim Form are called "claimants" and will be eligible to receive a share of the Settlement Funds if and when the Settlement Funds are distributed. The Claims Administrator, with the assistance of the Receiver and Class Counsel, will determine the market value, as of November 1, 2015, of the cryptocurrency(ies) held by Class Members that submit valid claims. Each Class Member submitting a valid claim shall be allocated a pro rata share of the Net Settlement Fund based on his, her or its claim compared to the total number of valid claims. There is no way to determine, in advance, how many Class Members will make claims from the Net Settlement Fund. Class Members who do not submit valid claims will not share in the proceeds of the Net Settlement Funds, but will nevertheless be bound by this Settlement.

The proposed Plan of Allocation is contained in the Settlement Agreements which are available for review at www.cryptsysettlement.com, and will be presented for approval by the Court at the Fairness Hearing (*see* Question 26).

## SUBMITTING A CLAIM FORM FOR A SHARE OF THE SETTLEMENTS

| 14.  How can I get money from the settlements? |
|---|

To receive money from the settlements, you must complete and submit a Claim Form, either online at www.cryptsysettlement.com, or by mail. A copy of the Claim Form is included with this Notice. Please read this Notice and the Claim Form carefully. You must either complete and submit the form online no later than **May 17, 2017, or complete the included form manually, sign it, and mail it postmarked no later than May 17, 2017, to the Claims Administrator at the address listed in the Claim Form.** If necessary, you may download and print out a Claim Form from the website www.cryptsysettlement.com.

*Please note that the Claim Form must be signed*.  By signing your Claim Form, you will be swearing that the information you submit is true and accurate.  You will also be authorizing the Claims Administrator to contact you for more information to help evaluate your Claim.

**IF YOU DO NOT SUBMIT YOUR SIGNED CLAIM FORM WITH THE REQUIRED SUPPORTING DOCUMENTS BY THIS DEADLINE, YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO RECEIVE ANY PAYMENT FROM THE SETTLEMENT FUND.**

As part of your Claim, you should provide as much documentation as you can supporting your claim, including your status as a Cryptsy account holder and specifically the type and amount of cryptocurrency you held at Cryptsy as of November 1, 2015 and which you can no longer access. All information provided will be treated as confidential and will be used only for the purpose of reviewing and administering your Claim.

Examples of documentation you might have to support your claim include screen shots of your holdings at Cryptsy or account statements. You may have other types of supporting documentation. You should submit whatever you have. Please note that it appears that Defendant Vernon or someone under his direction destroyed all of Cryptsy database records and, as a result, the only way to establish your claim is through your submission of records that evidence your ownership of Cryptocurrency held at Cryptsy as of November 1, 2015. Class Counsel and the Receiver have asked Defendant Vernon to provide copies of the records that show all of the holdings of the Class, and likewise continue to search for such records. To date, Defendant Vernon has failed to respond to or comply with such requests.

If you fall within the Class definition, you may receive money from either or both settlements. If you submit one completed Claim Form, it will be deemed submitted for both settlements unless you separately have written to exclude yourself from one of the settlements by following the instructions on how to exclude yourself

in Question 20 below. Therefore, if you did not submit a written request to be excluded from a settlement and timely submit a completed Claim Form, you will be deemed to have submitted a claim to receive money from both settlements. If you have separately written to exclude yourself from one of the two settlements and you timely submit a completed Claim Form, you will be deemed to have submitted a claim to receive money only under the settlement from which you did not exclude yourself. And if you have separately written to exclude yourself from both settlements and submit a Claim Form, the Claims Administrator will honor your request for exclusion and your Claim Form will be deemed invalid.

If at such time that all valid Claims are paid in full from the Settlement Fund by the Claims Administrator, and there is a balance remaining in the Settlement Fund 180 days after the last check is issued, the Claims Administrator will, if feasible, distribute any such balance by way of *pro rata* payments to Class Members who submitted valid Claims and who cashed their checks. Thereafter, any remaining balance, if any, will be paid to Legal Aid Society of Palm Beach County.

If you have any problems with the Claim Form or questions about how to submit your claim, please call the Claims Administrator at the telephone number printed at the bottom of this page.

| **15.  When will I get my payments?** |
|---|

The Court will hold a final Fairness Hearing on **June 2, 2017** to decide whether to approve the settlements. If the Court approves the settlements, there still may be appeals of that decision. If an appeal is filed, it is hard to estimate how long it might take for it to be resolved, but it can take a lot of time, perhaps more than a year. Settlement payments to Settlement Class Members will be distributed if the settlements are approved, and after appeals, if any, are resolved.

Updates regarding the settlements and when payments may be made will be posted on the settlement website, www.cryptsysettlement.com.

| **16.  What am I giving up to get payments under the settlements?** |
|---|

If you are a Class Member, unless you exclude yourself from one or both settlements, you are staying in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against Nettles, Ridgewood or KM about the legal claims in this case. It also means that all of the Court's orders will apply to you and legally bind you, and that you agree to the "Releases of Claims" contained in the Settlement Agreements, which describe exactly the legal claims that you give up if you get settlement benefits.

With respect to Nettles, Ridgewood and KM, the Class and the Receiver are providing Defendants Nettles, Ridgewood, and KM with a release of liability.  Defendant Vernon is not part of, and is expressly excluded from the release of liability.  You may view the release in the Nettles and Ridgewood Settlement Agreements at www.cryptsysettlement.com.

**By participating in either or both of these settlements you are not giving up your right to receive payments from any future settlements or a trial against the Non-Settling Defendants, or in the separate action pending against Coinbase.**

## THE LAWYERS REPRESENTING YOU

| **17. Who represents me in this case?** |
| --- |

The Court appointed the law firms of Wites & Kapetan, P.A., and The Silver Law Group to represent you and other Class Members. Their contact information is as follows:

| | |
| --- | --- |
| Marc A. Wites<br>WITES & KAPETAN, P.A.<br>4400 N. Federal Highway<br>Lighthouse Point, Florida 33064<br>Phone: 954-570-8989<br>mwites@wklawyers.com | David C. Silver<br>SILVER LAW GROUP<br>11780 W. Sample Road<br>Coral Springs, Florida 33065<br>Phone: (954) 755-4799<br>dsilver@silverlaw.com |

These lawyers are called Co-Lead Counsel and Class Counsel. The Court also appointed James D. Sallah, not individually but solely in his capacity as the Court-appointed Receiver, to act as the Receiver in this matter. If you want to be represented by your own lawyer, you may hire one at your own expense and enter an appearance through your own counsel.

| **18. Should I get my own lawyer?** |
| --- |

You do not need to hire your own lawyer because Plaintiffs' Counsel are working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your lawyer to appear in Court for you if you want someone other than Plaintiffs' Counsel to speak for you. You may also appear for yourself without a lawyer.

| **19. How will the lawyers be paid?** |
| --- |

The Settlement Agreement authorizes Co-Lead Counsel to seek an award of attorney's fees of up to 33.33% of the Settlement Fund, plus expenses and costs, which also will be paid from the Settlement Fund. According to the laws and rules that govern receivers, the Receiver and Receiver's Counsel may separately submit a Fee and Expense Application for the payment of their respective attorney's fees, expenses and costs from the Settlement Fund. Co-Lead counsel have committed to reduce their attorney's fee application such that that the amount Co-Lead Counsel seeks in attorney's fees, when coupled with the attorney's fees sought by the Receiver and Receiver's Counsel, will not cause the total amount of attorney's fees paid from the Settlement Fund to exceed 33.33% of the Settlement Fund.

In addition, Co-Lead Counsel will ask the Court to award Plaintiffs in this Action a service award of $500 each for their time and effort acting as Class Representatives. The Service Awards shall be paid when the Settlement Funds are distributed to Class members who have submitted valid claims. Plaintiffs' Counsel may seek additional attorneys' fees, costs, and expenses from any future settlement or recovery obtained from Non-Settling Defendants.

You do not have to pay any of Class Counsel's fees, costs, or expenses. If the Court grants Counsel's requests, all fees, costs, and expenses would be deducted from any money obtained for the Class.

## EXCLUDING YOURSELF FROM THE SETTLEMENTS WITH THE SETTLING DEFENDANTS

**20.  How do I get out of the settlements?**

If you fall within the Class definition but don't want a payment from one or both of the settlements or you want to keep the right to sue or continue to sue Nettles, Ridgewood, or KM (at your own expense) about the legal issues in this case, then you must "opt out" of one or both of the settlements. This is called excluding yourself from, or opting out of, a settlement Class. Opting out of a settlement Class at this time will not affect your right to remain in the Class for purposes of the continuing litigation against the Non-Settling Defendants.

To exclude yourself from (opt out of) one or both of the settlements, you must send a letter stating that you want to be excluded from Cryptsy Cryptocurrency Litigation, Case No.: 9:16-cv-80060. Be sure to include your name, address, telephone number, and your signature. **You must mail your exclusion request postmarked no later than April 17, 2017 to**:

<div align="center">

Cryptsy Cryptocurrency Litigation
EXCLUSIONS
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

</div>

You cannot exclude yourself on the phone or by fax or e-mail – you must do so in writing. If you request to be excluded, you will not receive any money from the Settlements, and you cannot object to the Settlement. However, you will not be legally bound by anything that happens in this lawsuit, and you will keep your right to separately pursue claims against Defendants Nettles, Ridgewood and KM relating to the subject matter of this lawsuit.

You must also specify if you only seek to exclude yourself from the Nettles settlement only, the Ridgewood Settlement only, or from both settlements. If you do not specify, your exclusion will be deemed submitted for both settlements.

If you request to be excluded from the settlement with Nettles, you will not be legally bound by the settlement with Nettles. You will be able to sue (or continue to sue) Nettles in the future about the legal claims in this case.

If you request to be excluded from the settlement with Ridgewood and KM, you will not be legally bound by the settlement with Intuit.  You will be able to sue (or continue to sue) Ridgewood and KM in the future about the legal issues in this case.

If you ask to be excluded from either of the settlements, you will not get any payment from that settlement, and you cannot object to that settlement.

However, if you ask to be excluded from either or both settlements, you will still remain as a Class Member in the ongoing litigation against the Non-Settling Defendants unless you exclude yourself from the ongoing litigation by following the instructions below.

## EXCLUDING YOURSELF FROM THE ONGOING LAWSUIT
## AGAINST THE NON-SETTLING DEFENDANTS

**21.  How do I get out of the ongoing lawsuit?**

If you fall within the Class definition but do not want to be included in the ongoing class action against the Non-Settling Defendants, including because you want to retain the right to sue or continue to sue Cryptsy or Vernon about the legal issues in this case, then you must opt out of this lawsuit.

To exclude yourself from (opt out of) the ongoing lawsuit against the Non-Settling Defendants, you must you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Leidel v. Cryptsy,* Case No.: 9:16-cv-80060-MARRA, with your name and address, and sign the letter. **You must mail your Exclusion Request postmarked by April 17, 2017, to:**

*Leidel v. Cryptsy Exclusions*
1801 Market Street, Suite 660
Philadelphia, PA 19103

You cannot exclude yourself on the phone or by fax or e-mail – you must do so in writing. You may also get an Exclusion Request form at the website, www.cryptsysettlement.com.

If you have any questions about how to submit this request, please call the Claims Administrator at the telephone number printed at the bottom of this page.

If you request to be excluded from the ongoing lawsuit against the Non-Settling Defendants, you will not be legally bound by the Court's judgments. If the Class gets money or benefits as a result of any settlement or trial between any of the Non-Settling Defendants and the Plaintiffs, you will not receive any of that money or those benefits. You will, however, be able to sue, or continue to sue, any of the Non-Settling Defendants about the same legal claims that are involved in this case. If you do exclude yourself from the ongoing lawsuit and pursue a separate lawsuit, you will have to retain your own lawyer for that case or prosecute the case without a lawyer.

If you choose to exclude yourself from any part of this case, you may include any/all of your exclusion requests in one letter or written request, or you may prepare separate letters and written requests and include them in the same mailing envelope, email or fax; there is no need to send separate letters, emails or faxes, or to use separate envelopes.

| **22.  If I don't exclude myself, can I sue the Defendants for the same thing later?** |
| --- |

No.  If you are a Class member, unless you exclude yourself from the two settlements, you give up the right to sue Nettles, Ridgewood, and KM for the claims that the two settlements resolve as more fully described in Question 16 above.

If you are a Class member, unless you exclude yourself from the ongoing lawsuit against the Non-Settling Defendants, you give up the right to sue Cryptsy and Vernon for the legal claims in this case as more fully described in Question 21 above.

If you have a pending lawsuit against any of the Defendants, speak to your lawyer in that lawsuit immediately, because you may need to exclude yourself to continue your own lawsuit. The process for excluding yourself from the settlements and/or the ongoing lawsuit is described in the preceding sections.

| **23.  If I exclude myself, can I get money from this case?** |
| --- |

It depends on whether you exclude yourself from both settlements, or only one settlement, and/or from the ongoing lawsuit. If you exclude yourself from only one settlement, you may still submit a Claim Form to receive money under the other settlement.  If you exclude yourself from both settlements, you will not receive money under either settlement even if you submit a Claim Form.  If you exclude yourself from the continuing litigation, you will not be eligible to receive a share of the money recovered, if any, from Non-Settling Defendants in the future. But, by excluding yourself, you keep any rights to sue on your own about the same legal claims in the lawsuit should you want to do so.

## COMMENTING ON OR OBJECTING TO THE SETTLEMENTS

**24. How do I tell the Court that I like or don't like a proposed settlement, and may I speak at the hearing?**

If you are a Class Member, you can object to the Nettles and/or Ridgewood Settlements if you do not like any part of them, including the proposed award of attorneys' fees and expenses and proposed service awards to Plaintiffs, and the Court will consider your views. To object, you must send a letter to the Court, Class Counsel, and Defendants' Counsel saying that you object to the Settlement in Cryptsy Cryptocurrency Litigation, Case No.: 9:16-cv-80060. Be sure to include your name, address, telephone number, your signature, and the reasons you object to the Settlement. You also must affirm under penalty of perjury that you are a Class Member and provide proof of Class Membership. If you are represented by counsel, be sure to include the name, address, and telephone number of that lawyer.

Your objection **must be mailed to and actually received** at all of the following different **locations no later than May 3, 2017**. Send your objection to:

| Clerk of Court: | Defendants' Counsel: |
|---|---|
| Paul G. Rogers Federal Building and U.S. Courthouse 701 Clematis Street, Room 202 West Palm Beach, FL 33401 | Mark A. Levy Brinkley Morgan 200 East Las Olas Blvd., 19th Floor Fort Lauderdale, FL 33301 |
| Class Counsel: | **and** |
| Marc A. Wites Wites & Kapetan, P.A. 4400 N. Federal Highway Lighthouse Point, Florida 33064 | Jose G. Sepulveda Stearns Weaver Miller Weissler, Alhadeff & Sitterson, P.A. 150 W. Flagler Street, Suite 2200 Miami, FL 33130 |

You do not need to attend or speak at the Fairness Hearing (described in Question 26 below) for your comments or objections to be considered. If you would like to speak at the Fairness Hearing about your comments or objections to the settlements, you must add to your letter a statement that you intend to appear and speak at the hearing, for example, by stating "This is my Notice of Intention to Appear in Cryptsy Cryptocurrency Litigation."

