# EXHIBIT "B"

## NOTICE OF SALE OF REAL PROPERTY

NOTICE is hereby given that on _____, 2017, or thereafter as the United States District Court for the Southern District of Florida may direct in the case of *Brandon Leidel, et al. v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, et al.*, Case No. 9:16-cv-80060-MARRA, James D. Sallah, Esq., not individually but solely in his capacity as the Court-appointed Receiver/Corporate Monitor for Project Investors, Inc. d/b/a Cryptsy (the "Receiver"), will sell the residential real property located at 16832 Charles River Drive, Delray Beach, FL 33446 "as is, where is" and free and clear of all liens, claims, or encumbrances for $1,150,000.00.  Any person interested in making an offer that guarantees at least a 10 per centum increase over the $1,150,000.00 price must make such an offer in accordance with the Court-approved "AS-IS Residential Contract for Sale and Purchase of Real Estate" located on the Receiver's website at http://cryptsyreceivership.com on or before 5:00 p.m. EST on _____, 2017 to JAMES D. SALLAH, RECEIVER, 2255 Glades Road, Suite #300e, Boca Raton, Florida 33431.  All offers are subject to final approval by the Court.  For additional details, visit the Receiver's website or contact the Deputy Receiver at (786) 371-6816.