# EXHIBIT "C"

**Property Detail**

| | |
|---|---|
| Parcel Control Number: | 00424629130003540 |
| Location Address: | 16832 CHARLES RIVER DR |
| Owners: | PROJECT INVESTORS INC. ,JAMES D SALLAH RECEIVER |
| Mailing Address: | 2255 GLADES RD STE 300E,BOCA RATON FL 33431 7383 |
| Last Sale: | Not available |
| Book/Page#: | 28834 / 834 |
| Price: | Not available |
| Legal Description: | BRIDGES PL 6 LT 354 |

**2016 Values (Current)**

| | |
|---|---|
| Improvement Value | $919,764 |
| Land Value | $199,500 |
| Total Market Value | $1,119,264 |
| Assessed Value | $1,119,264 |
| Exemption Amount | $0 |
| Taxable Value | $1,119,264 |

All values are as of January 1st each year

**2016 Taxes**

| | |
|---|---|
| Ad Valorem | $20,125 |
| Non Ad Valorem | $361 |
| Total Tax | $20,486 |

**2016 Qualified Exemptions**

No Details Found

**Applicants**

No Details Found

**Building Footprint (Building 1)**

**Subarea and Square Footage (Building 1)**

| Description | Area | Sq. Footage |
|---|---|---|
| BAS BASE AREA | 1 | 3249 |
| FGR FINISHED GARAGE | 2 | 736 |
| FOP FINISHED OPEN PORCH | 3 | 56 |
| FOP FINISHED OPEN PORCH | 4 | 253 |
| FUS FINISHED UPPER STORY | 5 | 2277 |
| BLC BALCONY | 6 | 42 |
| Total Square Footage : | | 6613 |
| Total Area Under Air : | | 5526 |

**Extra Features**

| Description | Unit |
|---|---|
| POOL – IN-GROUND | 89 |
| PATIO | 780 |

Unit may represent the perimeter, square footage, linear footage, total number or other measurement.

**Structural Details (Building 1)**

| No | Description | |
|---|---|---|
| 1. | Exterior Wall 1 | CB STUCCO |
| 2. | Year Built | 2014 |
| 3. | Air Condition Desc. | HTG & AC |
| 4. | Heat Type | FORCED AIR DUCT |
| 5. | Heat Fuel | ELECTRIC |
| 6. | Bed Rooms | 5 |
| 7. | Full Baths | 5 |
| 8. | Half Baths | 3 |
| 9. | Exterior Wall 2 | N/A |
| 10. | Roof Structure | WOOD TRUSS |
| 11. | Roof Cover | CONC. TILE |
| 12. | Interior Wall 1 | DRYWALL |
| 13. | Interior Wall 2 | N/A |
| 14. | Floor Type 1 | CERAM/QARY TILE |
| 15. | Floor Type 2 | HARDWD/PARQUET |
| 16. | Stories | 2 |

**Acres** 0.28

**MAP**

Sdop #Ehdfk#Frxqw|

Dorothy Jacks, CFA, AAS   PALM BEACH COUNTY PROPERTY APPRAISER    www.pbcgov.org/PAPA

Owner: PROJECT INVESTORS INC. ,JAMES D SALLAH RECEIVER   PCN: 00424629130003540

1 of 1