# EXHIBIT "D"

CFN 20170018011
OR BK 28834 PG 834
RECORDED 01/17/2017 17:50:21
Palm Beach County, Florida
AMT 10.00
DEED DOC 0.70
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0834-0835; (2Pgs)

This instrument was prepared by
and should be returned to:
Robert Carey, Esq.
Law Offices of Robert Carey, PL
4301 S Flamingo Road, Suite 106/111
Davie, Florida 33330

Parcel Tax I.D. No.: 00-42-46-29-13-000-3540

*This space reserved for recording information.*

# Quit Claim Deed

This **Quit Claim Deed** made this 21st day of December, 2016, by **Lorie Nettles, a single woman**, whose post office address is 16832 Charles River Dr, Delray Beach, Florida 33446-0010 (the "Grantor") to **James D. Sallah, not individually, but solely in his capacity Receiver for Project Investors, Inc. d/b/a Cryptsy, a Florida Corporation** whose post office address is 2255 Glades Road, Suite 300e, Boca Raton, Florida 33431 (the "Grantee") (Whenever used herein the terms "Grantor" and "Grantee" shall include the singular and plural, heirs, legal representatives, and assigns of individuals and the successors and assigns of corporations, trusts and trustees, receivership estates, wherever the context so admits or requires).

**WITNESSETH**, that said Grantor, for and in consideration of the Class Action and Receivership Settlement Agreement signed by said Grantor, and other good and valuable consideration to Grantor, the receipt whereof is hereby acknowledged, does hereby remise, release, and quit-claim unto the said Grantee, and grantees' heirs and assigns forever, all the right, title, interest, claim and demand which the said Grantor has in and to the following described lot, piece or parcel of land, situate, lying and being in **Palm Beach, County, Florida** to-wit:

Lot 354, of BRIDGES – PLAT SIX, according to the Plat thereof, as recorded in Plat Book 116, at Page 79, of the Public Records of Palm Beach County, Florida.

**ADDRESS:** 16832 Charles River Dr, Delray Beach, Florida 33446-0010

**PARCEL I.D. No.:** 00-42-46-29-13-000-3540

This Deed is given as part of and pursuant to the Class Action and Receivership Settlement Agreement signed by said Grantor.

**To Have and to Hold**, the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of said Grantor, either in law or equity, to the only proper use, benefit and behoove of the said Grantee forever.

**IN WITNESS WHEREOF**, the said Grantor has signed and sealed these presents the day and year first above written.

1 | Page

Signed, sealed and delivered

in the presence of:

_____                    _____ (Seal)
Print Witness Name: Susan Roth              Lorie Nettles

_____
Print Witness Name: Jayne Friedman

STATE OF FLORIDA

PALM BEACH COUNTY FLORIDA

The foregoing instrument was acknowledged before me this ___ day of December, 2016 by Lorie Nettles, who has produced a ___Fla Drivers License___ as identification.

_____

[Notary Seal]                               Notary Public

                                            Printed Name: _____

                                            My Commission Expires: _____