# EXHIBIT "E"



**LAW OFFICES OF SASHA KATZ, PL**

800 West Cypress Creek Road, Suite 270 • Fort Lauderdale, FL 33309 • Tel: (954) 340-5310 • Fax: (954) 208-0919 • email: skatz@skatzlaw.com

May 17, 2017

      **RE:**    <u>**Proof of Deposit/Escrow Letter**</u>
               <u>**Client # SK8700A**</u>
               <u>**Property Address: 16832 Charles River, Delray Beach, FL 33446**</u>
               <u>**Buyer: Edward Rosero**</u>
               <u>**Seller: James D. Sallah Receiver for Project Investors d/b/a/ Cryptsy**</u>

Dear Sir or Madam:

      Please be advised that I am holding in my firm's trust account  $175,000.00 representing buyer's funds for the purchase of the above referenced property.

      Should you have any questions or concerns, please do not hesitate to contact my office.

               Sincerely,

               *Sasha Katz*

               Sasha Katz, Esq.
               For the firm