# EXHIBIT "F"



G.F. Lubeck Appraisers LLC
1250 N. Ocean Drive
Riviera Beach, FL 33404
www.lubeckappraisers.com


January 09, 2017


James Sallah, Receiver for Project Investors Inc
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431


Re:  Property:      16832 Charles River Dr
                    Delray Beach, FL 33446
       Client:      James Sallah, Receiver
       File No.:     GL161205


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

George F.  Lubeck
Florida State Certified Residential Real Estate Appraiser
RD1928



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
16832 Charles River Dr
Bridges PL 6 Lot 354
Delray Beach, FL 33446

### FOR:
James Sallah, Receiver for Project Investors Inc
2255 Glades Road
Suite 300E
Boca Raton, Florida 33431

### AS OF:
December 30, 2016

### BY:
George F.  Lubeck
G.F. Lubeck Appraisers, LLC
1250 North Ocean Drive
Singer Island, FL 33404

G.F. Lubeck Appraisers Inc.

# RESTRICTED APPRAISAL REPORT

File No.: GL161205

## SUBJECT

| | |
|---|---|
| Property Address: 16832 Charles River Dr | City: Delray Beach   State: FL   Zip Code: 33446 |
| County: Palm Beach | Legal Description: Bridges PL 6 Lot 354 |
| | Assessor's Parcel #: 00-42-46-29-13-000-3540 |
| Tax Year: 2016   R.E. Taxes: $ 20,486   Special Assessments: $ None | Borrower (if applicable): James Sallah, Receiver |
| Current Owner of Record: Lorie Nettles | Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing |
| Property Type: ☒ SFR ☐ 2-4 Family | # of Units: 1   Ownership Restriction: ☐ None ☒ PUD ☐ Condo ☐ Coop |
| Market Area Name: Bridges | Map Reference: 48424   Census Tract: 0077.13 ☐ Flood Hazard |

## ASSIGNMENT

| |
|---|
| The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe) |
| This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective |
| Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other: |
| Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) |
| Intended Use: The intended use of this report is to provide the client with a supportable estimate of value for the subject property. |
| Under USPAP Standards Rule 2-2(b), this is a Restricted Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file. |
| Client: James Sallah, Receiver for Project Investors   Address: 2255 Glades Road, Suite 300E, Boca Raton, Florida 33431 |
| Appraiser: George F. Lubeck   Address: 1250 North Ocean Drive, Singer Island, FL 33404-4742 |

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 16832 Charles River Dr | 8442 Eagleville Ave | | 16584 Sagamore Bridge Way | | 16807 Burlington Bristol Ln | |
| | Delray Beach, FL 33446 | Delray Beach, FL 33446 | | Delray Beach, FL 33446 | | Delray Beach, FL 33446 | |
| Proximity to Subject | | 0.09 miles NW | | 0.45 miles NW | | 0.49 miles W | |
| Sale Price | $ N/A | $ 1,350,000 | | $ 1,100,000 | | $ 1,249,900 | |
| Sale Price/GLA | $ /sq.ft. | $ 268.34 /sq.ft. | | $ 212.03 /sq.ft. | | $ 245.13 /sq.ft. | |
| Data Source(s) | Inspection | MLS/Broker | | MLS/Broker | | MLS/Broker | |
| Verification Source(s) | PBC Prop Appr | PBC Prop Appr | | PBC Prop Appr | | PBC Prop Appr | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Cash | | Cash | | Conventional | |
| Concessions | N/A | Purchase | | Purchase | | Financing | |
| Date of Sale/Time | Dec. 30, 2016 | Dec. 30, 2016 | | Dec. 23, 2016 | | June 28, 2016 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Bridges | Bridges | | Bridges | | Bridges | |
| Site | .2829 acres | .2986 acres | | Zero Lot Line | +165,000 | .2251 acres | |
| View | Residential/Lake | Residential/Lake | | Residential/Lake | | Residential/Lake | |
| Design (Style) | Mediterranean | Mediterranean | | Mediterranean | | Mediterranean | |
| Quality of Construction | CBS/Good | CBS/Good | | CBS/Good | | CBS/Good | |
| Age | A2/E2 } | A2/E2 } | | A3/E2 } | | A4/E2 } | |
| Condition | Good } | Superior } | -67,500 | Good } | | Good } | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 11 5 5/3 | 11 5 6/1 | | 11 5 6/1 | | 11 5 6/1 | |
| Gross Living Area | 5,526 sq.ft. | 5,031 sq.ft. | +86,600 | 5,188 sq.ft. | +59,200 | 5,099 sq.ft. | +74,700 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Typical/Fans | Typical/Fans | | Typical/Fans | | Typical/Fans | |
| Garage/Carport | 3 car garage | 3 car garage | | 3 car garage | | 3 car garage | |
| Porch/Patio/Deck | Entry Porch | Entry Porch | | Entry Porch | | Entry Porch | |
| Add'l Features | Rear Porch | Rear Porch | | Rear Porch | | Rear Porch | |
| Add'l Features | Heated Pool | Heated Pool | | Heated Pool | | None | +25,000 |
| Net Adjustment (Total) | | ☒ + ☐ - $ 19,100 | | ☒ + ☐ - $ 224,200 | | ☒ + ☐ - $ 99,700 | |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | $ 1,369,100 | | $ 1,324,200 | | $ 1,349,600 | |

