# EXHIBIT "G"

# INVOICE

**FROM:**
Chris Callaway Staniszewski
Gulfstream Appraisal & Consulting, Inc.
10178 157th St. North
Jupiter, FL 33478

Telephone Number: 561-310-2552          Fax Number:

| INVOICE NUMBER |
| --- |
| CCS16205 |
| **DATE** |
| 12/20/2016 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | CCS16205 |
| Lender Case #: | |
| Client File #: | CCS16205 |
| Main File # on form: | CCS16205 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**
C/O Robert Carey
James Sallah, Receiver for Project Investors, Inc. d/b/a Cryptsy
2255 Glades Rd., Ste 300E
Boca Raton, FL 33431

Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| Lender: | James Sallah, Receiver... | Client: | James Sallah, Receiver... |
| Purchaser/Borrower: | N/A, Client | | |
| Property Address: | 16832 Charles River Rd. | | |
| City: | Delray Beach | | |
| County: | Palm Beach | State: FL | Zip: 33446 |
| Legal Description: | See addendum page. | | |

| FEES | AMOUNT |
| --- | --- |
| 1004 Appraisal | 750.00 |
| | |
| **SUBTOTAL** | 750.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** $ | 750.00 |

[Main File No. GCS16269]  [ Page #1]



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

16832 Charles River Rd.
See addendum page.
Delray Beach, FL  33446

### FOR:

James Sallah, Receiver...
2255 Glades Rd., Ste 300E
Boca Raton, FL  33431

### AS OF:

12/30/2016

### BY:

Chris Callaway Staniszewski
Gulfstream Appraisal & Consulting, Inc.
10178 157th St. North
Jupiter, FL  33478

GULFSTREAM APPRAISAL & CONSULTING, INC.
10178 157th St. North
Jupiter, FL  33478
561-310-2552 PHONE

James Sallah, Receiver...
2255 Glades Rd., Ste 300E
Boca Raton, FL 33431

Re: Property:     16832 Charles River Rd.
                          Delray Beach, FL 33446
     Borrower:     N/A, Client
     File No.:      CCS16205

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Chris Callaway Staniszewski
Cert Res #RD4263
Gulfstream Appraisal & Consulting, Inc.

Gulfstream Appraisal & Consulting,Inc                                    Main File No. CCS 16205   Page #3

# UNIFORM RESIDENTIAL APPRAISAL REPORT
File No.  CCS16205

## SUBJECT

| | | |
|---|---|---|
| Property Description | | |
| Property Address  16832 Charles River Rd. | City Delray Beach | State FL   Zip Code 33446 |
| Legal Description  See addendum page. | County Palm Beach | |
| Assessor's Parcel No.  00-42-46-29-13-000-3540 | Tax Year 2016   R.E. Taxes $ 20,486 | Special Assessments $ 0 |
| Borrower N/A, Client | Current Owner Nettles, Lorie | Occupant: ☒ Owner   ☐ Tenant   ☐ Vacant |
| Property rights appraised  ☒ Fee Simple  ☐ Leasehold | Project Type ☒ PUD   ☐ Condominium (HUD/VA only) | HOA $ 500   /Mo. |
| Neighborhood or Project Name  Bridges | Map Reference 42-46-29 | Census Tract 77.13 |
| Sale Price $   N/A   Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller  N/A | |
| Lender/Client  James Sallah, Receiver... | Address 2255 Glades Rd., Ste 300E, Boca Raton, FL 33431 | |
| Appraiser  Chris Callaway Staniszewski | Address 10178 157th St. North, Jupiter, FL 33478 | |

## NEIGHBORHOOD

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| Built up | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | PRICE $(000)   AGE (yrs) | | One family  90 | ☒ Not likely   ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | 623   Low   1 | | 2-4 family | ☐ In process |
| Property values | ☒ Increasing | ☐ Stable | ☐ Declining | ☐ Tenant | 1,954   High   9 | | Multi-family | To: |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☐ Vacant (0-5%) | Predominant | | Commercial  10 | |
| Marketing time | ☒ Under 3 mos. | ☐ 3-6 mos. | ☐ Over 6 mos. | ☐ Vac.(over 5%) | 950   3 | | | |

Note:  Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics:   The subject property is located north of Clint Moore Rd., south of Atlantic Ave., east of Lyons Road and west of the Florida Turnpike.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
See addendum page.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
See addendum page.

## PUD

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☒ Yes   ☐ No
Approximate total number of units in the subject project          592          Approximate total number of units for sale in the subject project
Describe common elements and recreational facilities:          Green space, clubhouse, pool, playground, tennis courts, basketball, neighborhood park.

