# EXHIBIT "H"

## APPRAISAL OF A SINGLE FAMILY RESIDENCE

### LOCATED AT:

16832 Charles River Dr
Bridges Pl 6 Lt 354
Delray Beach, FL 33446

### FOR:

James Sallah, Receiver for Project Investors, Inc. d/b/a Cryptsy
c/o Robert Carey
2255 Glades Rd., Suite 300-E, Boca Raton, FL 33431

### AS OF:

December 30, 2016

### BY:

Stephen D. Middleton
State-Certified General Real Estate Appraiser RZ2250
P.O. Box 3586
Tequesta, FL 33469
Phone: (561) 746-4346

Stephen D. Middleton

# RESTRICTED APPRAISAL REPORT

File No.: **161203**

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address: 16832 Charles River Dr | City: Delray Beach | State: FL | Zip Code: 33446 |

County: Palm Beach | Legal Description: Bridges Pl 6 Lt 354

Assessor's Parcel #: 00-42-46-29-13-000-3540

Tax Year: 2016 | R.E. Taxes: $ 20,486 | Special Assessments: $ N/A | Borrower (if applicable): N/A

Current Owner of Record: NETTLES | Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Property Type: ☒ SFR ☐ 2-4 Family | # of Units: | Ownership Restriction: ☐ None ☒ PUD ☐ Condo ☐ Coop

Market Area Name: Unincorporated Delray Beach | Map Reference: 29-46-42 | Census Tract: 77.13/1 | ☐ Flood Hazard

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (or its comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other:

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Court proceedings. Intended User: Client named in this report.

**Under USPAP Standards Rule 2-2(b), this is a Restricted Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.**

Client: James Sallah for Project Investors Inc. | Address: c/o Robert Carey, 2255 Glades Rd., Suite 300-E, Boca Raton, FL 33431

Appraiser: Stephen D. Middleton | Address: P.O. Box 3586, Tequesta, FL 33469

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 16832 Charles River Dr Delray Beach, FL 33446 | 8442 Eagleville Ave Delray Beach, FL 33446 | | 8896 Sydney Harbor Cir Delray Beach, FL 33446 | | 8781 Sydney Harbor Cir Delray Beach, FL 33446 | |
| Proximity to Subject | | 0.09 miles NW | | 0.51 miles W | | 0.52 miles W | |
| Sale Price | $ N/A | $ | 1,350,000 | $ | 1,255,000 | $ | 1,249,000 |
| Sale Price/GLA | $ /sq.ft. | $ 268.34 /sq.ft. | | $ 240.19 /sq.ft. | | $ 290.40 /sq.ft. | |
| Data Source(s) | Public record/MLS | Public record/MLS | | Public record/MLS | | Public record/MLS | |
| Verification Source(s) | CRS/Inspection | CRS | | CRS | | CRS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Cash No Concess. | | Convent. No Concess. | | Convent. No Concess. | |
| Date of Sale/Time | N/A | 12/16 | | 9/16 +0.375% | +4,700 | 8/16 +0.50% | +6,200 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Bridges | Bridges | | Bridges | | Bridges | |
| Site | .30 acre | .30 acre | | .34 acre | -20,000 | .27 acre | No adj. |
| View | Lake | Lake | | Lake | | Lake | |
| Design (Style) | Cntmp/V.Good | Cntmp/V.Good | | Cntmp/V.Good | | Cntmp/V.Good | |
| Quality of Construction | CBS/ConcTlRf | CBS/ConcTlRf | | CBS/ConcTlRf | | CBS/ConcTlRf | |
| Age | Act=2,Eff=1 | Act=2,Eff=1 | | Act=3,Eff=1 | | Act=4,Eff=2 | +4,000 |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 10 / 5 / 5.3 | 9 / 5 / 6.1 | No adj. | 10 / 5 / 7.1 | -5,000 | 8 / 4 / 4.1 | +10,000 |
| Gross Living Area | 5,525 sq.ft. | 5,031 sq.ft. | +37,100 | 5,225 sq.ft. | | 4,301 sq.ft. | +91,900 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Typical for Qual | Similar | | Similar | | Similar | |
| Garage/Carport | 3-Garage | 3-Garage | | 3-Garage | | 3-Garage | |
| Porch/Patio/Deck | CvPc,CvEn | Similar features | | Similar features | | Similar features | |
| Pool/Spa,Etc. | Pool/Spa,Patio | Pool/Spa,Patio | | Pool/Spa,Patio | | Pool/Patio | +5,000 |
| Interior Features | Very Good Quality | Similar | | Inferior +$15sf | +78,400 | Similar | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 37,100 | ☒ + ☐ - | $ 58,100 | ☒ + ☐ - | $ 117,100 |
| Adjusted Sale Price of Comparables | | | $ 1,387,100 | | $ 1,313,100 | | $ 1,366,100 |

