## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No: 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly
Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.

_____/

### NOTICE OF FILING WITHDRAWAL
### OF OBJECTIONS TO CLASS ACTION SETTLEMENT

Plaintiffs hereby give notice of filing the withdrawal of objections to class action

settlement by Objectors Nair and Bevacqua (D.E. 107 and 108), which the undersigned received

via email from the respective objectors and which are attached hereto as Composite Exhibit A.

      Respectfully submitted,

      **/s/ Marc A. Wites**
      MARC A. WITES
      Florida Bar No. 24783
      E-mail: mwites@wklawyers.com
      **WITES & KAPETAN, P.A.**
      4400 N. Federal Highway
      Lighthouse Point, Florida 33064

Phone: (954) 570-8989/Fax: (954) 354-0205
**Attorneys for Plaintiffs and the Class**

- and -

SILVER LAW GROUP
11780 W. Sample Road
Coral Springs, Florida 33065
Phone: (954) 755-4799/Fax: (954) 755-4684

By: **/s/ David C. Silver**
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@silverlaw.com
SCOTT L. SILVER
Florida Bar No. 095631
E-mail: SSilver@silverlaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@silverlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this 31st day of May, 2017, using the CM/ECF system, and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com**; PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com; **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; **PATRICK J. RENGSTL, ESQ.**, PATRICK J. RENGSTL, P.A., *Counsel for the Receiver*, 7695 SW 104th Street - Suite 210, Miami, FL 33156; E-mail: pjr@rengstl-law.com; and **JOSE G. SEPULVEDA, ESQ.**, STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., *Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar*, 150 W. Flagler Street, Suite 2200, Miami, FL 33130; E-mail: JSepulveda@stearnsweaver.com; and Objector Joel Bevacqua, 850 2d Street, Apt. 108, Santa Monica, CA 90403, buda@deadlybuda.com; Objector Atul Nair, 3735 N. Christiana Ave., Apt. 2, Chicago, IL 60618, atulnair@gmail.com; and Objector Luka Tomljanovic, Albinijeva 2, 10010 Zagreb, Hrvatska, Croatia.

*/s/ Marc A. Wites*
Marc A. Wites

**<u>EXHIBIT A</u>**

**Marc Wites**

| | |
|---|---|
| **From:** | buda@deadlybuda.com |
| **Sent:** | May 31, 2017 5:22 PM |
| **To:** | Marc Wites |
| **Subject:** | Objection Withdrawal |

Hello Marc,

I apologize for the delay in getting back to you about this. Here is my withdrawal and you may file it with the Court:

I hereby withdraw my objection and authorize Marc Wites to file this email with the court as evidence of the withdrawl of my objection.

Best of luck with the case,

Joel Bevacqua

**Marc Wites**

**To:**                          buda@deadlybuda.com
**Subject:**                     RE: Cryptsy

-----Original Message-----
From: buda@deadlybuda.com [mailto:buda@deadlybuda.com]
Sent: May 26, 2017 4:59 PM
To: Marc Wites
Subject: Re: Cryptsy

Hi Marc,
I'm going to withdraw my objection.
Joel

On 5/26/2017 12:05 PM, Marc Wites wrote:
> Ok.  Thanks.  Please let me know.
>
>
> Marc A. Wites
> Wites & Kapetan, P.A.
> 4400 North Federal Highway
> Lighthouse Point, FL  33064
> Phone:  (954) 570-8989
> Facsimile: (954) 354-0205
> mwites@wklawyers.com
> www.wklawyers.com
>
> Representing the Injured: Personal Injury and Wrong Death Actions,
> Class Actions, Investment Disputes, Insurance Claims, and Consumer
> Litigation
>
> Author: The Florida, New York, and California Litigation Guides
>
>
> -----Original Message-----
> From: buda@deadlybuda.com [mailto:buda@deadlybuda.com]
> Sent: May 26, 2017 2:48 PM
> To: Marc Wites
> Subject: Re: Cryptsy
>
> Hi Marc,
> I'm leaning towards withdrawing the objection. I'll let you know by 5pm your time.
> Joel
>

1

**Marc Wites**

| | |
|---|---|
| **From:** | Atul Nair <atulnair@gmail.com> |
| **Sent:** | May 25, 2017 8:39 PM |
| **To:** | Marc Wites |
| **Cc:** | David Silver; Jessica Kelly |
| **Subject:** | Re: Conference Call RE: Leidel (Brandon ) v. Cryptsy (Docs 110) - Email 1 of 2 |

Hi Marc and David,

After our discussions I have come to the decision below. I didn't come to this decision easily. I didn't like the TOS statement; a criminal enterprise's TOS should not have any weight, I feel, in this matter. The courts and its professionals should protect victims more thoroughly.

I may have come into this matter, late in the process, but I still do support the notion that the class needs more protection regarding whatever recovery is possible. Moreover the goal should be striving to maximize the pro-rata, and making them whole (depends on the ability to acquire the assets/property that were possessed by the victims). Valuing at the time of disbursement ultimately is best for the victims; regardless of price, so they can move on and also take measure of the harm and loss.

I presumed from the conversation I would send this to you (below), let me know if I should send to the court.

--------------

Your Honor Judge Marra

After numerous discussions with counsel, I withdraw my objections concerning the settling defendants settlement.

Sincerely,
Atul Nair
atulnair@gmail.com
31'

On Wed, May 24, 2017 at 12:06 PM, Atul Nair <atulnair@gmail.com> wrote:
Look forward to the discussion.

Best,
Atul

On May 24, 2017 11:14 AM, "Marc Wites" <mwites@wklawyers.com> wrote:

Ok. So, tomorrow at 3:00 p.m. Eastern/2:00 p.m. Central.

The call in number is: _____