Gmail                                            Atul Nair <atulnair@gmail.com>

## Conference Call RE: Leidel (Brandon ) v. Cryptsy (Docs 110) - Email 1 of 2

**Atul Nair** <atulnair@gmail.com>                                   Thu, May 25, 2017 at 7:38 PM
To: Marc Wites <mwites@wklawyers.com>
Cc: David Silver <dsilver@silverlaw.com>, Jessica Kelly <jkelly@wklawyers.com>

Hi Marc and David,

After our discussions I have come to the decision below. I didn't come to this decision easily. I didn't like the TOS statement; a criminal enterprise's TOS should not have any weight, I feel, in this matter. The courts and its professionals should protect victims more thoroughly.

I may have come into this matter, late in the process, but I still do support the notion that the class needs more protection regarding whatever recovery is possible. Moreover the goal should be striving to maximize the pro-rata, and making them whole (depends on the ability to acquire the assets/property that were possessed by the victims). Valuing at the time of disbursement ultimately is best for the victims; regardless of price, so they can move on and also take measure of the harm and loss.

I presumed from the conversation I would send this to you (below), let me know if I should send to the court.

----------

Your Honor Judge Marra

After numerous discussions with counsel, I withdraw my objections concerning the settling defendants settlement.

Sincerely,
Atul Nair
atulnair@gmail.com
312-391-1573
[Quoted text hidden]

Paul News
2725 N. Christiana Ave
Chicago IL 60647

U.S. POSTAGE $0.49
04/26/17
60601
SSK

MARRA

Clerk of Court
*Cryptsy Cryptocurrency Litigation*, Case No.: 9:16-cv-80060
Paul G. Rogers Federal
Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401