| | |
|---|---|
| 09:33:01:09 | UNITED STATES DISTRICT COURT |
| 09:33:01:09 | SOUTHERN DISTRICT OF FLORIDA |
| 09:33:01:09 | WEST PALM BEACH DIVISION |
| 09:33:01:09 | CASE NO. 16-80060-CIV-MARRA |

```
09:33:01:09    JINYAO LIU, ET AL.,
09:33:01:09
09:33:01:10                  Plaintiffs,         WEST PALM BEACH, FLORIDA
09:33:01:09           vs.
09:33:01:09                                            JUNE 2, 2017
09:33:01:09    PROJECT INVESTORS, INC., ET AL.,
09:33:01:09                                           PAGES 1 - 19
09:33:01:09                  Defendants.
09:33:01:09    _____/

09:33:01:09


                         TRANSCRIPT OF SETTLEMENT HEARING

                     BEFORE THE HONORABLE KENNETH A. MARRA

                         UNITED STATES DISTRICT JUDGE




               APPEARANCES:


               FOR THE PLAINTIFF:    MARC A. WITES, ESQ.
                                     Wites & Kapetan
                                     4400 North Federal Highway
                                     Lighthouse point, FL  33064

                                     DAVID C. SILVER, ESQ.
                                     Silver Law Group
                                     11780 West Sample Road
                                     Coral Springs, FL  33065
```

```
APPEARANCES:


FOR DEFT. NETTLES:      MARK A. LEVY , ESQ.
                        Brinkley & Morgan
                        100 SE Third Avenue
                        23rd Floor
                        Fort Lauderdale, FL   33394


FOR DEFTS. RIDGEWOOD:   SAMUEL O. PATMORE, ESQ.
                        Stearns Weaver, et al.
                        150 West Flagler Street
                        Miami, FL   33130
```

```
REPORTED BY:            DIANE M. MILLER, RMR, CRR, CRC
                        Official Court Reporter
                        701 Clematis Street
                        West Palm Beach, FL   33401
                        (561)514-3728
                        diane_miller@flsd.uscourts.gov
```

