# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

    Defendants.

_____/

## DECLARATION OF NON-MILITARY STATUS

Pursuant to 28 U.S.C. § 1746, I, DAVID C. SILVER, declare the following:

1.      My name is David C. Silver.  I am an attorney licensed to practice law in the State of Florida, have practiced in Florida since 2002, and am a Partner with the law firm of Silver Law Group, 11780 West Sample Road, Coral Springs, FL 33065 (the "Law Firm").

2.      I am one of the lead attorneys representing Plaintiffs in this action.

3.      I know of my own personal knowledge that Defendant PAUL VERNON is not in the United States military or any governmental agency or branch subject to the provisions of the Soldiers' and Sailors' Civil Relief Act.

## VERIFICATION

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I am counsel for the plaintiffs in the above-captioned matter, that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
DAVID C. SILVER

DATED this __30th__ day of June 2017.