

# APPRAISAL

## PAN AMERICAN JEWELRY
## 169 EAST FLAGLER ST SUITE 910
## MIAMI, FL. 33131
## 305-377-1289

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT WE ARE ENGAGED IN THE JEWELRY BUSINESS, APPRAISING DIAMONDS, WATCHES JEWELRY AND PRECIOUS STONES OF ALL DESCRIPTIONS. WE HEREWITH CERTIFY WE HAVE ON THIS DAY CAREFULLY EXAMINED THE FOLLOWING LISTED AND DESCRIBED ARTICLES, THE PROPERTY OF:

NAME: JAMES SALLAH RECEIVER FOR PROJECT INVESTORS, DBA CRYPSTY

ADDRESS: BOCA RATON, FL.

DESCRIPTION:                                                                                                VALUE

WHOLSALE REPLACEMENT COST OF THE FOLLOWING DESCRIBED RING:

THREE STONE DIAMOND RING WITH THE CENTER ROUND BRILLIANT CUT DIAMOND 2.27 CTS.
GIA CERTIFIED H COLOR AND VS-1 CLARITY. EXCELLENT CUT, POLISH, AND SYMMETRY.

ONE SIDE DIAMOND WEIGHING 1.13 CTS.
GIA CERTIFIED H COLOR AND VS-1 CLARITY. EXCELLENT CUT, POLISH, AND SYMMETRY

ONE SIDE DIAMOND WEIGHING 1.12 CTS.
GIA CERTIFIED H COLOR AND VS-2 CLARITY. EXCELLENT CUT, POLISH AND SYMMETRY

TIFFANY AND CO. PLATINUM SETTING.

TOTAL WHOLESALE REPLACEMENT COST                                            $38,500.00

 

APPRAISER: _____                                                  DATE: 6/12/17

WE ESTIMATE THE VALUE AS LISTED FOR INSURANCE AT THE CURRENT RETAIL VALUE, EXCLUDING TAXES. IN MAKING THIS APPRAISAL WE DO NOT AGREE TO PURCHASE OR REPLACE THE ARTICLES. THE FOREGOING APPRAISAL IS MADE WITH THE UNDERSTANDING THAT THE APPRAISER ASSUMES NO LIABILITY WITH RESPECT TO ANY ACTION TAKEN ON THE BASIS OF THIS APPRAISAL.

**EXHIBIT "A"**