UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually,
LORIE ANN NETTLES, individually, RIDGEWOOD
INVESTMENTS, INC., a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

    Defendants.
_____/

### ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR AUTHORITY TO LIQUIDATE TIFFANY DIAMOND RING SECURED BY THE RECEIVER

**THIS MATTER** is before the Court upon the Receiver's Unopposed Motion for Authority to Liquidate Tiffany Diamond Ring Secured by the Receiver (the "Motion") [DE 121]. The Court has carefully reviewed said Motion [DE 121], the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 121] is **GRANTED**. The Receiver is authorized to sell to Tiffany & Co. the Diamond Ring (as defined in the Motion) for a purchase price of Forty-Five Thousand Dollars ($45,000.00). The Receiver is not required to sell the Diamond Ring pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004.

Exhibit "B"

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of July, 2017.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:    Counsel and parties of record