UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually,
LORIE ANN NETTLES, individually, RIDGEWOOD
INVESTMENTS, INC., a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR AUTHORITY TO LIQUIDATE TIFFANY DIAMOND RING SECURED BY THE RECEIVER

THIS MATTER is before the Court upon the Receiver's Unopposed Motion for Authority to Liquidate Tiffany Diamond Ring Secured by the Receiver (the "Motion") [DE 121]. The Court has carefully reviewed said Motion [DE 121], the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 121] is **GRANTED**. The Receiver is authorized to sell to Tiffany & Co. the Diamond Ring (as defined in the Motion) for a purchase price of Forty-Five Thousand Dollars ($45,000.00). The Receiver is not required to sell the Diamond Ring pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004.

Exhibit "B"

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21st day of July, 2017.

KENNETH A. MARRA
UNITED STATES DISTRICT COURT JUDGE

Copies to:    Counsel and parties of record