# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

    Defendants.

_____/

## FINAL DEFAULT JUDGMENT AGAINST
## DEFENDANT PAUL VERNON

THIS MATTER came before the Court upon the motion of Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and on behalf of all others similarly situated members of the Certified Class (the "Plaintiff Class"), for entry of a Final Default Judgment against Defendant PAUL VERNON, an individual ("Defendant Vernon"). After having reviewed the pleadings and sworn declarations submitted on behalf of Plaintiffs, having further noted the entry of default as to Defendant Vernon for failure to answer or otherwise plead to the Summons and Amended Class Action Complaint served upon him by Plaintiffs [Docket Entry No. 51][1], and for good cause shown, the Court hereby ORDERS and ADJUDGES as follows:

    1.    Plaintiffs' Motion for Entry of Final Default Judgment [DE 120] is GRANTED.

    2.    Judgment is hereby entered in favor of Plaintiffs BRANDON LEIDEL and MICHAEL WILSON, individually, and all other similarly situated members of the Plaintiff Class

---

[1] On January 9, 2017, a Second Amended Class Action Complaint was filed to encompass additional defendants, though the allegations against Defendant Vernon did not change from the previous pleading on which he defaulted. [DE 94].

certified by the Court on August 25, 2016 [DE 65]; and against Defendant PAUL VERNON, an individual; upon the Second Amended Class Action Complaint herein.

3. Defendant Vernon is liable to the Plaintiff Class in the principal sum of **$8,200,000.00**, for which let execution issue forthwith.

4. Prejudgment interest in the amount of $688,788.76 shall be awarded as interest on that principal sum from November 1, 2015 to the date of entry of this final judgment at the rate fixed by the Florida Department of Financial Services, as set forth by §55.03, Florida Statutes.

5. The judgment shall bear at post-judgment interest rate prescribed by 28 U.S.C. §1961 and shall be enforceable as prescribed by, *inter alia*, Rule 69(a) of the Federal Rules of Civil Procedure.

6. The Court further declares that the 11,325.0961 Bitcoin which were stolen from Cryptsy customers on July 29, 2014 and which, as of the date of this final judgment, and stored in the following cryptocurrency wallets, are property of the Plaintiff Class and subject to and encompassed within this Final Judgment:

| # | Wallet | Amount of Bitcoin Stored in Wallet |
|---|--------|-----------------------------------|
| 1 | 18E3AWaadnUPQ1aMpfEoyTXN49NYAZzbpD | 1,000 BTC |
| 2 | 1DSxcqygQ69MxRc8oW94kQjWHzMb4BYsnG | 1,000 BTC |
| 3 | 1LwZYCt8dDhZDMd6uXGMwVsmWPXW9eX9Ww | 1,000 BTC |
| 4 | 13nAJw8jw7BiYKLnad9YGdPxybK9mgPkM6 | 1,000 BTC |
| 5 | 1DqCNwUffFTxULH8crehynw53TwrHnrv1c | 1,000 BTC |
| 6 | 1AWdxqABYiDxcY1sxzPzEotvjFjq8NUY8Z | 1,000 BTC |
| 7 | 18nb1NQCeoZLucMdrNdu2wb7jcyDvSgr3Y | 0.0961 BTC |
| 8 | 13QxkdrhfeQ6aCF4TBWg8knQGBmiwL2rpV | 1,000 BTC |
| 9 | 17nmFFPSANbPGgdtoEEuc6xbHoaP1n6ZBb | 1,000 BTC |
| 10 | 14nzbWNMPjmvwy96uuFVXtj6VgChJtHvU9 | 1,000 BTC |
| 11 | 1315LzDFcBLDBKgVAr4ZhCkcT5GXivpiuj | 1,000 BTC |
| 12 | 1KBy6MvcBb2qQRS5fQT92o2c5Dq2W6ygx4 | 1,325 BTC |
| | TOTAL | 11,325.0961 BTC |

7.      The Court reserves jurisdiction to enter further orders that are proper to compel Defendant Vernon to complete all procedures in execution of the above-mentioned judgment, unless the Court directs otherwise.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of July 2017.

KENNETH A. MARRA
United States District Judge

Copies furnished to:

David C. Silver, Esq., Scott L. Silver, Esq., and Jason S. Miller, Esq.
  SILVER LAW GROUP, 11780 W. Sample Road, Coral Springs, FL 33065
  *Counsel for Class Plaintiffs*

Marc A. Wites, Esq.
  WITES & KAPETAN, P.A., 4400 N. Federal Highway, Lighthouse Point, FL 33064
  *Counsel for Class Plaintiffs*

Paul Vernon
  P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com
  *Defendant*

Mark A. Levy, Esq.
  BRINKLEY MORGAN, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301
  *Counsel for Defendant Lorie Ann Nettles*

Patrick J. Rengstl, Esq.
  PATRICK J. RENGSTL, P.A., 7695 SW 104th Street - Suite 210, Miami, FL 33156
  *Counsel for the Receiver, James D. Sallah, Esq., not individually but solely in his capacity as the Court-appointed Receiver/Corporate Monitor for Project Investors, Inc. d/b/a Cryptsy*

Jose G. Sepulveda, Esq.
  STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.,
  150 W. Flagler Street, Suite 2200, Miami, FL 33130
  *Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar*