| | Personalty Inventory | |
|---|---|---|
| | **Public Storage** <br> **3400 S Congress Avenue** <br> **Boynton Beach, Florida** <br> **Storage Units 4052 & 1016** <br><br> **&** <br><br> **Infiniti QX60 Vehicle (recovered from FLL)** <br><br> **&** <br><br> **16832 Charles River Drive, Delray Beach, FL 33446** | |
| Item Number | Original Location | Contents |
| 1 | Storage Unit 4052 | Box 2- Computer wires, Router, USB connectors |
| 2 | Storage Unit 4052 | Mounting rails for large computer rack |
| 3 | Storage Unit 4052 | Box 3- Computer wires, WiFi Hub, Thermal printer |
| 4 | Storage Unit 4052 | Box 5- Approximately 40 RAM Memory 4G |
| 5 | Storage Unit 4052 | Apple 27 Inch Thunderbolt Display Serial Number CO2MF2MAF2GC |
| 6 | Storage Unit 4052 | Apple 27 Inch Thunderbolt Display Serial Number CO2M75NAF2GC |
| 7 | Storage Unit 4052 | 2 Portable Computer Stands with monitors |
| 8 | Storage Unit 4052 | LG Portable Air Conditioner Unit |
| 9 | Storage Unit 4052 | HSM Paper Shreader |
| 10 | Storage Unit 4052 | Royal Paper Shreader |
| 11 | Storage Unit 4052 | Lexmark Printer |
| 12 | Storage Unit 4052 | Viewsonic Printer |
| 13 | Storage Unit 4052 | STU 3000 Step Up/Down Transformer |
| 14 | Storage Unit 4052 | HP Printer Office Pro 8615 |
| 15 | Storage Unit 4052 | 12 Decorative Art Oil Paintings. |
| 16 | Storage Unit 4052 | Startech Computer Rack |
| 17 | Storage Unit 4052 | Dyson Vacuum Cleaner |
| 18 | Storage Unit 4052 | Suitcase with Paul Vernon's Initials on it |
| 19 | Storage Unit 4052 | 4 New Western Digital Laptop Hard Drives (1 Tarabyte) |
| 20 | Storage Unit 4052 | Box of 4 Video Cards |
| 21 | Storage Unit 1016 | Box of shoes (womens) $1,035 tag. Chanel, Ferragamo, Pierre Cardin. |
| 22 | Storage Unit 1016 | Box of Office Supplies. |
| 23 | Storage Unit 1016 | Mens shoes. Toiletries. Christmas Ornaments. |
| 24 | Storage Unit 1016 | Toiletries, Piggy Bank, Backpack, fan, bathroom items. |
| 25 | Storage Unit 1016 | Mens shirts and shoes. |
| 26 | Storage Unit 1016 | Kitchen Pots and Pans. Silverware. Spices. |
| 27 | Storage Unit 1016 | Towels and Sheets. |
| 28 | Storage Unit 1016 | Coffee Table. |
| 29 | Storage Unit 1016 | Dining table and 4 Chairs. |
| 30 | Storage Unit 1016 | White dresses. |
| 31 | Storage Unit 1016 | Single bed. |
| 32 | Storage Unit 1016 | Rice maker. |
| 33 | Storage Unit 1016 | Bedding supplies in bag. |
| 34 | Storage Unit 1016 | Girls Bicycle. |
| 35 | Storage Unit 1016 | Outdoor Furniture |
| 36 | Storage Unit 1016 | Three lamps. |

Exhibit A

| | | |
|---|---|---|
| 37 | Storage Unit 1016 | Three nightstands. |
| 38 | Storage Unit 1016 | Living room table. |
| 39 | Storage Unit 1016 | Black suitcase. Womens designer clothing. |
| 40 | Storage Unit 1016 | Mens shirts and suits. |
| 41 | Storage Unit 1016 | Dish, plates, glasses. |
| 42 | Storage Unit 1016 | Mens clothes and family pictures. |
| 43 | Storage Unit 1016 | Kitchen, soda machine, espresso maker. |
| 44 | Storage Unit 1016 | Kids toys. |
| 45 | Storage Unit 1016 | Kids toys. |
| 46 | Storage Unit 1016 | Mens shirts, suits, bong, Lelo toy. |
| 47 | Storage Unit 1016 | Hangers, pillows. |
| 48 | Storage Unit 1016 | Box mens shirts. |
| 49 | Storage Unit 1016 | King Bed Set (Dark brown wood) |
| 50 | Storage Unit 1016 | White Chifferob |
| 51 | Storage Unit 1016 | Upholstered Arm Chair |
| 52 | Storage Unit 1016 | Sony DVD Player |
| 53 | Storage Unit 1016 | Clothes Iron |
| 54 | Storage Unit 1016 | Clothes Steamer |
| 55 | Storage Unit 1016 | 7'5" Christmas Tree ("Slim Virginia Pine") |
| 56 | Storage Unit 1016 | Computer Monitor |
| 57 | Storage Unit 1016 | Gold & Diamond wedding band. |
| 58 | Infiniti QX60 | Fujifilm XP.  20 Ft. waterproof digital camera. |
| 59 | Infiniti QX60 | Nikon Coolpix.  Waterproof digital camera. |
| 60 | Infiniti QX60 | Nine scandisk Adapter Micro SDXC |
| 61 | Infiniti QX60 | 9 mm Hungarian Makarov K.B.I. Pistol with ammunition (Serial Number A KO 3222) |
| 62 | Infiniti QX60 | Mens clothing in Targus Backpack |
| 63 | Infiniti QX60 | 3 Pairs Mens Jeans, 1 Pair of Mens Shoes, Christmas Stocking |
| 64 | Infiniti QX60 | Miscellaneous Framed Family Photographs |
| 65 | Infiniti QX60 | 3 Pairs Mens Jeans, 1 Pair womens flip/flop Shoes |
| 66 | Infiniti QX60 | 2 "I.D. Checking Guide" Books/Periodicals from Drivers License Guide Company |
| 67 | Infiniti QX60 | LL Bean Duffle Bag with Paul Vernon Initials |
| 68 | Infiniti QX60 | Small Dymo Lable Printer |
| 69 | 16832 Charles River | 3D Printer Plasma Flash Force Model "Creator Pro" Serial Number FFX985140900789 |