UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually,
LORIE ANN NETTLES, individually, RIDGEWOOD
INVESTMENTS, INC., a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR
AUTHORITY TO LIQUIDATE PERSONALTY SECURED BY THE RECEIVER**

THIS MATTER is before the Court upon the Receiver's Unopposed Motion for Authority to Liquidate Personalty Secured by the Receiver (the "Motion") [DE 124]. The Court has carefully reviewed said Motion [DE 124], the entire court file and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 124] is **GRANTED**. The Receiver is authorized to sell the items of Personalty (as defined and listed in the Motion, including Exhibit A) using his discretion. The Receiver is not required to sell the Personalty pursuant to 28 U.S.C. § 2001 and/or 28 U.S.C. § 2004. If any items of Personalty cannot be sold, the Receiver is authorized to donate the items to a charity of the Receiver's choice.

Exhibit B

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of August, 2017.

                                                          _____
                                                          **KENNETH A. MARRA**
                                                          **UNITED STATES DISTRICT COURT JUDGE**

Copies to:   Counsel and parties of record