# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

    David C. Silver, Esq. and Jason S. Miller, Esq., as Co-Counsel for Plaintiffs, file this Notice of Change of Address in the above-captioned case. All future pleadings, correspondence, orders, etc. shall be sent to:

David C. Silver, Esq.
Jason S. Miller, Esq.
**SILVER MILLER**
*Co-Counsel for Plaintiffs*
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com
Website: www.SilverMillerLaw.com

    Respectfully submitted,

**SILVER MILLER**
*Co-Counsel for Plaintiffs*
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By: _/s/ David C. Silver_____
    DAVID C. SILVER
    Florida Bar No. 572764
    E-mail: DSilver@SilverMillerLaw.com
    JASON S. MILLER

Civil Action No. 9:16-cv-80060-MARRA

Florida Bar No. 072206<br>
E-mail: JMiller@SilverMillerLaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this ___31st___ day of August 2017 by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s): **MARC A. WITES, ESQ.**, WITES & KAPETAN, P.A., *Co-Counsel for Plaintiffs*, 4400 N. Federal Highway, Lighthouse Point, Florida 33064; E-mail: mwites@wklawyers.com; **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; **PATRICK RENGSTL, ESQ.**, Patrick J. Rengstl, P.A., *Counsel for the Receiver*, 7695 SW 104th Street - Suite 210, Miami, FL 33156; E-mail: pjr@rengstl-law.com; and **JOSE G. SEPULVEDA, ESQ.**, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., *Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar*, 150 W. Flagler Street, Suite 2200, Miami, FL 33130; E-mail: JSepulveda@stearnsweaver.com.

_____<br>
DAVID C. SILVER