UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually, and
MICHAEL WILSON, individually, and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a
Florida corporation, PAUL VERNON, individually,
LORIE ANN NETTLES, individually, RIDGEWOOD
INVESTMENTS, INC., a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

    Defendants.
_____/

## RECEIVER'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE FINAL FEE APPLICATION

James D. Sallah, Esq., not individually but solely in his capacity as the Court-appointed Receiver (the "Receiver") for Defendant Project Investors, Inc. d/b/a Cryptsy ("Cryptsy"), by and through his undersigned counsel, hereby moves, on an unopposed basis, this Court for entry of an Order extending the deadline for the Receiver to file his Final Fee Application on behalf of himself and his professionals, and states:

1. Plaintiffs recently filed their Unopposed Motion to Distribute Settlement Funds [DE 127], which this Court granted in the Order Granting Plaintiffs' Unopposed Motion to Distribute Settlement Funds [DE 129].

2. In that Order dated October 6, 2017, specifically paragraph no. 2, the Receiver would file his Final Fee Application for the balance of receivership fees and expenses as set forth

in the Motion to Distribute Settlement Funds within fourteen (14) days – *i.e.*, on or before Friday, October 20, 2017.

3. The Receiver respectfully requests an extension of time of fourteen (14) calendar days from October 20, 2017, and thus an extension through and including Friday, November 3, 2017, to file the Receiver's Final Fee Application.

4. An extension is necessary because of the Receiver's, the undersigned's and the receivership consultant/deputy receiver's (Mr. Carey's) present schedule, obligations and deadlines in several matters, including a new Federal Court receivership matter that commenced on October 3, 2017.

## MEMORANDUM OF LAW

"Rule 6(b)(1) allows a court ('for cause shown' and 'in its discretion') to grant a 'request' for an extension of time." *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 110 S. Ct. 3177, 3202 & n.5 (1990). Thus, under Rule 6(b), a District Court has "broad discretion to enlarge the time for any action." *Jarrett v. Toxic Action Wash*, 103 F.3d 129 (6th Cir. 1996). The Receiver respectfully submits that this Motion has not been filed for the purpose of delay or for any other improper purpose.

## CERTIFICATION OF GOOD FAITH

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Plaintiffs and Defendant Lorie Ann Nettles have no objection to this Motion. Defendants Kaushal Majmudar and Ridgewood Investments, Inc. take no position. As of this filing, Defendant Paul Vernon has not appeared in this action and continues to refuse to cooperate with the Receiver.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion and grant an extension of time for filing his Final Fee Application through and including November 3, 2017.

Dated: October 18, 2017

Respectfully submitted,

**PATRICK J. RENGSTL, P.A.**
*Counsel for the Receiver*
7695 SW 104th Street, Suite 210
Miami, Florida 33156
Telephone: (305) 663-3333
Facsimile:   (305) 668-0003
pjr@rengstl-law.com

By: Patrick J. Rengstl, Esq.
     Patrick J. Rengstl
     FL Bar No. 0581631

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s:/Patrick J. Rengstl
Patrick J. Rengstl, Esq.

Civil Action No. 9:16-cv-80060-MARRA

## SERVICE LIST

**David C. Silver, Esq.**
Silver Law Group
Counsel for Plaintiffs
11780 West Sample Road
Coral Springs, FL 33065
(Via CM/ECF)

**Marc Wites, Esq.**
Wites & Kapetan, P.A.
Co-counsel for Plaintiffs
4400 N Federal Hwy
Lighthouse Point, FL 33064
(Via CM/ECF)

**Mark A. Levy, Esq.**
**George J. Taylor, Esq.**
Brinkley Morgan
Counsel for Defendant Lorie Ann Nettles
200 E Las Olas Blvd Ste 1900
Fort Lauderdale, FL 33301
(Via CM/ECF)

**Jose G. Sepulveda, Esq.**
**Samuel O. Patmore, Esq.**
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Counsel for Defendants Ridgewood Investments, Inc. and Kaushal Majmudar
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
(Via CM/ECF)

**Paul Vernon**
(Via Email)