# Sallah Astarita & Cox, LLC
## ATTORNEYS AT LAW

2255 Glades Road, Suite 300E | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

Florida | New York | New Jersey

James D. Sallah, Esq., Not individually,
but solely as Receiver
2255 Glades Road, Suite 300E
Boca Raton, FL  33431

Statement Date: November 2, 2017
Statement No.: 2
Account No.: 1123.00
Page: 1

RE: Leidel, et al., vs. Project Investors, Inc., et al

**Payments received after 11/02/2017 are <u>not</u> included on this statement.**

## Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2016 | JDS | Review and edit draft of Receiver's second report. | 1.80 | 720.00 |
| | JDS | Correspondence with P. Rengstl regarding Neucoins and potential issue. | 0.10 | 40.00 |
| 08/02/2016 | ARC | Meeting with Robert Carey and processed invoices submitted to the Receivership Estate. | 0.50 | 50.00 |
| | JDS | Telephone call with team concerning Receiver's Second Report and ex parte motion to access wallet, etc. | 0.50 | 200.00 |
| | JDS | Telephone call with Robert Carey regarding the Second Report. | 0.20 | 80.00 |
| | JDS | Telephone call with P Rengstl and R Carey concerning Second Report, motion to access wallet, and other issues. | 0.40 | 160.00 |
| 08/03/2016 | JDS | Review correspondence from Patrick Rengstl. | 0.10 | 40.00 |
| 08/04/2016 | JDS | Attention to correspondence from Patrick Rengstl concerning Nettles mediation. | 0.10 | 40.00 |
| | JDS | Review email correspondence from Patrick Rengstl regarding wallet. | 0.10 | 40.00 |
| | JDS | Correspond w/ R Carey regarding investigation. | 0.30 | 120.00 |
| | JDS | Attention to email from P. Rengstl concerning motion to access wallet and proposed order. | 0.10 | 40.00 |
| | JDS | Attention to email from P. Rengstl concerning potential motion to liquidate property from storage units. | 0.10 | 40.00 |
| 08/05/2016 | JDS | Attention to email regarding mediation statement. | 0.10 | 40.00 |
| | JDS | Telephone call with R Carey regarding a number of matters, including the motion concerning wallet identified in personalty from the vehicle, mediation statement. | 0.20 | 80.00 |
| 08/09/2016 | JDS | Review draft mediation statement and make edits to the same. | 0.80 | 320.00 |
| | JDS | Telephone call with R Carey regarding a number of matters, including the motion concerning wallet identified in personalty from the vehicle, mediation statement. | 0.20 | 80.00 |
| | JDS | Attention to emails from P. Rengstl concerning production of documents from Nettles. | 0.10 | 40.00 |
| 08/11/2016 | JDS | Review emails from Patrick Rengstl relating to Nettles mediation. | 0.20 | 80.00 |
| | JDS | Telephone call w/ P Rengstl concerning a number of matters, including motion. | 0.20 | 80.00 |

