ROBERT CAREY

LAW OFFICES OF ROBERT CAREY, PL

4301 S Flamingo Road | Suite 106-111 | Davie, Florida 33330

305.666.4663

James D. Sallah, Esq.

2255 Glades Road, Suite 300e

Boca Raton, Florida 33431

Phone:  (561) 989-9080

Case No: 9:16-CV-80060-MARRA
Jinyao Liu, Brandon Leidel, and Michael Wilson and on behalf of All Others Similarly Situated, Plaintiffs,
v.
Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, and Lorie Ann Nettles, Defendants.

PROFESSIONAL FEES

| | Date | Description | Hours | Total |
|---|---|---|---|---|
| 1. | August 1, 2016 (Monday) | Continue personalty and document inventory from items/documents/electronic storage devices recovered from Public Storage, Inc. and the Project Investors, Inc. Infinity QX60. | 5.3 | 1,510.50 |
| 2. | August 1, 2016 (Monday) | E-mail Broward County Assistant David Arthur regarding overpayment to Airport Parking Authority based on the parking ticket and various receipts found in the Infinity QX60.  Requested refund. | .3 | 85.50 |
| 3. | August 1, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding case status including information discovered regarding Trezor "The Bitcoin Safe" or Trezor web wallet. | .3 | 85.50 |
| 4. | August 1 2016 (Monday) | Texting with Receiver's Computer Forensic Analyst Patrick Paige regarding Trezor Bitcoin Safe. | .1 | 28.50 |
| 5. | August 2, 2016 (Tuesday) | Reviewing and editing of Receiver's Second Report to the Court. Multiple e-mails to Receiver's atty Patrick Rengstl and Receiver James Sallah regarding edits and suggestions for Receiver's Second Report. | 3.6 | 1,026.00 |
| 6. | August 2, 2016 (Tuesday) | Telephone conferences with Receiver's Forensic Computer Analyst Patrick Paige regarding meeting to provide multiple newly discovered electronic storage devices discovered in the Infinity QX60 found at FLL Airport. | .1 | 28.50 |

Exhibit B

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| 7. | August 2, 2016 (Tuesday) | Meeting with Receiver's Forensic Computer Analyst Patrick Paige to provide electronic storage devices to be imaged.  Also provided information on the Trezor web wallet or bitcoin safe. | .3 | 85.50 |
| 8. | August 2, 2016 (Tuesday) | Telephone conference with class action plaintiff's atty David Silver regarding the issues surrounding third party actions and recent discovery of various assets. | .2 | 57.00 |
| 9. | August 2, 2016 (Tuesday) | Telephone conference with Receiver James Sallah regarding issues and additional information to insert in Draft of Receiver's Second Report to the Court.   (Receiver's atty Patrick Rengstl joined telephone conference for .4) | .5 | 142.50 |
| 10. | August 2, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl and Receiver James Sallah regarding issues surrounding Receiver's Second Report to the Court. | .2 | 57.00 |
| 11. | August 2, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding final comments for Receiver's Second Report to Court due today. | .1 | 28.50 |
| 12. | August 2, 2016 (Tuesday) | Travel to Offices of Receiver James Sallah. | .4 | 114.00 |
| 13. | August 2, 2016 (Tuesday) | Meeting with Receiver's Office Manager Tracy Hyde and processing of invoices submitted to the Receivership Estate. | .5 | 142.50 |
| 14. | August 3, 2016 (Wednesday) | Research related to purchasing Trezor bitcoin safe online and e-mail to Receiver's forensic Computer Examiner regarding the fact that it can only be purchased with bitcoins.   Copies to Receiver's atty Patrick Rengstl and Receiver James Sallah. | .3 | 85.50 |
| 15. | August 3, 2016 (Wednesday) | Review e-mail regarding Bitfinex from Receiver's atty Patrick Rengstl. | .1 | 28.50 |
| 16. | August 4, 2016 (Thursday) | Review electronic documents and deleted documents recovered from a thumb drive left in an HP printer in one of the Public Storage, Inc. units and sent by Receiver's computer forensic specialist.  E-mailed several relevant document to Receiver James Sallah and Receiver's atty Patrick Rengstl. | .9 | 256.50 |
| 17. | August 4, 2016 | Review e-mail regarding draft Nick Mullesch declaration Receiver is | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Thursday) | preparing for Defendant Laurie Ann Nettles Deposition. | | |
| 18. | August 4, 2016 (Thursday) | E-mails from/to Receiver James Sallah regarding ███████ clarifications regarding status of investigation. | .3 | 85.50 |
| 19. | August 5, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding additional international Cryptsy Bank account and former employee of Cryptsy ███ account. | .6 | 171.00 |
| 20. | August 5, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding case status. | .4 | 114.00 |
| 21. | August 9, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding case status. | .6 | 171.00 |
| 22. | August 9, 2016 (Tuesday) | Conference call with Mr. Leo Iruke, Esq., former Cryptsy partner Marshall Long and Receiver's Counsel Patrick Rengstl regarding relationship of Mr. Long to Cryptsy. | 1.0 | 285.00 |
| 23. | August 9, 2016 (Tuesday) | Review e-mail second Defendant Laurie Ann Nettle's subpoena production. | .7 | 199.50 |
| 24. | August 9, 2016 (Tuesday) | Telephone conference with Receiver James Sallah regarding status of case including ex parte motion related to Treasure Wallet discovered among personalty from the Infiniti QX60; also discussed mediation statement. | .2 | 57.00 |
| 25. | August 10, 2016 (Wednesday) | Telephone conference with LE regarding his accounts at the Cryptsy Exchange. | .5 | 142.50 |
| 26. | August 11, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Trezor Motion.  Also discussed mediation statement. | .2 | 57.00 |
| 27. | August 11, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Yahoo subpoena production and evidence preservation. | .2 | 57.00 |
| 28. | August 11, 2016 (Thursday) | Review Yahoo subpoena production and multiple e-mails from Receiver's atty Patrick Rengstl regarding Yahoo subpoena production. | 1.2 | 342.00 |
| 29. | August 15, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding mediation with Laurie Ann Nettles. | .2 | 57.00 |
| 30. | August 15, 2016 | Telephone conference with Receiver's atty regarding proposed | .8 | 228.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Monday) | settlement with Lorie Ann Nettles and issues related to liquidation of assets. | | |
| 31. | August 17, 2016 (Wednesday) | Review e-mail from Receiver's atty Patrick Rengstl regarding Lorie Ann Nettles Settlement Agreement. | .1 | 28.50 |
| 32. | August 17, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding procedures to follow in accepting and authenticating high end diamond ring, and planning visit to former marital home of Defendant Paul Vernon and Defendant Laurie Ann Nettles, and issues regarding eventual liquidation of same. | .6 | 171.00 |
| 33. | August 18, 2016 (Thursday) | Travel to Boca Raton mall and meeting with Defendant Laurie Ann Nettles and Tiffiny store employee, "Amy", for purposes of verification of authenticity of Tiffiny diamond ring.  Took possession of the ring and meeting with Ms. Nettles regarding issues surrounding sale of the former marital home in which she currently resides. | 2.3 | 655.50 |
| 34. | August 18, 2016 (Thursday) | Travel to Boca Raton bank and meeting with Bank Manager regarding opening safe deposit box at bank for Receivership Estate. Also, meeting with Receiver James Sallah at Bank for purpose of securing safe deposit box at bank and depositing Tiffiny diamond ring. | 2.4 | 684.00 |
| 35. | August 18, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding multiple pending matters. | .8 | 228.00 |
| 36. | August 22, 2016 (Monday) | Telephone conferences with Receiver's atty Patrick Rengstl regarding Motion to sell Infinity QX60, Motion to auction cryptocurrency and issue of third party lawsuit. | 1.7 | 484.50 |
| 37. | August 22, 2016 (Monday) | Email to Defendant Lorie Ann Nettles atty Mark Levy regarding meeting his client at former marital residence. | .1 | 28.50 |
| 38. | August 22, 2016 (Monday) | Final Review and editing of Motion to sell Infiniti QX60. | .5 | 142.50 |
| 39. | August 23, 2016 (Tuesday) | Travel to/from former marital residence of Defendant Paul Vernon and Defendant Laurie Ann Nettles and meeting with Ms. Nettles and | 3.9 | 1,111.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | Realtor Mathew Ferency regarding overview of property and issues regarding potential sale of property. | | |
| 40. | August 23, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding former marital residence of Defendant Paul Vernon and Defendant Laurie Ann Nettles and timeframes for the marketing and sale of same with consideration for statutory requirements surrounding the Class Action lawsuit.  Also discussed Motion to Liquidate Infinity QX 60 and other pending issues. | 1.7 | 484.50 |
