UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATE AND AGREED that Wites & Kapetan, P.A. be substituted for Marc A. Wites and the Wites Law Firm as attorneys of record for Plaintiffs Brandon Leidel, and Michael Wilson, individually, and on behalf of All Others Similarly Situated in the above-captioned litigation and that Wites & Kapetan shall no longer represent nor have any responsibility to represent Plaintiffs in this matter.

Counsel respectfully requests that all pleadings, papers and other materials served on Plaintiffs be delivered via mail or ECF, as applicable, to Marc A. Wites, Wites Law Firm, 4400 North Federal Highway, Lighthouse Point, FL 33064.

A proposed Order is provided herewith.

STIPULATED AND AGREED to on this 4th day of December, 2017.

- 2 -

| | |
|---|---|
| */s/ Marc A. Wites* | */s/ Marc A. Wites* |
| Wites and Kapetan, P.A. | Wites Law Firm |
| 4400 North Federal Highway | 4400 North Federal Highway |
| Lighthouse Point, FL  33064 | Lighthouse Point, FL  33064 |
| 954-570-8989 | 954-570-8989 |
| Fla. Bar No. 24783 | Fla. Bar No. 24783 |
| mwites@wklawyers.com | mwites@wlflawyers.com |

**CERTIFICATE OF SERVICE**

I certify that the foregoing document, filed on December 4, 2017 through the ECF system, has been sent electronically to all attorneys of record.

*/s/ Marc A. Wites*
Marc A. Wites