## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No: 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

       Defendants.

_____/

## PLAINTIFFS' MOTION FOR REVIEW OF DENIED CLAIMS

Plaintiffs Brandon Leidel and Michael Wilson, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") hereby file this Motion for Review of Denied Claims and state as follows:

1.      On June 13, 2017, this Court entered its Final Order Approving Settlement, Approving Proposed Allocation of Settlement Funds, Approving Class Counsel's Application for Attorney's Fees, Expenses and Incentive Awards for Class Representatives, and Final Judgment ("Final Approval Order"). Docket Entry Number ["D.E."] 118.

2.      Since that time, the Claims Administrator, with assistance from Class Counsel, reviewed 1,849 claims.  This process was complex and required far more time that the Claims Administrator and Class Counsel anticipated both because of the significant number of claims and because of the voluminous documentation submitted by many Class Members.

3.      As previously reported to the Court by the Receiver and the undersigned, in open court and in many filings, Defendant Paul Vernon deleted all of the content on Defendant Cryptsy's computer servers and virtually all of Cryptsy's other records, making it virtually impossible to identify class members and verify the cryptocurrency held in their accounts.  As a result, the Settlement Agreement and resulting Notice and Claim Form asked Class Members to submit documentation with their claims to establish that they in fact had a Cryptsy account and to identify the type and amount of cryptocurrency they claimed to have lost because of Defendants' actions. Six hundred eighty-one (681) Class Members did just that in the form of emails with Cryptsy, bank records, screen shots of their Cryptsy accounts, and other documents. Based on such submissions, the Claims Administrator and Class Counsel approved those 681 claims for payment.

4.      One thousand one hundred sixty-eight (1,168) other putative Class Members also submitted claims, but most of those prospective claimants did not submit any documents to support such claims other than the completed claim form, and the balance of those claimants did not submit documentation sufficient to determine the type and/or quantity of cryptocurrency they held purportedly at Cryptsy. In some cases, these claimants also submitted an email or other writing (*i.e.,* a writing authored by the putative Class Member and addressed to the Claims Administrator and/or Class Counsel) asking that, and explaining why, their claim should be approved. As required by the Settlement Agreement approved by the Court, the Claims Administrator sent to these 1,168 claimants a notice via email asking that they provide additional information to support their claims. Settlement Agreement at Section IV(B)(4)(f) and (g)(D.E. 96-1). Of these claimants: (a) fifty-four claimants submitted additional documentation, and the Class Administrator and Class Counsel subsequently approved their claims, and (b) three persons

did not submit any additional documentation but did ask for the Court to review the denial of their claims (the "Denied Claims"). The Settlement Agreement provides for such review by the Court, and states as follows:

> If any Settlement Class Member whose claim has been rejected in whole or in part desires to contest such rejection, the Settlement Class Member must, within twenty (20) days after the date of mailing of the notice required in subparagraph 4f immediately above, serve upon the Third-Party Administrator a notice and statement of reasons indicating the Settlement Class Member's grounds for contesting the rejection along with any supporting documentations, and requesting a review thereof by the Court. If a dispute concerning a claim cannot be otherwise resolved, Plaintiffs' Lead Counsel Class Counsel shall thereafter present the request for review to the Court.

*Id.*

5.      The Denied Claims are attached hereto as Exhibits 1-3. These claimants submitted a completed claim form, and the Claims Administrator and the undersigned have discerned that the amount of their claim (*i.e.,* before reduction pro rata based on the number of total claims and available settlement funds) appears to be as follows:

| Claimant | Submitted Claim Form | Submitted Supporting Documents Establishing the Existence of a Cryptsy Account and Cryptocurrency Held | Submitted Email or Other Writing to Support Claim | Total Amount Claimed |
|---|---|---|---|---|
| Robnik | Yes. | No. | Yes. | $2,310.00 |
| Signoret | Yes. | No. | Yes. | $80.85 |
| Pisnoy | Yes. | No. | Yes. | $125.00 |

6.      Class Counsel recognize their duty to assist persons in establishing their identity as Class Members and assisting them in making claims. Class Counsel have fulfilled this duty,

having spoken on the phone and communicated by email with thousands of potential Class Members. The Claims Administrator has done the same.

7.    However, as to the Denied Claims detailed above and in the attached exhibits, Class Counsel is without any basis to argue that such claims should be approved.

8.    Moreover, Class Counsel is constrained to note that the positions of the persons with Denied Claims are no different than a majority of the 1,168 persons who also submitted claims without any (or insufficient) supporting documents, received notice from the Claim Administrator of the opportunity to supplement their claim and/or seek Court review, and then chose not to do so.

9.    The Claims Administrator and Class Counsel are ready to distribute settlement payments to Class Members with valid and approved claims upon the receipt of the Court's ruling on the instant Motion.

**WHEREFORE,** Plaintiffs respectfully request that the Court advise whether the Claims Administrator and Class Counsel should advise the persons with Denied Claims if their respective claims will be paid or if the denial of their respective claims is affirmed.

Respectfully submitted,

**/s/ Marc A. Wites**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@wklawyers.com
WITES LAW FIRM
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Phone: (954) 570-8989/Fax: (954) 354-0205
**Attorneys for Plaintiffs and the Class**

- and -


DAVID C. SILVER
Florida Bar No. 572764
DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
JMiller@SilverMillerLaw.com
**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:      (954) 516-6000
**Attorneys for Plaintiffs and the Class**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this 5th day of December, 2017, using the CM/ECF system, and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com**; PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com; **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; **PATRICK J. RENGSTL, ESQ.**, PATRICK J. RENGSTL, P.A., *Counsel for the Receiver*, 7695 SW 104th Street - Suite 210, Miami, FL 33156; E-mail: pjr@rengstl-law.com; and **JOSE G. SEPULVEDA, ESQ.**, STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., *Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar*, 150 W. Flagler Street, Suite 2200, Miami, FL 33130; E-mail: JSepulveda@stearnsweaver.com; **ANDREJ ROBNIK c/o Mihaela Klacinski,** Partizanska cesta 13a, 2000 Maribor**,** Email: xxxandrej@yahoo.co.uk; **MANUEL SIGNORET,** 4 rue de la Concorde, 31000 Toulouse France, Email: baloy09@sfr.fr; **MICHAEL PISNOY,** 108 Carstairs Road, Valley Stream, NY 11581, Email: mpisnoy@miladisplays.com.

*/s/ Marc A. Wites*
Marc A. Wites