# Mary Jarvis

| | |
|---|---|
| **From:** | Mihaela Klačinski <mihaela@t-2.net> |
| **Sent:** | Wednesday, October 04, 2017 7:22 PM |
| **To:** | info@cryptsysettlement.com |
| **Subject:** | FW: Re: Fw: Cryptsy Settlement – Deficiency Notice CONTEST THE REJECTION OF THE CLAIM |
| **Attachments:** | Andrej_Robnik_Statement.pdf; POWER OF ATTORNEY.pdf |
| **Importance:** | High |
| **Categories:** | Supporting Docs |

ANDREJ ROBNIK
CLAIM NUMBER: 6107388

Hello,

Andrej Robnik authorised me to contact you as the Claims Administrator and to contest the rejection of his Claim in class action - Case No. 9:16-cv-80060-KAM (the power of attorney is attached).

Andrej Robnik has already explained that he did the best to provide you all needed information. He has no option to provide you a screenshot of his holdings, because the site is unreachable. But he has a eye-witness Uros Gazvoda from Maribor, Slovenia who can confirm that Andrej Robnik had on his account on the Crypts.com platform **over 1000 DASH** (among other cryptocurrencies such as AURORA, CANN, LTC, START). The witness also saw that Andrej Robnik was unable to move his cryptocurrencies to his personal digital wallet and after couple of days the site Crypts.com was permanently closed. That is the reason why he can not have access to his account anymore and submit supporting documents. Nevertheless he submit the Statement of the eye-witness Uros Gazvoda, dated 21th of Septemver 2017. With that Statement he identify the type (DASH) and quantity (1000 DASH) of the cryptocurrency held at Cryptsy fort he purpose of the class action.

He also wants that the court recover all the funds at the site Crypts.com.

He is also requesting a review by the Court.

Best regards,

ANDREJ ROBNIK


*Mihaela Klačinski*
*Odvetnica / attorney at law*
*Partizanska cesta 13a*
*2000 Maribor*

EXHIBIT 1

----- Forwarded message -----
**From:** Cryptsy Cryptocurrency Settlement <info@cryptsysettlement.com>
**To:** ANDREJ ROBNIK <XXXANDREJ@YAHOO.CO.UK>
**Sent:** Friday, 15 September 2017, 17:09:40 CEST
**Subject:** Cryptsy Settlement – Deficiency Notice

# CRYPTSY CRYPTOCURRENCY SETTLEMENT
# CLAIM DEFICIENCY LETTER

DATE: SEPTEMBER 15, 2017

ANDREJ ROBNIK
CLAIM NUMBER: 6107388

You submitted a Claim Form in the class action lawsuit styled Brandon Leidel, *et al.* v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, *et al.*, U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:16-cv-80060-KAM (the "Lawsuit"). Your Claim Form was not submitted with documentation sufficient to identify the type and quantity of cryptocurrency held at Cryptsy during the class period. As a result, you do not have a Recognized Claim and will not receive a payment pursuant to the terms of the Settlement Agreement and Plan of Allocation in the Lawsuit.

If you want to contest the rejection of your Claim, you must submit to the address listed below a notice and statement of reasons indicating your grounds for contesting the rejection along with any supporting documentation you believe supports your claim. You also have the right to a review by the Court. Please indicate in your submission if you are requesting a review by the Court. To support your claim, you must submit documentation such as account statements or screenshots of account holdings that sufficiently identify the type and quantity of the cryptocurrency held at Cryptsy during the class period. Your notice contesting the rejection of your Claim must be mailed by **October 5, 2017** to:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

If you have any questions, you may contact the Claims Administrator by mail, email or by calling toll-free:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103
Toll-Free: 1-888-868-4936
Email: info@cryptsysettlement.com
www.cryptsysettlement.com

Unsubscribe

IN WITNESS WHEREOF, the undersigned Uros Gazvoda born in Maribor, Slovenia, 20.10.1985.

I did help Andrej Robnik trading his cryptocurrencies on the Crypts.com platform. I saw that he had over 1000 DASH (among other cryptocurrencies such as AURORA,CANN,LTC,START and some other I cannot recall) on his account with Crypts.com.

