UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
et al.,

      Defendants.
_____/

## ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

This matter is before the Court upon the Stipulation for Substitution of Counsel filed December 4, 2017 [DE 134]. Having reviewed the Stipulation, and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that Wites & Kapetan, P.A. is hereby substituted for Marc A. Wites and the Wites Law Firm as attorneys of record for Plaintiffs in the above-captioned litigation, and that Wites & Kapetan, P.A. is hereby relieved and discharged of any and all further responsibility with regard to this matter.

The Clerk of Court is hereby directed to remove Wites & Kapetan, P.A. from the electronic service list and to remove them from the docket and records for this case, and shall substitute Marc A. Wites and the Wites Law Firm in place of Wites & Kapetan, P.A.

**DONE AND ORDERED** this 5th day of December, 2017, in West Palm Beach, Florida.

                                                HONORABLE KENNETH A. MARRA
                                                UNITED STATES DISTRICT COURT JUDGE