UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of all others similarly
situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

    Defendants.
_____/

## ORDER PLAINTIFFS' MOTION FOR REVIEW OF DENIED CLAIMS

THIS CAUSE comes before the Court pursuant to Plaintiffs' Motion for Review of Denied Claims (the "Motion") [DE 135]. The Court has considered the Motion, and is otherwise fully advised in the premises.

On June 13, 2017, this Court entered its Final Order Approving Settlement, Approving Proposed Allocation of Settlement Funds, Approving Class Counsel's Application for Attorney's Fees, Expenses and Incentive Awards for Class Representatives, and Final Judgment ("Final Approval Order") [DE 118]. The parties' Settlement Agreement provides that claimants may seek this Court's review if their claim is denied. The Claims Administrator and Class Counsel determined that certain claims must be denied because the respective claimants did not satisfy the requirements of the claims process, and seven persons whose claims were denied

subsequently sought review of such denial as set forth in the Settlement Agreement at Section IV(B)(4)(f) and (g)(D.E. 96-1). The Court has reviewed the Motion and the documentation concerning such denied claims that are attached to the Motion at Exhibits 1-7. It is hereby **ORDERED AND ADJUDGED** as follows: *The claims are denied.* KAM

_____

_____

_____

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 20th day of December, 2017.

_____
**HONORABLE KENNETH A. MARRA**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to: Counsel and parties of record