UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:16-cv-80060-MARRA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All Others Similarly Situated,

      Plaintiffs,
v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF DISTRIBUTION OF SETTLEMENT FUNDS**

Plaintiffs Brandon Leidel and Michael Wilson, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") hereby file this Notice of Distribution of Settlement Funds. The purpose of the Notice is threefold.

First, Plaintiffs wish to alert the Court that the Claims Administrator has now completed its review of all claims, many of which required additional work over the last few months based on supplements filed by many Class members.

Second, Plaintiffs, through Counsel, discovered on January 16, 2018 a mathematical error in Plaintiffs' August 28, 2017 Unopposed Motion to Distribute Settlement Funds ("Motion to Distribute").[1]  That error did not result in the improper distribution of any monies to any person

---

[1] The Court granted the Motion to Distribute on October 6, 2017. *See* Order Granting Unopposed Motion to Distribute Settlement Funds (D.E. 129).

or entity. However, as a result of the error, the amount of monies available for distribution to the Class was not accurately reflected in the August 28, 2017 Motion to Distribute; Plaintiffs correct that error here.

Third, since the filing of Plaintiffs' Motion to Distribute, the Receiver has incurred certain trailing expenses, which increased the previously reported Receiver Expenses from $103,035.73 to $103,922.14.

Plaintiffs further state as follows:

**CLAIMS ADMINISTRATOR AND CLASS COUNSEL REVIEW OF CLAIMS**

1. A total of 1,849 claims were submitted in this class action settlement. On September 15, 2017, the Claims Administrator, as required by the Settlement Agreement, provided additional notice to certain claimants that their claims were deficient, and afforded such persons the opportunity to submit additional information. 138 class members responded to that additional notice; and of those persons, 70 submitted additional information and documentation.

2. As part of this process, Plaintiffs, through counsel, requested that the Court review certain claimants' claims which had been denied. *See* Motion for Review of Denied Claims (D.E. 135). On December 20, 2017, the Court issued an Order affirming the denial of such claims. *See* Order at DE 137.

3. On January 8, 2018, the Claims Administrator completed its review of the supplemental claims submissions,[2] and Class Counsel has reviewed and confirmed the Claims Administrator's calculations.

---

[2] The Claims Administrator also conducted another round of additional outreach to Class Members that submitted valid claims to obtain documents required by the Settlement Agreement to establish their identity (*e.g.,* identification cards and passports), and continues to receive and process such documents.

**NET SETTLEMENT AMOUNT FOR DISTRIBUTION**

4. On August 28, 2017, Plaintiffs filed their Unopposed Motion to Distribute Settlement Funds (the "Motion to Distribute") (D.E. 127), a copy of which is attached hereto as Exhibit A. As set forth therein, Plaintiffs' Counsel reported to the Court that the total Settlement Fund is $1,512,505.56. That number is correct. *See* Motion to Distribute at p. 2.

5. Plaintiffs also detailed in the Motion to Distribute all of the attorney's fees, costs and expenses, and the net amount of the settlement fund available for distribution to the Class. *See* Motion to Distribute at p. 3. In so doing, Plaintiffs detailed, as set forth in the Settlement Agreement approved by the Court, that the total amount of attorney's fees to be paid to both counsel for the Class and the Receiver was 33.33% of the total Settlement Fund. *Id.* at p. 3. The Motion to Distribute disclosed that of that calculation, $336,061.92 would be paid to Class Counsel, and $168,056.17 would be paid to Receiver's Counsel. *Id.* at p. 3 and n. 1. Those numbers are also correct. However, while the deductions from the Total Settlement Fund included: (a) the amount to be paid from Class Counsel, and (b) the second payment made to Receiver's Counsel, the deductions did not include (c) the first payment that had been made with Court approval to Receiver's counsel of $121,808.50.

6. While the Motion to Distribute was reviewed, prior to its filing, by all counsel for the Class, the Receiver (as well as the Receiver's counsel), and counsel for Defendants, that mathematical error was not discovered. However, on January 16, 2018, in connection with preparations to distribute the settlement monies to the Class, the error was discovered.

7. As a result, while all of the monies to be deducted from the Settlement Fund were included in and disclosed in the Motion to Distribute, the first payment to Receiver's Counsel of $121,808.50 was not deducted. When that deduction is included, and the few additional

expenses incurred by the Received are included, the Net Settlement Fund for Distribution to the Settlement Class is $797,900.73, as forth below:

| DESCRIPTION | AMOUNT |
|---|---|
| Settlement Fund | $1,512,505.53 |
| Class Counsel's Attorney's Fees (33.33% of the Settlement Fund, less the amount of attorney's fees paid to the Receiver through the conclusion of this matter, which is ($1,512,505.53 x 33.33%) – ($168,056.17) = $336,061.92 | $336,061.92 |
| Class Counsel's Expenses | $20,250.85 |
| Receiver's First Submission for Attorney's Fees | $121,808.50 |
| Receiver's Final Submission for Attorney's Fees | $46,247.67 |
| Receivership Expenses, including advertisement, appraisal fees, computer forensics, storage, settlement website development and maintenance, etc. | $103,922.14 |
| Expense Reserve for professional accountant fees to be incurred by Receiver to prepare Receivership estate's tax filings | $25,000.00 |
| Notice and Claims Administration Expenses to be Paid to Angeion Group | $61,313.72 |
| **NET SETTLEMENT FUND** for Distribution to the Settlement Class | $797,900.73 |
| **EXPECTED BALANCE** | **$0.00** |

8. Finally, as previously reported in the Motion to Distribute, in the event there are excess funds remaining after the distribution of the net settlement fund, the parties will notify the Court and seek appropriate authorization to donate such monies to a charity as provided in the respective Settlement Agreements at Section II(C)(5).

Respectfully submitted,

**/s/ Marc A. Wites**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@wklawyers.com
WITES LAW FIRM
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Phone: (954) 933-4400
**Attorneys for Plaintiffs and the Class**

- and -

SILVER MILLER
11780 W. Sample Road
Coral Springs, Florida 33065
Phone: (954) 516-6000
By: **/s/ David C. Silver**
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this 20th day of January, 2018, using the CM/ECF system, and that a true and correct copy will be served in accordance with the Federal Rules of Civil Procedure and/or the District's Local Rules and procedures to: **PROJECT INVESTORS, INC. d/b/a Cryptsy c/o Paul Vernon, President and Registered Agent**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: support@cryptsy.com**; PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com; **MARK A. LEVY, ESQ.**, BRINKLEY MORGAN, *Counsel for Defendant Lorie Ann Nettles*, 200 East Las Olas Blvd. - 19th Floor, Fort Lauderdale, FL 33301; E-mail: Mark.Levy@brinkleymorgan.com; **PATRICK J. RENGSTL, ESQ.**, PATRICK J. RENGSTL, P.A., *Counsel for the Receiver*, 7695 SW 104th Street - Suite 210, Miami, FL 33156; E-mail: pjr@rengstl-law.com; and **JOSE G. SEPULVEDA, ESQ.**, STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., *Counsel for Defendants Ridgewood Investments, Inc., and Kaushal Majmudar*, 150 W. Flagler Street, Suite 2200, Miami, FL 33130; E-mail: JSepulveda@stearnsweaver.com.

                  */s/ Marc A. Wites*
                  Marc A. Wites