UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, and  
MICHAEL WILSON, individually,  
and on behalf of All others Similarly Situated,

   Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a  
CRYPTSY, a Florida corporation,  
PAUL VERNON, an individual,  
LORIE ANN NETTLES, an individual,  
RIDGEWOOD INVESTMENTS, INC,  
a New Jersey corporation, and  
KAUSHAL MAJMUDAR, individually,

   Defendants.  
_____/

CASE NO. 9:16-cv-80060-KAM

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Samuel A. Lewis of Cozen O'Connor hereby enters his appearance as counsel for non-party movant, North Field Technology Ltd. ("North Field Tech"), and respectfully requests that all notices, correspondence, pleadings, and other papers pertaining to this case be directed to the undersigned.

Dated:  September 1, 2020.

Respectfully submitted,

   s/ Samuel A. Lewis  
By:_____  
  Samuel A. Lewis / Fla. Bar No. 55360  
  E-mail:  slewis@cozen.com  
  COZEN O'CONNOR  
  Southeast Financial Center  
  200 South Biscayne Blvd., Suite 3000  
  Miami, Florida 33131  
  Phone:  305-704-5940

  *Counsel for North Field Tech*