UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80060-KAM

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## ORDER APPROVING ASSIGNMENT AND CLARIFYING FINAL JUDGMENT AGAINST DEFENDANT PAUL VERNON

THIS MATTER came before the Court upon the motion of Plaintiffs Brandon Leidel and Michael Wilson, individually, and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), for approval of an Assignment of the Final Judgment against Defendant Paul Vernon (DE 123) (the "Judgment") and clarification of the Judgment. Having reviewed the pleadings and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES as follows:

1. The motion of Plaintiff Class for approval for the assignment of the Judgment and for clarification of the Judgment (DE 139) is hereby GRANTED.

2. Consistent with the Assignment, North Field Tech shall have the right to enforce the Judgment.

3. The terms of the Judgment rendered July 27, 2017 (the "Judgment") remain unchanged, but are clarified as follows:

   a. The Judgment declared that 11,325.0961 Bitcoin which were stolen from Cryptsy customers on July 29, 2014 and, as of the date of the Judgment, were stored in the cryptocurrency or digital wallets identified in the table below. The 11,325.0961 Bitcoin is the property of the Plaintiff Class as provided in the Judgment:

| # | Wallet | Amount of Bitcoin Stored in Wallet |
|---|---|---|
| 1 | 18E3AWaadnUPQ1aMpfEoyTXN49NYAZzbpD | 1,000 BTC |
| 2 | 1DSxcqygQ69MxRc8oW94kQjWHzMb4BYsnG | 1,000 BTC |
| 3 | 1LwZYCt8dDhZDMd6uXGMwVsmWPXW9eX9Ww | 1,000 BTC |
| 4 | 13nAJw8jw7BiYKLnad9YGdPxybK9mgPkM6 | 1,000 BTC |
| 5 | 1DqCNwUffFTxULH8crehynw53TwrHnrv1c | 1,000 BTC |
| 6 | 1AWdxqABYiDxcY1sxzPzEotvjFjq8NUY8Z | 1,000 BTC |
| 7 | 18nb1NQCeoZLucMdrNdu2wb7jcyDvSgr3Y | 1,000 BTC |
| 8 | 13QxkdrhfeQ6aCF4TBWg8knQGBmiwL2rpV | 0.0961 BTC |
| 9 | 17nmFFPSANbPGgdtoEEuc6xbHoaP1n6ZBb | 1,000 BTC |
| 10 | 14nzbWNMPjmvwy96uuFVXtj6VgChJtHvU9 | 1,000 BTC |
| 11 | 1315LzDFcBLDBKgVAr4ZhCkcT5GXivpiuj | 1,000 BTC |
| 12 | 1KBy6MvcBb2qQRS5fQT92o2c5Dq2W6ygx4 | 1,325 BTC |
|  | TOTAL | 11,325.0961 BTC |

   b. Since the entry of the Judgment, the Bitcoin blockchain forked numerous times, and with each such fork, each of the wallet addresses identified in the table above were awarded forked assets. These forked assets include amounts of Bitcoin Cash (BCH), Bitcoin Gold (BTG), Bitcoin Diamond (BCD), Super Bitcoin (SBTC), Bitcoin2 (BTC2), Bitcoin Private (BCTP), Bitcoin Dark

    (BTCD), and Bitcoin SV (BSV) equivalent to the amount of BTC in each of the wallets in the table above.  The forked assets also include an amount of Bitcore (BTX) equal to one-half the amount of amount of BTC identified as being in each of the wallets listed in the table above.

   c. Plaintiff Class are entitled to recover all of the BTC identified in the table above from the corresponding wallets identified above, and an equivalent amount of BCH, BTG, BCD, SBTC, BCT2, BCTP, BTCD, and BSV associated with each of the wallets.  Plaintiff Class are also entitled to recover an amount of BTX equal to one half of the amount of BTC associated with each of the wallet addresses above.

  4. The Court reserves jurisdiction to enter further orders that are proper to compel Defendant Vernon to complete all procedures in execution of the Judgment, and to otherwise facilitate the efforts of or taken on behalf of Plaintiff Class to recover the BTC and forked assets identified above.

  DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 18th day of September, 2020.

                KENNETH A. MARRA
                United States District Judge