UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, and
MICHAEL WILSON, individually,
and on behalf of All others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

       Defendants.
_____/

CASE NO. 9:16-cv-80060-KAM

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John J. Sullivan of the law firm of Cozen O'Connor, 3 World Trade Center, 175 Greenwich Street, 55th Floor, New York, New York 10007, 212-453-3729, for purposes of appearance as co-counsel on behalf of North Field Technology Ltd. ("North Field Tech") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John J. Sullivan to receive electronic filings in this case, and in support thereof states as follows:

    1.    John J. Sullivan is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar for the State of New York, the Bar of the State of New Jersey,

the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

2. Movant, Samuel A. Lewis, Esquire, of the law firm of Cozen O'Connor, 200 South Biscayne Boulevard, Suite 3000, Miami, Florida 33131, 305-704-5940, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, John J. Sullivan has made payment of this Court $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. John J. Sullivan, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John J. Sullivan at email address: JSullivan@cozen.com.

WHEREFORE, Samuel A. Lewis respectfully moves this Court to enter an Order authorizing John J. Sullivan to appear before this Court on behalf of North Field Technology Ltd., for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John J. Sullivan.

Date: March 11, 2021                              Respectfully submitted,


                                                By:  *s/ Samuel A. Lewis*
                                                    Samuel A. Lewis / Fla. Bar No. 55360
                                                    E-mail: slewis@cozen.com
                                                    COZEN O'CONNOR
                                                    Southeast Financial Center
                                                    200 South Biscayne Blvd., Suite 3000
                                                    Miami, Florida 33131
                                                    Phone: 305-704-5940

                                                    ***Counsel for North Field Technology Ltd.***