# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, and                                     CASE NO. 9:16-cv-80060-KAM
MICHAEL WILSON, individually,
and on behalf of All others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

       Defendants.

_____/

## <u>CERTIFICATION OF JOHN J. SULLIVAN</u>

John J. Sullivan, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission,

Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the

Local Rules of the United States District Court for the Southern District of Florida; (2) I am a

member in good standing of the Bar for the State of New York, the Bar of the State of New Jersey,

the United States District Court for the Southern District of New York, the United States District

Court for the Eastern District of New York, the United States District Court for the Northern District

of New York, the United States District Court for the District of New Jersey, the United States

Court of Appeals for the Second Circuit, and the United States Supreme Court; and (3) I have not

filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
John J. Sullivan

### Appellate Division of the Supreme Court
### of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# John Joseph Sullivan

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 10, 1997, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on December 29, 2020

Clerk of the Court

9264