UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,
and on behalf of All others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

        Defendants.
_____/

CASE NO. 9:16-cv-80060-KAM

**PLAINTIFFS' AND ASSIGNEE'S UNOPPOSED MOTION TO APPROVE
AMENDED ASSIGNMENT OF FINAL DEFAULT JUDGMENT
<u>AGAINST DEFENDANT PAUL VERNON</u>**

Plaintiff Brandon Leidel, individually, and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field"), respectfully seek this Court's approval of a minor amendment clarifying the terms of the assignment of the Final Default Judgement Against Defendant Paul Vernon [ECF No. 123] (the "Judgment") to North Field. In support of this Motion, Plaintiff Class and North Field respectfully show the Court as follows:

The Court's Judgment authorized Plaintiff Class to recover, *inter alia,* 11,325.0961 Bitcoin that were stolen from Cryptsy customers on July 29, 2014 (the "Stolen Bitcoin"). The Court's Judgment identified both the amounts of Stolen Bitcoin and the wallets where those assets were stored at the time.

On September 18, 2020, the Court approved the Plaintiff Class's assignment of the Judgment to North Field to pursue efforts to collect the Stolen Bitcoin on a contingency, non-recourse basis. [ECF No. 142]. The terms and conditions for the contingency arrangement are spelled out in an Assignment Agreement between the Plaintiff Class and North Field, which Assignment Agreement was approved by the Court on September 18, 2020. [ECF No. 139-1].

In the intervening months, North Field and counsel for the Plaintiff Class identified an ambiguity in the terms of the Agreement that both parties desire to clarify. Counsel for the Plaintiff Class and for North Field have reviewed the attached Amendment to the Assignment Agreement, which clarifies the definition of "recoveries", and both parties agree to the revised definition contained in the Amendment to the Agreement. The revised definition of "recoveries" makes clear that such recoveries include all assets subject to the Judgment regardless of their form (e.g. cash, digital assets, or otherwise) and all methods of recovery, including but not limited to recovery through an action to enforce the Judgment, a settlement agreement with any party subject to the Judgment, a forfeiture action, or other means by which assets subject to the Judgment are recovered by or on behalf of the Plaintiff Class. The proposed change reflects the original intention of the parties, and does not negatively impact, decrease, or otherwise change any recovery available to the Class in the event of a recovery. A copy of the Amendment to the Assignment Agreement is attached for the Court's review and approval as Exhibit 1.

WHEREFORE, Plaintiff Class and North Field respectfully request that this Court enter an Order approving the Amendment to the Assignment Agreement.

Respectfully submitted,

By: *s/David C. Silver*  
    David C. Silver / Fla. Bar No. 572764  
    E-mail:  DSilver@SilverMillerLaw.com  
    Jason S. Miller / Fla. Bar No. 72206  
    E-mail:  JMiller@SilverMillerLaw.com  
    SILVER MILLER  
    11870 w. Sample Road  
    Coral Springs, Florida 33065  
    Phone:  954-516-6000  

    - and -

    Marc A. Wites / Fla. Bar No. 24783  
    E-mail:  mwites@wklawyers.com  
    WITES LAW FIRM, P.A.  
    4400 N. Federal Highway  
    Lighthouse Point, Florida 33064  
    Phone:  954-933-4400  

*Counsel for Plaintiff Class*

By: *s/Samuel A. Lewis*  
    Samuel A. Lewis / Fla. Bar No. 55360  
    E-mail:  slewis@cozen.com  
    COZEN O'CONNOR  
    Southeast Financial Center  
    200 South Biscayne Blvd., Suite 3000  
    Miami, Florida 33131  
    Phone:  305-704-5940  

    - and -

    L. Barrett Boss  
    E-mail:  bboss@cozen.com  
    John Sullivan  
    E-mail:  jsullivan@cozen.com  
    Jonathan Grossman  
    E-mail:  jgrossman@cozen.com  
    Kara L. Kapp  
    E-mail:  kkapp@cozen.com  
    COZEN O'CONNOR  
    1200 19th Street NW, 3rd Floor  
    Washington, D.C. 20036  
    Phone:  202-912-480  

*Counsel for North Field Tech*