# EXHIBIT 1

# AMENDMENT
# TO
# ASSIGNMENT AGREEMENT

THIS AMENDMENT (this "Amendment") made as of the 11 day of March, 2021, to the Assignment Agreement (the "Assignment Agreement") entered into between the Plaintiff Class (as defined in the Assignment Agreement) ("Assignor") and North Field Technology Ltd., an Antiguan International Business Corporation ("Assignee").

## BACKGROUND

WHEREAS, Assignor and Assignee are parties to the Assignment Agreement;

WHEREAS, on September 18, 2020, the Court rendered an Order that *inter alia* clarified the Judgment, and confirmed that the Plaintiff Class is entitled to recover all BTC identified in the Judgment and an equivalent amount of BCH, BTG, BCD, SBTC, BCT2, BCTP, BTCD and BSV associated with each of the specifically-identified electronic wallets (all of the foregoing, the "Subject Digital Currencies"); and

WHEREAS, Assignor and Assignee desire to amend the Assignment Agreement as provided below.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the undersigned, intending to be legally bound, hereby amend the Assignment Agreement as follows:

1. The definition of "Subject Digital Currencies" is hereby amended as provided in the second recital above.

2. Section 2(d)(ii) of the Assignment Agreement is hereby amended and restated as follows: "(ii) "Recoveries" means all amounts (whether in the form of cash, Subject Digital Currencies or otherwise) that are recovered by or on behalf of the Assignor with respect to some or all of the assets subject to the Judgment, whether through enforcement of the Judgment, through a settlement with any party subject to the Judgment, through a forfeiture action, or by any other means pursuant to which amounts (whether in the form of cash, Subject Digital Currencies or otherwise) are recovered with respect to some or all of the assets subject to the Judgment; and".

3. Capitalized terms used in this Amendment and not otherwise defined shall have the respective meanings set forth in the Assignment Agreement.

4. This Amendment may be executed in counterparts.

5. Except as specifically provided above, the Assignment Agreement, as amended hereby, shall continue in full force and effect.

IN WITNESS WHEREOF, this Amendment has been executed as of the date first set forth above.

ASSIGNOR: *[signature]*

Brandon Leidel, not in his individual capacity, but as Class Representative

ASSIGNEE:

North Field Technology, Ltd.

By: _____
   Name: Ron Tcertes
   Title: Director

2