UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80060-KAM

BRANDON LEIDEL, individually,
and on behalf of All others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

**ORDER APPROVING AMENDED ASSIGNMENT OF FINAL**
**DEFAULT JUDGMENT AGAINST DEFENDANT PAUL VERNON**

THIS MATTER came before the Court upon the unopposed motion [ECF No. 144] of Plaintiff Brandon Leidel, individually and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field") for approval of the Amendment to Assignment Agreement [ECF No. 144-1], which clarifies the terms of the Assignment Agreement [ECF No. 139-1] previously approved by Order of this Court [ECF No. 142]. Having reviewed the unopposed motion and supporting papers and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES as follows:

1. The motion of Plaintiff Class and North Field is GRANTED, and the terms of the Assignment Agreement [ECF No. 139-1] are amended in accordance with the Amendment to Assignment Agreement [ECF No. 144-1] and, as amended, are hereby APPROVED.

2. The Court reserves jurisdiction to enter further orders that are proper to compel Defendant Vernon to complete all procedures in execution of the Judgment, and to otherwise facilitate the efforts of or taken on behalf of Plaintiff Class to recover the assets subject to the Judgment.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 17th day of March, 2021.

KENNETH A. MARRA
United States District Judge