UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually, and on behalf of All others Similarly Situated,

   Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

   Defendants.
_____/

CASE NO. 9:16-cv-80060-KAM

## ORDER APPROVING MOTION TO APPROVE APPLICABLE EXPENSES

THIS MATTER came before the Court upon the motion of Plaintiff Brandon Leidel, individually and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field") for approval of the Applicable Expenses incurred in connection with efforts undertaken on behalf of the Plaintiff Class to recover the Judgment [ECF No. 146]. Having reviewed the motion and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES as follows:

The motion of the Plaintiff Class and North Field is GRANTED. The retention of Hogan Lovells as Non-US Counsel is hereby APPROVED, and the eligibility of Hogan Lovells' fees

incurred in that role are hereby APPROVED as Applicable Expenses.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 22nd day of March, 2021.

KENNETH A. MARRA
United States District Judge

Copies furnished to:
Counsel of Record