Gmail      **Daniel Izzo <dizzo45@gmail.com>**

# Re: In the matter of CRYPTSY Case No. 9:16-cv-80060
1 message

**Daniel Izzo** <dizzo45@gmail.com>     Mon, Apr 19, 2021 at 12:38 PM
To: jds@sallahlaw.com
Cc: Rick Guy <rickguy7@gmail.com>

FILED BY ____PCS____ D.C.

APR 23 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

James D. Sallah, Esq.
2255 Glades Rd
#300e
Boca Raton, Florida 33431
United States

jds@sallahlaw.com

Phone: (561) 989-9080
Fax: (561) 989-9020

Judge Kenneth A. Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Courtroom #4, Chambers 316
West Palm Beach, Florida 33401

----------------

cc Rick Guy esq
3596 Pleasant Valley Rd.
Syracuse NY 13215
3153147461

Hello:

re **In the matter of CRYPTSY Case No. 9:16-cv-80060**

re Cryptsy account email belonging to

Daniel Izzo

dizzo45@gmail.com

Dear Mr James D. Sallah, Esq. the court appointed receiver in this case.

proof of purchase and eposit of my 355000 doge coins from ebay / paypal to Cryptsy account in 2014

    As I stated I have been informed that if the crypto currency holder loses the trade key of their crypto currency..the currency is lost..not even the crypto account server cannot get this number to trade the coins again ..but you were never given my trade key of my

Cryptsy account coins I bought on ebay in 2014...after the Cryptsy accounts were closed.

I believe my crypto coins namely my 355000 Doge coins are still frozen and available for me to use as of today April 19th 2021 they were worth $0.38 cents each or x 355000 equals $125000 USD because I did not give out my tradekey to trade the coins to you until April 2020 .years after the Cryptsy server was closed and locked.

i hope my 355000 dogecoins can be recovered

Sincerely

Daniel Izzo
512 Onondaga Ave
Syracuse NY 13207

315-422-2102


On Mon, Apr 19, 2021 at 11:14 AM Daniel Izzo <dizzo45@gmail.com> wrote:
> Dear Mr James Sallaw esq
> Court appointed receiver for Cryptsy account holders
>
> James D. Sallah, Esq.
> 2255 Glades Rd
> #300e
> Boca Raton, Florida 33431
> United States
>
> jds@sallahlaw.com
>
> Phone: (561) 989-9080
> Fax: (561) 989-9020
>
>
> cc Rick Guy esq
> 3596 Pleasant Valley Rd.
> Syracuse NY 13215
> 3153147461
>
>
>     Hello:

4/19/2021 — Gmail - Receipt for your payment to monsterhare2@gmail.com

 **Gmail**

Daniel Izzo <dizzo45@gmail.com>

## Receipt for your payment to monsterhare2@gmail.com
1 message

**service@paypal.com** <service@paypal.com>    Fri, Aug 15, 2014 at 10:48 AM
To: Daniel R Izzo <dizzo45@gmail.com>

PayPal logo

Aug 15, 2014 07:47:23 PDT
Transaction ID: 4N694751JH638662F

Hello Daniel R Izzo,

You sent a payment of $63.96 USD to monsterhare2@gmail.com

We've asked the seller to ship.

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

---

**Seller**
monsterhare2@gmail.com

**Note to seller**
Hello monsterhobbys: I bought the other 4 lots of 50k dogecoins for a total of 200k dogecoins, the 50k made it ok into my cryptsy coin account. after the paypal payment clears, please deposit the 200k dogecoins into my coin account, my, Deposit ADDRESS

**Shipping address** - confirmed
Daniel Izzo
512 Onondaga Ave
Syracuse, NY 13207
United States

**Shipping details**
The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| 50,000 dogecoin 50k Item# 321491774245 | $15.99 USD | 4 | $63.96 USD |

ebay

Shipping and handling    $0.00 USD
Insurance - not offered    ---
Total    $63.96 USD

**Payment**    $63.96 USD

Payment sent to monsterhare2@gmail.com

---

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/help.

4/19/2021 Gmail - Receipt for your payment to jvh90@live.com

 Gmail

Daniel Izzo <dizzo45@gmail.com>

## Receipt for your payment to jvh90@live.com
1 message

**service@paypal.com** <service@paypal.com> Fri, Aug 15, 2014 at 10:49 PM
To: Daniel R Izzo <dizzo45@gmail.com>

PayPal logo

Aug 15, 2014 19:49:13 PDT
Transaction ID: 21K19439W2370940Y

Hello Daniel R Izzo,

You sent a payment of $32.00 USD to jvh90@live.com

We've asked the seller to ship.

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

**Seller**
jvh90@live.com

**Note to seller**
Dear jvh900: Hello I bought 100k of the dogecoins please deposit them into my cryptsy account.after the paypal payment clears my Deposit ADDRESS for Dogecoin is D5N3honfyC1aoKmbWX1zcKcqy18upsEU1D Thank you Dan Izzo 512 Onondaga Ave Syracuse, NY 1

**Shipping address - confirmed**
Daniel Izzo
512 Onondaga Ave
Syracuse, NY 13207
United States

**Shipping details**
The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| 100000 Dogecoin (100K Doge ) - Direct to your Wallet! Item# 321493132360 | $32.00 USD | 1 | $32.00 USD |

ebay

Shipping and handling $0.00 USD
Insurance - not offered
Total $32.00 USD

Payment $32.00 USD

Payment sent to jvh90@live.com

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

4/19/2021

Gmail - Receipt for your payment to monsterhare2@gmail.com

 Gmail

Daniel Izzo <dizzo45@gmail.com>

## Receipt for your payment to monsterhare2@gmail.com
1 message

**service@paypal.com** <service@paypal.com>
To: Daniel R Izzo <dizzo45@gmail.com>

Wed, Aug 13, 2014 at 11:37 PM

PayPal logo

Aug 13, 2014 20:37:07 PDT
Transaction ID: 9PF034706K7790028

Hello Daniel R Izzo,

You sent a payment of $15.99 USD to monsterhare2@gmail.com

We've asked the seller to ship.

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

**Seller**
monsterhare2@gmail.com

**Note to seller**
Dear Monsterhobbys Hello: I recent purchased 50 000 dogecoins I recently opened a Cryptsy.com account username dizzo95 email dizzo45@gmail.com Account Trade Key 0daf4c59a705a5b84373107a79ecb942b90cd4b2 ( end ) believe the trade key is my de

**Shipping address** - confirmed
Daniel Izzo
512 Onondaga Ave
Syracuse, NY 13207
United States

**Shipping details**
The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| 50,000 dogecoin 50k<br>Item# 321489234781 | $15.99 USD | 1 | $15.99 USD |

ebay

Shipping and handling
Insurance - not offered
Total

$0.00 USD
—
$15.99 USD

Payment    $15.99 USD

Payment sent to monsterhare2@gmail.com

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/help.

https://mail.google.com/mail/u/0?ik=1775394f2c&view=pt&search=alltopicid=thread-f%3A1476361858311649706157&sim=f%3A1476361858311... 1/2

Mr. Daniel Izzo
512 Onondaga Ave
Syracuse, NY 13207-1728

SYRACUSE NY 130
20 APR 2021 PM 3 L

Judge Kenneth A. Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Courtroom #4, Chambers 316
West Palm Beach, Florida 33401

33401-510199