## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL, Individually and on behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

      Defendants.

_____/

### PLAINTIFF'S MOTION TO AMEND FINAL DEFAULT JUDGMENT AGAINST DEFENDANT PAUL VERNON TO INCLUDE NEWLY DISCOVERED ASSETS

Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiff Class"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 55 and Local Civil Rule 7.1, hereby move for entry of an Amended Final Default Judgment against Defendant, PAUL VERNON, an individual ("Defendant Vernon"). In support thereof, Plaintiff Class states as follows:

1.    This Court entered a Final Default Judgment against Defendant Paul Vernon on July 27, 2017 ("Final Default Judgment") [ECF No. 123] as thereafter clarified [ECF No. 142]. The facts and circumstances that resulted in such judgment are set forth in the June 30, 2017 Motion for Entry of Default Judgment [ECF No. 120], a copy of which is attached hereto as Exhibit A.

2.    Since entry of the Final Default Judgment, cryptocurrency and bitcoin-related technology have made significant advancements. The ability to track and trace movement of bitcoin on blockchain ledgers, by way of example and at issue here, has improved substantially.

To this end, Class Counsel's analytics team recently made two significant discoveries that warrant the Court entering the equitable relief sought herein.

3.      <u>First</u>, the 11,325.0961 BTC that are subject to the Final Default Judgment, as thereafter clarified to also include all forked assets associated with those BTC [ECF No. 142], were thought to be held in twelve (12) cryptocurrency wallet addresses.  While this remains true, it was recently discovered that there are **ten (10) additional wallet addresses** (the "Newly-Discovered Wallet Addresses") that contain[ed] **500.052319 bitcoin** stolen from CRYPTSY that are properly subject to the Final Default Judgment, *to wit*:

| # | Newly-Discovered Wallet Address | Date and Time of Transfer (UTC) | Transfer Amount (in BTC) |
|---|---|---|---|
| 1 | 1BjRLELf3xX5Tz8c43H36nkmNwqnPuuVAv | 2014-07-29 08:54 | 0.010265 |
| 2 | 12KBnNKkEdjcojNZ7ceBhDBJWhMZbtttgr | 2014-07-29 08:54 | 100 |
| 3 | 17QwFUD9awdi4JcncVrkxfDDBvEos8HU8H | 2014-07-29 08:54 | 100 |
| 4 | 19TbZFeHjTx76yKnwGTqehTh1VLHLxx9km | 2014-07-29 08:54 | 0.010659 |
| 5 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 2014-07-29 08:54 | 100 |
| 6 | 1JhoQ1Zs2EqjXh1GzjwtQethAbNG6bNGTW | 2014-07-29 08:54 | 0.010021 |
| 7 | 1AA8YJ2DeYr99BS1PrsFKWC1p9hXT28dup | 2014-07-29 08:54 | 100 |
| 8 | 1ABpMg9prfa6dtZqTqpcmN5cAsjj1Cx77V | 2014-07-29 08:54 | 0.010393 |
| 9 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 2014-07-29 08:54 | 100 |
| 10 | 19mkygdiY9Ay7dL2LLmAS | 2014-07-29 08:54 | 0.010981 |

Civil Action No. 9:16-cv-80060-MARRA

| | Zzi2bXEp9NwLj | | |
|---|---|---|---|
| | | **TOTAL** | **500.052319** |

Filed in support hereof, and attached hereto as Exhibit **B**, is an Expert Witness Report of Pawel Aleksander of cryptographic tracing company Coinfirm, explaining how the Newly-Discovered Wallet Addresses are believed to house assets that are subject to the VERNON judgment.

4.    Second, the assets held in the Newly-Discovered Wallet Addresses recently began moving, which means that some of the bitcoin have been transferred from the Newly-Discovered Wallet Addresses to secondary wallet addresses (defined and identified in Mr. Aleksander's report) ("Secondary Wallet Addresses") in what appears to be an attempt to take and liquidate such bitcoin, which are property of the CRYPTSY Class.

5.    For these reasons, and those set forth in the June 30, 2017 Motion for Entry of Default Judgment, the Plaintiff Class respectfully requests that this Court further amend the Final Default Judgment in the form attached hereto as Exhibit C.[1]

**WHEREFORE,** Plaintiff BRANDON LEIDEL, individually, and on behalf of all other similarly situated members of the certified Plaintiff Class, respectfully requests that this Court further amend the Final Default Judgment to include the 500.052319 bitcoin stolen from CRYPTSY that are subject to the Final Default Judgment and that were held in the Newly Discovered Wallet Addresses, some of which were subsequently moved to the Secondary Wallet Addresses, along with all forked assets associated with those 500.052319 bitcoin.

---

[1] Plaintiff Class previously assigned its rights under Section 6 of the Final Default Judgment, as clarified, to a third party, North Field Technology Ltd. ("North Field"), for collection.  Plaintiff Class anticipates filing shortly a motion seeking Court approval for a second amended assignment to North Field that includes the Newly-Discovered Wallet Addresses, some of which have been transferred to Secondary Wallet Addresses, along with all forked assets associated with those 500.052319 bitcoin.

Civil Action No. 9:16-cv-80060-MARRA

May 23, 2021

Respectfully submitted,

By: ___/s/ Marc A. Wites_____
**WITES LAW FIRM**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@witeslaw.com
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone: (954) 933-4400

**SILVER MILLER**
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

*Special Litigation Counsel for the Receiver and Class Counsel*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(d)(1)(B), the foregoing will be served on all counsel of record through the Court's electronic filing system and Defendant Paul Vernon, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

 /s/ Marc A. Wites_____
MARC A. WITES