You will have no right to speak at the hearing about a settlement or object if you choose to exclude yourself from that settlement, because a settlement no longer affects you if you opt out of it.

**25.  What is the difference between objecting and excluding?**

Objecting is telling the Court that you do not like something about the Settlement. You can object only if you stay in the Class. If you object, you will remain in the Class and will be bound by the proposed Settlement if the Court approves the Settlement, despite your objection. If you object, you can also participate in the Settlement benefits described above. Excluding yourself is telling the Court that you do not want to be part of the Class or the lawsuit. You cannot request exclusion and object to the Settlement. If you exclude yourself, you have no basis to object because the case no longer affects you. Class Members who do exclude themselves may, if they wish, enter an appearance through their own counsel.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement.
You may attend, and you may ask to speak, but you don't have to.

| 26. When and where will the Court decide whether to approve the settlements? |
|---|

The Court will hold a Final Settlement Hearing at **10:00 a.m. on June 2, 2017** at the Courtroom of the Honorable Kenneth A. Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, West Palm Beach, FL 33401. The hearing date may be changed by the Court, and you should check www.cryptsysettlement.com for any updates. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. The Court also may consider how much to award Co-Lead Counsel and the amount of the service awards for Plaintiffs. We do not know how long this decision will take.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this Notice. Be sure to check the website, www.cryptsysettlement.com for news of any such changes.

| 27. Do I have to come to the Fairness Hearing? |
|---|

No. Co-Lead Counsel will answer questions the Court may have. But you are welcome to come at your own expense. If you submit an objection, you do not have to come to the Court to talk about it. As long as you delivered your written objection on time, the Court will consider it. You may pay your own lawyer to attend, but it is not necessary.

| 28. May I speak at the hearing? |
|---|

You may ask the Court for permission to speak at the Final Settlement Hearing. To do so, you must file with the Court a "Notice of Intention to Appear." Be sure to include your name, address, telephone number, and your signature. You may be required also to provide proof that you are a Class Member. Your Notice of Intention to Appear must be filed no later than May 3, 2017, and must be served on the Clerk of the Court, Co-Lead Counsel, and Defendants' counsel at the addresses listed in section 24, above. You cannot speak at the hearing if you exclude yourself.

## IF YOU DO NOTHING

| 29. What happens if I do nothing at all? |
|---|

If you are a Class Member and you do nothing, you will get no money from the settlement with Nettles or the settlement with Ridgewood and KM, and claims you have against Nettles, Ridgewood and KM will be released unless you separately write to exclude yourself (following the instructions in Question 20). This means you won't be able to collect any money damages from Nettles, Ridgewood or KM in this lawsuit or another lawsuit for their alleged conduct. To qualify to receive any money from the settlement with Nettles or the settlement with Ridgewood and KM, you must submit a Claim Form, following the instructions in Question 14 and in the Claim Form.

If you are a Class Member and you do nothing, you will remain in the ongoing class action lawsuit and retain the ability to recover money or other benefits, if any, that may come from a trial or a settlement with the Non-Settling Defendants unless you separately request to exclude yourself (following the instructions in Question 21). By staying in the case, you give up your rights to sue any of the Non-Settling Defendants on your own about the same legal claims in this lawsuit and you will be bound by the results in the ongoing lawsuit.

## GETTING MORE INFORMATION

| **30.  Are more details about the settlements and the lawsuit available?** |

Yes. This Notice summarizes the two settlements and the ongoing lawsuit against the Non-Settling Defendants. More details about the settlements are in the proposed Settlement Agreements themselves. You can see or print copies of the Settlement Agreements at www.cryptsysettlement.com. More information about the ongoing class action lawsuit can also be viewed or printed at www.cryptsysettlement.com and www.cryptsyreceivership.com.

| **31.  How do I get more information?** |

The website www.cryptsysettlement.com provides more information about the lawsuit and the settlements. In addition, if you have any questions about the lawsuit or this Notice, you may:

☐ Visit the Settlement website at www.cryptsysettlement.com

☐ Visit the Receivership website at www.cryptsyreceivership.com

☐ Visit the Public Access to Court Electronic Records ("PACER") website:  www.pacer.gov to review the Settlement Agreements by clicking on the "Find a Case" option and searching by Case Number for 9:16-cv-80060

☐ Contact Co-Lead Class Counsel at:
Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989

☐ Call the Claims Administrator toll free 1-888-868-4936

☐ Write or fax to:
Cryptsy Cryptocurrency Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103
Facsimile: 1-215-525-0209

### PLEASE DO NOT CONTACT THE COURT.
### YOU SHOULD DIRECT ANY QUESTIONS YOU MAY HAVE ABOUT THE NOTICE AND/OR CLAIM FORM TO THE CLAIMS ADMINISTRATOR AND/OR TO PLAINTIFFS' COUNSEL.

You may also seek the advice and counsel of your own attorney at your own expense, if you desire.

# Exhibit C







Profits Run

5 Stocks Set to Double in 2017

Zacks

Banyan Hill

Before Applying For A Credit Card, Check If You Pre-Qualify

Citi

**RELATED STORIES**

**NEWS**

Mar 14, 2017 at 16:00 | Stan Higgins

**EU Law Enforcement: Digital Currency is Impeding Investigations**

Law enforcement agencies in the EU have said that the growing use of digital currencies is impairing their efforts.

**NEWS**

Mar 13, 2017 at 17:20 | Stan Higgins

**EU Draft Law Outlines Parliament Plan to Monitor Bitcoin Users**

EU Parliament members have published new draft legislation outlining their plans to regulate digital currencies.

**NEWS**

Feb 24, 2017 at 15:31 | Stan Higgins

**Malta's PM: The Rise of Cryptocurrencies 'Cannot Be Stopped'**

European regulators should embrace cryptocurrencies, the prime minister of Malta argued in a speech yesterday.

**NEWS**

Feb 15, 2017 at 15:00 | Stan Higgins

**EU Commission: We Plan to Boost Support for Blockchain Projects**

The executive arm of the European Union government is planning to expand its work on blockchain, an official said last week.

If you are a **CRYPTSY** account holder and are unable to access your **CRYPTOCURRENCY**, you could get money from two different class action settlements.

CLICK HERE FOR MORE INFORMATION

INDUSTRY PRESS RELEASES

Mar 23 | 16:11    Press Release: Stratis' Breeze Wallet Redefines Financial Privacy for Blockchains

Mar 23 | 16:03    Press Release: Payment21 and ACI Worldwide Enable Anti-Money Laundering-Compliant Bitcoin Payments Globally

Mar 22 | 12:00    Press Release: Deloitte launches bitcoin payment option in Toronto Office

Mar 14 | 17:47    Press Release: Gartner Market Report: A Global Top 20 Blockchain Consulting and Development Firm

VIEW MORE          SUBMIT RELEASE

Got a news tip or guest feature?

**DON'T MISS A SINGLE STORY**

Subscribe to our free newsletter and follow us

Email Address          SUBSCRIBE



### Bitcoin Support Weakens As Price Drops Below $1,000

Mar 24, 2017 at 13:30 | Stan Higgins

Bitcoin prices fell below $1,000 this morning, dropping more than 5% since the start of the day's trading.



### A Major Bitcoin Scaling Meeting Could Take Place This May

Mar 23, 2017 at 15:30 | Pete Rizzo

An attempt is being made to gather representatives of bitcoin's diverse communities to discuss bitcoin scaling.



### Bats Exchange is Fighting the Winklevoss Bitcoin ETF Rejection

Mar 23, 2017 at 00:38 | Pete Rizzo

In a petition to the SEC, an exchange affiliated with a failed bitcoin investment product is pushing back against a rejection by regulators.



### Who's Buying Bitcoin? Demand Persists Amid Fork Fears

Mar 22, 2017 at 21:40 | Charles Bovaird

Bitcoin demand remains strong in spite of concerns that the bitcoin network might split.



### Sell and Short: Bitcoin Traders Are Preparing for a Possible Fork

Mar 21, 2017 at 16:20 | Charles Bovaird

Traders have been preparing for a potential split in the bitcoin network.



### After New Highs, Ethereum Returns to Rangebound Trading

Mar 20, 2017 at 22:10 | Charles Bovaird



Why Mizuho Believes Bitcoin Still Has a Future in Banking

How to Explore Blockchain

If you are a **CRYPTSY** account holder and are unable to access your **CRYPTOCURRENCY**, you could get money from two different class action settlements.

**CLICK HERE**
FOR MORE
INFORMATION

**INDUSTRY PRESS RELEASES**

Mar 23 | 16:11   Press Release: Stratis' Breeze Wallet Redefines Financial Privacy for Blockchains

Mar 23 | 16:03   Press Release: Payment21 and ACI Worldwide Enable Anti-Money Laundering-Compliant Bitcoin Payments Globally

Mar 22 | 12:00   Press Release: Deloitte launches bitcoin payment option in Toronto Office

Mar 14 | 17:47   Press Release: Gartner Market Report: A Global Top 20 Blockchain Consulting and Development Firm

Exhibit D

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315                                    Exclusion Request

To exclude yourself from (opt out of) one or both of the settlements, you must send a letter stating that you want to be excluded from Cryptsy Cryptocurrency Litigation, Case No.: 9:16-cv-80060. Be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request postmarked no later than **April 17, 2017** to:

<div align="center">

Cryptsy Cryptocurrency Litigation

EXCLUSIONS

Claims Administrator

1801 Market Street, Suite 660

Philadelphia, PA 19103

</div>

Please exclude myself from Cryptsy Cryptocurrency Litigation, Case No.: 9:16-cv-80060

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315
616-819-9802
nottenwess@gmail.com

Attached: 1- Exclusion Case# 9:16-cv-80060
        2- Exclusion Case #9:16-cv-80060-Marra and any class action.
        3- Cryptsy Holding Page 1-12

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

Exclusion Request

If you fall within the Class definition but do not want to be included in the ongoing class action against the Non-Settling Defendants, including because you want to retain the right to sue or continue to sue Cryptsy or Vernon about the legal issues in this case, then you must opt out of this lawsuit.

To exclude yourself from (opt out of) the ongoing lawsuit against the Non-Settling Defendants, you must you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Leidel v. Cryptsy*, Case No.: 9:16-cv-80060-MARRA, with your name and address, and sign the letter. **You must mail your Exclusion Request postmarked by April 17, 2017, to:**

*Leidel v. Cryptsy Exclusions*
1801 Market Street, Suite 660
Philadelphia, PA 19103

Please exclude myself from *Leidel v. Cryptsy*, Case No.: 9:16-cv-80060-MARRA, or any additional class action cases regarding Cryptsy.

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315
616-819-9802
nottenwess@gmail.com

Attached: 1- Exclusion Case# 9:16-cv-80060
                  2- Exclusion Case #9:16-cv-80060-Marra and any class action.
                  3- Cryptsy Holding Page 1-12

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

Exclusion Request

If you request to be excluded from the ongoing lawsuit against the Non-Settling Defendants, you will not be legally bound by the Court's judgments. If the Class gets money or benefits as a result of any settlement or trial between any of the Non-Settling Defendants and the Plaintiffs, you will not receive any of that money or those benefits. You will, however, be able to sue, or continue to sue, any of the Non-Settling Defendants about the same legal claims that are involved in this case. If you do exclude yourself from the ongoing lawsuit and pursue a separate lawsuit, you will have to retain your own lawyer for that case or prosecute the case without a lawyer.

If you choose to exclude yourself from any part of this case, you may include any/all of your exclusion requests in one letter or written request, or you may prepare separate letters and written requests and include them in the same mailing envelope, email or fax; there is no need to send separate letters, emails or faxes, or to use separate envelopes.

Attached: 1- Exclusion Case# 9:16-cv-80060
2- Exclusion Case #9:16-cv-80060-Marra and any class action.
3- Cryptsy Holding Page 1-12

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| Currency Name | Code | Available Balance | Held for Orders | BTC Value | In Lockbox |
|---|---|---|---|---|---|
| 007 | 007 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 42Coin | 42 | 0.11335500 | 0.00000000 | 0.00000000 | 0.00000000 |
| 8Bit | 8BIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Acoin | ACOIN | 158.03339640 | 0.00000000 | 0.00065110 | 0.00000000 |
| Aegis | AGS | 100.00000000 | 0.00000000 | 0.00006300 | 0.00000000 |
| AeroCoin | AERO | 100.00000000 | 0.00000000 | 0.00027500 | 0.00000000 |
| Aiden | AIDEN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AlienCoin | ALN | 300.00000000 | 0.00000000 | 0.00004500 | 0.00000000 |
| AlphaCoin | ALF | 15,690.60058485 | 0.00000000 | 0.00286031 | 0.00000000 |
| AmberCoin | AMBER | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AmericanCoin | AMC | 8,000.74062424 | 0.00000000 | 0.00192018 | 0.00000000 |
| AndroidsTokensV2 | ADT | 500,000.00000000 | 0.00000000 | 0.00035000 | 0.00000000 |
| AnonCoin | ANC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ApexCoin | APEX | 300.48669719 | 0.00000000 | 0.00248502 | 0.00000000 |
| Archcoin | ARCH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Argentum | ARG | 10.00000000 | 0.00000000 | 0.00004500 | 0.00000000 |
| Aricoin | ARI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| AsiaCoin | AC | 100.34020000 | 0.00000000 | 0.00026690 | 0.00000000 |
| AsicCoin | ASC | 1,000.00000600 | 0.00000000 | 0.00002700 | 0.00000000 |
| AuroraCoin | AUR | 126.14577431 | 0.00000000 | 0.00000000 | 0.00000000 |
| Axiom | AXIOM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