Summary of Sales Comparison Approach    Comparables #1, #2, #3, #4 and #5 were given equal weight in the comparable approach correlation. Comparable #6 was given supporting weight. All six comparables were taken from within the subjects subdivision and they were considered to be the best representatives of fair market value for the subject. Adjustments were required for Site, View, Condition, Bedroom/Bathroom Count, Square Footage and Pools. The Site adjustment was required for comparables #2 and #3 due to its zero lot line status and comparable #6 for its size. Adjustments were 15% and 5% respectively. View adjustment of 5% was made for comparable #4 as it was non-waterfront. The Condition adjustment was established using a paired sales analysis to compensate for extraordinary features. All other adjustments were made using specific paired sales analysis to abstract the market value of the line item. Appraiser is aware of the larger than standard adjustments. All adjustments made in this report were felt to be necessary given the current market conditions.

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESTRICTED

# RESTRICTED APPRAISAL REPORT

File No.: GL161205

## TRANSFER HISTORY

My research [X] did    [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Palm Beach County Property Appraisers Office

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: There was a warranty deed transfer in |
|---|---|
| Date: March 2015 | March 2015 for $1,374,881 to Lorie Nettles and Paul Vernon from Boca Raton Associates VI LLP. There |
| Price: $1,374,881 | was a Quit Claim transfer in January 2016 for $10.00 to Lorie Nettles from Lori Nettles and Paul Vernon. |
| Source(s): PBC Property Appraiser | |
| 2nd Prior Subject Sale/Transfer | |
| Date: January 2016 | |
| Price: $10 | |
| Source(s): PBC Property Appraiser | |

## MARKET

Subject Market Area and Marketability:    Market conditions in the subject area have been stable for the last 12 months as they have in most of Palm Beach County. Several listings and pending sales in conjunction with sales activity indicate that this trend may be ending and prices are on the rise. Market times for properly prices homes are within three months.  Conventional financing is predominant in the area with little or no owner concessions. Appraisal values in this market are evaluated from recent sales but current active listings are also reviewed as competitive substitutions.

## SITE

Site Area: .2829 acres    Site View: Residential/Lake    Topography: Basically flat    Drainage: Appears adequate

Zoning Classification: AGR-PUD    Description: Agricultural Reserve PUD

Zoning Compliance: [X] Legal    [ ] Legal nonconforming (grandfathered)    [ ] Illegal    [ ] No zoning

Highest & Best Use: [X] Present use, or    [ ] Other use (explain)

Actual Use as of Effective Date: Single Family Residential    Use as appraised in this report: Single Family Residential

Opinion of Highest & Best Use: Single Family Residential

FEMA Spec'l Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone B    FEMA Map # 1201920215A    FEMA Map Date 02/01/1979

Site Comments: There were no apparent easements or encroachments noted at the time of the inspection. Public utility easements are common in this area but in no way affect the marketability of the subject property.

## IMPROVEMENTS

Improvements Comments:    The subject property is in good condition and repair. The finishes in the subject are to the high standard of many of the homes in the development. The flooring throughout the home is all high quality. The kitchen conforms to the quality of the home with stone counter tops and custom cabinets. Appliances are also good quality ie Viking range, microwave and ovens and Sub-Zero refrigerator. The subject home is only two years old and shows the good quality of the developer.