## SITE

| | | |
|---|---|---|
| Dimensions   Irregular lot: 148x77x175x85, Approximately | Topography | Level At Street Grade |
| Site area   12,197sf | Corner Lot ☐ Yes ☒ No | Size | 12,197sf |
| Specific zoning classification and description          AGR-PUD, Planned Unit Development | Shape | Irregular |
| Zoning compliance ☒ Legal   ☐ Legal nonconforming (Grandfathered use) ☐ Illegal   ☐ No zoning | Drainage | Appears Adequate |
| Highest & best use as improved: ☒ Present use   ☐ Other use (explain) | View | Lake |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☐ | ☒ | Landscaping | Average |
| Gas | ☒ | | Curb/gutter | Concrete | ☐ | ☒ | Driveway Surface | Pavers |
| Water | ☒ | | Sidewalk | Concrete | ☐ | ☒ | Apparent easements None noted | |
| Sanitary sewer | ☒ | | Street lights | Pole Lights | ☐ | ☒ | FEMA Special Flood Hazard Area | ☐ Yes ☒ No |
| Storm sewer | ☒ | | Alley | None | ☐ | ☐ | FEMA Zone  B   Map Date 2/1/1979 | |
| | | | | | | | FEMA Map No.  120192 0215A | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):          None noted.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Conc Slab/Gd. | Slab | Conc Slab/Gd. | Area Sq. Ft. | 0sf | Roof | Unk. ☐ |
| No. of Stories | 2 | Exterior Walls | CBS/Good | Crawl Space | None | % Finished | N/A | Ceiling | Unk. ☐ |
| Type (Det./Att.) | Detached | Roof Surface | S-Tile/Good | Basement | None | Ceiling | N/A | Walls | Unk. ☐ |
| Design (Style) | Contemp. | Gutters & Dwnspts. | Complete/Good | Sump Pump | None | Walls | N/A | Floor | Unk. ☐ |
| Existing/Proposed | Existing | Window Type | Sing Hung/Gd | Dampness | None noted. | Floor | N/A | None | ☐ |
| Age (Yrs.) | 3 | Storm/Screens | Screens/Avg. | Settlement | None noted. | Outside Entry | N/A | Unknown | ☐ |
| Effective Age (Yrs.) | 2 | Manufactured House | None | Infestation | None noted. | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 0sf |
| Level 1 | 1 | 1 | 1 | 1 | | 1 | | 2 | 2.2 | 1 | | 3,251 |
| Level 2 | | | | | | | 1 | 3 | 3.1 | | | 2,275 |

Finished area above grade contains:          12 Rooms;          5 Bedroom(s);          5.3 Bath(s);          5,526 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Marble/Wd/VG | Type | FWA | Refrigerator | ☒ | None | ☐ | Fireplace(s) # None | ☐ | None | ☐ |
| Walls | Drywall/Gd. | Fuel | Elec | Range/Oven | ☒ | Stairs | ☐ | Patio  Open | ☒ | Garage | # of cars |
| Trim/Finish | Wood/Crown/Good | Condition | Good | Disposal | ☒ | Drop Stair | ☐ | Deck  None | ☐ | Attached | 3-Car |
| Bath Floor | Marble/Por T/Good | COOLING | | Dishwasher | ☒ | Scuttle | ☐ | Porch  Covered | ☒ | Detached | |
| Bath Wainscot | Marble/Por T/Good | Central | Central | Fan/Hood | ☒ | Floor | ☐ | Fence  Rear | ☒ | Built-In | |
| Doors | Wood/Good | Other | Zoned | Microwave | ☒ | Heated | ☐ | Pool  In-Ground | ☒ | Carport | |
| | | Condition | Good | Washer/Dryer | ☒ | Finished | ☐ | Spa | ☒ | Driveway | 3-Car |

Additional features (special energy efficient items, etc.):          See addendum page.

## COMMENTS

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:          See addendum page.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.:          No adverse environmental conditions were noted on or near the subject property.