Summary of Sales Comparison Approach    Comparables were chosen for their similarities and proximity to the Subject and represent the most recent, similar and proximate found. All 6 comparables are from the Subject's subdivision. Differences for the comparables were market derived and adjusted as explained.

Date of Sale ("time") adjustments of +.125% per months were applied to the closed sales since values for similar properties appear to have gradually increased over the previous few years. The "listing" (#6) was adjusted down 7% since the average "sale to list" ratio in the area is 93%.

Site size and view differences were considered in a single category and adjusted based on paired sales analysis.

Effective age differences were adjusted at 1.7% of the value of the improvements, based on an overall economic life of 60 years.

Gross living area differences were adjusted at $75 per square foot. No adjustments were made for differences in bedroom count since this has been considered in the Gross Living Area category. Bathrooms were adjusted at $5,000 each.

The adjusted values of the comparables indicate a range of value for the Subject of $1,313,000 to $1,401,200. Most weight was given to the closed sales; the listing (#6) is supportive but was given less weight. The Subject's prior sale was also considered and weighted.

The value conclusion of $1,365,000 indicates the "most probable" price for the Subject.

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESTRICTED**

# RESTRICTED APPRAISAL REPORT

File No.:   161203

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):   Public Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   The prior sale of the Subject was considered and weighted. There have been no prior sales of the comparables within the past 1 year. |
|---|---|
| Date:   March 2015 | |
| Price:   $1,374,881 | |
| Source(s): Public rec. | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## MARKET

Subject Market Area and Marketability:   Conventional financing is typical for the area. Cash sales are also prevalent. Normal marketing and exposure times should not exceed 4 months given proper pricing. Values appear to be on a slight upward trend over the past few years, therefore "date of sale" adjustments of 0.125% per month were applied to the comparable sales used in this report.

## SITE

Site Area: .30 acre   Site View:   Lake   Topography:   Level-sandy soil   Drainage:   Appears adequate

Zoning Classification:   AGR-PUD   Description:   Residential

Zoning Compliance: ☒ Legal   ☐ Legal nonconforming (grandfathered)   ☐ Illegal   ☐ No zoning

Highest & Best Use: ☒ Present use, or   ☐ Other use (explain)

Actual Use as of Effective Date:   Single family residence   Use as appraised in this report:   Single family residence

Opinion of Highest & Best Use:

FEMA Spec'l Flood Hazard Area   ☐ Yes ☒ No  FEMA Flood Zone   "X500"   FEMA Map #  120192 0215 A   FEMA Map Date  02/01/1979

Site Comments:   Typical utility easements exist with no adverse affect.