|  |  |
|---|---|
| 1 | P-R-O-C-E-E-D-I-N-G-S |
| 09:59:42:27 2 | THE COURT: Good morning. Everyone be seated. |
| 09:59:45:27 3 | Okay. We are here in the case of Jinyao Liu versus |
| 09:59:49:18 4 | Project Investors, Inc., et al.; case number |
| 09:59:53:06 5 | 16-80060-Civil-Marra. May I have Counsel state their |
| 09:59:58:09 6 | appearances, please. |
| 09:59:59:15 7 | MR. WITES: Good morning, Your Honor; Mark Wites from |
| 10:00:03:00 8 | Wites and Kapetan on behalf of Plaintiffs and the Class. |
| 10:00:07:06 9 | MR. SILVER: David Silver from Silver Law Group on be |
| 10:00:08:12 10 | of Plaintiffs and the Class. |
| 10:00:10:03 11 | MR. LEVY: Mark Levy from Brinkley Morgan on behalf |
| 10:00:12:15 12 | of Defendant Lori Nettles. |
| 10:00:14:15 13 | THE COURT: Good morning. |
| 10:00:15:06 14 | MR. PATMORE: Good morning; Sam Patmore, Stearns |
| 10:00:16:09 15 | Weaver on behalf of the Ridgewood defendants. |
| 10:00:21:06 16 | MR. SILVER: Behind me is Jim Sallah, the appointed |
| 10:00:24:03 17 | receiver. |
| 10:00:30:27 18 | THE COURT: All right. We are here on the motion for |
| 10:00:34:09 19 | me to approve the settlement -- class action settlement. So I |
| 10:00:40:12 20 | have reviewed the papers, I know that there were some |
| 10:00:43:18 21 | objections that were filed; and then, a couple of the |
| 10:00:48:00 22 | objections had been withdrawn. I believe there is still one -- |
| 10:00:53:03 23 | there is one objector that still -- is that the gentleman from |
| 10:00:58:12 24 | Croatia? |
| 10:01:00:12 25 | MR. WITES: Yes, Your Honor. |

```
10:01:01:06   1              THE COURT:  I assume he is not here.
10:01:02:21   2              MR. WITES:  No, he is not here.
10:01:03:24   3              THE COURT:  Okay.  Is anyone else here who is here to
10:01:08:21   4    object to the settlement other than the gentleman from Croatia?
10:01:16:00   5    No?
10:01:17:01   6              I see a gentlemen sitting in the back.
10:01:19:18   7              So do you want to make your presentation.
10:01:21:24   8              MR. WITES:  Sure, Your Honor.  Do you prefer I use
10:01:25:06   9    the podium?
10:01:26:18  10              THE COURT:  As long as you can speak into a
10:01:27:21  11    microphone, we can hear you.
10:01:29:06  12              MR. WITES:  Okay.
10:01:29:18  13              Your Honor, before I proceed, does the Court have any
10:01:49:09  14    preference in terms of the type of presentation or particular
10:01:52:12  15    issues with which the Court is interested in?
10:01:55:21  16              THE COURT:  No.  I mean, I read the papers.  I don't
10:01:59:03  17    know that I have any real issues with -- with the matter.  I
10:02:07:27  18    just -- I guess just address the one objection that, I guess,
10:02:13:09  19    is still outstanding and why I should not consider it or, I
10:02:19:03  20    guess, reject the objection.
10:02:23:06  21              MR. WITES:  Sure, sure.
10:02:23:27  22              So as the Court pointed out, there were originally
10:02:27:12  23    three objectors, two of whom timely filed their objections with
10:02:32:18  24    evidence that they were class members.  Those were the two
10:02:36:03  25    objectors who live here, in the U.S.
```

```
10:02:39:01   1         Mr. Silver and I had multiple and lengthy phone calls
10:02:43:12   2    with both of them explaining in even more detail than was
10:02:48:21   3    provided in the papers -- and that detail was considerable, the
10:02:51:18   4    details of settlement, why we reached a settlement, and the
10:02:54:27   5    fact that we were continuing our efforts to collect money for
10:02:57:18   6    the class members.
10:03:00:03   7         The those two objectors, as the Court noted, they
10:03:04:12   8    have withdrawn their objections.  Now, I don't know that they
10:03:08:24   9    have -- just in full candor to the Court, that they have on
10:03:13:21  10    their own filed anything with the Court.  However, they both,
10:03:17:12  11    A, verbally told us they were withdrawing their objections; B,
10:03:22:09  12    they both wrote to us in e-mail giving us permission to file
10:03:26:21  13    their writings with the Court on their behalf evidencing the
10:03:29:09  14    withdrawal of their objections.
10:03:30:27  15         The remaining objector, who is from Croatia, did not
10:03:34:15  16    timely filed his objection.  It was late; and so, from a
10:03:38:03  17    procedural standpoint, the Court could, of course, deny the
10:03:41:27  18    objection on that basis alone, but the objector raised some
10:03:47:00  19    questions, some issues that go to the Court's analysis over all
10:03:50:27  20    in any regard as to whether or not it is a fair, adequate, and
10:03:54:03  21    reasonable settlement.
10:03:54:28  22         And the basic thrust from the objectors, all three of
10:03:59:00  23    them including the one that remains, the untimely objection
10:04:02:15  24    was:  One, why am I not getting more; two, why am I not getting
10:04:09:12  25    my physical coins or my cryptocurrency back; and three, a
```

```
10:04:13:15  1  question about how did we do the valuation.
10:04:16:27  2              Obviously, when it goes to the question of more,
10:04:19:27  3  everybody would have liked for there to have been more, and we
10:04:23:21  4  are still trying to get more; but the settlement, like all
10:04:26:12  5  settlements, is a compromise.  The vast majority of the
10:04:30:03  6  settlement funds came from defendants who were not the main
10:04:34:06  7  parties, if you will, to the case, as the court is aware from
10:04:37:00  8  the many hearings that we had.  The main perpetrator, if you
10:04:40:18  9  will, here, fled the country, is in China; stole, spent, or is
10:04:45:15 10  hiding all of the cryptocurrencies or the money, if you will;
10:04:49:09 11  and the vast majority of the funds that comprise that the
10:04:54:09 12  common fund or settlement fund here came from Mr. Vernon's
10:04:58:09 13  ex-wife through the sale of a residence that we allege was
10:05:02:06 14  purchased from funds from Cryptsy, from a small number of
10:05:06:24 15  cryptocurrency that was recovered, and from a settlement
10:05:09:15 16  obtained from a minority shareholder who based on the discovery
10:05:13:12 17  we obtained was able to show us he did not have a major role in
10:05:17:03 18  the running the company.
10:05:18:12 19              So the settlement that we obtained, to date, that
10:05:25:21 20  comprises this settlement is as much as it could possibly be.
10:05:28:27 21  I don't think that we left anything on the table because there
10:05:31:09 22  isn't, at the moment, nothing else to obtain, although, as the
10:05:34:06 23  Court is aware, Vernon is excluded from the release, so we will
10:05:38:12 24  continue our efforts there.  Both the named plaintiffs in this
10:05:43:06 25  case and the receiver have separately filed other cases against
```

```
10:05:46:15  1  Coin Base in an effort to recover more.
10:05:49:09  2            The second question in regard to why didn't you send
10:05:52:27  3  back to me my cryptocurrency, in part, dovetails into the first
10:05:59:09  4  issue.  The cryptocurrency is not there for us to get.  It is
10:06:03:15  5  not there for us to give back.  We simply weren't able to find
10:06:07:00  6  it, and it was never held in such a way where a specific
10:06:10:21  7  security, for example, might have a stock certificate with a
10:06:14:24  8  name on it, or electronically you could tie a specific
10:06:18:21  9  certificate to a specific owner.  Here, this was pooled assets,
10:06:22:18 10  and there would never have been any way for us to send it back,
10:06:26:00 11  even if we had been able to find it.
10:06:28:15 12            And the third issue that I don't believe was directly
10:06:32:12 13  waived by this last untimely objector, but we will discuss it,
10:06:36:24 14  goes to the valuation because even the objectors that have
10:06:41:06 15  withdrawn their objection, one of their questions was:  Why
10:06:44:18 16  didn't you value the cryptocurrency for purposes of the
10:06:47:24 17  allocation based on the cryptocurrency trade or the date which
10:06:55:12 18  the Court enters its final order or to the time Cryptsy shut
10:06:59:18 19  down.
10:07:00:06 20            Of course, this is an argument easy to make, based on
10:07:03:03 21  the way the market went.  Had the market gone down, objectors,
10:07:06:18 22  I'm sure, would have come forward and said, why didn't you use
10:07:09:12 23  a different date because the market went against us.  I think
10:07:12:24 24  the genesis of their argument, again, goes back to this very
10:07:16:06 25  first issue:  Why aren't we getting more, my cryptocurrency is
```

```
10:07:20:03  1   worth more; why am I only going to get X from the settlement
10:07:23:24  2   when I should get X plus some larger number?
10:07:26:21  3            We picked the valuation date because that was the
10:07:28:24  4   date that Cryptsy shut down, and we felt that it was a fair and
10:07:32:03  5   logical thing to do.  And from a practical standpoint, whether
10:07:35:24  6   we had picked the November 2015 date or whether we picked June
10:07:41:03  7   of 2017, the result in terms of the distribution of the
10:07:44:27  8   settlement funds wouldn't have changed.
10:07:47:06  9            Why is that?  Because the amount of the claims so far
10:07:51:03 10   exceeds the amount of the available money that the real issue
10:07:54:18 11   will be what cryptocurrency did you own and in what quantity.
10:07:58:24 12   In other words, did you have one big coin or ten.
10:08:02:25 13            The one thing we made clear to the two objectors who
10:08:06:06 14   we spoke to which we would have, of course, had explained were
10:08:09:18 15   able to communicate with the untimely objector from Croatia is