Exhibit A

| | | | | |
|---|---|---|---|---|
| James D. Sallah, Esq., Not individually, | | | Statement Date: | 11/02/2017 |
| Account No. 1123.00 | | | Statement No. | 2 |
| RE: Leidel, et al., vs. Project Investors, I | | | Page No. | 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/15/2016 | JDS | Attend Nettles mediation in Ft. Lauderdale. | 6.10 | 2,440.00 |
| 08/17/2016 | JDS | Telephone call with ▇▇▇ | 0.50 | 200.00 |
| | JDS | Review draft settlement agreement between Receivership Estate and Nettles (prepared by P Rengstl). | 0.40 | 160.00 |
| 08/18/2016 | JDS | Review correspondence from Patrick Rengstl regarding motion for auction | 0.10 | 40.00 |
| | JDS | Meeting with Bank Manager at Northern Trust, complete paperwork concerning opening safety deposit box, and secure Tiffany Ring in safety deposit box | 1.20 | 480.00 |
| | JDS | Meeting at Tiffany's to provide verification of the Nettles Tiffany's Ring, and discuss the same with several employees. | 0.70 | 280.00 |
| 08/22/2016 | JDS | Review email from Patrick Rengstl concerning liquidation of bitcoins | 0.10 | 40.00 |
| 08/23/2016 | JDS | Read and review Motion to Sell Certain Cryptocurrencies Secured by the Receiver; Order Granting Motion to Sell Coins; and Exhibit B to Motion to Sell Cryptocurrencies | 0.60 | 240.00 |
| | JDS | Telephone call with Patrick Rengstl regarding motion to sell bitcoins | 0.20 | 80.00 |
| | JDS | Telephone call with P. Rengstl concerning motion to liquidate cryptocurrency. | 0.10 | 40.00 |
| 08/24/2016 | JDS | Review email from P. Rengstl concerning strategy regarding sale of coins, exchanges to utilize, etc. | 0.20 | 80.00 |
| 08/25/2016 | JDS | Attention to emails concerning bitcoin expert. | 0.10 | 40.00 |
| 09/01/2016 | JDS | Review settlement draft settlement agreement with L Nettles (prepared by M Wites). | 0.80 | 320.00 |
| 09/02/2016 | JDS | Telephone call with P Rengstl concerning settlement agreement with Nettles. | 0.20 | 80.00 |
| | JDS | Telephone call with R Carey and P Rengstl concerning settlement agreement. | 0.70 | 280.00 |
| 09/09/2016 | JDS | Telephone call with ▇▇▇ | 0.30 | 120.00 |
| | JDS | Attention to email correspondence from P. Rengstl concerning meeting with ▇▇▇ | 0.10 | 40.00 |
| 09/12/2016 | JDS | Telephone call with P Rengstl and R Carey concerning settlement with L Nettles. | 0.30 | 120.00 |
| 09/14/2016 | JDS | Email correspondence with team concerning date for meeting with ▇▇▇ | 0.10 | 40.00 |
| | JDS | Meeting with R. Carey, P. Rengstl, D. Silver, S. Silver, and M. Wites concerning settlement w/ Nettles, several other matters and potential claims. | 3.70 | 1,480.00 |
| 09/20/2016 | JDS | Review Nettles' counsel's revisions to the settlement agreement. | 0.50 | 200.00 |
| 09/21/2016 | JDS | Meeting with ▇▇▇. | 2.60 | 1,040.00 |
| 09/29/2016 | JDS | Attention to email from P Rengstl concerning ▇▇▇. | 0.10 | 40.00 |
| | JDS | Attention to email from P Rengstl concerning potential Gemini account. | 0.10 | 40.00 |
| 09/30/2016 | JDS | Correspond w/ P. Rengstl regarding potentially selling cryptocurrency. | 0.10 | 40.00 |

| | | |
|---|---|---|
| James D. Sallah, Esq., Not individually, | Statement Date: | 11/02/2017 |
| Account No.    1123.00 | Statement No. | 2 |
| RE: Leidel, et al., vs. Project Investors, I | Page No. | 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2016 | JDS | Correspond with R Carey and P Rengstl concerning conference call with ▉. | 0.20 | 80.00 |
| 10/04/2016 | JDS | Telephone call with P. Rengstl and R Carey concerning potential ▉ purchaser. | 0.20 | 80.00 |
| 10/05/2016 | JDS | Conference Call with principals of ▉ as well as P Rengstl and R Carey from my team. | 1.20 | 480.00 |
| | JDS | Email correspondence with P. Rengstl concerning sale of liquid cryptocurrency and review court order. | 0.10 | 40.00 |
| 10/06/2016 | JDS | Attention to email from potential purchaser of cryptocurrency. | 0.10 | 40.00 |
| 10/12/2016 | JDS | Telephone call with R. Carey concerning sale of cryptocurrency and other pending issues. | 0.20 | 80.00 |
| | JDS | Review offer from ▉ concerning purchase of cryptocurrency, and review correspondence from P Rengstl concerning the same. | 0.40 | 160.00 |
| 10/13/2016 | JDS | Telephone call with P. Rengstl, P. Paige (forensic IT), and R. Carey regarding sales of certain cryptocurrency. | 0.10 | 40.00 |
| 10/14/2016 | JDS | Telephone call with R. Carey and P. Rengstl concerning liquidating cryptocurrency, converting to Bitcoins, and accounts with Gemini and Poloniex, among other things. | 0.90 | 360.00 |
| 10/15/2016 | JDS | Review spreadsheet concerning status of cryptocurrency inventory coins held, coins liquidated, proceeds, etc. | 0.30 | 120.00 |
| | JDS | Review email correspondence from R Carey concerning funds at Poloniex, and concerns about market risk. | 0.10 | 40.00 |
| 10/16/2016 | JDS | Review draft contract with ▉ concerning exchange of Bitcoins for U.S. Currency. | 0.50 | 200.00 |
| 10/17/2016 | JDS | Speak w/ R Carey concerning sale of specific cryptocurrency. | 0.50 | 200.00 |
| | JDS | Attention to email from P Rengstl concerning ▉. | 0.10 | 40.00 |
| 10/19/2016 | JDS | Read and review final copy of settlement agreement between Nettles and Cryptsy. | 1.70 | 680.00 |
| | JDS | Review motion to approve Nettles settlement agreement. | 0.10 | 40.00 |
| 10/20/2016 | JDS | Telephone call with R Carey and P Rengstl concerning issues raised by Bryan Cave attorney who represents Poloniex. | 0.20 | 80.00 |
| 10/21/2016 | JDS | Telephone call with R Carey concerning documentation requested by Poloniex account to increase transfer amounts/quantities. | 0.10 | 40.00 |
| 10/23/2016 | JDS | Telephone call with R Carey concerning necessity of additional information for Poloniex. | 0.20 | 80.00 |
| 10/24/2016 | JDS | Review edits to third report. | 0.10 | 40.00 |