| 41. | August 23, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding issues related to meeting with Laurie Ann Nettles and realtor, ███████ other pending issues. | .6 | 171.00 |
| 42. | August 24, 2016 (Wednesday) | Telephone conference with Receiver's Computer Expert Patrick Paige regarding encryption issues with relation to various hard drives and upcoming scheduled meeting. | 1.1 | 313.50 |
| 43. | August 24, 2016 (Wednesday) | Review e-mail from Receiver's atty Patrick Rengstl regarding strategies related to liquidation of cryptocurrencies. | .2 | 57.00 |
| 44. | August 25, 2016 (Thursday) | Review Class Action Plaintiff Motion for class certification. | .3 | 85.50 |
| 45. | August 30, 2016 (Tuesday) | Telephone conference with Marc Wites, Esq.; David Silver, Esq.; Jason Seibert, Esq.; and Receiver's atty Patrick Rengstl regarding issues surrounding case. | .4 | 114.00 |
| 46. | August 30, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding pending Motions for liquidation and other current issues. | .6 | 171.00 |
| 47. | August 31, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding pending Motion, setting up meeting with Receiver and agenda, as well as account holder issue. | .6 | 171.00 |
| 48. | September 2, 2016 (Friday) | Telephone conference with Receiver James Sallah and Receiver's atty Patrick Rengstl regarding draft global settlement agreement. | .7 | 199.50 |
| 49. | September 20, 2016 (Tuesday) | Telephone conerence with Receiver's atty Patrick Rengstl regarding issues surrounding Coin Liquidation Motion and setting up cryptocurrecy account and exchange account to liquidate resulting | .5 | 142.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | Bitcoins upon the Court's ordering sale of same. Also discussed the issues surrounding registering Receiver James Sallah as Officer for Project Investors, Inc. and issues surrounding sale of Infiiniti QX60. | | |
| 50. | October 3, 2016 (Monday) | Telephone conference with ███████████ regarding the status of the coins held by the Receivership Estate ███████████████████████████. Discussed potential alternatives to auctioning the coins and potential ramifications if the coins are sold at auction. | .6 | 171.00 |
| 51. | October 3, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl and discussed setting up a conference call with ██████████ and others who may be interested in purchasing the entire lot of ███████ from the Receivership Estate. | .6 | 171.00 |
| 52. | October 3, 2016 (Monday) | Telephone conference with Receiver's Office Manager Tracy Hyde regarding setting up conference call with ███████ for Wednesday. | .1 | 28.50 |
| 53. | October 3, 2016 (Monday) | E-mails with Receiver James Sallah and Receiver's atty Patrick Rengstl regarding setting up conference call with the ██████ and areas to cover regarding potential stalking horse bid. | .2 | 57.00 |
| 54. | October 3, 2016 (Monday) | E-mail to Cryptsy account holder E.D. regarding concerns related to the sale of cryptocurrencies, and explanation regarding the process. | .3 | 85.50 |
| 55. | October 3, 2016 (Monday) | Follow up e-mail to ████ regarding conference call schedules for Wednesday with Receiver James Sallah, Receiver's atty Patrick Rengstl and members of the ██████ management team. | .1 | 28.50 |
| 56. | October 5, 2016 (Wednesday) | Telephone conference with █████████████████ ████████, Receiver's atty Patrick Rengstl and Receiver James Sallah to discuss issues related to optioning ██████. | 1.2 | 342.00 |
| 57. | October 12, 2016 (Wednesday) | Telephone conference with the Minnesota Department of Revenue, Bankruptcy Unit, regarding e-mail messages related to a claim against the Receivership Estate. Follow up e-mails to Ms. Diane | .9 | 256.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | Carty regarding issues related to potential claims process. | | |
| 58. | October 12, 2016 (Wednesday) | Telephone conference with Receiver James Sallah regarding procedures for selling coins and other case status updates. | .2 | 57.00 |
| 59. | October 13, 2016 (Thursday) | Review e-mail and inquiry from former Crypsy account holder AGS regarding particular coins that are missing.  E-mail inquiry to Receiver's Forensic Computer Expert Patrick Paige regarding various coins.  Also, respond to AGS regarding the current status of the cryptocurrencies the Receiver was able to recover. | .4 | 114.00 |
| 60. | October 13, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl and Receiver's Forensic Computer Expert Patrick Paige regarding initial testing of cryptocurrency sales on Poloniex Exchange with Receiver's newly acquired cryptocurrency account.  Receiver James Sallah joined telephone conference for (.1) | .7 | 199.50 |
| 61. | October 13, 2016 (Thursday) | Performed sales transaction of 9,999,999 DRG coins in Poloniex in exchange for Bitcoins. | 2.3 | 655.50 |
| 62. | October 13, 2016 (Thursday) | Compiled various documents for the account opening at Gemini and e-mailed with institutional sales manager and compliance department.  Also, initial set up of Gemini account pending review by compliance department. | .9 | 256.50 |
| 63. | October 13, 2016 (Thursday) | Review e-mail from the Minnesota Department of Revenue and respond regarding tax reporting compliance issues and claim by the State of Minnesota. | .2 | 57.00 |
| 64. | October 13, 2016 (Thursday) | Initiated and set up account at Poloniex Cryptocurrency Exchange and review functions and mechanics related to the exchange web site. | 2.4 | 684.00 |
| 65. | (October 13, 2016 (Thursday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige and review various issues related to the sale of high liquidity coins per the Federal Court Order.  Discussed methodology of unloading coins and suggestions regarding rules and procedures for liquidating coins without affecting the market for various individual coins. | 1.1 | 313.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| 66. | October 14, 2016 (Friday) | Telephone conference with █████ regarding offer for particular cryptocurrency held by Receivership Estate and continuation of negotiation regarding same. | .7 | |
| 67. | October 14, 2016 (Friday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige to transfer various cryptocurrencies into Poloniex from wallet under the Receiver's control.  Mr. Paige had to synchronize various wallets and receive deposit addresses as well as confirm deposits to Poloniex on the block chain. | .9 | 256.50 |
| 68. | October 14, 2016 (Friday) | Telephone conference with "Tammy" and "Caitlin" at Gemini regarding issues surrounding setting up Bitcoin exchange accounts in order to transfer fiat to Receivership Estate accounts.   Need to register under law firm name for institutional exchange rates rather than Receivership entity due to banking regulations. | .6 | 171.00 |
| 69. | October 14, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding strategizing for the sale/liquidation of high liquidity coins on Poloniex Exchange per Court Order.  Linked Receiver James Sallah into telephone conference for (.2) to discuss the issues regarding daily withdrawal limits on Poliniex account and issues with opening bank account with Gemini to liquidate the resulting Bitcoins (BTC) regarding compliance department at Gemini. | .4 | 114.00 |
| 70. | October 14, 2016 (Friday) | Reviewing and analyzing various cryptocurrency coins and market and trading various coins for Bitcoins (BTC) on Poloniex per Court Order.  Used care not to dump large blocks of coins on the market at one time. | 5.6 | 1,596.00 |
| 71. | October 14, 2016 (Friday) | Telephone conference with Gemini Institutional Account Manager Shane Molidor regarding issues with Gemini compliance team's request that may conflict with the Order appointing Receiver.  Follow up e-mail to Mr. Molidor regarding specific provisions within Court Order Appointing Receiver and request telephone conference with Chief Operating Officer at Gemini to resolve issues. | .9 | 256.50 |
| 72. | October 14, 2016 | Telephone conference with ██████████ | .7 | 199.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Friday) | regarding bid for ▮▮▮▮ cryptocurrency submitted to Receiver last week. | | |
| 73. | October 14, 2016 (Friday) | Various telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding methodology for the transfer of cryptocurrencies into Poloniex account in order to liquidate. | .5 | 142.50 |
| 74. | October 15, 2016 (Saturday) | E-mail to/from Receiver's Forensic Computer Expert Patrick Paige regarding the regulated transfer of cryptocurrencies into the Receiver's Poloniex account.  Also, strategizing about methodologies to quickly remove any Bitcoins from the Poloniex account upon exchange completion. | .2 | 57.00 |