I saw that he had his cryptocurrencies frozen (on-hold), and he was unable to move them to his personal digital wallet, even though Crypts officially announced he will be able to transfer them in a day or two.

After couple of days the site Crypts.com was permanently closed and he was unable to access his account anymore. Therefor his remaining cryptocurrencies remain frozen.

Signature: [signature]

Date: 9.21.2017 in Maribor

# POWER OF ATTORNEY

I, the undersigned, ROBNIK ANDREJ
authorise: SELENČEVIH 41
2341 LIMBUŠ, SLOVENIA

to provide legal assistance in accordance with the regulations governing attorneyship and the general terms and conditions for legal services, in particular to represent me in proceedings before courts and other state bodies, to represent me in matters before legal persons, institutions, institutes, civil legal and natural persons, to reach settlements and conclude contracts on my behalf, to legally bind me and to confirm the settlement of my claims.
This Power of Attorney also includes the receipt of decisions and invitations, the applications of counterparties and other letters after the Power of Attorney is granted and in connection with the matter in which the Power of Attorney is given.
The Power of Attorney also includes the acceptance of money and other valuables on behalf of the client and the express authorisation to represent the client in a settlement hearing and to reach a court or out-of-court settlement.
The Power of Attorney *does not* include the verification of data regarding bankruptcy, composition or liquidation proceedings, unless specifically stated in the Power of Attorney.
This Power of Attorney also applies to proceedings before the first and second instance courts.

I specifically authorise the attorney:

Mihaela Klačinski
ODVETNICA
Partizanska cesta 13a, 2000 Maribor

*I confirm* that I am aware that I have to explain all the facts and circumstances in connection with the matter to the attorney and to provide all evidence, upon the signing of the Power of Attorney, that I am familiar with the estimate of the costs of representation and the rough estimate of the outcome of the proceedings and that I have been warned of the consequences if statements and evidence are not presented and submitted by the deadlines defined in regulations or at the request of the attorney.
If I do not present all the facts and provide all the evidence I have within the time limits referred to in the previous paragraph, the attorney is not obliged to represent me or may terminate this Power of Attorney and he/she is not liable for damage caused by my inactivity.
*I undertake* to pay, on request and without any delay, for all legal services according to the attorneys' price list or to a written agreement for legal and business consulting services, as well as for the costs of the work performed.
I accept the charging of services according to a higher or foreign tariff if so defined in the general terms and conditions for legal services or the Attorney Fee Tariff.
Another arrangement for the charging of legal services is only permitted if agreed in writing, in which case, the provisions of this agreement for legal and business consulting services or the latest general terms and conditions for legal services shall apply.
I undertake that in the event of any change to my contact information, I will notify the attorney immediately or within 48 hours of the change about my new data and where to reach me, otherwise the attorney shall not be responsible for damage caused by the submission of incorrect data.
I agree that the attorney sends all his/her correspondence by unregistered mail or to the email address in the statement.
I state that the attorney has familiarised me with the unpredictable outcome of proceedings and that he/she shall only be obliged to provide representation with all professional diligence and does not guarantee success.
In the event of any disputes arising from this Power of Attorney, the authoriser and the authorised person agree that the competent court shall be the court of the registered office of the attorney and that Slovenian law shall be applied.

Maribor, 25.09.2017

Authoriser:

The Power of Attorney and representation accepted by:

Mihaela Klačinski
ODVETNICA
Partizanska cesta 13a, 2000 Maribor

---

# POOBLASTILO

Podpisani: ROBNIK ANDREJ
pooblaščam: SELENČEVIH 41
2341 LIMBUŠ, SLOVENIA

da mi daje pravno pomoč po predpisih o odvetništvu, in splošnih pogojih poslovanja odvetnika, zlasti da me zastopa v postopkih pred sodišči in drugimi državnimi organi, da me zastopa v zadevah pred pravnimi osebami, ustanovami, zavodi, civilnimi pravnimi in fizičnimi osebami, da v mojem imenu sklepa poravnave in pogodbe, da me pravno veljavno zavezuje in potrjuje zadostitev mojih zahtevkov.
Pooblastilo obsega tudi sprejem odločb, vabil, vlog nasprotnih strank in drugih pisanj, potem ko je dano pooblastilo in v zvezi z zadevo, v kateri je pooblastilo dano.
Pooblastilo obsega tudi sprejemanje denarja in drugih vrednosti za stranko in izrecno pooblastilo za zastopanje na poravnalnem naroku in sklenitev sodne ali izvensodne poravnave.
Pooblastilo *ne* obsega preverjanja podatkov o stečajnem postopku, postopku prisilne poravnave ali likvidacijskem postopku, razen če ni to v pooblastilu posebej navedeno.
To pooblastilo velja tako za postopek pred sodiščem I. in II. stopnje.

Odvetnika posebej pooblaščam:

Mihaela Klačinski
ODVETNICA
Partizanska cesta 13a, 2000 Maribor

*Potrjujem*, da me je odvetnik seznanil, da mu moram pojasniti vsa dejstva in okoliščine v zvezi z zadevo in mu predložiti vse dokaze ob podpisu pooblastila, da sem seznanjen s približno oceno stroškov zastopanja in grobo oceno izida postopka in da sem opozorjen na posledice, ki nastanejo v primeru, če navedbe in dokazi niso navedeni in predloženi v rokih, ki jih določajo predpisi ali na poziv odvetnika.
Če odvetniku ne navedem vseh dejstev in predložim dokazov, s katerimi razpolagam v rokih, navedenih v prejšnjem odstavku, odvetnik ni dolžan prevzeti zastopanja oz. lahko pooblastilo odpove, niti ni odgovoren za škodo, ki nastane zaradi moje neaktivnosti.
*Zavezujem se,* da bom poravnal na poziv in brez zamude vse odvetniške storitve po odvetniški tarifi oziroma sklenjenem dogovoru o opravljanju pravnih in poslovno svetovalnih storitev ter stroške in izdatke za izvršena opravila.
Za vsa opravila, za katera splošni pogoji poslovanja odvetnika ali Odvetniška tarifa dopušča obračun storitev po povečani ali tuji tarifi, priznam tudi takšen obračun.
Drugačen dogovor o višini odvetniških storitev je dopusten le v primeru, da je sklenjen pisno, in v tem primeru veljajo določila dogovora o opravljanju pravnih in poslovno svetovalnih storitev oziroma objavljeni splošni pogoji odvetnika.
Zavezujem se, da bom odvetniku v primeru spremembe kontaktnih podatkov, nemudoma, najkasneje pa v roku 48 ur po spremembi podatkov sporočil nove podatke, kjer bom dosegljiv, sicer je odvetnik prost vsakršne odgovornosti za škodo nastalo zaradi neposedovanja točnih podatkov.
Soglašam, da mi odvetnik vsa pisanja posreduje z nepriporočeno poštno pošiljko ali na elektronski naslov naveden v izjavi.
Izjavljam, da me je odvetnik seznanil, da je izid postopka nepredvidljiv in se je zavezal le za zastopanje z vso profesionalno skrbnostjo in ne za uspeh.
Za spore, ki utegnejo nastati iz tega pooblastilnega razmerja, se pooblastitelj in pooblaščenec dogovorita za pristojnost sodišča po sedežu odvetnikove pisarne in uporabo prava Republike Slovenije.

Maribor, dne 25.09.2017

Pooblastitelj

Sprejmem pooblastilo in zastopstvo

Mihaela Klačinski
ODVETNICA
Partizanska cesta 13a, 2000 Maribor

Hello,

Before cryptsy.com got closed, I had over 1000 DASH (dashcoin) on my cryptsy account, along with additional crypto currencies like CANN, AURORA, etc..

Because I no longer have access to my account I cannot provide exact numbers.

Hopefully I will receive a full refund of all the currencies I had with your service.