1

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| Axron | AXR | 500.00000000 | 0.00000000 | 0.00124500 | 0.00000000 |
| BancorCoin | BNCR | 1,200.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BatCoin | BAT | 5,000,000.00000000 | 0.00000000 | 0.00250000 | 0.00000000 |
| BattleCoin | BCX | 250.75772656 | 0.00000000 | 0.00018305 | 0.00000000 |
| BBQCoin | BQC | 100.00000000 | 0.00000000 | 0.00011400 | 0.00000000 |
| Benjamins | BEN | 1,000.00000000 | 0.00000000 | 0.00140000 | 0.00000000 |
| Betacoin | BET | 10.00000000 | 0.00000000 | 0.00000340 | 0.00000000 |
| BitBar | BTB | 51.39683229 | 0.00000000 | 0.19012459 | 0.00000000 |
| Bitbean | BITB | 500.00000000 | 0.00000000 | 0.00011500 | 0.00000000 |
| BitCoin | BTC | 0.00000108 | 0.00000000 | 0.00000108 | 0.00000000 |
| BitcoinDark | BTCD | 0.02000000 | 0.00000000 | 0.00003786 | 0.00000000 |
| BitGem | BTG | 52.00079795 | 0.00000000 | 0.01559972 | 0.00000000 |
| Bitmark | BTM | 0.05000000 | 0.00000000 | 0.00000502 | 0.00000000 |
| Bitshares PTS | PTS | 0.20000000 | 0.00000000 | 0.00001000 | 0.00000000 |
| Bitstake | XBS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BitSwift | SWIFT | 50.41694650 | 0.00000000 | 0.01764644 | 0.00000000 |
| BlackCoin | BLK | 260.00027875 | 0.00000000 | 0.00000000 | 0.00000000 |
| BlueCoin | BLU | 200,250.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BoostCoin | BOST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| BottleCaps | CAP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Bytecent | BYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ByteCoin | BTE | 10.00000000 | 0.00000000 | 0.00003200 | 0.00000000 |
| CACHeCoin | CACH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CAIx | CAIx | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CannabisCoin | CANN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CannaCoin | CCN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| CashCoin | CASH | 500.00000000 | 0.00000000 | 0.00053000 | 0.00000000 |
| CasinoCoin | CSC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CatCoin | CAT | 5.00000000 | 0.00000000 | 0.00000850 | 0.00000000 |
| Checkcoin | CKC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ChinaCoin | CNC | 5,000.00000000 | 0.00000000 | 0.00025000 | 0.00000000 |
| Cindercoin | CIN | 1,000.00000000 | 0.00000000 | 0.00007000 | 0.00000000 |
| CinniCoin | CINNI | 5.00000000 | 0.00000000 | 0.00000780 | 0.00000000 |
| Clams | CLAM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CloakCoin | CLOAK | 130.70021874 | 0.00000000 | 0.02698848 | 0.00000000 |
| CoinMagi | XMG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Coinworkscoin | LAB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ColossusCoin | COL | 250,250.00000000 | 0.00000000 | 0.00005005 | 0.00000000 |
| CommunityCoin | COMM | 50,000.00000000 | 0.00000000 | 0.00250000 | 0.00000000 |
| ConcealCoin | CNL | 10,000.00000000 | 0.00000000 | 0.00410000 | 0.00000000 |
| Consolidated Mining | MN | 1.00000000 | 0.00000000 | 0.00039998 | 0.00000000 |
| Continuumcoin | CTM | 5,250,250.00000000 | 0.00000000 | 0.00210010 | 0.00000000 |
| CoolCoin | COOL | 28,509.00000000 | 0.00000000 | 0.00741234 | 0.00000000 |
| CopperBars | CPR | 26.64633403 | 0.00000000 | 0.01027879 | 0.00000000 |
| CopperLark | CLR | 2,100.52211486 | 0.00000000 | 0.00111328 | 0.00000000 |
| Cosmoscoin | CMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CrackCoin | CRACK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CraftCoin | CRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CraigsCoin | CRAIG | 100.00000000 | 0.00000000 | 0.00002700 | 0.00000000 |
| Crave | CRAVE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptCoin | CRYPT | 100.00000000 | 0.00000000 | 0.00085000 | 0.00000000 |

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| Crypti | XCR | 5,000.00000000 | 0.00000000 | 0.03040000 | 0.00000000 |
| Crypto Bullion | CBX | 75.00000000 | 0.00000000 | 0.02325300 | 0.00000000 |
| CryptoBuck | BUK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptoCircuits | CIRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| CryptsyPoints | Points | 5.24454680 | 0.00000000 | 0.00015791 | 0.00000000 |
| Cypher | CYP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DamaCoin | DMC | 50,250,250.00000000 | 0.00000000 | 0.02010040 | 0.00000000 |
| DarkCash | DRKC | 50.56554263 | 0.00000000 | 0.00010113 | 0.00000000 |
| Darkshibe | DSB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DarkToken | DT | 100.00000000 | 0.00000000 | 0.00003800 | 0.00000000 |
| Dash | DASH | 115.65000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| DevCoin | DVC | 101,000.00000000 | 0.00000000 | 0.00404000 | 0.00000000 |
| Diamond | DMD | 6.33532664 | 0.00000000 | 0.00678856 | 0.00000000 |
| Digibyte | DGB | 71,500.73904507 | 0.00000000 | 0.00000000 | 0.00000000 |
| DigitalCoin | DGC | 400.00000001 | 0.00000000 | 0.01300000 | 0.00000000 |
| DimeCoin | DIME | 1,955,250,250.00000024 | 0.00000000 | 1.56420020 | 0.00000000 |
| DNotes | NOTE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoin | DOGE | 78,455.04765134 | 0.00000000 | 0.00000000 | 0.00000000 |
| Dogecoindark | DOGED | 2,000.00000000 | 0.00000000 | 0.00010000 | 0.00000000 |
| Doubloons | DBL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| e-Gulden | EFL | 10.00000000 | 0.00000000 | 0.00050000 | 0.00000000 |
| EarthCoin | EAC | 2,250,250.56011326 | 0.00000000 | 0.51755763 | 0.00000000 |
| Einsteinium | EMC2 | 500.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElaCoin | ELC | 1.00000000 | 0.00000000 | 0.00009099 | 0.00000000 |
| Elektron | EKN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ElephantCoin | ELP | 1,000.00000000 | 0.00000000 | 0.00005790 | 0.00000000 |

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| eMark | DEM | 50.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Emerald | EMD | 10.00000000 | 0.00000000 | 0.00001670 | 0.00000000 |
| Ether | ETH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Exclusivecoin | EXCL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ExeCoin | EXE | 100.00000000 | 0.00000000 | 0.00003600 | 0.00000000 |
| Expanse | EXP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| EZCoin | EZC | 100.00000000 | 0.00000000 | 0.00002200 | 0.00000000 |
| FastCoin | FST | 2,000.00000000 | 0.00000000 | 0.00076000 | 0.00000000 |
| FeatherCoin | FTC | 1,075.66554000 | 0.00000000 | 0.01200938 | 0.00000000 |
| FedoraCoin | TIPS | 25,250,250.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Fibre | FIBRE | 2.00000000 | 0.00000000 | 0.00036632 | 0.00000000 |
| FireflyCoin | FFC | 2,996.00000000 | 0.00000000 | 0.00017976 | 0.00000000 |
| FlappyCoin | FLAP | 18,000,000.93165088 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlorinCoin | FLO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| FlutterCoin | FLT | 100.00000000 | 0.00000000 | 0.00003400 | 0.00000000 |
| FractalCoin | FRAC | 4.00000000 | 0.00000000 | 0.00005816 | 0.00000000 |
| Franko | FRK | 45.00000000 | 0.00000000 | 0.00021760 | 0.00000000 |
| FreiCoin | FRC | 68.34276246 | 0.00000000 | 0.00018316 | 0.00000000 |
| Fuel2Coin | FC2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Galaxycoin | GLX | 20,000.00000000 | 0.00000000 | 0.00140000 | 0.00000000 |
| GameCoin | GME | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameCredits | GMC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GameLeagueCoin | GML | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Globalcoin | GLC | 1,000.00000000 | 0.00000000 | 0.00022000 | 0.00000000 |
| GlyphCoin | GLYPH | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| GoldCoin | GLD | 20,733.65036743 | 0.00000000 | 0.10097292 | 0.00000000 |

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| Coin | Symbol | | | |
|------|--------|--|--|--|
| GrandCoin | GDC | 1,000,000.83725150 | 0.00000000 | 0.05000004 | 0.00000000 |
| Greenbacks | GB | 120.00000000 | 0.00000000 | 0.00003480 | 0.00000000 |
| GuerillaCoin | GUE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Halcyon | HAL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HamRadioCoin | HAM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HeavyCoin | HVC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HoboNickels | HBN | 10.00000000 | 0.00000000 | 0.00015600 | 0.00000000 |
| Html5Coin | HTML5 | 100,100.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HunterCoin | HUC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HyperCoin | HYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| HyperStake | HYP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| I/OCoin | IOC | 1,000.00000000 | 0.00000000 | 0.08677000 | 0.00000000 |
| IcebergCoin | ICB | 50.00000000 | 0.00000000 | 0.00012000 | 0.00000000 |
| InfiniteCoin | IFC | 1,189,500.00000000 | 0.00000000 | 0.02379000 | 0.00000000 |
| IXCoin | IXC | 100.05405311 | 0.00000000 | 0.00780422 | 0.00000000 |
| JouleCoin | XJO | 2,500.00000000 | 0.00000000 | 0.00075000 | 0.00000000 |
| JudgeCoin | JUDGE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Jumbucks | JBS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| JunkCoin | JKC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KarmaCoin | KARM | 20,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KeyCoin | KEY | 50.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| KittehCoin | MEOW | 115,750,750.68626204 | 0.00000000 | 0.09260060 | 0.00000000 |
| KlondikeCoin | KDC | 100.00000000 | 0.00000000 | 0.00012700 | 0.00000000 |
| KrugerCoin | KGC | 10,000.00000000 | 0.00000000 | 0.00060000 | 0.00000000 |

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| Name | Symbol | Amount | | | |
|---|---|---|---|---|---|
| LeafCoin | LEAF | 5,000,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LegendaryCoin | LGD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LGBTQoin | LGBTQ | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LibertyCoin | XLB | 3,025.98941015 | 0.00000000 | 0.00118010 | 0.00000000 |
| LibrexCoin | LXC | 1,000.00000000 | 0.00000000 | 0.01561000 | 0.00000000 |
| LightSpeed | LSD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LimeCoinX | LIMX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LiteBar | LTB | 1.185.03521650 | 0.00000000 | 0.00000000 | 0.00000000 |
| LiteCoin | LTC | 0.44117857 | 0.00000000 | 0.00339663 | 0.00000000 |
| LitecoinDark | LTCD | 1,000.00000000 | 0.00000000 | 0.00095000 | 0.00000000 |
| LiteCoinX | LTCX | 13,335.66420160 | 0.00000000 | 0.00400070 | 0.00000000 |
| LottoCoin | LOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Lucky7Coin | LK7 | 800.00000000 | 0.00000000 | 0.00004800 | 0.00000000 |
| LuckyCoin | LKY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LycanCoin | LYC | 5,000.00000000 | 0.00000000 | 0.00010000 | 0.00000000 |
| MapCoin | MAPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MasterCoin (Hydro) | MST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MastertraderCoin | MTR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MaxCoin | MAX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MazaCoin | MZC | 41,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mediterraneancoin | MED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MegaCoin | MEC | 100.00000000 | 0.00000000 | 0.00051000 | 0.00000000 |
| MemeCoin | MEM | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MinCoin | MNC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Minerals | MIN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| Mining Contract 1 | MN1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Mining Contract 2 | MN2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MintCoin | MINT | 220,000.00000000 | 0.00000000 | 0.01760000 | 0.00000000 |
| Monacoin | MONA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Monero | XMR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MoonCoin | MOON | 3,100,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Munne | MNE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MurrayCoin | MRY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| MyriadCoin | MYR | 11,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Myst | MYST | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nakamotodark | NKT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NameCoin | NMC | 1.12892277 | 0.00000000 | 0.00152416 | 0.00000000 |
| NanoToken | NAN | 100.00000000 | 0.00000000 | 0.00001500 | 0.00000000 |
| NautilusCoin | NAUT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NavajoCoin | NAV | 400.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NeoCoin | NEC | 1,000.00000000 | 0.00000000 | 0.00021000 | 0.00000000 |
| Neoscoin | NEOS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Netcoin | NET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Neucoin | NEU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Neutron | NTRN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nibble | NBL | 1,100.54384334 | 0.00000000 | 0.00057228 | 0.00000000 |
| Nimbus | NMB | 20.00000000 | 0.00000000 | 0.00000200 | 0.00000000 |
| NobleCoin | NOBL | 50,000.00000000 | 0.00000000 | 0.00300000 | 0.00000000 |
| NoirBits | NRB | 5.00000000 | 0.00000000 | 0.00000375 | 0.00000000 |
| NoirShares | NRS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| NovaCoin | NVC | 10.00000000 | 0.00000000 | 0.02584890 | 0.00000000 |
| NuBits | NBT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Nushares | NSR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

8

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| Nxt | NXT | 7,550.23946785 | 0.00000000 | 0.00000000 | 0.00000000 |
| NyanCoin | NYAN | 11,000.00000000 | 0.00000000 | 0.00195250 | 0.00000000 |
| Opal | OPAL | 1,008.32972112 | 0.00000000 | 0.00437615 | 0.00000000 |
| OpenSourceCoin | OSC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Orbitcoin | ORB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Paycoin XPY | XPY | 0.00050000 | 0.00000000 | 0.00000003 | 0.00000000 |
| PayCon | CON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Peercoin | PPC | 3.00000000 | 0.00000000 | 0.00390000 | 0.00000000 |
| Pennies | CENT | 30,350,350,350.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PhilosopherStone | PHS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PhoenixCoin | PXC | 31,000.00000000 | 0.00000000 | 0.00930000 | 0.00000000 |
| PopularCoin | POP | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Positron | TRON | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PotCoin | POT | 1.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PrimeCoin | XPM | 400.45704046 | 0.00000000 | 0.03210912 | 0.00000000 |
| PseudoCoin | PSEUD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| PYC | PYC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Quark | QRK | 750.10780433 | 0.00000000 | 0.00496571 | 0.00000000 |
| RabbitCoin | RBBT | 10,000,000.00000000 | 0.00000000 | 0.00400000 | 0.00000000 |
| RateCoin | XRA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Razor | RZR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RedCoin | RED | 400.00000000 | 0.00000000 | 0.00044656 | 0.00000000 |
| ReddCoin | RDD | 254,000.00200000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RibbitRewards | RBR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

9

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| Coin | Symbol | | | | |
|------|--------|---|---|---|---|
| RipoffCoin | RIPO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Ripple | XRP | 1,101.48897929 | 0.00000000 | 0.00000000 | 0.00000000 |
| RonPaulCoin | RPC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RotoCoin | RT2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| RoyalCoin | RYC | 50.00000000 | 0.00000000 | 0.00000800 | 0.00000000 |
| RubyCoin | RBY | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SaffronCoin | SFR | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Sapience | XAI | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SaturnCoinV2 | SAT2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SecureCoin | SRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SexCoin | SXC | 100.00000000 | 0.00000000 | 0.00012007 | 0.00000000 |
| Shadecoin | SHADE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ShadowCash | SDC | 14.99788171 | 0.00000000 | 0.00493490 | 0.00000000 |
| ShieldCoin | SHLD | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Shift | SHF | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SilkCoin | SILK | 1,000.00000000 | 0.00000000 | 0.00546000 | 0.00000000 |
| Slingcoin | SLING | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SmartCoin | SMC | 500.00000000 | 0.00000000 | 0.00075500 | 0.00000000 |
| SocialXBot | XBOT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SoleCoin | SOLE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SpainCoin | SPA | 4,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Spec | SPEC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Spots | SPT | 100.00000000 | 0.00000000 | 0.00007600 | 0.00000000 |
| Sprouts | SPRTS | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SSVCoin | SSV | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

10

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| StableCoin | SBC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StarCoin | STR | 28,500.80479548 | 0.00000000 | 0.00142504 | 0.00000000 |
| Startcoin | START | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StealthCoin | XST | 10.00000000 | 0.00000000 | 0.00014980 | 0.00000000 |
| SterlingCoin | SLG | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| StrongHandsCoin | SHND | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| SuperCoin | SUPER | 1,000.00000000 | 0.00000000 | 0.00085000 | 0.00000000 |
| Sync | SYNC | 0.00050000 | 0.00000000 | 0.00007275 | 0.00000000 |
| SysCoin | SYS | 5,000.57003896 | 0.00000000 | 0.01045119 | 0.00000000 |
| TagCoin | TAG | 1.00000000 | 0.00000000 | 0.00011001 | 0.00000000 |
| TakCoin | TAK | 20,000.00000000 | 0.00000000 | 0.00020000 | 0.00000000 |
| TekCoin | TEK | 150.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TerraCoin | TRC | 110.67800000 | 0.00000000 | 0.00084187 | 0.00000000 |
| TeslaCoin | TES | 61,966.55055833 | 0.00000000 | 0.04213725 | 0.00000000 |
| Tickets | TIX | 1,000.00000000 | 0.00000000 | 0.00000280 | 0.00000000 |
| TigerCoin | TGC | 10.00000000 | 0.00000000 | 0.00000290 | 0.00000000 |
| TitCoin | TIT | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TittieCoin | TTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TorCoin | TOR | 10.00000000 | 0.00000000 | 0.00007270 | 0.00000000 |
| TruckCoin | TRK | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TurboStake | TRBO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| UltraCoin | UTC | 100.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Umbrella-LTC | ULTC | 2.00000000 | 0.00000000 | 0.00000426 | 0.00000000 |
| UnbreakableCoin | UNB | 50.04787740 | 0.00000000 | 0.00000000 | 0.00000000 |