## RECONCILIATION

| | |
|---|---|
| Indicated Value by: Sales Comparison Approach $ | 1,346,000 |
| Indicated Value by: Cost Approach (if developed) $ | Indicated Value by: Income Approach (if developed) $ |

Final Reconciliation    Greatest weight was given to the sales comparison approach in the final analysis as it best reflected market value as of December 30, 2016 for the purpose of this report. The Cost Approach and the Income approaches was not felt applicable as subject property neighborhood is predominantly owner occupied.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $       1,346,000       , as of:       December 30, 2016       , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains    20    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

[X] Scope of Work    [X] Limiting Cond./Certifications    [ ] Narrative Addendum    [X] Photograph Addenda    [X] Sketch Addendum
[X] Map Addenda    [X] Additional Sales    [ ] Cost Addendum    [X] Flood Addendum    [ ] Manuf. House Addendum
[ ] Hypothetical Conditions    [ ] Extraordinary Assumptions

Client Contact: C/O Robert Carey, Attorney    Client Name: James Sallah, Receiver for Project Investors

E-Mail: robert@robertcareylaw.com    Address: 2255 Glades Road, Suite 300E, Boca Raton, Florida 33431

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name: George F. Lubeck | Supervisory or Co-Appraiser Name: |
| Company: G.F. Lubeck Appraisers LLC | Company: |
| Phone: (561) 762-0770    Fax: (866) 738-7886 | Phone:    Fax: |
| E-Mail: chip@lubeckappraisers.com | E-Mail: |
| Date of Report (Signature): 01/09/2017 | Date of Report (Signature): |
| License or Certification #: RD1928    State: FL | License or Certification #:    State: |
| Designation: State Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 11/30/2018 | Expiration Date of License or Certification: |
| Inspection of Subject: [X] Interior & Exterior [ ] Exterior Only [ ] None | Inspection of Subject: [ ] Interior & Exterior [ ] Exterior Only [ ] None |
| Date of Inspection: December 30, 2016 | Date of Inspection: |

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP** RESTRICTED    Form GPRTD2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    12/2013

File No.: GL161205

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address 16832 Charles River Dr | | 8724 Lewis River Rd | | 8781 Sydney Harbor Cir | | 16919 Crown Bridge Dr | |
| Delray Beach, FL 33446 | | Delray Beach, FL 33446 | | Delray Beach, FL 33446 | | Delray Beach, FL 33446 | |
| Proximity to Subject | | 0.49 miles NW | | 0.52 miles W | | 0.35 miles W | |
| Sale Price | $ N/A | $ | 1,075,000 | $ | 1,249,000 | $ | 1,960,000 |
| Sale Price/GLA | $ /sq.ft. | $ 207.21 /sq.ft. | | $ 280.04 /sq.ft. | | $ 272.15 /sq.ft. | |
| Data Source(s) | Inspection | MLS/Broker | | MLS/Broker | | MLS/Broker | |
| Verification Source(s) | PBC Prop Appr | PBC Prop Appr | | PBC Prop Appr | | PBC Prop Appr | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conventional | | Cash | | Conventional | |
| Concessions | N/A | Financing | | Purchase | | Financing | |
| Date of Sale/Time | Dec. 30, 2016 | Feb. 02, 2016 | | August 19, 2016 | | May 31, 2016 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Bridges | Bridges | | Bridges | | Bridges | |
| Site | .2829 acres | Zero Lot Line | +161,250 | .2663 acres | | .4861 acres | -98,000 |
| View | Residential/Lake | Residential | +53,750 | Residential/Lake | | Residential/Lake | |
| Design (Style) | Mediterranean | Mediterranean | | Mediterranean | | Mediterranean | |
| Quality of Construction | CBS/Good | CBS/Good | | CBS/Good | | CBS/Good | |
| Age | A2/E2 } | A2/E2 } | | A4/E2 } | | A3/E2 } | |
| Condition | Good } | Good } | | Superior } | -124,900 | Superior } | -196,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 11 5 5/3 | 11 5 6/1 | | 10 4 4/1 | +25,000 | 12 6 7/1 | -25,000 |
| Gross Living Area | 5,526 sq.ft. | 5,188 sq.ft. | +59,200 | 4,460 sq.ft. | +186,600 | 7,202 sq.ft. | -293,300 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Typical/Fans | Typical/Fans | | Typical/Fans | | Typical/Fans | |
| Garage/Carport | 3 car garage | 3 car garage | | 3 car garage | | 3 car garage | |
| Porch/Patio/Deck | Entry Porch | Entry Porch | | Entry Porch | | Entry Porch | |
| Add'l Features | Rear Porch | Rear Porch | | Rear Porch | | Rear Porch | |
| Add'l Features | Heated Pool | Heated Pool | | Heated Pool | | Heated Pool | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 274,200 | ☒ + ☐ - | $ 86,700 | ☐ + ☒ - | $ -612,300 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | | $ 1,349,200 | | $ 1,335,700 | | $ 1,347,700 |
| Summary of Sales Comparison Approach | See comments on Page 1 of 2. | | | | | | |

SALES COMPARISON APPROACH

GP RESTRICTED

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRTD2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