Form UA2 — *WinTOTAL* appraisal software by a la mode, inc. — 1-800-ALAMODE

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. CCS16205

**Valuation Section**

## COST APPROACH

| | | | |
|---|---|---|---|
| ESTIMATED SITE VALUE | | = $ | 175,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | | |
| Dwelling 5,527 Sq. Ft. @ $ 200.00 | = $ | 1,105,400 | |
| 0 Sq. Ft. @ $ | = $ | | |
| Porch/Patio/Pool/Spa | = | 75,000 | |
| Garage/Carport 734 Sq. Ft. @ $ 100.00 | = | 73,400 | |
| Total Estimated Cost New | = $ | 1,253,800 | |
| Less Physical Functional External | | | |
| Depreciation 50,152 | = $ | 50,152 | |
| Depreciated Value of Improvements | = $ | 1,203,648 | |
| "As-is" Value of Site Improvements | = $ | 10,000 | |
| INDICATED VALUE BY COST APPROACH | = $ | 1,388,648 | |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property):  Site value was based on extraction from improved sales, as no site sales were found in the subject community in two years prior to the effective date.  Site value was concluded at $175,000.  Reproduction cost based on figures provided by Marshall & Swift Residential Cost Handbook and by local builder estimates. Physical depreciation is based on the economic age/life method. Subject's effective age was estimated at 2 years, with a remaining economic life of 48 years, based on a 50 year total economic life.  No functional or external obsolescence was noted.

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 16832 Charles River Rd. Delray Beach | 16807 Burlington Bristol Lane Delray Beach, FL  33446 | | 8442 Eagleville Ave. Delray Beach, FL  33446 | | 16919 Crown Bridge Dr. Delray Beach, FL  33446 | |
| Proximity to Subject | | 0.47 miles NW | | 0.16 miles NW | | 0.34 miles NW | |
| Sales Price | $ N/A | $ | 1,249,900 | $ | 1,350,000 | $ | 1,960,000 |
| Price/Gross Living Area | $ | $ 245.13 | | $ 268.34 | | $ 272.15 | |
| Data and/or Verification Source | Owner/PBC Prop Appr/Inspection | FlexMLS#RX-10186284 Realtor/PBC Prop Appr | | FlexMLS#RX-10268718 Realtor/PBC Prop Appr | | FlexMLS#RX-10194818 Realtor/PBC Prop Appr | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | Conventional Ln. No Concessions | | Cash Sale No Concessions | | Conventional Ln. No Concessions | |
| Date of Sale/Time | | 06/28/2016 | 0 | 12/30/2016 | | 05/31/2016 | 0 |
| Location | Bridges | Bridges | | Bridges | | Bridges | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 12,197sf | 10,019sf | 0 | 13,068sf | 0 | 21344sf | -196,000 |
| View | Lake | Lake | | Lake | | Wide Lake | -98,000 |
| Design and Appeal | Contemp. | Contemp. | | Contemp. | | Contemp. | |
| Quality of Construction | CBS/V. Good | CBS/V. Good | | CBS/V. Good | | CBS/V. Good | |
| Age | 3 Years | 5 Years | | 3 Years | | 4 Years | |
| Condition | E:2/V. Good | E:2/V. Good | | E:2/V. Good | | E:2/V. Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 12   5   5.3 | 11   5   6.1 | 0 | 11   5   6.1 | 0 | 11   6   7.1 | -8,000 |
| Gross Living Area | 5,527 Sq. Ft. | 5,099 Sq. Ft. | +42,800 | 5,031 Sq. Ft. | +49,600 | 7,202 Sq. Ft. | -167,500 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | 5 BR/Avg. | 5 BR/Avg. | | 5 BR/Avg. | | 5 BR/Avg. | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Good | Good | | Good | | Good | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | 3 Car Garage | | 3 Car Garage | |
| Porch, Patio, Deck, Fireplace(s), etc. | Covd/Op Porch None | Sm. Covd Porch None | +20,000 | Covd/Op Porch None | | Covd/Op Porch None | |
| Fence, Pool, etc. | Pool/Spa | None | +45,000 | Pool/Spa | | Pool/Spa | |
| Net Adj. (total) | | ☒ + ☐ − $ | 107,800 | ☒ + ☐ − $ | 49,600 | ☐ + ☒ − $ | -469,500 |
| Adjusted Sales Price of Comparable | | $ | 1,357,700 | $ | 1,399,600 | $ | 1,490,500 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): _See addendum page._

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | None w/in 36 Months PBC Prop Appr | None within the past 12 months PBC Property Appraiser Web. | None within the past 12 months PBC Property Appraiser Web. | None within the past 12 months PBC Property Appraiser Web. |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:  No prior sale was noted in the past 36 months for the subject property or within the past 12 months for any of the comparables 1-3, per USPAP Standard 1-5b.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | $ | 1,350,000 |
| INDICATED VALUE BY INCOME APPROACH (if Applicable)   Estimated Market Rent $ 0 /Mo. x Gross Rent Multiplier | = $ | |