## IMPROVEMENTS

Improvements Comments:    The Subject is CBS construction with a concrete tile roof. There is a 3 car garage, a covered porch & entry and a pool/spa/patio area. Flooring is marble & engineered wood with marble & ceramic tiles in the bathrooms. There are 3 central AC units. The Subject is in "very good" condition with no evidence of needed repairs. Site improvements include a paver driveway, landscaping and a fenced back yard. Interior features are considered to be of Very Good quality and "upgraded" in some cases. The effective age is concluded at 1 year with a remaining economic life of 59 years. No functional or external inadequacies noted. **NOTE: The appraiser is not qualified as a "home inspector" and any deficiencies as revealed by a complete inspection could have an affect on the value conclusion of this report.**

Indicated Value by: Sales Comparison Approach $   1,365,000

Indicated Value by: Cost Approach (if developed) $   N/A   Indicated Value by: Income Approach (if developed) $   N/A

Final Reconciliation    The Market Approach is the only applicable method. Most weight was given to the closed sales.

## RECONCILIATION

This appraisal is made ☒ "as is", ☐, subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:   No furniture or personal property items were included in this valuation.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $     1,365,000     , as of:     December 30, 2016     , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.   See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains    24    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☐ Cost Addendum   ☒ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☐ Extraordinary Assumptions

Client Contact:   Client Name:   James Sallah for Project Investors Inc.

E-Mail:   Address:   c/o Robert Carey, 2255 Glades Rd., Suite 300-E, Boca Raton, FL 33431

## SIGNATURES

APPRAISER

Appraiser Name:   Stephen D. Middleton

Company:

Phone:  (561) 746-4346   Fax:

E-Mail:  smiddle@bellsouth.net

Date of Report (Signature):   January 10, 2017

License or Certification #:   Cert.Gen.RZ2250   State:   FL

Designation:

Expiration Date of License or Certification:   11/30/2018

Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection:   December 30, 2016

SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name:

Company:

Phone:   Fax:

E-Mail:

Date of Report (Signature):

License or Certification #:   State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection:

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

File No.: 161203

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address  16832 Charles River Dr | | 16807 Burlington Bristol Ln | | 16812 Burlington Bristol Ln | | 16820 Charles River Dr | |
| Delray Beach, FL 33446 | | Delray Beach, FL 33446 | | Delray Beach, FL 33446 | | Delray Beach, FL 33446 | |
| Proximity to Subject | | 0.49 miles W | | 0.45 miles W | | 0.01 miles N | |
| Sale Price | $            N/A | $        1,249,900 | | $        1,299,900 | | $        1,550,000 | |
| Sale Price/GLA | $        /sq.ft. | $ 245.13 /sq.ft. | | $ 306.00 /sq.ft. | | $ 280.54 /sq.ft. | |
| Data Source(s) | Public record/MLS | Public record/MLS | | Public record/MLS | | Public record/MLS | |
| Verification Source(s) | CRS/Inspection | CRS | | CRS | | CRS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Convent. | | Cash | | N/A | |
| Concessions | | No Concess. | | No Concess. | | | |
| Date of Sale/Time | N/A | 6/16 +0.75% | +9,400 | 5/16 +0.875% | +11,400 | Listing  -7% | -108,500 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Bridges | Bridges | | Bridges | | Bridges | |
| Site | .30 acre | .23 acre | +35,000 | .36 acre | -30,000 | .26 acre | +20,000 |
| View | Lake | Lake | | Lake | | Lake | |
| Design (Style) | Cntmp/V.Good | Cntmp/V.Good | | Cntmp/V.Good | | Cntmp/V.Good | |
| Quality of Construction | CBS/ConcTlRf | CBS/ConcTlRf | | CBS/ConcTlRf | | CBS/ConcTlRf | |
| Age | Act=2,Eff=1 | Act=4,Eff=2 | +4,000 | Act=2,Eff=1 | | Act=2,Eff=1 | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count | 10   5    5.3 | 9    5    6.1 | No adj. | 7    3    4.1 | +10,000 | 10   5    7.1 | -5,000 |
| Gross Living Area | 5,525 sq.ft. | 5,099 sq.ft. | +32,000 | 4,248 sq.ft. | +95,900 | 5,525 sq.ft. | |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Typical for Qual | Similar | | Similar | | Similar | |
| Garage/Carport | 3-Garage | 3-Garage | | 3-Garage | | 3-Garage | |
| Porch/Patio/Deck | CvPc,CvEn | Similar features | | Similar features | | Similar features | |
| Pool/Spa,Etc. | Pool/Spa,Patio | Patio | +35,000 | Pool/Spa,Patio | | Pool/Spa,Patio | |
| Interior Features | Very Good Quality | Similar | | Similar | | Superior -$10sf | -55,300 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $      115,400 | ☒ +  ☐ - | $       87,300 | ☐ +  ☒ - | $     -148,800 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | | $    1,365,300 | | $    1,387,200 | | $    1,401,200 |
| Summary of Sales Comparison Approach | SEE PAGE #1 | | | | | | |