10:08:13:06 16   that the plan of allocation that is before this Court in this
10:08:16:06 17   proposed settlement agreement is for this particular
10:08:18:15 18   settlement.  If we are able to locate more cryptocurrency down
10:08:23:21 19   the road through a judgment, through Vernon, or if, in the
10:08:27:03 20   separate case against Coin Base, we are able to obtain a
10:08:30:21 21   settlement or judgment at trial, we might use a different
10:08:33:00 22   valuation method there.
10:08:34:13 23            But at the end of the day, addressing the Court's
10:08:36:18 24   questions as to why should the Court overrule the objection, it
10:08:40:06 25   is the best possible settlement.  It is probably the only
```

```
10:08:43:24  1   possible settlement, and it's certainly fair and reasonable.
10:08:47:09  2            A few other points that we might want to address with
10:08:52:18  3   the Court, just to sort of run down some of the key facts,
10:08:58:06  4   class counsel spent -- I don't want to say an inordinate, but a
10:09:03:06  5   larger than average or a greater than average amount of time on
10:09:06:09  6   the phone with class members in this case as opposed to the
10:09:09:21  7   issue being held -- worked only by the claims administer.
10:09:13:00  8            I mean, that actually happened both during the course
10:09:15:18  9   of the litigation as well as during the claims administration
10:09:19:12 10   process.  And the reason is that, you know, early on in this
10:09:23:15 11   case, we were faced with the issue that on the day that the
10:09:26:27 12   Court appointed the receiver, it appears that Mr. Vernon, in
10:09:31:03 13   China, was watching the docket because, on that day, he
10:09:33:15 14   remotely destroyed all of the information that was on the
10:09:36:18 15   company servers before the receiver took it over.  So in moving
10:09:40:21 16   for class certification, which the Court entered against Vernon
10:09:44:18 17   and Cryptsy, we wanted to demonstrate to the Court that we have
10:09:50:27 18   numerosity because there were no company records at the time to
10:09:53:12 19   be had to establish that.
10:09:55:13 20            And this case within the cryptocurrency world is very
10:09:59:24 21   well-known.  It is a small group of investors who are very
10:10:03:27 22   interested in this novel and cutting edge theory way of
10:10:07:21 23   investing.  So there are websites that are dedicated to this
10:10:11:09 24   type of investing.  The case has been written about there.  It
10:10:14:24 25   has been in the press and people call us, and they call and
```

```
10:10:17:24  1   they call, and they call, and they call; and they e-mail.  And
10:10:20:27  2   Mr. Silver and I, and I know Mr. Sallah, people from his office
10:10:24:18  3   have spent a considerable amount of time on the phone with all
10:10:27:18  4   of them because they have a right to talk to us.  We are their
10:10:31:27  5   lawyers, and the questions that they ask are much more
10:10:35:00  6   difficult than in a case that might involve a product return or
10:10:40:27  7   a recall or a defect in a vehicle that required lawyers to do
10:10:45:00  8   the talking.
10:10:45:27  9            So we spent a lot of time during the litigation
10:10:48:12 10   gathering information that we presented to the Court through
10:10:51:09 11   our motion for class certification; and then, in conjunction
10:10:56:03 12   with the claims administration process, we did the same thing.
10:10:59:18 13   Interestingly enough, it resulted in 38,000 unique visitors to
10:11:05:03 14   the settlement website.  I'm sure some meaningful portion of
10:11:08:09 15   that comes from websites as opposed to people that what they
10:11:12:24 16   call "crawl the website," they just go and look at it; but, of
10:11:16:24 17   those 38,000 unique visitors, we have received and handled,
10:11:19:27 18   just at the lawyers' end, putting aside the claims
10:11:23:12 19   administration, more than a thousand e-mails and phone calls
10:11:26:27 20   from class members that contacted us and asking questions.
10:11:30:10 21            We actually received more claims that we, the
10:11:32:15 22   lawyers, anticipated that we would get.  There were 1,695
10:11:37:18 23   timely claims; and, as of yesterday, another 106 late filed
10:11:43:21 24   claims have come in.  And that brings me to a point or an issue
10:11:48:12 25   that we mentioned in our papers which is that although we are
```

```
10:11:52:27  1   here today on a motion for final approval both as to the
10:11:57:00  2   settlement, the incentive award, and the attorney's fees and
10:12:02:12  3   costs, we are actually not asking today that the Court
10:12:05:24  4   authorize us now to distribute any of the money.  The reason
10:12:08:21  5   is, as the Court is aware, is that there is a motion pending
10:12:11:15  6   before the Court by the receiver for the sale of the property
10:12:14:09  7   that we obtained in the settlement.  It is the largest
10:12:17:15  8   component of the settlement fund, and what we are asking for is
10:12:20:15  9   that the Court grant final approval but allow us to come back,
10:12:25:00 10   after the sale, when we have all of the assets liquidated to
10:12:29:09 11   present to the Court, through a motion, exactly to the dollar
10:12:32:24 12   and to the penny where all of the money is going.
10:12:35:00 13            And one of the things that we would like to ask in
10:12:37:18 14   connection with that motion and we will is for permission from
10:12:40:15 15   the Court to pay the late filed claims.  It is not as though
10:12:44:03 16   they are coming in months late; and to the extent that these
10:12:48:00 17   victims have presented a valid claim and that otherwise should
10:12:50:27 18   be paid, we would like for them to be able to participate in
10:12:53:27 19   the settlement as well.
10:12:54:24 20            Another small highlight from the case, given that it
10:13:03:06 21   was in the scope of the amount of the loss that we have
10:13:08:00 22   recovered, a meaningful amount, certainly not the amount of the
10:13:10:24 23   investors losses, two things that I think make the case unique,
10:13:13:21 24   one is that the lawyers on the class side who have worked in
10:13:17:15 25   conjunction with the receiver, we were the ones that asked the
```

```
10:13:20:21  1   Court to appoint the receiver because we felt at that time, it
10:13:23:21  2   unfortunately turned out to be true that the only way there
10:13:26:15  3   would ever be any money to give to these class members is
10:13:29:09  4   through the powers that a receiver has to gain assets and to
10:13:33:27  5   help us negotiate settlements because we knew, by that point,
10:13:37:24  6   that Vernon had fled the country and it would be difficult if
10:13:41:03  7   not impossible to find the coins which, to date, has
10:13:45:03  8   unfortunately turned out to be true.
10:13:47:01  9            So what we committed to do is rather than asking for
10:13:49:27 10   a quarter or a third of the common fund as our fee, plus the
10:13:54:03 11   receiver's fees we have committed and that's what we asked for
10:13:58:15 12   in our motion for final approval for a fee award that is one
10:14:02:03 13   third less the amount of the receiver's attorneys fees.  So
10:14:05:18 14   this way, the global amount of attorneys fees that has been
10:14:09:27 15   incurred and would be paid to all of the lawyers who are
10:14:12:24 16   working in any way for any of the class members and the
10:14:16:18 17   receiver estate, that would include my law firm, Mr. Silver's
10:14:19:21 18   law firm, Mr. Sallah and the lawyers that worked for him, the
10:14:23:00 19   totality of that will be one third as opposed to it being some
10:14:27:24 20   larger amount.
10:14:28:18 21            And on a smaller note, I was also able to negotiate a
10:14:32:24 22   10 percent discount with the claims administrator because their
10:14:38:06 23   quote for the work turned out to be lower than it actually
10:14:41:18 24   turned out to be because we received a significant number of
10:14:45:03 25   claims more than we had anticipated, and they were graciously
```

```
10:14:48:21   1  willing to reduce their bill by 10 percent.
10:14:51:12   2            So with that being said, if the Court has reviewed
10:14:53:24   3  the papers, we would rest on them.  If the Court has any other
10:14:57:12   4  questions, we are certainly happy to address them, and
10:14:59:15   5  Mr. Sallah is here as well, if you have any questions about any
10:15:02:12   6  of the pending motions from the receiver.
10:15:04:21   7            THE COURT:  All right, thank you.
10:15:05:24   8            MR. WITES:  Thank you, Your Honor.
10:15:12:12   9            THE COURT:  Any comments from the Defense?
10:15:14:03  10            MR. LEVY:  No, Your Honor.  We agree to the
10:15:16:06  11  settlement and would like for you to approve it likewise, Your
10:15:20:18  12  Honor.
10:15:21:03  13            THE COURT:  Okay, thank you.
10:15:21:27  14            Mr. Sallah, did you want to add anything?
10:15:24:19  15            MR. SALLAH:  No, Your Honor.  I think Mr. Wites
10:15:27:03  16  summed it up pretty well.  Thank you.
10:15:29:06  17            THE COURT:  Thank you.
10:15:29:15  18            MR. WITES:  Your Honor, would you like for us to
10:15:31:18  19  submit a proposed order?
10:15:33:06  20            THE COURT:  I would.
10:15:34:00  21            MR. WITES:  Okay.
10:15:34:21  22            THE COURT:  I'm going to approve the settlement.  I'm
10:15:37:15  23  going to overrule the objections and also going to sign today
10:15:41:00  24  the order authorizing the sale of the real estate.  I just was
10:15:47:00  25  holding off until today to see if there was any reason that I
```