| | | | | |
|---|---|---|---|---|
| James D. Sallah, Esq., Not individually, | | | Statement Date: 11/02/2017 | |
| Account No.     1123.00 | | | Statement No.            2 | |
| RE:  Leidel, et al., vs. Project Investors, I | | | Page No.                   4 | |

| Date | | Description | Hours | |
|---|---|---|---|---|
| 10/25/2016 | JDS | Telephone call with R Carey to receive update on liquidation of specific alt-currency and opening an account to exchange Bitcoins for US Currency. | 0.20 | 80.00 |
| 10/26/2016 | JDS | Reviewed final draft of Receiver's report. | 0.30 | 120.00 |
| | JDS | Telephone call with R Carey concerning the application process and compliance procedures at Kraken and Gemini (cryptocurrency exchanges) | 0.30 | 120.00 |
| | JDS | Telephone call with P Rengstl, R Carey, and P Paige (forensic IT) concerning a number of issues relating to opening accounts at cryptocurrency exchanges. Primarily compliance issues and questions raised by the exchanges. | 0.70 | 280.00 |
| | JDS | Review P Rengstl's edits to Third Report. | 0.30 | 120.00 |
| 10/27/2016 | JDS | Telephone call with R Carey concerning Gemini demand for personal information to verify identity for purposes of opening an account. | 0.20 | 80.00 |
| 10/31/2016 | JDS | Telephone call with R Carey concerning Third Report to the Court and liquidation of cryptocurrency. | 0.10 | 40.00 |
| 11/01/2016 | JDS | Telephone call with R Carey concerning transfer of large amount of cryptocurrency to a buyer and wire of purchase price to Receivership Estate. | 0.10 | 40.00 |
| | JDS | Telephone call with R Carey concerning status of the sale of cryptocurrency, contract for sale of Bitcoins, etc. | 0.40 | 160.00 |
| | JDS | Telephone call with R Carey concerning update on several open matters. | 0.10 | 40.00 |
| 11/03/2016 | JDS | Telephone call with R Carey concerning update on several open matters. | 0.30 | 120.00 |
| 11/04/2016 | JDS | Attention to email from P Rengstl concerning motion to continue and proposed order on the same. | 0.10 | 40.00 |
| | JDS | Attention to email correspondence from P Rengstl concerning ▮▮▮▮▮ | 0.10 | 40.00 |
| 11/07/2016 | JDS | Telephone call with R Carey concerning status update on sale of certain cryptocurrency. | 0.10 | 40.00 |
| | JDS | Email correspondence with P Rengstl regarding new bank account. | 0.10 | 40.00 |
| 11/08/2016 | JDS | Telephone call with ▮▮▮▮▮ | 0.30 | 120.00 |
| | JDS | Attention to chart reflecting movement of cryptocurrency from Cryptsy wallets. | 0.10 | 40.00 |
| 11/09/2016 | JDS | Attention to P. Rengstl concerning N Mullesch's time. | 0.30 | 120.00 |
| 11/11/2016 | JDS | Telephone call with R Carey concerning movement of cryptocurrency out of wallets in potential violation of asset freeze and order. | 0.20 | 80.00 |
| | JDS | Telephone call with R Carey and principal at Ripple count concerning movement of coins and order. | 0.40 | 160.00 |
| 11/16/2016 | JDS | Telephone call with R Carey regarding potential transfer/misappropriation of cryptocurrency from Cryptsy wallet to exchanges in China. | 0.40 | 160.00 |
| 11/22/2016 | JDS | Attend status conference at federal courthouse in WPB. | 1.20 | 480.00 |
| 11/28/2016 | JDS | Attention to email from P Rengstl regarding website. | 0.10 | 40.00 |
| 12/07/2016 | JDS | Meet with R Carey to discuss issues related to Receivership Estate. | 0.50 | 200.00 |