| 75. | October 15, 2016 (Saturday) | Review, analyze and exchange various cryptocurrencies for Bitcoins as step one of the liquidation process.   Monitoring cryptocurrency markets online.   E-mail updated worksheet providing the status of the liquidation process to Receiver James Sallah, Receiver's atty Patrick Rengstl and Receiver's Forensic Computer Expert Patrick Paige. | 4.8 | 1,368.00 |
| 76. | October 15, 2016 (Saturday) | E-mail to/from Receiver James Sallah and Receiver's atty Patrick Rengstl regarding expediting the withdrawal of funds from Poloniex in order to reduce the risk of loss. | .1 | 28.50 |
| 77. | October 15, 2016 (Saturday) | Continued liquidating cryptocurrencies and communicating with Receiver's Forensic Computer Expert Patrick Paige regarding transfer limitations on particular coins into the Poloniex account. | 1.9 | 541.50 |
| 78. | October 16, 2016 (Sunday) | Review and editing of contract for exchange of BTC for U.S. dollars between ▮▮▮▮ and Receivership Estate.   E-mail red-lined contract to ▮▮▮▮ for review with copies to Receiver James Sallah and Receiver's atty Patrick Rengstl. | 1.4 | 399.00 |
| 79. | October 16, 2016 (Sunday) | Telephone conference with Receiver's atty Patrick Rengstl regarding issues related to confidentiality clause and choice of form clauses incorporated into ▮▮▮▮ contract for exchange of BTC for U.S. dollars. | .2 | 57.00 |
| 80. | October 17, 2016 | Meeting in Davie, FL with ▮▮▮▮ | .7 | 199.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Monday) | ████████████████████████████ | | |
| 81. | October 17, 2016 (Monday) | Attention to setting up Poloniex 2 Factor Authentication for extended account security.  Also, completing additional analysis various cryptocurrencies and executing further trading. | 3.1 | 883.50 |
| 82. | October 17, 2016 (Monday) | Followed up on the Poloniex support ticket regarding the low-level transfer amount for removing the Bitcoin from the Poloniex account to the Receiver's off-line Bitcoin wallet for increased security. | .3 | 85.50 |
| 83. | October 17, 2016 (Monday) | Follow up e-mail with Gemini in attempt to set up conference call with Chief Operating Officer. | .1 | 28.50 |
| 84. | October 17, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding issues related to obtaining Poloniex withdrawal limitation increase, and also discussed the progress and strategy regarding multiple coin liquidations, including open offer regarding Goldcoin, and offer for 21 other cryptocurrencies − and discussed issues related to the purchase and sales agreement regarding same. | .6 | 171.00 |
| 85. | October 17, 2016 (Monday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding liquidation of various additional cryptocurrencies.  Followed up with e-mail to Receiver's atty Patrick Rengstl and Receiver James Sallah with suggestions to sell certain coins. | .9 | 256.50 |
| 86. | October 17, 2016 (Monday) | Further trading on Poloniex.  Received transfer of cryptocurrency from Receiver's Forensic Computer Expert Patrick Paige and began trickling cryptocurrencies into market due to large uptick in market. Additionally, received e-mail from Poloniex verifying increase in daily withdrawal limit and transferred additional Bitcoins out of Poloniex to Receiver's secure wallet. | 1.3 | 370.50 |
| 87. | October 18, 2016 | Telephone conference with ██████ Representative ██████ | 1.3 | 370.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Tuesday) | regarding negotiations for Receivership Estate ████ and suggested follow up e-mail regarding valuation. | | |
| 88. | October 18, 2016 (Tuesday) | Telephone conference with three individuals including Chief Compliance Officer for Gemini to work out issues surrounding the opening of the account to liquidate Bitcoins subsequent to the liquidation of the alternate cryptocurrency. | .5 | 142.50 |
| 89. | October 18, 2016 (Tuesday) | Continued analysis and liquidation of alternate cryptocurrencies online. | 2.7 | 769.50 |
| 90. | October 20, 2016 (Thursday) | Numerous e-mails to/from Bryan Cave atty Mary Beth Buchanan related to her client Poloniex refusing to cooperate in raising the limit for withdrawals from $2,000 in order that Receiver can comply with Court Order to liquidate cryptocurrencies and maximize the value on exchange to Bitcoin. Provided Court Orders, explanations and information from Receiver's account at Poloniex. | 1.7 | 484.50 |
| 91. | October 20, 2016 (Thursday) | Telephone conference with Patrick Paige regarding liquidation of cryptocurrencies, and status of discussion regarding Poloniex rules related to withdrawal limitation. | .5 | 142.50 |
| 92. | October 20, 2016 (Thursday) | Telephone conference with Receiver James Sallah and Receiver's atty Patrick Rengstl regarding issues related to Bryan Cave atty Mary Beth Buchanan and Poloniex issue regarding raising withdrawal limit. | .3 | 85.50 |
| 93. | October 20, 2016 (Thursday) | Telephone conference with cryptocurrency expert Darrell Duane regarding issues surrounding liquidation of cryptocurrencies and technical issues related to same. | .5 | 142.50 |
| 94. | October 20, 2016 (Thursday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding issues surrounding transferring liquidated cryptocurrencies and Poloniex. | .6 | 171.00 |
| 95. | October 20, 2016 (Thursday) | Analysis and liquidation of certain currencies and e-mails to Receiver's Forensic Computer Expert Patrick Paige. | .8 | 228.00 |
| 96. | October 20, 2016 (Thursday) | Telephone conference with Poloniex atty Mary Beth Buchanan and discussion of issues surrounding raising withdrawal limit in | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | Receiver's Poloniex account and description of issues surrounding Receivership Estate. | | |
| 97. | October 21, 2016 (Friday) | E-mail to/from Poloniex atty Mary Beth Buchanan regarding raising Receiver's Poloniex withdrawal limitation to the maximum amount. Also, e-mail to support team at Poloniex regarding raising the limit and adding additional security documents to the Receiver's account. | .4 | 114.00 |
| 98. | October 21, 2016 (Friday) | Telephone conference with Receiver James Sallah regarding additional documentation needed for Poloniex account in order that increased amounts of cryptocurrency (i.e. BTC) can be transferred out of online account. | .1 | 28.50 |
| 99. | October 21, 2016 (Friday) | E-mails to Receiver's Forensic Computer Expert Patrick Paige regarding confirmations of transfers of BTC from Poloniex to Receiver's offline wallet. | .3 | 85.50 |
| 100. | October 21, 2016 (Friday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding increase in limitation on moving BTC out of Poloniex and into Receiver's offline wallet.  Also discussed the 300+ cryptocurrencies remaining in wallet from server farm in Miami, FL and issues related to the continued theft of cryptocurrencies out of the duplicate wallet at unknown location. | .3 | 85.50 |
| 101. | October 22, 2016 (Saturday) | Further analysis and liquidation of alternate coins for Bitcoins and e-mails to Receiver James Sallah, Receiver's atty Patrick Rengstl and Receiver's Forensic Computer Expert Patrick Paige. | .7 | 199.50 |
| 102. | October 23, 2016 (Sunday) | Analysis and liquidation of alternate cryptocurrency and transferred resulting Bitcoins to Receivership Estate's offline wallet. | 1.3 | 370.50 |
| 103. | October 23, 2016 (Sunday) | Telephone conference with Receiver James Sallah regarding issues surrounding documents provided to Poloniex that needed to be updated. | .2 | 57.00 |
| 104. | October 25, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding status of alternate coin liquidation for highly liquid coins and also discussed the less liquid coins and the pros and cons of selling at auction vs. selling to private party bidders.  Also discussed status of | .8 | 228.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | former marital home of Paul Vernon in Delray Beach and issues related to timing of sale after Court approved that settlement. | | |
| 105. | October 25, 2016 (Tuesday) | Telephone conference with Receiver James Sallah and status update on alternate coin liquidation and issues related to account set up for exchanging Bitcoins for U.S. dollars.  Also, discussed items related to Receiver's Third Report to the Court. | .2 | 57.00 |
| 106. | October 25, 2016 (Tuesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding sending additional alternate coins for liquidation and also discussed setting up additional accounts at exchanges separate from Poloniex, because dozens of coins are not available to exchange on Poloniex. | .5 | 142.50 |
| 107. | October 25, 2016 (Tuesday) | Setting up accounts on BTCe, BTC38, Bittrex, and Kraken for purpose of liquidating highly liquid alternate cryptocurrency. | 1.9 | 541.50 |