Best Regards,

Andrej Robnik

Manuel SIGNORET                     TOULOUSE le 26 March 2017

4, rue de la Concorde

31000 TOULOUSE

FRANCE

+33 06 86 87 23 98

baloy09@sfr.fr

Mister,

I had around **35 Dash** in Cryptsy account "Iksarrow" with associated email "baloy09@sfr.fr" (or "baloy09@gmx.fr").

I have no proove of that I am afraid. But you can maybe verify this using the locked Cryptsy website. I can provide the password if required.

As the Dash value is today around 100 $ ! I decided to claim what I can.

Regards,

MS.

**EXHIBIT 2**

Mr SIGNORET Manuel  
4 rue de la Concorde  
31000 TOULOUSE  
FRANCE  
(+33) 06 86 87 23 98  

TOULOUSE le 24/09/2017

Dear Sirs,

I am unable to provide any proove of how many type and quantity cryptocurrencies I owned in Cryptsy account. I was using this website in confiance without recording or printing any receipt or screenshoot.

So my claim has been rejected :

----------------

CRYPTSY CRYPTOCURRENCY SETTLEMENT  
CLAIM DEFICIENCY LETTER

DATE: SEPTEMBER 15, 2017

MANUEL SIGNORET  
CLAIM NUMBER: 6207024

You submitted a Claim Form in the class action lawsuit styled Brandon Leidel, et al. v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, et al., U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:16-cv-80060-KAM (the "Lawsuit"). Your Claim Form was not submitted with documentation sufficient to identify the type and quantity of cryptocurrency held at Cryptsy during the class period. As a result, you do not have a Recognized Claim and will not receive a payment pursuant to the terms of the Settlement Agreement and Plan of Allocation in the Lawsuit.

If you want to contest the rejection of your Claim, you must submit to the address listed below a notice and statement of reasons indicating your grounds for contesting the rejection along with any supporting documentation you believe supports your claim. You also have the right to a review by the Court. Please indicate in your submission if you are requesting a review by the Court. To support your claim, you must submit documentation such as account statements or screenshots of account holdings that sufficiently identify the type and quantity of the cryptocurrency held at Cryptsy during the class period. Your notice contesting the rejection of your Claim must be mailed by October 5, 2017 to:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

If you have any questions, you may contact the Claims Administrator by mail, email or by calling toll-free:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103
Toll-Free: 1-888-868-4936
Email: info@cryptsysettlement.com
www.cryptsysettlement.com

-----------------

I think that my account held around 35 DASH, if my memory is good.

I give you all my documentation for log in my account and check it.

ID : **Iksarrow** (with a cap "i" at beginning)

Password : ███████

Also some security words : ████████████████████████
████████

With this new documentation I am requesting a review by the Court.

I understand that if Cryptsy records have been destroyed or are unreacheable, there is no hope for my claim. And this letter will be my last try. If it is the case thank you anyway for the action.

Best regards,

MS

*[signature]*

IP ***1,30 EUR
FRANCE
LETTRE PRIO INTER
LA POSTE

39002A-01
26-09-17

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

ETATS UNIS D'AMERIQUE

1910381528 C089

| | |
|---|---|
| **From:** | Michael Pisnoy <mpisnoy@miladisplays.com> |
| **Sent:** | Monday, May 22, 2017 1:13 PM |
| **To:** | info@cryptsysettlement.com |
| **Subject:** | RE: Cryptsy Cryptocurrency Settlement |
| **Attach:** | Cryptsy Claim Form.pdf |

Thank you very much for this.

Attached is the claim form.

As it is not possible for me to access the Cryptsy account, I cannot provide exact dates of holdings. If you have a way for me to log in please let me know.

Thanks again,
Michael

Michael Pisnoy
516-639-0211

**From:** info@cryptsysettlement.com [mailto:info@cryptsysettlement.com]
**Sent:** Monday, May 22, 2017 12:13 PM
**To:** Michael Pisnoy
**Subject:** RE: Cryptsy Cryptocurrency Settlement

Thank you for your inquiry. Attached is the claim form. You must submit a claim in order to be eligible to receive settlement benefits. You can submit your claim by completing and returning the attached claim form. The deadline to file a claim was May 17, 2017. We'll receive late claims, but it will be up to the parties and/or the Court to determine whether late claims will be accepted.