11

Nate Ottenwess
1946 Conifer Ridge
Byron Center, MI 49315

| | | | | | |
|---|---|---|---|---|---|
| Unobtanium | UNO | 3.01014790 | 0.00000000 | 0.00000000 | 0.00000000 |
| URO | URO | 5.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| USDe | USDe | 2,055,000.16298948 | 0.00000000 | 0.14385001 | 0.00000000 |
| Utilitycoin | UTIL | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VeriCoin | VRC | 100.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VertCoin | VTC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ViaCoin | VIA | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Vidio | VDO | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| VootCoin | VOOT | 10,099.98830288 | 0.00000000 | 0.00706999 | 0.00000000 |
| WhiteCoin | WC | 1,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WildBeastBitcoin | WBB | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| WorldCoin | WDC | 1,010.62822817 | 0.00000000 | 0.01876737 | 0.00000000 |
| Xaurum | XAU | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XCash | XCASH | 20.00000000 | 0.00000000 | 0.00001820 | 0.00000000 |
| XCurrency | XC | 101.05127953 | 0.00000000 | 0.00000000 | 0.00000000 |
| XenCoin | XNC | 120,500.67602866 | 0.00000000 | 0.00066275 | 0.00000000 |
| XXXCoin | XXX | 5,000.09396646 | 0.00000000 | 0.00145003 | 0.00000000 |
| YaCoin | YAC | 3,000.00000000 | 0.00000000 | 0.00228000 | 0.00000000 |
| ZeCoin | ZCC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZedCoin | ZED | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZeitCoin | ZEIT | 1,127,500.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZetaCoin | ZET | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| ZiftrCoin | ZRC | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

N. Ottenwas
1946 Conifer Ridge
Byron Center, MI
49315



UNITED STATES POSTAGE
PITNEY BOWES
$ 001.09⁰
02 1P
0002714108   APR 17 2017
MAILED FROM ZIP CODE 49512

Cryptsy Litigation
Exclusions
Claim Admin
1801 Market Street, Suite 660
Philadelphia, PA  19103

## Re: Cryptsy Crytocurrency – Notice of Proposed Partial Settlements of Class Action

**Matt Garza [mattgarza@hotmail.com]**
**Sent:** Thursday, February 16, 2017 3:01 PM
**To:**   info@cryptsysettlement.com

Please remove me from both of these class action lawsuits. I do not give permission to include me. I have had no knowledge or involvement with these situations.

Matt

Get Outlook for Android

--------------------------------------------------------------------------------

**From:** Cryptsy Cryptocurrency Settlement <info=cryptsysettlement.com@worldsecuresystems.com> on behalf of Cryptsy Cryptocurrency Settlement <info@cryptsysettlement.com>
**Sent:** Thursday, February 16, 2017 1:14:37 PM
**To:** Recipient
**Subject:** Cryptsy Crytocurrency – Notice of Proposed Partial Settlements of Class Action

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
**NOTICE OF PROPOSED PARTIAL SETTLEMENTS OF CLASS ACTION,
PENDENCY OF CLASS ACTION, FAIRNESS HEARING, AND RIGHT TO APPEAR**

**If you are a CRYPTSY account holder and are unable to access your
CRYPTOCURRENCY, you could get money from two different class action settlements,
and an ongoing class action lawsuit may affect your rights.**

**Please read this notice carefully.**
*A court authorized this notice. This is not a solicitation from a lawyer.*
**Overview**
**This email provides a summary of the Notice of Proposed Partial Settlement of Class Action in the above-described class action. Click here to read the full Notice, which describes in greater detail two partial settlements of a lawsuit and how you can get money from those settlements or exclude yourself from one or both of them. The Notice also describes the portion of the lawsuit that is continuing and how you can continue in that lawsuit or exclude yourself from that lawsuit.**
**Background**
On August 25, 2016, the Honorable Kenneth A. Marra of the United States District Court for the Southern District of Florida entered an order certifying a class of Cryptsy account holders who are unable to access their cryptocurrency in a class action lawsuit.
The class action lawsuit claims that:

1. Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy") and Paul Vernon ("Vernon") stole and converted for their own use the cryptocurrencies of the Cryptsy account holders;

2. Defendant Lori Ann Nettles ("Nettles") was unjustly enriched as a result of assets that she received that were purchased with the proceeds of cryptocurrency taken from the Cryptsy account holders during her marriage to, and in her divorce from, Vernon; and

3. Defendants Ridgewood Investments, Inc. ("Ridgewood") and Kaushal Majmudar ("KM") were unjustly enriched as a result of consulting fees they received from Cryptsy.

On April 24, 2016, the Court also appointed James D. Sallah, not individually but solely in his capacity as the Court-appointed Receiver, to act as the Receiver in this matter. The Receiver took control of Cryptsy, and worked with the lawyers for the plaintiffs in this class action to recover monies and assets for the Cryptsy account holders, which are part of the Settlements.

Certain of the defendants have settled, and the litigation is proceeding against the remaining defendants. **The purpose of this notice is to advise you of your rights with respect to (A) the settlement with certain defendants and (B) the continuing litigation against the remaining defendants.**

If you are a Class Member, you have a right to participate in the settlements, and you have a right to participate as a class member in the continuing lawsuit against the remaining defendants. You do not have to choose between the settlement and the continuing litigation, and your rights with respect to each are independent.

This is **not** a lawsuit against you. Your participation in this lawsuit or acceptance of money from either or both of the settlements will not affect your employment status or compensation in any way.

Please read this Notice carefully. **The full <u>Notice</u> explains your legal rights and options—and the deadlines to exercise them.** Your legal rights will be affected whether you act or don't act, and you have choices to make now.

The Notice is divided into two parts: The first part discusses the proposed settlement with certain defendants; the second part discusses the continuing litigation against the remaining defendants. Please read both parts of the Notice carefully.

<div align="center"><u>The Settlement with Certain Defendants</u></div>

Two settlements, (1) a settlement with Defendant Nettles, and (2) a settlement with Defendants Ridgewood and KM (Ridgewood and KM are referred to collectively herein as "Ridgewood"), have been reached in partial settlement of the class action lawsuit. Nettles and Ridgewood deny that they violated any laws or engaged in any wrongdoing. For purposes of this notice, Nettles and Ridgewood are referred to collectively as the "Settling Defendants."

You are a Class Member if you are a Cryptsy account owner who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy as of November 1, 2015, through June 2, 2017, and are unable to access your cryptocurrency. Excluded from the Class are all employees of Cryptsy, including its shareholders, officers and directors and members of their immediate families.

The Court in charge of this case still has to approve the settlements with the Settling Defendants. Payments will be made if the Court approves the settlements and orders that the settlement funds be distributed, and if any appeals of the Court's approval of these settlements are resolved in Plaintiffs' favor. Please be patient.

All references are to "settlements" in the plural. However, understand that the two settlements are independent and separate. The Court may approve one or both of the two settlements. Moreover, you may opt out of, comment on, or object to one or both settlements.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE SETTLING DEFENDANTS | |
|---|---|
| **DO NOTHING** | **Get no payment from the settlements.** Give up your rights to ever recover from the Settling Defendants for the legal claims in this case if the settlements are approved.<br><br>You will remain a Class Member in the lawsuit against Cryptsy and Vernon, which are referred to collectively as the "Non-Settling Defendants," and retain the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial |

| | or settlement. |
|---|---|
| **EXCLUDE YOURSELF FROM EITHER OR BOTH OF THE SETTLEMENTS** | **Get no payment from the settlements.** This is the only way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Settling Defendants. As described in Question 20 in the Notice, you may exclude yourself from one or both settlements.<br><br>Even if you exclude yourself from one or both of the settlements, you will remain in the Class for purposes of the continuing lawsuit against the Non-Settling Defendants and will be bound by the outcome unless you submit a written exclusion request. |
| **SUBMIT A CLAIM FORM FOR YOUR SHARES OF THE SETTLEMENTS** | **The only way to receive money from the settlements when the funds are distributed is by submitting a claim form by May 17, 2017. Visit www.CryptsySettlement.com for more information on how to submit a claim form.** |
| **OBJECT TO OR COMMENT ON THE SETTLEMENTS** | **Following the instructions in Question 24 in the Notice, write to the Court about why you like or do not like the settlements by no later than May 3, 2017.** You may also ask to speak to the Court about your written comments or objections about the fairness of either or both of the settlements at the "Fairness Hearing" on **June 2, 2017**, though you do not have to do so. To comment on or object to either or both settlements and request to speak at the "Fairness Hearing," you must act before **May 3, 2017**. |
| **GO TO THE COURT'S FAIRNESS HEARING ABOUT THE SETTLEMENTS** | If you would like, you may ask to speak in Court about the fairness of one or both of the settlements if you follow the instructions in Question 24 of the Notice. You do not need to speak to the Court to receive benefits under the settlements. |

## The Continuing Litigation Against the Non-Settling Defendants

The lawsuit is continuing against Cryptsy and Vernon, which are referred to as the "Non-Settling Defendants."

You are a Class Member if you are a Cryptsy account owner who held Bitcoins, alternative cryptocurrencies, or any other form of monies or currency at Cryptsy as of November 1, 2015, through June 2, 2017, and are unable to access your crypto currency. Excluded from the Class are all employees of Cryptsy, including its shareholders, officers and directors and members of their immediate families.

The outcome of the class action lawsuit against the Non-Settling Defendants is unknown. The Non-Settling Defendants have failed and refused to respond to the lawsuit, the Clerk of Court has entered a default against them, and Vernon has fled to China. Thus, it may be unlikely that any additional cryptocurrency or monies will be obtained from the Non-Settling Defendants. You will be notified if money or benefits are obtained from any of the Non-Settling Defendants through settlements or trial. Please be patient.

You have the right to exclude yourself from the continuing lawsuit against the Non-Settling Defendants. If you choose to do so, you must exercise your right by **April 17, 2017**. Instructions on how to opt out are set forth in response to Question 21 in the full notice. You can receive the benefits of one or both of the settlements with the Settling Defendants even if you opt-out of the continuing lawsuit against the Non-Settling Defendants.

This Class Action is separate and distinct from the class action lawsuit filed on December 13, 2016 against **COINBASE, INC.**, in which Plaintiffs and the Receiver in this Class Action are attempting to recover additional monies for the same class certified by the Court in this Action. **Accordingly, your rights or claims in the Coinbase Class Action will not be impacted by this Action.** For more information about the case against Coinbase, visit www.cryptsysettlement.com.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE NON-SETTLING DEFENDANTS | |
| --- | --- |
| **DO NOTHING** | If you do nothing, you will remain a Class Member in the lawsuit against the Non-Settling Defendants and retain the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial or settlement. By remaining in the Class, you will be bound by the outcome of the continuing lawsuit with the Non-Settling Defendants and will give up your right to file your own lawsuit. There is no money available now from Cryptsy or Vernon, and no guarantee that there will be. The outcome of the continuing class action lawsuit against these Non-Settling Defendants is not yet known. If additional money or benefits are obtained from the Non-Settling Defendants, you will be notified again. |
| **EXCLUDE YOURSELF FROM THE ONGOING LAWSUIT** | **If you exclude yourself from the ongoing lawsuit, you will receive no payment from any Non-Settling Defendants even if any monies are collected as the result of a trial or settlement, but you will retain the right to file your own lawsuit.** You will remain in the Class on whose behalf the lawsuit will continue against the Non-Settling Defendants unless you submit a written request to exclude yourself from it as described in the response to Question 21 of the Notice. You must submit a timely written request to exclude yourself from the Class, if you wish to do so, by **April 17, 2017**. This is the only way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Non-Settling Defendants. |

### Detailed Information

This Notice provides a summary information regarding the lawsuits against the Settling and Non-Settling Defendants. The full **Notice** is designed to provide more information to help you evaluate your options and answer any questions that you may have.

### Getting More Information

The website www.cryptsysettlement.com provides more information about the lawsuit and the settlements. In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit the Settlement website at www.cryptsysettlement.com

- Visit the Receivership website at www.cryptsyreceivership.com

- Visit the Public Access to Court Electronic Records ("PACER") website: www.pacer.gov to review the Settlement Agreements by clicking on the "Find a Case" option and searching by Case Number for 9:16-cv-80060

- Contact Co-Lead Class Counsel at:
  Marc A. Wites Wites & Kapetan, P.A.
  4400 N. Federal Highway
  Lighthouse Point, Florida 33064
  (954) 570-8989

- Call the Claims Administrator toll free 1-888-868-4936

- Write or fax to:
  Cryptsy Cryptocurrency Administrator
  1801 Market Street, Suite 660
  Philadelphia, PA 19103
  Facsimile: 1-215-525-0209

**PLEASE DO NOT CONTACT THE COURT.
YOU SHOULD DIRECT ANY QUESTIONS YOU MAY HAVE ABOUT THE NOTICE
AND/OR CLAIM FORM TO THE CLAIMS ADMINISTRATOR AND/OR TO
PLAINTIFFS' COUNSEL.**

You may also seek the advice and counsel of your own attorney at your own expense, if you desire.

Unsubscribe

Exhibit E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

**CASE NO. 9:16-cv-80060-MARRA**

Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually, and
LORIE ANN NETTLES, individually,
`Defendants.

**ATUL NAIR'S  OBJECTIONS TO CLASS SETTLEMENT**

NOW COMES, Atul Nair ("Plaintiff Nair"), putative plaintiff and class member, *pro se*, availing himself of his rights as an aggrevied account holder tortiously harmed by Defendants, and seeks to object to the method of remediation proposed pursuant to the class settlement with certain Defendants.  As such, Plaintiff Nair states as follows:

I.      Introduction to Class Member

1.  Plaintiff Nair opened an account with Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), a cryptocurrency exchange company.  Cryptsy initially took only cryptocurrency deposits but later expanded to US Dollars and other legal tender.

2.  As of January 2016, the time Crypsty discontinued trading services and stole property and money from the class, Plaintiff Nair had almost $1,000 in US Dollars as well as a variety of cryptocurrency with Cryptsy.  See Ex. A (Materials proving ownership and deposits).

3.  Plaintiff Nair was unable to obtain his money or property back from Cryptsy.

4.  Plaintiff Nair has produced evidence of his account, account holdings, and evidence of his deposits (both US Dollar and cryptocurrency) to Cryptsy, including the transmission of bitcoin cryptocurrency from Coinbase, a third party cryptocurrency company, and Cryptsy, a Defendant and the sending of checks, negotiable instruments, from a US checking account to cryptsy's account.