12/2013

## Subject Photo Page

| | |
|---|---|
| Borrower | James Sallah, Receiver |
| Property Address | 16832 Charles River Dr |
| City | Delray Beach |
| County | Palm Beach |
| State | FL |
| Zip Code | 33446 |
| Lender/Client | |



### Subject Front

| | |
|---|---|
| | 16832 Charles River Dr |
| Sales Price | N/A |
| Gross Living Area | 5,526 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5/3 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2829 acres |
| Quality | CBS/Good |
| Age | A2/E2  } |



### Subject Rear



### Subject Street

## Subject Interior Photo Page

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



**Subject Interior**

16832 Charles River Dr
Sales Price            N/A
Gross Living Area      5,526
Total Rooms            11
Total Bedrooms         5
Total Bathrooms        5/3
Location               Bridges
View                   Residential/Lake
Site                   .2829 acres
Quality                CBS/Good
Age                    A2/E2 }



**Subject Interior**



**Subject Interior**

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | James Sallah, Receiver |
| Property Address | 16832 Charles River Dr |
| City | Delray Beach |

| | | | | | | |
|---|---|---|---|---|---|---|
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code 33446 |
| Lender/Client | | | | | | |



### Subject Interior

| | |
|---|---|
| | 16832 Charles River Dr |
| Sales Price | N/A |
| Gross Living Area | 5,526 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5/3 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2829 acres |
| Quality | CBS/Good |
| Age | A2/E2  } |



### Subject Interior



### Subject Interior

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | James Sallah, Receiver |
| Property Address | 16832 Charles River Dr |
| City | Delray Beach |
| County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | |



### Subject Interior

| | |
|---|---|
| 16832 Charles River Dr | |
| Sales Price | N/A |
| Gross Living Area | 5,526 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5/3 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2829 acres |
| Quality | CBS/Good |
| Age | A2/E2 } |



### Subject Interior



### Subject Interior

## Subject Interior Photo Page

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



### Subject Interior

| | |
|---|---|
| | 16832 Charles River Dr |
| Sales Price | N/A |
| Gross Living Area | 5,526 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5/3 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2829 acres |
| Quality | CBS/Good |
| Age | A2/E2  } |



### Subject Interior



### Subject Interior

## Subject Interior Photo Page

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



**Subject Interior**

16832 Charles River Dr

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,526 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5/3 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2829 acres |
| Quality | CBS/Good |
| Age | A2/E2  } |



**Subject Interior**



**Subject Interior**

## Subject Interior Photo Page

| Borrower | James Sallah, Receiver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | |



**Subject Exterior**

| | |
|---|---|
| 16832 Charles River Dr | |
| Sales Price | N/A |
| Gross Living Area | 5,526 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5/3 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2829 acres |
| Quality | CBS/Good |
| Age | A2/E2 } |



**Subject Exterior**



**Subject View**

**Building Sketch**

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



COLONNADE GRANDE / 756

5 Bedrooms plus Library, Loft, Study, Retreat, Game Room
5 Full and 3 Half Bathrooms, 3-Car Garage
5,525 a/c sq. ft. • 6,530 total sq. ft.

**Flood Map**

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



**Location Map**

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



## Comparable Photo Page

| Borrower | James Sallah, Receiver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | | | | | | | |



### Comparable 1

8442 Eagleville Ave

| | |
|---|---|
| Prox. to Subject | 0.09 miles NW |
| Sale Price | 1,350,000 |
| Gross Living Area | 5,031 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6/1 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2986 acres |
| Quality | CBS/Good |
| Age | A2/E2        } |



### Comparable 2

16584 Sagamore Bridge Way

| | |
|---|---|
| Prox. to Subject | 0.45 miles NW |
| Sale Price | 1,100,000 |
| Gross Living Area | 5,188 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6/1 |
| Location | Bridges |
| View | Residential/Lake |
| Site | Zero Lot Line |
| Quality | CBS/Good |
| Age | A3/E2  } |



### Comparable 3

16807 Burlington Bristol Ln

| | |
|---|---|
| Prox. to Subject | 0.49 miles W |
| Sale Price | 1,249,900 |
| Gross Living Area | 5,099 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6/1 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2251 acres |
| Quality | CBS/Good |
| Age | A4/E2  } |

## Comparable Photo Page

| Borrower | James Sallah, Receiver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code 33446 |
| Lender/Client | | | | | | |



### Comparable 4

| | |
|---|---|
| 8724 Lewis River Rd | |
| Prox. to Subject | 0.49 miles NW |
| Sale Price | 1,075,000 |
| Gross Living Area | 5,188 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6/1 |
| Location | Bridges |
| View | Residential |
| Site | Zero Lot Line |
| Quality | CBS/Good |
| Age | A2/E2  } |