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.
Conditions of Appraisal: _____

## RECONCILIATION

Final Reconciliation:  The scope of the appraisal included a full analysis of the site, improvements and neighborhood.  Most weight was placed on the Sales Comparison approach as it offers the best indicator of market value.  Cost Approach was given less weight due to the subjects age and market conditions as of the Effective Date.  Income approach was not developed as the community is primarily owner occupied.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA Form 1004B (Revised _____ 2010 _____).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF _____ 12/30/2016 _____ (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE   $ 1,350,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did   ☐ Did Not |
| Name  Chris Callaway Staniszewski | Name | Inspect Property |
| Date Report Signed  January 09, 2017 | Date Report Signed | |
| State Certification #  Cert Res RD4263   State FL | State Certification #   State | |
| Or State License #   State | Or State License #   State | |

## UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. | +(−)$ Adjust. | COMPARABLE NO. | +(−)$ Adjust. | COMPARABLE NO.  6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 16832 Charles River Rd.<br>Delray Beach | 16584 Sagamore Bridge Way<br>Delray Beach, FL  33446 | | 8724 Lewis River Road<br>Delray Beach, FL  33446 | | | |
| Proximity to Subject | | 0.47 miles NW | | 0.53 miles NW | | | |
| Sales Price | $        N/A | $        1,100,000 | | $        1,075,000 | | $ | |
| Price/Gross Living Area | $        ⌀ | $        212.03 ⌀ | | $        207.21 ⌀ | | $        ⌀ | |
| Data and/or | Owner/PBC Prop | FlexMLS#RX-10271407 | | FlexMLS#RX-10175358 | | | |
| Verification Sources | Appr/Inspection | Realtor/PBC Prop Appr | | Realtor/PBC Prop Appr | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | Cash Sale | | Conventional Ln. | | | |
| Concessions | | No Concessions | | No Concessions | | | |
| Date of Sale/Time | | 12/23/2016 | | 02/02/2016 | 0 | | |
| Location | Bridges | Bridges | | Bridges | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 12,197sf | 8372sf | 0 | 8525sf | 0 | | |
| View | Lake | Lake | | Residential | +161,300 | | |
| Design and Appeal | Contemp. | Contemp. | | Contemp. | | | |
| Quality of Construction | CBS/V. Good | CBS/V. Good | | CBS/V. Good | | | |
| Age | 3 Years | 4 Years | | 3 Years | | | |
| Condition | E:2/V. Good       } | E:2/V. Good       } | | E:2/V. Good       } | | | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count | 12  :  5  :  5.3 | 11  :  5  :  6.1 | 0 | 11  :  5  :  6.1 | 0 | | |
| Gross Living Area | 5,527 Sq. Ft. | 5,188 Sq. Ft. | +33,900 | 5,188 Sq. Ft. | +33,900 | Sq. Ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | 5 BR/Avg. | 5 BR/Avg. | | 5 BR/Avg. | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | | |
| Energy Efficient Items | Good | Good | | Good | | | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | 3 Car Garage | | | |
| Porch, Patio, Deck, | Covd/Op Porch | Covd/Op Porch | | Covd/Op Porch | | | |
| Fireplace(s), etc. | None | None | | None | | | |
| Fence, Pool, etc. | Pool/Spa | Pool/Water Feat. | 0 | Pool/Spa | | | |
| Net Adj. (total) | | ☒ +  ☐ − $      33,900 | | ☒ +  ☐ − $      195,200 | | ☐ +  ☐ − $ | |
| Adjusted Sales Price | | | | | | | |
| of Comparable | | $      1,133,900 | | $      1,270,200 | | $ | |
| Date, Price and Data | None w/in 36 | None within the past 12 months. | | 01/2016  &  04/2015 | | | |
| Source for prior sales | Months | | | $10  &  $10  QCD | | | |
| within year of appraisal | PBC Prop Appr | PBC Property Appraiser Web. | | PBC Property Appraiser Web. | | | |

Comments:    Sale 5 has prior recorded Quit Claim Deeds in the previous 12 months which appear to be title changes.  No other prior sales were noted on Sales 4 and 5.