**SALES COMPARISON APPROACH**

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESTRICTED

# Assumptions, Limiting Conditions & Scope of Work

File No.: 161203

| | | | |
|---|---|---|---|
| Property Address: 16832 Charles River Dr | City: Delray Beach | State: FL | Zip Code: 33446 |
| Client: James Sallah for Project Investors Inc. | Address: c/o Robert Carey, 2255 Glades Rd., Suite 300-E, Boca Raton, FL 33431 | | |
| Appraiser: Stephen D. Middleton | Address: P.O. Box 3586, Tequesta, FL 33469 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non–invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Under USPAP Standards Rule 2–2(b), this is a Restricted Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

In developing this appraisal, the appraiser has incorporated only the Sales Comparison Approach.  The appraiser has excluded the Cost and Income Approaches to Value, due to being inapplicable and given the limited scope of the appraisal.  The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited scope of analysis is appropriate given the intended use.

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE                                                                 12/2013

# Certifications

File No.: 161203

| Property Address: | 16832 Charles River Dr | City: Delray Beach | State: FL | Zip Code: 33446 |
|---|---|---|---|---|
| Client: | James Sallah for Project Investors Inc. | Address: | c/o Robert Carey, 2255 Glades Rd., Suite 300-E, Boca Raton, FL 33431 | |
| Appraiser: | Stephen D. Middleton | Address: | P.O. Box 3586, Tequesta, FL 33469 | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
– The statements of fact contained in this report are true and correct.
– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.
– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
– My engagement in this assignment was not contingent upon developing or reporting predetermined results.
– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.


Additional Certifications: See Addendum


**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | | Client Name: | James Sallah for Project Investors Inc. |
|---|---|---|---|
| E-Mail: | | Address: | c/o Robert Carey, 2255 Glades Rd., Suite 300-E, Boca Raton, FL 33431 |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Stephen D. Middleton | Supervisory or Co-Appraiser Name: |
| Company: | Company: |
| Phone: (561) 746-4346    Fax: | Phone:    Fax: |
| E-Mail: smiddle@bellsouth.net | E-Mail: |
| Date Report Signed: January 10, 2017 | Date Report Signed: |
| License or Certification #: Cert.Gen.RZ2250    State: FL | License or Certification #:    State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 11/30/2018 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: December 30, 2016 | Date of Inspection: |

**GP** RESTRICTED

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                    12/2013

# Market Conditions Addendum to the Appraisal Report

File No. 161203

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 16832 Charles River Dr | City Delray Beach | State FL | ZIP Code 33446 |
|---|---|---|---|---|
| Borrower | N/A | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