| | | |
|---|---|---|
| 10:15:50:18 | 1 | shouldn't approve it, and I'm going to also authorize the |
| 10:15:56:27 | 2 | additional claims that came in late to be part of the |
| 10:16:00:00 | 3 | settlement distribution. |
| 10:16:05:16 | 4 | So if you could submit a proposed order, and I'll |
| 10:16:09:15 | 5 | sign that as soon as I get it and review it. |
| 10:16:12:21 | 6 | I think you have done a wonderful job under difficult |
| 10:16:17:09 | 7 | circumstances, and I'm glad that you were able to work things |
| 10:16:21:27 | 8 | out with the defendants.  And it is unfortunate that Mr. Vernon |
| 10:16:28:15 | 9 | is not reachable, and I'm sure you will do the best you can to |
| 10:16:34:09 | 10 | try and receive or obtain any other assets that might be |
| 10:16:40:00 | 11 | available. |
| 10:16:41:15 | 12 | MR. WITES:  We will keep looking. |
| 10:16:43:00 | 13 | THE COURT:  All right.  Anything else? |
| 10:16:45:00 | 14 | MR. WITES:  No, Your Honor. |
| 10:16:46:00 | 15 | THE COURT:  All right, thank you all. |
| 10:16:47:21 | 16 | MR. SILVER:  Thank you, Your Honor. |
| 10:16:48:24 | 17 | THE COURT:  Have a nice weekend. |
| 10:16:51:03 | 18 | MR. WITES:  Thank you. |
| 10:16:51:18 | 19 | (PROCEEDINGS ADJOURNED AT 10:16 a.m.) |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
10:16:52:06  1              C-E-R-T-I-F-I-C-A-T-E