| | | | | |
|---|---|---|---|---|
| James D. Sallah, Esq., Not individually, | | | Statement Date: 11/02/2017 | |
| Account No.   1123.00 | | | Statement No.   2 | |
| RE:  Leidel, et al., vs. Project Investors, I | | | Page No.   5 | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/14/2016 | JDS | Travel to Northern Trust Bank w/ R Carey to close safe deposit box; open safe deposit account at City National Bank, and transfer contents to City National. | 2.30 | 920.00 |
| 12/15/2016 | JDS | Review Quit Claim Deed prepared by R Carey for transfer of Nettles property to Estate. | 0.40 | 160.00 |
| | JDS | Attention to email from R Carey concerning Nettles property. | 0.20 | 80.00 |
| 01/09/2017 | JDS | Attention to email from R Carey concerning appraisal of Nettles house. | 0.10 | 40.00 |
| | JDS | Review invoices for payment and approve. | 0.10 | 40.00 |
| 01/25/2017 | JDS | Read and review Fourth Report. | 0.60 | 240.00 |
| 01/30/2017 | JDS | Conference call with P. Rengstl. | 0.10 | 40.00 |
| | JDS | Review final edits from R Carey to Fourth Report. | 0.20 | 80.00 |
| 01/31/2017 | JDS | Pick of Tiffany's Ring from safety deposit box, and take it to Tiffany's store for shipment up to New York. | 0.70 | 280.00 |
| 02/01/2017 | JDS | Attention to email from P. Rengstl concerning Ridgewood settlement;  review order concerning the same. | 0.20 | 80.00 |
| 02/03/2017 | JDS | Review email from P. Rengstl regarding claim form motion | 0.10 | 40.00 |
| | JDS | Conference call with P Rengstl, R Carey, and ▮▮▮▮▮. | 0.20 | 80.00 |
| 02/07/2017 | JDS | Attention to email from R Carey concerning potential third party claims, etc. | 0.10 | 40.00 |
| 02/16/2017 | JDS | Email to P. Rengstl regarding sale of house | 0.10 | 40.00 |
| 02/20/2017 | JDS | Review motion to sell cryptocurrency. | 0.40 | 160.00 |
| 03/01/2017 | JDS | Telephone call with R Carey concerning a number of matters, including offers on Nettles residence and appraisal of Tiffany's ring. | 0.10 | 40.00 |
| 03/20/2017 | JDS | Attention to email concerning order on motion to sell cryptocurrency. | 0.10 | 40.00 |
| 04/17/2017 | JDS | Telephone call with R Carey and P Paige concerning sale of illiquid cryptocurrency. | 0.10 | 40.00 |
| 04/18/2017 | JDS | Correspondence with P. Rengstl and R. Carey concerning property tax issue. | 0.20 | 80.00 |
| 04/20/2017 | JDS | Meeting with R Carey concerning various expenses and costs associated with the Receivership. | 0.30 | 120.00 |
| 04/27/2017 | JDS | Review offer on Nettles residence. | 0.10 | 40.00 |
| 04/30/2017 | JDS | Review and make edits/comments to Fifth Report. | 0.60 | 240.00 |
| 05/05/2017 | JDS | Attention to email from P. Rengstl concerning investor objection. | 0.10 | 40.00 |
| 05/15/2017 | JDS | Review email from R Carey and review contract for sale of Nettles residence. | 0.40 | 160.00 |
| 05/18/2017 | JDS | Review motion to sell house. | 0.30 | 120.00 |