| 108. | October 25, 2016 (Tuesday) | Analysis and liquidation of multiple coins on various cryptocurrency exchanges along with requests for coins to particular addresses/wallets and subsequent to the sales, transferring Bitcoins to Receivership Estate's offline wallet. | 5.7 | 1,624.50 |
| 109. | October 25, 2016 (Tuesday) | Telephone conference with ▇▇▇▇▇ regarding reduced offer for ▇▇▇▇ by multiple individuals and discussed issues related to following federal statues and Court approval of any such sale. | .4 | 114.00 |
| 110. | October 26, 2016 (Wednesday) | E-mails to/from Kraken's General Counsel Edward Stadum regarding potentially liquidating funds into U.S. dollars from BTC and issues presented in the initiation of the online account from a compliance standpoint.   Provided Court Orders and other documentation for purposes of explanation and verification of the Receiver's identity. | 1.6 | 456.00 |
| 111. | October 26, 2016 (Wednesday) | Telephone conference with Kraken Cryptocurrency Exchange's General Counsel Edward Stadum regarding opening an account at Kraken, a San Francisco-based cryptocurrency exchange. | .6 | 171.00 |
| 112. | October 26, 2016 (Wednesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regading liquidation of certain coins and discussion of | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | expediting the process whereby the BTC is converted into U.S. dollars. | | |
| 113. | October 26, 2016 (Wednesday) | Telephone conference with Receiver James Sallah and discussion about compliance requirements and application process pertaining to Kraken and Gemini cryptocurrency exchanges. | .3 | 85.50 |
| 114. | October 26, 2016 (Wednesday) | Further adjustment to Kraken limitations regarding withdrawals of U.S. currency and testing of a fraction of one Bitcoin into account from set up under the name of James Sallah, Receiver. | .6 | 171.00 |
| 115. | October 26, 2016 (Wednesday) | Completed Gemini cryptocurrency account-opening document and e-mailed same to Receiver James Sallah for review. | .8 | 228.00 |
| 116. | October 26, 2016 (Wednesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding issues surrounding liquidation of BTC and discussion of methodologies to do so within constraints proposed by Receiver James Sallah. | .3 | 85.50 |
| 117. | October 26, 2016 (Wednesday) | Telephone conference with Receiver James Sallah, Receiver's atty Patrick Rengstl and Receiver's Forensic Computer Expert Patrick Paige regarding issues surrounding opening of account at cryptocurrency exchanges which liquidate BTC into U.S. dollars and attending to compliance issues. | .7 | 199.50 |
| 118. | October 26, 2016 (Wednesday) | Draft e-mail to Kraken Cryptocurrency Exchange CEO Jesse Powell and e-mail draft to Receiver James Sallah and Receiver's atty Patrick Rengstl for review. | .8 | 228.00 |
| 119. | October 26, 2016 (Wednesday) | Review and respond to e-mail to Kraken atty Edward Stadum regarding compliance issues. | .3 | 85.50 |
| 120. | October 27, 2016 (Thursday) | Review and edit of draft Receiver's Third Report to the Court and e-mails to Receiver James Sallah and Receiver's atty Patrick Rengstl regarding same. | 2.6 | 741.00 |
| 121. | October 27, 2016 (Thursday) | Analysis and liquidation of alternate cryptocurrency pursuant to Court Order. | 2.7 | 769.50 |
| 122. | October 27, 2016 | E-mail to Poloniex support regarding increase in withdrawal | .2 | 57.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | (Thursday) | limitations for purposes of moving BTC to currency exchange that enables exchange for U.S. dollars. | | |
|---|---|---|---|---|
| 123. | October 27, 2016 (Thursday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding alternate cryptocurrency "etherium" transfer into Poloniex account from Receivership Estate's secured wallet. | .2 | 57.00 |
| 124. | October 27, 2016 (Thursday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding Receiver James Sallah's Third Report to the Court and explanation as to liquidation process. | .5 | 142.50 |
| 125. | October 27, 2016 (Thursday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding issues surrounding liquidation process. | .3 | 85.50 |
| 126. | October 27, 2016 (Thursday) | Research related to off-shore BTC exchanges that are able to convert BTC to U.S. dollars without the compliance requirement put forth by Gemini and Kraken. | 1.6 | 456.00 |
| 127. | October 27, 2016 (Thursday) | Telephone conference with William Shihara, CEO, Bittrex, regarding Bittrex's freezing account from trading activity due to high volume of trading conducted in liquidation of "Auroracoin," and provided authentification documents to Mr. Shihara so that he could release hold on the account. | .7 | 199.50 |
| 128. | October 27, 2016 (Thursday) | Telephone conference with Mr. ███████████ regarding issue of liquidation of BTC in volume and preliminary negotiation of price. | .3 | 85.50 |
| 129. | October 27, 2016 (Thursday) | Telephone conference with Receiver James Sallah regarding demand by Gemini for his personal utility bills for his home to verify his identity in order to open account to exchange for BTC to U.S. dollars. | .2 | 57.00 |
| 130. | October 27, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding status of liquidation and strategy regarding BTC liquidation in light of issues presented by Kraken and Gemini in terms of compliance, and refusal to acknowledge the identity of Receiver James Sallah without further individual identity documents. | .2 | 57.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 131. | October 27, 2016 (Thursday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding ███████████████████████████████████████████. | .5 | 142.50 |
|---|---|---|---|---|
| 132. | October 27, 2016 (Thursday) | E-mail to ████████ regarding expediting the account documents for opening trading accounts at ████████ in order to liquidate Bitcoins. | .4 | 114.00 |
| 133. | October 28, 2016 (Friday) | Research, analysis and liquidation of alternate cryptocurrencies pursuant to Court Order. | 4.7 | 1,339.50 |
| 134. | October 28, 2016 (Friday) | Transfer $25,000 in BTC from Poloniex wallet to Receivership Estate wallet for purpose of securing BTC offline and e-mail Receiver's Forensic Computer Expert Patrick Paige confirmation from Poloniex in order that he can verify receipt of the BTC. | .3 | 85.50 |
| 135. | October 31, 2016 (Monday) | Final editing and review of Receiver's Third Report to the Court and e-mail edit to Receiver's atty Patrick Rengstl and Receiver James Sallah. | 1.4 | 399.00 |
| 136. | October 31, 2016 (Monday) | Analysis and liquidation of cryptocurrency on Poloniex exchange. | .2 | 57.00 |
| 137. | October 31, 2016 (Monday) | Telephone conference with Receiver James Sallah regarding finalized Receiver's Third Report to the Court and status of cryptocurrency liquidation. | .1 | 28.50 |
| 138. | October 31, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding final edits to Receiver's Third Report and discussion of final edit to exchange Agreement with ████████ to exchange cryptocurrency for U.S. dollars. | .2 | 57.00 |
| 139. | October 31, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding ████████ exchange Agreement and status of liquidation and valuation. | .5 | 142.50 |
| 140. | October 31, 2016 (Monday) | Telephone conference with Receiver's Forensic Computer Expert regarding issues surrounding failed attempt at transferring VTC to Receiver's offline wallet on Saturday, October 29, 2016, and verification of BTC balances via blockchain. | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 141. | October 31, 2016 (Monday) | E-mail to Broward Aviation Department regarding exchanging checks for parking fee on Infiniti QX60 due to prior miscalculation of parking fees in August by Broward County Airport Parking Authority. | .2 | 57.00 |
|---|---|---|---|---|
| 142. | November 1, 2016 (Tuesday) | E-mail update to class action plaintiffs' lawyers regarding liquidation of highly liquid cryptocurrencies and exchanging BTC for U.S. dollars. | .1 | 28.50 |
| 143. | November 1, 2016 (Tuesday) | Telephone conference with Receiver James Sallah regarding movement of majority of BTC to buyer and successful wire transmission to Receivership Estate's checking account. | .1 | 28.50 |
| 144. | November 1, 2016 (Tuesday) | Telephone conference with Mr. ███████ at ███████ regarding final settlement on setting price for BTC that will be paid to the Receivership Estate for approximately 448 BTC collected from the sale of highly liquid cryptocurrencies that were liquidated. | .1 | 28.50 |
| 145. | November 1, 2016 (Tuesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding analysis and discussion of the exchange of BTC with ███████ for U.S. dollars.  Reviewed several web sites online for current pricing of BTC including Bitcoinwisdom.com and Tradeblock.com | .4 | 114.00 |