Thank you,

Cryptsy Settlement
Settlement Administrator
www.cryptsysettlement.com

**From:** Michael Pisnoy [mailto:mpisnoy@miladisplays.com]
**Sent:** Thursday, May 18, 2017 1:42 PM
**To:** info@cryptsysettlement.com
**Subject:** Cryptsy Cryptocurrency Settlement

To whom it may concern,

I had a Cryptsy account and was just informed today that there was a lawsuit/settlement.
I was unaware of any correspondence until I saw a notice on a website.

It seems that yesterday was the deadline to submit a claim.

Is it possible to still do this?

EXHIBIT 3

Thanks,
Michael

Michael Pisnoy
516-639-0211

| | | |
|---|---|---|
| Your claim must be submitted or postmarked by: **May 17, 2017** | **PROOF OF CLAIM AND RELEASE** | **CRYPTSY** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly
Situated,

   Plaintiffs,
v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation,
and KAUSHAL MAJMUDAR,
an individual,

   Defendants.
_____/

## I.  GENERAL INSTRUCTIONS

  1. To recover as a Member of the Class based on your claims in the action entitled *Leidel et al. v. Project Investors, Inc. et al.* (the "Litigation"), you must complete and, on page 5 hereof, sign this Proof of Claim and Release form, and include the required supporting documents. If you fail to submit a timely and properly addressed (as set forth in paragraph 3 below) Proof of Claim and Release form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed settlement.

  2. Submission of this Proof of Claim and Release form, however, does not assure that you will share in the proceeds of the settlement of the Litigation.

  3. **YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE FORM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, NO LATER THAN MAY 17, 2017, ADDRESSED AS FOLLOWS:**

*Cryptsy* Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

1

If you are NOT a Member of the Class (as defined in the Notice of Proposed Settlement of Class Action ("Notice") DO NOT submit a Proof of Claim and Release form.

> 4. If you are a Member of the Class and you did not timely request exclusion in response to the Notice of Proposed Settlement dated February 16, 2017, you are bound by the terms of any judgment entered in the Litigation, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM AND RELEASE FORM.

## II. CLAIMANT IDENTIFICATION

You may submit a Claim if you are a member of the Class. You are a member of the Class if between November 1, 2015 and June 2, 2017, you were a Cryptsy account holder, and held at Cryptsy Bitcoins, alternative cryptocurrencies, or any other form of monies or currency that you are unable to access, trade or otherwise obtain, your cryptocurrency.

Use Part A of this form entitled "Claimant Identification" to yourself.

You must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III. CLAIM FORM

Use Part B of this form entitled "Schedule of Holdings" to supply all required details of your holdings at Cryptsy between November 1, 2015 and June 2, 2017. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to all of your holdings. You must also provide proof of your holdings, such as an account statement, screen shots, trade verifications or other documents that establish that you held such cryptocurrency at Cryptsy between November 1, 2015 and June 2, 2017. Failure to report all such transactions may result in the rejection of your claim.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All claimants MUST submit a manually signed paper Proof of Claim and Release form whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at 1-888-868-4936 to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

| Your claim must be submitted or postmarked by: **May 17, 2017** | **PROOF OF CLAIM AND RELEASE** | CRYPTSY |

**PART A: CLAIMANT IDENTIFICATION**

| Pisnoy | | Michael |
|---|---|---|
| LAST NAME | M.I. | FIRST NAME |

| 516-639-0211 | mpisnoy@miladisplays.com |
|---|---|
| TELEPHONE NUMBER | EMAIL ADDRESS |

**U.S. RESIDENT**

| 108 Carstairs Road | Valley Stream | New York | 11581 |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP |

[REDACTED]
SOCIAL SECURITY NUMBER **OR** TAXPAYER ID

**FOREIGN CLAIMANT**

| | | |
|---|---|---|
| ADDRESS | CITY | FOREIGN PROVINCE |

| | |
|---|---|
| FOREIGN POSTAL CODE | FOREIGN COUNTRY NAME/ABBREVIATION |

| | |
|---|---|
| Passport Number or Personal Identification Number, and country where issued.  Please provide a complete copy of your passport and any other personal identification you may have. | DATE OF BIRTH (Day/Month/Year) |

3

## PART B: SCHEDULE OF HOLDINGS

| TYPE OF CRYPTOCURRENCY | DATE PURCHASED/ QUANTITY PURCHASED | QUANTITY HELD BETWEEN 11/1/2015 AND THE PRESENT DATE |
|---|---|---|
| Dogecoin - "DOGEPIZ" account (Diamond685 password) username "10 DOGE PIZ" | 1,000,000+ (no access to account history) | 1,000,000+ |
|  |  |  |
|  |  |  |

Please identify any redemptions, returns, transfers or any other return or recovery of money or cryptocurrencies that you have already received associated with your holdings at Cryptsy held between November 1, 2015 and June 2, 2017. Such would include, but not be limited to, recoveries from claims and/or lawsuits that you threatened or filed, or any other source. For each return/recovery of money or cryptocurrencies, provide the date you received same, from whom you received same, and the amount of money or cryptocurrencies recovered/returned.

Date             Amount                    From Whom Did You Receive

_____       _____                _____

_____       _____                _____

_____       _____                _____

### IV.   SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim and Release under the terms of the Settlement Agreement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of Florida, with respect to my (our) claim as a Class Member and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same Cryptsy holdings and know of no other person having done so on my (our) behalf.

### V.   RELEASE

1.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims the "Released Party," which means Defendants Nettles, Ridgewood Investments, Inc., and Kaushal "Ken" Majmudar, their heirs, executors, administrators, attorneys, representatives, successors and assigns, predecessors, subsidiaries, divisions, affiliates, branches, insurers, agencies, their officers and all related companies and their respective present, and former shareholders, officers, trustees, agents, insurers, representatives, attorneys, fiduciaries, administrators, directors, supervisors, managers and employees , but **expressly excludes** the Cryptsy Defendants (including without limitation natural any persons, firms, corporations, officers, directors, shareholders, limited liability companies, members, managers, joint ventures, joint stock companies, unincorporated organizations, agencies, bodies, associations, partnerships, limited liability partnerships, partners, and

4

their predecessors, successors, administrators, executors, heirs and assigns that were or are affiliated or associated in any way with Cryptsy and/or Vernon) and any other person or entity not yet sued in the Action by Plaintiffs and Receiver, including but not limited to Defendant Paul Vernon.

    2. "Released Claims" means any individual, class, representative, group or collective claim, liability, right, demand, suit, matter, obligation, damage, loss, action or cause of action, of every kind and description, that a Releasing Party has or may have, including assigned claims, whether known or unknown, asserted or unasserted, latent or patent, that is, has been, could reasonably have been or in the future might reasonably be asserted by the Releasing Party either in the Court or any other court or forum, regardless of legal theory, and regardless of the type of relief or amount of damages claimed, against any of the Released Party, arising from allegations in the Action and occurring, prior to August 15, 2016 as to Defendant Nettles and prior to entry of the Final Approval Order and Entry of Judgment by the Court as to Defendants Ridgewood Investments, Inc., and Kaushal "Ken" Majmudar.

    3. This release shall be of no force or effect unless and until the Court approves the Settlement Agreement and the Settlement Agreement becomes effective on the Effective Date (as defined in the Settlement Agreement).

    4. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

    A. I (We) hereby warrant and represent that I (we) have included the information requested about all of Cryptsy holdings which are the subject of this claim.

    B. I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Proof of Claim and Release form by the undersigned is true and correct.