5.  Plaintiff Nair was harmed by Cryptsy's theft of his property and money.

A.  <u>Methodology of Valuation is Inequitable And Illogical.</u>

6.  Plaintiff Nair believes that the methodology of valuation is improper and that remediation of class injury should be performed on a more equitable and fair basis.

7.  The IRS and other federal organs have defined cryptocurrency as regular personal property.  *See* IR-2014-36, March 25, 2014; *See also* IRS Notice 2014-21.

8.  Namely, the concept of making Plaintiffs "whole" requires a valuation of the stolen property at present fair market values and not at the value they were at the time of the injury.

9.  It is illogical to assume that property does not change in value or that no further damages occur subsequent to the tortious act by depriving Plaintiffs of their property.  Rather, consequential damages are massive for theft of speculatively valued property, such as the case here.

10. Plaintiff Nair, if valuation is to be done at the time of injury, can never be made whole because he possessed property that has substantially increased in value since that time.  If Plaintiff were remediated based on a past valuation, Plaintiff could never afford to rebuy that same property at present market value.

11. At best, Plaintiff Nair would be dispossessed of at least 70% of the fair market value of his property based on the increases in valuation for the specific property he lost.

12. Namely, bitcoin itself is over 2x more value (almost 3x) at present as compared to the time of loss nearly 1.5 years ago.

13. Further, litecoin, which Plaintiff Nair held large quantities of, has increased in value over 5x.

B.  <u>Class Attorneys' Contingency Fees Should Vest Proportionately to Class Recovery.</u>

14. The proper remedy for class members is to provide them a pro rata share of any settlement based on the fair market value of their substantiated holdings at the time of any disbursement.

15. Each class member's remediation should be proportional and I believe that the class attorneys' contingency share should also be capped at the proportion (i.e. if class members only recover 15% of the value of their stolen property, class attorneys should

17. It seems unfair, inequitable, or otherwise objectionable that the class attorneys will take such a large share of the recovery while the parties directly harmed must make do with a substantially reduced pot of money spread across many harmed parties.

18. There is no doubt that the class attorneys have performed and deserve to be compensated for their efforts, I am merely asking that their recovery be tied to the class members' pro rata recovery to ensure sufficient funds remain for the injured parties the class attorneys represent.

19. This would ensure a more equitable distribution of the limited settlement funds and ensure justice is served.

20. It would also address inequitable distributions in future settlements against other Defendants and in related proceedings.

II.    Conclusion

21. This fraud and theft perpetrated against me and others like me have caused great harm. That this kind of brazen theft and abscondment has gone unpunished from a criminal standpoint is neaseating. I hope that this Court ensures that further harm does not befall the class. It would seem most equitable to both allow Plaintiffs to actually become whole by valuing their stolen property at fair market values at the time of disbursements but also ensure that all people who take from recovered funds take fairly and equitably.

Best Regards,

Atul Nair

3735 N. Christiana Avenue, Apt. 2

Chicago, IL 60618

(312) 391-1573

atulnair@gmail.com

*Pro Se* Class Member

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing OBJECTION TO CLASS SETTLEMENT, with all exhibits, was served upon all Parties and Counsel by US First Class Mail postage prepaid, on May 1, 2017 at the following addresses:

Clerk of Court:

Paul G. Rogers Federal
Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

Class Counsel:

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064

Defendant's Counsel:

Mark A. Levy
Brinkley Morgan
200 East Las Olas Blvd., 19th Floor
Fort Lauderdale, FL 33301

and

Jose G. Sepulveda
Stearns Weaver Miller Weissler, Alhadeff & Sitterson, P.A.
150 W. Flagler Street, Suite 2200 Miami, FL 33130



Atul Nair



## Important Dates

**April 17, 2017** - Deadline to Request Exclusion (must be postmarked by this date)

**May 3, 2017** - Deadline to Object (must be postmarked by this date)

**May 17, 2017** - Deadline to submit a Claim Form (must be submitted online by or postmarked by this date)

**June 2, 2017 at 10:00 A.M.** - Fairness Hearing

OVERVIEW





Cryptsy Account: forceflow
Atul Nair
3735 N. Christiana Ave
Chicago, IL 60618
#144630

# Cryptsy Account

The account was started on 1/23/2014.  Also, enclosed are example login
authentication emails and KYC verification email.

 **Gmail**

**Atul Nair <atulnair@gmail.com>**

## Confirmation of Registration

**Cryptsy** <support@cryptsy.com>
To: atulnair@gmail.com

Thu, Jan 23, 2014 at 7:28 PM

Hi Atul,

Thank you for creating an account at Cryptsy.com.

You have been registered with the username: forceflow

Please activate your account by going to the following URL:

https://www.cryptsy.com/users/confirm/Ym1GTmI1OVRaUUtxaiNET0dVTjg0Rm
dYSUR2aG5MQjJXcWk2RDNLSVdRTT0=


*Cryptsy*

Delivered-To: atulnair@gmail.com
Received: by 10.64.126.73 with SMTP id mw9csp6756ieb;
      Thu, 23 Jan 2014 17:28:21 -0800 (PST)
X-Received: by 10.50.97.6 with SMTP id dw6mr2084907igb.21.1390526901876;
      Thu, 23 Jan 2014 17:28:21 -0800 (PST)
Return-Path: <bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com>
Received: from so254-25.mailgun.net (so254-25.mailgun.net. [198.61.254.25])
      by mx.google.com with ESMTP id s2si22356521icz.2.2014.01.23.17.28.21
      for <atulnair@gmail.com>;
      Thu, 23 Jan 2014 17:28:21 -0800 (PST)
Received-SPF: pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.25 as permitted sender) client-ip=198.61.254.25;
Authentication-Results: mx.google.com;
      spf=pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.25 as permitted sender) smtp.mail=bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com;
      dkim=pass header.i=@cryptsy.com
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=mailgun.org; q=dns/txt; s=mg;
 t=1390526888; h=X-Feedback-Id: From: To: Date: Message-Id: Subject:
 Mime-Version: Content-Type: Content-Transfer-Encoding: Sender;
 bh=+RbBOXB2ckB5JtBdQC0t7c9H7gjnJxOmgnbbQTEHaVA=;
 b=kMN/HrucVS8RVOWFH78+T99XKnqhRY6tKXr1SBuvm51q5VFkzKGGDryDl0ztZEbpsOIoQ52d
 ZfuIOupAoul96OleDia6O0PEC6KOt6y9rULn8bel5F+EEhrFoULmxDMmkbo7HxKBXFpylshj
 /EgJguFxlPDYlOnWOaUwKctSFIo=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=mailgun.org; s=mg; q=dns;
 h=X-Feedback-Id: From: To: Date: Message-Id: Subject: Mime-Version:
 Content-Type: Content-Transfer-Encoding: Sender;
 b=Em962R3dQYr3UOfv39kaluDZwcc9QPWwK4za6CjdIJqHuUcuF+DFCgS33E2uMPR8ayEIyA
 ANj8dcV8n4xW80B3LVrd7/KHof5GRM2c+GQEoaedh2MK5UXzWkEJBunh7yCt7H9jVQwa3j5Y
 J0uXboWQ1SVL/L+W7jPtqsJGZW9a8=
X-Feedback-Id: 523b7407fea39857fa0b3d8d:mailgun
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=cryptsy.com; q=dns/txt; s=krs;
 t=1390526888; h=From: To: Date: Message-Id: Subject: Mime-Version:
 Content-Type: Content-Transfer-Encoding: Sender;
 bh=+RbBOXB2ckB5JtBdQC0t7c9H7gjnJxOmgnbbQTEHaVA=;
 b=W5/19cTsXsdpOf69dIq6fryHioBRKA2JcOLFgkUX+N/ZLHaLcMfEjNWKy8SnV/BYRpz8Gnx1
 BTOoSkv1Yy0A6+rWImVK1BI0otLyKy2j/s6X/+BcJ606GJwtRfvMv5MIimyCmr1g5qLTo3cW
 43bivyKqjt7SmDLMy2koN6ZVkDg=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=cryptsy.com; s=krs; q=dns;
 h=From: To: Date: Message-Id: Subject: Mime-Version: Content-Type:
 Content-Transfer-Encoding: Sender;
 b=G5wIiStCMakdrfJGyMOxpwFst6m/x1CntRdk+9dKoxIwyTu2v0Kb1vCTf/Mx56zchYscdm
 zbpYVxookFMXinGvakGcHBDFNI/4oUf4mFMz2XKBLdYfKmUmkzb4MJm9rQoidJ1hITNQE9si
 4RvevX9o6Ddu7cnkn0qDbnxeVmqv4=
Received: from www.cryptsy.com (ip-64-34-218-22.chunkhost.com
[64.34.218.22]) by mxa.mailgun.org with ESMTP id 52e1c1a4.555ae30-in3; Fri,
 24 Jan 2014 01:28:04 -0000 (UTC)
From: Cryptsy <support@cryptsy.com>
To: atulnair@gmail.com
X-Mailer: Cryptsy Mail Component
Date: Thu, 23 Jan 2014 20:28:04 -0500
Message-Id: <ielqdgkaisj.1q55dpm4id3c3@cryptsy.com>
Subject: Confirmation of Registration
Mime-Version: 1.0

Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: 8bit
X-Mailgun-Sid: WyJjNDNkMCIsICJhdHVsbmFFpckBnbWFpbC5jb20iLCAiZmQxMSJd
Sender: support@cryptsy.com

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01//EN">
<html>
<head>
      <title>Register New Account</title>
</head>
<body>

Hi Atul,
<br /><br />
Thank you for creating an account at Cryptsy.com.
<br /><br />
You have been registered with the username: forceflow<br/><br/>
Please activate your account by going to the following URL:<br /><br />
<a
href="https://www.cryptsy.com/users/confirm/Ym1GTmI1OVRaUUtxalNET0dVTjg0RmdYSUR2aG5MQjJXcWk2RD
NLSVdRTT0=">https://www.cryptsy.com/users/confirm/Ym1GTmI1OVRaUUtxalNET0dVTjg0RmdYSUR2aG5MQjJ
XcWk2RDNLSVdRTT0=</a>
<br/><br/>
<br/><br/>
<i>Cryptsy</i>
</body>
</html>

 Gmail

**Atul Nair <atulnair@gmail.com>**

# Re: [#140194] verification

**verifications@cryptsy.com** <verifications@cryptsy.com>
Reply-To: verifications@cryptsy.com
To: atulnair@gmail.com

Fri, Jun 13, 2014 at 11:15 AM

Type your response ABOVE THIS LINE to reply

**Atul Nair**
**Subject:** Re: [#140194] verification

JUN 13, 2014 | 04:15PM UTC
**Scott Norris** replied:

Hi Atul,

Thank you for using Cryptsy.com. The following ticket was resolved on 6-11-2014. If you have any additional questions or concerns please feel free to contact us at verifications@cryptsy.com

JUN 10, 2014 | 12:17AM UTC
Original message
**Atul** wrote:

Hi Verifications,

Full real name: *Atul Nair*
Cryptsy username: *forceflow*
Country of Residence where you live *USA*

I completed the webform the other day, but after I submitted it said an error occurred, then on the main page it said submission for verification was sent. Let me know if you got everything.

Thanks,
Atul

On Sun, Jun 8, 2014 at 11:16 AM, <support@cryptsy.com> wrote:

>

>

> Thank you for contacting Cryptsy.com

> Your ticket has been reviewed by our customer service team and has found

> this

> to be an account verification issue.

>

> Please contact our Verifications team directly at

> verifications@cryptsy.com

> and be sure to include the following:

>

> Full real name:

> Cryptsy username:

> Country of Residence where you live

> and the reason you have contacted us.

>

> Cases are handled in the order they are received, and an agent will

> respond shortly

>

>

> Thank you

>

> Sincerely

> Cryptsy.com

>

> 140194

>

---

This message was sent to atulnair@gmail.com in reference to Case #: 409.

[[1f817b4c0dfbf2d406ca5f002e0252f06028cbaa-2401625191]]

Delivered-To: atulnair@gmail.com
Received: by 10.64.23.231 with SMTP id p7csp443613ief;
    Fri, 13 Jun 2014 09:16:39 -0700 (PDT)
X-Received: by 10.50.23.105 with SMTP id l9mr6166109igf.46.1402676198816;
    Fri, 13 Jun 2014 09:16:38 -0700 (PDT)
Return-Path: <pm_bounces@pm.mtasv.net>
Received: from sc-ord-mta122.mtasv.net (sc-ord-mta122.mtasv.net. [50.31.156.122])
    by mx.google.com with ESMTPS id d1si7560498icy.94.2014.06.13.09.16.38
    for <atulnair@gmail.com>
    (version=TLSv1 cipher=ECDHE-RSA-RC4-SHA bits=128/128);
    Fri, 13 Jun 2014 09:16:38 -0700 (PDT)
Received-SPF: pass (google.com: domain of pm_bounces@pm.mtasv.net designates 50.31.156.122 as permitted
sender) client-ip=50.31.156.122;
Authentication-Results: mx.google.com;
    spf=pass (google.com: domain of pm_bounces@pm.mtasv.net designates 50.31.156.122 as permitted sender)
smtp.mail=pm_bounces@pm.mtasv.net;
    dkim=pass header.i=@pm.mtasv.net
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=pm; d=pm.mtasv.net;
 h=From:Reply-To:Date:Subject:MIME-Version:Content-Type:To:In-Reply-To:Message-ID;
 bh=ikk4YqhLg43nJCe2vk1enBox2do=;
 b=ic7Dsm52XW1XuKFHClDrEB1Dc50Am8TrsSLL8D4HNHagflIB2SG52O9msmpts3qUadW3IghZi29F
  +I+H+Ag2PrWVMI88R4LtrJDfV3bqlSlb0bX279fbTsexixpXu0U9bl6jIF0PwBGlnGiKooE4jse1
  rdcZV7aKDoMAGmi23Nc=
Received: by sc-ord-mta122.mtasv.net id hjchue1jk5ko for <atulnair@gmail.com>; Fri, 13 Jun 2014 12:15:42 -0400
(envelope-from <pm_bounces@pm.mtasv.net>)
X-IADB-IP: 50.31.156.122
X-IADB-IP-REVERSE: 122.156.31.50
From: <verifications@cryptsy.com>
Reply-To: verifications@cryptsy.com
Date: Fri, 13 Jun 2014 12:15:41 -0400
Subject: Re: [#140194] verification
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e"
X-Mailer: aspNetEmail ver 4.0.0.22
X-Complaints-To: abuse@postmarkapp.com
X-PM-RCPT: |bTB8MjA4ODZ8MTY4MjcwfGF0dWxuYWlyQGdtYWlsLmNvbQ==|
X-PM-Message-Id: bc4ca458-5163-464b-b5dc-91a614f9c13d
To: atulnair@gmail.com
In-Reply-To: <CADsOsirs=eWKgwKVYSoCporNuXaWCZrx7AbXBusjU-Fc89qj=w@mail.gmail.com>
X-Mailer: Desk.com Support Platform
Message-ID: <539b18c432e0c_fddb91e8c1063a@cryptsyverifications.desk.com>

--_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e
Content-Type: text/plain;
    charset="UTF-8"
Content-Transfer-Encoding: quoted-printable


_____=0D=0AType your response ABOVE THIS LIN=
E to reply=0D=0A=0D=0A----------------------------------------------=
---------------------------------------=0D=0ACustomer: =
Atul Nair=0D=0ASubject: Re: =5B=23140194=5D verification=0D=0A-----------=
--------------------------------------------------------------=