### Comparable 5

| | |
|---|---|
| 8781 Sydney Harbor Cir | |
| Prox. to Subject | 0.52 miles W |
| Sale Price | 1,249,000 |
| Gross Living Area | 4,460 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4/1 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .2663 acres |
| Quality | CBS/Good |
| Age | A4/E2   } |



### Comparable 6

| | |
|---|---|
| 16919 Crown Bridge Dr | |
| Prox. to Subject | 0.35 miles W |
| Sale Price | 1,960,000 |
| Gross Living Area | 7,202 |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7/1 |
| Location | Bridges |
| View | Residential/Lake |
| Site | .4861 acres |
| Quality | CBS/Good |
| Age | A3/E2    } |

# Assumptions, Limiting Conditions & Scope of Work

File No.: GL161205

| | | | |
|---|---|---|---|
| Property Address: 16832 Charles River Dr | City: Delray Beach | State: FL | Zip Code: 33446 |
| Client: James Sallah, Receiver for Project Investors | Address: | | |
| Appraiser: George F. Lubeck | Address: 1250 North Ocean Drive, Singer Island, FL 33404-4742 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non–invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

# Certifications

| | |
|---|---|
File No.: GL161205

| Property Address: | 16832 Charles River Dr | City: Delray Beach | State: FL | Zip Code: 33446 |
|---|---|---|---|---|
| Client: | James Sallah, Receiver for Project Investors | Address: | | |
| Appraiser: | George F. Lubeck | Address: | 1250 North Ocean Drive, Singer Island, FL 33404-4742 | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
– The statements of fact contained in this report are true and correct.
– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
– My engagement in this assignment was not contingent upon developing or reporting predetermined results.
– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: C/O Robert Carey, Attorney | Client Name: James Sallah, Receiver for Project Investors |
|---|---|
| E-Mail: robert@robertcareylaw.com | Address: |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: George F. Lubeck | Supervisory or Co-Appraiser Name: |
| Company: G.F. Lubeck Appraisers LLC | Company: |
| Phone: (561) 762-0770  Fax: (866) 738-7886 | Phone:  Fax: |
| E-Mail: chip@lubeckappraisers.com | E-Mail: |
| Date Report Signed: 01/09/2017 | Date Report Signed: |
| License or Certification #: RD1928  State: FL | License or Certification #:  State: |
| Designation: State Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 11/30/2018 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: December 30, 2016 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                3/2007

G.P. Lubeck Appraisers Inc.

## FIRREA / USPAP ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower | James Sallah, Receiver | | File No. | GL161205 |
| Property Address | 16832 Charles River Dr | | | |
| City | Delray Beach | County Palm Beach | State FL | Zip Code 33446 |
| Lender/Client | | | | |

**Purpose**

The purpose of this report is to estimate the market value of the subject property as of the effective date of this appraisal report. The function of the report is to assist the client is estimating the market value for receivership purposes.

**Scope of Work**

In keeping with the purpose of the appraisal and the appraisal process, the appraisers have engaged in original research to provide a complete analysis for the client. Data from this analysis has been gathered from various sources such as the public records, Multiple Listing Service, the county, local planning and zoning departments, local Realtors, property owners and other appraisal offices. The product of this research and analysis is formulated within the body of this report. Additionally, we inspected the subject property. We make no warranty as to the authenticity and reliability of representations made to us by the property owner. We have taken due care in attempting to verify the data utilized within this report.

**Intended Use / Intended User**

Intended Use:

Intended User(s):

**History of Property**

Current listing information:    The property is not listed on the MLS for sale. The property was listed for sale from February 18, 2016 to August 08, 2016 with an asking price of $1,500,000.00. The listing number RX-10209631 is showing as expired.

Prior sale:    The property was transferred via Warranty Deed in March 2015 for $1,374,881 and was transferred via Quit Claim in January 2016 for $10.00.

**Exposure Time / Marketing Time**

Exposure time is the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. We estimate exposure time at market value to be less than 4 months.

**Personal (non-realty) Transfers**

**Additional Comments**

**Certification Supplement**

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | | | | |
|---|---|---|---|---|
| Appraiser: | George P. Lubeck | Supervisory Appraiser: | | |
| Signed Date: | 01/09/2017 | Signed Date: | | |
| Certification or License #: | RD1928 | Certification or License #: | | |
| Certification or License State: | FL   Expires:   11/30/2018 | Certification or License State: | | Expires: |
| Effective Date of Appraisal: | December 30, 2016 | Inspection of Subject: | ☐ Did Not  ☐ Exterior Only  ☐ Interior and Exterior |