*SALES COMPARISON ANALYSIS*

*COMMENTS*

Market Data Analysis 6-93

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> \* Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**  The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

2.  The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5.  The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6.  The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent  conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7.  The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8.  The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10.  The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

---

Gulfstream Appraisal & Consulting,Inc
Form ACR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report.  I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   16832 Charles River Rd., Delray Beach, FL 33446

**APPRAISER:**

Signature: _____
Name:  _Chris Callaway Staniszewski_
Date Signed:   January 09, 2017
State Certification #:  Cert Res RD4263
or State License #:_____
State:  _FL_
Expiration Date of Certification or License: _11/30/2018_

**SUPERVISORY APPRAISER (only if required):**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #:_____
State: _____
Expiration Date of Certification or License:_____

☐ Did    ☐ Did Not Inspect Property

---

Freddie Mac Form 439 6-93                    Page 2 of 2                    Fannie Mae Form 1004B 6-93

Form ACR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. CCS16205

| Borrower/Client | N/A, Client | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Rd. | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender | James Sallah, Receiver... | | | | | | |

### Legal Description

Lot 354, The Bridges Plat Six, according to the Plat thereof, as recorded in Plat Book 116, Pages 79, Public Records of Palm Beach County, Florida.

### Neighborhood Description

Subject is located within the newer community of The Bridges in Delray Beach.  The Bridges is a private gated GL Homes community of high-end homes with a manned security gate located on the main entrance.  The subdivision's improvements and amenities are typical of other area high-end communities in quality and include: green space, a large clubhouse with fitness room and aerobics classes, pool, child pool, playground, sauna, spa, tennis courts, basketball, community room, game rooms, neighborhood park, etc.  The community is in the later stages of development, and the sister development, 7 Bridges has building and sales activity in earnest of very similar homes located on the west side of Lyons Road.

This is a newer community located in an area of Delray Beach which was minimally developed for use as agricultural and nursery land until the early 2000's.  More neighborhoods are now being developed in the area, and although growth slowed significantly due to the depressed real estate market from 2007 through 2013, building has once again begun in earnest in this and other new area communities.  Neighborhood shopping, etc. are located within 3-4 miles with a new shopping center under construction within one mile.  The Bridges community has convenient access to the Florida Turnpike, Atlantic Avenue and Clint Moore Rd.

### Neighborhood Market Conditions

Market conditions in the subject neighborhood are stable overall.  Market times are somewhat slower for new construction communities, (from 2 to 8 months typically), but activity continues to increase in the subject and other area communities.  In neighboring established high-end communities, market times are typically between 1-5 months for competetively priced homes.  Foreclosures and short sales are not a factor in the subject community at this time; the community is still being built out.  Neighboring communities have experienced significant foreclosure and distress sales from 2007 to 2013 due to investor purchases as new construction before the housing bubble collapsed.  The real estate market has exhibited ongoing growth and stabilization in the immediate Delray Beach area. Conventional financing is still predominant with no buydowns noted in the area at this time.

### Condition of the Property

The Subject is a newer 2014 CBS 2 story home with an S-tile roof and a 3 car garage, located in The Bridges.  The home has 5 bedrooms plus a media room and loft, 5 full and 3 half-baths, living room, dining room, breakfast, kitchen, office and family room.  The home has a number of high-end custom upgrades and is like-new in condition.

Flooring is marble tile in the main living areas with wood floors in all bedrooms and through most of the upstairs.  The subject kitchen has granite counters with upgraded wood cabinetry, large granite work island with sink, stainless steel appliances:  Viking double oven, hood, dishwasher and microwave, Subzero refrigerator and gas cooktop.  The utility room has granite counters and wood cabinetry.  Baths all have granite and wood vanities, porcelain and marble tile floors, designer fixtures, custom tiled walk-in showers or tub/showers, etc.  The master bath, has his/hers marble and wood vanities, frameless glass walk-in showers and large walk in his/hers closets with custom closet systems.  Other upgrades included hurricane-impact rated windows and French doors, crown molding, natural gas appliances, built in shelving, recessed lighting, custom lighting, wrought iron stair rail, etc.

The exterior is as follows:  Front covered entry, brick paver driveway, covered and open patio in rear with a pool and spa, small upper balcony, etc.  No repairs or inadequacies were observed.  Quality of construction is very good.  The subject has a lake view and is on a .28 acre irregular shaped lot.

### Sales Comparison Comments

Greatest weight was placed on Sales 1 through 3, with less consideration given to Sales 4 and 5, due to the fact that Sale 4 sold under market, according to realtor comments and Sale 5 had an inferior view.  All comparables were all resales from the subject community and the most recent and similar sales.  The sales and both listings were all taken from the Bridges, due to the similar quality of homes, upgrades and amenities in the community.  Approximately 12 resales were found in the subject community with a range in price depending on location, elective upgrades, and features.  The sales used are the closest in size and features to the subject.