<table>
<tr><td><b>Inventory Analysis</b></td><td>Prior 7–12 Months</td><td>Prior 4–6 Months</td><td>Current – 3 Months</td><td colspan="3">Overall Trend</td></tr>
<tr><td>Total # of Comparable Sales (Settled)</td><td>21</td><td>11</td><td>6</td><td>☐ Increasing</td><td>☐ Stable</td><td>☒ Declining</td></tr>
<tr><td>Absorption Rate (Total Sales/Months)</td><td>3.50</td><td>3.67</td><td>2.00</td><td>☐ Increasing</td><td>☐ Stable</td><td>☒ Declining</td></tr>
<tr><td>Total # of Comparable Active Listings</td><td>17</td><td>20</td><td>33</td><td>☐ Declining</td><td>☐ Stable</td><td>☒ Increasing</td></tr>
<tr><td>Months of Housing Supply (Total Listings/Ab.Rate)</td><td>4.9</td><td>5.4</td><td>16.5</td><td>☐ Declining</td><td>☐ Stable</td><td>☒ Increasing</td></tr>
<tr><td><b>Median Sale & List Price, DOM, Sale/List %</b></td><td>Prior 7–12 Months</td><td>Prior 4–6 Months</td><td>Current – 3 Months</td><td colspan="3">Overall Trend</td></tr>
<tr><td>Median Comparable Sale Price</td><td>999,900</td><td>960,000</td><td>1,225,000</td><td>☒ Increasing</td><td>☐ Stable</td><td>☐ Declining</td></tr>
<tr><td>Median Comparable Sales Days on Market</td><td>104</td><td>58</td><td>70</td><td>☒ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Median Comparable List Price</td><td>1,189,000</td><td>1,259,500</td><td>1,199,000</td><td>☐ Increasing</td><td>☒ Stable</td><td>☐ Declining</td></tr>
<tr><td>Median Comparable Listings Days on Market</td><td>228</td><td>196</td><td>151</td><td>☒ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Median Sale Price as % of List Price</td><td>95</td><td>92</td><td>93</td><td>☐ Increasing</td><td>☒ Stable</td><td>☐ Declining</td></tr>
<tr><td>Seller-(developer, builder, etc.)paid financial assistance prevalent?</td><td colspan="2">☒ Yes   ☐ No</td><td></td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
</table>

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     Seller paid closing costs of 3-5% is typical for the area. This has been the case for the past few years. No change is anticipated in this in the foreseeable future. The above data is based on the Subject's immediate marketing area, single family residences.

Are foreclosure sales (REO sales) a factor in the market?     ☐ Yes   ☒ No     If yes, explain (including the trends in listings and sales of foreclosed properties).
There is only a small number of "pre-foreclosure", "short sale" and "bank owned" properties for sale in the area. This has little influence on current prices and values.

Cite data sources for above information.     MLS, Public Records, Appraiser's files.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Property values have gradually increased over the past few years. Therefore, "date of sale" adjustments of +0.125% per month were warranted to the closed sales. Average marketing and exposure times appear to be less than 6 months, given proper pricing and exposure.

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Name:

<table>
<tr><td>Subject Project Data</td><td>Prior 7–12 Months</td><td>Prior 4–6 Months</td><td>Current – 3 Months</td><td colspan="3">Overall Trend</td></tr>
<tr><td>Total # of Comparable Sales (Settled)</td><td></td><td></td><td></td><td>☐ Increasing</td><td>☐ Stable</td><td>☐ Declining</td></tr>
<tr><td>Absorption Rate (Total Sales/Months)</td><td></td><td></td><td></td><td>☐ Increasing</td><td>☐ Stable</td><td>☐ Declining</td></tr>
<tr><td>Total # of Active Comparable Listings</td><td></td><td></td><td></td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Months of Unit Supply (Total Listings/Ab.Rate)</td><td></td><td></td><td></td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
</table>

Are foreclosure sales (REO sales) a factor in the project?     ☐ Yes   ☐ No     If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | Signature |
|---|---|
| Appraiser Name Stephen D. Middleton | Supervisory Appraiser Name |
| Company Name | Company Name |
| Company Address    PO Box 3586, Tequesta, FL 33469 | Company Address |
| State License/Certification #   Cert.Gen.RZ2250    State   FL | State License/Certification #    State |
| Email Address    smiddle@bellsouth.net | Email Address |

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Supplemental Addendum

File No. 161203

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |

**SPECIFIC USE OF THIS APPRAISAL...**

Be advised that this report was prepared for the specific use by the clients (court proceedings) and is not to be relied upon by Insurance Companies or other third parties, or for uses other than previously stated. The appraiser assumes no liability resulting from the unauthorized use of this report.