10:16:52:06  2         I hereby certify that the foregoing is

10:16:52:06  3     an accurate transcription and proceedings in the

10:16:52:06  4     above-entitled matter.

10:16:52:06  5  6/9/2017                    /s/DIANE MILLER
10:16:52:06     DATE                        DIANE MILLER, RMR, CRR, CRC
10:16:52:06  6                              Official Court Reporter
10:16:52:06                                 United States District Court
10:16:52:06  7                              701 Clematis Street, Room 259
10:16:52:06                                 West Palm Beach, FL  33401
10:16:52:06  8                              561-514-3728

10:16:52:06  9

10:16:52:06 10

10:16:52:00 11

             12

             13

             14

             15

             16

             17

             18

             19

             20

             21

             22

             23

             24

             25
```

| | | |
|---|---|---|
| MR. LEVY: [2]  3/10 13/9<br>MR. PATMORE: [1]  3/13<br>MR. SILVER: [3]  3/8 3/15 14/15<br>MR. WITES: [12]  3/6 3/24 4/1 4/7 4/11 4/20 13/7 13/17 13/20 14/11 14/13 14/17<br>THE COURT: [14]  3/1 3/12 3/25 4/2 4/15 13/6 13/8 13/12 13/16 13/19 13/21 14/12 14/14 14/16 | address [3]  4/18 9/2 13/4<br>addressing [1]  8/23<br>adequate [1]  5/20<br>ADJOURNED [1]  14/19<br>administer [1]  9/7<br>administration [3]  9/9 10/12 10/19<br>administrator [1]  12/22<br>after [1]  11/10<br>again [1]  7/24<br>against [4]  6/25 7/23 8/20 9/16<br>agree [1]  13/10<br>agreement [1]  8/17<br>al [4]  1/6 1/8 2/7 3/4<br>allege [1]  6/13<br>allocation [2]  7/17 8/16<br>allow [1]  11/9<br>alone [1]  5/18<br>also [3]  12/21 13/23 14/1<br>although [2]  6/22 10/25<br>am [3]  5/24 5/24 8/1<br>amount [10]  8/9 8/10 9/5 10/3 11/21 11/22 11/22 12/13 12/14 12/20<br>analysis [1]  5/19<br>another [2]  10/23 11/20<br>anticipated [2]  10/22 12/25<br>anyone [1]  4/3<br>anything [4]  5/10 6/21 13/14 14/13<br>appearances [3]  1/18 2/2 3/6<br>appears [1]  9/12<br>appoint [1]  12/1<br>appointed [2]  3/16 9/12<br>approval [3]  11/1 11/9 12/12<br>approve [4]  3/19 13/11 13/22 14/1<br>aren't [1]  7/25<br>argument [2]  7/20 7/24<br>aside [1]  10/18<br>asked [2]  11/25 12/11<br>asking [4]  10/20 11/3 11/8 12/9<br>assets [4]  7/9 11/10 12/4 14/10<br>assume [1]  4/1<br>attorney's [1]  11/2<br>attorneys [2]  12/13 12/14<br>authorize [2]  11/4 14/1<br>authorizing [1]  13/24<br>available [2]  8/10 14/11<br>Avenue [1]  2/4<br>average [2]  9/5 9/5<br>award [2]  11/2 12/12<br>aware [3]  6/7 6/23 11/5 | C<br>C-E-R-T-I-F-I-C-A-T-E [1]  15/1<br>call [6]  9/25 9/25 10/1 10/1 10/1 10/16<br>calls [2]  5/1 10/19<br>came [3]  6/6 6/12 14/2<br>candor [1]  5/9<br>case [13]  1/4 3/3 3/4 6/7 6/25 8/20 9/6 9/11 9/20 9/24 10/6 11/20 11/23<br>cases [1]  6/25<br>certainly [3]  9/1 11/22 13/4<br>certificate [2]  7/7 7/9<br>certification [2]  9/16 10/11<br>certify [1]  15/2<br>changed [1]  8/8<br>China [2]  6/9 9/13<br>circumstances [1]  14/7<br>CIV [1]  1/4<br>Civil [1]  3/5<br>claim [1]  11/17<br>claims [12]  8/9 9/7 9/9 10/12 10/18 10/21 10/23 10/24 11/15 12/22 12/25 14/2<br>class [13]  3/8 3/10 3/19 4/24 5/6 9/4 9/6 9/16 10/11 10/20 11/24 12/3 12/16<br>clear [1]  8/13<br>Clematis [2]  2/20 15/7<br>coin [3]  7/1 8/12 8/20<br>coins [2]  5/25 12/7<br>collect [1]  5/5<br>come [3]  7/22 10/24 11/9<br>comes [1]  10/15<br>coming [1]  11/16<br>comments [1]  13/9<br>committed [2]  12/9 12/11<br>common [2]  6/12 12/10<br>communicate [1]  8/15<br>company [3]  6/18 9/15 9/18<br>component [1]  11/8<br>comprise [1]  6/11<br>comprises [1]  6/20<br>compromise [1]  6/5<br>conjunction [2]  10/11 11/25<br>connection [1]  11/14<br>consider [1]  4/19<br>considerable [2]  5/3 10/3<br>contacted [1]  10/20<br>continue [1]  6/24<br>continuing [1]  5/5<br>Coral [1]  1/23<br>costs [1]  11/3<br>could [4]  5/17 6/20 7/8 14/4<br>counsel [2]  3/5 9/4<br>country [2]  6/9 12/6<br>couple [1]  3/21<br>course [4]  5/17 7/20 8/14 9/8<br>Court's [2]  5/19 8/23<br>crawl [1]  10/16<br>CRC [2]  2/19 15/5<br>Croatia [4]  3/24 4/4 5/15 8/15<br>CRR [2]  2/19 15/5<br>cryptocurrencies [1]  6/10<br>cryptocurrency [10]  5/25 6/15 7/3 7/4 7/16 7/17 7/25 8/11 8/18 9/20<br>Cryptsy [4]  6/14 7/18 8/4 9/17<br>cutting [1]  9/22 |
| /<br>/s/DIANE [1]  15/5 | | |
| 1<br>1,695 [1]  10/22<br>10 [2]  12/22 13/1<br>100 [1]  2/4<br>106 [1]  10/23<br>10:16 [1]  14/19<br>11780 [1]  1/23<br>150 [1]  2/8<br>16-80060-CIV-MARRA [1]  1/4<br>16-80060-Civil-Marra [1]  3/5<br>19 [1]  1/9 | | |