| | | | | |
|---|---|---|---|---|
| James D. Sallah, Esq., Not individually, | | | Statement Date: | 11/02/2017 |
| Account No. | 1123.00 | | Statement No. | 2 |
| RE: Leidel, et al., vs. Project Investors, I | | | Page No. | 6 |

| Date | | Description | Hours | |
|---|---|---|---|---|
| | JDS | Attention to email from R Carey concerning comments on motion to sell Nettles home. | 0.10 | 40.00 |
| 05/19/2017 | JDS | Telephone call with R Carey concerning sale of Nettles property and compliance with statutes to sell the sale. | 0.20 | 80.00 |
| 05/24/2017 | JDS | Review email from R Carey concerning language for email blast. | 0.10 | 40.00 |
| 07/05/2017 | JDS | Review email correspondence concerning house closing. | 0.20 | 80.00 |
| 07/31/2017 | JDS | Review draft Sixth Report. | 0.40 | 160.00 |
| | JDS | Review inventory list from R Carey. | 0.10 | 40.00 |
| 08/02/2017 | JDS | Conference call w/ P. Rengstl concerning Sixth Report. | 0.10 | 40.00 |
| 08/23/2017 | JDS | Review draft motion to distribute. | 0.30 | 120.00 |
| 09/19/2017 | JDS | Review proposed order for distribution of assets and telephone call with P Rengstl concerning the same. | 0.10 | 40.00 |
| 10/17/2017 | JDS | Multiple emails with David Silver concerning the distribution calculation utilized for payment to class counsel; emails with P. Rengstl concerning the same; telephone call with R Carey concerning proper distribution amounts, as well as email to M Wites concerning the same. | 1.10 | 440.00 |
| | | For Current Services Rendered | 51.00 | 20,250.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| James D. Sallah, Esq. | Partner | 50.50 | $400.00 | $20,200.00 |
| Archive Timekeepers | Law Clerk | 0.50 | 100.00 | 50.00 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 08/03/2016 | Postage to mail payment to Sixberry Locksmith | 0.47 |
| 08/03/2016 | Postage to mail payment to kayjayone | 0.47 |
| 08/03/2016 | Postage to mail payment to Complete Legal Investigations | 0.47 |
| 01/05/2017 | Federal Express to Harry Payton | 16.13 |
| 01/05/2017 | Federal Express to Patrick Rengstl | 16.13 |
| 01/11/2017 | Postage to mail pmt to Gulfstream Appraisal & Consulting | 0.47 |
| 01/11/2017 | Postage for pmt to Stephen Middleton | 0.47 |
| 01/11/2017 | Postage for pmt to GF Lubeck Appraisers | 0.47 |
| 01/11/2017 | Federal Express | 16.36 |
| 01/20/2017 | Federal Express to Computer Forensics, Patrick Paige | 15.78 |
| 01/23/2017 | Federal Express to City National Bank, Bianca Biamby | 16.36 |
| 02/17/2017 | Postage to mail payments to Complete Legal Investigation, Eve Greendale Photography, and 1 service copy of DE 80 to James P. Gitlin, Esq. | 1.38 |
| 06/20/2017 | Federal Express | 16.29 |
| | Total Expenses | 101.25 |
| | Total Current Work | 20,351.25 |

James D. Sallah, Esq., Not individually,  Statement Date: 11/02/2017
Account No.       1123.00  Statement No.           2
RE:  Leidel, et al., vs. Project Investors, I  Page No.                7

    Balance Due  $20,351.25

Please include copy with remittance. This statement shall be deemed and correct
if not objected to in writing within 10 days after mailing.

Final Statement Run Totals 11/02/2017

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 51.00 |
| Fees: | 20,250.00 |
| Expenses: | 101.25 |