| 146. | November 1, 2016 (Tuesday) | Telephone conference with Receiver's Office Manager Tracy Hyde regarding executing contract with ███████. | .1 | 28.50 |
| 147. | November 1, 2016 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding final review of contract between Receivership Estate and ███████ for exchange of BTC for U.S. dollars. | .2 | 57.00 |
| 148. | November 1, 2016 (Tuesday) | Telephone conference with Receiver James Sallah regarding status of the sale of cryptocurrencies and pending contract with ███████ for the sale of BTC, and logistics regarding the timing of the movement of the coins.  Also, linked Receiver's Forensic Computer Expert Patrick Paige into phone conference and discussed further issues regarding the exchange. | .4 | 114.00 |
| 149. | November 1, 2016 (Tuesday) | Final review and revision to contract with ███████ and e-mails to/from Receiver's Office Manager Tracy Hyde regarding execution | 1.2 | 342.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | of the contracts, and e-mailing signed counterpart to ▮▮▮▮ for execution. | | |
| 150. | November 1, 2016 (Tuesday) | E-mails to/from Receiver's Banker Maria Rodriguez regarding request for confirmation of wire and review wire confirmation when issued. | .4 | 114.00 |
| 151. | November 1, 2016 (Tuesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding the transfer of BTC finalized and logistics for transfer of a few trailing BTC tomorrow. | .2 | 57.00 |
| 152. | November 1, 2016 (Tuesday) | Monitoring transfer of BTC to ▮▮▮▮ and blockchain confirmations for multiple transfers of BTC from Receivership Estate's wallet to ▮▮▮▮. | 1.4 | 399.00 |
| 153. | November 1, 2016 (Tuesday) | Transfer of additional thirty-four BTC to Receivership Estate's wallet to max out daily limits on movement of BTC from Poloniex exchange and e-mail confirmation sent by Poloniex to Receiver's Forensic Computer Expert Patrick Paige for verification of receipt. | .2 | 57.00 |
| 154. | November 2, 2016 (Wednesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding "Feathercoin" and analysis of potential sale by liquidation on cryptocurrency exchange web site. | .1 | 28.50 |
| 155. | November 2, 2016 (Wednesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding alternate cryptocurrency coins secured by Receiver James Sallah. | .3 | 85.50 |
| 156. | November 2, 2016 (Wednesday) | Telephone conference with Receiver's Office Manager Tracy Hyde regarding Receivership Estate checking account. | .1 | 28.50 |
| 157. | November 2, 2016 (Wednesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding liquidation of cryptocurrency. | .4 | 114.00 |
| 158. | November 2, 2016 (Wednesday) | Telephone conference with Receiver James Sallah regarding case status update. | .1 | 28.50 |
| 159. | November 2, 2016 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding sale of less liquid currency coins still held by Receivership Estate and also discussed Receivership Estate expenses. | .7 | 199.50 |
| 160. | November 2, 2016 | Telephone conference with ▮▮▮▮ regarding offer submitted | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Wednesday) | for Receivership Estate stake in ▇ and discussion of issues surrounding potential sale. | | |
| 161. | November 2, 2016 (Wednesday) | Telephone conference with former Cryptsy account holder NO regarding issues concerning class action case. | .2 | 57.00 |
| 162. | November 2, 2016 (Wednesday) | Review and analyze and update prices for evaluation of various cryptocurrencies in Receivership wallet which have not been liquidated. E-mail worksheet to Receiver James Sallah, Receiver's atty Patrick Rengstl and Receiver's Forensic Computer Expert Patrick Paige. | 2.4 | 684.00 |
| 163. | November 2, 2016 (Wednesday) | Movement of remaining BTC from Poloniex Cryptocurrency Exchange to ▇ as part of the Purchase Order Agreement for sale of BTC on liquidation of cryptocurrency per Court Order. | .3 | 85.50 |
| 164. | November 3, 2016 (Thursday) | Reviewing and processing of payment for Receivership Estate Forensic Computer expenses for invoice amount from May through August 2016 and preparing wire transfer form for same. E-mail Receiver James Sallah and Receiver's Office Manager Tracy Hyde for payment. | .4 | 114.00 |
| 165. | November 3, 2016 (Thursday) | Telephone conference with former Cryptsy employee N.M. regarding his past experiences and various issues related to recovering cryptocurrencies. | .9 | 256.50 |
| 166. | November 3, 2016 (Thursday) | Summarize facts relayed by Cryptsy employee N.M. for Receiver James Sallah and Receiver's atty Patrick Rengstl and e-mailed same. | .3 | 85.50 |
| 167. | November 3, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Cryptsy employee N.M. and Cryptsy employee S. W. and upcoming status conference. | .5 | 142.50 |
| 168. | November 7, 2016 (Monday) | E-mails to/from with Poloniex atty Mary Beth Buchanan regarding Ripplecoin that had been transferred from a Cryptsy wallet into a Poloniex account holder wallet without authorization from Receiver James Sallah, and request that the account be frozen by Poloniex. Provided tracing information for the Ripplecoin. | .4 | 114.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 169. | November 7, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Ripplecoin, Potcoin and Huntercoin.   Linked Receiver's Forensic Computer Expert Patrick Paige into the conference call for clarification on the movement of coins. | .6 | 171.00 |
|------|---------------------------|------|------|------|
| 170. | November 7, 2016 (Monday) | Transferring alternate coins into Bittrex wallet from Cryptsy wallet and liquidation ███████████████. Attempt to move BTC to Receivership Estate's wallet, but system prevented movement. | 1.9 | 541.50 |
| 171. | November 7, 2016 (Monday) | Telephone conference with Receiver James Sallah regarding status update pertaining to Ripplecoin. | .1 | 28.50 |
| 172. | November 7, 2016 (Monday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige and discussion regarding ██████████ ████████████████ due to surge in price and activity. | .3 | 85.50 |
| 173. | November 7, 2016 (Monday) | Respond to e-mail from former Cryptsy account holder ████ regarding his claim and explanation of process and Receiver's activity. | .2 | 57.00 |
| 174. | November 11, 2016 (Friday) | Telephone conference with Receiver James Sallah regarding movement of Ripple coins. | .2 | 57.00 |
| 175. | November 11, 2016 (Friday) | Telephone conference with Receiver James Sallah and Mr. Reed at Ripple coin regarding the movement of Ripple Coins. | .4 | 114.00 |
| 176. | November 11, 2016 (Friday) | Telephone conference with Forensic Computer Specialist Patrick Paige regarding movement of Ripple Coins from Cryptsy wallet. | .6 | 171.00 |
| 177. | November 11, 2016 (Friday) | Emails to Mr. Reed at Ripple regarding issue with movement of Ripple Coins from Cryptsy wallets. | .9 | 256.50 |
| 178. | November 16, 2016 (Wednesday) | Attend to processing of Receivership Estate expense for Space Plus Self Storage. | .1 | 28.50 |
| 179. | November 16, 2016 (Wednesday) | Transferring BTC from Bittrex to Receivership Estate wallet subsequent to liquidation of certain cryptocurrencies. | .4 | 114.00 |
| 180. | November 16, 2016 (Wednesday) | E-mails to Receiver's Forensic Computer Expert Patrick Paige regarding transfers of BTC to Receivership Estate wallet, and ████████████████████████████████. | .1 | 28.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| 181. | November 16, 2016 (Wednesday) | Telephone conference with Receiver James Sallah regarding movement of additional Ripplecoin tracked directly from Cryptsy wallet to two separate cryptocurrency exchanges in China.   Linked Receiver's Forensic Computer Expert Patrick Paige into telephone conference in order to explain the technical aspects and suggestions regarding recovery of Ripplecoins. | .4 | 114.00 |
| 182. | November 16, 2016 (Wednesday) | Travel to Space Plus Self Storage to check on status of account and deliver payment. | .3 | 85.50 |
| 183. | November 18, 2016 (Friday) | ███████████████████████████████████████████ ██████████████████████████. | .1 | 28.50 |
| 184. | November 18, 2016 (Friday) | E-mail to Receiver's web site manager ██. and request update to news section. | .1 | 28.50 |
| 185. | November 22, 2016 (Tuesday) | Travel to/from Office of Receiver James Sallah. | 1.1 | 313.50 |
| 186. | November 22, 2016 (Tuesday) | Attend Case Status Conference. | 1.4 | 399.00 |
| 187. | November 28, 2016 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding marketing of the Delray Beach, Florida property for sale. | .3 | 85.50 |
| 188. | November 30, 2016 (Wednesday) | Telephone conference with Receiver's Office Manager Tracy Hyde regarding wire instructions to effectuate wire from Northern Trust National Bank to City National Bank. | .2 | 57.00 |