Executed this __22__ day of __May__ in __Valley Stream, NY 11581__
                                                                       (city, state zip)

_[signature]_____    _____
(Sign your name here)                             (Sign your name here)

Michael Pisnoy
_____    _____
(Type or print your name here)        (Type or print your name here)

Purchaser
_____    _____
Capacity of Person Signing               Capacity of Person Signing
(e.g., Beneficial Purchaser, Executor or    (e.g., Beneficial Purchaser, Executor or
Administrator)                                  Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.**

**THANK YOU FOR YOUR PATIENCE.**

**<u>REMINDER CHECKLIST</u>**

1. Please sign the above release and declaration.
2. If this Claim is being made on behalf of Joint Claimants, then both must sign.
3. Remember to attach copies of supporting documentation.
4. Do not send original documents.
5. Keep a copy of your claim form and all supporting documentation for your records.
6. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.
7. If you move, please send your new address to the address below.
8. Do not use red pen or highlighter on the Proof of Claim and Release form or supporting documentation.

**THIS PROOF OF CLAIM AND RELEASE MUST BE SUBMITTED ONLINE, OR IF MAILED, POSTMARKED NO LATER THAN MAY 17, 2017 ADDRESSED AS FOLLOWS:**

CRYPTSY CLAIMS ADMINISTRATOR
ATTN: PROOF OF CLAIM
1801 MARKET STREET, SUITE 660
PHILADELPHIA, PA 19103

**Michael Pisnoy**

| | |
|---|---|
| **From:** | Cryptsy Cryptocurrency Settlement <info=cryptsysettlement.com@worldsecuresystems.com> on behalf of Cryptsy Cryptocurrency Settlement <info@cryptsysettlement.com> |
| **Sent:** | Friday, September 15, 2017 11:10 AM |
| **To:** | Michael Pisnoy |
| **Subject:** | Cryptsy Settlement – Deficiency Notice |

## CRYPTSY CRYPTOCURRENCY SETTLEMENT
## CLAIM DEFICIENCY LETTER

DATE: SEPTEMBER 15, 2017

MICHAEL PISNOY
CLAIM NUMBER: POT000178

You submitted a Claim Form in the class action lawsuit styled <u>Brandon Leidel, et al. v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, et al.</u>, U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:16-cv-80060-KAM (the "Lawsuit"). Your Claim Form was not submitted with documentation sufficient to identify the type and quantity of cryptocurrency held at Cryptsy during the class period. As a result, you do not have a Recognized Claim and will not receive a payment pursuant to the terms of the Settlement Agreement and Plan of Allocation in the Lawsuit.

If you want to contest the rejection of your Claim, you must submit to the address listed below a notice and statement of reasons indicating your grounds for contesting the rejection along with any supporting documentation you believe supports your claim. You also have the right to a review by the Court. Please indicate in your submission if you are requesting a review by the Court. To support your claim, you must submit documentation such as account statements or screenshots of account holdings that sufficiently identify the type and quantity of the cryptocurrency held at Cryptsy during the class period. Your notice contesting the rejection of your Claim must be mailed by **October 5, 2017** to:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

If you have any questions, you may contact the Claims Administrator by mail, email or by calling toll-free:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103
Toll-Free: 1-888-868-4936
Email: info@cryptsysettlement.com
www.cryptsysettlement.com

Unsubscribe

1

Michael Pisnoy

108 Carstairs Road

Valley Stream, New York 11581					September 25, 2017

CLAIM NUMBER: POT000178

                Cryptsy Cryptocurrency Litigation
                        Claims Administrator
                1801 Market Street, Suite 660
                    Philadelphia, PA 19103

Dear Claims Administrator:

I contest this rejection.

Do you have access to my Cryptsy accounts?

It is not possible for me to access my Cryptsy accounts due to the shutdown of the website.

Cryptsy had / has my property.

How can you say I did not have Dogecoin in my accounts unless you do have access and can prove this to me. I had over 1,000,000

I request disclosure of any and all information and documentation related to individual accounts, and their access and details that will allow me to prove my contention.

Sincerely,

*[signature]*

Michael Pisnoy

PISNOY
108 Carstans Road
Valley Stream, NY 11581



Cryptsy Cryptocurrency Litigation
Claims Administrator
1801 Market Street
Suite 660
Philadelphia, PA 19103