----------------------=0D=0A=0D=0AScott Norris =7C JUN 13, 2014 =7C 04:=
15PM UTC=0D=0A=0D=0AHi Atul,=0D=0A=0D=0AThank you for using Cryptsy=2Ecom=
=2E The following ticket was resolved on 6-11-2014=2E If you have any add=
itional questions or concerns please feel free to contact us at verificat=
ions=40cryptsy=2Ecom=0D=0A=0D=0A---------------------------------------=
-----------------------------------------------=0D=0A=
=0D=0AAtul =7C JUN 10, 2014 =7C 12:17AM UTC  =7C Original message =0D=0A=0D=
=0AHi Verifications,=0D=0A=0D=0AFull real name: *Atul Nair*=0D=0ACryptsy =
username: *forceflow*=0D=0ACountry of Residence where you live *USA*=0D=0A=
=0D=0AI completed the webform the other day, but after I submitted it sai=
d an=0D=0Aerror occurred, then on the main page it said submission for ve=
rification=0D=0Awas sent=2E  Let me know if you got everything=2E=0D=0A=0D=
=0AThanks,=0D=0AAtul=0D=0A=0D=0A=0D=0A=0D=0A=0D=0AOn Sun, Jun 8, 2014 at =
11:16 AM, <support=40cryptsy=2Ecom> wrote:=0D=0A=0D=0A>=0D=0A> Tha=
nk you for contacting Cryptsy=2Ecom=0D=0A> Your ticket has been reviewed =
by our customer service team and has found=0D=0A> this=0D=0A> to be an ac=
count verification issue=2E=0D=0A>=0D=0A> Please contact our Verification=
s team directly at=0D=0A> verifications=40cryptsy=2Ecom=0D=0A> and be sur=
e to include the following:=0D=0A>=0D=0A> Full real name:=0D=0A> Cryptsy =
username:=0D=0A> Country of Residence where you live=0D=0A> and the reaso=
n you have contacted us=2E=0D=0A>=0D=0A> Cases are handled in the order t=
hey are received, and an agent will=0D=0A> respond shortly=0D=0A>=0D=0A>=0D=
=0A>  Thank you=0D=0A>=0D=0A> Sincerely=0D=0A> Cryptsy=2Ecom=0D=0A>=0D=0A=
> 140194=0D=0A>=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A----------------------------=
----------------------------------------------------------------=
-------=0D=0AThis message was sent to atulnair=40gmail=2Ecom in reference=
 to Case =23: 409=2E=0D=0A-----------------------------------------=
----------------------------------------=0D=0A=0D=0A=
=0D=0A=0D=0A=0D=0A=5B=5B1f817b4c0dfbf2d406ca5f692e0252f05928cbaa-24915251=
9=5D=5D


--_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e
Content-Type: text/html;
	charset="UTF-8"
Content-Transfer-Encoding: quoted-printable


<div style=3D=27color:=23ffffff; display: none =21important;=27>_____=
_____</div><table border=3D=220=22 cellpadding=3D=220=
=22 cellspacing=3D=220=22 width=3D=22100=25=22>=0D=0A<tr>=0D=0A<td align=3D=
=22center=22 valign=3D=22top=22>=0D=0A<table border=3D=220=22 cellp=
adding=3D=220=22 cellspacing=3D=220=22 width=3D=22100=25=22>=0D=0A<tr>=0D=
=0A<td valign=3D=22top=22 style=3D=22color:=23333; font-family:Arial; fon=
t-size:14px; line-height:150=25; text-align:left;=22>=0D=0A=0D=0A<table b=
order=3D=220=22 cellpadding=3D=2210=22 cellspacing=3D=220=22 width=3D=221=
00=25=22>=0D=0A<tr>=0D=0A<td valign=3D=22top=22>=0D=0A=0D=0A<div>=0D=0A<s=
pan style=3D=22font-size:90=25; color:=23777;=22>Type your response ABOVE=
 THIS LINE to reply</span>=0D=0A</div>=0D=0A=0D=0A<div style=3D=22b=
ackground-color:=23efefef; font-size:100=25; padding:5px; margin:10px 0 0=
 0;=22>=0D=0A<strong>Atul Nair</strong><br/>=0D=0A<strong>Subject:</stron=
g> Re: =5B=23140194=5D verification=0D=0A</div>=0D=0A=0D=0A<hr />=0D=0A=0D=
=0A=0D=0A=0D=0A<span style=3D=22font-size:80=25;=22>JUN 13, 2=
014 =26nbsp;=7C=26nbsp; 04:15PM UTC</span>=0D=0A<br />=0D=0A=0D=0A<strong=
>Scott Norris</strong> replied:<br/>=0D=0A<div><p>Hi Atul,</p>=0D=0A<p>Th=
ank you for using Cryptsy=2Ecom=2E The following ticket was resolved on 6=

-11-2014=2E If you have any additional questions or concerns please feel =
free to contact us at verifications=40cryptsy=2Ecom</p></div>=0D=0A=0D=0A=
=0D=0A<div style=3D=22margin-top:10px;=22> </div>=0D=0A=0D=0A=0D=0A<hr />=
=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A<span style=3D=22font-size:80=25;=22>=
JUN 10, 2014 =26nbsp;=7C=26nbsp; 12:17AM UTC=0D=0A</span>=0D=0A<br />=0D=0A=
=0D=0A=0D=0A<span style=3D=22background-color: =23efefef; font-weight:str=
ong;=22>Original message</span><br/>=0D=0A=0D=0A=0D=0A<strong>=0D=0A=0D=0A=
 Atul=0D=0A=0D=0A=0D=0A</strong>=0D=0A=0D=0A=0D=0A wrote:<br /><br />=0D=0A=0D=
=0A=0D=0AHi Verifications,<br/><br/>Full real name: *Atul Nair*<br/>Crypt=
sy username: *forceflow*<br/>Country of Residence where you live *USA*<br=
/><br/>I completed the webform the other day, but after I submitted it sa=
id an<br/>error occurred, then on the main page it said submission for ve=
rification<br/>was sent=2E  Let me know if you got everything=2E<br/><br=
/>Thanks,<br/>Atul<br/><br/><br/><br/><br/>On Sun, Jun 8, 2014 at 11:16 A=
M, =26lt;support=40cryptsy=2Ecom=26gt; wrote:<br/>=26gt;<br/>=26gt;<=
br/>=26gt; Thank you for contacting Cryptsy=2Ecom<br/>=26gt; Your ticket =
has been reviewed by our customer service team and has found<br/>=26gt; t=
his<br/>=26gt; to be an account verification issue=2E<br/>=26gt;<br/>=26g=
t; Please contact our Verifications team directly at<br/>=26gt; verificat=
ions=40cryptsy=2Ecom<br/>=26gt; and be sure to include the following:<br/=
>=26gt;<br/>=26gt; Full real name:<br/>=26gt; Cryptsy username:<br/>=26gt=
; Country of Residence where you live<br/>=26gt; and the reason you have =
contacted us=2E<br/>=26gt;<br/>=26gt; Cases are handled in the order they=
 are received, and an agent will<br/>=26gt; respond shortly<br/>=26gt;<br=
/>=26gt;<br/>=26gt;  Thank you<br/>=26gt;<br/>=26gt; Sincerely<br/>=26gt;=
 Cryptsy=2Ecom<br/>=26gt;<br/>=26gt; 140194<br/>=26gt;<br/><br/>=0D=0A<hr=
 />=0D=0A=0D=0A=0D=0A=0D=0A=0D=0A<div style=3D=22background-color:=23fafa=
fa; border:0; font-size:80=25; padding:2px;=22> This message was sent to =
 atulnair=40gmail=2Ecom in reference to Case =23: 409=2E <br />=0D=0A=0D=0A=
</div>=0D=0A</div>=0D=0A=0D=0A=0D=0A</td>=0D=0A</tr>=0D=0A</table>=0D=0A=0D=0A<=
/td>=0D=0A</tr>=0D=0A</table>=0D=0A=0D=0A=0D=0A</td>=0D=0A</tr>=0D=0A</table>=0D=
=0A<span style=3D=27color:=23ffffff=27>=5B=5B1f817b4c0dfbf2d406ca5f692e02=
52f05928cbaa-249152519=5D=5D</span>


--_=aspNetEmail=_38101b75cb224d8687d90eff914c6c6e--

 Gmail

**Atul Nair <atulnair@gmail.com>**

# Successful Authentication from 50.151.92.59

**Cryptsy** <support@cryptsy.com>                                          Thu, Aug 14, 2014 at 3:39 PM
To: atulnair@gmail.com

Hi Atul,

This email is to notify you of a successful login on your account at Cryptsy.com

Username: forceflow
IP Address: 50.151.92.59

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш аккаунт:

*Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу*

*Cryptsy*

Delivered-To: atulnair@gmail.com
Received: by 10.64.23.177 with SMTP id n17csp195345ief;
        Thu, 14 Aug 2014 13:39:58 -0700 (PDT)
X-Received: by 10.43.136.134 with SMTP id ik6mr17183490icc.6.1408048797301;
        Thu, 14 Aug 2014 13:39:57 -0700 (PDT)
Return-Path: <bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com>
Received: from so254-79.mailgun.net (so254-79.mailgun.net. [198.61.254.79])
        by mx.google.com with ESMTPS id o1si11921261ick.6.2014.08.14.13.39.57
        for <atulnair@gmail.com>
        (version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Thu, 14 Aug 2014 13:39:57 -0700 (PDT)
Received-SPF: pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) client-ip=198.61.254.79;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) smtp.mail=bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com;
        dkim=pass header.i=@cryptsy.com
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=cryptsy.com; q=dns/txt; s=krs;
 t=1408048797; h=X-Feedback-Id: Mime-Version: Content-Type: Subject:
 From: To: Message-Id: Content-Transfer-Encoding: Date: Sender;
 bh=io7VszKX8C6PoPFdkm283jMxeZ+OkNQjaH2lNsQBmv8=;
 b=OJwneMQmovKEILlA6dShwhssjB+skcY90T6zIUSYOYiVaafPEn4i7HDDWPLfeX+mcPAs8GAr
 WiWHL6tQYdE7UF5Tsyn84ULcRSCTFCdY7p48Pg2N+A8NXSHAhEZ2D7TWo5Y8TpkiVXDtSswa
 KyZMn/KFd99wgEjZJfUFTa1alME=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=cryptsy.com; s=krs; q=dns;
 h=X-Feedback-Id: Mime-Version: Content-Type: Subject: From: To:
 Message-Id: Content-Transfer-Encoding: Date: Sender;
 b=aALvtPC5s8C1DbpihHMjrZnW/Ea+NeEYsg09yTuY1KE3zmuvadHP23gRiN9nBdWBMsfdqZ
 Oy1Uy2EHg5VOtHfaceNsf53kOyd5fVpu5UAESUc1lm5P3PSLH1cuUDxtptMzxX7nRydJ/Ypw
 IAaIj1efgiAtyFFIwrJTHKJ9AO964=
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=mailgun.org; q=dns/txt; s=mg;
 t=1408048797; h=X-Feedback-Id: Mime-Version: Content-Type: Subject:
 From: To: Message-Id: Content-Transfer-Encoding: Date: Sender;
 bh=io7VszKX8C6PoPFdkm283jMxeZ+OkNQjaH2lNsQBmv8=;
 b=TI5ML0Kjmmhm1ZW7RFOQ+xqockuWSQHGNwbhfHQkBxaGtdzMhTTStNUxfb8p7wVS3VAswC6q
 4h13wDGGDK9YRz6UsjUTNM5vh8+xI9WMTdNvqmkRCVOnmBaa8IlaEqFRDXs3qokR2Wonk49v
 gHNHe8pNFveiK2yRRyJOElQ1YOk=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=mailgun.org; s=mg; q=dns;
 h=X-Feedback-Id: Mime-Version: Content-Type: Subject: From: To:
 Message-Id: Content-Transfer-Encoding: Date: Sender;
 b=R2u6jgvelJ0eSk+tZ4MoIRmopNan0ytDFw9ukulgo/PQ452hHIr53w7C1DT7/cI1WMEaY
 l9lOy8xsO5gavHhGWKSZ5Qegv72+e0SKoiR1aSWCSnEb4+qTURUfkASQuOJ9npePX2Vd4GOs
 Fli0B/dQp2QqtZ25mwMZxeMEugdAA=
X-Feedback-Id: 523b7407fea39857fa0b3d8d:mailgun
Received: by luna.mailgun.net with HTTP; Thu, 14 Aug 2014 20:39:56 +0000
Mime-Version: 1.0
Content-Type: text/html; charset="utf-8"
Subject: Successful Authentication from 50.151.92.59
From: Cryptsy <support@cryptsy.com>
To: atulnair@gmail.com
Message-Id: <20140814203956.84233.86722@cryptsy.com>
Content-Transfer-Encoding: base64
X-Mailgun-Sid: WyJjNDNkMCIsICJhdHVsbmFpckBnbWFpbC5jb20iLCAiZmQxMSJd

Date: Thu, 14 Aug 2014 20:39:57 +0000
Sender: support@cryptsy.com

SGkgQXR1bCwgCjxiciAvPjxiciAvPgpUaGlzIGVtYWlsIGlzIHRvIG5vdGlmeSB5b3Ugb2YgYSBz
dWNjZXNzZnVsIGxvgvZ2luIG9uIHlvdXIgYWNjb3VudCBhdCBDcnlwdHN5LmNvbQo8YnIgLz48YnIg
Lz4KVXNlcm5hbWU6IGZvcmNlbxvdzxiciAvPgpJUCBBZGRyZXNzOiA1MC4xNTEuOTIuNTk8YnIv
Pjxiciz8+CklmIHlvdSBkaWQgbm90IHBlcmZvcm0gdGhpcyBsb2dpbiwgdGhlbiBjb250YWN0IHN1
cHBvcnQgaW1tZWRpYXRlbHkuCjxiciz8+PGJyLz4KRW5nbGlzaDogDogTmVlZC0byBsb2NrLW91dCB5
b3VyIGFjY291bnQgaW1tZWRpYXRlbHk/ICBDbGljayB0aGUgUGlsaayBiZWxvdybB0byBsb2NrIGRv
d24geW91ciBhY3VdW50Ojxicj4Q2hpbmVzZTog6ZyA6KaB56uL5Y2z6ZSB5a6a5oKo55qE5biQ
5oi377yf54K55Ye75LiL6Z2i55qE6ZO+5o6l5p2l6ZSB5a6a5oKo55qE5biQ5oi377yaPGJyPgpS
dXNzaWFuOiDQndGD0LbQvdC+INC90LXQvNC10LTQu9C10L3QvdC+INC30LDQsdC70L7QutC40YDQ
vtCy0LDRgtGMINC30LDQv9C40YHRjD8g0J3QsNC20LzQuNGC0LUg0L3QsCDRgdGB0YvQu9C60YMg
0L3QuNC20LUsINGH0YLQvtCx0Ysg0LfQsNC0LvQvtC60LjRgNC+0LLQsNGC0Ywg0LLQsNGIINGw
0LrQutCw0YPQvdGCOgo8YnI+PGJyPgo8YSBocmVmPSJodHRwczovL3d3dy5jcnlwdHN5LmNvbS91
c2Vycy9sb2NrYWNjb3VudC9VM1JvUzNSUlZZWSTFWMlUyZG1jNFJDDOUJRMWt6U0N0a1JtdFphMms1
VW5GGS1oxVjRSSbkZtWs1M1JUMD0iPkZyZWV6SBBBY2NvdW50IEltbWVkaWF0ZWx5IC8g56uL5Y2z
5Ya757uT5biQ5oi3IC8g0JfQuNC80L7RgNC+0LfQuNGC0Ywg0YRh9C10YIg0KHRgNCw0LfRgzwv
YT4KPGJyPgo8YnIgLz48YnIgLz48YKPGk+Q3J5cHRzeTwvaT4=

 Gmail

**Atul Nair <atulnair@gmail.com>**

## Successful Authentication from 98.206.34.245

**Cryptsy** <support@cryptsy.com>                                                              Fri, Jan 15, 2016 at 6:45 AM
To: atulnair@gmail.com

Hi Atul,

This email is to notify you of a successful login on your account at Cryptsy

Username: forceflow
IP Address: 98.206.34.245

If you did not perform this login, then contact support immediately.