Gross Living Area (GLA) is adjusted at 50% of the replacement cost new as noted in the Cost Approach section of this report, with further support from the sales price / gross living area of the comparable sales.  A replacement cost estimate of $200/sf was assigned to the subject property, based on local builder cost figures, as well as replacement cost numbers provided by Marshall & Swift Residential Cost Handbook.  We utilized 50% of this number, or $100/sf for the GLA adjustment on all sales, as all sales were similar construction quality and size.  Square footage adjustment was supported by information provided by area realtors, as well as by construction cost data referenced above.

Baths were adjusted using $8,000 per full bath and $4,000 per half-bath.  A $45,000 pool/spa adjustment and a $20,000 patio adjustment was made on Sale 1, which lacked an extended porch and patio or pool and spa.  Physical features adjustments were based on information provided from local contractors with support from Marshall Valuation.

View adjustments were made on Sale 3, which has a wide wraparound lake view, considered superior to the subject's view, and Sale 5 which has an inferior residential view, according to realtor information.  Sale 3 was

Wrath File No. CCS16205   Page #9

## Supplemental Addendum

File No. CCS16205

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender | James Sallah, Receiver... |

adjusted down 5% for the superior view based on realtor information.  Sale 5 had a limited residential view and was adjusted up 15% due to the fact that most homes in the community have a lake view.

Sale 3 is a home built on the largest lot in the subject community, per realtor information, which also is a Cul-De-Sac lot.  According to the realtor's information, the size of the lot was a significant selling point, along with the expanded view.   For this reason, Sale 3 was adjusted down 10% for the site size, which was almost double that of the subject property.  Site size adjustment was based on extraction, as well as on prior sales information from the subject community.

A reasonable marketing and exposure period has been estimated based on area sales found over the previous 12 months.  Market conditions indicate that most similar, reasonably priced area properties have an exposure time of approximately 1-5 months.  A reasonable exposure time estimated for a similar property to the subject property priced in a similar manner as the appraised value is 90-120 days, or 3-4 months.

Market research included, but was not limited to contacting local real estate brokers, Palm Beach County Property Appraiser's office (via website), researching appraiser's files, and consulting the Multiple Listing Service.  Days on Market shows for each sale in the sales grid under the MLS number.

### Statement of Limiting Conditions and Appraisers Certification
#### Intended User And Intended Use
The Intended User of this report is the client, James D. Sallah, Receiver for Project Investors, Inc. d/b/a Cryptsy.  The Intended Use is for internal decision making regarding a Receivership.  The scope of work performed is specific to the needs of the intended user and intended use.   No additional Intended Users have been identified by the appraisers and the scope of work may not be appropriate for other use.

#### Scope of Work:
This is an interior/exterior appraisal for market value as of the effective date of the report.  The subject property was inspected on 12/30/2016.

#### Extraordinary Assumption
No Extraordinary Assumptions have been made in the report.

#### Competency
The Subject Property is located in an area that Gulfstream Appraisal & Consulting, Inc. completes assignments.  We have geographic competency within the area of this assignment.

Chris Callaway Staniszewski is a Certified Residential Appraiser.  She has been appraising properties for 14 years.

#### Additional Certifications
I certify that, to the best of my knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of USPAP.

I certify that the use of this report is subject to the requirements of the FREAB and the State of Florida relating to review by its duly authorized representatives.

The appraisal report is subject to and adheres to the developing and reporting guidelines of Uniform Standards of Professional Appraisal Practice (USPAP), FIRREA appraisal regulations and the requirements of the State of Florida relating to review by the Florida Real Estate Appraisal Board.

As of the date of this report, Chris Callaway Staniszewski has completed the requirements under the continuing education programs of the State of Florida and FREAB.

I have not provided a prior service regarding this property within the last three years.

Main File No. ccs162651 Page #10

# Building Sketch

| Borrower/Client | N/A, Client | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Rd. | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code  33446 |
| Lender | James Sallah, Receiver... | | | | | |



**Area Calculations Summary**

| Living Area | | |
|---|---|---|
| First Floor | 3251.28 Sq ft | |
| Second Floor | 2275.48 Sq ft | |
| **Total Living Area (Rounded):** | **5527 Sq ft** | |
| Non-living Area | | |
| 3 Car Attached | 734.18 Sq ft | |

Main File No. CCS162057 Page #11

## Building Sketch

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach    County  Palm Beach    State  FL    Zip Code  33446 |
| Lender | James Sallah, Receiver... |