**ADDITIONAL CERTIFICATIONS...**

*These statements of certification may differ from those found on the FNMA 1004B/FHLMC 439 (and/or other attached Limiting Conditions) but are intended to comply with current standards of USPAP and will take precedence over any conflicting statements found on the attached Limiting Conditions (FNMA 1004B/FHLMC 439 and/or other attached Limiting Conditions).*

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial and unbiased professional analyses, opinions and conclusions.

I have no present or prospective interest in the property that is the Subject of this report and no personal interest or bias with respect to the parties involved.

I have no bias with respect to the property that is the Subject of this report or to the parties involved with the assignment.

My engagement of this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the  *Uniform Standards of Professional Appraisal Practice*  (USPAP) adopted by the Appraisal Standards Board of the Appraisal Foundation.

The use of this report is subject to the requirements by the State of Florida relating to review by the Department of Professional Regulation, Real Estate Appraisal Board relating to review by its duly authorized representatives.

I certify, that I have experience in the appraisal of properties similar to the Subject, and I am qualified due to education, training and experience in the preparation of such reports to comply with the competency provision of USPAP.

I have made a personal inspection of the property that is the Subject of this report.

No one provided significant professional assistance in the preparation of this report.

I currently hold an appropriate state certification allowing the performance of real estate appraisals in connection with federally related transactions in the state in which the Subject Property is located.

The appraiser named in this report has not performed any other appraisals nor been a party to any financial transactions related to the Subject Property within the past 3 years.

**Subject Floor Plan**



COLONNADE GRANDE / 756

5 Bedrooms plus Library, Loft, Study, Retreat, Game Room

5 Full and 3 Half Bathrooms, 3-Car Garage

5,525 a/c sq. ft. • 6,530 total sq. ft.

**Survey**

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



## Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



**Aerial Map**

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



# Flood Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



**Subject Front**

16832 Charles River Dr

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



**Subject Rear**



**Pool/Spa**

## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |

### View from Subject

16832 Charles River Dr

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



### Street Scene



### Interior



## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



**Interior**

16832 Charles River Dr

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



**Interior**



**Interior**

## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



### Interior

16832 Charles River Dr
Sales Price            N/A
Gross Living Area      5,525
Total Rooms            10
Total Bedrooms         5
Total Bathrooms        5.3
Location               Bridges
View                   Lake
Site                   .30 acre
Quality                CBS/ConcTlRf
Age                    Act=2,Eff=1



### Interior



### Interior

## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



**Interior**

16832 Charles River Dr

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



**Interior**



**Interior**

## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



**Interior**

| | |
|---|---|
| 16832 Charles River Dr | |
| Sales Price | N/A |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



**Interior**



**Interior**

## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | | |



### Interior

16832 Charles River Dr

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.3 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



### Interior



### Summer Kitchen

## Comparable Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16832 Charles River Dr | | | | | |
| City | Delray Beach | County | Palm Beach | State | FL | Zip Code 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) | | | | | |



### Comparable 1

8442 Eagleville Ave

| | |
|---|---|
| Prox. to Subject | 0.09 miles NW |
| Sale Price | 1,350,000 |
| Total Bedrooms | 5,031 |
| Total Bathrooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.1 |
| Location | Bridges |
| View | Lake |
| Site | .30 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



### Comparable 2

8896 Sydney Harbor Cir

| | |
|---|---|
| Prox. to Subject | 0.51 miles W |
| Sale Price | 1,255,000 |
| Gross Living Area | 5,225 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | Bridges |
| View | Lake |
| Site | .34 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=3,Eff=1 |



### Comparable 3

8781 Sydney Harbor Cir

| | |
|---|---|
| Prox. to Subject | 0.52 miles W |
| Sale Price | 1,249,000 |
| Gross Living Area | 4,301 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.1 |
| Location | Bridges |
| View | Lake |
| Site | .27 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=4,Eff=2 |