| 2<br>2015 [1]  8/6<br>2017 [3]  1/8 8/7 15/5<br>23rd [1]  2/5<br>259 [1]  15/7 | | |
| 3<br>33064 [1]  1/21<br>33065 [1]  1/23<br>33130 [1]  2/8<br>33394 [1]  2/5<br>33401 [2]  2/20 15/7<br>3728 [2]  2/21 15/8<br>38,000 [2]  10/13 10/17 | | |
| 4<br>4400 [1]  1/20 | | |
| 5<br>514-3728 [1]  2/21<br>561 [1]  2/21<br>561-514-3728 [1]  15/8 | | |
| 6<br>6/9/2017 [1]  15/5 | | |
| 7<br>701 [2]  2/20 15/7 | | |
| A<br>a.m [1]  14/19<br>able [9]  6/17 7/5 7/11 8/15 8/18 8/20 11/18 12/21 14/7<br>above [1]  15/4<br>above-entitled [1]  15/4<br>accurate [1]  15/3<br>action [1]  3/19<br>actually [4]  9/8 10/21 11/3 12/23<br>add [1]  13/14<br>additional [1]  14/2 | B<br>Base [2]  7/1 8/20<br>based [3]  6/16 7/17 7/20<br>basic [1]  5/22<br>basis [1]  5/18<br>BEACH [4]  1/3 1/7 2/20 15/7<br>before [5]  1/14 4/13 8/16 9/15 11/6<br>behalf [4]  3/8 3/11 3/15 5/13<br>Behind [1]  3/16<br>believe [2]  3/22 7/12<br>best [2]  8/25 14/9<br>big [1]  8/12<br>bill [1]  13/1<br>both [6]  5/2 5/10 5/12 6/24 9/8 11/1<br>brings [1]  10/24<br>Brinkley [2]  2/4 3/11 | |

| D | explained [1] 8/14 | 6/9 6/12 7/9 11/1 13/5 |
|---|---|---|
| date [8]  6/19 7/17 7/23 8/3 8/4 8/6 12/7 15/5 | explaining [1]  5/2 | hereby [1]  15/2 |
| DAVID [2]  1/22 3/9 | extent [1]  11/16 | hiding [1]  6/10 |
| day [3]  8/23 9/11 9/13 | **F** | highlight [1]  11/20 |
| dedicated [1]  9/23 | faced [1]  9/11 | Highway [1]  1/20 |
| defect [1]  10/7 | fact [1]  5/5 | him [1]  12/18 |
| Defendant [1]  3/12 | facts [1]  9/3 | holding [1]  13/25 |
| defendants [4]  1/9 3/15 6/6 14/8 | fair [3]  5/20 8/4 9/1 | Honor [11]  3/7 3/25 4/8 4/13 13/8 13/10 13/12 13/15 13/18 14/14 14/16 |
| Defense [1]  13/9 | far [1]  8/9 | HONORABLE [1]  1/14 |
| DEFT [1]  2/3 | Federal [1]  1/20 | However [1]  5/10 |
| DEFTS [1]  2/7 | fee [2]  12/10 12/12 | **I** |
| demonstrate [1]  9/17 | fees [4]  11/2 12/11 12/13 12/14 | I'll [1]  14/4 |
| deny [1]  5/17 | felt [2]  8/4 12/1 | I'm [7]  7/22 10/14 13/22 13/22 14/1 14/7 14/9 |
| destroyed [1]  9/14 | few [1]  9/2 | impossible [1]  12/7 |
| detail [2]  5/2 5/3 | file [1]  5/12 | INC [2]  1/8 3/4 |
| details [1]  5/4 | filed [7]  3/21 4/23 5/10 5/16 6/25 10/23 11/15 | incentive [1]  11/2 |
| diane [4]  2/19 2/21 15/5 15/5 | final [4]  7/18 11/1 11/9 12/12 | include [1]  12/17 |
| different [2]  7/23 8/21 | find [3]  7/5 7/11 12/7 | including [1]  5/23 |
| difficult [3]  10/6 12/6 14/6 | firm [2]  12/17 12/18 | incurred [1]  12/15 |
| directly [1]  7/12 | first [2]  7/3 7/25 | information [2]  9/14 10/10 |
| discount [1]  12/22 | FL [6]  1/21 1/23 2/5 2/8 2/20 15/7 | inordinate [1]  9/4 |
| discovery [1]  6/16 | Flagler [1]  2/8 | interested [2]  4/15 9/22 |
| discuss [1]  7/13 | fled [2]  6/9 12/6 | Interestingly [1]  10/13 |
| distribute [1]  11/4 | Floor [1]  2/5 | investing [2]  9/23 9/24 |
| distribution [2]  8/7 14/3 | FLORIDA [2]  1/2 1/7 | investors [4]  1/8 3/4 9/21 11/23 |
| DISTRICT [4]  1/1 1/2 1/15 15/6 | flsd.uscourts.gov [1]  2/21 | involve [1]  10/6 |
| DIVISION [1]  1/3 | foregoing [1]  15/2 | is [50] |
| docket [1]  9/13 | Fort [1]  2/5 | isn't [1]  6/22 |
| dollar [1]  11/11 | forward [1]  7/22 | issue [7]  7/4 7/12 7/25 8/10 9/7 9/11 10/24 |
| done [1]  14/6 | full [1]  5/9 | issues [3]  4/15 4/17 5/19 |
| dovetails [1]  7/3 | fund [4]  6/12 6/12 11/8 12/10 | it [34] |
| down [5]  7/19 7/21 8/4 8/18 9/3 | funds [4]  6/6 6/11 6/14 8/8 | it's [1]  9/1 |
| during [3]  9/8 9/9 10/9 | **G** | its [1]  7/18 |
| **E** | gain [1]  12/4 | **J** |
| e-mail [2]  5/12 10/1 | gathering [1]  10/10 | Jim [1]  3/16 |
| e-mails [1]  10/19 | genesis [1]  7/24 | JINYAO [2]  1/6 3/3 |
| early [1]  9/10 | gentleman [2]  3/23 4/4 | job [1]  14/6 |
| easy [1]  7/20 | gentlemen [1]  4/6 | JUDGE [1]  1/15 |
| edge [1]  9/22 | getting [3]  5/24 5/24 7/25 | judgment [2]  8/19 8/21 |
| effort [1]  7/1 | give [2]  7/5 12/3 | JUNE [2]  1/8 8/6 |
| efforts [2]  5/5 6/24 | given [1]  11/20 | **K** |
| electronically [1]  7/8 | giving [1]  5/12 | Kapetan [2]  1/20 3/8 |
| else [3]  4/3 6/22 14/13 | glad [1]  14/7 | keep [1]  14/12 |
| end [2]  8/23 10/18 | global [1]  12/14 | KENNETH [1]  1/14 |
| enough [1]  10/13 | goes [3]  6/2 7/14 7/24 | key [1]  9/3 |
| entered [1]  9/16 | gone [1]  7/21 | knew [1]  12/5 |
| enters [1]  7/18 | Good [4]  3/2 3/7 3/13 3/14 | known [1]  9/21 |
| entitled [1]  15/4 | graciously [1]  12/25 | **L** |
| ESQ [4]  1/19 1/22 2/3 2/7 | grant [1]  11/9 | larger [3]  8/2 9/5 12/20 |
| establish [1]  9/19 | greater [1]  9/5 | largest [1]  11/7 |
| estate [2]  12/17 13/24 | group [3]  1/22 3/9 9/21 | last [1]  7/13 |
| et [4]  1/6 1/8 2/7 3/4 | guess [3]  4/18 4/18 4/20 | late [5]  5/16 10/23 11/15 11/16 14/2 |
| even [3]  5/2 7/11 7/14 | **H** | Lauderdale [1]  2/5 |
| ever [1]  12/3 | handled [1]  10/17 | law [4]  1/22 3/9 12/17 12/18 |
| everybody [1]  6/3 | happened [1]  9/8 | lawyers [6]  10/5 10/7 10/22 11/24 12/15 12/18 |
| Everyone [1]  3/2 | happy [1]  13/4 | lawyers' [1]  10/18 |
| evidence [1]  4/24 | have [31] | left [1]  6/21 |
| evidencing [1]  5/13 | hear [1]  4/11 | lengthy [1]  5/1 |
| ex [1]  6/13 | HEARING [1]  1/13 | less [1]  12/13 |
| ex-wife [1]  6/13 | hearings [1]  6/8 | |
| exactly [1]  11/11 | held [2]  7/6 9/7 | |
| example [1]  7/7 | help [1]  12/5 | |
| exceeds [1]  8/10 | here [12]  3/3 3/18 4/1 4/2 4/3 4/3 4/25 | |
| excluded [1]  6/23 | | |

**L**

LEVY [2]  2/3 3/11
Lighthouse [1]  1/21
like [5]  6/4 11/13 11/18 13/11 13/18
liked [1]  6/3
likewise [1]  13/11
liquidated [1]  11/10
litigation [2]  9/9 10/9
LIU [2]  1/6 3/3
live [1]  4/25
locate [1]  8/18
logical [1]  8/5
long [1]  4/10
look [1]  10/16
looking [1]  14/12
Lori [1]  3/12
loss [1]  11/21
losses [1]  11/23
lot [1]  10/9
lower [1]  12/23

**M**

made [1]  8/13
mail [2]  5/12 10/1
mails [1]  10/19
main [2]  6/6 6/8
major [1]  6/17
majority [2]  6/5 6/11
make [3]  4/7 7/20 11/23
many [1]  6/8
MARC [1]  1/19
MARK [3]  2/3 3/7 3/11
market [3]  7/21 7/21 7/23
MARRA [3]  1/4 1/14 3/5
matter [2]  4/17 15/4
mean [2]  4/16 9/8
meaningful [2]  10/14 11/22
members [6]  4/24 5/6 9/6 10/20 12/3 12/16
mentioned [1]  10/25
method [1]  8/22
Miami [1]  2/8
microphone [1]  4/11
might [5]  7/7 8/21 9/2 10/6 14/10
miller [4]  2/19 2/21 15/5 15/5
minority [1]  6/16
moment [1]  6/22
money [6]  5/5 6/10 8/10 11/4 11/12 12/3
months [1]  11/16
more [13]  5/2 5/24 6/2 6/3 6/4 7/1 7/25 8/1 8/18 10/5 10/19 10/21 12/25
Morgan [2]  2/4 3/11
morning [4]  3/2 3/7 3/13 3/14
motion [7]  3/18 10/11 11/1 11/5 11/11 11/14 12/12
motions [1]  13/6
moving [1]  9/15
MR [2]  13/15 13/15
Mr. [10]  5/1 6/12 9/12 10/2 10/2 12/17 12/18 13/5 13/14 14/8
Mr. Sallah [4]  10/2 12/18 13/5 13/14
Mr. Silver [2]  5/1 10/2
Mr. Silver's [1]  12/17
Mr. Vernon [2]  9/12 14/8
Mr. Vernon's [1]  6/12
much [2]  6/20 10/5
multiple [1]  5/1

**N**

name [1]  7/8
named [1]  6/24
negotiate [2]  12/5 12/21
NETTLES [2]  2/3 3/12
never [2]  7/6 7/10
nice [1]  14/17
North [1]  1/20
not [16]
note [1]  12/21
noted [1]  5/7
nothing [1]  6/22
novel [1]  9/22
November [1]  8/6
number [4]  3/4 6/14 8/2 12/24
numerosity [1]  9/18

**O**

object [1]  4/4
objection [7]  4/18 4/20 5/16 5/18 5/23 7/15 8/24
objections [7]  3/21 3/22 4/23 5/8 5/11 5/14 13/23
objector [5]  3/23 5/15 5/18 7/13 8/15
objectors [7]  4/23 4/25 5/7 5/22 7/14 7/21 8/13
obtain [3]  6/22 8/20 14/10
obtained [4]  6/16 6/17 6/19 11/7
Obviously [1]  6/2
off [1]  13/25
office [1]  10/2
Official [2]  2/19 15/6
ones [1]  11/25
only [4]  8/1 8/25 9/7 12/2
opposed [3]  9/6 10/15 12/19
order [4]  7/18 13/19 13/24 14/4
originally [1]  4/22
other [6]  4/4 6/25 8/12 9/2 13/3 14/10
otherwise [1]  11/17
out [6]  4/22 12/2 12/8 12/23 12/24 14/8
outstanding [1]  4/19
over [2]  5/19 9/15
overrule [2]  8/24 13/23
own [2]  5/10 8/11
owner [1]  7/9

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  3/1
PAGES [1]  1/9
paid [2]  11/18 12/15
PALM [4]  1/3 1/7 2/20 15/7
papers [5]  3/20 4/16 5/3 10/25 13/3
part [2]  7/3 14/2
participate [1]  11/18
particular [2]  4/14 8/17
parties [1]  6/7
PATMORE [2]  2/7 3/14
pay [1]  11/15
pending [2]  11/5 13/6
penny [1]  11/12
people [3]  9/25 10/2 10/15
percent [2]  12/22 13/1
permission [2]  5/12 11/14
perpetrator [1]  6/8
phone [4]  5/1 9/6 10/3 10/19
physical [1]  5/25
picked [3]  8/3 8/6 8/6
PLAINTIFF [1]  1/19
plaintiffs [4]  1/7 3/8 3/10 6/24
plan [1]  8/16
please [1]  3/6
plus [2]  8/2 12/10
podium [1]  4/9
point [3]  1/21 10/24 12/5
pointed [1]  4/22
points [1]  9/2
pooled [1]  7/9
portion [1]  10/14
possible [2]  8/25 9/1
possibly [1]  6/20
powers [1]  12/4
practical [1]  8/5
prefer [1]  4/8
preference [1]  4/14
present [1]  11/11
presentation [2]  4/7 4/14
presented [2]  10/10 11/17
press [1]  9/25
pretty [1]  13/16
probably [1]  8/25
procedural [1]  5/17
proceed [1]  4/13
proceedings [2]  14/19 15/3
process [2]  9/10 10/12
product [1]  10/6
PROJECT [2]  1/8 3/4
property [1]  11/6
proposed [3]  8/17 13/19 14/4
provided [1]  5/3
purchased [1]  6/14
purposes [1]  7/16
putting [1]  10/18

**Q**

quantity [1]  8/11
quarter [1]  12/10
question [3]  6/1 6/2 7/2
questions [7]  5/19 7/15 8/24 10/5 10/20 13/4 13/5
quote [1]  12/23

**R**

raised [1]  5/18
rather [1]  12/9
reachable [1]  14/9
reached [1]  5/4
read [1]  4/16
real [3]  4/17 8/10 13/24
reason [3]  9/10 11/4 13/25
reasonable [2]  5/21 9/1
recall [1]  10/7
receive [1]  14/10
received [3]  10/17 10/21 12/24
receiver [10]  3/17 6/25 9/12 9/15 11/6 11/25 12/1 12/4 12/17 13/6
receiver's [2]  12/11 12/13
records [1]  9/18
recover [1]  7/1
recovered [2]  6/15 11/22

### R

reduce [1]  13/1
regard [2]  5/20 7/2
reject [1]  4/20
release [1]  6/23
remaining [1]  5/15
remains [1]  5/23
remotely [1]  9/14
REPORTED [1]  2/19
Reporter [2]  2/19 15/6
required [1]  10/7
residence [1]  6/13
rest [1]  13/3
result [1]  8/7
resulted [1]  10/13
return [1]  10/6
review [1]  14/5
reviewed [2]  3/20 13/2
RIDGEWOOD [2]  2/7 3/15
RMR [2]  2/19 15/5
road [2]  1/23 8/19
role [1]  6/17
Room [1]  15/7
run [1]  9/3
running [1]  6/18

### S

said [2]  7/22 13/2
sale [4]  6/13 11/6 11/10 13/24
Sallah [6]  3/16 10/2 12/18 13/5 13/14 13/15
Sam [1]  3/14
same [1]  10/12
Sample [1]  1/23
SAMUEL [1]  2/7
say [1]  9/4
scope [1]  11/21
SE [1]  2/4
seated [1]  3/2
second [1]  7/2
security [1]  7/7
send [2]  7/2 7/10
separate [1]  8/20
separately [1]  6/25
servers [1]  9/15
settlement [28]
settlements [2]  6/5 12/5
shareholder [1]  6/16
shouldn't [1]  14/1
show [1]  6/17
shut [2]  7/18 8/4
side [1]  11/24
sign [2]  13/23 14/5
significant [1]  12/24
SILVER [6]  1/22 1/22 3/9 3/9 5/1 10/2
Silver's [1]  12/17
simply [1]  7/5
sitting [1]  4/6
small [3]  6/14 9/21 11/20
smaller [1]  12/21
some [7]  3/20 5/18 5/19 8/2 9/3 10/14 12/19
soon [1]  14/5
sort [1]  9/3
SOUTHERN [1]  1/2
speak [1]  4/10

specific [3]  7/6 7/8 7/9
spent [4]  6/9 9/4 10/3 10/9
spoke [1]  8/14
Springs [1]  1/23
standpoint [2]  5/17 8/5
state [1]  3/5
STATES [3]  1/1 1/15 15/6
Stearns [2]  2/7 3/14
still [4]  3/22 3/23 4/19 6/4
stock [1]  7/7
stole [1]  6/9
Street [3]  2/8 2/20 15/7
submit [2]  13/19 14/4
such [1]  7/6
summed [1]  13/16
sure [6]  4/8 4/21 4/21 7/22 10/14 14/9

### T

table [1]  6/21
talk [1]  10/4
talking [1]  10/8
ten [1]  8/12
terms [2]  4/14 8/7
than [9]  4/4 5/2 9/5 9/5 10/6 10/19 12/9 12/23 12/25
that [85]
their [14]  3/5 4/23 5/8 5/10 5/11 5/13 5/13 5/14 7/15 7/15 7/24 10/4 12/22 13/1
theory [1]  9/22
there [18]
they [18]
thing [3]  8/5 8/13 10/12
things [3]  11/13 11/23 14/7
think [5]  6/21 7/23 11/23 13/15 14/6
third [5]  2/4 7/12 12/10 12/13 12/19
though [1]  11/15
thousand [1]  10/19
three [3]  4/23 5/22 5/25
thrust [1]  5/22
tie [1]  7/8
time [6]  7/18 9/5 9/18 10/3 10/9 12/1
timely [3]  4/23 5/16 10/23
today [4]  11/1 11/3 13/23 13/25
told [1]  5/11
took [1]  9/15
totality [1]  12/19
trade [1]  7/17
TRANSCRIPT [1]  1/13
transcription [1]  15/3
trial [1]  8/21
true [2]  12/2 12/8
try [1]  14/10
trying [1]  6/4
turned [4]  12/2 12/8 12/23 12/24
two [6]  4/23 4/24 5/7 5/24 8/13 11/23
type [2]  4/14 9/24

### U

U.S [1]  4/25
under [1]  14/6
unfortunate [1]  14/8
unfortunately [2]  12/2 12/8
unique [3]  10/13 10/17 11/23
UNITED [3]  1/1 1/15 15/6
until [1]  13/25

untimely [3]  5/23 7/13 8/15
up [1]  13/16
us [15]  5/11 5/12 5/12 6/17 7/4 7/5 7/10 7/23 9/25 10/4 10/20 11/4 11/9 12/5 13/18
use [3]  4/8 7/22 8/21

### V

valid [1]  11/17
valuation [4]  6/1 7/14 8/3 8/22
value [1]  7/16
vast [2]  6/5 6/11
vehicle [1]  10/7
verbally [1]  5/11
Vernon [6]  6/23 8/19 9/12 9/16 12/6 14/8
Vernon's [1]  6/12
versus [1]  3/3
very [3]  7/24 9/20 9/21
victims [1]  11/17
visitors [2]  10/13 10/17

### W

waived [1]  7/13
want [4]  4/7 9/2 9/4 13/14
wanted [1]  9/17
was [19]
watching [1]  9/13
way [7]  7/6 7/10 7/21 9/22 12/2 12/14 12/16
we [61]
Weaver [2]  2/7 3/15
website [2]  10/14 10/16
websites [2]  9/23 10/15
weekend [1]  14/17
well-known [1]  9/21
went [2]  7/21 7/23
weren't [1]  7/5
WEST [6]  1/3 1/7 1/23 2/8 2/20 15/7
whether [3]  5/20 8/5 8/6
whom [1]  4/23
why [11]  4/19 5/4 5/24 5/24 7/2 7/15 7/22 7/25 8/1 8/9 8/24
wife [1]  6/13
willing [1]  13/1
WITES [5]  1/19 1/20 3/7 3/8 13/15
withdrawal [1]  5/14
withdrawing [1]  5/11
withdrawn [3]  3/22 5/8 7/15
within [1]  9/20
wonderful [1]  14/6
words [1]  8/12
work [2]  12/23 14/7
worked [3]  9/7 11/24 12/18
working [1]  12/16
world [1]  9/20
worth [1]  8/1
wouldn't [1]  8/8
writings [1]  5/13
written [1]  9/24
wrote [1]  5/12

### Y

Yes [1]  3/25
yesterday [1]  10/23
you [31]