| 189. | November 30, 2016 (Wednesday) | Preparation of wire instruction from Receivership Estate account at Northern Trust National Bank to City National Bank.    Including confirmation of bank balance at Northern Trust National Bank with Bank Representative Fanny Latino and telephone call to V.P. of City National Bank Adam Tolkes. | .4 | 114.00 |
| 190. | December 2, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding cryptocurrencies that exchanges have frozen as well as issues regarding the remaining coin wallets in possession of the Receivership Estate. | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 191. | December 7, 2016 (Wednesday) | Processing of costs and expenses for Receivership Estate. E-mail to Receiver's Office Manager Tracy Hyde. | 1.1 | 313.50 |
|------|------------------------------|----------------------------------------------------------------------------------------------------------|-----|--------|
| 192. | December 7, 2016 (Wednesday) | Travel to Offices of Receiver James Sallah. | .6 | 171.00 |
| 193. | December 7, 2016 (Wednesday) | Meeting with Receiver James Sallah for discussion of issues related to case and retrieve checks for mailing USPO with tracking. | .5 | 142.50 |
| 194. | December 9, 2016 (Friday) | Complete Florida DMV application for paper title replacement for Project Investors, Inc., Infiniti QX60, and e-mail to Receiver James Sallah with procedure to follow to get new paper title in company name. | .6 | 171.00 |
| 195. | December 14, 2016 (Wednesday) | Travel to Offices of Receiver James Sallah. | .6 | 171.00 |
| 196. | December 14, 2016 (Wednesday) | Meeting with Receiver James Sallah and travel to Northern Trust National Bank and close out safe deposit box. Completed closing out bank relationship with Northern Trust National Bank. Remove contents and transfer contents to City National Bank in Boca Raton, Florida, after opening new safe deposit box. | 2.3 | 655.50 |
| 197. | December 15, 2016 (Thursday) | Telephone conference with Receiver's Realtor Matthew Ferency of Illustrated Properties regarding Delray Beach, Florida property listing agreement and negotiation regarding commission and open-ended contract. | .3 | 85.50 |
| 198. | December 15, 2016 (Thursday) | Review prior Deeds to property located at 16832 Charles River Drive, Delray Beach, Florida, 33446, prepare Quit Claim Deed from Defendant Lorie Nettles to Receiver James Sallah and e-mail to Nettles atty Mark Levy for review. | 1.4 | 399.00 |
| 199. | December 15, 2016 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Quit Claim Deed, preliminary title search and appraisers for Nettles property in order to comply with 28 USC 2002. | .2 | 57.00 |
| 200. | December 15, 2016 (Thursday) | E-mail to Receiver James Sallah regarding status update on the property located at 16832 Charles River Drive, Delray Beach, Florida 33446. | .2 | 57.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| 201. | December 15, 2016 (Thursday) | E-mail to Receiver's web site contractor K.J. to request additional information be provided to account holders on web site regarding case status. | .1 | 28.50 |
| 202. | December 15, 2016 (Thursday) | E-mail to former Cryptsy account holder in response to inquiry regarding claims process. | .1 | 28.50 |
| 203. | December 15, 2016 (Thursday) | Review and respond to e-mail from Defendant Lorie Nettles' atty Mark Levy regarding logistics of scheduling three appraisers at Nettles' home, and discussion about Quit Claim Deed's signing. | .2 | 57.00 |
| 204. | December 16, 2016 (Friday) | Review and respond to e-mail from cryptocurrency account holder A.F. in Scotland regarding status of Receivership Estate. | .2 | 57.00 |
| 205. | December 16, 2016 (Friday) | Preparation and review of revisions of Quit Claim Deed for purpose of transferring property to Receiver James Sallah.  Email to Lori Nettles atty Mark Levy. | 1.1 | 313.50 |
| 206. | December 16, 2016 (Friday) | Telephone conference with Class Action Plaintiff's atty Scott Silver regarding issues surrounding press release related to Coinbase lawsuit and also database containing former Cryptsy account holders. | .2 | 57.00 |
| 207. | December 16, 2016 (Friday) | E-mail to Receiver's web site coordinator K.J. regarding update to Receivership Estate web site to include latest news. | .1 | 28.50 |
| 208. | December 16, 2016 (Friday) | Emails with Receiver's atty Patrick Rengstl regarding appraisals of Nettles property. | .1 | 28.50 |
| 209. | January 6, 2016 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Nettles property. | .3 | 85.50 |
| 210. | January 8, 2017 (Sunday) | E-mail to Receiver's Office Manager Tracy Hyde, Receiver's atty Patrick Rengstl and Receiver James Sallah regarding Receivership Estate expenses and issues regarding liquidating personalty discovered in storage unit. | .3 | 85.50 |
| 211. | January 8, 2017 (Sunday) | Telephone conference with former Cryptsy account holder ███ regarding issues surrounding verification of claims and information that will be required on claim forms. ████████ | 1.6 | 456.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | ███████████████████████ | | |
| 212. | January 8, 2017 (Sunday) | E-mail to Receiver James Sallah, Receiver's atty Patrick Rengstl and Class Action attys Wites, Silver and Silver.   Relayed suggestions about claims forms provided by account holder K. M. | .3 | 85.50 |
| 213. | January 9, 2017 (Monday) | Telephone conference with Receiver's Realtor Matthew Ferency regarding listing agreement he previously sent to me and issues related to timing and pricing of property listing based upon the three appraisers' valuation that were employed by Receiver to comply with federal statues. | .3 | 85.50 |
| 214. | January 9, 2017 (Monday) | Review appraisals of Nettles property and email to Receiver's atty Patrick Rengstl, Receiver James Sallah and Class Counsel regarding listing. | 1.3 | 370.50 |
| 215. | January 9, 2017 (Monday) | Telephone conference with Appraiser George Lubeck regarding pricing for listing of Nettles' property and appraised value.   Also discussed invoicing issues. | .3 | 85.50 |
| 216. | January 9, 2017 (Monday) | Telephone conference with Appraiser Steve Middleton regarding pricing for listing of Nettles' property and appraised value. | .2 | 57.00 |
| 217. | January 9, 2017 (Monday) | E-mail to/from Receiver James Sallah and Class Action attys regarding appraisals and suggested listing price, based upon conversations with appraisers. | .2 | 57.00 |
| 218. | January 9, 2017 (Monday) | Review and processing of Receivership Estate expenses/invoices and e-mail to Receiver's Office Manager Tracy Hyde for payment. Copies to Receiver's atty Patrick Rengstl and Receiver James Sallah. | .4 | 114.00 |
| 219. | January 9, 2017 (Monday) | Travel to 200 E. Las Olas Blvd. Suite 1900 Fort Lauderdale, FL 33301 to retrieve Quit Claim Deed to Lorie Nettles' residence. | .4 | 114.00 |
| 220. | January 9, 2017 (Monday) | Meet with secretary of Brinkley Morgan to pick up Quit Claim Deed to Lorie Nettles' residence. | .3 | 85.50 |
| 221. | January 9, 2017 (Monday) | Travel to 800 W. Cypress Creek Rd. Suite 270, Fort Lauderdale, FL  33309. | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 222. | January 9, 2017 (Monday) | Meeting with Receiver's Title Insurance atty Sasha Katz to discuss ordering Preliminary Title Report for Lorie Nettles' residence and recording of Quit Claim Deed for property in order to place it on the market for sale. | .4 | 114.00 |
|---|---|---|---|---|
| 223. | January 9, 2017 (Monday) | Emails with Receiver's atty Patrick Rengstl regarding liquidating Public Storage Unit items. | .1 | 28.50 |
| 224. | January 16, 2017 (Monday) | Review and respond to e-mail from atty Marc Wites regarding valuation of various items held by the Receivership Estate. Reviewed records regarding valuation of various assets in order to provide information for the pending claims process. | .7 | 199.50 |
| 225. | January 19, 2017 (Thursday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Receiver's Fourth report to the Court. | .2 | 57.00 |
| 226. | January 19, 2017 (Thursday) | Review e-mail from Receiver's Title Insurance atty Sasha Katz and attached title commitment.  Reviewed requirements and Settlement Agreement with Lorie Ann Nettles that was filed with the Court. Respond to atty Sasha Katz with copies to Receiver James Sallah and Receiver's atty Patrick Rengstl. | 1.1 | 313.50 |
| 227. | January 25, 2017 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Receiver's Fourth Report to the Court. | .3 | 85.50 |
| 228. | January 26, 2017 (Thursday) | Review Exclusive Right of Sale Listing Agreement, sign on behalf of Receiver James Sallah and telephone conference with Realtor Matthew Ferency regarding clarifications of contract and edits to contract. | 1.2 | 342.00 |
| 229. | January 26, 2017 (Thursday) | E-mail to Lorie Ann Nettles' atty Mark Levy to set up procedures for real estate showings of the former Nettles' marital home that is being marketed and sold by Receiver James Sallah. | .3 | 85.50 |
| 230. | January 26, 2017 (Thursday) | E-mail to Class Counsel Marc Wites regarding liquidation of certain assets and estimated timing of same. | .3 | 85.50 |
| 231. | January 30, 2017 (Monday) | Reviewing and editing of Receiver's 4th Report to the Court and e-mail edit to Receiver's atty Patrick Rengstl and Receiver James Sallah. | 2.4 | 684.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 232. | January 30, 2017 (Monday) | Compiling spreadsheets for exhibits to 4th Report of the Receiver and potential marketing of currently held cryptocurrency. E-mail same to Receiver's Forensic Computer Expert Patrick Paige with questions regarding same. | 1.4 | 399.00 |
|---|---|---|---|---|
| 233. | January 30, 2017 (Monday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding status of currently held cryptocurrencies. | .4 | 114.00 |
| 234. | January 30, 2017 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Receiver's 4th Report to Court to be filed today. | .1 | 28.50 |
| 235. | January 31, 2017 (Tuesday) | Telephone conference with ██████ Employee ██████ regarding setting up conference call for offer for certain cryptocurrencies. E-mail to Receiver James Sallah regarding scheduling time. | .3 | 85.50 |
| 236. | January 31, 2017 (Tuesday) | Travel to/from offices of Receiver James Sallah. | 1.2 | 342.00 |
| 237. | January 31, 2017 (Tuesday) | Accompanied Receiver James Sallah to City National Bank branch and retrieved Tiffany ring from safe deposit box. | .7 | 199.50 |
| 238. | January 31, 2017 (Tuesday) | Accompanied Receiver James Sallah to Tiffany store and delivered Tiffany ring for purposes of Tiffany's sending ring to New York for valuation and potential offer to purchase. | 1.1 | 313.50 |
| 239. | February 3, 2017 (Friday) | Telephone conference with ██████ team, Receiver's atty Patrick Rengstl and Receiver James Sallah. | .2 | 57.00 |
| 240. | February 6, 2017 (Monday) | Reviewed documents and finalized document inventory from hard copies of documents formerly located at the public storage unit and inside the Infiniti QX60. | 5.7 | 1,624.50 |
| 241. | February 7, 2017 (Tuesday) | Telephone conference with Receiver's Forensic Computer Expert Patrick Paige regarding hard drive that was recovered with prior database information from Project Investors Inc., that needs to be retrieved for potential account holder information. | 1.1 | 313.50 |
| 242. | February 7, 2017 (Tuesday) | Telephone conference with ██████ regarding the ██████ community ██████ for the remaining alternate cryptocurrency held by the Receivership Estate. | .2 | 57.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 243. | February 7, 2017 (Tuesday) | Telephone conference with Class Counsel David Silver and Receiver's Forensic Computer Expert Patrick Paige regarding the issues related to prior Cryptsy database located on hard drive recovered from Infiniti QX60. | .6 | 171.00 |
|------|----------------------------|------|-----|--------|
| 244. | February 7, 2017 (Tuesday) | E-mail to Receiver James Sallah and Class Counsel regarding issues surrounding document inventory and potential avenues for recovery of funds. | .5 | 142.50 |
| 245. | February 8, 2017 (Wednesday) | Travel to DMV office in Pembroke Pines to surrender license plate for Infiniti QX60.   E-mail receipt to Receiver James Sallah, Receiver's atty Patrick Rengstl and Receiver's Office Manager Tracy Hyde. | .9 | 256.50 |
| 246. | February 10, 2017 (Friday) | Draft demand letter to ███████████ and email same to Receiver's atty David Silver. | 1.4 | 399.00 |
| 247. | February 11, 2017 (Saturday) | Drafted contracts for the sale of remaining alternate cryptocurrencies held by the Receivership Estate, to two prospective purchasers and adjusted exhibits to contract listing 253 different wallets/coins.   E-mailed draft contracts and exhibits to both prospective purchasers, Receiver James Sallah, Receiver's atty Patrick Rengstl, Receiver's Forensic Computer Expert Patrick Paige and Receiver's Cryptocurrency Expert Darrell Duayne. | 4.6 | 1,311.00 |
| 248. | February 13, 2017 (Monday) | Travel to/from Coral Springs to meet with Receiver's Forensic Computer Expert Patrick Paige. | 1.2 | 342.00 |
| 249. | February 13, 2017 (Monday) | Meeting with Receiver's Forensic Computer Expert Patrick Paige to retrieve thumb drive with recovered files and discuss same. | .4 | 114.00 |
| 250. | February 13, 2017 (Monday) | Run forensic software and reviewing recovered files. | 2.3 | 655.50 |
| 251. | February 13, 2017 (Monday) | Telephone conferences with potential purchaser ███ regarding offer to purchase remaining alternate coins. | .5 | 142.50 |
| 252. | February 13, 2017 (Monday) | Telephone conference with Cryptocurrency Expert Darrell Duane regarding the progress and methodology of liquidation of currently held alternate cryptocurrency and issues regarding valuation. | .7 | 199.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 253. | February 13, 2017 (Monday) | Telephone conference with Receiver's Cryptocurrency Expert Darrell Duane regarding valuation issues for coins where wallets have not been synced to the Block Chain for various reasons. | .2 | 57.00 |
|------|------|------|------|------|
| 254. | February 21, 2017 (Tuesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Motion and exhibits (i.e. Receiver's Expert Letter and purchase and sale contracts) regarding liquidation of remaining cryptocurrency held by Receivership Estate. | .5 | 142.50 |
| 255. | February 21, 2017 (Tuesday) | Telephone conference with Receiver's Cryptocurrency Expert Darrell Duane and Receiver's Forensic Computer Expert Patrick Paige regarding the valuation of exhibits A, B and C as well as written opinion for purposes of the Receiver's Motion to liquidate certain cryptocurrencies. | 1.2 | 342.00 |
| 256. | February 22, 2017 (Wednesday) | Review and editing of Motion to sell certain cryptocurrencies to three interested buyers.  E-mail comments to Receiver James Sallah and Receiver's atty Patrick Rengstl. | .9 | 256.50 |
| 257. | March 1, 2017 (Wednesday) | Review and respond to e-mails from approximately thirty former Cryptsy account holders whom had previously contacted Receiver James Sallah regarding claims.  Copied claims administrator on e-mails as well. | 1.4 | 399.00 |
| 258. | March 1, 2017 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl regarding the status of various issues surrounding case, including Motion to liquidate remaining cryptocurrency, ring, house, etc.. | .4 | 114.00 |
| 259. | March 1, 2017 (Wednesday) | Telephone conference with Receiver James Sallah regarding offers to purchase the former Nettles' family residence, issues surrounding the ring and getting third-party appraisal once Tiffany's returns the ring. | .1 | 28.50 |
| 260. | March 1, 2017 (Wednesday) | Telephone conferences with Receiver's Realtor Matthew Ferency regarding two low-cash offers for former Nettles' marital home.  Also discussed further marketing efforts the Realtor plans moving forward with. | .3 | 85.50 |
| 261. | March 1, 2017 | Final review of Composite Exhibit 1 for Motion to liquidate remaining | .4 | 114.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Wednesday) | cryptocurrency for the benefit of the Receivership Estate and e-mail to Receiver's atty Patrick Rengstl. | | |
| 262. | March 7, 2017 (Tuesday) | E-mail to Cryptsy account holder D. C. regarding claims process for making claims and forwarded message to Class Counsel, Receiver James Sallah and Claims Administrator. | .1 | 28.50 |
| 263. | April 6, 2017 (Thursday) | Responding to 41 former Cryptsy account holders' e-mails regarding claims process and various other issues. Copies of e-mails to Claims Administrator to verify that account holders were identified and registered as claimants. | 1.4 | 399.00 |
| 264. | April 6, 2017 (Thursday) | Telephone conference with Claims Administrators T. W. regarding status of claims process and discussion of issues related to recent account holder inquiries. | .1 | 28.50 |
| 265. | April 17, 2017 (Monday) | Telephone conference with Receiver James Sallah and Receiver's Forensic Computer Expert Patrick Paige regarding trailing issues related to less liquid cryptocurrency coins contracts with one of the buyers. | .1 | 28.50 |
| 266. | April 20, 2017 (Thursday) | Travel to/from Offices of Receiver James Sallah. | 1.2 | 342.00 |
| 267. | April 20, 2017 (Thursday) | Meeting with Receiver James Sallah regarding case issues and making payments for various Receivership Estate expenses. | .3 | 85.50 |
| 268. | April 24, 2017 (Monday) | Review and respond to e-mails from Class Counsel Marc Wites regarding status of the marketing of property in Delray Beach. Also telephone conference with Realtor Matthew Ferency regarding latest showings and cooperation of Lorie Ann Nettles. | .4 | 114.00 |
| 269. | April 27, 2017 (Thursday) | Review cash offer on 16832 Charles River Drive, Delray Beach, FL. Forward offer to Receiver James Sallah with further information regarding prospective purchaser. | .3 | 85.50 |
| 270. | May 8, 2017 (Monday) | Telephone conference with former Cryptsy account holder F. P. regarding the large increase in value of Ripplecoin and discussion regarding Court Orders in case. | .6 | 171.00 |
| 271. | May 9, 2017 | Review and respond to eight account holder inquiries. | .7 | 199.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Tuesday) | | | |
| 272. | May 9, 2017 (Tuesday) | Telephone conference with former Cryptsy account holder A. F. and answered questions regarding the Receivership etc.. | .7 | 199.50 |
| 273. | May 13, 2017 (Saturday) | Review and signing of the As Is Contract for Sale and Purchase of 16832 Charles River Drive, Delray Beach, FL on behalf of Receiver James Sallah.   E-mailed same to Receiver James Sallah with suggestions for moving forward and addendum issues regarding disclosure of bid process. | .9 | 256.50 |
| 274. | May 16, 2017 (Tuesday) | Drafting addendum for As Is Residential Contract for Sale and Purchase real of property.  Email executed contract to Class Counsel David Silver for review. | 1.6 | 456.00 |
| 275. | May 16, 2017 (Tuesday) | Email to Class Counsel David Silver regarding issues surrounding Motion for approval of Contract.  Provided appraisals and previous similar Motion and Contract. | .3 | 85.50 |
| 275. | May 16, 2017 (Tuesday) | Sold Expanse coin on Poloniex website, a coin that had previously been located in a corrupt wallet which the Receiver's professionals were able to fix.  Transfer BTC to Receivership Estate offline wallet. | .6 | 171.00 |
| 276. | May 16, 2017 (Tuesday) | Telephone conferences with Receiver's Computer Forensic Expert Patrick Paige regarding selling expanse coin and movement of remaining BTC to Receiver's offline wallet from Bittrex and Poloniex. | 2.1 | 598.50 |
| 277. | May 18, 2017 (Thursday) | Telephone conference with Realtor Matt Ferency regarding facts presented in the Receiver's Motion for Order Confirming Sale of Real Property. | .3 | 85.50 |
| 278. | May 18, 2017 (Thursday) | Review and editing of Receiver's Motion For Order Confirming Sale of Real Property.  Email comments to Receiver James Sallah, atty Jason Miller, atty Patrick Rengstl, atty Marc Wites, atty David Silver. | 1.7 | 484.50 |
| 279. | May 19, 2017 (Friday) | Finalized Notice to publish in Palm Beach Post regarding the sale of the property located at 16832 Charles River Drive, Delray Beach, Florida.  Emailed to Receiver's Office Manager Tracy Hyde for publishing in the Palm Beach Post. | .2 | 57.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| 280. | May 19, 2017 (Friday) | Telephone conferences with Receiver's Office Manager Tracy Hyde regarding requirements for publishing Notice in Palm Beach Post pursuant to Federal Statute and about payment options for same. | .2 | 57.00 |
|---|---|---|---|---|
| 281. | May 19, 2017 (Friday) | Telephone conference with Receiver's Real Estate Agent Matthew Ferency regarding the issues surrounding Revised Addendum to RE Purchase and Sale Contract. | .2 | 57.00 |
| 282. | May 19, 2017 (Friday) | Telephone conference with Buyer of property located at 16832 Charles River Drive, Delray Beach, Florida regarding logistic issues surrounding closing on property located at 16832 Charles River Drive, Delray Beach, Florida, and request revisions to addendum. | .1 | 28.50 |
| 283. | May 19, 2017 (Friday) | Revise Addendum to RE Purchase and Sale Contract and email to Receiver's Real Estate Agent Matthew Ferency for signing by Buyer. | .3 | 85.50 |
| 284. | May 19, 2017 (Friday) | Review and editing Motions by Class Counsel Marc Wites and respond to request for comments.  Email to Class Counsel with copy to Receiver's atty James Sallah. | .8 | 228.00 |
| 285. | May 19, 2017 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Motion to confirm sale of real property located at 16832 Charles River Drive and discussed final edits, and Notice to publish in Palm Beach Post. | .3 | 85.50 |
| 286. | May 19, 2017 (Friday) | Telephone conference with Receiver James Sallah regarding status of RE Contract for 16832 Charles River Drive, Delray Beach, Florida and request approval for advertising and submitting Motion pursuant to federal statute. | .1 | 28.50 |
| 287. | May 19, 2017 (Friday) | Reviewed final updated contract and revised addendum for the Purchase and Sale of the Nettles property.  Emailed to Patrick Rengstl for filing with Motion for confirmation of sale. | .3 | 85.50 |
| 288. | May 24, 2017 (Wednesday) | Telephone conference with Receiver's atty Patrick Rengstl and discussion regarding issues raised by Lorie Nettles atty Mark Levy related to potential ongoing showings of the residence to attempt to market property to potential 10% over bidders. | .3 | 85.50 |
| 289. | May 24, 2017 | Email to Lorie Nettle's atty Mark Levy regarding proposed process | .2 | 57.00 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | (Wednesday) | for vetting potential over bidders prior to potential showings.  Copy to Class Counsel, Receiver James, Receiver's atty Patrick Rengstl. | | |
| 290. | May 24, 2017 (Wednesday) | (.4) Preparation of test for email blast regarding the Notice of Sale of Real Property to blast to 3,000 Realtors in the South Florida area as provided in the Motion for Confirmation of the Sale of the Real Property.  Email same to Receiver James Sallah, Receiver's atty Patrick Rengstl, and Class Counsel for editing. | .4 | 114.00 |
| 291. | May 31, 2017 (Wednesday) | Email to website administrator Kelly Joint in order to make adjustments to the text on website for former Cryptsy accountholders. | .2 | 57.00 |
| 292. | May 31, 2017 (Wednesday) | Telephone conference with prospective purchaser of 16382 Charles River Drive, Delray Beach, FL regarding buyers interest in the purchase of property and interest in paying for various items required for closing prior to Court approval and expiration of the Notice period. | .2 | 57.00 |
| 293. | May 31, 2017 (Wednesday) | Email Title atty Sasha Katz regarding prospective purchasers interest in moving forward with the ordering of various documents prior to closing, at his own risk and cost. | .2 | 57.00 |
| 294. | June 1, 2017 (Thursday) | Telephone conference with former Cryptsy account holder CG regarding his questions concerning the claims process. | .6 | 171.00 |
| 295. | June 26, 2017 (Monday) | Review and respond to dozens of e-mails from former Cryptsy account holders regarding contacting claims administrator. | .9 | 256.50 |
| 296. | July 24, 2017 (Monday) | Telephone conference with Patrick Paige regarding valuation of computer servers held by Vault Networks, and logistics concerning preservation of the evidence. | .4 | 114.00 |
| 297. | July 24, 2017 (Monday) | E-mail to Class Counsel and Receiver James Sallah regarding issue of preservation of evidence and logistics and recommendation regarding sale of computer equipment. | .3 | 85.50 |
| 298. | July 24, 2017 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding ███████████████████████████████ | .3 | 85.50 |

Carey 2nd Fee Application, Leidel et. al v. Project Investors, Inc. et. al

| | | | | |
|---|---|---|---|---|
| | | ███████████████████. | | |
| 299. | July 28, 2017 (Friday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Motion to Liquidate Personalty, auctioneer estimate, personalty list and issues surrounding preservation of computer equipment. | .2 | 57.00 |
| 300. | July 31, 2017 (Monday) | Review and editing of Receiver's Motion to Liquidate Personalty in storage lockers secured by the Receiver.  E-mail edits and updated final inventory of personalty to Receiver James Sallah, Receiver's Counsel Patrick Rengstl and Class Counsel. | .9 | 256.50 |
| 301. | July 31, 2017 (Monday) | Review Receiver's website and e-mail to Receiver James Sallah, Receiver's Counsel Patrick Rengstl and Class Counsel regarding suggestions for updates. | .1 | 28.50 |
| 302. | July 31, 2017 (Monday) | Telephone conference with Receiver's atty Patrick Rengstl regarding Motion to liquidate personalty and refining ████████████ ██████████████████ | .3 | 85.50 |
| 303. | July 31, 2017 (Monday) | Updating personalty inventory list − Exhibit to Motion to Liquidate Personalty − ██████████████████████ ████████████████. | .3 | 85.50 |
| | | | 222.5 | 63,412.50 |