English: Need to lock-out your account immediately? Click the link below to lock down your account:
Chinese: 需要立即锁定您的帐户？点击下面的链接来锁定您的帐户：
Russian: Нужно немедленно заблокировать запись? Нажмите на ссылку ниже, чтобы заблокировать ваш
аккаунт:

Freeze Account Immediately / 立即冻结帐户 / Заморозить счет Сразу


*Cryptsy*

Delivered-To: atulnair@gmail.com
Received: by 10.79.89.193 with SMTP id n184csp247291ivb;
    Fri, 15 Jan 2016 04:45:05 -0800 (PST)
X-Received: by 10.140.91.73 with SMTP id y67mr12782954qgd.42.1452861905789;
    Fri, 15 Jan 2016 04:45:05 -0800 (PST)
Return-Path: <bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com>
Received: from so254-79.mailgun.net (so254-79.mailgun.net. [198.61.254.79])
    by mx.google.com with ESMTPS id d190si13156749qhd.71.2016.01.15.04.45.05
    for <atulnair@gmail.com>
    (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
    Fri, 15 Jan 2016 04:45:05 -0800 (PST)
Received-SPF: pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) client-ip=198.61.254.79;
Authentication-Results: mx.google.com;
    spf=pass (google.com: domain of bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com designates
198.61.254.79 as permitted sender) smtp.mailfrom=bounce+0b75fb.fd11-atulnair=gmail.com@cryptsy.com;
    dkim=pass header.i=@cryptsy.com;
    dkim=pass header.i=@mailgun.org
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=cryptsy.com; q=dns/txt; s=krs;
 t=1452861905; h=Content-Transfer-Encoding: Mime-Version: Content-Type:
 Subject: From: To: Message-Id: Date: Sender: X-Feedback-Id;
 bh=DZ62oWGi6/W0VwJM0e+nUaKp/TMGklM4wslK5k5+tMc=;
 b=HrZh2yLvn4BeAPkZ2cuXJfnp5EU4Vn7bpXpGHzVbJGIG0C9eu12vryxnuTUeyF4tN1jfArvM
 2ELapeOA8L4YNpCOAjhy2iN4NmVEomjMsGNtsVMZJlQnOr6Rd3ahyrVIM1yxfIBRXvixRlfj
 GpW8AvVVxk0JsaotA31uB34anqE=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=cryptsy.com; s=krs; q=dns;
 h=X-Feedback-Id: Sender: Date: Message-Id: To: From: Subject:
 Content-Type: Mime-Version: Content-Transfer-Encoding;
 b=HC9c74fVfHQ6yx59lANERUCZv7uNks1S28x8rA8+TOLIYa1PR95VSSJsbP3ZIkhnfmyngM
 Gu7uOVHoeGGD9se9F0kFghYEXQ7mymJfJ4uzh3betAbmqi+NsTZGCYTuwNf2o72gwv7JTHJH
 CMYORoUCfq1uwpaAVVwYKdctKUekI=
DKIM-Signature: a=rsa-sha256; v=1; c=relaxed/relaxed; d=mailgun.org; q=dns/txt; s=mg;
 t=1452861905; h=Content-Transfer-Encoding: Mime-Version: Content-Type:
 Subject: From: To: Message-Id: Date: Sender: X-Feedback-Id;
 bh=DZ62oWGi6/W0VwJM0e+nUaKp/TMGklM4wslK5k5+tMc=;
 b=RwwzI/Otp4kLbtNua1beC+y7Tqt2I8OaH+PdEpKx6Jk0/DTQh9ZHTShZ8P0G9bO9ADHnGc/E
 v+h7msxcbioeWetnzA/eS8MlfPq/7vEzf4p6bbpHzoIUwGXhO5jgaowND8GUPBYZ3IXcZ/dN
 Nif/F+Y7z2zWIx7rxKrH7f0xlZw=
DomainKey-Signature: a=rsa-sha1; c=nofws; d=mailgun.org; s=mg; q=dns;
 h=X-Feedback-Id: Sender: Date: Message-Id: To: From: Subject:
 Content-Type: Mime-Version: Content-Transfer-Encoding;
 b=HTWWoK//hn1B/N42cl9aBf51TwdZgGGMq3sQs9LKXH2v5tlF8gt7YEixOdw9ddnPlQU1pS
 IUwb41l5Vr+Y21FJzBILLQYuegZ1cy5ZPVCvWtk2dA6YsGxB4QkP6ntfBcZib1HzcPA59QKw
 MUKjGPhwcRIoS22Ajy5j+M5lBa5qU=
X-Feedback-Id: 523b7407fea39857fa0b3d8d:mailgun
Sender: support@cryptsy.com
Date: Fri, 15 Jan 2016 12:45:05 +0000
X-Mailgun-Sid: WyJjNDNkMCIsICJhdHVsbmFpckBnbWFpbC5jb20iLCAiZmQxMSJd
Received: by luna.mailgun.net with HTTP; Fri, 15 Jan 2016 12:45:04 +0000
Message-Id: <20160115124504.96366.2587@cryptsy.com>
To: atulnair@gmail.com
From: Cryptsy <support@cryptsy.com>
Subject: Successful Authentication from 98.206.34.245

Content-Type: text/html; charset="utf-8"
Mime-Version: 1.0
Content-Transfer-Encoding: base64

SGkgQXR1bCwgCjxici AvPjxici AvPgpUaGlzIGVtYWlsIGlzIHRvIG5vdGlmeSB5b3Ugb2YgYSBz
dWNjZXNzZnVsIGxvZ2luIG9uIHIlvdXIgYWNjb3VudCBhdCBDcnlwdHN5IAo8YnIgLz48YnIgLz4K
VXNlcm5hbWU6IGZvcmNlNlzmxvdzxici AvPgpJUCBBZGRyZXNzOiA5OC4yMDYuMzQuMzQ1PGJyLz48
YnIvPgpJZiB5b3UgZGlkIG5vdCBwZXJmb3JtIHRoaXMgbG9naW4sIHRoZW4gY29udGFjdCBzdXBw
b3J0IGltbWVkaWF0ZWx5Lgo8YnIvPjxici8+CkVuZ2Z2xpc2g2g6IE5lZWQgdG8gbG9nb9jay1vdXQgeW91
ciBhY2NvdW50IGltbWVkaWF0ZWx5PyAgQ2xpY2sgdGhlIGxpbmsgYmVsb3cgdG8gbG9jayBkb3lu
IHIlvdXIgYWNjb3VudDo8YnI+CkNoaW5lc2U2U6IOmcgOimgeeri+WNs+mUgeWumaCqOeahOW4kOaI
t++8n+eCueWHu+S4i+mdoueahOmTvuaOpeadpemUgeWumaCqOeahOW4kOaIt++8mjxicj4KUnVz
c2lhbjog0J3Rg9C20L3QviDQvdC10LzQtdC00LvQtdC90L3QviDQt9Cw0LHQu9C+0LrQuNGA0L7Q
stCw0YLRjCDQt9C0L/QuNGB0Yw/INCd0LDQttC80LjRgtC1INC90LAg0YHRgdGL0LvQutGDINC9
0LjQttC1LCDRh9GC0L7QsdGLINC30LDQsdC70L7QutC40YDQvtCy0LDRgtGMINCy0LDRiCDQsNC6
0LRQsNGD0L3RgjoKPGJyPjxicj4KPGEgaHJlZj0iaHR0cHM6Ly93d3cuY3J5cHRzeS5jb20vdXNl
cnMvbG9ja2FyY291bnQQvTUVKeWVuzGtZVEJJVjBrM05VkxxTa0ozVjBWWbVIzUk5MMMVpqqTVRCTU56
ZEhSSakk0UTFFoclVsTTNhejA9Ij5GcmVlemUgQWNjb3VudCBJb2lZGlhdGVseAvIOeri+WNs+WG
u+e7k+W4kOaItyAvINCX0LDQvC+0YDQvtC30LjRgtGMINGB0YfQtdGCINCh0YDQsNC30YM8L2E+
Cjxici4KPGJyIC8+PGJyIC8+CjxpPkyeXB0c3k8L2k+Cg==

Cryptsy Account: forceflow
Atul Nair
3735 N. Christiana Ave
Chicago, IL 60618
312-391-1573
#144630

# Account Funding

The account was funded through BTC and LTC transfers and also USD deposits.

1. On 7/2/2014 a check was mailed, in the amount of $4,822.00, #1003 to Project Investors Inc dba Cryptsy.com to fund Atul Nair's account at cryptsy.com.  Cryptsy Account #144630.  It was cashed at a Delray Beach bank with the account number of #4301893560 on 7/7/2014
   a. An email conversation about the delay in account crediting has been included.
2. On 8/19/2014 a check was mailed, in the amount of $3,583.22, #1005 to Project Investors Inc dba Cryptsy.com to fund Atul Nair's account at cryptsy.com.  Cryptsy Account #144630.  It was cashed at a Delray Beach bank with the account number of #4301893560 on 8/22/2014
   a. An email conversation about the delay in account crediting has been included.
3. On 11/20/2014 9.96 BTC was send to my account on cryptsy.com from coinbase.com.  The cryptsy btc wallet address is: 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL
   a. Blockchain info, including hash value, has been provided via coinbase.
4. On 1/10/2015 10 BTC was send to my account on cryptsy.com from coinbase.com.  The cryptsy btc wallet address is: 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

      a. Blockchain info, including hash value, has been provided via coinbase.

5. On 7/13/2015 10 BTC was send to my account on cryptsy.com from coinbase.com.  The cryptsy btc wallet address is: 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

      a. Blockchain info, including hash value, has been provided via coinbase.

JPMᴏʀɢᴀɴ Cʜᴀsᴇ & Co.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 2 |
| **Account number:** | |
| **Date range:** | 06/01/2014 to 09/15/2014 |
| **Check number(s):** | |
| **Amount:** | |

JPMORGAN CHASE & CO.

| | |
|---|---|
| Post date: | 07/07/2014 |
| Amount: | $ 4822.00 |

Account:

Check Number: 1003

ATUL NAIR
1312 E PRAIRIE AVE.
DES PLAINES, IL  60016-4307

312-391-1573   2-440   DATE 7/2/2014   1003

PAY TO THE ORDER OF  Project Investor's Inc dba Cryptor   $ 4822.00

four thousand eight hundred twenty two dollars   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Funding Account # 144630

575822013645 132150   20140707 00000000306262650 1
TRN_DEBIT   JCOMON   482300
Delray Beach 0858   94004 5758 4  0057

FOR DEPOSIT ONLY
4360283660

| | |
|---|---|
| Post date: | 08/22/2014 |
| Amount: | $ 3583.22 |

Account:

Check Number:

ATUL NAIR
1312 E PRAIRIE AVE.
DES PLAINES, IL  60016-4307

312-391-1573   2-440   DATE 8/19/2014   1005

PAY TO THE ORDER OF  Project Investors Inc dba Cryptor   $ 3583.22

three thousand five hundred eighty three and 22/100 dollars   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO To fund my account # 144630

593432053102 121620   20140822 00000000306262626301
TRN_DEBIT   THOLNES   358322
Delray Beach 0934   94004 5934 4  0063

© 2016 JPMorgan Chase & Co.

ATUL NAIR
1312 E PRAIRIE AVE.
DES PLAINES, IL  60016-4307

312-391-1573

1003

2-1440
710

DATE 7/2/2014

PAY TO THE
ORDER OF    Project Investors Inc DBA Cryptsy        $ 4822.00

four thousand eight hundred twenty two dollars                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Funding Account # 144630

⑆071000013⑆   0⑈1⑈1003

Case 9:16-cv-80060-KAM Document 111-4 Entered on FLSD Docket 05/19/2017 Page 81 of 102



For DEPOSIT ONLY
43018893560

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

000030620866
48400
0057
0000000000
20140707
94004 5758 4
JCOMON
132150
5758220013645
TRN_DEBIT
Delray Beach 0858

 Gmail

**Atul Nair <atulnair@gmail.com>**

## Re: [#145911] USD deposit

**Cryptsy.com** <support@cryptsy.com>                                    Tue, Jul 8, 2014 at 6:43 PM
Reply-To: "Cryptsy.com" <support@cryptsy.com>
To: atulnair@gmail.com

Hello Atul,

Thank you for contacting us about this issue.
Once we receive your check and can verify funds availability,
then it will be posted to your account for available use.
This can take up to  24hrs with the exception of weekends and holidays,
but generally will be deposited quickly after receiving it.
I'll leave this ticket open and I will keep you updated.


Sincerely,

Elen
Customer Service Manager
Cryptsy.com

- Add 2 Factor Authentication

- Official Cryptsy Facebook

- Cryptsy Blog


Elen's Trade Key
b0ad4c3f49e1f8a3cb0424f01bc5ea1341b0a2f3

On Tue, 8 Jul at 4:03 pm , Atul Nair <atulnair@gmail.com> wrote:
Hi,

I see that the check I sent has been deposited.  I understand you hold it for a few days, but why
isn't showing on the website.  Also would let me know when I can start trading too!    Thanks.

**ATUL NAIR**
1312 E PRAIRIE AVE.
DES PLAINES, IL 60016-4307

1005

312-391-1573

2-1440
710

DATE 2/14/2014

PAY TO THE
ORDER OF Project Investors Inc dba Cryptsy (an | $ 3563.22

Three thousand five hundred eighty three c'el 22 100 _____ DOLLARS

**CHASE** ○
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO To fund my account #144630

⑆073100000613⑆ 013⑈1005

1005

FOR DEPOSIT ONLY
Project Investors Inc.
Acct. # 4301893560

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

593432053102 121620    20140822 000000003069G2630

TRN_DEBIT    THOLNES    358322

Delray Beach 0934    94004 5934 4    0063

 Gmail

**Atul Nair <atulnair@gmail.com>**

## Re: [#154730] USD deposit

**Cryptsy.com** <support@cryptsy.com>
Reply-To: "Cryptsy.com" <support@cryptsy.com>
To: atulnair@gmail.com

Fri, Aug 29, 2014 at 10:37 AM

Hello Atul,

Thank you for your inquiry.

Your deposit has been cleared.  Please note that depending on the deposit amount, it may take up to 5 business days for the funds to clear to your account.

If you have any other questions please let me know.

Best Regards,

Scott
Cryptsy USD Accountant

> On Fri, 29 Aug at 6:27 am , Atul Nair <atulnair@gmail.com> wrote:
> Hi,
>
> The funds I have sent are not being confirmed in a timely manner.  Please clear the funds, today will be the 5th business day.  It shouldn't take this long.

# Sent bitcoin



## -9.9600 BTC

— $3,489.48 USD

| | |
|---|---|
| TO | **Bitcoin address** |
| | 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL |
| NOTE | arb on cryptsy |
| STATUS | **Transaction confirmed** |
| | 70465 confirmations |

9:18PM — November 20, 2014                    COMPLETE

☰

# Transaction

Transaction is transfer of coins from user A to user B. ❓ (https://bitcoin.org/en/how-it-works)

Share          ✚ Add to bookmarks

Home (/)  /  Block: 330946 (/block/info/330946)  /  Tx: 2a9a2ce954a068abbe8af4cf70362496a9d2665c1c8f18cc40976e2dbfb7678b

**Hash**
2a9a2ce954a068abbe8af4cf70362496a9d2665c1c8f18cc40976e2dbfb7678b

**Time**
2014-11-20 23:47:41

**Sum of incoming txs**
9.96049470 BTC

**Sum of outgoing txs**
9.96029470 BTC

**Traded**
9.96029470 BTC

**Fee**
0.00020000

**Confirmations**
124791

**Coin days destroyed**
0 ❓ (http://bitcoin.stackexchange.com/questions/845/what-are-bitcoin-days-destroyed)

**Included in block**
330946 (/block/info/330946)

Report an issue (/issue/1)

(https://exchange.coinbase.com)

| | | |
|---|---|---|
| ‹ (/tx/info/...)hoeHoVMqKuWKi3) | -9.96019526 | |
| ‹ (/tx/info/...)H2LZPckk7Pbp3e8pNEAX) | -0.00017486 | |
| ‹ (/tx/info/...)ZA8S8PQukBrHkaGBo8) | -0.00012458 | |

⌄

| | | | |
|---|---|---|---|
| 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL (/address/info/1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL) | 9.96 | › () | |
| 1FfAvbRq1wiwemU466Z9hrEUALHcb66255 (/address/info/1FfAvbRq1wiwemU466Z9hrEUALHcb66255) | 0.00019526 | › () | |
| 1Eut4gxdiKvGi8mibvL5fqF5kiifU46GKv (/address/info/1Eut4gxdiKvGi8mibvL5fqF5kiifU46GKv) | 0.00009944 | › () | |

🔍 Enter a block height, address, block hash, transaction hash

Show: Trade | Raw ()

**Fee:**   0.00020000

(/)

X

 Gmail

**Atul Nair <atulnair@gmail.com>**

## You just sent 9.96 BTC to 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

**Coinbase** <contact@coinbase.com>
To: atulnair@gmail.com

Thu, Nov 20, 2014 at 11:18 PM

 Coinbase

Hi Atul Nair,

You just sent **9.96** BTC (worth $3,489.43 USD) to
**1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL**.

Attached message:

>     arb on cryptsy

You can view this transaction at any time from your
account.

Kind regards,
The Coinbase Team

© Coinbase 2014

# Sent bitcoin 



## −10.0000 BTC

− $2,756.40 USD

TO — **Bitcoin address**
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

NOTE — to crytpsy

STATUS — **Transaction confirmed**
62992 confirmations

4:56PM — January 10, 2015                    COMPLETE

≡

# Transaction

Transaction is transfer of coins from user A to user B. ❷ (https://bitcoin.org/en/how-it-works)

Share          ✚ Add to bookmarks

Home (/)  ·  Block: 338419 (/block/info/338419)  ·  Tx: 37d0d2130c7ab4db69a14ab70cd04b689af5a9a20154bea8fe4610ec6c354d4b

**Hash**
37d0d2130c7ab4db69a14ab70cd04b689af5a9a20154bea8fe4610ec6c354d4b

**Time**
2015-01-10 19:02:05

**Sum of incoming txs**
10.00110782 BTC

**Sum of outgoing txs**
10.00100782 BTC

**Traded**
10.00100782 BTC

**Fee**
0.00010000

**Confirmations**
117318

**Coin days destroyed**
0 ❷ (http://bitcoin.stackexchange.com/questions/845/what-are-bitcoin-days-destroyed)

**Included in block**
338419 (/block/info/338419)

Report an issue (/issue/1)

(https://exchange.coinbase.com)

| | | |
|---|---|---|
| ‹ (/tx/info307452ab0106451f81dd4f5267dd68e9d41ce354b9bb36c993f9d356c25e9d582689376)7R98tQACpgY1a) | -10 | |
| ‹ (/tx/info49e53a4923983f5f9b207d2f66f5a17a819e4b1fetfafd0a944d413af0d4d2f224f7a7bt63)5yQAGh55jupLB1thAt) | -0.00110782 | |

˅

| | | |
|---|---|---|
| 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL (/address/info/1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL) | 10 | › () |
| 1GQ4hCrSPBPEk6bcFpTuH82ZEzjU2xYRCx (/address/info/1GQ4hCrSPBPEk6bcFpTuH82ZEzjU2xYRCx) | 0.00100782 | › () |

Show: Trade | Raw ()

Enter a block height, address, block hash, transaction hash

| | |
|---|---|
| **Fee:** | 0.00010000 |
| **Traded:** | 10.00100782 |
| **Transaction sum:** | 10.00100782 |

🔍                                                                                     X

(/)

 Gmail

**Atul Nair <atulnair@gmail.com>**

---

## You just sent 10.00 BTC to 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

**Coinbase** <contact@coinbase.com>                                    Sat, Jan 10, 2015 at 6:56 PM
To: atulnair@gmail.com

 Coinbase

---

Hi Atul Nair,

You just sent **10.00** BTC (worth $2,782.67 USD) to
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL.

Attached message:

> to crytpsy

You can view this transaction at any time from your
account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

# Sent bitcoin





## −10.0000 BTC

− $2,937.10 USD

**TO**

**Bitcoin address**
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

**NOTE**

cryptsy

**STATUS**   **Transaction confirmed**
36209 confirmations

5:10PM — July 13, 2015                    COMPLETE

# Transaction

Transaction is transfer of coins from user A to user B. ❷ (https://bitcoin.org/en/how-it-works)

Share        ➕ Add to bookmarks

Home (/) · Block: 365202 (/block/info/365202) · Tx: 54c2959f273c86328e8df4d086dd04cc9e93abfb8cf5dfbbb002bce3242d04a1

**Hash**
54c2959f273c86328e8df4d086dd04cc9e93abfb8cf5dfbbb002bce3242d04a1

**Time**
2015-07-13 19:22:29

**Sum of incoming txs**
10.00157009 BTC

**Sum of outgoing txs**
10.00127009 BTC

**Traded**
10.00127009 BTC

**Fee**
0.00030000

**Confirmations**
90535

**Coin days destroyed**
0 ❷ (http://bitcoin.stackexchange.com/questions/845/what-are-bitcoin-days-destroyed)

**Included in block**
365202 (/block/info/365202)

Report an issue (/issue/1)

(https://exchange.coinbase.com)

| | | |
|---|---|---|
| ‹ (/tx/0dfaaf5fd5955b48f39f42db92f934f5bbbc2d2f0a3d729b9f1fbddf2923f42901e3e3)3YTMdXhfogMTCmhixDJZ) | -10 | |
| ‹ (/tx/Bd4a8a8a20f49cf18cc8611f3d56b0276353b44cc2301b75a223048A0947b0383301Y)HC4mQhGP5K4FR2DcBexc) | -0.00157009 | |

⌄

| | | | |
|---|---|---|---|
| 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL (/address/info/1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL) | 10 | › () |
| 1NQeSD351yPYjunSdPY72XgaPuK2waYUXq (/address/info/1NQeSD351yPYjunSdPY72XgaPuK2waYUXq) | 0.00127009 | › () |

Show: Trade | Raw ()

| | |
|---|---|
| Fee: | 0.00030000 |
| Traded: | 10.00127009 |
| Transaction sum: | 10.00127009 |

Enter a block height, address, block hash, transaction hash  🔍

(/)                                                                        X

 **Atul Nair <atulnair@gmail.com>**

## You just sent 10.0000 BTC to 1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL

**Coinbase** <contact@coinbase.com>                              Mon, Jul 13, 2015 at 7:10 PM
To: atulnair@gmail.com



Hi Atul Nair,

You just sent **10.0000** BTC (worth $2,916.50 USD) to
1E7avTJSnLR9JLy7pv6DjvaJVC7zJ5dwpL.

Attached message:

    cryptsy

You can view this transaction at any time from your
account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

Cryptsy Account: forceflow
Atul Nair
3735 N. Christiana Ave
Chicago, IL 60618
#144630

# Account Holdings

Below is a screenshot of my account balance the day I heard trading was suspended.  I also included email confirmation of login activity on that day.



Listing of Holdings

| | | |
|---|---|---|
| USD | – | $973.01015412 |
| 42Coin | – | .00001712 |
| BitCoin | – | 10.34910320 |
| CryptsyPoints- | | 1.27939835 |
| Dash | - | 182.99610492 |
| Dogecoin | - | 1,637,519.82215838 |
| LiteCoin | - | 3,118.71908743 |
| ReddCoin | - | 1,823,997.90613835 |

**objections documents and claim questions**

Atul Nair [atulnair@gmail.com]

**Sent:**　　　Wednesday, May 03, 2017 5:23 PM
**To:**　　　　info@cryptsysettlement.com
**Attachments:** Atul Nair Cryptsy Objectio~1.pdf (4 MB)

To Whom it May Concern,

Enclosed is an attachment with my objections and evidence of being a class member.
This was mailed on May 1st to the addresses required.

Let me know if there is anything else I should include with my claim or anything I should further
substantiate. This will help me file the best claim.  Thank you.

Best Regards,
Atul Nair
312-391-1573



HOME / SUBMIT A CLAIM / **IMPORTANT DOCUMENTS** / FAQS / CONTACT US

## Important Documents

Notice

Claim Form

Order Granting Preliminary Approval

Nettles Settlement Agreement

Ridgewood Settlement Agreement

Exclusion Request Form

### Important Dates

**April 17, 2017** - Deadline to Request Exclusion (must be postmarked by this date)

**May 3, 2017** - Deadline to Object (must be postmarked by this date)

**May 17, 2017** - Deadline to submit a Claim Form (must be submitted online by or postmarked by this date)

**June 2, 2017 at 10:00 A.M.** - Fairness Hearing



HOME / SUBMIT A CLAIM / IMPORTANT DOCUMENTS / FAQS / CONTACT US

If you are a CRYPTSY account holder and are unable to access your CRYPTOCURRENCY, you could get money from two different class action settlements, and an ongoing class action lawsuit may affect your rights. PLEASE READ THE NOTICE CAREFULLY.

### Important Dates

**April 17, 2017** - Deadline to Request Exclusion (must be postmarked by this date)

**May 3, 2017** - Deadline to Object (must be postmarked by this date)

**May 17, 2017** - Deadline to submit a Claim Form (must be submitted online by or postmarked by this date)

**June 2, 2017 at 10:00 A.M.** - Fairness Hearing

| | |
|---|---|
| SUBMIT A CLAIM FORM FOR YOUR SHARES OF THE SETTLEMENTS | **The only way to receive money from the settlements when the funds are distributed is by submitting a claim form by May 17, 2017.**<br><br>Click **here** to submit your Claim online or click **here** to download a Claim Form. |
| OBJECT TO OR COMMENT ON THE SETTLEMENTS | **Write to the Court about why you like or do not like the settlements by no later than May 3, 2017.** You may also ask to speak to the Court about your written comments or objections about the fairness of either or both of the settlements at the "Fairness Hearing" on **June 2, 2017**, though you do not have to do so. To comment on or object to either or both settlements and request to speak at the "Fairness Hearing," you must act before **May 3, 2017**.<br><br>Click **here** for more information about objecting to the settlement. |

I, Joel Bevacqua, affirm under penalty of perjury that I am a Class Member in the *Cryptsy Cryptocurrency Litigation*, Case No.: 9:16-cv-80060. My address and details are:

Joel Bevacqua

850 2nd St. Apt. 108

Santa Monica, CA 90403

Phone: (310) 766-0799

I object to the proposed settlement for the following reasons.

1. Primarily, the settlements as stated currently will pay the Class Members in US Dollars the amount their holdings were worth on November 1, 2015. But, the Class Members had, in many cases, already changed their US Dollars into some other cryptocurrency in order to trade on Cryptsy. Many of those cryptocurrencies are far more valuable now, than on Nov. 1, 2015, one of the lowest points of the cryptocurrency market.

In my case, I transferred Bitcoins to buy  Darkcoins. I can clearly show the Bitcoin transactions from Coinbase to Cryptsy. A Bitcoin is worth four times as much today than 2015, and Darkcoins (now known as DASH) are worth almost seventy times more.

I had already transferred into a type of thing or things other than a US Dollar by November 1, 2015. Those things were taken out of my control by Cryptsy, never it seems to return. Therefore the "things" I had need to be replaced, and their value is now higher. Therefore, the settlements should be pegged to their current value on the day of the true settlement, other than a date at one of the lowest value points of the cryptocurrency market.

2. I object to the cryptocurrencies located being sold before the settlement has been finalized. This would seem to only make the case more confusing, and less able to satisfy Class Members, who, as stated before, lost things, not US Dollars in many cases.

3. I object to the process of Objection. All superficial appearances of the settlement website show that the date to object is May 3, 2017, and that the objection must be postmarked by that date. I have attached a screenshot on May 3, 2017 to prove it. Later in the instructions, it is written that the objection must also be received by May 3, 2017. Basically, it creates a "lie of omission". Any reasonable person would assume by reading what is clearly presented, that so long at they object by May 3, 2017 and have it postmarked, they have satisfied the Objection's timing requirements.  So, I am executing my right to object based on the clearly stated façade of the Settlement website, and respectfully request the Court honor my objection as a Class Member.

If I have the opportunity to come to Florida on June 2, 2017, I would like to appear at Court to voice my objections. Therefore, this letter also serves as my Notice of Intention to Appear in Cryptsy Cryptocurrency Litigation. I will know in a week or two if I can come to the Court that day.

List of attachments:

A. Confirmation from Website of my sign-up as a class member.

B. Screenshots of Settlement website.

Joel Bevacqua
Joel Bevacqua
5-3-17

# Cryptsy Cryptocurrency Settlement

Case No.: 9:16-cv-80060

HOME  /  SUBMIT A CLAIM  /  IMPORTANT DOCUMENTS  /  FAQS  /  CONTACT US

Print this page for your records

## THANK YOU FOR YOUR SUBMISSION

Thank you for your submission. You may be contacted by the Settlement Administrator if additional information is required. If you need to contact us about your submission, please email us at info@CryptsySettlement.com or call us at (888) 868-4936. Please reference your case number when communicating with the Settlement Administrator about your claim submission.

Copyright © 2017

Privacy Policy

## Cryptsy Cryptocurrency Settlement: Objection

buda@deadlybuda.com

**Sent:** Wednesday, May 03, 2017 3:51 PM
**To:** info@cryptsysettlement.com
**Attachments:** objection screenshots.pdf (354 KB) ; ojectionletter.PDF (640 KB) ; Thank You for your Claim.pdf (42 KB)

Hello,
Attached is my objection letter to the proposed settlements. I will also
mail it today via standard US Mail.
Joel Bevacqua
310-766-0799