**Living Area**                                                  **Calculation Details**

| First Floor | 3251.28 Sq ft | | |
|---|---|---|---|
| | | 8.8 × 1.9 | = 16.72 |
| | | 18.3 × 20.5 | = 375.15 |
| | | 24.6 × 8 | = 196.8 |
| | | 0.5 × 3.18 × 3.18 | = 5.06 |
| | | 0.5 × 3.18 × 3.18 | = 5.06 |
| | | 10 × 3.18 | = 31.82 |
| | | 16.36 × 10.4 | = 170.19 |
| | | 0.5 × 5.59 × 5.59 | = 15.6 |
| | | 24.6 × 5.59 | = 137.42 |
| | | 59.95 × 27.92 | = 1673.69 |
| | | 25.88 × 8.8 | = 227.76 |
| | | 0.5 × 3.18 × 3.18 | = 5.06 |
| | | 22.7 × 3.18 | = 72.23 |
| | | 26.57 × 8 | = 212.44 |
| | | 8.57 × 5.3 | = 45.45 |
| | | 0.5 × 8.57 × 0.2 | = 0.84 |
| | | 15 × 4 | = 60 |
| Second Floor | 2275.48 Sq ft | | |
| | | 16 × 13 | = 208 |
| | | 19 × 21 | = 399 |
| | | 19 × 13 | = 247 |
| | | 54 × 17.93 | = 968.16 |
| | | 7.07 × 8 | = 56.57 |
| | | 0.5 × 7.07 × 7.07 | = 25 |
| | | 8.56 × 9.67 | = 82.77 |
| | | 0.5 × 0.01 × 9.67 | = 0.05 |
| | | 15.82 × 3.18 | = 50.33 |
| | | 0.5 × 3.18 × 3.18 | = 5.06 |
| | | 10.02 × 11.82 | = 118.39 |
| | | 4.24 × 25.02 | = 106.14 |
| | | 0.5 × 4.24 × 4.24 | = 9 |

**Total Living Area (Rounded):**        **5527 Sq ft**

**Non-living Area**

| 3 Car Attached | 734.18 Sq ft | | |
|---|---|---|---|
| | | 12 × 2 | = 24 |
| | | 3 × 4 | = 12 |
| | | 22 × 30.5 | = 671 |
| | | 0.5 × 4 × 0.09 | = 0.18 |
| | | 18 × 1.5 | = 27 |

[Main File No. CCS162651 Page #12]

# Subject Photo Page

| Borrower/Client | N/A, Client | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Rd. | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code  33446 |
| Lender | James Sallah, Receiver... | | | | | |



### Subject Front

| | |
|---|---|
| 16832 Charles River Rd. | |
| Sales Price | N/A |
| Gross Living Area | 5,527 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | 12,197sf |
| Quality | CBS/V. Good |
| Age | 3 Years |



### Subject Rear



### Subject Street

Main File No. CCS162031 Page #13

## Subject Interior Photo Page

| Borrower/Client | N/A, Client | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Rd. | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender | James Sallah, Receiver... | | | | | |



### Subject Interior

16832 Charles River Rd.
Sales Price          N/A
Gross Living Area    5,527
Total Rooms          12
Total Bedrooms       5
Total Bathrooms      5.3
Location             Bridges
View                 Lake
Site                 12,197sf
Quality              CBS/V. Good
Age                  3 Years

Dining Area



### Subject Interior

Living Room



### Subject Interior

Office

Main File No. CCS162031 Page #14

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |

| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
|---|---|---|---|---|---|---|---|
| Lender | James Sallah, Receiver... | | | | | | |



### Subject Interior

16832 Charles River Rd.

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,527 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | 12,197sf |
| Quality | CBS/V. Good |
| Age | 3 Years |

Master BR



### Subject Interior

1/2 Bath 1



### Subject Interior

[Main File No. CCS16205]  [Page #15]

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |

| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Lender | James Sallah, Receiver... |



### Subject Interior

| | |
|---|---|
| 16832 Charles River Rd. | |
| Sales Price | N/A |
| Gross Living Area | 5,527 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | 12,197sf |
| Quality | CBS/V. Good |
| Age | 3 Years |

Bath 2



### Subject Interior

Kitchen



### Subject Interior

Kitchen

Main File No. CCS162037 Page #16

# Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach |

| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
|---|---|---|---|---|---|---|---|
| Lender | James Sallah, Receiver... | | | | | | |



### Subject Interior

16832 Charles River Rd.

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,527 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | 12,197sf |
| Quality | CBS/V. Good |
| Age | 3 Years |

Family Room



### Subject Interior

1/2 Bath 2



### Subject Interior

Loft

## Photograph Addendum

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach |
| Lender | James Sallah, Receiver... |

| | | |
|---|---|---|
| County | Palm Beach | |
| State | FL | Zip Code  33446 |



Media Room



Bedroom 3



Bath 3

Main File No. CCS162651 Page #18

## Photograph Addendum

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach    County  Palm Beach    State  FL    Zip Code  33446 |
| Lender | James Sallah, Receiver... |



Bedroom 4



Bedroom 5



Bath 4

## Photograph Addendum

| Borrower/Client | N/A, Client | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Rd. | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code 33446 |
| Lender | James Sallah, Receiver... | | | | | |



View



Pool/Spa



Street Scene

## Location Map

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender | James Sallah, Receiver... |



## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A, Client |
| Property Address | 16832 Charles River Rd. |
| City | Delray Beach |

| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Lender | James Sallah, Receiver... |



### Comparable 1

16807 Burlington Bristol Lane

| | |
|---|---|
| Prox. to Subject | 0.47 miles NW |
| Sales Price | 1,249,900 |
| Gross Living Area | 5,099 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.1 |
| Location | Bridges |
| View | Lake |
| Site | 10,019sf |
| Quality | CBS/V. Good |
| Age | 5 Years |



### Comparable 2

8442 Eagleville Ave.

| | |
|---|---|
| Prox. to Subject | 0.16 miles NW |
| Sales Price | 1,350,000 |
| Gross Living Area | 5,031 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.1 |
| Location | Bridges |
| View | Lake |
| Site | 13,068sf |
| Quality | CBS/V. Good |
| Age | 3 Years |



### Comparable 3

16919 Crown Bridge Dr.

| | |
|---|---|
| Prox. to Subject | 0.34 miles NW |
| Sales Price | 1,960,000 |
| Gross Living Area | 7,202 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7.1 |
| Location | Bridges |
| View | Wide Lake |
| Site | 21344sf |
| Quality | CBS/V. Good |
| Age | 4 Years |

## Comparable Photo Page

| Borrower/Client | N/A, Client | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Rd. | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code  33446 |
| Lender | James Sallah, Receiver... | | | | | |



### Comparable 4

16584 Sagamore Bridge Way

| | |
|---|---|
| Prox. to Subject | 0.47 miles NW |
| Sales Price | 1,100,000 |
| Gross Living Area | 5,188 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.1 |
| Location | Bridges |
| View | Lake |
| Site | 8372sf |
| Quality | CBS/V. Good |
| Age | 4 Years |



### Comparable 5

8724 Lewis River Road

| | |
|---|---|
| Prox. to Subject | 0.53 miles NW |
| Sales Price | 1,075,000 |
| Gross Living Area | 5,188 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.1 |
| Location | Bridges |
| View | Residential |
| Site | 8525sf |
| Quality | CBS/V. Good |
| Age | 3 Years |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |



## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA REAL ESTATE APPRAISAL BD          850-487-1395
2601 BLAIR STONE ROAD
TALLAHASSEE          FL 32399-0783

STANISZEWSKI, CHRIS CALLAWAY
10178 157TH STREET NORTH
JUPITER          FL 33469

Congratulations!  With this license you become one of the nearly
one million Floridians licensed by the Department of Business and
Professional Regulation.  Our professionals and businesses range
from architects to yacht brokers, from boxers to barbeque
restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order
to serve you better.  For information about our services, please
log onto www.myfloridalicense.com.  There you can find more
information about our divisions and the regulations that impact
you, subscribe to department newsletters and learn more about
the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate
Fairly. We constantly strive to serve you better so that you can
serve your customers. Thank you for doing business in Florida,
and congratulations on your new license!



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

RD4263          ISSUED:  11/29/2016

CERTIFIED RESIDENTIAL APPRAISER
STANISZEWSKI, CHRIS CALLAWAY

IS CERTIFIED under the provisions of Ch. 475 FS.
Expiration date : NOV 30, 2018          L1611290002328

DETACH HERE

RICK SCOTT, GOVERNOR          KEN LAWSON, SECRETARY

## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
## FLORIDA REAL ESTATE APPRAISAL BD

**LICENSE NUMBER**

RD4263

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date:  NOV 30, 2018

STANISZEWSKI, CHRIS CALLAWAY
10178 157TH STREET NORTH
JUPITER          FL 33469





ISSUED:  11/29/2016          DISPLAY AS REQUIRED BY LAW          SEQ #  L1611290002328