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 16832 Charles River Dr |
| City | Delray Beach |
| County | Palm Beach |
| State | FL |
| Zip Code | 33446 |
| Lender/Client | James Sallah for Project Investors Inc. (client) |



### Comparable 4

16807 Burlington Bristol Ln

| | |
|---|---|
| Prox. to Subject | 0.49 miles W |
| Sales Price | 1,249,900 |
| Gross Living Area | 5,099 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.1 |
| Location | Bridges |
| View | Lake |
| Site | .23 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=4,Eff=2 |



### Comparable 5

16812 Burlington Bristol Ln

| | |
|---|---|
| Prox. to Subject | 0.45 miles W |
| Sales Price | 1,299,900 |
| Gross Living Area | 4,248 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 4.1 |
| Location | Bridges |
| View | Lake |
| Site | .36 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |



### Comparable 6

16820 Charles River Dr

| | |
|---|---|
| Prox. to Subject | 0.01 miles N |
| Sales Price | 1,550,000 |
| Gross Living Area | 5,525 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | Bridges |
| View | Lake |
| Site | .26 acre |
| Quality | CBS/ConcTlRf |
| Age | Act=2,Eff=1 |

| **STEPHEN D. MIDDLETON** | **PHONE: (561)746-4346** |
|---|---|
| **P.O. BOX 3586, TEQUESTA, FL 33469** | **EMAIL: smiddle@bellsouth.net** |

_____

**QUALIFICATIONS**

Mr. Middleton has been a resident of Palm Beach County, Florida since 1980. He has been actively engaged in real estate appraisal since 1986. Mr. Middleton has prepared appraisals on single-family residences (including large estates), multi-family 1-4 units, condominiums, apartment buildings, office condominiums and small commercial use properties. He has conducted appraisals for the purpose of sale/purchase, construction financing, rental, ad valorem tax, estates and divorces.

Mr. Middleton received his secondary education from Florida Community College at Jacksonville and Jacksonville University where he majored in business administration.

**PROFESSIONAL AFFILIATIONS**

◆ State Certified General Appraiser/Real Estate Appraisal Board (Lic. RZ2250)

◆ FHA approved appraiser

**EDUCATION**

◆ Jacksonville University
   Business Major, 1979 - 1980
◆ Florida Community College at Jacksonville
   Business Major, 1971 - 1973

**APPRAISAL RELATED COURSES**

◆ 2016 - Continuing Education Course for License Renewal (included FHA updates)
◆ 2014 - Continuing Education Course for License Renewal (included FHA updates)
◆ 2012 - Continuing Education Course for License Renewal
◆ 2010 - Continuing Education Course for License Renewal
◆ 2008 - Continuing Education (included FHA updates)
◆ 2006 - Continuing Education Course for License Renewal
◆ 2004 - Continuing Education Course for License Renewal
◆ 2002 - Continuing Education Course for License Renewal
◆ 2000 - Continuing Education Course for License Renewal
◆ 1999 - FHA Seminar
◆ 1996 - FHA Seminar
◆ 1996 - Certified General Appraiser Course
◆ 1994 - FHA Seminar
◆ 1992 - Appraiser Certification & Standards of Professional Practice

**TYPES OF PROPERTIES APPRAISED**

Duplex/Triplex/Quadraplex
Luxury Residences and Condominiums
Office Condominiums
Single Family Residences, Townhouse, Villas
Apartment Buildings
Vacant Residential Sites
Vacant Commercial Sites
Commercial and Industrial Use Buildings

**PRIMARY TERRITORY**

Palm Beach, Martin, St. Lucie and Broward Counties, Florida



RICK SCOTT, GOVERNOR

KEN LAWSON, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA REAL ESTATE APPRAISAL BD**

**LICENSE NUMBER**

RZ2250

The CERTIFIED GENERAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date:  NOV 30, 2018

MIDDLETON, STEPHEN D
9335 165TH PL N
JUPITER          FL 33478

ISSUED:   11/28/2016          DISPLAY AS REQUIRED BY LAW          SEQ #   L1611280001293

Form SCA - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE