EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No.: 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually and
on behalf of all others similarly situated,

     Plaintiff,

v.

PROJECT INVESTORS, INC., d/b/a CRYPTSY,
a Florida Corporation, PAUL VERNON, *et al*.,

     Defendant.

_____/

### DECLARATION OF DAVID C. SILVER

Pursuant to 28 U.S.C. § 1746, I, DAVID C. SILVER, declare and affirm the following:

1.     My name is David C. Silver.  I am an attorney licensed to practice law in the United States District Court for the Southern District of Florida; and I currently represent Plaintiff James D. Sallah, Esq., not individually, but solely in his capacity as the Court-appointed Receiver for Project Investors, Inc., d/b/a Cryptsy (hereinafter "Plaintiff" or "the Receiver"), in the above-captioned lawsuit.

2.     I make this Declaration in support of the **Receiver's Emergency Motion for Temporary Restraining Order Without Notice Against Defendant Paul Vernon** and in further enforcement of the July 27, 2017 Final Default Judgment entered against Defendant Paul Vernon in this action [DE 123].

3.     To this Declaration, I have attached as **Exhibit "A"** a true and correct copy of the May 14, 2021 Expert Witness Report of Pawel Aleksander, the Chief Information Officer and Co-Founder of Coinfirm, a cryptographic tracing company retained in this action after entry of the judgment against Mr. Vernon to monitor any movements and trace the destination of funds of

bitcoins that occurred or that may occur on addresses holding bitcoins stolen from the Cryptsy cold storage cryptocurrency wallet.

FURTHER AFFIANT SAYETH NAUGHT.

## **VERIFICATION**

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I am counsel for the plaintiff in the above-captioned matter, that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
DAVID C. SILVER

DATED this __17th__ day of May 2021.

EXHIBIT A



# EXPERT WITNESS REPORT
# OF PAWEL ALEKSANDER

**Brandon Leidel, *et al.* v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, *et al.***
**United States District Court - Southern District of Florida**
**Case No. 9:16-cv-80060-MARRA**

**Report date: May 14, 2021**

Confidential – for internal use only

This document was prepared by Coinfirm Limited, registered at Lansdowne House 8th Floor, 57 Berkeley Square, London, England, W1J 6ER.

www.coinfirm.com



**CONTENTS**

1.  About Coinfirm ........................................................................................................................... 3

2.  Qualifications of Pawel Alexander ............................................................................................. 3

3.  Compensation ............................................................................................................................ 4

4.  Scope of Work ............................................................................................................................ 4

5.  Factual Background .................................................................................................................... 4

6.  Methodology .............................................................................................................................. 6

7.  Findings ...................................................................................................................................... 6

8.  Summary of Opinions ................................................................................................................ 8

9.  Disclaimer .................................................................................................................................. 8



# 1.   About Coinfirm

Coinfirm is a leader in blockchain analytics and regulatory technology ('RegTech') solutions, creating the foundation for the safe and mass adoption of blockchain and cryptocurrencies. Coinfirm specializes in blockchain AML/KYC ('Anti-Money laundering' / 'Know Your Customer') services and fraud investigations.

Achieving a synergy between AML/KYC, fraud investigations and data ecosystems takes the security of blockchain and crypto financial markets to a level never before seen in traditional finance.

The key distinguishments from AML/KYC in the traditional financial sector is a far more extensive use of technology - operating on complete datasets of transactions (public ledgers) and embracing forensic data and funds tracing methods directly into AML transaction monitoring. This has enabled Coinfirm to create a 'three-pillar' ecosystem, consisting of:

1. **Anti-Money Laundering** – a technological platform allowing VASPs[1] and regulators to verify the risk of blockchain addresses, wallets, transactions and counterparties - across over 1500 public and private blockchains and assets – with 270+ high-tech risk detection algorithms, in order to meet all the regulatory obligations in various jurisdictions.

2. **Fraud Investigations** – end-to-end investigation and asset recovery services, including a technological breakthrough solution allowing to track all funds reported as lost in real-time, with use of multiple tracing methods for best evidence.

3. **Data Ecosystem** – the network and infrastructure of data collection and data reporting, incentivizing market players to report suspicious activities and allowing victims of crypto fraud from all around the world to report and claim lost funds; by this Coinfirm has created the world's largest database of actively monitored blockchain entities and events.

To give an example, funds moving from sanctioned or hacked wallets are traced automatically through hundreds of 'layering' transactions and immediate alerts are given to cooperating VASPs to freeze funds once funds reach accounts under their purview. Additionally, other wallets belonging to a sanctioned entity or a hacker are automatically identified and traced. Coinfirm works on the actual element of crime-related data - not only behavioral or statistical patterns - and uses multiple fund tracing methodologies (both deterministic and AI-based) to provide actual evidence of a crime when it comes to SAR (Suspicious Activity Report) filing and litigation.

In addition, Coinfirm develops dedicated blockchain solutions such as the patented data storage and authentication platform, Trudatum, that was integrated by the largest bank in Central Europe.

# 2.   Qualifications of Pawel Alexander

Paweł is a Chief Information Officer and Co-Founder of Coinfirm. He is a recognized Fraud Investigator both in the traditional and blockchain space. He is the author of Coinfirm's fraud investigation and AML methodologies which were proven in multiple investigations. Pawel gained experience as a Head of Fraud Investigations in ArcelorMittal; AML/KYC Project Manager at the Royal Bank of Scotland; and Fraud Investigator at Ernst & Young. He received a master's degree in Economics from The Poznan University of Economics. He obtained the title of Certified Fraud Examiner and Certified Internal Auditor.

**Coinfirm Limited** – **CIO, Co-founder and Director** | Feb 2016 – Present
- Creating a legitimate environment for mass adoption of blockchain technology and cryptocurrencies
- Leading Data Science, Investigations and Product teams

---

[1] The term 'Virtual Asset Service Provider' or 'VASP' was introduced by the FATF to recognize those firms that perform services relating to 'Virtual Assets' or 'VAs' which definition covers cryptocurrencies and other blockchain assets. The 'VASP' definition covers the providers of custodial digital wallet services, transfer services and brokerage or investment-related services. A VASP under these regulations would become an 'obliged entity' with all the consequences and obligations to comply with the same standards as traditional financial institutions such as banks.

 coinfirm

**ArcelorMittal – Head of Fraud Investigations Central Europe** | Jul 2014 – Aug 2016
- Created and led Central European department
- Leading fraud detection and investigations
- Conducting e-Discovery, big data analyses
- Governing civil and criminal proceedings

**Royal Bank of Scotland – Project Manager** | Jun 2013 – Jun 2014
- Author of the concept and successful implementation of global assurance model overall key AML processes (coordination of work of over 200 employees)
- Successful fulfillment of the commitments towards Financial Conduct Authority

**Ernst & Young – Fraud Examiner** | Jul 2009 – May 2013
- Conducting fraud investigations, fraud compliance reviews, dispute services
- Advising on AML / CTF and MiFID related projects

**Ernst & Young – Financial Auditor** | Aug 2008 – Jul 2009
- Conducting financial audits

**Deloitte – CRM Databases Architect, Marketing Support** | Jul 2007 – Mar 2009
- Developing architecture of CRM databases
- Organization of events and conferences

**Bank BPH – Debt Collection Analyst |** Jun 2006 – Apr 2008
- Supporting debt collection from bank clients.
- Preparation of databases and documentation for bank acquisition.

**The Poznan University of Economics** | Oct 2003 – Jun 2008
- Master of Science in economics

# 3.   Compensation

I am being compensated for the time that I, and other members of my team, spend on this matter at our usual and customary rates per hour.  In preparing this report, I have been assisted by staff members at Coinfirm working at my direction. Neither Coinfirm nor I have a financial stake in the outcome of this litigation, and the conclusions of this report are in no way dependent on the compensation paid to Coinfirm or me, or the outcome of this litigation.

# 4.   Scope of Work

I was asked by Silver Miller to monitor any movements and trace the Destination of Funds of Bitcoins that occurred or may occur on addresses holding Bitcoins allegedly stolen from the Cryptsy ("Cryptsy") cold wallet.

# 5.   Factual Background

Before commencing the work, Coinfirm was provided the following documentation:
- Case 9:16-cv-80060-KAM Document 8 ("AMENDED CLASS ACTION COMPLAINT")
- Case 9:16-cv-80060-KAM Document 123 ("FINAL DEFAULT JUDGMENT AGAINST DEFENDANT PAUL VERNON")

In addition, Coinfirm reviewed the archived version of the Cryptsy blog published at https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/ (originally published at http://blog.cryptsy.com).

Attached as **Appendix 1** is a true and correct copy of the archived version of blog posting published at https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/.

 coinfirm

Coinfirm was also provided information pertaining to the following transfers[2] considered to be fraudulent, totaling at approx. $621 million USD (at the exchange rate from the date of this report):

**Table 1. Initial fraudulent transfers provided to Coinfirm**

| Transfer # | Transaction Hash | Address To | Transfer Date (UTC) | Transfer Amount (in BTC) |
|---|---|---|---|---|
| 1 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 1KBy6MvcBb2qQRS5fQT92o2c5Dq2W6ygx4 | 2014-07-29 13:17 | 1325 |
| 2 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 1315LzDFcBLDBKgVAr4ZhCkcT5GXivpiuj | 2014-07-29 13:18 | 1000 |
| 3 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 13QxkdrhfeQ6aCF4TBWg8knQGBmiwL2rpV | 2014-07-29 13:19 | 1000 |
| 4 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 13nAJw8jw7BiYKLnad9YGdPxybK9mgPkM6 | 2014-07-29 13:20 | 1000 |
| 5 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 14nzbWNMPjmvwy96uuFVXtj6VgChJtHvU9 | 2014-07-29 13:21 | 1000 |
| 6 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 17nmFFPSANbPGgdtoEEuc6xbHoaP1n6ZBb | 2014-07-29 13:22 | 1000 |
| 7 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 18E3AWaadnUPQ1aMpfEoyTXN49NYAZzbpD | 2014-07-29 13:23 | 1000 |
| 8 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 1AWdxqABYiDxcY1sxzPzEotvjFjq8NUY8Z | 2014-07-29 13:24 | 1000 |
| 9 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 1DSxcqygQ69MxRc8oW94kQjWHzMb4BYsnG | 2014-07-29 13:25 | 1000 |
| 10 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 1DqCNwUffFTxULH8crehynw53TwrHnrv1c | 2014-07-29 13:26 | 1000 |
| 11 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 1LwZYCt8dDhZDMd6uXGMwVsmWPXW9eX9Ww | 2014-07-29 13:27 | 1000 |
| 12 | c7b46a79fd8887038bd3a8e884b04820038415a60e0b9d2c2f5bcff68a2687bf | 18nb1NQCeoZLucMdrNdu2wb7jcyDvSgr3Y | 2014-07-29 13:28 | 0.0961 |
| | | | **TOTAL** | **11,325.0961** |

Defrauded cryptocurrency funds are typically passed through complex layering/mixing schemes aimed at concealing the trail of funds.

One method is using blockchain transactions mixers (also referred to as 'tumblers'/'anonymizers'), which are services that attempt to confuse the trail of blockchain transactions. In most cases, funds are divided into smaller portions and are subsequently mixed at random with similarly-sized portions of a number or 'pool' of other users' funds. As a result, the perpetrator receives his funds back with a significantly lower 'taint' ratio (low traceability to perpetrator's initial blockchain addresses). Some blockchain protocols like Dash or Zcash have embedded anonymizing functions and are widely referred to as 'privacy coins' in the blockchain industry. According to existing regulations (e.g., 5th AML Directive of the EU), running a mixing service may be illegal; and the targeted enforcement of these regulations has led some VASPs to delist some privacy coins.

Mixing services are of most benefit to malicious actors if the amount of illicit funds is not extraordinarily large. The higher the amount, the more difficult it is to conceal the source of funds. Therefore, large operations tend to pass funds through a deliberately designed chain of hundreds or thousands of layering transactions.

The destination of illicit funds are typically VASPs, often those with no or low KYC standards as well as reputable ones, as most of them are still missing truly effective, high-tech AML and Transaction Monitoring solutions like Coinfirm's AML Platform. The other type of usual recipients of defrauded coins are various Clearnet and Deep Web blockchain services, such as marketplaces, decentralized finance applications or gaming and gambling sites. All these endpoints may serve criminals both to cash out illicit cryptocurrencies as well as a means of further hindering the trail of funds by exchanging them through several such services.

---

[2] The transfer is defined as flow of cryptocurrency funds from one to another specific cryptocurrency address in one blockchain transactions. In blockchain networks, funds may be passed from multiple addresses to multiple addresses in one transaction. Therfore one transaction may consist of multiple transfers, and each transfer may carry a portion of clear and tainted funds, where its proportion depends on the tracing (forensic accounting) method applied.

 coinfirm

# 6.  Methodology

Coinfirm used Destination of Funds analysis aims to identify addresses that hold or received funds originating from starting transfers indicated by Claimant as constituting assets misappropriation. Our system uses five different tracing methodologies, "First In First Out", "Last In First Out", "Pro Rata Distribution by Blocks", "Pro Rata Distribution by All Outputs", and "Taint Last", to trace the fraudulent transaction.

Whether traced funds are received by a VASP-controlled wallet or not has an impact on our tracing analysis. Tracing of the Claimant's cryptocurrency will continue until either those funds are received by a VASP-controlled wallet, or the funds are received by a wallet that still currently holds those funds (i.e. there has been no further onward dissipation of the funds).

Most VASPs operate pooling addresses used to store customer deposits and to execute transfers. When a user of the VASP wishes to transfer cryptocurrency from their exchange account, often the exchange will use cryptocurrency held in one of its pooling addresses to settle the transaction, rather than transfer cryptocurrency held in a wallet that only includes that specific user's cryptocurrency. In these cases, the records matching user account transactions to the movements on the blockchain showing which addresses have been used to settle the transaction are kept only by the exchange. These internal records are not publicly available. The tracing of the Claimant's cryptocurrency must, therefore, stop once those funds are received by a wallet controlled by an exchange as we do not know which user account transactions relate to transfers from these wallets.

# 7.  Findings

## 7.1 Additional fraudulent transfers

Coinfirm has identified that on the archived version of the Cryptsy Blog[3], there was an update on 17 Jan 2016 in which **ten additional fraudulent transfers ("additional transfers")** were provided **500.052319 Bitcoins** from cryptocurrency wallet addresses housing assets derived from Cryptsy, totaling at approx. $27.4 million USD (at the exchange rate from the date of this report):

Table 2. Additional fraudulent transfers identified by Coinfirm

| Transfer # | Transaction Hash | Address To | Transfer Date (UTC) | Transfer Amount (in BTC) |
|---|---|---|---|---|
| 1 | e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 1BjRLELf3xX5Tz8c43H36nkmNwqnPuuVAv | 2014-07-29 08:54 | 0.010265 |
| 2 | e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 12KBnNKkEdjcojNZ7ceBhDBJWhMZbtttgr | 2014-07-29 08:54 | 100 |
| 3 | 48721871b11f716688fcf80a91a5c7586a1dddee83d90b84b564f3f29e11504c | 17QwFUD9awdi4JcncVrkxfDDBvEos8HU8H | 2014-07-29 08:54 | 100 |
| 4 | 48721871b11f716688fcf80a91a5c7586a1dddee83d90b84b564f3f29e11504c | 19TbZFeHjTx76yKnwGTqehTh1VLHLxx9km | 2014-07-29 08:54 | 0.010659 |
| 5 | 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 2014-07-29 08:54 | 100 |
| 6 | 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 1JhoQ1Zs2EqjXh1GzjwtQethAbNG6bNGTW | 2014-07-29 08:54 | 0.010021 |
| 7 | e8bb46bc6ea5f4580dd2b73f5d6a116e9023c84eb7c0fd4f34bcef3aca606fad | 1AA8YJ2DeYr99BS1PrsFKWC1p9hXT28dup | 2014-07-29 08:54 | 100 |
| 8 | e8bb46bc6ea5f4580dd2b73f5d6a116e9023c84eb7c0fd4f34bcef3aca606fad | 1ABpMg9prfa6dtZqTqpcmN5cAsjj1Cx77V | 2014-07-29 08:54 | 0.010393 |
| 9 | f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 2014-07-29 08:54 | 100 |
| 10 | f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 19mkygdiY9Ay7dL2LLmASZzi2bXEp9NwLj | 2014-07-29 08:54 | 0.010981 |
| | | | **TOTAL** | **500.052319** |

---

[3] https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/

 coinfirm

## 7.2 Destination of funds

7.2.1 All findings described in Sections 7.2.2 – 7.2.6 are valid as of 2021-05-13 05:43 AM UTC.

7.2.2 We traced the total of 11,825.14842 BTC:

- 11,325.0961 BTC from the initial fraudulent transfers provided to Coinfirm (Table 1 above)
- 500.052319 BTC from the additional transfers identified by Coinfirm (Table 2 above).

7.2.3 As of the date of this report, we identified that 182 deposit addresses, belonging to the 21 VASPs, received a total of 119.52 BTC originating from the 500.052319 BTC referenced in Section 7.2.2 above. The top 20 VASPs' deposit addresses received in total 100.77 BTC and are listed in Table 3 below.

7.2.4 As of the date of this report, there are 139 Bitcoin addresses with an unidentified owner that hold in total 11,625 BTC originating from the 11,825.14842 BTC referenced in Section 7.2.2 above. Coinfirm monitors those addresses and will trace the further flow of those BTC if such movement occurs.

7.2.5 For the full list of addresses referenced in Sections 7.2.3 and 7.2.4 above, please refer to **Appendix 2**.

7.2.6 For the full list of transfers used to send misappropriated BTC to VASPs' addresses referenced in Sections 7.2.3 above, please refer to **Appendix 3**.

## Table 3. Top 20 deposit addresses (based on the amount) identified as receivers of misappropriated funds

| Owner Name | Destination Address | Cryptocurrency Unit | Funds under claim (average confirmed with the five tracing methodologies; in cryptocurrency unit) | Tainted Inflow Start Time | Tainted Inflow End Time |
|---|---|---|---|---|---|
| Binance | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6 | BTC | 31.14578175 | 2021-02-24 09:50:43 | 2021-05-11 09:17:00 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 11.03220293 | 2021-02-24 08:11:46 | 2021-04-18 10:53:00 |
| Ren | 3LqdjTMqS7q9AeGfWd1xk9rz64D5qgUmzT | BTC | 9.28167776 | 2021-03-01 13:52:38 | 2021-03-01 13:52:38 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9.16150109 | 2021-02-24 08:17:53 | 2021-04-18 10:53:00 |
| Binance | 17iwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | BTC | 8.06221265 | 2021-04-01 13:43:02 | 2021-04-01 15:37:12 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 4.59320846 | 2021-03-14 19:43:26 | 2021-03-20 18:43:23 |
| Binance | bc1qt73y0anphywgrf570twd0htekatr435d9xf5mt | BTC | 3.58410164 | 2021-04-19 18:22:10 | 2021-04-19 18:22:10 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 3.40877115 | 2021-03-08 09:34:45 | 2021-04-25 12:43:00 |
| Ren | 38L2i15SxTqJ2vD8X71DtfsBhuUefwibJX | BTC | 3.36616218 | 2021-03-01 13:52:38 | 2021-03-01 13:52:38 |
| Binance | 1Fs4QNPYf7Zf7CeJiFmSkTK3kzvENVD5w4 | BTC | 2.29987965 | 2021-02-16 02:39:49 | 2021-03-29 22:39:04 |
| Gemini | bc1ql8c2rgv2qpa25cc77usap7lvsvms6tgyv6smxk | BTC | 2.02532661 | 2021-03-10 01:12:35 | 2021-03-30 05:38:04 |
| Ren | 3CzGP9Je4jHD591qW6e6c1AbtLQrsxQZo4 | BTC | 1.99991662 | 2021-03-11 03:11:02 | 2021-03-11 03:11:02 |
| Ren | 3HUQjCX6bLXzHMdCzTduAUWc3yMkzRA6La | BTC | 1.82352728 | 2021-03-26 23:53:49 | 2021-03-26 23:53:49 |
| Kraken | 38HyrjdARosXGr8SXyzLQLWuSCdi8hqcDR | BTC | 1.39992011 | 2021-02-27 15:21:00 | 2021-02-27 15:21:00 |
| Ren | 36CpqVr1SHJ3aj5NcWbnnDaZNxTN3PrtcT | BTC | 1.39987192 | 2021-02-16 14:30:47 | 2021-02-16 14:30:47 |
| Ren | 33DaZYib7zij1LP2x9VHHSb6dYDhUymqXt | BTC | 1.39987007 | 2021-02-16 14:56:40 | 2021-02-16 14:56:40 |
| Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | 1.33290382 | 2021-03-27 14:28:50 | 2021-05-03 22:36:38 |
| Ren | 3953TFvpANofLb45AkrtitCp2k35sp2kJg | BTC | 1.19998029 | 2021-03-15 13:36:06 | 2021-03-15 13:36:06 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | 1.17389927 | 2021-04-27 21:43:52 | 2021-05-10 03:34:32 |
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | 1.08007699 | 2021-03-16 03:49:39 | 2021-04-30 01:53:49 |

 coinfirm

# 8.   Summary of Opinions

Based on a review of documents provided and assets tracing methods applied on publicly available blockchain data, it is my professional opinion, beyond a reasonable doubt, that part of Bitcoins originating from the alleged hack described on Cryptsy blog reached the deposit addresses listed in Section 7.2 above and in **Appendices 2 and 3** attached.

# 9.   Disclaimer

Coinfirm is not in any way connected with the recipients of this report and therefore has full ability to provide independent service.

Coinfirm is not liable for any changes in assumptions and updates to this document in the case of new facts or circumstances occurring after the date of the report.

Coinfirm has conducted this evaluation based on publicly available sources, data and information. The credibility of the information obtained is subject to limited verification by Coinfirm.

Any decision taken by the Client is made solely on Client's risk. The liability of Coinfirm is hereby excluded to the fullest extent permitted by the applicable law.

In no event will Coinfirm be liable to the recipients for:

(i) any act or alleged act, or any omission or alleged omission, that does not constitute willful misconduct by Coinfirm, as determined in a final, non-appealable judgment by a court of competent jurisdiction,

(ii) any indirect, special, punitive, incidental, exemplary, expectancy or consequential damages, including lost profits, lost revenues, loss of opportunity or business interruption, whether or not such damages are foreseeable, or

(iii) any third-party claims (whether based in statute, contract, tort or otherwise).



# APPENDIX 1

The Wayback Machine - https://web.archive.org/web/20160306060523/http://blog.cryptsy.com/

← Return to Cryptsy.com



# Cryptsy Blog

What's Happening at Cryptsy?

## Announcement

Cryptsy has had problems for some time now and it's time to let everybody know exactly why. These problems were NOT because of any recent phishing attacks, or even a ddos attack, nor does it have anything to do with me personally.

About a year and a half ago, we were alerted in the early AM of a reduction in our safe/cold wallet balances of Bitcoin and Litecoin, as well as a couple other smaller cryptocurrencies. After a period of time of investigation it was found that the developer of Lucky7Coin had placed an IRC backdoor into the code of wallet, which allowed it to act as a sort of a Trojan, or command and control unit.   This Trojan had likely been there for months before it was able to collect enough information to perform the attack.  It does not appear that this was the original developer for LK7, as on 5/22/2014, we received this message from the new developer who wanted to maintain the codebase:

—

Hello,

Lucky7Coin is not maintained and I would like to take care of it. I have announced that on bitcointalk.org in Lucky7Coin thread. You're the only exchange for this coin and I hope you will let me take care of it. I'm responsible. You don't have to be afraid of errors or forks. I'm developing multipool and I know bitcoin internals and protocol.

https://bitcointalk.org/index.php?topic=295157.msg6861797#msg6861797

For a start I've changed irc network, so clients could synchronize blockchain. Please upgrade as soon as you can.

Github repo:
https://github.com/alerj78/lucky7coin

Branch "master" will always be for stable version, branch "devel" could be dirty. In a 2-3 weeks I'll release new version with p2pool support and checkpoints. Before that I'll contact you to check few blocks hashes for checkpoints and make sure there is no fork.

I hope we can cooperate and make this coin live again!

Jack

—

These are the approximate figures taken:
Bitcoin:  13,000 BTC
Litecoin:  300,000 LTC

This of course was a critical event for Cryptsy, however at the time the website was earning more than it was spending and we still have some reserves of those cryptocurrencies on hand.   The decision was made to pull from our profits to fill these wallets back up over time, thus attempting to avert complete closure of the website at that time.   This worked fine for awhile, as profits decreased due to low volume and low Bitcoin prices, we would adjust our spending accordingly.  It wasn't until an article from Coinfire came out that contained many false accusations that things began to crumble.   The article basically caused a bank-run, and since we only had so much in reserves for those currencies problems began.

Our current customer liabilities for BTC is around 10,000 BTC, so as you can see we would like to see the Bitcoins returned for both our users and for ourselves.

Here are the transaction details from the Bitcoin wallet:

https://www.walletexplorer.com/wallet/0c07e0bec1002bd2

As you can see,  2014-07-29 13:17:36 is when the event occurred.   A very interesting fact here, however, is that those Bitcoins have not moved once since this happened.    This gives rise to the possibility they can be recovered.   In fact, I'm offering a bounty of 1000 BTC for information which leads to the recovery of the stolen coins.

If you happen to be the perpetrator of this crime, and want to send the coins back no questions asked, then you can simply send them to this address:

1KNi4E4MTsF7gfuPKPNAbrZWQvtdQBTAAa

If they are returned, then we will assume that no harm was meant and will not take any action to reveal who you are.  If not, well, then I suppose the entire community will be looking for you.

Some may ask why we didn't report this to the authorities when this occurred, and the answer is that we just didn't know what happened, didn't want to cause panic, and were unsure who exactly we should be contacting.   At one time we had a open communication with Secret Service Agent Shaun Bridges on an unrelated matter, but I think we all know what happened

with him – so he was no longer somebody we could report this to.  Recently I attempted to contact the Miami FBI office to report this, but they instead directed me to report it on the I3C website.  I've not heard anything from them.

I think the only real people who can assist with this are the people of the Bitcoin community itself.

Trades and withdrawals will be suspended on the site indefinately until some sort of resolution can be made.

Here are our options:

1. We shut down the website and file bankruptcy, letting users file claims via the bankruptcy process and letting the court make the disbursements.

- or –

2. Somebody else comes in to purchase and run Cryptsy while also making good on requested withdrawals.

- or –

3. If somehow we are able to re-aquire the stolen funds, then we allow all withdrawal requests to process.

I'm obviously open to any other ideas people may have on this.

If you have information, you can email reward@cryptsy.com

– Update 2016/01/15 7:31pm –

I will be posting transaction ID's for other alt coins soon.  Updates will be appended to this post.

We are clearing out the order books for now and placing all funds back into user accounts.

Because of the phishing attempt earlier this week, we are performing a forced password reset on all accounts upon next login.

We are getting some helpful information to our reward email and want to thank all who are helping to find the culprit.  The vast majority of our users want the Cryptsy exchange to continue operating.

Many are suggesting other options other than the 3 mentioned above:

4. Spread the loss to all users in the system and allow trades to continue.

5. Restrict withdrawals on short balanced coins, allowing withdrawals on a first come, first serve basis upon availability.

6. Place exsting user balances of BTC, LTC into a frozen state and release funds as they become available from fees collected.

7. Find an investor or group who wish to invest into the operations or provide a loan.

In any case, it is our intent to get every user their funds.  Depending on what option or combination of options we end up doing, this may take some time.

I'm seeking known leaders in the community who want to participate in an advisory board on how we can keep Cryptsy operational for the users.


– Update 2016/01/16 12:38am –

Here are the transactions from the LTC wallet:

http://ltc.blockr.io/tx/info/61e61a63f35c951a16870df9e0a34df462ee473fde819d134da9485d2e7d8f44

They moved about a year later, so that movement may help with tracking


– Update 2016/01/17 9:51pm –

Additional BTC transactions taken from another wallet on the same day:

https://blockchain.info/tx/e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51

https://blockchain.info/tx/48721871b11f716688fcf80a91a5c7586a1dddee83d90b84b564f3f29e11504c

https://blockchain.info/tx/790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df

https://blockchain.info/tx/e8bb46bc6ea5f4580dd2b73f5d6a116e9023c84eb7c0fd4f34bcef3aca606fad

https://blockchain.info/tx/f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44


– Update 2016/01/18 2:29am –

BTCD:

http://explorebtcd.info/tx/bcc7abfaf864bf840d73758c1cbeac593615fcb73f143d6a6c51f029c53 0d41fb

http://explorebtcd.info/tx/a15af4d914e4f9395ae02b146077bf7f059cca299d001597b283768d6 986435d


X11:

https://chainz.cryptoid.info/xc/tx.dws?198610.htm

https://chainz.cryptoid.info/xc/tx.dws?198611.htm

https://chainz.cryptoid.info/xc/tx.dws?198608.htm

https://chainz.cryptoid.info/xc/tx.dws?198609.htm


– Update 2016/01/19 10:08pm –

The following wallets have been opened for withdrawals:

(removed)

We will be opening more wallets over the next couple days.


– Update 2016/02/04 1:54am –

I apologize for the delay in updates - we've continued to open more wallets for withdrawal and I will post a full list of what is open shortly.   We suggest anybody having coins in these open wallets to remove them from the exchange as soon as possible.


# Phishing Attempt

There is a phishing attempt going around prompting users to go to a cryptsy-refund website. Do not go to this website or give your login details on any website other than the official Cryptsy website.

There were two avenues of the Phishing attempt.  One was via SMS, using our provider Twilio and gained entry into our logs and sending ability via a weak password on that account.   The passwords on this account have been secured.   The other avenue was via

email using the same mailing service we use (Mailgun), but was not sent using our account.

It is uncertain where the email list for this Phishing attempt was attained from, as we do not show any unauthorized access to our Mailgun account nor our internal systems.   We are still investigating this matter.

If you were a victim of this phishing, you should log into your account at Cryptsy immediately and do the following:

1. Change your password and enable 2fa if you don't already have it enabled.

2. Check your pending withdrawals, we currently have withdrawals disabled so if you see one that shouldn't be there you can request to have it cancelled.


Regarding other issues that have been apparent at Cryptsy for the last couple months, I will be making another post to explain what has been happening in the next couple days.


BigVern

# RE: Coinfire

I feel I need to give a response to the recent Coinfire article.   Like their previous article, they've make a lot of claims without giving any kind of proof to their claims.   I know many people don't take coinfire very seriously these days, which is good.   However there are some out there that may not really know that the kind of "News" these guys produce is not always reliable.

We have never been investigated for anything, period.  We have never gotten any letters from any of the agencies that they have stated in their article, nor have we been contacted via phone or any other method.  It's safe to say that this article and their reporting are completely false.   My guess is that whomever wrote this article has personal reasons for writing it and are attempting to hurt our business and reputation.

We will be reviewing our legal options against this libelous article.


Paul Vernon

"BigVern"

# In response to coinfire

I'd like to make a statement regarding coinfire's article claiming we are lying about being fully licensed.

First off, we've never made any claims about being fully licensed at the state level.  I'm unsure where they received their information from, but like every other Bitcoin company in the US, we do not have state level MSB licenses.  Are we working to acquire them?  Yes, but the process can take years.

There is no company that is fully licensed at the state level in the US.  None.

Coinfire claims to have tried contacting us, but I'm unsure the method they were attempting.  I've not seen anything from them requesting information.   Had they asked, we would have told them that we do not have state level licenses - just like anybody else who asks that question.  They certainly would not have had to call state by state requesting information because we would have told them we do not carry state licenses.

We do, however, fully comply with our Federal MSB requirements.  This includes filing SAR (Suspicous Activity Reports) and CTR (Currency Transaction Reports).  We also have one of the most extensive KYC programs in the industry, scrub accounts against the OFAC list, and perform Transaction Monitoring.   At a federal level, we are compliant.

Federal compliance is the only claim we have ever made and will make.

I invite the writer at coinfire to contact me so I can show him what we do have, and what we don't.  I'm sure we could chat for hours about the woes of a Bitcoin related company attempting to get licenses from all the states.

It seemed to be a good investigation, but it was based on a false premise.

Paul Vernon
"BigVern"

# Cryptsy and XPY Prime Node

Hey guys, long time no blog.

There seems to be some confusion and misinformation out there as to why we would want an XPY prime node.

I can tell you that is was certainly NOT so we can take the stake.

A goal of a decentralized system is to keep it decentralized - if you have too many important nodes in a system like this in the hands of the very few, it can very bad.  These nodes need to be distributed to as many trusted entities as possible.   I hope that you guys consider us a trusted entity.

I can tell you that many of the prime nodes out there are in the control of a very small group of people.   Am I "part of their group"?  No.   They have no say or control of anything here including the prime node.   However, I value their input in the same way I value the input of all Cryptsy users.   Good or bad, any input you have only helps us grow.

So I'll say it again, the ONLY reason we are running a prime node is to protect the XPY network.   To us XPY is a coin.   It's isn't GAW, it isn't some foundation, it is simply a coin with a lot of users.   The fact that there is quite a bit of controversy in the XPY community often overshadows this basic fact.

So what are we going to do with the stake that this prime node produces?  Well, we haven't done anything yet.  You can see all staking has been sent to this address from the time we started:

https://chainz.cryptoid.info/xpy/address.dws?PS6cptpvJthS4qzZYxo7MqBbFN5Z2u2ZXp.htm

Some ideas we had internally was to either "burn" the coins, or we could find a neat way to give them back to the XPY users.    One idea we had was to offer staking on any XPY balances users hold at Cryptsy.   Another idea we had was to give away coins randomly to users who trade in the XPY/BTC markets.

So I call out to the community to tell me what you would like us to do with them?  If the majority of Cryptsy users would like to see them burned, then that is what we will do.   If you have any other awesome ideas for distribution, then let's hear them.


http://www.poll-maker.com/poll303956xa353426B-11


Paul Vernon
"BigVern"


# Cryptsy Lockbox & Improved Currency Converter Tool

Greetings Cryptsy Users,

Two new features have been released today that I wanted to tell you about.

**Cryptsy Lockbox:**

Cryptsy has always tried to be the leader in developing a safe and secure environment for trading.   Today we have released Cryptsy Lockbox.   Cryptsy lockbox allows you to store funds you hold on your account more securely.   When you move funds to a lockbox, those coins will not be availalbe for trade or withdrawal.   The lockbox is a time-lock system, you can set the time lock for 1 hour, 6 hours, 12 hours, or 24 hours.   When a lockbox release request is made and approved from one of the email accounts set for the lockbox, the system will notify you every hour of a pending release via email and optional SMS alerts.   If somehow you find you didn't make the request, you can cancel it by clicking a link in the email.  Once the allotted time has passed since the request was approved, you lockbox funds will be restored to your Cryptsy balance and will be available for trade or withdrawal.

You can access the lockbox from your Cryptsy balances page.

Who should use lockbox:

- Users to are not going to be trading for awhile due to vacation or another reason should store their funds in the lockbox.   If you don't plan on trading or withdrawing those coins for awhile, then store them.

- Users who store large amounts of coin on their local computer.   The majority of hacks that we have seen in the past have occurred on the end users computer.   If your computer is compromised, stolen, or damaged your local wallets are at risk.   Cryptsy takes great measures to ensure our wallets and keys are stored safe and securely and make backups of our wallets to very secure locations often.

- Services who hold funds in their own wallets.   If you run a service that stores funds in your own wallets, and do not want to worry about the security of your wallets, then you can store them into a Cryptsy Lockbox for safekeeping.

**New Improved Currency Converter:**

The new currency converter is back and better than ever.   You can find the currency converter under the tools menu at Cryptsy.  Using the converter you can convert any currency into any other currency, including USD if you are verified.   You can specify either the sending amount and we will convert to show you the receiving amount, or you can specify the receiving amount and we will show you how much to send.

Soon we will be enhancing the converter tool even more by allowing you to send funds to an address to complete the conversion process, as well as providing these tools via the API. We feel this tool will be essential in the creation of merchant payment tools that use any currency traded at Cryptsy.

Happy Trading:

Paul Vernon
"BigVern"

# MN Mining Contracts

There has been quite a bit of concern about the mining contracts recently, and we share those concerns.

These contracts were originally purchased at CloudHashing.  Therefore they use the CloudHashing mining pool.   Recently this pool has been producing poor results.   We have no control of the equipment, pool, or payouts of these contracts.   We simply make the disbursement to the current holders when a Block Found payment is made by CloudHashing to us.  We do not keep any of the disbursement.

If you are a CloudHashing user, then I'm sure you've seen the same issue.

It was always known that these contracts would diminish over time, however sometimes a day or two go by without any found blocks, we think this can be resolved by switching to a new pool

In the next week or so I will be doing a few things:

1. I will contact CloudHashing and see if we can move over to a pool which produces more consistent results.   This may mean the payouts could be lower, but at least day to day they would have more consistent payouts.

2. I will be adding additional hashing power to the MN contracts.   I will pay for this myself and will not charge for power.  I will also use a pool that consistently finds blocks.   The payouts received from the additional hashing power will be paid on top of the payments received from CloudHashing.  Uncertain at this time how much hashing power I will add, but initially I'm looking at 20 TH.

3. I will be merging the 2 current MN contracts into a single entity.   We have MN1 which represents 1 GH/s and MN2 which represents 10 GH/s.  The new ticker will be MN and MN1 would be converted 1 to 1, and MN2 converted 1 to 10.  Payouts from Cloudhashing will be merged and payed out as we do now.

4. We may also offer contract holders another exit from MN by allowing to swap for hashing power at Mintsy when that site comes online.

I hear your feedback, and know that I am working to resolve the issues described above.

Paul Vernon
"BigVern"

# Response regarding lawsuit

There was quite a bit of PR pushed out yesterday from a law firm that stated that they were filing a lawsuit against Cryptsy and myself. The complaint alleges that Crytpsy misled users and was negligent in security. They represent a single user.  We have close to 300,000 users at this point. We have reviewed the unofficial complaint and believe that it is without merit. We intend to defend the case vigorously.

We would like to note that we have not received any documentation or official notification concerning any lawsuit yet.  We also find it unprofessional that the law firm decided to push out such a large PR campaign prior to serving any notice.  It should also be noted that according to the user terms of our site, disputes are to be handled via arbitration.

We realize that there have been a few "Bad Actors" in the crypto-currency space running exchanges and other services.  Cryptsy strives for transparency and doing what is right.  This lawsuit attempts to place us in the same group as many of these bad actors, but this is simply not how we operate.  We are not a fly by night operation, we are a company that plans to be around for a long time.   Our desire is to be the model of how to operate a crypto business.

As I'm sure many of you are aware, we take security very seriously.  We pride ourselves on being one of the most secure places to trade on the internet.  The crypto-currency space has been the target for a lot of hackers over the last year due to the increase in value of Bitcoin.  These hackers  not only target Cryptsy users, but users of many other Bitcoin services.

In this case the attack on the user making the claim came from within their own computer.  This is currently one of the most common attacks by hackers.   While we try to educate our users on how to secure their local environment, we ultimately have no control of a users computer system.

So as a reminder I'd like to reiterate a few security tips:

- Do not leave your computer logged into your Cryptsy account when you are away from your computer

- Do not install browser extensions from unknown developers

- Do not install mining software from unknown developers on the same computer you use to access Cryptsy

- Run a virus scan regularly.

Make sure you use 2fa on your Cryptsy account

Paul Vernon

"BigVern"

Cryptsy.com

# Announcing digitalX Mintsy

# Mining the Future…

In cooperation with DigitalBTC, together we are putting together the most comprehensive and easy to use mining system in the world.

Mintsy.co is now open for pre-enrollment:

- Start mining bitcoins and altcoins on our cloud instantaneously
- Buy and trade hashfracs, litefracs and xfracs
- Get paid the coins you mine straight into your Cryptsy or another account
- Buy bitcoins and altcoins in the future at a discount
- Connect your own equipment
- Pre-enroll and be entered into a competition to win $5000 in Bitcoin!*
- More surprises come when we launch

What is a frac?

A hashfrac is a contract for 100GH/s of SHA256 (eg. Bitcoin) mining power with a set expiry date and all costs inclusive.  Similarly, a litefrac is for Scrypt mining, and xfrac is for X-type algorithms.

Pre-enroll today to join our mailing list to keep up to date with development, beta testing, final release dates, and to enter into a chance to win $5000 worth of Bitcoin.

http://www.mintsy.co

# Updates to Cryptsy Points Program and New Balance Rebates

**What's new with Cryptsy Points?**

We have changed how Cryptsy Points are awarded. Previously it was based on how much you paid in fees. However, this was not beneficial for users who perform many "Maker" trades since they do not pay fees. We have changed it so it is now based on your trade volume.

**How Many Points Will I Earn?**

For every 1 BTC of trade volume you have, you will earn 0.1 Cryptsy Points. Cryptsy points are divisible down to 8 decimal places, so even if you only have 0.1 BTC of trade volume you will receive 0.01 Cryptsy Points. You will also earn 20% of the points each of your referrals earn.

So lets say you had a trade volume of 1 BTC in a given day and you had 10 referred users who also had 1 BTC in trade volume each on that day.

Points Earned Directly  0.1 CP
Points Earned from Referrals  0.2 CP
Total Points Earned that Day  0.3 CP

**What Are Balance Rebates?**

Balance rebates are basically a cut of our collected transaction fees for users who hold balances in certain currencies on our exchange. Currently the currencies we collect fees on are BTC, LTC, and USD. Users who have a balance in these currencies will be included in the pool of users who get a daily rebate in the same currency.

**How Much Will I Earn in Balance Rebates?**

We pay a 2% rebate. Balance calculations include available and held for order balances.  So even if all your funds are held for open orders, they are included in the calculation.

So for example: We collect 10 BTC in trade fees in a day. This leaves 0.2 BTC available for rebates (2%). If you had 100 BTC on account and between all users the sum of all balances was 10,000 BTC, then you would receive 1% of the total rebate for that day. In this case that would be a 0.002 BTC daily rebate. Balances and rebates are calculated and distributed separately for each of the BTC, LTC, and USD currencies.

**When Do I Get Paid My Cryptsy Points and Balance Rebates?**

The program which calculates payouts and makes disbursements runs after midnight EST every day. Usually around 2am EST.

https://www.cryptsy.com/users/cryptsypoints

```
1   <!DOCTYPE html>
2   <script src="//archive.org/includes/analytics.js?v=cf34f82" type="text/javascript">
    </script>
3   <script type="text/javascript">window.addEventListener('DOMContentLoaded',function()
    {var v=archive_analytics.values;v.service='wb';v.server_name='wwwb-
    app201.us.archive.org';v.server_ms=387;archive_analytics.send_pageview({});});
    </script><script type="text/javascript" src="/_static/js/playback.bundle.js?
    v=bQvHU8mx" charset="utf-8"></script>
4   <script type="text/javascript" src="/_static/js/wombat.js?v=cRqQKCOw" charset="utf-8">
    </script>
5   <script type="text/javascript">
6     __wm.init("https://web.archive.org/web");
7
      __wm.wombat("http://blog.cryptsy.com/","20160306090253","https://web.archive.org/","we
    b","/_static/",
8               "1457254973");
9   </script>
10  <link rel="stylesheet" type="text/css" href="/_static/css/banner-styles.css?
    v=wiOP2tld" />
11  <link rel="stylesheet" type="text/css" href="/_static/css/iconochive.css?v=qtvMKcIJ"
    />
12  <!-- End Wayback Rewrite JS Include -->
13  <script>var __bpba = true;</script><script>var translated_warning_string = 'Warning:
    Never enter your Tumblr password unless \u201chttps://www.tumblr.com/login\u201d\x0ais
    the address in your web browser.\x0a\x0aYou should also see a green \u201cTumblr,
    Inc.\u201d identification in the address bar.\x0a\x0aSpammers and other bad guys use
    fake forms to steal passwords.\x0a\x0aTumblr will never ask you to log in from a
    user\u2019s blog.\x0a\x0aAre you absolutely sure you want to continue?';</script>
    <script type="text/javascript" language="javascript"
    src="https://web.archive.org/web/20160306090253js_/http://assets.tumblr.com/assets/scr
    ipts/pre_tumblelog.js?_v=4407ac63b04a974114891da19b333539"></script>
14  <!DOCTYPE html>
15  <!--[if lt IE 7]><html class="lt-ie10 lt-ie9 lt-ie8 lt-ie7"><![endif]-->
16  <!--[if IE 7]><html class="lt-ie10 lt-ie9 lt-ie8"><![endif]-->
17  <!--[if IE 8]><html class="lt-ie10 lt-ie9"> <![endif]-->
18  <!--[if IE 9]><html class="lt-ie10"> <![endif]-->
19  <!--[if gt IE 9]><!--> <!-- BEGIN WAYBACK TOOLBAR INSERT -->
20  <style type="text/css">
21  body {
22    margin-top:0 !important;
23    padding-top:0 !important;
24    /*min-width:800px !important;*/
25  }
26  </style>
27  <script>__wm.rw(0);</script>
28  <div id="wm-ipp-base" lang="en" style="display:none;direction:ltr;">
29  <div id="wm-ipp" style="position:fixed;left:0;top:0;right:0;">
30  <div id="wm-ipp-inside">
31    <div style="position:relative;">
32      <div id="wm-logo" style="float:left;width:110px;padding-top:12px;">
33        <a href="/web/" title="Wayback Machine home page"><img
    src="/_static/images/toolbar/wayback-toolbar-logo-200.png"
    srcset="/_static/images/toolbar/wayback-toolbar-logo-100.png,
    /_static/images/toolbar/wayback-toolbar-logo-150.png 1.5x,
    /_static/images/toolbar/wayback-toolbar-logo-200.png 2x" alt="Wayback Machine"
    style="width:100px" border="0" /></a>
34      </div>
35      <div class="r" style="float:right;">
36        <div id="wm-btns" style="text-align:right;height:25px;">
37                  <div id="wm-save-snapshot-success">success</div>
38          <div id="wm-save-snapshot-fail">fail</div>
39          <a id="wm-save-snapshot-open" href="#"
40        title="Share via My Web Archive" >
41            <span class="iconochive-web"></span>
42          </a>
43          <a href="https://archive.org/account/login.php"
44            title="Sign In"
45            id="wm-sign-in"
46          >
47
```

```
48          <span class="iconochive-person"></span>
          </a>
49          <span id="wm-save-snapshot-in-progress" class="iconochive-web"></span>
50          <a href="http://faq.web.archive.org/" title="Get some help using the
Wayback Machine" style="top:-6px;"><span class="iconochive-question"
style="color:rgb(87,186,244);font-size:160%;"></span></a>
51        <a id="wm-tb-close" href="#close" onclick="__wm.h(event);return false;"
style="top:-2px;" title="Close the toolbar"><span class="iconochive-remove-circle"
style="color:#888888;font-size:240%;"></span></a>
52          </div>
53          <div id="wm-share">
54            <a
href="/web/20160306090253/http://web.archive.org/screenshot/http://blog.cryptsy.com/"
55              id="wm-screenshot"
56              title="screenshot">
57              <span class="wm-icon-screen-shot"></span>
58            </a>
59          <a id="wm-share-facebook" href="#" data-
url="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/" title="Share
on Facebook" style="margin-right:5px;" target="_blank"><span class="iconochive-
facebook" style="color:#3b5998;font-size:160%;"></span></a>
60          <a id="wm-share-twitter" href="#" data-
url="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/" title="Share
on Twitter" style="margin-right:5px;" target="_blank"><span class="iconochive-twitter"
style="color:#1dcaff;font-size:160%;"></span></a>
61          </div>
62        </div>
63        <table class="c" style="">
64        <tbody>
65        <tr>
66        <td class="u" colspan="2">
67          <form target="_top" method="get" action="/web/submit" name="wmtb" id="wmtb">
<input type="text" name="url" id="wmtbURL" value="http://blog.cryptsy.com/"
onfocus="this.focus();this.select();" /><input type="hidden" name="type"
value="replay" /><input type="hidden" name="date" value="20160306090253" /><input
type="submit" value="Go" /></form>
68        </td>
69        <td class="n" rowspan="2" style="width:110px;">
70          <table>
71          <tbody>
72          <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
73          <tr class="m">
74            <td class="b" nowrap="nowrap"><a
href="https://web.archive.org/web/20160131045538/http://blog.cryptsy.com/" title="31
Jan 2016"><strong>Jan</strong></a></td>
75            <td class="c" id="displayMonthEl" title="You are here: 09:02:53 Mar 06,
2016">MAR</td>
76            <td class="f" nowrap="nowrap"><a
href="https://web.archive.org/web/20160409033427/http://blog.cryptsy.com/" title="09
Apr 2016"><strong>Apr</strong></a></td>
77          </tr>
78          <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
79          <tr class="d">
80            <td class="b" nowrap="nowrap"><a
href="https://web.archive.org/web/20160304030253/http://blog.cryptsy.com/"
title="03:02:53 Mar 04, 2016"><img src="/_static/images/toolbar/wm_tb_prv_on.png"
alt="Previous capture" width="14" height="16" border="0" /></a></td>
81            <td class="c" id="displayDayEl" style="width:34px;font-size:24px;white-
space:nowrap;" title="You are here: 09:02:53 Mar 06, 2016">06</td>
82            <td class="f" nowrap="nowrap"><a
href="https://web.archive.org/web/20160312045734/http://blog.cryptsy.com:80/"
title="04:57:34 Mar 12, 2016"><img src="/_static/images/toolbar/wm_tb_nxt_on.png"
alt="Next capture" width="14" height="16" border="0" /></a></td>
83          </tr>
84          <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
85          <tr class="y">
86            <td class="b" nowrap="nowrap"><a
href="https://web.archive.org/web/20150214070734/http://blog.cryptsy.com:80/"
title="14 Feb 2015"><strong>2015</strong></a></td>
87
```

```
              <td class="c" id="displayYearEl" title="You are here: 09:02:53 Mar 06,
 87   2016">2016</td>
              <td class="f" nowrap="nowrap"><a
 88   href="https://web.archive.org/web/20170610012143/http://blog.cryptsy.com/" title="10
      Jun 2017"><strong>2017</strong></a></td>
 89            </tr>
 90            </tbody>
 91          </table>
 92        </td>
 93      </tr>
 94      <tr>
 95        <td class="s">
 96                  <div id="wm-nav-captures">
 97                  <a class="t" href="/web/20160306090253*/http://blog.cryptsy.com/"
      title="See a list of every capture for this URL">73 captures</a>
 98              <div class="r" title="Timespan for captures of this URL">09 Feb 2014 - 02
      Feb 2020</div>
 99              </div>
100          </td>
101          <td class="k">
102          <a href="" id="wm-graph-anchor">
103              <div id="wm-ipp-sparkline" title="Explore captures for this URL"
      style="position: relative">
104            <canvas id="wm-sparkline-canvas" width="650" height="27" border="0"></canvas>
105            </div>
106          </a>
107        </td>
108      </tr>
109      </tbody>
110      </table>
111      <div style="position:absolute;bottom:0;right:2px;text-align:right;">
112      <a id="wm-expand" class="wm-btn wm-closed" href="#expand"
      onclick="__wm.ex(event);return false;"><span id="wm-expand-icon" class="iconochive-
      down-solid"></span> <span style="font-size:80%">About this capture</span></a>
113      </div>
114    </div>
115      <div id="wm-capinfo" style="border-top:1px solid #777;display:none; overflow:
      hidden">
116                  <div id="wm-capinfo-collected-by">
117      <div style="background-color:#666;color:#fff;font-weight:bold;text-
      align:center">COLLECTED BY</div>
118      <div style="padding:3px;position:relative" id="wm-collected-by-content">
119      <div style="display:inline-block;vertical-align:top;width:49%;">
120          <span class="c-logo" style="background-
      image:url(https://archive.org/services/img/wikipediaoutlinks00004)"></span>
121      <div>Collection: <a style="color:#33f;"
      href="https://archive.org/details/wikipediaoutlinks00004" target="_new"><span
      class="wm-title">Wikipedia Outlinks March 2016</span></a></div>
122      <div style="max-height:75px;overflow:hidden;position:relative;">
123          <div
      style="position:absolute;top:0;left:0;width:100%;height:75px;background:linear-
      gradient(to bottom,rgba(255,255,255,0) 0%,rgba(255,255,255,0)
      90%,rgba(255,255,255,255) 100%);"></div>
124          Crawl of outlinks from wikipedia.org started March, 2016. These files are
      currently not publicly accessible.

125
126  Properties of this collection.
127  It has been several years since the last time we did this.
128  For this collection, several things were done:
129  1. Turned off duplicate detection.   This collection will be complete, as there is a
130  good chance we will share the data, and sharing data with pointers to random
131  other collections, is a complex problem.
132
133  2. For the first time, did all the different wikis.   The original runs were just
      against the
134  enwiki.   This one, the seed list was built from all 865 collections.
135      </div>
136              </div>
137      </div>
138
```

```
139          </div>
140          <div id="wm-capinfo-timestamps">
             <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center"
     title="Timestamps for the elements of this page">TIMESTAMPS</div>
141          <div>
142            <div id="wm-capresources" style="margin:0 5px 5px 5px;max-height:250px;overflow-
     y:scroll !important"></div>
143            <div id="wm-capresources-loading" style="text-align:left;margin:0 20px 5px
     5px;display:none"><img src="/_static/images/loading.gif" alt="loading" /></div>
144          </div>
145          </div>
146        </div></div></div></div><div id="wm-ipp-print">The Wayback Machine -
     https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/</div>
147  <div id="donato" style="position:relative;width:100%;">
148    <div id="donato-base">
149        <iframe id="donato-if" src="https://archive.org/includes/donate.php?
     as_page=1&amp;platform=wb&amp;referer=https%3A//web.archive.org/web/20160306090253/htt
     p%3A//blog.cryptsy.com/"
150            scrolling="no" frameborder="0" style="width:100%; height:100%">
151        </iframe>
152    </div>
153  </div><script type="text/javascript">
154  __wm.bt(650,27,25,2,"web","http://blog.cryptsy.com/","20160306090253",1996,"/_static/"
     ,["/_static/css/banner-styles.css?v=wiOP2tld","/_static/css/iconochive.css?
     v=qtvMKcIJ"]);
155      __wm.rw(1);
156  </script>
157  <!-- END WAYBACK TOOLBAR INSERT --><html> <!--<![endif]-->
158      <head prefix="og: http://ogp.me/ns# fb: http://ogp.me/ns/fb# blog:
     http://ogp.me/ns/blog#">
159
160          <meta charset="utf-8">
161          <title>Cryptsy Blog</title>
162
163          <meta name="description" content="What's Happening at Cryptsy?">
164
165
166          <!-- Theme Defaults -->
167          <meta name="Title font" content="Helvetica Neue">
168          <meta name="Title font weight" content="bold" title="Bold">
169          <meta name="Title font weight" content="normal" title="Normal">
170          <meta name="Body font" content="Helvetica Neue">
171          <meta name="Background color" content="#f6f6f6">
172          <meta name="Title color" content="#444444">
173          <meta name="Link color" content="#529ecc">
174          <meta name="Header image" content="">
175
176          <meta name="if:Sliding header" content="1">
177          <meta name="if:Stretch header image" content="1">
178          <meta name="if:Collapse navigation" content="1">
179          <meta name="if:Show description" content="1">
180          <meta name="if:Show title" content="1">
181          <meta name="if:Show header image" content="1">
182          <meta name="if:Endless scrolling" content="1">
183
184          <meta name="select:Avatar style" content="circle" title="Circle">
185          <meta name="select:Avatar style" content="square" title="Square">
186          <meta name="select:Avatar style" content="hidden" title="Hidden">
187
188          <meta name="select:Layout" content="regular" title="Regular">
189          <meta name="select:Layout" content="narrow" title="Narrow">
190          <meta name="select:Layout" content="grid" title="Grid">
191
192          <meta name="text:Disqus shortname" content="">
193          <meta name="text:Google analytics ID" content="">
194
195          <meta name="viewport" content="width=device-width, initial-scale=1.0">
196          <meta name="apple-mobile-web-app-capable" content="yes">
197          <style>figure{margin:0}</style>
198
```

```
        <link rel="shortcut icon"
    href="https://web.archive.org/web/20160306090253im_/http://31.media.tumblr.com/avatar_
    8740dedf9e5a_128.png">
199         <link rel="apple-touch-icon-precomposed"
    href="https://web.archive.org/web/20160306090253im_/http://31.media.tumblr.com/avatar_
    8740dedf9e5a_128.png">
200         <link rel="alternate" type="application/rss+xml"
    href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/rss">
201
202         <link rel="stylesheet"
    href="https://web.archive.org/web/20160306090253cs_/http://static.tumblr.com/vr9xgox/P
    uGmmhqcs/normalize.css">
203         <link rel="stylesheet"
    href="https://web.archive.org/web/20160306090253cs_/http://static.tumblr.com/vr9xgox/a
    dcmzkawk/main.css">
204
205         <!-- HTML5 Shiv -->
206         <!--[if lt IE 9]>
207             <script src="http://static.tumblr.com/hriofhd/Qj0m8pn7q/html5shiv.js">
    </script>
208         <![endif]-->
209
210         <style>
211             /* Colors */
212             body {
213                 background: #f6f6f6;
214                 font-family: Helvetica Neue, "Helvetica Neue", HelveticaNeue, Arial,
    sans-serif;
215             }
216
217             h1 {
218                 font-family: 'Helvetica Neue', Arial, Helvetica, sans-serif,
    "Helvetica Neue", HelveticaNeue, Arial, sans-serif;
219                 font-weight: bold;
220             }
221
222             h2, .attribution-tags {
223                 font-family: Helvetica Neue, "Helvetica Neue", HelveticaNeue, Arial,
    sans-serif;
224             }
225
226             h1 a,
227             #pagination a,
228             .exposed-nav-wrapper li a,
229             .sub-title,
230             .search-header {
231                 color: #444444;
232             }
233
234             #pagination a.next:after {
235                 border-left-color: #444444;
236             }
237
238             #pagination a.previous:after {
239                 border-right-color: #444444;
240             }
241
242             .h-line {
243                 background: #444444;
244             }
245
246             a {
247                 color: #529ecc;
248             }
249
250             .link-wrapper h2 a {
251                 background-color: #529ecc;
252             }
253
254
```

```
255         .header-image {
                background-image:
        url(https://web.archive.org/web/20160306090253im_/http://assets.tumblr.com/images/defa
        ult_header/optica_pattern_11_focused_v3.png?_v=4275fa0865b78225d79970023dde05a1);
256             }
257
258         .user-avatar {
259             background-color: #f6f6f6;
260             border-color: #f6f6f6;
261         }
262
263         .avatar-style-square .user-avatar {
264             -webkit-box-shadow: 0 0 0 4px #f6f6f6;
265             -moz-box-shadow: 0 0 0 4px #f6f6f6;
266             box-shadow: 0 0 0 4px #f6f6f6;
267         }
268
269         @media screen and (max-device-width: 568px) {
270             .header-image {
271                 background-image:
        url(https://web.archive.org/web/20160306090253im_/http://assets.tumblr.com/images/defa
        ult_header/optica_pattern_11_1280.png?_v=4275fa0865b78225d79970023dde05a1);
272             }
273         }
274
275 a.return-to-cryptsy {
276     color: #435e75;
277     text-decoration: none;
278     display: inline-block;
279     margin: 7px 0 0 0px;
280     background: rgba(255,255,255,0.35);
281     padding: 7px 14px;
282     -webkit-border-radius: 2px;
283     -moz-border-radius: 2px;
284     border-radius: 2px;
285 }
286 a.return-to-cryptsy:hover {
287     background: rgba(255,255,255,0.45);
288 }
289
290 @media only screen and (max-width: 768px) {
291     a.return-to-cryptsy {
292         display: none;
293     }
294 }
295
296         /* Custom CSS */
297
298     </style>
299     <link rel="alternate" href="https://web.archive.org/web/20160306090253/android-
    app://com.tumblr/tumblr/x-callback-url/blog?blogName=cryptsyblog"/>
300 <link rel="alternate" href="https://web.archive.org/web/20160306090253/ios-
    app://305343404/tumblr/x-callback-url/blog?blogName=cryptsyblog"/>
301 <script
    src="https://web.archive.org/web/20160306090253js_/http://assets.tumblr.com/assets/scr
    ipts/tumblelog_post_message_queue.js?_v=8b0553f75283ecbeb78be24f096f4c2c"></script>
302
303
304 <!-- BEGIN TUMBLR FACEBOOK OPENGRAPH TAGS --><!-- If you'd like to specify your own
    Open Graph tags, define the og:url and og:title tags in your theme's HTML. --><!--
    Read more: http://ogp.me/ --><meta property="fb:app_id" content="48119224995"/><meta
    property="og:title" content="Cryptsy Blog"/><meta property="og:url"
    content="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/?og=1"/>
    <meta property="og:description" content="What's Happening at Cryptsy?"/><meta
    property="og:type" content="tumblr-feed:tumblelog"/><meta property="og:image"
    content="https://web.archive.org/web/20160306090253im_/http://31.media.tumblr.com/avat
    ar_8740dedf9e5a_128.png"/><meta property="al:ios:url" content="tumblr://x-callback-
    url/blog?blogName=cryptsyblog"/><meta property="al:ios:app_name" content="Tumblr"/>
    <meta property="al:ios:app_store_id" content="305343404"/><meta
```

```
property="al:android:url" content="tumblr://x-callback-url/blog?
blogName=cryptsyblog"/><meta property="al:android:app_name" content="Tumblr"/><meta
property="al:android:package" content="com.tumblr"/><!-- END TUMBLR FACEBOOK OPENGRAPH
TAGS -->
305
307  <!-- TWITTER TAGS --><meta charset="utf-8"><meta name="twitter:site"
content="tumblr"/><meta name="twitter:card" content="app"/><meta
name="twitter:description" content="cryptsyblog"/><meta name="twitter:title"
content="cryptsyblog"/><meta name="twitter:app:name:iphone" content="Tumblr"/><meta
name="twitter:app:name:ipad" content="Tumblr"/><meta
name="twitter:app:name:googleplay" content="Tumblr"/><meta
name="twitter:app:id:iphone" content="305343404"/><meta name="twitter:app:id:ipad"
content="305343404"/><meta name="twitter:app:id:googleplay" content="com.tumblr"/>
<meta name="twitter:app:url:iphone" content="tumblr://x-callback-url/blog?
blogName=cryptsyblog&amp;referrer=twitter-cards"/><meta name="twitter:app:url:ipad"
content="tumblr://x-callback-url/blog?blogName=cryptsyblog&amp;referrer=twitter-
cards"/><meta name="twitter:app:url:googleplay" content="tumblr://x-callback-url/blog?
blogName=cryptsyblog&amp;referrer=twitter-cards"/>
308
309  <!-- GOOGLE CAROUSEL --><script type="application/ld+json">
{"@type":"ItemList","url":"https:\/\/web.archive.org\/web\/20160306090253\/http:\/\/bl
og.cryptsy.com","itemListElement":
[{"@type":"ListItem","position":1,"url":"https:\/\/web.archive.org\/web\/2016030609025
3\/http:\/\/blog.cryptsy.com\/post\/137323646202\/announcement"},
{"@type":"ListItem","position":2,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/137216414262\/phishing-attempt"},
{"@type":"ListItem","position":3,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/130547612142\/re-coinfire"},
{"@type":"ListItem","position":4,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/117904298947\/in-response-to-coinfire"},
{"@type":"ListItem","position":5,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/117521739437\/cryptsy-and-xpy-prime-node"},
{"@type":"ListItem","position":6,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/102008854192\/cryptsy-lockbox-improved-currency-
converter-tool"},
{"@type":"ListItem","position":7,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/101221980512\/mn-mining-contracts"},
{"@type":"ListItem","position":8,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/100831839452\/response-regarding-lawsuit"},
{"@type":"ListItem","position":9,"url":"https:\/\/web.archive.org\/web\/20160306090253
\/http:\/\/blog.cryptsy.com\/post\/97734773302\/announcing-digitalx-mintsy"},
{"@type":"ListItem","position":10,"url":"https:\/\/web.archive.org\/web\/2016030609025
3\/http:\/\/blog.cryptsy.com\/post\/94775274327\/updates-to-cryptsy-points-program-
and-new-
balance"}],"@context":"https:\/\/web.archive.org\/web\/20160306090253\/http:\/\/schema
.org"}</script>
310  <link rel="canonical"
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/"/>
311
312  </head>
313      <body data-urlencoded-name="cryptsyblog" class="regular index-page">
314          <section id="page">
315              <div class="nav-menu-wrapper ">
316                  <nav class="nav-menu pop">
317                      <a class="selector"><span class="icon"></span></a>
318                      <div class="pop-menu west">
319                          <ul>
320                              <li class="no-hover">
321                                  <form
action="/web/20160306090253/http://blog.cryptsy.com/search" method="get" id="search">
322                                      <input type="text" name="q" id="q"
placeholder="Search" value="">
323                                      <button type="submit"></button>
324                                  </form>
325                              </li>
326
327                              <li>
328                                  <a
```

```
       href="/web/20160306090253/http://blog.cryptsy.com/archive" class="archive
       arrow">Archive</a>
329                             </li>
330
331
332
333
334                         </ul>
335                     </div>
336                 </nav>
337 <a class="return-to-cryptsy"
    href="https://web.archive.org/web/20160306090253/https://www.cryptsy.com/">← Return to
    Cryptsy.com</a>
338                     <div class="glass"></div>
339             </div>
340             <div class="nav-menu-bg"></div>
341             <div class="header-wrapper
342
343
344
345          avatar-style-square">
346
347          <header id="header">
348
349              <div class="header-image-wrapper">
350                 <a href="/web/20160306090253/http://blog.cryptsy.com/"
    class="header-image parallax cover" data-bg-
    image="https://web.archive.org/web/20160306090253/http://assets.tumblr.com/images/defa
    ult_header/optica_pattern_11_focused_v3.png?_v=4275fa0865b78225d79970023dde05a1"></a>
351                 </div>
352
353
354              <div class="blog-title content">
355                 <figure class="avatar-wrapper">
356                     <a href="/web/20160306090253/http://blog.cryptsy.com/"
    style="background-image:
    url(https://web.archive.org/web/20160306090253im_/http://31.media.tumblr.com/avatar_87
    40dedf9e5a_128.png)" class="user-avatar"><img
    src="https://web.archive.org/web/20160306090253im_/http://31.media.tumblr.com/avatar_8
    740dedf9e5a_128.png" alt="" class="print-only invisible"></a>
357                 </figure>
358
359                 <h1><a
    href="/web/20160306090253/http://blog.cryptsy.com/">Cryptsy Blog</a></h1>
360
361
362                 <span class="sub-title">
363                 What's Happening at <a
    href="https://web.archive.org/web/20160306090253/https://www.cryptsy.com/">Cryptsy</a>
    ?
364                 </span>
365
366              </div>
367
368
369
370              <div class="back-to-top"><a class="top" href="#"></a></div>
371             </header>
372         </div>
373
374         <section id="posts" class="content clearfix  avatar-style-square">
375
376             <div data-page-id="1">
377
378                     <article class="text not-page post-137323646202 " data-
    post-id="post_137323646202">
379                         <div class="post-wrapper clearfix">
380                             <section class="post">
381
```

```
382        <h2><a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13732364
6202/announcement">Announcement</a></h2>

383
384               <div class="body-text">
385               <p>Cryptsy has had problems for some
time now and it&rsquo;s time to let everybody know exactly why.  These problems
were NOT because of any recent phishing attacks, or even a ddos attack, nor does it
have anything to do with me personally.</p><p>About a year and a half ago, we were
alerted in the early AM of a reduction in our safe/cold wallet balances of Bitcoin and
Litecoin, as well as a couple other smaller cryptocurrencies.   After a period of
time of investigation it was found that the developer of Lucky7Coin had placed an IRC
backdoor into the code of wallet, which allowed it to act as a sort of a Trojan, or
command and control unit.   This Trojan had likely been there for months before
it was able to collect enough information to perform the attack.  It does not
appear that this was the original developer for LK7, as on 5/22/2014, we received this
message from the new developer who wanted to maintain the codebase:</p><p>&mdash; </p>
<p>Hello,</p><p>Lucky7Coin is not maintained and I would like to take care of it. I
have announced that on bitcointalk.org in Lucky7Coin thread. You&rsquo;re the only
exchange for this coin and I hope you will let me take care of it. I&rsquo;m
responsible. You don&rsquo;t have to be afraid of errors or forks. I&rsquo;m
developing multipool and I know bitcoin internals and protocol.</p><p><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fbitcointalk.org%2Findex.php%3Ftopic%3D295157.msg6861797%3msg6861797&a
mp;t=NmQwNDQ2MGMwMjMzYTM1MWIwM2ZmN2RkNTJhN2YxMzk1NjNlMTY0MyxSRjZzcGh1Tw%3D%3D">https:/
/bitcointalk.org/index.php?topic=295157.msg6861797#msg6861797</a></p><p>For a start
I&rsquo;ve changed irc network, so clients could synchronize blockchain. Please
upgrade as soon as you can.</p><p>Github repo:<br><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fgithub.com%2Falerj78%2Flucky7coin&amp;t=NjQwZjUzNTI3MzBhYzc5NmFiZDIyYj
YzMjM1MWNjMzY2ODkyMzU5ZSxSRjZzcGh1Tw%3D%3D">https://github.com/alerj78/lucky7coin</a>
</p><p>Branch &ldquo;master&rdquo; will always be for stable version, branch
&ldquo;devel&rdquo; could be dirty. In a 2-3 weeks I&rsquo;ll release new version with
p2pool support and checkpoints. Before that I&rsquo;ll contact you to check few blocks
hashes for checkpoints and make sure there is no fork.</p><p>I hope we can cooperate
and make this coin live again!</p><p>Jack</p><p>&mdash;</p><p>These are the
approximate figures taken:<br>Bitcoin:  13,000 BTC<br>Litecoin:  300,000
LTC</p><p>This of course was a critical event for Cryptsy, however at the time the
website was earning more than it was spending and we still have some reserves of those
cryptocurrencies on hand.   The decision was made to pull from our profits to
fill these wallets back up over time, thus attempting to avert complete closure of the
website at that time.   This worked fine for awhile, as profits decreased due to
low volume and low Bitcoin prices, we would adjust our spending accordingly.  It
wasn&rsquo;t until an article from Coinfire came out that contained many false
accusations that things began to crumble.   The article basically caused a bank-
run, and since we only had so much in reserves for those currencies problems began.
  </p><p>Our current customer liabilities for BTC is around 10,000 BTC, so as you
can see we would like to see the Bitcoins returned for both our users and for
ourselves.</p><p>Here are the transaction details from the Bitcoin wallet:</p><p><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fwww.walletexplorer.com%2Fwallet%2F0c07e0bec1002bd2&amp;t=NDg5N2I1YWQ0M
DNiNjhjMzI5M2RjNDlhMGI1NzMwNGIxZjhlNTQ4ZSxSRjZzcGh1Tw%3D%3D">https://www.walletexplore
r.com/wallet/0c07e0bec1002bd2</a></p><p>As you can see,  2014-07-29 13:17:36 is
when the event occurred.   A very interesting fact here, however, is that those
Bitcoins have not moved once since this happened.    This gives rise to the
possibility they can be recovered.   In fact, I&rsquo;m offering a bounty of 1000
BTC for information which leads to the recovery of the stolen coins.</p><p>If you
happen to be the perpetrator of this crime, and want to send the coins back no
questions asked, then you can simply send them to this address:   </p>
<p>1KNi4E4MTsF7gfuPKPNAbrZWQvtdQBTAAa</p><p>If they are returned, then we will assume
that no harm was meant and will not take any action to reveal who you are.  If
not, well, then I suppose the entire community will be looking for you.</p><p>Some may
ask why we didn&rsquo;t report this to the authorities when this occurred, and the
answer is that we just didn&rsquo;t know what happened, didn&rsquo;t want to cause
panic, and were unsure who exactly we should be contacting.   At one time we had
a open communication with Secret Service Agent Shaun Bridges on an unrelated matter,
but I think we all know what happened with him &ndash; so he was no longer somebody we
could report this to.    Recently I attempted to contact the Miami FBI
office to report this, but they instead directed me to report it on the I3C website.
```

 I&rsquo;ve not heard anything from them.</p><p>I think the only real people who can assist with this are the people of the Bitcoin community itself.</p><p>Trades and withdrawals will be suspended on the site indefinately until some sort of resolution can be made.</p><p>Here are our options:</p><p>1.   We shut down the website and file bankruptcy, letting users file claims via the bankruptcy process and letting the court make the disbursements.</p><p>- or &ndash;</p><p>2.  Somebody else comes in to purchase and run Cryptsy while also making good on requested withdrawals.</p><p>-    or &ndash;</p><p>3.   If somehow we are able to re-aquire the stolen funds, then we allow all withdrawal requests to process.</p><p>I&rsquo;m obviously open to any other ideas people may have on this.<br></p><p>If you have information, you can email reward@cryptsy.com</p><p>&ndash; Update 2016/01/15 7:31pm &ndash;</p><p>I will be posting transaction ID&rsquo;s for other alt coins soon.  Updates will be appended to this post.</p><p>We are clearing out the order books for now and placing all funds back into user accounts.</p><p>Because of the phishing attempt earlier this week, we are performing a forced password reset on all accounts upon next login.  </p><p>We are getting some helpful information to our reward email and want to thank all who are helping to find the culprit.  The vast majority of our users want the Cryptsy exchange to continue operating.</p><p>Many are suggesting other options other than the 3 mentioned above:</p><p>4. Spread the loss to all users in the system and allow trades to continue.</p><p>5. Restrict withdrawals on short balanced coins, allowing withdrawals on a first come, first serve basis upon availability.  </p><p>6. Place existing user balances of BTC, LTC into a frozen state and release funds as they become available from fees collected.  </p><p>7. Find an investor or group who wish to invest into the operations or provide a loan.</p><p>In any case, it is our intent to get every user their funds.  Depending on what option or combination of options we end up doing, this may take some time.</p><p>I&rsquo;m seeking known leaders in the community who want to participate in an advisory board on how we can keep Cryptsy operational for the users.</p><p><br></p><p>&ndash; Update 2016/01/16 12:38am &ndash;</p><p>Here are the transactions from the LTC wallet:</p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=http%3A%2F%2Fltc.blockr.io%2Ftx%2Finfo%2F61e61a63f35c951a16870df9e0a34df462ee473fde819d134da9485d2e7d8f44&amp;t=NjllMjM5ODZlZTYyYmYxZjQxODJlZDkxZTU3Mzk5OTVkNDA5YzMwMCxSRjZzcGh1Tw%3D%3D">http://ltc.blockr.io/tx/info/61e61a63f35c951a16870df9e0a34df462ee473fde819d134da9485d2e7d8f44</a><br></p><p>They moved about a year later, so that movement may help with tracking</p><p><br></p><p>&ndash; Update 2016/01/17 9:51pm &ndash;</p><p>Additional BTC transactions taken from another wallet on the same day:</p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=https%3A%2F%2Fblockchain.info%2Ftx%2Fe68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51&amp;t=ZjE1Zjk2N2RhZTY5Njk1MDRmZGI1NjZiNzNmZjFhNjhhYTZjNmU1ZSxSRjZzcGh1Tw%3D%3D">https://blockchain.info/tx/e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51</a><br></p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=https%3A%2F%2Fblockchain.info%2Ftx%2F48721871b11f716688fcf80a91a5c7586a1dddee83d90b84b564f3f29e11504c&amp;t=ZmExMWY0YjZjZDJiOTQwZGJhYTVhNDVhNzk2MDE5ODkwNjg0NDJlMixSRjZzcGh1Tw%3D%3D">https://blockchain.info/tx/48721871b11f716688fcf80a91a5c7586a1dddee83d90b84b564f3f29e11504c</a><br></p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=https%3A%2F%2Fblockchain.info%2Ftx%2F790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df&amp;t=NzEzNTQzYzAxMTUwYTQ4ZDYwYzlhODc4YWE4ZGE1YzcwYjVmYjc1MCxSRjZzcGh1Tw%3D%3D">https://blockchain.info/tx/790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df</a><br></p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=https%3A%2F%2Fblockchain.info%2Ftx%2Fe8bb46bc6ea5f4580dd2b73f5d6a116e9023c84eb7c0fd4f34bcef3aca606fad&amp;t=YjBlNzdkN2M0NTdjNjdmNWFjZjIxYzNjMzRiNDk4Njk5MTAwYWJiNCxSRjZzcGh1Tw%3D%3D">https://blockchain.info/tx/e8bb46bc6ea5f4580dd2b73f5d6a116e9023c84eb7c0fd4f34bcef3aca606fad</a><br></p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=https%3A%2F%2Fblockchain.info%2Ftx%2F3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44&amp;t=N2QxMmYzODBmODFkNTg3ZDY0NDhhZDhiMGYxZjY2ODgyMTZlNDUxNyxSRjZzcGh1Tw%3D%3D">https://blockchain.info/tx/3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44</a><br></p><p>&ndash; Update 2016/01/18 2:29am &ndash;</p><p>BTCD:</p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?z=http%3A%2F%2Fexplorebtcd.info%2Ftx%2Fbcc7a0faf66461840d5758c1cbeac9936f5fcb731145d6a6c51f029c530d41fb&amp;t=OTk1YTVjYzcxZjNjZDI5ZjgxYjg1MDg2YmQ4MzM4MTNiZWU0ZWZmMixSRjZzcGh1Tw%3D%3D">http://explorebtcd.info/tx/bcc7a0faf66461840d5758c1cbeac9936f5fcb731145d6a6c51f029c530d41fb</a></p><p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?

```
z=http%3A%2F%2Fexplorebtcd.info%2Ftx%2Fa15af4d914e4f9395ae02b146077bf7f059cca299d00159
7b283768d6986435d&amp;t=MzU4Nzc2MGJjZTJiNDIxNGRmNDU2YjZlYTkyNTk3ZGI1ZTVkOGVkNyxSRjZzcG
h1Tw%3D%3D">http://explorebtcd.info/tx/a15af4d914e4f9395ae02b146077bf7f059cca299d00159
7b283768d6986435d</a></p><p><br>X11:<br><br><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fchainz.cryptoid.info%2Fxc%2Ftx.dws%3F198610.htm&amp;t=ZTIwZDMyMGUzYjIx
ZGM2YmJiNThmZWU1MmUzYTUyNTRiZjAxNmY1NSxSRjZzcGh1Tw%3D%3D">https://chainz.cryptoid.info
/xc/tx.dws?198610.htm</a><br><br><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fchainz.cryptoid.info%2Fxc%2Ftx.dws%3F198611.htm&amp;t=ZjAxOGMwYjYwZWFk
ZTVlN2NlM2M4YjNiMjA0YTZiNzRhOGViMjM3YSxSRjZzcGh1Tw%3D%3D">https://chainz.cryptoid.info
/xc/tx.dws?198611.htm</a><br><br><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fchainz.cryptoid.info%2Fxc%2Ftx.dws%3F198608.htm&amp;t=MTg1ZTAzOTY4MjVm
YjFmNDZiYWYwMDk0NTI5MDY4OTIwODczMDk0NCxSRjZzcGh1Tw%3D%3D">https://chainz.cryptoid.info
/xc/tx.dws?198608.htm</a><br><br><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fchainz.cryptoid.info%2Fxc%2Ftx.dws%3F198609.htm&amp;t=MmJjNzYxMGU1ZGQ0
Mjk1MDYxNDYzODEyYzQxNTM3NTE5ZDlhOWEzNixSRjZzcGh1Tw%3D%3D">https://chainz.cryptoid.info
/xc/tx.dws?198609.htm</a></p><p><br></p><p>&ndash; Update 2016/01/19 10:08pm &ndash;
</p><p>The following wallets have been opened for withdrawals:</p><p>(removed)</p>
<p>We will be opening more wallets over the next couple days.<br></p><p><br></p>
<p>&ndash; Update 2016/02/04 1:54am &ndash;</p><p>I apologize for the delay in updates
- we&rsquo;ve continued to open more wallets for withdrawal and I will post a full
list of what is open shortly.   We suggest anybody having coins in these open
wallets to remove them from the exchange as soon as possible.</p>
386                                        </div>
387
388
389
390
391
392
393
394
395
396
397
398
399
400
401
402
403
404
405
406
407
408
409
410
411
412
413
414
415
416                            </section>
417
418
419                        <section class="panel">
420                            <footer class="post-footer">
421                                <section class="meta">
422                                    <ul class="post-date">
423                                        <li>
424                                            <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13732364
6202/announcement" title="1 month ago">Jan 14th, 2016</a>
425                                        </li>
426
427
```

```
                                                            <li>
428                                                     <a
    href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13732364
    6202/announcement#notes">8 notes</a>
429                                                     </li>
430
431                                                 </ul>
432                                             </section>
433
434                                     <section class="post-controls">
435                                         <ul>
436                                             <li class="share-control">
437                                                 <nav class="pop">
438                                                     <a href="#" class="share
    selector"></a>
439                                                     <div class="pop-menu
    share-menu south" id="share_137323646202">
440                                                         <ul>
441                                                             <li class="open-
    in-app"><a href="#" class="share-item open-in-app" data-post="137323646202">Open in
    app</a></li>
442                                                             <li><a
    href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
    u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F137323646202%2Fannouncement&amp;t=Announcemen
    t" class="share-item facebook" target="_blank">Facebook</a></li>
443                                                             <li><a
    href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
    text=Announcement%20-
    %20Cryptsy%20has%20had%20problems%20for%20some%20time%20now%20and%20it%E2%80%99s%20tim
    e%20to%20let%20everybody%20know%20exactly%20why....%20https%3A%2F%2Ftmblr.co%2FZgZMYo1
    -v88pw" class="share-item twitter" target="_blank">Tweet</a></li>
444                                                             <li><a
    href="https://web.archive.org/web/20160306090253/mailto:/?
    subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Announcement%20-
    %20Cryptsy%20has%20had%20problems%20for%20some%20time%20now%20and%20it%E2%80%99s%20tim
    e%20to%20let%20everybody%20know%20exactly%20why.%20%C2%A0These%20problems%20were%20NOT
    %20because%20of%20any%20recent%20phishing%20attacks%2C%20or%20even%20a%20ddos%20attack
    %2C%20nor...%20http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F137323646202%2Fannouncement"
    class="share-item mail">Mail</a></li>
445                                                         </ul>
446                                                     </div>
447                                                 </nav>
448                                             </li>
449                                             <li class="reblog-control"><a
    href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1373236
    46202/RF6sphuO" class="reblog_button" style="display: block;width:21px;height:21px;">
    <svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
    xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
    L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
    L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
    0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
    L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
    4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
    C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
    L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
    L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
    19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
    </path></svg></a></li>
450                                             <li class="like-control"><div
    class="like_button" data-post-id="137323646202" data-blog-name="cryptsyblog"
    id="like_button_137323646202"><iframe id="like_iframe_137323646202"
    src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
    l/like_iframe.html?
    _v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=137323646202&amp;colo
    r=black&amp;rk=RF6sphuO&amp;root_id=137323646202" scrolling="no" width="20"
    height="20" frameborder="0" class="like_toggle" allowtransparency="true"
    name="like_iframe_137323646202"></iframe></div></li>
451                                         </ul>
452                                     </section>
453
```

```
454                              </section>
455
456
457                          </div>
458                      </article>
459
460                      <article class="text not-page post-137216414262 " data-
     post-id="post_137216414262">
461                          <div class="post-wrapper clearfix">
462                              <section class="post">
463
464                          <h2><a
     href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13721641
     4262/phishing-attempt">Phishing Attempt</a></h2>
465
466                              <div class="body-text">
467                                  <p>There is a phishing attempt going
     around prompting users to go to a cryptsy-refund website.   Do not go to this
     website or give your login details on any website other than the official Cryptsy
     website.</p><p>There were two avenues of the Phishing attempt.  One was via SMS,
     using our provider Twilio and gained entry into our logs and sending ability via a
     weak password on that account.   The passwords on this account have been secured.
       The other avenue was via email using the same mailing service we use (Mailgun),
     but was not sent using our account.   It is uncertain where the email list for
     this Phishing attempt was attained from, as we do not show any unauthorized access to
     our Mailgun account nor our internal systems.   We are still investigating this
     matter.</p><p>If you were a victim of this phishing, you should log into your account
     at Cryptsy immediately and do the following:</p><p>1. Change your password and enable
     2fa if you don&rsquo;t already have it enabled.</p><p>2. Check your pending
     withdrawals, we currently have withdrawals disabled so if you see one that
     shouldn&rsquo;t be there you can request to have it cancelled.</p><p><br></p>
     <p>Regarding other issues that have been apparent at Cryptsy for the last couple
     months, I will be making another post to explain what has been happening in the next
     couple days.</p><p><br></p><p>BigVern</p>
468                                  </div>
469
470
471
472
473
474
475
476
477
478
479
480
481
482
483
484
485
486
487
488
489
490
491
492
493
494
495
496
497
498                              </section>
499
500
501                          <section class="panel">
502
```

```
503            <footer class="post-footer">
504              <section class="meta">
505                <ul class="post-date">
506                  <li>
                       <a
     href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13721641
     4262/phishing-attempt" title="1 month ago">Jan 13th, 2016</a>
507                  </li>
508
509                </ul>
510              </section>
511
512              <section class="post-controls">
513                <ul>
514                  <li class="share-control">
515                    <nav class="pop">
516                      <a href="#" class="share
     selector"></a>
517                      <div class="pop-menu
     share-menu south" id="share_137216414262">
518                        <ul>
519                          <li class="open-
     in-app"><a href="#" class="share-item open-in-app" data-post="137216414262">Open in
     app</a></li>
520                          <li><a
     href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
     u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F137216414262%2Fphishing-
     attempt&amp;t=Phishing%20Attempt" class="share-item facebook"
     target="_blank">Facebook</a></li>
521                          <li><a
     href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
     text=Phishing%20Attempt%20-
     %20There%20is%20a%20phishing%20attempt%20going%20around%20prompting%20users%20to%20go%
     20to%20a%20cryptsy-refund...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1-ol58s" class="share-
     item twitter" target="_blank">Tweet</a></li>
522                          <li><a
     href="https://web.archive.org/web/20160306090253/mailto:/?
     subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Phishing%20Attempt%20-
     %20There%20is%20a%20phishing%20attempt%20going%20around%20prompting%20users%20to%20go%
     20to%20a%20cryptsy-
     refund%20website.%20%C2%A0%20Do%20not%20go%20to%20this%20website%20or%20give%20your%20
     login%20details%20on%20any%20website%20other%20than...%20http%3A%2F%2Fblog.cryptsy.com
     %2Fpost%2F137216414262%2Fphishing-attempt" class="share-item mail">Mail</a></li>
523                        </ul>
524                      </div>
525                    </nav>
526                  </li>
527                  <li class="reblog-control"><a
     href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1372164
     14262/DoSXcWsa" class="reblog_button" style="display: block;width:21px;height:21px;">
     <svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
     xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
     L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
     L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
     0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
     L3.98376463,8.30993634 L3.98376463,6.89800107 C3.98376463,6.20867902
     4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
     C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
     L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
     L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
     19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
     </path></svg></a></li>
528                          <li class="like-control"><div
     class="like_button" data-post-id="137216414262" data-blog-name="cryptsyblog"
     id="like_button_137216414262"><iframe id="like_iframe_137216414262"
     src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
     l/like_iframe.html?
     _v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=137216414262&amp;colo
     r=black&amp;rk=DoSXcWsa&amp;root_id=137216414262" scrolling="no" width="20"
```

```
height="20" frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_137216414262"></iframe></div></li>
                                                </ul>
                                            </section>
                                        </footer>
                                    </section>


                                </div>
                            </article>

                            <article class="text not-page post-130547612142 " data-
post-id="post_130547612142">
                                <div class="post-wrapper clearfix">
                                    <section class="post">

                                        <h2><a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13054761
2142/re-coinfire">RE: Coinfire</a></h2>

                                        <div class="body-text">
                                            <p>I feel I need to give a response to
the recent Coinfire article.   Like their previous article, they&rsquo;ve make a
lot of claims without giving any kind of proof to their claims.   I know many
people don&rsquo;t take coinfire very seriously these days, which is good.  
However there are some out there that may not really know that the kind
of &ldquo;News&rdquo; these guys produce is not always reliable.</p><p>We have
never been investigated for anything, period.  We have never gotten any letters
from any of the agencies that they have stated in their article, nor have we been
contacted via phone or any other method.  It&rsquo;s safe to say that this
article and their reporting are completely false.   My guess is that whomever
wrote this article has personal reasons for writing it and are attempting to hurt our
business and reputation.</p><p>We will be reviewing our legal options against
this libelous article.   </p><p><br></p><p>Paul Vernon</p>
<p>&ldquo;BigVern&rdquo;<br></p>
                                        </div>

















                                    </section>

                                    <section class="panel">
```

```
581                                     <footer class="post-footer">
582                                         <section class="meta">
583                                             <ul class="post-date">
584                                                 <li>
                                                     <a
        href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13054761
        2142/re-coinfire" title="5 months ago">Oct 5th, 2015</a>
585                                                 </li>
586
587                                                 <li>
588                                                     <a
        href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/13054761
        2142/re-coinfire#notes">2 notes</a>
589                                                 </li>
590
591                                             </ul>
592                                         </section>
593
594                                         <section class="post-controls">
595                                             <ul>
596                                                 <li class="share-control">
597                                                     <nav class="pop">
598                                                         <a href="#" class="share
        selector"></a>
599                                                         <div class="pop-menu
        share-menu south" id="share_130547612142">
600                                                             <ul>
601                                                                 <li class="open-
        in-app"><a href="#" class="share-item open-in-app" data-post="130547612142">Open in
        app</a></li>
602                                                                 <li><a
        href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
        u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F130547612142%2Fre-
        coinfire&amp;t=RE%3A%20Coinfire" class="share-item facebook"
        target="_blank">Facebook</a></li>
603                                                                 <li><a
        href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
        text=RE%3A%20Coinfire%20-
        %20I%20feel%20I%20need%20to%20give%20a%20response%20to%20the%20recent%20Coinfire%20art
        icle.%20%C2%A0%20Like%20their%20previous...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1vbFddk"
        class="share-item twitter" target="_blank">Tweet</a></li>
604                                                                 <li><a
        href="https://web.archive.org/web/20160306090253/mailto:/?
        subject=A%20post%20from%20Cryptsy%20Blog&amp;body=RE%3A%20Coinfire%20-
        %20I%20feel%20I%20need%20to%20give%20a%20response%20to%20the%20recent%20Coinfire%20art
        icle.%20%C2%A0%20Like%20their%20previous%20article%2C%20they%E2%80%99ve%20make%20a%20l
        ot%20of%20claims%20without%20giving%20any%20kind%20of%20proof%20to%20their%20claims.%2
        0%C2%A0%20I%20know...%20http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F130547612142%2Fre-
        coinfire" class="share-item mail">Mail</a></li>
605                                                             </ul>
606                                                         </div>
607                                                     </nav>
608                                                 </li>
609                                                 <li class="reblog-control"><a
        href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1305476
        12142/ae5JHACf" class="reblog_button" style="display: block;width:21px;height:21px;">
        <svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
        xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
        L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
        L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
        0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
        L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
        4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
        C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
        L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
        L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
        19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
        </path></svg></a></li>
610                                                 <li class="like-control"><div
```

```
class="like_button" data-post-id="130547612142" data-blog-name="cryptsyblog"
id="like_button_130547612142"><iframe id="like_iframe_130547612142"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=130547612142&amp;colo
r=black&amp;rk=ae5JHACf&amp;root_id=130547612142" scrolling="no" width="20"
height="20" frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_130547612142"></iframe></div></li>
611                                                    </ul>
612                                                </section>
613                                            </footer>
614                                        </section>
615
616
617                                    </div>
618                                </article>
619
620                                <article class="text not-page post-117904298947 " data-
post-id="post_117904298947">
621                                    <div class="post-wrapper clearfix">
622                                        <section class="post">
623
624                                            <h2><a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/11790429
8947/in-response-to-coinfire">In response to coinfire</a></h2>
625
626                                            <div class="body-text">
627                                                <p>I&rsquo;d like to make a statement
regarding coinfire&rsquo;s article claiming we are lying about being fully licensed.
</p><p>First off, we&rsquo;ve never made any claims about being fully licensed at the
state level.  I&rsquo;m unsure where they received their information from, but
like every other Bitcoin company in the US, we do not have state level MSB licenses.
 Are we working to acquire them?  Yes, but the process can take years.</p>
<p>There is no company that is fully licensed at the state level in the US.
 None.</p><p>Coinfire claims to have tried contacting us, but I&rsquo;m unsure
the method they were attempting.  I&rsquo;ve not seen anything from them
requesting information.  Had they asked, we would have told them that we do not
have state level licenses - just like anybody else who asks that question.  They
certainly would not have had to call state by state requesting information because we
would have told them we do not carry state licenses.</p><p>We do, however, fully
comply with our Federal MSB requirements.  This includes filing SAR (Suspicous
Activity Reports) and CTR (Currency Transaction Reports).  We also have one of
the most extensive KYC programs in the industry, scrub accounts against the OFAC list,
and perform Transaction Monitoring.   At a federal level, we are compliant.
 </p><p>Federal compliance is the only claim we have ever made and will make.</p>
<p>I invite the writer at coinfire to contact me so I can show him what we do have,
and what we don&rsquo;t.  I&rsquo;m sure we could chat for hours about the woes
of a Bitcoin related company attempting to get licenses from all the states.</p><p>It
seemed to be a good investigation, but it was based on a false premise.</p><p>Paul
Vernon<br>&ldquo;BigVern&rdquo;<br></p>
628                                            </div>
629
630
631
632
633
634
635
636
637
638
639
640
641
642
643
644
645
646
647
```

```
648
649
650
651
652
653
654
655
656
657
658                                        </section>
659
660
661                                        <section class="panel">
662                                            <footer class="post-footer">
663                                                <section class="meta">
664                                                    <ul class="post-date">
665                                                        <li>
666                                                            <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/11790429
8947/in-response-to-coinfire" title="10 months ago">May 1st, 2015</a>
667                                                        </li>
668
669                                                        <li>
670                                                            <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/11790429
8947/in-response-to-coinfire#notes">2 notes</a>
671                                                        </li>
672
673                                                    </ul>
674                                                </section>
675
676                                                <section class="post-controls">
677                                                    <ul>
678                                                        <li class="share-control">
679                                                            <nav class="pop">
680                                                                <a href="#" class="share
selector"></a>
681                                                                <div class="pop-menu
share-menu south" id="share_117904298947">
682                                                                    <ul>
683                                                                        <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="117904298947">Open in
app</a></li>
684                                                                        <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F117904298947%2Fin-response-to-
coinfire&amp;t=In%20response%20to%20coinfire" class="share-item facebook"
target="_blank">Facebook</a></li>
685                                                                        <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=In%20response%20to%20coinfire%20-
%20I%E2%80%99d%20like%20to%20make%20a%20statement%20regarding%20coinfire%E2%80%99s%20a
rticle%20claiming%20we%20are%20lying...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1jpfDF3"
class="share-item twitter" target="_blank">Tweet</a></li>
686                                                                        <li><a
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=In%20response%20to%20coinfire%20-
%20I%E2%80%99d%20like%20to%20make%20a%20statement%20regarding%20coinfire%E2%80%99s%20a
rticle%20claiming%20we%20are%20lying%20about%20being%20fully%20licensed.%20First%20off
%2C%20we%E2%80%99ve%20never%20made%20any%20claims%20about%20being...%20http%3A%2F%2Fbl
og.cryptsy.com%2Fpost%2F117904298947%2Fin-response-to-coinfire" class="share-item
mail">Mail</a></li>
687                                                                    </ul>
688                                                                </div>
689                                                            </nav>
690                                                        </li>
691                                                        <li class="reblog-control"><a
```

```
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1179042
98947/yoQKIAoH" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewBox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
</path></svg></a></li>
                                                <li class="like-control"><div
class="like_button" data-post-id="117904298947" data-blog-name="cryptsyblog"
id="like_button_117904298947"><iframe id="like_iframe_117904298947"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=117904298947&amp;colo
r=black&amp;rk=yoQKIAoH&amp;root_id=117904298947" scrolling="no" width="20"
height="20" frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_117904298947"></iframe></div></li>
                                            </ul>
                                        </section>
                                    </footer>
                                </section>


                            </div>
                        </article>

                        <article class="text not-page post-117521739437 " data-
post-id="post_117521739437">
                            <div class="post-wrapper clearfix">
                                <section class="post">

                                    <h2><a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/11752173
9437/cryptsy-and-xpy-prime-node">Cryptsy and XPY Prime Node</a></h2>

                                    <div class="body-text">
                                        <p>Hey guys, long time no blog.</p><p>
<br></p><p>There seems to be some confusion and misinformation out there as to why we
would want an XPY prime node.</p><p>I can tell you that is was certainly NOT so we can
take the stake.</p><p>A goal of a decentralized system is to keep it decentralized -
if you have too many important nodes in a system like this in the hands of the very
few, it can very bad.  These nodes need to be distributed to as many trusted
entities as possible.   I hope that you guys consider us a trusted entity.</p>
<p>I can tell you that many of the prime nodes out there are in the control of a very
small group of people.   Am I &ldquo;part of their group&rdquo;?  No.
  They have no say or control of anything here including the prime node.  
However, I value their input in the same way I value the input of all Cryptsy users.
  Good or bad, any input you have only helps us grow.</p><p>So I&rsquo;ll say it
again, the ONLY reason we are running a prime node is to protect the XPY network.
  To us XPY is a coin.   It&rsquo;s isn&rsquo;t GAW, it isn&rsquo;t some
foundation, it is simply a coin with a lot of users.   The fact that there is
quite a bit of controversy in the XPY community often overshadows this basic fact.</p>
<p>So what are we going to do with the stake that this prime node produces?
 Well, we haven&rsquo;t done anything yet.  You can see all staking has been
sent to this address from the time we started:</p><p><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fchainz.cryptoid.info%2Fxpy%2Faddress.dws%3FPS6cptpvJthS4qzZYxo7MqBbFN5
Z2u2ZXp.htm&amp;t=NWM0YzJlNDg5MGYzMDA1NDg1YjFmZTU3MGZjMjg1MDAyNzk0OTUzNiwySTAwMEw0SA%3
D%3D">https://chainz.cryptoid.info/xpy/address.dws?
PS6cptpvJthS4qzZYxo7MqBbFN5Z2u2ZXp.htm</a><br></p><p>Some ideas we had internally was
to either &ldquo;burn&rdquo; the coins, or we could find a neat way to give them
back to the XPY users.    One idea we had was to offer staking on any XPY
balances users hold at Cryptsy.   Another idea we had was to give away coins
```

```
         randomly to users who trade in the XPY/BTC markets.</p><p>So I call out to the
         community to tell me what you would like us to do with them?  If the majority of
         Cryptsy users would like to see them burned, then that is what we will do.   If
         you have any other awesome ideas for distribution, then let&rsquo;s hear them.</p><p>
         <br></p><p><p><a
         href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
         z=http%3A%2F%2Fwww.poll-maker.com%2Fpoll303956xa353426B-
         11&amp;t=ZGQwYjg4OTk2YjUyOTNmODM2NDJlOGUxYWQxNGUzYTIwMTEzYTllNSwySTAwMEw0SA%3D%3D">htt
         p://www.poll-maker.com/poll303956xa353426B-11</a><br></p><p><br></p><p>Paul
         Vernon<br>&ldquo;BigVern&rdquo;<br></p>
710                                             </div>
711
712
713
714
715
716
717
718
719
720
721
722
723
724
725
726
727
728
729
730
731
732
733
734
735
736
737
738
739
740                                         </section>
741
742
743                                 <section class="panel">
744                                     <footer class="post-footer">
745                                         <section class="meta">
746                                             <ul class="post-date">
747                                                 <li>
748                                                     <a
         href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/11752173
         9437/cryptsy-and-xpy-prime-node" title="10 months ago">Apr 27th, 2015</a>
749                                                 </li>
750
751                                                 <li>
752                                                     <a
         href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/11752173
         9437/cryptsy-and-xpy-prime-node#notes">4 notes</a>
753                                                 </li>
754
755                                             </ul>
756                                         </section>
757
758                                         <section class="post-controls">
759                                             <ul>
760                                                 <li class="share-control">
761                                                     <nav class="pop">
762                                                         <a href="#" class="share
         selector"></a>
763                                                         <div class="pop-menu
```

```
764                                                              <ul>
765                                                    <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="117521739437">Open in
app</a></li>
766                                                          <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F117521739437%2Fcryptsy-and-xpy-prime-
node&amp;t=Cryptsy%20and%20XPY%20Prime%20Node" class="share-item facebook"
target="_blank">Facebook</a></li>
767                                                          <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=Cryptsy%20and%20XPY%20Prime%20Node%20-
%20Hey%20guys%2C%20long%20time%20no%20blog.%20There%20seems%20to%20be%20some%20confusi
on%20and...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1jSrswj" class="share-item twitter"
target="_blank">Tweet</a></li>
768                                                          <li><a
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Cryptsy%20and%20XPY%20Prime%20Node%2
0-
%20Hey%20guys%2C%20long%20time%20no%20blog.%20There%20seems%20to%20be%20some%20confusio
n%20and%20misinformation%20out%20there%20as%20to%20why%20we%20would%20want%20an%20XPY
%20prime%20node.%20I%20can%20tell%20you%20that...%20http%3A%2F%2Fblog.cryptsy.com%2Fpo
st%2F117521739437%2Fcryptsy-and-xpy-prime-node" class="share-item mail">Mail</a></li>
769                                                          </ul>
770                                                        </div>
771                                                      </nav>
772                                                   </li>
773                                          <li class="reblog-control"><a
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1175217
39437/2I000L4H" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
</path></svg></a></li>
774                                          <li class="like-control"><div
class="like_button" data-post-id="117521739437" data-blog-name="cryptsyblog"
id="like_button_117521739437"><iframe id="like_iframe_117521739437"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=117521739437&amp;colo
r=black&amp;rk=2I000L4H&amp;root_id=117521739437" scrolling="no" width="20"
height="20" frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_117521739437"></iframe></div></li>
775                                                   </ul>
776                                                </section>
777                                             </footer>
778                                          </section>
779
780
781                                       </div>
782                                    </article>
783
784                                    <article class="text not-page post-102008854192 " data-
post-id="post_102008854192">
785                                       <div class="post-wrapper clearfix">
786                                          <section class="post">
787
788                                             <h2><a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10200885
```

```
      4192/cryptsy-lockbox-improved-currency-converter-tool">Cryptsy Lockbox &amp; Improved
      Currency Converter Tool</a></h2>
789
790                                    <div class="body-text">
791                                       <p>Greetings Cryptsy Users,</p>
792   <p>Two new features have been released today that I wanted to tell you about.</p>
793   <p><strong>Cryptsy Lockbox:</strong></p>
794   <p>Cryptsy has always tried to be the leader in developing a safe and secure
      environment for trading.   Today we have released Cryptsy Lockbox.   Cryptsy
      lockbox allows you to store funds you hold on your account more securely.   When
      you move funds to a lockbox, those coins will not be availalbe for trade or
      withdrawal.   The lockbox is a time-lock system, you can set the time lock for 1
      hour, 6 hours, 12 hours, or 24 hours.   When a lockbox release request is made
      and approved from one of the email accounts set for the lockbox, the system will
      notify you every hour of a pending release via email and optional SMS alerts.  
      If somehow you find you didn&rsquo;t make the request, you can cancel it by clicking a
      link in the email.  Once the allotted time has passed since the request was
      approved, you lockbox funds will be restored to your Cryptsy balance and will be
      available for trade or withdrawal.</p>
795   <p>You can access the lockbox from your Cryptsy balances page.</p>
796   <p>Who should use lockbox:</p>
797   <p>- Users to are not going to be trading for awhile due to vacation or another reason
      should store their funds in the lockbox.   If you don&rsquo;t plan on trading or
      withdrawing those coins for awhile, then store them.</p>
798   <p>- Users who store large amounts of coin on their local computer.   The
      majority of hacks that we have seen in the past have occurred on the end users
      computer.   If your computer is compromised, stolen, or damaged your local
      wallets are at risk.   Cryptsy takes great measures to ensure our wallets and
      keys are stored safe and securely and make backups of our wallets to very secure
      locations often.</p>
799   <p>- Services who hold funds in their own wallets.   If you run a service that
      stores funds in your own wallets, and do not want to worry about the security of your
      wallets, then you can store them into a Cryptsy Lockbox for safekeeping.</p>
800
801   <p><strong>New Improved Currency Converter:</strong></p>
802   <p>The new currency converter is back and better than ever.   You can find the
      currency converter under the tools menu at Cryptsy.  Using the converter you can
      convert any currency into any other currency, including USD if you are verified.
        You can specify either the sending amount and we will convert to show you the
      receiving amount, or you can specify the receiving amount and we will show you how
      much to send.</p>
803   <p>Soon we will be enhancing the converter tool even more by allowing you to send
      funds to an address to complete the conversion process, as well as providing these
      tools via the API.   We feel this tool will be essential in the creation of
      merchant payment tools that use any currency traded at Cryptsy.</p>
804
805   <p>Happy Trading!</p>
806   <p>Paul Vernon<br>&ldquo;BigVern&rdquo;</p>
807                                    </div>
808
809
810
811
812
813
814
815
816
817
818
819
820
821
822
823
824
825
826
827
828
```

```
829
830
831
832
833
834
835
836
837                                    </section>
838
839
840                                    <section class="panel">
841                                        <footer class="post-footer">
842                                            <section class="meta">
843                                                <ul class="post-date">
844                                                    <li>
845                                                        <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10200885
4192/cryptsy-lockbox-improved-currency-converter-tool" title="1 year ago">Nov 7th,
2014</a>
846                                                    </li>
847
848                                                </ul>
849                                            </section>
850
851                                        <section class="post-controls">
852                                            <ul>
853                                                <li class="share-control">
854                                                    <nav class="pop">
855                                                        <a href="#" class="share
selector"></a>
856                                                        <div class="pop-menu
share-menu south" id="share_102008854192">
857                                                            <ul>
858                                                                <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="102008854192">Open in
app</a></li>
859                                                                <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F102008854192%2Fcryptsy-lockbox-improved-
currency-converter-
tool&amp;t=Cryptsy%20Lockbox%20%26amp%3B%20Improved%20Currency%20Converter%20Tool"
class="share-item facebook" target="_blank">Facebook</a></li>
860                                                                <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=Cryptsy%20Lockbox%20%26%20Improved%20Currency%20Converter%20Tool%20-
%20Greetings%20Cryptsy%20Users%2C%20Two%20new%20features%20have%20been...%20https%3A%2
F%2Ftmblr.co%2FZgZMYo1V0CvQm" class="share-item twitter" target="_blank">Tweet</a>
</li>
861                                                                <li><a
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Cryptsy%20Lockbox%20%26%20Improved%2
0Currency%20Converter%20Tool%20-
%20Greetings%20Cryptsy%20Users%2C%20Two%20new%20features%20have%20been%20released%20to
day%20that%20I%20wanted%20to%20tell%20you%20about.%20Cryptsy...%20http%3A%2F%2Fblog.cr
yptsy.com%2Fpost%2F102008854192%2Fcryptsy-lockbox-improved-currency-converter-tool"
class="share-item mail">Mail</a></li>
862                                                            </ul>
863                                                        </div>
864                                                    </nav>
865                                                </li>
866                                                <li class="reblog-control"><a
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1020088
54192/NtB4C12s" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
```

```
     0.979248041,3.44726568 0.979248041,4.45097306 L0.979248041,10.9999998
     L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
     4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
     C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
     L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
     L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
     19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
     </path></svg></a></li>
867                                              <li class="like-control"><div
     class="like_button" data-post-id="102008854192" data-blog-name="cryptsyblog"
     id="like_button_102008854192"><iframe id="like_iframe_102008854192"
     src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
     l/like_iframe.html?
     _v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=102008854192&amp;colo
     r=black&amp;rk=NtB4C12s&amp;root_id=102008854192" scrolling="no" width="20"
     height="20" frameborder="0" class="like_toggle" allowtransparency="true"
     name="like_iframe_102008854192"></iframe></div>
868                                                              </ul>
869                                                          </section>
870                                                      </footer>
871                                                  </section>
872
873
874                                          </div>
875                                      </article>
876
877                                  <article class="text not-page post-101221980512 " data-
     post-id="post_101221980512">
878                                      <div class="post-wrapper clearfix">
879                                          <section class="post">
880
881                                              <h2><a
     href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10122198
     0512/mn-mining-contracts">MN Mining Contracts</a></h2>
882
883                                              <div class="body-text">
884                                                  <p>There has been quite a bit of
     concern about the mining contracts recently, and we share those concerns.</p>
885     <p>These contracts were originally purchased at CloudHashing.  Therefore they use
     the CloudHashing mining pool.   Recently this pool has been producing poor
     results.   We have no control of the equipment, pool, or payouts of these
     contracts.   We simply make the disbursement to the current holders when a Block
     Found payment is made by CloudHashing to us.  We do not keep any of the
     disbursement.</p>
886     <p>If you are a CloudHashing user, then I&rsquo;m sure you&rsquo;ve seen the same
     issue.</p>
887     <p>It was always known that these contracts would diminish over time, however
     sometimes a day or two go by without any found blocks, we think this can be resolved
     by switching to a new pool  </p>
888     <p>In the next week or so I will be doing a few things:</p>
889     <p>1. I will contact CloudHashing and see if we can move over to a pool which produces
     more consistent results.   This may mean the payouts could be lower, but at least
     day to day they would have more consistent payouts.</p>
890     <p>2. I will be adding additional hashing power to the MN contracts.   I will pay
     for this myself and will not charge for power.  I will also use a pool that
     consistently finds blocks.   The payouts received from the additional hashing
     power will be paid on top of the payments received from CloudHashing.  Uncertain
     at this time how much hashing power I will add, but initially I&rsquo;m looking at 20
     TH.</p>
891     <p>3. I will be merging the 2 current MN contracts into a single entity.   We
     have MN1 which represents 1 GH/s and MN2 which represents 10 GH/s.  The new
     ticker will be MN and MN1 would be converted 1 to 1, and MN2 converted 1 to 10.
      Payouts from Cloudhashing will be merged and payed out as we do now.</p>
892     <p>4. We may also offer contract holders another exit from MN by allowing to swap for
     hashing power at Mintsy when that site comes online.</p>
893     <p>I hear your feedback, and know that I am working to resolve the issues described
     above.</p>
894     <p>Paul Vernon<br>&ldquo;BigVern&rdquo;</p>
895                                                  </div>
896
```

```
897
898
899
900
901
902
903
904
905
906
907
908
909
910
911
912
913
914
915
916
917
918
919
920
921
922
923
924
925                              </section>
926
927
928                              <section class="panel">
929                                  <footer class="post-footer">
930                                      <section class="meta">
931                                          <ul class="post-date">
932                                              <li>
933                                                  <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10122198
0512/mn-mining-contracts" title="1 year ago">Oct 28th, 2014</a>
934                                              </li>
935
936                                          </ul>
937                                      </section>
938
939                                      <section class="post-controls">
940                                          <ul>
941                                              <li class="share-control">
942                                                  <nav class="pop">
943                                                      <a href="#" class="share
selector"></a>
944                                                      <div class="pop-menu
share-menu south" id="share_101221980512">
945                                                          <ul>
946                                                              <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="101221980512">Open in
app</a></li>
947                                                              <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F101221980512%2Fmn-mining-
contracts&amp;t=MN%20Mining%20Contracts" class="share-item facebook"
target="_blank">Facebook</a></li>
948                                                              <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=MN%20Mining%20Contracts%20-
%20There%20has%20been%20quite%20a%20bit%20of%20concern%20about%20the%20mining%20contra
cts%20recently%2C%20and%20we...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1UHJDbW"
class="share-item twitter" target="_blank">Tweet</a></li>
949                                                              <li><a
```

```
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=MN%20Mining%20Contracts%20-
%20There%20has%20been%20quite%20a%20bit%20of%20concern%20about%20the%20mining%20contra
cts%20recently%2C%20and%20we%20share%20those%20concerns.%20These%20contracts%20were%20
originally%20purchased%20at%20CloudHashing....%20http%3A%2F%2Fblog.cryptsy.com%2Fpost%
2F101221980512%2Fmn-mining-contracts" class="share-item mail">Mail</a></li>
```
950                                                              </ul></li>
951                                                          </div>
952                                                      </nav>
953                                                  </li>
954                                                  <li class="reblog-control"><a
```
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1012219
80512/MpAwkuCm" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
</path></svg></a></li>
```
955                                                  <li class="like-control"><div
```
class="like_button" data-post-id="101221980512" data-blog-name="cryptsyblog"
id="like_button_101221980512"><iframe id="like_iframe_101221980512"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=101221980512&amp;colo
r=black&amp;rk=MpAwkuCm&amp;root_id=101221980512" scrolling="no" width="20"
height="20" frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_101221980512"></iframe></div></li>
```
956                                              </ul>
957                                          </section>
958                                      </footer>
959                                  </section>
960
961
962                              </div>
963                          </article>
964
965                          <article class="text not-page post-100831839452 " data-
```
post-id="post_100831839452">
```
966                              <div class="post-wrapper clearfix">
967                                  <section class="post">
968
969                                      <h2><a
```
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10083183
9452/response-regarding-lawsuit">Response regarding lawsuit</a></h2>
```
970                                      <div class="body-text">
972                                          <p><span>There was quite a bit of PR
```
pushed out yesterday from a law firm that stated that they were filing a lawsuit
against Cryptsy and myself. The complaint alleges that Crytpsy misled users and was
negligent in security. They represent a single user.  We have close to 300,000
users at this point. We have reviewed the unofficial complaint and believe that it is
without merit. We intend to defend the case vigorously.</span></p>
```
973     <p><span>We would like to note that we have not received any documentation or official
```
notification concerning any lawsuit yet.  We also find it unprofessional that the
law firm decided to push out such a large PR campaign prior to serving any notice.
 It should also be noted that according to the user terms of our site, disputes
are to be handled via arbitration.  </span></p>
```
974     <p><span><span>We realize that there have been a few</span><span> "Bad Actors" in
```
the crypto-currency space running exchanges and other services.  Cryptsy
strives for transparency and doing what is right.  This lawsuit attempts to place
us in the same group as many of these bad actors, but this is simply not how we
operate.  We are not a fly by night operation, we are a company that plans to be
```

```
      around for a long time.   Our desire is to be the model of how to operate a
      crypto business.</span></span></p>
975   <p><span>As I&rsquo;m sure many of you are aware, we take security very seriously.
       We pride ourselves on being one of the most secure places to trade on the
      internet.  The crypto-currency space has been the target for a lot of hackers
      over the last year due to the increase in value of Bitcoin.  These hackers
       not only target Cryptsy users, but users of many other Bitcoin services.
        </span></p>
976   <p><span>In this case the attack on the user making the claim came from within their
      own computer.  This is currently one of the most common attacks by hackers.
        While we try to educate our users on how to secure their local environment, we
      ultimately have no control of a users computer system.</span></p>
977   <p><span>So as a reminder I&rsquo;d like to reiterate a few security tips:</span></p>
978   <p><span>- Do not leave your computer logged into your Cryptsy account when you are
      away from your computer</span></p>
979   <p><span>- Do not install browser extensions from unknown developers</span></p>
980   <p><span>- Do not install mining software from unknown developers on the same computer
      you use to access Cryptsy</span></p>
981   <p><span>- Run a virus scan regularly.  </span></p>
982   <p><span>- Make sure you use 2fa on your Cryptsy account</span></p>
983   <p>Paul Vernon<br>&ldquo;BigVern&rdquo;<br>Cryptsy.com</p>
984                                              </div>
985
986
987
988
989
990
991
992
993
994
995
996
997
998
999
1000
1001
1002
1003
1004
1005
1006
1007
1008
1009
1010
1011
1012
1013
1014                            </section>
1015
1016
1017                            <section class="panel">
1018                                <footer class="post-footer">
1019                                    <section class="meta">
1020                                        <ul class="post-date">
1021                                            <li>
1022                                                <a
      href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10083183
      9452/response-regarding-lawsuit" title="1 year ago">Oct 24th, 2014</a>
1023                                            </li>
1024
1025                                            <li>
1026                                                <a
      href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/10083183
      9452/response-regarding-lawsuit#notes">5 notes</a>
1027                                            </li>
1028
```

```
1029                                        </ul>
1030                                    </section>

1031
1032                                    <section class="post-controls">
1033                                        <ul>
1034                                            <li class="share-control">
1035                                                <nav class="pop">
1036                                                    <a href="#" class="share
selector"></a>
1037                                                    <div class="pop-menu
share-menu south" id="share_100831839452">
1038                                                        <ul>
1039                                                            <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="100831839452">Open in
app</a></li>
1040                                                            <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F100831839452%2Fresponse-regarding-
lawsuit&amp;t=Response%20regarding%20lawsuit" class="share-item facebook"
target="_blank">Facebook</a></li>
1041                                                            <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=Response%20regarding%20lawsuit%20-
%20There%20was%20quite%20a%20bit%20of%20PR%20pushed%20out%20yesterday%20from%20a%20law
%20firm%20that%20stated...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1Tw2yJS" class="share-item
twitter" target="_blank">Tweet</a></li>
1042                                                            <li><a
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Response%20regarding%20lawsuit%20-
%20There%20was%20quite%20a%20bit%20of%20PR%20pushed%20out%20yesterday%20from%20a%20law
%20firm%20that%20stated%20that%20they%20were%20filing%20a%20lawsuit%20against%20Crypts
y%20and%20myself.%20The%20complaint...%20http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F100831
839452%2Fresponse-regarding-lawsuit" class="share-item mail">Mail</a></li>
1043                                                        </ul>
1044                                                    </div>
1045                                                </nav>
1046                                            </li>
1047                                            <li class="reblog-control"><a
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/1008318
39452/oT41JAH7" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
</path></svg></a></li>
1048                                            <li class="like-control"><div
class="like_button" data-post-id="100831839452" data-blog-name="cryptsyblog"
id="like_button_100831839452"><iframe id="like_iframe_100831839452"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=100831839452&amp;colo
r=black&amp;rk=oT41JAH7&amp;root_id=100831839452" scrolling="no" width="20"
height="20" frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_100831839452"></iframe></div></li>
1049                                        </ul>
1050                                    </section>
1051                                </footer>
1052                            </section>

1053
1054
1055                        </div>
1056
```

```
1057                                    </article>

1058                                    <article class="text not-page post-97734773302 " data-
       post-id="post_97734773302">
1059                                    <div class="post-wrapper clearfix">
1060                                    <section class="post">

1062                                    <h2><a
       href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/97734773
       302/announcing-digitalx-mintsy">Announcing digitalX Mintsy</a></h2>

1064                                    <div class="body-text">
1065                                    <h2>Mining the Future&hellip;</h2>
1066    <p>In cooperation with DigitalBTC, together we are putting together the most
       comprehensive and easy to use mining system in the world.</p>
1067    <p id="intro_paragraph"><a
       href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
       z=http%3A%2F%2Fwww.mintsy.co&amp;t=ZTA1NjMyYzI0MTVhOGU5Y2UxZjRmNTg2ZmI1YzNiYjFjNWJlY2Q
       zNixSVWFOU1dGWQ%3D%3D">Mintsy.co</a> is now open for pre-enrollment:</p>
1068    <ul class="intro-list"><li>
1069    <div class="intro-list-icon">Start mining bitcoins and altcoins on our cloud
       instantaneously</div>
1070    </li>
1071    <li>
1072    <div class="intro-list-icon">Buy and trade <span title="" data-toggle="tooltip"
       data-placement="top" data-original-title="A hashfrac is a contract for 100GH/s of
       SHA256 (eg. Bitcoin) mining power with a set expiry date...and all costs inclusive">
       <u>hashfracs</u></span>, <span title="" data-toggle="tooltip" data-
       placement="top" data-original-title="A litefrac is a contract for 100MH/s of Scrypt
       (eg. Litecoin) mining power with a set expiry date...and all costs inclusive">
       <u>litefracs</u></span> and <span title="" data-toggle="tooltip" data-
       placement="top" data-original-title="An xfrac is a contract for 100MH/s of X11-15 (eg.
       Darkcoin) mining power with a set expiry date...and all costs inclusive"><u>xfracs</u>
       </span></div>
1073    </li>
1074    <li>
1075    <div class="intro-list-icon">Get paid the coins you mine straight into your Cryptsy or
       another account</div>
1076    </li>
1077    <li>
1078    <div class="intro-list-icon">Buy bitcoins and altcoins in the future at a
       discount</div>
1079    </li>
1080    <li>
1081    <div class="intro-list-icon">Connect your own equipment</div>
1082    </li>
1083    <li>
1084    <div class="intro-list-icon">Pre-enroll and be entered into a competition to win $5000
       in Bitcoin!*</div>
1085    </li>
1086    <li>More surprises come when we launch</li>
1087    </ul><p>What is a frac?</p>
1088    <p><span>A hashfrac is a contract for 100GH/s of SHA256 (eg. Bitcoin) mining power
       with a set expiry date and all costs inclusive.  Similarly, a litefrac is for
       Scrypt mining, and xfrac is for X-type algorithms.</span></p>
1089    <p><span>Pre-enroll today to join our mailing list to keep up to date with
       development, beta testing, final release dates, and to enter into a chance to win
       $5000 worth of Bitcoin.</span></p>
1090    <p><a href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
       z=http%3A%2F%2Fwww.mintsy.co&amp;t=ZTA1NjMyYzI0MTVhOGU5Y2UxZjRmNTg2ZmI1YzNiYjFjNWJlY2Q
       zNixSVWFOU1dGWQ%3D%3D"><span><a
       href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
       z=http%3A%2F%2Fwww.mintsy.co&amp;t=ZTA1NjMyYzI0MTVhOGU5Y2UxZjRmNTg2ZmI1YzNiYjFjNWJlY2Q
       zNixSVWFOU1dGWQ%3D%3D">http://www.mintsy.co</a></span></a></p>
1091                                    </div>
1092
1093
1094
1095
1096
```

```
1097
1098
1099
1100
1101
1102
1103
1104
1105
1106
1107
1108
1109
1110
1111
1112
1113
1114
1115
1116
1117
1118
1119
1120
1121                                    </section>
1122
1123
1124                                    <section class="panel">
1125                                        <footer class="post-footer">
1126                                            <section class="meta">
1127                                                <ul class="post-date">
1128                                                    <li>
1129                                                        <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/97734773
302/announcing-digitalx-mintsy" title="1 year ago">Sep 17th, 2014</a>
1130                                                    </li>
1131
1132                                                </ul>
1133                                            </section>
1134
1135                                        <section class="post-controls">
1136                                            <ul>
1137                                                <li class="share-control">
1138                                                    <nav class="pop">
1139                                                        <a href="#" class="share
selector"></a>
1140                                                        <div class="pop-menu
share-menu south" id="share_97734773302">
1141                                                            <ul>
1142                                                                <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="97734773302">Open in
app</a></li>
1143                                                                <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F97734773302%2Fannouncing-digitalx-
mintsy&amp;t=Announcing%20digitalX%20Mintsy" class="share-item facebook"
target="_blank">Facebook</a></li>
1144                                                                <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=Announcing%20digitalX%20Mintsy%20-
%20Mining%20the%20Future%E2%80%A6%20In%20cooperation%20with%20DigitalBTC%2C%20together
%20we%20are%20putting...%20https%3A%2F%2Ftmblr.co%2FZgZMYo1R1Saes" class="share-item
twitter" target="_blank">Tweet</a></li>
1145                                                                <li><a
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Announcing%20digitalX%20Mintsy%20-
%20Mining%20the%20Future%E2%80%A6%20In%20cooperation%20with%20DigitalBTC%2C%20together
%20we%20are%20putting%20together%20the%20most%20comprehensive%20and%20easy%20to%20use%
```

```
20mining%20system%20in%20the%20world....%20http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F9773
4773302%2Fannouncing-digitalx-mintsy" class="share-item mail">Mail</a></li>
1146                                                      </ul>
1147                                                   </div>
1148                                                </nav>
1149                                             </li>
1150                                             <li class="reblog-control"><a
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/9773477
3302/RUaNSWFY" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
</path></svg></a></li>
1151                                             <li class="like-control"><div
class="like_button" data-post-id="97734773302" data-blog-name="cryptsyblog"
id="like_button_97734773302"><iframe id="like_iframe_97734773302"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=97734773302&amp;color
=black&amp;rk=RUaNSWFY&amp;root_id=97734773302" scrolling="no" width="20" height="20"
frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_97734773302"></iframe></div></li>
1152                                          </ul>
1153                                       </section>
1154                                    </footer>
1155                                 </section>
1156
1157
1158                              </div>
1159                           </article>
1160
1161                           <article class="text not-page post-94775274327 " data-
post-id="post_94775274327">
1162                              <div class="post-wrapper clearfix">
1163                                 <section class="post">
1164
1165                                    <h2><a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/94775274
327/updates-to-cryptsy-points-program-and-new-balance">Updates to Cryptsy Points
Program and New Balance Rebates</a></h2>
1166
1167                                    <div class="body-text">
1168                                       <h4><strong>What&rsquo;s new with
Cryptsy Points?</strong></h4>
1169 <p><span>We have changed how Cryptsy Points are awarded. Previously it was based on
how much you paid in fees. However, this was not beneficial for users who perform many
&ldquo;Maker&rdquo; trades since they do not pay fees. We have changed it so it is now
based on your trade volume. </span></p>
1170 <h4><strong>How Many Points Will I Earn?</strong></h4>
1171 <p>For every 1 BTC of trade volume you have, you will earn 0.1 Cryptsy Points. Cryptsy
points are divisible down to 8 decimal places, so even if you only have 0.1 BTC of
trade volume you will receive 0.01 Cryptsy Points. You will also earn 20% of the
points each of your referrals earn. <br><br>So lets say you had a trade volume of
1 BTC in a given day and you had 10 referred users who also had 1 BTC in trade volume
each on that day. <br><br>Points Earned Directly  0.1 CP<br>Points
Earned from Referrals  0.2 CP<br>Total Points Earned that Day  0.3
CP</p>
1172 <h4><strong>What Are Balance Rebates?</strong></h4>
1173 <p>Balance rebates are basically a cut of our collected transaction fees for users who
hold balances in certain currencies on our exchange. Currently the currencies we
collect fees on are BTC, LTC, and USD. Users who have a balance in these currencies
```

will be included in the pool of users who get a daily rebate in the same
currency. <strong><br></strong></p>
<h4><strong>How Much Will I Earn in Balance Rebates?</strong></h4>
<p>We pay a 2% rebate. Balance calculations include available and held for order
balances.  So even if all your funds are held for open orders, they are included
in the calculation.<br><br>So for example: We collect 10 BTC in trade fees in a day.
This leaves 0.2 BTC available for rebates (2%). If you had 100 BTC on account and
between all users the sum of all balances was 10,000 BTC, then you would receive 1% of
the total rebate for that day. In this case that would be a 0.002 BTC daily rebate.
Balances and rebates are calculated and distributed separately for each of the BTC,
LTC, and USD currencies. <strong><br></strong></p>
<h4><strong>When Do I Get Paid My Cryptsy Points and Balance Rebates?</strong></h4>
<p><span><span>The program which calculates payouts and makes disbursements runs after
midnight EST every day. Usually around 2am EST. </span></span></p>
<p><span><span></span></span></p>
<p><span><span><a
href="https://web.archive.org/web/20160306090253/http://t.umblr.com/redirect?
z=https%3A%2F%2Fwww.cryptsy.com%2Fusers%2Fcryptsypoints&amp;t=M2I1MTJiM2NiMGM4OTcxYWJk
N2ZkOWQ1ZjA1NDc3MzIwOWU0MzgyZSxEb08zTUJieA%3D%3D">https://www.cryptsy.com/users/crypts
ypoints</a></span></span></p>
                                                    </div>










                                    </section>

                                    <section class="panel">
                                        <footer class="post-footer">
                                            <section class="meta">
                                                <ul class="post-date">
                                                    <li>
                                                        <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/94775274
327/updates-to-cryptsy-points-program-and-new-balance" title="1 year ago">Aug 14th,
2014</a>
                                                    </li>

                                                    <li>
                                                        <a
href="https://web.archive.org/web/20160306090253/http://blog.cryptsy.com/post/94775274
327/updates-to-cryptsy-points-program-and-new-balance#notes">4 notes</a>
                                                    </li>

```
1225                            </ul>
1226                        </section>

1227
1228                        <section class="post-controls">
1229                            <ul>
1230                                <li class="share-control">
1231                                    <nav class="pop">
1232                                        <a href="#" class="share
selector"></a>
1233                                        <div class="pop-menu
share-menu south" id="share_94775274327">
1234                                            <ul>
1235                                                <li class="open-
in-app"><a href="#" class="share-item open-in-app" data-post="94775274327">Open in
app</a></li>
1236                                                <li><a
href="https://web.archive.org/web/20160306090253/http://facebook.com/sharer.php?
u=http%3A%2F%2Fblog.cryptsy.com%2Fpost%2F94775274327%2Fupdates-to-cryptsy-points-
program-and-new-
balance&amp;t=Updates%20to%20Cryptsy%20Points%20Program%20and%20New%20Balance%20Rebate
s" class="share-item facebook" target="_blank">Facebook</a></li>
1237                                                <li><a
href="https://web.archive.org/web/20160306090253/https://twitter.com/intent/tweet?
text=Updates%20to%20Cryptsy%20Points%20Program%20and%20New%20Balance%20Rebates%20-
%20What%E2%80%99s%20new%20with%20Cryptsy%20Points%3F%20We%20have...%20https%3A%2F%2Ftm
blr.co%2FZgZMYo1OH2_jN" class="share-item twitter" target="_blank">Tweet</a></li>
1238                                                <li><a
href="https://web.archive.org/web/20160306090253/mailto:/?
subject=A%20post%20from%20Cryptsy%20Blog&amp;body=Updates%20to%20Cryptsy%20Points%20Pr
ogram%20and%20New%20Balance%20Rebates%20-
%20What%E2%80%99s%20new%20with%20Cryptsy%20Points%3F%20We%20have%20changed%20how%20Cry
ptsy%20Points%20are%20awarded.%20Previously%20it%20was...%20http%3A%2F%2Fblog.cryptsy.
com%2Fpost%2F94775274327%2Fupdates-to-cryptsy-points-program-and-new-balance"
class="share-item mail">Mail</a></li>
1239                                            </ul>
1240                                        </div>
1241                                    </nav>
1242                                </li>
1243                                <li class="reblog-control"><a
href="https://web.archive.org/web/20160306090253/https://www.tumblr.com/reblog/9477527
4327/Do03MBbx" class="reblog_button" style="display: block;width:21px;height:21px;">
<svg width="100%" height="100%" viewbox="0 0 21 21" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" fill="#000"><path d="M5.01092527,5.99908429
L16.0088498,5.99908429 L16.136,9.508 L20.836,4.752 L16.136,0.083
L16.1360004,3.01110845 L2.09985349,3.01110845 C1.50585349,3.01110845
0.979248041,3.44726568 0.979248041,4.45007306 L0.979248041,10.9999998
L3.98376463,8.30993634 L3.98376463,6.89801007 C3.98376463,6.20867902
4.71892527,5.99908429 5.01092527,5.99908429 Z"></path><path d="M17.1420002,13.2800293
C17.1420002,13.5720293 17.022957,14.0490723 16.730957,14.0490723
L4.92919922,14.0490723 L4.92919922,11 L0.5,15.806 L4.92919922,20.5103758
L5.00469971,16.9990234 L18.9700928,16.9990234 C19.5640928,16.9990234
19.9453125,16.4010001 19.9453125,15.8060001 L19.9453125,9.5324707 L17.142,12.203">
</path></svg></a></li>
1244                                <li class="like-control"><div
class="like_button" data-post-id="94775274327" data-blog-name="cryptsyblog"
id="like_button_94775274327"><iframe id="like_iframe_94775274327"
src="https://web.archive.org/web/20160306090253if_/http://assets.tumblr.com/assets/htm
l/like_iframe.html?
_v=7e54d4bd89ee867096df32769aefa90c#name=cryptsyblog&amp;post_id=94775274327&amp;color
=black&amp;rk=Do03MBbx&amp;root_post=94775274327" scrolling="no" width="20" height="20"
frameborder="0" class="like_toggle" allowtransparency="true"
name="like_iframe_94775274327"></iframe></div></li>
1245                            </ul>
1246                        </section>
1247                    </footer>
1248                </section>
1249
1250
1251
```

```
1251                        </div>
1252                    </article>
1253
1254            </div>
1255        </section>
1256        <footer id="footer" class="content clearfix">
1257
1258
1259                <div id="pagination">
1260
1261
1262                    <a href="/web/20160306090253/http://blog.cryptsy.com/page/2"
class="next" data-current-page="1" data-total-pages="3">Next<span class="bg"></span>
</a>
1263
1264                    <div class="loader"></div>
1265                </div>
1266
1267
1268            </footer>
1269        </section>
1270        <script>
1271            var Optica = {};
1272            Optica.TITLE_COLOR = "#444444";
1273            Optica.ENDLESS_SCROLLING = true;
1274            Optica.LAYOUT = "regular";
1275            Optica.GRID_LAYOUT = (Optica.LAYOUT === 'grid');
1276            Optica.ENDLESS_NOTES_SCROLLING = true;
1277        </script>
1278        <script
src="//web.archive.org/web/20160306090253js_/http://ajax.googleapis.com/ajax/libs/jque
ry/1.9.1/jquery.min.js"></script>
1279        <script>!window.jQuery && document.write(unescape('%3Cscript
src="https://web.archive.org/web/20160306090253/http://static.tumblr.com/vr9xgox/sBgmm
jhyw/jquery-1.9.1.min.js"%3E%3C/script%3E'));</script>
1280        <script
src="https://web.archive.org/web/20160306090253js_/http://static.tumblr.com/vr9xgox/Az
hmnmllq/jquery.masonry.min.js"></script>
1281        <script
src="https://web.archive.org/web/20160306090253js_/http://static.tumblr.com/vr9xgox/q6
Bmzia9p/main-min.js"></script>
1282
1283
1284    <iframe scrolling="no" width="1" height="1" frameborder="0" style="background-
color:transparent; overflow:hidden; position:absolute; top:0; left:0; z-index:9999;"
id="ga_target"></iframe><script type="text/javascript">
1285    (function(){
1286        var analytics_frame = document.getElementById('ga_target');
1287        var analytics_iframe_loaded;
1288        var user_logged_in;
1289        var blog_is_nsfw = 'No';
1290        var addthis_enabled = false;
1291
1292        var eventMethod = window.addEventListener ? "addEventListener" :
"attachEvent";
1293        var eventer = window[eventMethod];
1294        var messageEvent = eventMethod == "attachEvent" ? "onmessage" : "message";
1295        eventer(messageEvent,function(e) {
1296            var message = (e.data && e.data.split) ? e.data.split(';') : '';
1297            switch (message[0]) {
1298                case 'analytics_iframe_loaded':
1299                    analytics_iframe_loaded = true;
1300                    postCSMessage();
1301                    postGAMessage();
1302                    postATMessage();
1303                    postRapidMessage();
1304                    break;
1305                case 'user_logged_in':
1306                    user_logged_in = message[1];
1307
```

```
1308                          postGAMessage();
1309                          postATMessage();
1310                          break;
1311                      }
1312          }, false);
1313
1314          analytics_frame.src =
        "https://web.archive.org/web/20160306090253/https://secure.assets.tumblr.com/analytics
        .html?499b7673d1672b0349955626f3bc719d#" +

        "https://web.archive.org/web/20160306090253/http://blog.cryptsy.com";
1315          function postGAMessage() {
1316              if (analytics_iframe_loaded && user_logged_in) {
1317                  var is_ajax = false;
1318                  analytics_frame.contentWindow.postMessage(['tick_google_analytics',
        is_ajax, user_logged_in, blog_is_nsfw, '/?route=%2F'].join(';'),
        analytics_frame.src.split('/analytics.html')[0]);
1319              }
1320          }
1321          function postCSMessage() {
1322              COMSCORE = true;
1323              analytics_frame.contentWindow.postMessage('enable_comscore;' +
        window.location, analytics_frame.src.split('/analytics.html')[0]);
1324          }
1325          function postATMessage() {
1326              if (addthis_enabled && analytics_iframe_loaded) {
1327                  analytics_frame.contentWindow.postMessage('enable_addthis',
        analytics_frame.src.split('/analytics.html')[0]);
1328              }
1329          }
1330          function postRapidMessage() {
1331                  if (analytics_iframe_loaded) {
1332                  var is_ajax = '';
1333                  var route = '/';
1334                  var tumblelog_id = '168712274';
1335                  var yahoo_space_id = '1197719229';
1336                  var rapid_client_only = '1';
1337                  var apv = '1';
1338                  var rapid_ex = '';

1340                  analytics_frame.contentWindow.postMessage(
1341                      [
1342                          'tick_rapid', is_ajax, route, user_logged_in,
        tumblelog_id,
1343                          yahoo_space_id, rapid_client_only, apv, rapid_ex
1344                      ].join(';'),
1345                      analytics_frame.src.split('/analytics.html')[0]
1346                  );
1347              }
1348          }
1349      })();
1350  </script><script type="text/javascript">!function(s)
      {s.src='https://web.archive.org/web/20160306090253/https://px.srvcs.tumblr.com/impixu?
      T=1457254973&J=eyJ0eXBlIjoidXJsIiwidXJsIjoiaHR0cDpcL1wvYmxvZy5jcnlwdHN5LmNvbVwvIiwicmV
      xdHlwZSI6MCwicm91dGUiOiJcLyJ9&U=MOFKLBNBHF&K=960cee5d0a9c5dcf788f8c57191ce5920e6f83edc
      845c288383416099db81ec1&R='.replace(/&R=
      [^&$]*/,'').concat('&R='+escape(document.referrer)).slice(0,2000).replace(/%.?.?
      $/,'');}(new Image());</script><noscript><img style="position:absolute;z-
      index:-3334;top:0px;left:0px;visibility:hidden;"
      src="https://web.archive.org/web/20160306090253im_/https://px.srvcs.tumblr.com/impixu?
      T=1457254973&amp;J=eyJ0eXBlIjoidXJsIiwidXJsIjoiaHR0cDpcL1wvYmxvZy5jcnlwdHN5LmNvbVwvIiw
      icmVxdHlwZSI6MCwicm91dGUiOiJcLyJ9&amp;U=MOFKLBNBHF&amp;K=66372ab79
      afa67e8ae25bd513a26ad644ab33d533d402baacf46c8341decc462&amp;R="></noscript><script>
1351          (function (w,d) {
1352              'use strict';
1353              var l = function(el, type, listener, useCapture) {
1354                  el.addEventListener ?
1355                  el.addEventListener(type, listener, !!useCapture) :
1356                  el.attachEvent && el.attachEvent('on' + type, listener, !!useCapture);
1357
```

```
1358                };
1359            var a = function () {
1360                    if (d.getElementById('tumblr-cdx')) {
1361                        return;
1362                    }
1363                    var s = d.createElement('script');
1364                    var el = d.getElementsByTagName('script')[0];
1365                    s.async = true;
                    s.src =
      'https://web.archive.org/web/20160306090253/http://assets.tumblr.com/assets/scripts/ve
      ndor/cedexis/cedexis.radar.js?_v=7450eec657e34e1e41dac4e1af96a170';
1366                    s.type = 'text/javascript';
1367                    s.id = 'tumblr-cdx';
1368                    d.body.appendChild(s);
1369                };
1370            l(w,'load',a);
1371        }(window, document));
```

1372 `</script><script type="text/javascript">!function(s)`
{s.src='https://web.archive.org/web/20160306090253/https://px.srvcs.tumblr.com/impixu?
T=1457254973&J=eyJ0eXBlIjoicG9zdCIsInVybCI6Imh0dHA6XC9cL2Jsb2cuY3J5cHRzeS5jb21cLyIsInJ
lcXR5cGUiOjAsInJvdXRlIjoiXC8iLCJwb3N0cnV6W3sicG9zdGlkIjoiMTM3MzIzNjQ2MjAyMjAyIiwiYmxvZ2
lvIjoiMTY4NzEyMjc0Iiwic291cmNlNlIjozM30seyJwb3N0aWQiOiIxMzcyMTY0MTQyNjIiLCJibG9naWQiOiIxNjg
3MTIyNzQiLCJzb3VyY2UiOjMzfSx7InBvc3RpZCI6IjEzMDU0NzYxMjE0MiIsImJsb2dpZCI6IjE2ODcxMjI3N
CIsInNvdXJjZSI6MzN9LHsicG9zdGlkIjoiMTE3OTA0Mjk4dTQ3IiwiYmxvZ2lkIjoiMTY4NzEyMjc0Iiwic29
1cmNlIjozM30seyJwb3N0aWQiOiIxMTc1MjE3Mzk0MzciLCJibG9naWQiOiIxNjg3MTIyNzQiLCJzb3VyY2UiOi
jMzfSx7InBvc3RpZCI6IjEwMjAwODg1NDE5MiIsImJsb2dpZCI6IjE2ODcxMjI3NCIsInNvdXJjZSI6MzN9LHsi
cG9zdGlkIjoiMTAxMjI4OTgwNTEyIiwiYmxvZ2lkIjoiMTY4NzEyMjc0Iiwic291cmNlIjozM30seyJwb3N0aW
WQiOiIxMDA4MzE4Mzk6N0TiiLCJibG9naWQiOiIxNjg3MTIyNzQiLCJzb3VyY2UiOjMzfSx7InBvc3RpZCI6Ijk
3NzM0NzczMzAyIiwiYmxvZ2lkIjoiMTY4NzEyMjc0Iiwic291cmNlIjozM30seyJwb3N0aWQiOiI5NDc3NTI3N
DMyNyIsImJsb2dpZCI6IjE2ODcxMjI3NCIsInNvdXJjZSI6MzN9XX0=&U=LNPLBLCNBK&K=0bb766e05ece87a
fbd294c298a98da9296c67074e91dc69bbc62fc6d28b2bcc2&R='`.replace(/&R=
[^&$]*/,'').concat('&R='+escape(document.referrer)).slice(0,2000).replace(/%.?.?
$/,'');}(new Image));`</script><noscript><img style="position:absolute;z-
index:-3334;top:0px;left:0px;visibility:hidden;"`
src="https://web.archive.org/web/20160306090253im_/https://px.srvcs.tumblr.com/impixu?
T=1457254973&amp;J=eyJ0eXBlIjoicG9zdCIsInVybCI6Imh0dHA6XC9cL2Jsb2cuY3J5cHRzeS5jb21cLyI
sInJlcXR5cGUiOjAsInJvdXRlIjoiXC8iLCJwb3N0cnV6W3sicG9zdGlkIjoiMTM3MzIzNjQ2MjAyMjAyIiwiYmxvZ2
lvIjoiMTY4NzEyMjc0Iiwic291cmNlNlIjozM30seyJwb3N0aWQiOiIxMzcyMTY0MTQyNjIiLCJibG9naWQiOiIxNjg
3MTIyNzQiLCJzb3VyY2UiOjMzfSx7InBvc3RpZCI6IjEzMDU0NzYxMjE0MiIsImJsb2dpZCI6IjE2ODcxMjI3N
CIsInNvdXJjZSI6MzN9LHsicG9zdGlkIjoiMTE3OTA0Mjk4dTQ3IiwiYmxvZ2lkIjoiMTY4NzEyMjc0Iiwic29
1cmNlIjozM30seyJwb3N0aWQiOiIxMTc1MjE3Mzk0MzciLCJibG9naWQiOiIxNjg3MTIyNzQiLCJzb3VyY2UiOi
jMzfSx7InBvc3RpZCI6IjEwMjAwODg1NDE5MiIsImJsb2dpZCI6IjE2ODcxMjI3NCIsInNvdXJjZSI6MzN9LHsi
cG9zdGlkIjoiMTAxMjI4OTgwNTEyIiwiYmxvZ2lkIjoiMTY4NzEyMjc0Iiwic291cmNlIjozM30seyJwb3N0aW
WQiOiIxMDA4MzE4Mzk6N0TiiLCJibG9naWQiOiIxNjg3MTIyNzQiLCJzb3VyY2UiOjMzfSx7InBvc3RpZCI6Ijk
3NzM0NzczMzAyIiwiYmxvZ2lkIjoiMTY4NzEyMjc0Iiwic291cmNlIjozM30seyJwb3N0aWQiOiI5NDc3NTI3N
DMyNyIsImJsb2dpZCI6IjE2ODcxMjI3NCIsInNvdXJjZSI6MzN9XXSwibm9zY3JpcHQiOiJ9JpcHQiOjF9&amp;U=LNPL
BLCNBK&amp;K=3fb07b3e9bbb67c9514d7223af6e35b096d251c3b419d10e8424a6e3280bb1a1&amp;R=">
</noscript>

1373 `<noscript id="bootloader" data-bootstrap="{&quot;Components&quot;:`
`{&quot;TumblelogIframe&quot;:`
`{&quot;tumblelogBundleSrc&quot;:&quot;http:\/\/assets.tumblr.com\/client\/prod\/standa`
`lone\/tumblelog\/index.js?`
`_v=215eddf5750483d3f26fa8044b486cfa&quot;,&quot;tumblelogName&quot;:&quot;cryptsyblog&`
`quot;,&quot;isLoggedIn&quot;:false,&quot;isFriend&quot;:false,&quot;formKey&quot;:&quo`
`t;&quot;,&quot;tumblelogTitle&quot;:&quot;Cryptsy`
`Blog&quot;,&quot;tumblelogAvatar&quot;:&quot;http:\/\/33.media.tumblr.com\/avatar_8740`
`dedf9e5a_40.png&quot;,&quot;tumblelogHost&quot;:&quot;http:\/\/blog.cryptsy.com&quot;,`
`&quot;brag&quot;:false,&quot;currentPage&quot;:&quot;1&quot;,&quot;postId&quot;:&quot;`
`&quot;,&quot;src&quot;:&quot;http:\/\/blog.cryptsy.com\/&quot;,&quot;postUrl&quot;:&qu`
`ot;&quot;,&quot;isBlocked&quot;:null,&quot;isAdmin&quot;:false,&quot;lookupButtonUrl&q`
`uot;:&quot;&quot;,&quot;showSpamButton&quot;:false,&quot;showRootPostButton&quot;:fals`
`e,&quot;rootPostUrl&quot;:&quot;&quot;,&quot;showRadarPostButton&quot;:false,&quot;rad`
`arKeys&quot;:&quot;&quot;,&quot;isUniblocked&quot;:false,&quot;isNsfw&quot;:false,&quo`
`t;isAdult&quot;:false,&quot;isSpam&quot;:false,&quot;isPrimaryBlog&quot;:false,&quot;c`
`anEdit&quot;:false,&quot;canReblogSelf&quot;:false,&quot;showLikeButton&quot;:false,&q`
`uot;showReblogButton&quot;:false,&quot;reblogUrl&quot;:&quot;&quot;,&quot;showFanMailB`
`utton&quot;:false,&quot;showMessagingButton&quot;:false,&quot;loginCheckIframeSrc&quot`
`;:&quot;http:\/\/assets.tumblr.com\/assets\/html\/iframe\/login_check.html?`
`_v=282357db21d8a5883cc1c780ace4cb5f&quot;,&quot;appInstallUrl&quot;:&quot;https:\/\/go`

.onelink.me\/893408789?
pid=tumblr_blog_network\u0026c=tumblr_blog_network\u0026af_sub3=blog_name&quo
t;Flags&quot;:
{&quot;doods&quot;:&quot;eyJmaWx0ZXJfbnNmdyI6dHJ1ZSwia2V5Y29tbWFuZF9hdXRvX3BhZ2luYXRlI
jp0cnVlLCJsb2dnZWRfb3V0X3NlY3JjaCI6dHJ1ZSwiYXJjaGl2ZS1wbHVzIjp0cnVlLCJzZWN1cmVfZm9ybV9
rZXki0nRydWUsInNlY3VyYZV9mb3JtX2tleV9mdWxseV9vbiI6dHJ1ZSwidHVtYmxlbG9nX3BvcG92ZXIi0nRyd
WUsImNhbm9uaWNhbF91cmxfd3JpdGVyIjp0cnVlLCJbmFibGVfY2FwdHVyZV9qcyI6dHJ1ZSwicHJpbWFfcG9
zdF9mb3JtcyI6dHJ1ZSwibG9ja2VkX3JlYmxvZ191aSI6dHJ1ZSwibG9ja2VkX3JlYmxvZ191aV9wYXJzZV90Z
XN0Ijp0cnVlLCJOYWJsZXRfYmFubmVyX2FjdGl2ZSI6dHJ1ZSwibW9iaWxlWlX2Jhbm5lcl9hY3RpdmUi0nRydWU
sImxvZ19zZWFyY2hfYm94Ijp0cnVlLCJlc2VyX211bnRpb25zIjp0cnVlLCJodG1sNV9hdWRpb19wbGF5ZXXIi0
nRydWUsInBvcG92ZXJfc2VhcmNoaXJ21tZW5kYXRpb25zIjp0cnVlLCJpbmRhc2hfcmVjb21tZW5kYXRpb25zIjp0cnV
lLCJwb3B0aWNhNhX3R1bWJsZWxvZ19wb3BvdmVycyI6dHJ1ZSwidHVtYmxyX3R2Ijp0cnVlLCJkZXByZWNhdGVf
mVhdHVyZWRfdGFncyI6dHJ1ZSwicmVibG9nX3VpX2Jlc3V3X3JlZnJlc2giOnRydWUsInRhYl9zd2l0Y2hlciI6dHJ1ZSw
iZmFzdF9jb21wb3NlNlIjp0cnVlLCJkYXNoY29hcmRfcmVmcmVzaCI6dHJ1ZSwibW9iaWxlX3dlYl9waG90b19sd
HMi0nRydWUsIm1vYmlsZV93ZWJfZ2F0ZVI6dHJ1ZSwibW9iaWxlX3dlYl9wWdlX3RpdGxlcyI6dHJ1ZSwibW9
iaWxlX3dlZFYY2giOnRydWUsImlvYmlsZV93ZWJfZ2VhcmNoX2ZpbFRlciI6dHJ1ZSwibW9iaWxlX3dlY3dlZ
l9hYnNvZm9ybSI6dHJ1ZSwibW9iaWxlX3dlYl9wb3N0X3NhcmUi0nRydWUsImRhc2hib2FyZF9zaGFyZXNoZW
Njog1l2VtiuZSwiY2JfZmVhdHVyZSI6dHJ1ZSwicmVhY3RpdmF0aW9uX3Zzb3JpOnRydWUsImd1bHBBqc
19hZG1pbiI6dHJ1ZSwicmVtbHxtX2pzX3ZhaGJhbF9tb2RlbHI6dHJ1ZSwiYWRzLZ19hcmNoX2pzX2JlY
vZ2dlcl9qcyI6dHJ1ZSwiZGlzY292ZXJ5X3X2X1Yl9hYl9hQlMi0nRydWUsImplYWRlci9hYdW50X2
lbnVi0nRydWUsInVuaXVYl9hdF9wb3N0czI6dHJ1ZSwiZGFzaGJvYXJkX2NvbLCJlbmFibGVfc2hhaWl_u
6dHJ1ZSwicGludGVyZXN0X3NoYXJpbmciOnRydWUsInJlZGRpdF9zaGFyaW5nIjp0cnVlLCJsaWWdodGdhXlX
2luc3RydWUsbnRhZGdlbGbvlbiI6dHJ1ZSwicG9zdF9pZF9mb3JtX2JhJ3JkIjp0cnVlLCJwWVwcl9zXY2Z
pbHRlciI6dHJ1ZSwiaW50X50X3JydWWdWlIjp0cnVlLCJmb2xsb3dfc2hhaW4i0nRydWUsInJdZ4X29zdF
CJkaXNhYmxlX3B1YmxpY19yZ2BsbAaV2ZyI6dHJ1ZSwicGxhY2VoX3lhQ2va2VtdU6dHJ1ZSwiZ2wcml
tYV90dW1ibGVsb2dfYnVuZGxlIjp0cnVlfQ==&quot;},&quot;Context&quot;:
{&quot;name&quot;:&quot;default&quot;,&quot;time&quot;:1457254973000,&quot;userinfo&qu
ot;:
{&quot;primary&quot;:&quot;&quot;,&quot;name&quot;:&quot;&quot;,&quot;channels&quot;:
[]},&quot;hosts&quot;:
{&quot;assets_host&quot;:&quot;http:\/\/assets.tumblr.com&quot;,&quot;secure_assets_ho
st&quot;:&quot;https:\/\/secure.assets.tumblr.com&quot;,&quot;www_host&quot;:&quot;htt
p:\/\/www.tumblr.com&quot;,&quot;secure_www_host&quot;:&quot;https:\/\/www.tumblr.com&
quot;,&quot;embed_host&quot;:&quot;https:\/\/embed.tumblr.com&quot;,&quot;safe_host&qu
ot;:&quot;http:\/\/safe.txmblr.com&quot;,&quot;platform_host&quot;:&quot;http:\/\/plat
form.tumblr.com&quot;},&quot;language&quot;:&quot;en_US&quot;,&quot;language_simple&qu
ot;:&quot;en&quot;},&quot;Translations&quot;:[]}"></noscript>
```
1374  <script
      src="https://web.archive.org/web/20160306090253js_/http://assets.tumblr.com/client/pro
      d/standalone/tumblelog/index.js?_v=215eddf5750483d3f26fa8044b486cfa"></script>
1375
1376  </body>
1377  </html><!--
1378      FILE ARCHIVED ON 09:02:53 Mar 06, 2016 AND RETRIEVED FROM THE
1379      INTERNET ARCHIVE ON 11:07:57 May 10, 2021.
1380      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
1381
1382      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
1383      SECTION 108(a)(3)).
1384  -->
1385  <!--
1386  playback timings (ms):
1387      captures_list: 278.75
1388      exclusion.robots: 0.219
1389      exclusion.robots.policy: 0.211
1390      RedisCDXSource: 1.487
1391      esindex: 0.008
1392      LoadShardBlock: 254.019 (3)
1393      PetaboxLoader3.datanode: 231.344 (4)
1394      CDXLines.iter: 19.76 (3)
1395      load_resource: 93.402
1396      PetaboxLoader3.resolve: 42.823
1397  -->
```

# APPENDIX 2

| Address # | Owner Name | Destination Address | Cryptocurrency Unit | Funds under claim (average confirmed with the five tracing methodologies; in cryptocurrency unit) | Tainted Inflow Start Time | Tainted Inflow End Time |
|---|---|---|---|---|---|---|
| 1 | | 1KBy6MvcBb2qQRS5fQT92o2c5Dq2W6ygx4 | BTC | 1325.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 2 | | 1315LzDFcBLDBKgVAr4ZhCkcT5GXivpiuj | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 3 | | 13Qxkdrhfe Q6aCF4TBWg8knQGBmiwL2rpV | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 4 | | 13nAJw8jw7BiYKLnad9YGdPxybK9mgPkM6 | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 5 | | 14nzbWNMPjmvwy96uuFVXtj6VgChJtHvU9 | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 6 | | 17nmFFPSANbPGgdtoEEuc6xbHoaP1n6ZBb | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 7 | | 18E3AWaadnUPQ1aMpfEoyTXN49NYAZzbpD | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 8 | | 1AWdxqABYiDxcY1sxzPzEotvjFjq8NUY8Z | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 9 | | 1DSxcqygQ69MxRc8oW94kQjWHzMb4BYsnG | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 10 | | 1DqCNwUffFTxULH8crehynw53TwrHnrv1c | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 11 | | 1LwZYCt8dDhZDMd6uXGMwVsmWPXW9eX9Ww | BTC | 1000.00000000 | 2014-07-29 13:17:36 | 2014-07-29 13:17:36 |
| 12 | | 1AA8YJ2DeYr99BS1PrsFKWC1p9hXT28dup | BTC | 100.00000000 | 2014-07-29 08:54:46 | 2014-07-29 08:54:46 |
| 13 | Binance | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6 | BTC | 31.14578175 | 2021-02-24 09:50:43 | 2021-05-11 09:17:00 |
| 14 | | 12KBnNKkEdjcojNZ7ceBhDBJWhMZbtttgr | BTC | 24.00000000 | 2014-07-29 08:54:46 | 2021-05-02 16:27:47 |
| 15 | | 36eg2udC9bKb5JyvZktxJ6MnfS3xHadFai | BTC | 18.92553100 | 2020-05-14 13:51:21 | 2020-05-14 13:51:21 |
| 16 | | 369KNAypqsKaDBzQ8TReWF6eanHmXMef4u | BTC | 17.07325100 | 2020-05-14 20:17:02 | 2020-05-14 20:17:02 |
| 17 | | 35VheJJNovHsTbJy2iScfqGxqtLR3Sdk3f | BTC | 16.32552500 | 2020-05-18 10:49:22 | 2020-05-18 10:49:22 |
| 18 | | 36Ma8dY44xtM8sFKqpvKfb4A8TeXFFvchv | BTC | 14.00000000 | 2020-04-05 18:15:39 | 2020-04-05 18:15:39 |
| 19 | | 3EspfvBwtx2Wcg6y2pNX2T8rB599zURoop | BTC | 12.00000000 | 2020-04-05 18:15:39 | 2020-04-05 18:15:39 |
| 20 | Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 11.03220293 | 2021-02-24 08:11:46 | 2021-04-18 10:53:00 |
| 21 | | 3JpXuV2vAY35wyzvUoNCYHGS8TBJoSh5Ws | BTC | 11.00000000 | 2020-04-05 18:15:39 | 2020-04-05 18:15:39 |
| 22 | | 3NmP957MF3da9u5wtLYK591JKNeZpJwmxU | BTC | 11.00000000 | 2020-05-14 14:41:07 | 2020-05-14 14:41:07 |
| 23 | Ren | 3LqdjTMqS7q9AeGfWd1xk9rz64D5qgUmzT | BTC | 9.28167776 | 2021-03-01 13:52:38 | 2021-03-01 13:52:38 |
| 24 | Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9.16150109 | 2021-02-24 08:17:53 | 2021-04-18 10:53:00 |
| 25 | | 3PEHvQysjnnPLct9M3hUcwauWzTBhioyzN | BTC | 8.99987577 | 2020-04-05 18:24:13 | 2020-04-05 18:24:13 |
| 26 | Binance | 17iwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | BTC | 8.06221265 | 2021-04-01 13:43:02 | 2021-04-01 15:37:12 |
| 27 | | bc1qytx462v93nya0w86eca9hce8tr5n0jwpx8ex4u | BTC | 5.52891525 | 2021-03-29 12:29:40 | 2021-03-29 12:29:40 |
| 28 | Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 4.59320846 | 2021-03-14 19:43:26 | 2021-03-20 18:43:23 |
| 29 | | 1JuqkYqXmBZjBobBLTAGBt7qAuYPQfNrqi | BTC | 4.52946063 | 2021-05-11 16:39:35 | 2021-05-11 16:39:35 |
| 30 | Binance | bc1qt73y0anphywgrf570twd0htekatr435d9xf5mt | BTC | 3.58410164 | 2021-04-19 18:22:10 | 2021-04-19 18:22:10 |
| 31 | Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 3.40877115 | 2021-03-08 09:34:45 | 2021-04-25 12:43:00 |
| 32 | Ren | 38L2i15SxTqJ2vD8X71DtfsBhuUefwibJX | BTC | 3.36616218 | 2021-03-01 13:52:38 | 2021-03-01 13:52:38 |
| 33 | | 1kcgAvD9KYYkMRd2dRB9pNVGMuH2l35eP | BTC | 3.01142321 | 2021-04-02 17:34:11 | 2021-04-02 17:34:11 |
| 34 | Binance | 1Fs4QNPYf7Zf7CeJiFmSkTK3kzvENVD5w4 | BTC | 2.29987965 | 2021-02-16 02:39:49 | 2021-03-29 22:39:04 |
| 35 | Gemini | bc1ql8c2rgv2qpa25cc77usap7lvsvms6tgyv6smxk | BTC | 2.02532661 | 2021-03-10 01:12:35 | 2021-03-30 05:38:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | Ren | 3CzGP9Je4jHD591qW6e6c1AbtLQrsxQZo4 | BTC | 1.99991662 | 2021-03-11 03:11:02 | 2021-03-11 03:11:02 |
| 37 | | 1CsAvaUuHhE2iGhG61QErwr5CWX7wD7T98 | BTC | 1.86661156 | 2021-04-02 17:34:11 | 2021-04-02 17:34:11 |
| 38 | Ren | 3HUQjCX6bLXzHMdCzTduAUWc3yMkzRA6La | BTC | 1.82352728 | 2021-03-26 23:53:49 | 2021-03-26 23:53:49 |
| 39 | | bc1q84p540mk0fjzx2t0yc70q67g3q5yvsxpez2jzs | BTC | 1.66660525 | 2021-03-30 16:47:06 | 2021-03-30 16:47:06 |
| 40 | | bc1q0cvkvge0ddxhjnfhgfjya8wjzd3e2mq0hvw56d | BTC | 1.53885910 | 2021-03-25 20:04:03 | 2021-03-25 20:04:03 |
| 41 | Kraken | 38HyrjdARosXGr8SXyzLQLWuSCdi8hqcDR | BTC | 1.39992011 | 2021-02-27 15:21:00 | 2021-02-27 15:21:00 |
| 42 | | bc1qffm9u7a8czk8pgyjznkwvavkutwgfrnlvdkhay | BTC | 1.39992011 | 2021-02-17 03:06:09 | 2021-02-17 03:06:09 |
| 43 | | bc1qrrm8wgkt5sdkcr9qp2eth4ltr9q3xhn06v6l70 | BTC | 1.39992011 | 2021-02-17 03:06:09 | 2021-02-17 03:06:09 |
| 44 | Ren | 36CpqVr1SHJ3aj5NcWbnnDaZNxTN3PrtcT | BTC | 1.39987192 | 2021-02-16 14:30:47 | 2021-02-16 14:30:47 |
| 45 | Ren | 33DaZYib7zij1LP2x9VHHSb6dYDhUymqXt | BTC | 1.39987007 | 2021-02-16 14:56:40 | 2021-02-16 14:56:40 |
| 46 | | bc1qzfhwgletqd4u4vgg0lca5nlgatj8evz2uuq5cv | BTC | 1.38222881 | 2021-03-30 05:09:20 | 2021-03-30 05:09:20 |
| 47 | Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | 1.33290382 | 2021-03-27 14:28:50 | 2021-05-03 22:36:38 |
| 48 | | 1331eogpTupshTz9ZjFpjZ5hoGithKEtUN | BTC | 1.26661505 | 2021-02-24 15:54:58 | 2021-02-24 15:54:58 |
| 49 | | 14jF8L6pgt2JPGKz7BUtiuAjCV9Sx7kpxk | BTC | 1.26661505 | 2021-02-24 15:23:28 | 2021-02-24 15:23:28 |
| 50 | | 17Q63JDKjEeaEcLuFNrvoozbP6Qx8G7xfs | BTC | 1.26661505 | 2021-02-28 21:14:21 | 2021-02-28 21:14:21 |
| 51 | | 1KNyd3rmeaUMptExLR2fy4kd8eppCdfpW9 | BTC | 1.26661505 | 2021-02-28 17:10:03 | 2021-02-28 17:10:03 |
| 52 | | bc1qmrst3gv9w5mzwmsh07ujmfz3pa7elu6l52astt | BTC | 1.26058282 | 2021-04-29 18:57:59 | 2021-04-29 18:57:59 |
| 53 | | 1h9h1yDipXdvhdC1wfhkRNc9a4krTDWi1 | BTC | 1.24313015 | 2021-04-29 06:22:15 | 2021-04-29 06:22:15 |
| 54 | | bc1qsnz7d7zkeg90yxe9hsufhv8qcp8353jlpce47h | BTC | 1.22541131 | 2021-03-29 12:34:57 | 2021-03-29 12:34:57 |
| 55 | Ren | 3953TFvpANofLb45AkrtitCp2k35sp2kJg | BTC | 1.19998029 | 2021-03-15 13:36:06 | 2021-03-15 13:36:06 |
| 56 | | bc1qxnrhje9ekvu3qyx534t38q3j0g0w85c3ruwznf | BTC | 1.19998029 | 2021-03-29 12:29:40 | 2021-03-29 12:29:40 |
| 57 | Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu7I6EA6 | BTC | 1.17389927 | 2021-04-27 21:43:52 | 2021-05-10 03:34:32 |
| 58 | | bc1qlgpxzd9kxq4h7swfdxnyfnzt5qkpwxhtpwql9e | BTC | 1.12071033 | 2021-03-14 03:35:25 | 2021-03-14 03:35:25 |
| 59 | | 3EA2xNZF8oSVm5oUTCd7MeJFHrj7QTuQBt | BTC | 1.08842179 | 2021-05-11 08:54:02 | 2021-05-11 08:54:02 |
| 60 | Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | 1.08007699 | 2021-03-16 03:49:39 | 2021-04-30 01:53:49 |
| 61 | | bc1q89auwcjq74nsac2sfed3whx67863kdsvxua0hw | BTC | 0.90956596 | 2021-04-29 02:02:09 | 2021-05-06 21:02:53 |
| 62 | Bybit | 1K2NLvcHwup8FbGiUVdRWefKxnTCLd8t5n | BTC | 0.90420114 | 2021-03-25 20:04:03 | 2021-03-25 20:04:03 |
| 63 | | 18tTX9XCrxQL1wsssHE5Qppoh9VNyEJFB8 | BTC | 0.86666496 | 2021-05-02 22:58:01 | 2021-05-02 22:58:01 |
| 64 | | 1EV2g4jzTVDWEjLSwVT6QZpiSdhNozEEgN | BTC | 0.86666496 | 2021-05-06 05:18:39 | 2021-05-06 05:18:39 |
| 65 | | 1KxZc4L6sfWqnQPrPMZbsbhgQX1oqMhqnE | BTC | 0.86666496 | 2021-05-02 22:58:01 | 2021-05-02 22:58:01 |
| 66 | | 1NpQ5uz2MC4cmLSDbmV58YiAarZUUJesG | BTC | 0.86666496 | 2021-05-02 22:58:01 | 2021-05-02 22:58:01 |
| 67 | | bc1qz75vzjxdyluykwjjaysp5wletplv4a6j3n4650 | BTC | 0.84861044 | 2021-04-05 11:08:49 | 2021-04-05 11:08:49 |
| 68 | Mandala | 1BqazAeRaCLJUquxWfQPhWGU1nqVmyFmMU | BTC | 0.84861044 | 2021-02-23 15:36:54 | 2021-02-23 15:36:54 |
| 69 | | 14qrRJYj1umtUktTJ9aSzvXScdSsrNegoP | BTC | 0.84861044 | 2021-02-26 13:00:10 | 2021-02-26 13:00:10 |
| 70 | | 1HHwvAb5Pw173PFsm2cHxoCbfp31gxEse7 | BTC | 0.84861044 | 2021-02-22 04:13:53 | 2021-02-22 04:13:53 |
| 71 | Binance | 12K8u22kjGxWadyks4YSZbNqZbEGpmUNpm | BTC | 0.84215171 | 2021-02-27 23:53:43 | 2021-02-27 23:53:43 |
| 72 | | 1Gy3f9vDFrFZY9sgqQ6gmxAko8ZRGyPaPJ | BTC | 0.70593847 | 2021-02-22 04:13:53 | 2021-02-22 04:13:53 |
| 73 | WebMoney Tra | 1N615Az75xbRtQsTDvDRrxEaRuL4SxdARs | BTC | 0.70461396 | 2021-02-27 01:07:26 | 2021-02-27 01:07:26 |
| 74 | | 13REkEJe95HqJpoCrz4LKq1ezzyKU2cQvC | BTC | 0.70461396 | 2021-05-03 08:59:17 | 2021-05-03 08:59:17 |
| 75 | | 14tkMGARrkM5QNJexJFqP1gGJTYoJ5z5bm | BTC | 0.66662837 | 2021-02-24 22:54:43 | 2021-02-24 22:54:43 |

| 76 | | bc1q942nekgt2r080x04ytc900t02cyyqug8qmldhj | BTC | 0.66662837 | 2021-03-09 17:16:57 | 2021-03-09 17:16:57 |
| 77 | | 3HhgpKtEGVqgYmxLf7zEEJvPzgwDXxQmLG | BTC | 0.65027786 | 2021-04-29 18:43:56 | 2021-04-29 18:43:56 |
| 78 | | bc1q47nqjel39ddwkpdkem4rktm07dfqdzx424nh9v | BTC | 0.62768558 | 2021-04-11 14:10:53 | 2021-04-11 14:10:53 |
| 79 | Binance | 1HVj6JWaAqu6JSjhQeq9YpG8kRCAywY8nk | BTC | 0.62037124 | 2021-05-12 14:10:25 | 2021-05-12 14:10:25 |
| 80 | Bitstamp.net | 3QgTU5fwPWHMNkbx4fhwU9MgPzPbrYnXqY | BTC | 0.61019647 | 2021-03-08 04:10:29 | 2021-04-27 13:53:39 |
| 81 | Ren | 3GwVA3kPCxkfxiTnZUJbBzF9cH7j5omtFh | BTC | 0.60953274 | 2021-03-25 08:11:10 | 2021-03-25 08:11:10 |
| 82 | | 16YumMUMVrZmiuvHK8gDVqMyeEcrLxJPdU | BTC | 0.59999651 | 2021-03-07 22:53:16 | 2021-03-07 22:53:16 |
| 83 | | 1B92oHEiGEmikNUDkofzpiDab5dcTZGdtR | BTC | 0.59999651 | 2021-03-07 22:53:16 | 2021-03-07 22:53:16 |
| 84 | | 1FNiMBRZasC4CAFbDPG95tDTQVvsGPb3Vn | BTC | 0.59999651 | 2021-03-07 22:53:16 | 2021-03-07 22:53:16 |
| 85 | | 1JYiHUUxcLSo3dzNHu1gc3EhCuoFK5iAtX | BTC | 0.59999651 | 2021-04-25 09:37:01 | 2021-04-25 09:37:01 |
| 86 | | 1Ld3oUUcN7EGhJ1ckoBnZ2LoN2QmCbBHX5 | BTC | 0.59999651 | 2021-03-24 15:40:11 | 2021-03-24 15:40:11 |
| 87 | | 36gc6StTwhDW5qNryc3YPE7zJ6Ap2Bqhdy | BTC | 0.59999651 | 2021-04-07 23:35:13 | 2021-04-07 23:35:13 |
| 88 | | bc1qz9e7p85d7n4rgkarudx80xh77crzz4ad0pnnvg | BTC | 0.59999651 | 2021-04-08 00:50:18 | 2021-04-08 00:50:18 |
| 89 | Binance | bc1qhjja98qwyf8lhw480u7aq2je7vhstluvz3cqzn | BTC | 0.59769477 | 2021-05-12 13:09:23 | 2021-05-12 13:14:01 |
| 90 | Kraken | bc1qfuddrpsmkymngxkm4nz99ac95vrxad7carhxp945ajrcrpf7kdhswz | BTC | 0.59450753 | 2021-05-04 06:33:22 | 2021-05-04 06:33:22 |
| 91 | | 1MnX8tYY9c9AhrPUcvrhAsTPmrZ4T3RD70 | BTC | 0.58439738 | 2021-05-12 18:47:30 | 2021-05-12 18:47:30 |
| 92 | Huobi.com | 1J7W1QdckENxyrE4mECLfgZXvgJj3jy6iw | BTC | 0.57821025 | 2021-04-26 13:38:26 | 2021-05-03 21:53:18 |
| 93 | | bc1qvdq7axnap0xuqy393tk4tqkd53rn27ygx800fz | BTC | 0.57736330 | 2021-03-15 23:41:24 | 2021-03-15 23:41:24 |
| 94 | Ren | 3HSUqCM5BqF2mZW3RKExw9AGQvE5eAaCnb | BTC | 0.57302413 | 2021-03-24 14:20:43 | 2021-03-24 14:20:43 |
| 95 | | 1L7onpDAdxVBRqBQy8sFy7YbGqPNPW2mee | BTC | 0.56605231 | 2021-03-25 22:33:21 | 2021-03-28 15:11:35 |
| 96 | | 3LR2h7ccWoNGajMHV4B6NupgBAKdN4WdwG | BTC | 0.54351836 | 2021-05-10 04:10:09 | 2021-05-10 04:10:09 |
| 97 | | 1jjNHsLp4x6BkeBz8hyk5tGtynykgXYk3y | BTC | 0.54224364 | 2021-04-24 02:29:41 | 2021-04-24 02:29:41 |
| 98 | Bybit | 1DEBVQ1bVgvMXFmrTHi7AWSCaQGBCm55NB | BTC | 0.52993218 | 2021-03-10 21:06:18 | 2021-04-06 19:10:10 |
| 99 | Ren | 35TjCuKRbKcofxnKG2EkC8B66ZNXKqE1aN | BTC | 0.49996934 | 2021-04-22 02:00:30 | 2021-04-22 02:00:30 |
| 100 | | 13xXS8Eg9Vm8qCJe3k6nwbLxEnVfzcbNbG | BTC | 0.49996934 | 2021-03-04 02:45:45 | 2021-03-04 02:45:45 |
| 101 | | 1ASth9wQV42pWSdLTAHj8aAAfzyfFamAWm | BTC | 0.49996934 | 2021-03-04 02:45:45 | 2021-03-04 02:45:45 |
| 102 | | 1DK91hugdwCzcmjiNrfLXApe8e3zKPWRxu | BTC | 0.49996934 | 2021-04-29 08:33:37 | 2021-04-29 08:33:37 |
| 103 | | 1H8q3yLq4aCApbA2p8v8U7Qe1cUeiheuKu | BTC | 0.49996934 | 2021-03-04 02:45:45 | 2021-03-04 02:45:45 |
| 104 | | 324hkrJUaWyt4McBXFnhcqH3bS5fRrPMbA | BTC | 0.49996934 | 2021-03-24 08:10:17 | 2021-03-24 08:10:17 |
| 105 | | 32NNmWqELdRvpKwgwxc8jWXdStSDt55uCR | BTC | 0.49996934 | 2021-03-17 21:13:25 | 2021-03-17 21:13:25 |
| 106 | | 35rgDqY7a8rJbUAvpkmK1NR1UJjAUksNEo | BTC | 0.49996934 | 2021-05-13 03:43:40 | 2021-05-13 03:43:40 |
| 107 | | bc1q9t7kly4dx5e4l7p5m7s7ylz5twaa6u6z0qq6w7 | BTC | 0.49996934 | 2021-04-29 00:29:53 | 2021-04-29 00:29:53 |
| 108 | | bc1qaucqacwa5huhwcxhnyzcadrpfq2ananru06jfs | BTC | 0.49996934 | 2021-04-08 00:48:32 | 2021-04-08 00:48:32 |
| 109 | | bc1qswqxyaan9s29r42mhy93pt02rcnc3dw3t55uxl | BTC | 0.49996934 | 2021-04-08 01:14:25 | 2021-04-08 01:14:25 |
| 110 | Huobi.com | 1DgFr4KzUZD9cpgnBZCypK9iYeHb7vgRH1 | BTC | 0.49992347 | 2021-04-05 03:53:54 | 2021-04-05 03:53:54 |
| 111 | Binance | 14kbqzg3mJrx6zmY5dYpCVhBJ3mrd7pYSt | BTC | 0.49972895 | 2021-05-11 11:53:29 | 2021-05-11 11:53:29 |
| 112 | LocalBitcoins.c | 3Hc17tSzv1L1J7GU7FC7624m7vm7EVnxZS | BTC | 0.46658883 | 2021-03-12 20:12:05 | 2021-03-12 20:12:05 |
| 113 | Ren | 39TSkidWoFVb4qnnWDrcgXirwoxCLRjYbC | BTC | 0.46658883 | 2021-03-21 18:47:47 | 2021-03-21 18:47:47 |
| 114 | Ren | 3M8VZjtAqi51LsMuRGGY9mhPvQk5hvubvt | BTC | 0.46658883 | 2021-04-22 02:00:30 | 2021-04-22 02:00:30 |
| 115 | | 13SqFKdfJSwAvbf77vKnmkaWzK6Sjh72fx | BTC | 0.46658883 | 2021-02-22 04:13:53 | 2021-02-22 04:13:53 |

| 116 | | 14kj2WqjoDqfqRJo2Mtop9DofELcdR2X4i | BTC | 0.46658883 | 2021-03-24 20:13:41 | 2021-03-24 20:13:41 |
|-----|--------------|------------------------------------|-----|------------|---------------------|---------------------|
| 117 | | 1BAwYbP4LM81cmiwzuHVW4AAJcd9D428Lp | BTC | 0.46658883 | 2021-02-22 04:13:53 | 2021-02-22 04:13:53 |
| 118 | | bc1q6uk5dqyr3raqauxuar04tsv7cqryglx4nydt9m | BTC | 0.46658883 | 2021-05-02 03:31:04 | 2021-05-02 03:31:04 |
| 119 | | bc1qsfsmdaqun72j8haws5hxwclal5x4lzctyhrjkk | BTC | 0.46658883 | 2021-04-08 01:04:38 | 2021-04-08 01:04:38 |
| 120 | ePay.com | 345WECfQe7YUAVXRkueY8QQqr8dDeg2iqz | BTC | 0.46103432 | 2021-03-21 04:43:57 | 2021-03-22 09:09:00 |
| 121 | Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 0.45668977 | 2021-04-06 23:56:53 | 2021-05-12 08:08:59 |
| 122 | Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | 0.44613521 | 2021-04-27 18:07:07 | 2021-05-04 22:14:43 |
| 123 | Binance | 1NkFXyXcaYKqnuc3EC5JB1CnvHjQYH1x5 | BTC | 0.43064220 | 2021-05-01 21:59:47 | 2021-05-01 21:59:47 |
| 124 | | 323VmWP2duUJdGjwSRe1JCY6oSqarorJa4 | BTC | 0.42866145 | 2021-03-15 21:36:06 | 2021-03-15 21:36:06 |
| 125 | | 19q16w7rsN9dw6kV1aDxfyoo8572GqVoKv | BTC | 0.42315508 | 2021-04-26 16:56:47 | 2021-04-26 16:56:47 |
| 126 | Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 0.42109658 | 2021-03-26 21:30:05 | 2021-05-09 05:28:18 |
| 127 | Ren | 3Nwebgx6r4cu8gsLcBao7SMayDHmjAaDYM | BTC | 0.39999020 | 2021-03-21 20:41:31 | 2021-03-21 20:41:31 |
| 128 | | bc1qupfaz34ry8vn2l8f4mjj5yjpy7j63vfnt4xspj | BTC | 0.39999020 | 2021-03-30 16:47:06 | 2021-03-30 16:47:06 |
| 129 | | bc1quy22vmeg7j9nuw5all5e60fcxpzr4jny0tjcjw | BTC | 0.39999020 | 2021-03-31 11:53:47 | 2021-03-31 11:53:47 |
| 130 | | bc1qhewr9vle7zhz635njcj65333aw0lvyqzc4xqdm | BTC | 0.39295819 | 2021-04-29 13:10:14 | 2021-04-29 13:10:14 |
| 131 | Binance | 1FwAX1yW2szV6gG7YNJvRWY242dokFCrtf | BTC | 0.37029003 | 2021-03-27 21:29:01 | 2021-04-15 20:28:02 |
| 132 | Ren | 3BhWD6JtX3RXS6JeKyBoo2BEpfeoK3HhxE | BTC | 0.36839428 | 2021-03-09 22:03:57 | 2021-03-09 22:03:57 |
| 133 | Binance | 1LmFmScFggjDak4JBZqJsxhAykRwYtkTFv | BTC | 0.35741060 | 2021-03-27 10:21:37 | 2021-04-05 05:46:37 |
| 134 | | 37zbPyHUSSSdApKmGSPq98KQrdMXUkpBFw | BTC | 0.35488991 | 2021-04-16 14:49:45 | 2021-04-16 14:49:45 |
| 135 | | 14Bvkbf6diCWE3n7Ykaf969WfLVft2LCYS | BTC | 0.35362776 | 2021-04-24 14:31:03 | 2021-04-24 14:31:03 |
| 136 | Binance | 1P1LCMr7U6jxf1Mx2XYTRPQzRSsvjZcTc | BTC | 0.34528192 | 2021-05-01 09:50:27 | 2021-05-04 16:32:35 |
| 137 | LocalBitcoins.co | 37PPZuGqkg7rSXy1VNTvUB6CHeU3jz2poz | BTC | 0.33190362 | 2021-04-05 10:23:29 | 2021-04-05 10:23:29 |
| 138 | HitBtc.com | 35MiwdASDkgFqUa3YQfHFucggwNYjrBjeG | BTC | 0.32627438 | 2021-02-28 13:02:44 | 2021-02-28 13:02:44 |
| 139 | HitBtc.com | 3JSc8fYRWsn6qAq7UnZE8Q9vm2aE5Whg1b | BTC | 0.30698342 | 2021-02-28 13:13:01 | 2021-02-28 13:13:01 |
| 140 | Kraken | 39SaPmECYfU1EHc6Gxu1mYiarudJ2ywY42 | BTC | 0.30583530 | 2021-03-14 04:10:10 | 2021-05-07 08:25:40 |
| 141 | | 38kvAqLFeCW3PvzjWoNcbkwpQ7qmxEFMoc | BTC | 0.30073283 | 2021-05-09 00:42:48 | 2021-05-09 00:42:48 |
| 142 | | 13Ug2WrDmvPYZXugKWjg3uvda3KZU5ER3m | BTC | 0.28606426 | 2021-04-25 18:49:51 | 2021-04-25 18:49:51 |
| 143 | | bc1qyfjv0hs9hyxnrkse34x0j0kzj60qpdvdhvn7rj | BTC | 0.27377889 | 2021-03-30 00:23:23 | 2021-03-30 00:23:23 |
| 144 | | 18TakbuoHj2LuSfhhnLnwiPkBsywsigCfd | BTC | 0.27327495 | 2021-05-04 05:52:41 | 2021-05-04 06:33:22 |
| 145 | LocalBitcoins.co | 3Fyg8b8416fvgB9SMLjxHZDSuVVvHBf7Te | BTC | 0.26929146 | 2021-04-06 19:07:23 | 2021-04-06 19:07:23 |
| 146 | Binance | 12T6d7EJUKft8Nh1AthLakm3hMuM7UXndv | BTC | 0.26910567 | 2021-04-24 17:59:31 | 2021-02-26 13:52:31 |
| 147 | | 1KP9K6Yw6VmU7ByS8sveXAjqhRkQd5FNZD | BTC | 0.24116022 | 2021-04-28 11:33:07 | 2021-04-28 11:33:07 |
| 148 | | 3Q8ZikDsMDPTi4W5nTSUGU6T4CKNjp12g7 | BTC | 0.22972069 | 2021-04-15 05:12:26 | 2021-04-15 05:12:26 |
| 149 | | 1HerWkwa9UNypQ9YkB5fw55v4t63R39TUZ | BTC | 0.21958491 | 2021-04-24 03:53:26 | 2021-04-24 03:53:26 |
| 150 | LocalBitcoins.co | 3PHS3rk7Rkwz8f39ZE7CuxjAL7YvH86rUH | BTC | 0.19555794 | 2021-03-26 10:31:35 | 2021-03-26 10:31:35 |
| 151 | | bc1qkcrf5dx508ptkmwrl7tnnlplnh3fz3z3xwj9jx | BTC | 0.18224852 | 2021-03-30 05:09:20 | 2021-03-30 05:09:20 |
| 152 | HitBtc.com | 3HxnoQXVhPXeZyqgmTRnV4pDJaZME4k1ZC | BTC | 0.15456499 | 2021-02-28 13:13:01 | 2021-02-28 13:13:01 |
| 153 | Ren | 3KN8ZNAmsfybuieLTU2rwJQoWttiSECztQ | BTC | 0.15421941 | 2021-03-25 22:33:21 | 2021-03-25 22:33:21 |
| 154 | Bitstamp.net | 37VWXtmckaPrKaeARcRvToJsEWLxeQYutd | BTC | 0.14325588 | 2021-03-12 15:04:26 | 2021-05-06 16:41:07 |
| 155 | | bc1q67284f2ssukjc4v5nsylx4dtuvxe539uzng34m | BTC | 0.12830316 | 2021-03-26 15:58:33 | 2021-05-11 15:57:08 |

| 156 | | bc1qmcpleenxqw6flzlmn2q4qguw8pyurtnwnnyeex | BTC | 0.11772897 | 2021-04-27 05:56:20 | 2021-04-27 05:56:20 |
| 157 | | 1JZqZP3v5GkfhAH1o7ZhNSwMEqDojoreDq | BTC | 0.11557473 | 2021-04-07 09:11:00 | 2021-04-07 09:11:00 |
| 158 | | 3K8Qu3XahfaxG7v5D5N4FWqTUZ8E73sNNJ | BTC | 0.11398302 | 2021-03-26 19:34:05 | 2021-03-26 19:47:32 |
| 159 | | bc1q7ndcwe28clgv04vw8n36r5fusrd658ep5nr6vt | BTC | 0.10868975 | 2021-03-30 12:04:58 | 2021-03-30 12:04:58 |
| 160 | | 1Hd7cA2XQdJh5C7Svuwyo5F8eSt1QDxaHX | BTC | 0.10776692 | 2021-04-28 18:30:02 | 2021-04-28 18:30:02 |
| 161 | Bit-x.com | bc1qpq00d2yg848ljcsypg0p7jj5gttap9l4attpjw56rzn93x6cwqdqyhsstg | BTC | 0.09341780 | 2021-04-08 02:56:14 | 2021-04-08 04:44:27 |
| 162 | | 3MxLadi67HqUR4gzjcJFFywkXGeHRaWm76 | BTC | 0.08181248 | 2021-05-10 19:19:01 | 2021-05-10 19:19:01 |
| 163 | | bc1qj6w3k0myqp89s8tdzf42ermaygv6rfssn3cf60 | BTC | 0.07804712 | 2021-05-07 04:33:06 | 2021-05-07 04:33:06 |
| 164 | Ren | 3ErtV4K3sDHoshbudwAnkreSuXS7u2YREJ | BTC | 0.07513967 | 2021-05-05 06:22:24 | 2021-05-05 06:22:24 |
| 165 | | 14k4wCLck8nAAr3BRQznF8koVhszF3ZxPM | BTC | 0.06932714 | 2021-05-01 21:59:47 | 2021-05-01 21:59:47 |
| 166 | Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 0.06800713 | 2021-03-11 20:42:39 | 2021-04-11 23:25:39 |
| 167 | | bc1qh00tlfs0qhs4ml5pp249llswzxr20lf6jukc05 | BTC | 0.06579893 | 2021-05-09 09:16:43 | 2021-05-09 09:16:43 |
| 168 | | bc1qe6xrtutq49m7hqkdtsj60kqmvj7y9u5k35805r | BTC | 0.06579893 | 2021-05-09 09:16:43 | 2021-05-09 09:16:43 |
| 169 | | bc1qv8tu4z043qlh45wr78uz48q0umc7n0qsvw3a3t | BTC | 0.06579893 | 2021-05-09 09:16:43 | 2021-05-09 09:16:43 |
| 170 | | bc1qh22ypjdc65nnaamkzj3qt2eq25ngu7nqft2yd7 | BTC | 0.06579835 | 2021-05-07 19:20:59 | 2021-05-07 19:20:59 |
| 171 | | bc1q42u3e0wyhphua0dh93lfewuzc2zr5xwsqj8x7t | BTC | 0.06579834 | 2021-05-07 19:20:59 | 2021-05-07 19:20:59 |
| 172 | | bc1qa5f5a3eal7t0lp7hgnz2606qsyawudlv3zs6yf | BTC | 0.06579834 | 2021-05-07 19:20:59 | 2021-05-07 19:20:59 |
| 173 | | bc1qgc5pmyytsamkxcnly67vy5hajte08jw08k636w | BTC | 0.06579834 | 2021-05-07 19:20:59 | 2021-05-07 19:20:59 |
| 174 | | bc1qfajgl8ckyfx30fm6azzgpwgm9xugj8gdyyzfjc | BTC | 0.06473826 | 2021-05-07 19:20:59 | 2021-05-07 19:20:59 |
| 175 | HitBtc.com | 3HVfPsMegSmX1PwUcmvRyqCrXng4tQpbzX | BTC | 0.06061241 | 2021-04-08 05:52:57 | 2021-04-08 05:52:57 |
| 176 | | 1CtmW1MMoJ9zYgM6Y11Z1GoXvCMYdLWt1i | BTC | 0.05929115 | 2021-04-13 08:13:44 | 2021-04-13 08:13:44 |
| 177 | | bc1qaattn79np3usdhljerzaqcd9jlglqd8t7ghpe8 | BTC | 0.05894170 | 2021-05-09 06:42:20 | 2021-05-09 06:42:20 |
| 178 | Paxful.com | 37jdH27yixRNcK9Vyg5FvcBfMimTXjHTbG | BTC | 0.05799017 | 2021-03-12 20:45:20 | 2021-03-12 20:45:20 |
| 179 | | 3NUYJ4Xrf7sR2He9FeTXr1BcRVYDzXMeXB | BTC | 0.05715442 | 2021-05-10 19:19:01 | 2021-05-10 19:19:01 |
| 180 | Huobi.com | 17oXZFjxV3TRwPGRB5gwxEttEupphM4k3U | BTC | 0.05699151 | 2021-05-05 11:18:12 | 2021-05-05 11:18:12 |
| 181 | | 14uLCGndcUQB3R7K2VJzpGLoN4yUnUosDA | BTC | 0.05699151 | 2021-03-14 23:01:14 | 2021-03-14 23:01:14 |
| 182 | | 1GkADCYxTR8vww4Zu2HRScjCGy6AgJwuDc | BTC | 0.05699151 | 2021-04-30 16:43:42 | 2021-04-30 16:43:42 |
| 183 | | 1Jebde4Fo57X5NRqiH9z4g2MuiKwZ7Wxna | BTC | 0.05699151 | 2021-04-26 23:36:25 | 2021-04-26 23:36:25 |
| 184 | | bc1qdrxwqcup0ha0p8adszkkyyru360c53krjtuxm7 | BTC | 0.05699151 | 2021-04-11 00:13:27 | 2021-04-11 00:13:27 |
| 185 | Binance | bc1qvw0876ldh6mfcmdv25xu9xqmfzth76lawkxhyd | BTC | 0.05699151 | 2021-04-25 14:54:33 | 2021-04-25 14:54:33 |
| 186 | | 39tkfhFEvvm7F4eP8BqEwKsUwFXtmRnsoD | BTC | 0.05699151 | 2021-03-25 06:40:27 | 2021-03-25 06:40:27 |
| 187 | | bc1qmlhrynf226aafl9narhcgqm7y2k39kghpt303x | BTC | 0.05699151 | 2021-03-20 11:44:32 | 2021-03-20 11:44:32 |
| 188 | | bc1qzx7gl3jlvapm53ngg0xhgl5wckkrf3ydmk3m9j | BTC | 0.05604895 | 2021-04-12 17:08:21 | 2021-04-12 17:08:21 |
| 189 | Binance | 1NNC1t8quVLQz9dn2ZGQqZAsZV5dFEYEPe | BTC | 0.05582116 | 2021-03-29 17:52:04 | 2021-03-29 17:52:04 |
| 190 | | bc1qkfv5r2l69ujfugfrjrlzuzp2kdaykgeg2lrn6z | BTC | 0.05327872 | 2021-04-07 17:00:34 | 2021-04-07 17:00:34 |
| 191 | Kraken | 3HGdiSbfnM3FH4CapoDctJ1ffXz8cd56er | BTC | 0.05276544 | 2021-03-16 00:09:13 | 2021-03-16 00:09:13 |
| 192 | Huobi.com | 13z7nQx7nLJNdQPxMa4RmVgsfqhhm9sgDC | BTC | 0.05261756 | 2021-04-05 09:19:22 | 2021-04-05 09:19:22 |
| 193 | | 1VfLMYo5WbwBwPAHfVx3pUJpD3h2VWx49 | BTC | 0.05256170 | 2021-05-12 05:35:29 | 2021-05-12 05:35:29 |
| 194 | | 14GvqdSMo1ArTi5fxCj2qKGgiSFAqhmYW9 | BTC | 0.05051668 | 2021-03-10 13:57:10 | 2021-03-10 13:57:10 |
| 195 | | bc1qg2hr9u2q3t20g6x6ak78e6wrya5q6qsqme3a9j | BTC | 0.04883328 | 2021-05-09 09:16:43 | 2021-05-09 09:16:43 |

| 196 | | 3E43df39CpQqEibSK36ABa9yngsz4LzA8K | BTC | 0.04694817 | 2021-03-25 06:57:19 | 2021-03-25 06:57:19 |
|-----|----------|-----------------------------------------------------|-----|------------|---------------------|---------------------|
| 197 | Binance | 1CEvgeHddizVumNdT2V2P9yRgHtQjuMfhM | BTC | 0.04244118 | 2021-04-27 08:47:01 | 2021-04-27 08:47:01 |
| 198 | Binance | 17ruAoobfygnAeU3wT917v2MCrjmirxSyd | BTC | 0.03772635 | 2021-03-15 07:49:40 | 2021-03-30 05:45:46 |
| 199 | | 1NoeNfqBxhS1BHuLk483wv1DKHDRefjYW7 | BTC | 0.03760716 | 2021-03-10 14:29:09 | 2021-03-10 14:29:09 |
| 200 | | 1JVpq7G4eg9krVeufUmrkS3bMPwR2LRPez | BTC | 0.03758381 | 2021-03-09 15:26:54 | 2021-03-09 15:26:54 |
| 201 | Bybit | 18Wn4PdYZXrrxyMdZvMofyLfNKWVtCZviM | BTC | 0.03745606 | 2021-03-24 16:16:19 | 2021-03-24 16:16:19 |
| 202 | | 1NjfsPVwHippjcZUU3jMiGs5WoUE4LDeGQ | BTC | 0.03213093 | 2021-05-04 09:25:33 | 2021-05-04 09:25:33 |
| 203 | KuCoin | 3JtozJ9CCkfw9KUpUD6tZnEF36bv4Mv54A | BTC | 0.03077355 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 204 | | 1AwyRpD6KHJVHDuAAKQjE72aVNMn61J4FC | BTC | 0.03014960 | 2021-03-10 13:43:42 | 2021-03-10 13:43:42 |
| 205 | Crypto.com | 3CXDfdypUbQdu14NhhAfWerRcsifL8cTGk | BTC | 0.02965372 | 2021-03-30 03:16:23 | 2021-03-30 03:16:23 |
| 206 | Gemini | bc1qg3z6gv0gyn2pw3ktnr9h4ehfzcexdxq0yy8plc | BTC | 0.02888805 | 2021-04-07 16:14:27 | 2021-04-07 16:14:27 |
| 207 | | 1BgZDS3Z5LbyU3bDQcX5S9Uf7dztWrFSjb | BTC | 0.02848793 | 2021-03-10 17:31:56 | 2021-03-10 17:31:56 |
| 208 | Binance | 1BdAZqoEcDsDWgDoro3ehAuudZqEMU7bWU | BTC | 0.02843666 | 2021-03-28 22:24:57 | 2021-04-06 16:48:43 |
| 209 | | 1KR1ZUCzGd4ndPjCFPoopRi4zxQ83MfBhw | BTC | 0.02827639 | 2021-03-11 16:36:36 | 2021-03-11 16:36:36 |
| 210 | Binance | bc1qmazmlmkyl3995l3qw49uya2k97wjcrmumwg8ct | BTC | 0.02788380 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 211 | | 1AhNDX24iwCwamGPT8w2RYexWeM6t98s6v | BTC | 0.02619829 | 2021-03-10 16:20:36 | 2021-03-10 16:20:36 |
| 212 | | 1CgeP3bo7i95kJaW1DrDD1amRSrovBHpCL | BTC | 0.02346233 | 2021-03-09 14:46:09 | 2021-03-09 14:46:09 |
| 213 | | bc1qz8auns0l52uvm4szfzrup4ysh9sd8m3kk82tre | BTC | 0.02202640 | 2021-03-20 05:43:55 | 2021-03-20 05:43:55 |
| 214 | Binance | 1TfkXCEdFmG2si6534dWWMYKxvu3GUBrWY | BTC | 0.02127104 | 2021-04-22 23:34:59 | 2021-04-16 09:58:25 |
| 215 | | 1MT61qG17FZUcTrKvotkXFTCMdGt93EupT | BTC | 0.02119018 | 2021-03-11 17:06:25 | 2021-03-11 17:06:25 |
| 216 | Kraken | bc1qlfyznlvatcm3wchudqmx79fg5u0xl5ejx6dq8xx6p3sr0ksntatsx3af9 | BTC | 0.01957083 | 2021-05-03 23:39:43 | 2021-05-03 23:39:43 |
| 217 | Coinbase | 35yxnumGu23y5FYnRLssntZ86nUQZqkuCY | BTC | 0.01937410 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 218 | Coinbase | 3FEzY2AgCidfXefCN7r4Mbx5a84a2eTf4Y | BTC | 0.01626392 | 2021-03-26 03:58:59 | 2021-03-26 03:58:59 |
| 219 | Coinbase | 3LHgCkSGgrj2xp4Fsafew5JBYJP8uVuuYy | BTC | 0.01296566 | 2021-03-26 05:24:02 | 2021-03-26 05:24:02 |
| 220 | Coinbase | 3534rCmXrZWnJLLTrvot6FWd3LaEYh2crD | BTC | 0.01227020 | 2021-03-28 14:05:15 | 2021-03-28 14:05:15 |
| 221 | KuCoin | 33MR4crDhVX1cG7f2tz6ipJk6vzerapUqx | BTC | 0.01115922 | 2021-04-04 06:19:25 | 2021-04-04 06:19:25 |
| 222 | Coinbase | 3J2bKx92Fbe919SEZypQe35JnSReNe2J2W | BTC | 0.01028796 | 2021-03-26 03:05:18 | 2021-03-26 03:05:18 |
| 223 | Bitzlato | 1JNrFHZ8fg1vVHfjRJyRezUzh9xX9rkvpA | BTC | 0.00966093 | 2021-03-15 13:08:34 | 2021-03-15 13:08:34 |
| 224 | BitPay | 1CMxPQxuQ6xq85VHGNGZyz21dfkWFQo7Tn | BTC | 0.00877862 | 2021-03-27 12:59:10 | 2021-03-27 12:59:10 |
| 225 | BitPay | 1KtKJjBEwu9yTAjj7CknCS7vLp5DJ6QHjA | BTC | 0.00866824 | 2021-03-27 03:28:02 | 2021-03-27 03:28:02 |
| 226 | Binance | 14eBf1uxWAWPgWzqwixKmx9WgKJRHEnpiw | BTC | 0.00828229 | 2021-03-28 12:37:27 | 2021-04-07 13:47:11 |
| 227 | Coinbase | 38XPedM4jJMEwKrcNqAQqC5tP5je4gLrab | BTC | 0.00810290 | 2021-03-28 16:43:15 | 2021-03-28 16:43:15 |
| 228 | Binance | 1P3ZfqsFGDhXBENCWPU7KgRy3UpnaETdgv | BTC | 0.00805430 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 229 | BitPay | 16ZKLuDw7PA4uv8wwdgiP7673kc1t2KsEv | BTC | 0.00794325 | 2021-03-26 00:41:44 | 2021-03-26 00:41:44 |
| 230 | Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 0.00786915 | 2021-03-01 18:17:42 | 2021-04-27 04:46:30 |
| 231 | BitPay | 1791YvxUYpBQpM5qtFshQNbUEbdp5YmEdJ | BTC | 0.00762022 | 2021-03-26 02:42:50 | 2021-03-26 02:42:50 |
| 232 | BitPay | 1DBv6KMvJ1SK2Ldt56Sqmxk8rVxSFAJMPJ | BTC | 0.00760797 | 2021-03-26 02:42:50 | 2021-03-26 02:42:50 |
| 233 | BitPay | 17xJqGdJZWGXWNZqcbwZMsp9KxxUD4Uspi | BTC | 0.00760601 | 2021-03-26 02:28:28 | 2021-03-26 02:28:28 |
| 234 | BitPay | 1CETpaokAn7gchZ9NtUeYx4SUc24NNmcXk | BTC | 0.00720618 | 2021-03-27 08:01:52 | 2021-03-27 08:01:52 |
| 235 | BitPay | 146Q1aMf93NLHMaD8Z5btDhfj5zjAquLaY | BTC | 0.00720113 | 2021-03-27 08:11:24 | 2021-03-27 08:11:24 |

| 236 | BitPay | 1CQEshMmnEdnFAzMtPEwxLT6vpBu4LdtP5 | | BTC | 0.00718539 | 2021-03-27 08:04:33 | 2021-03-27 08:04:33 |
|-----|--------|-----------------------------------|--|-----|-----------|---------------------|---------------------|
| 237 | BitPay | 1BfDSMRHrVjxpK98vyxJhbwK7uPTtTds4Z | | BTC | 0.00714697 | 2021-03-28 12:27:49 | 2021-03-28 12:27:49 |
| 238 | BitPay | 1P7sWi3yR9gQmp2dSDb3y2kEbjvbor6yXJ | | BTC | 0.00714161 | 2021-03-28 12:37:27 | 2021-03-28 12:37:27 |
| 239 | BitPay | 19BbvEbfEoNz7zVorYM8aocwWu72BAMegW | | BTC | 0.00713739 | 2021-03-28 12:51:41 | 2021-03-28 12:51:41 |
| 240 | BitPay | 1CyX1aSqmRYTLQ9rAtR9nzp5retoM8UjrB | | BTC | 0.00712063 | 2021-03-28 13:02:58 | 2021-03-28 13:02:58 |
| 241 | BitPay | 1ExHYKCCVdxCGsDFkMfd4S3w3oNeMLM2ru | | BTC | 0.00711757 | 2021-03-28 13:25:45 | 2021-03-28 13:25:45 |
| 242 | BitPay | 1EdcVZsf2ndtFFx5S3UbUktWeRJAFvFtu6 | | BTC | 0.00710824 | 2021-03-28 13:25:45 | 2021-03-28 13:25:45 |
| 243 | BitPay | 1PmgPt9jQzVRtWyQXy45k5D5szfmn92ptz | | BTC | 0.00710445 | 2021-03-28 13:25:45 | 2021-03-28 13:25:45 |
| 244 | BitPay | 1MRyQAqeznfNgzEcPTuTnvnDNYmNLq4bsd | | BTC | 0.00710270 | 2021-03-28 12:25:25 | 2021-03-28 12:25:25 |
| 245 | BitPay | 18gUsZnbEtNTP4DLeYtYUz1WU6FZUZMJhb | | BTC | 0.00709778 | 2021-03-28 13:25:45 | 2021-03-28 13:25:45 |
| 246 | Binance | 1K1fnBqtyGuTQCnFAH4T2Rej6AzZK2fuS7 | | BTC | 0.00665164 | 2021-04-21 17:40:29 | 2021-04-21 17:40:29 |
| 247 | Paxful.com | 3FUuh5YrTLYQVV1FArrZxSBCEvsyqPnhzm | | BTC | 0.00610297 | 2021-03-15 13:08:34 | 2021-03-15 13:08:34 |
| 248 | Binance | 17BQYrSxH8GviANBsYqPetWkY95Vnx1GEz | | BTC | 0.00561574 | 2021-04-08 03:24:40 | 2021-04-08 07:03:23 |
| 249 | BitPay | 1MdmSsJH816iTAvN2Uu2S6Ap686hPcY7e7 | | BTC | 0.00526815 | 2021-03-26 03:04:24 | 2021-03-26 03:04:24 |
| 250 | BitPay | 1JPA41gJt9Kx1zX9qSayEBUgiYtSCSaw9V | | BTC | 0.00498901 | 2021-03-26 02:50:43 | 2021-03-26 02:50:43 |
| 251 | BitPay | 1NvXnttZoBraRDEdUhd6hrcbqYzD4Aq5yB | | BTC | 0.00497610 | 2021-03-26 02:42:50 | 2021-03-26 02:42:50 |
| 252 | BitPay | 15v3VjaoAnDmdTYG8rNQNPN4i7REvqTKki | | BTC | 0.00496409 | 2021-03-26 02:28:28 | 2021-03-26 02:28:28 |
| 253 | Binance | 173DaxM2rjaRoWMkpThQDBa67J8hwgeoez | | BTC | 0.00495821 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 254 | BitPay | 1DWht3Dszy4ABz45gLqLiYQJjYe8yM3VX6 | | BTC | 0.00494959 | 2021-03-26 02:14:09 | 2021-03-26 02:14:09 |
| 255 | BitPay | 1KHJHAddCLxZ1QfympG4L5opDEgTSKfwsa | | BTC | 0.00494917 | 2021-03-26 02:28:28 | 2021-03-26 02:28:28 |
| 256 | Binance | 16xTC4RfVUpRwTfHbrpYozcSx3Fk5z6HYt | | BTC | 0.00491215 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 257 | Mandala | 1BgoexPWaEhpK9r3M6NyvHxT3mvYaTuSk6 | | BTC | 0.00416819 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 258 | BitPay | 1Bhokc3CYo5DXhv1JDyoy1joqCNasMmDB1 | | BTC | 0.00416622 | 2021-03-29 21:16:19 | 2021-03-29 21:16:19 |
| 259 | BitPay | 1PRQbL2x6AYuthBDPxEsQg8au7242pJGCq | | BTC | 0.00383022 | 2021-03-26 02:28:28 | 2021-03-26 02:28:28 |
| 260 | BitPay | 1Lq6r7UeLFm4DfUfqwc4jognjSFmg5GXcJ | | BTC | 0.00381552 | 2021-03-26 00:19:46 | 2021-03-26 00:19:46 |
| 261 | Bitzlato | 1NTzLYqrY8mUhjuC4vuCEDUq1fxnbieU4S | | BTC | 0.00379744 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 262 | BitPay | 1No6UhBBJqF1jsFqms9FY37KBc14danXC | | BTC | 0.00341200 | 2021-03-25 03:45:15 | 2021-03-25 03:45:15 |
| 263 | Binance | 1D5ob5FsPu3eoYGbweCv1U8AXNqbCTHBrt | | BTC | 0.00339540 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 264 | Coinbase | 3KPBDxCrg2fv7veoXNoXhS366Hb7uqqbwj | | BTC | 0.00314864 | 2021-03-28 17:15:17 | 2021-03-28 17:15:17 |
| 265 | LocalBitcoins.co | 3NSZbpUPQkwmfXGV8YJkbouH6Xmnpx8ixK | | BTC | 0.00278590 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 266 | Binance | 1Jng2wyCNtazHWkWQqnr2jEyiCLV1pMwV3 | | BTC | 0.00245818 | 2021-03-28 19:29:14 | 2021-03-28 19:38:27 |
| 267 | BitPay | 18jv7C2GbVmWDmSPKTH85ghSv5ABHnRKYj | | BTC | 0.00227442 | 2021-03-27 08:11:24 | 2021-03-27 08:11:24 |
| 268 | Binance | 12xdAfeJpK6jo2DfHXDyZLSiRhqmY1wL7c | | BTC | 0.00203078 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 269 | Binance | 1PTQ2GAzwwWfTeQSD1PSr1UY6H32eWvGBe | | BTC | 0.00202579 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 270 | BitPay | 1Q69skg5Ec5Xh2Rj5YFEuimtyB9qiFNvrq | | BTC | 0.00196185 | 2021-03-26 04:56:10 | 2021-03-26 04:56:10 |
| 271 | Binance | 1K4GgB2j8xLX2sJDvQ5ob4joHzwdK4XMtF | | BTC | 0.00189901 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 272 | Binance | 1PkticzLejDPMt2KKm2Cqd6GuQ5kUxDAvG | | BTC | 0.00170709 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 273 | Bitzlato | 13i3RJoj1vqRpu2xpTCw31AqfDrY24v5JJ | | BTC | 0.00162699 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 274 | | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | BTC | 0.00159227 | 2014-07-29 08:54:46 | 2021-02-19 14:37:16 |
| 275 | Paxful.com | 3KX8eM9hDcfrwSV5LgHxUUebuYsr37bvVw | | BTC | 0.00152270 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |

| 276 | KuCoin | 3CUXYBg8ZKgFnQpxc7jQtytKy3gmFJPcY2 | BTC | 0.00150644 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
|-----|--------|-------------------------------------|-----|------------|---------------------|---------------------|
| 277 | Binance | 1PMn1fgKij6kaZhxdc54hRBrEUdqRATjfQ | BTC | 0.00127954 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 278 | Bitzlato | 1jTLACDZftYdDyb4UTKHZXiYgGMVvt85i | BTC | 0.00105853 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 279 | Bitzlato | 1GjbR33A9ogTX33VgJ2FxPfjnqH7e9Cevr | BTC | 0.00094936 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 280 | Bitzlato | 1L6MY616hLsR11sSqWDq9HvkNBc3DSWz6P | BTC | 0.00092039 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 281 | Coinbase | bc1qm3efrzwvwmqz5va3hzjh2fu4tm2nkjrgxvt20q | BTC | 0.00082561 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 282 | BitPay | 17pZbh8Dt3i2WTkf3G1LcDMdVbQzDApUgW | BTC | 0.00081375 | 2021-03-26 03:23:45 | 2021-03-26 03:23:45 |
| 283 | Binance | 1Cu14xoaRpft2siLutwHoY8dSwQEPP3hUd | BTC | 0.00078147 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 284 | Bitzlato | 1E4Hzou5vejtt4FjFE1BUpvMgg4a1f6LUM | BTC | 0.00075318 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 285 | Bitzlato | 1EWbN8Gyey7L88RQz9vPMnmwvsX8BUQZkv | BTC | 0.00073961 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 286 | Bitzlato | 14QYnY39ajDZqVAYMxze6DxLvLGsPjTnpz | BTC | 0.00067854 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 287 | Payeer | 39uQ89wgFCyvFrwyrS3Uct3T7NtRu3msgs | BTC | 0.00067854 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 288 | LocalBitcoins.co | 384DAV5fyfav1HpDDbZvoXNyQZQR7a4VDe | BTC | 0.00065624 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 289 | Coinbase | 33Q4U6rx7MQ2VFNMTBQS8nQY6MhmE68odx | BTC | 0.00065465 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 290 | BitPay | 1PjSCMKAR5bcMRYheVyjKAcAtnxX4Wvxzq | BTC | 0.00062110 | 2021-04-13 20:25:23 | 2021-04-13 20:25:23 |
| 291 | Crypterium | 3JcqrrJcEEMHfsozSyVkQMvtnJs7bAyd6i | BTC | 0.00058936 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 292 | Coinbase | 3PHjWsJXCTWMHoeVjKpznajEYsXcWU77qq | BTC | 0.00058645 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 293 | Binance | 1CtZ6j5um9D1iYuMiBuhvk5oxQHLGgr2cE | BTC | 0.00058161 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 294 | Binance | 12TAPCQ7WtqhjqEC5496tWa44u2JLaDXvo | BTC | 0.00056782 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 295 | Binance | 1B8H2ZVa9c7ZKdqpaYn8VGwBeWk3kaqH6S | BTC | 0.00053314 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 296 | Bitzlato | 1NtxK7zdzyNpqhMcKhV9Up7MVcMCwJtdd8 | BTC | 0.00052868 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 297 | Binance | 12pWgoRHkUSjjWcx5fpoLYYcArNjQWqpC8 | BTC | 0.00049504 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 298 | Binance | 1didjYseKNzbDEC6wcfoT8DJreFrMXPKE | BTC | 0.00049243 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 299 | Binance | 12B6FpUhxuuBsPUv4mUWYNVAW7BpsSUn83 | BTC | 0.00044771 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 300 | LocalBitcoins.co | 371c1pbWU9e8guD5AQ6cZudoJQhYM9X9HX | BTC | 0.00044202 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 301 | Binance | 1KXBjCs5keXhfnMuqSgPwM8YcZpYUr1sJo | BTC | 0.00042651 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 302 | Payeer | 3EdquAs7cYe7WEUPufioY48omHknuGts8b | BTC | 0.00040034 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 303 | Binance | 1JqTtxMPBUV1WDQyrGyYHj69KhDgK6t536 | BTC | 0.00037974 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 304 | Binance | 1A2Ad4wn2FbfyVD18rsyr7p7GosCVCDM1H | BTC | 0.00035126 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 305 | Binance | 15J1RmwkXab6uKomPXCGY3UNmNpbzdC4Dt | BTC | 0.00033117 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |
| 306 | Binance | 13jvBPrHksUPWN4p34VnR7pDU8sUWSopQ | BTC | 0.00031504 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 307 | Binance | 16N6LVVLmcjsBsUg4c1gg5Vkx2fMxSFawX | BTC | 0.00031213 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 308 | BitPay | 12R7zz6wFJT4wqA2RLxF7iKALGdQsowGoZ | BTC | 0.00028479 | 2021-03-26 03:02:28 | 2021-03-26 03:02:28 |
| 309 | Binance | 1BbvtVeReMBKmsc68P4kvbCgP9oMbHCaqH | BTC | 0.00024234 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 310 | Bitzlato | 1EUHc7AyuNcm8puN4zxeJUhmbHMcuUFvkR | BTC | 0.00024234 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 311 | Coinbase | 3EAiVag1JX66dzY7yCQhxFeYZfMCbAnbnq | BTC | 0.00024234 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 312 | BitPay | 13eXZLH2H3Lyw9TywPaPh5ZrdtKGGy5Jyz | BTC | 0.00022498 | 2021-04-08 00:44:45 | 2021-04-08 00:44:45 |
| 313 | BitPay | 18eimRUWAukmcKA1AaWW37FwJxwFU6Bfhb | BTC | 0.00020468 | 2021-04-13 19:21:01 | 2021-04-13 19:21:01 |
| 314 | Coinbase | 3QSxE7FqCBRZj7SGTosB3S2koQsagUiRbp | BTC | 0.00020356 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 315 | Binance | 12XjzothHt6NGSRKdmiEbFYpLYwuivuX3M | BTC | 0.00019387 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 316 | Bitzlato | 12TPH1DxcxjsvoUfYmJYiMRAuR2VEsJRbc | BTC | 0.00016964 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 317 | Binance | 1H2yJHHFnKieC7SsY6DFAM7TYC4WZa7uF3 | BTC | 0.00014540 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 318 | LocalBitcoins.c | 39xA5N6Fv971grgGN9xWnwbvUs2grABKD9 | BTC | 0.00014540 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 319 | Coinbase | 3GNkobXFTL4CKBrbstbhpbJZrTeustXPZc | BTC | 0.00013114 | 2021-03-27 12:04:48 | 2021-03-27 12:04:48 |
| 320 | Bitzlato | 1HcijUuBqfggiooJN9bdzJidhBRAoLe7DH | BTC | 0.00012117 | 2021-03-03 19:28:39 | 2021-03-03 19:28:39 |
| 321 | Kraken | 3PzcX5g2w2xpsKMBbvUFeUeD4ZFNoSXq4x | BTC | 0.00007375 | 2021-04-21 08:31:08 | 2021-04-21 08:31:08 |

# APPENDIX 3

**Report timestamp: 2021-05-13 05:43 AM UTC - Fraud Event Details**

| Owner (Address To) | Address To | Cryptocurrency Unit | Transaction Hash | Transfer Date (UTC) | Funds under claim (average confirmed with the five tracing methodologies; in cryptocurrency unit) |
|---|---|---|---|---|---|
| Binance | 12B6FpUhxuuBsPUv4mUWYNVAW7BpsSUn83 | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00044771 |
| Binance | 12K8u22kjGxWadyks4YSZbNqZbEGpmUNpm | BTC | 8a945c1469663fae2ff33a4cfeaf948ba82ee9a74f71e2bbe88212a62d411394 | 2021-02-27 23:53:43 | 0.84215171 |
| Binance | 12T6d7EJUKft8Nh1AthLakm3hMuM7UXndv | BTC | bf3733394bbf299916d090b9ce4d66f145224e821bff0e2efe3e8e32a4ebd1e1 | 2021-02-24 17:59:31 | 0.11482077 |
| Binance | 12T6d7EJUKft8Nh1AthLakm3hMuM7UXndv | BTC | cb51ab19319a999eddb1135f7e642d3db4135b5c5c666402f07d83daedbebaea | 2021-02-25 16:12:10 | 0.04105201 |
| Binance | 12T6d7EJUKft8Nh1AthLakm3hMuM7UXndv | BTC | dd61fe138b8908572be8731b907f53556326d6fc41c8abf96286874830a4a7fa | 2021-02-26 13:52:31 | 0.11323288 |
| Binance | 12TAPCQ7WtqhjqEC5496tWa44u2JLaDXvo | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00056782 |
| Binance | 12XjzothHt6NGSRKdmiEbFYpLYwuivuX3M | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00019387 |
| Binance | 12pWgoRHkUSjjWcx5fpoLYYcArNjQWqpC8 | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00049504 |
| Binance | 12xdAfeJpK6jo2DfHXDyZLSiRhqmY1wL7c | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00203078 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 37aafd738a5ec65a9272495ca6842b1bac84cb07e6bb18df38fbb8b002c716e1 | 2021-03-14 19:43:26 | 0.20550635 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | dad8faf3facc84bd41d2a1582b5ddc0d3a1f25704b93c5b90739e699b02bed9a | 2021-03-16 15:02:58 | 0.35991912 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 81f021aa447ed904fdbd607286596b8460d4e9e3334ad18e62b585594a05f5aa | 2021-03-16 15:49:52 | 0.21351748 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 30850ea2ceded334cb8cc3170c8cfb3938265137f8485e787175c20d48ae176e | 2021-03-16 18:06:06 | 1.47131788 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 845e89e986adef4a27c235e543296a4ad3f6c9bf9d14a45bc33e5d61f64ad603 | 2021-03-16 22:34:56 | 0.40823475 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 0bc4d33959004e9a3ac9e808c2e5816491511848af6c135e81f79ed492ed08db | 2021-03-17 00:32:20 | 0.11025811 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 6d675f1e8ba320046d4628ff5bd807e5b11ff6cabc0cddc840c82235141fe08d | 2021-03-17 10:58:37 | 0.31286174 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 4b6bbf863c744cd3772f7c874eb49adf19f2ec3e1758326adde74d9111177018 | 2021-03-17 20:09:56 | 0.27788505 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | c85e43d59137a93ad09a83c05fd99e79f76826a6222cdea2f516a6a8c75e6803 | 2021-03-17 20:09:56 | 0.09700972 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 980973cd6577adc7fc6739849962d31c1e1771537c85868013b1cde0853ac036 | 2021-03-17 23:42:33 | 0.67952373 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 8c03db1279da7758be163a20d0b82388ede8b96037a548cc60cc21dc0057742b | 2021-03-19 15:33:43 | 0.00506710 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 8321b44612f3e12e6a3bf504e7fd58a17dd5900ace1f5ab3de3bfb7f7e3dc3c6 | 2021-03-19 17:58:28 | 0.12138696 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 7401cab6a96c8281b74145a7d97690fe310ef1fa1d4476a79592597fde7aba58 | 2021-03-19 17:58:28 | 0.06294581 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 1e15b350a8007759212485f492717a0baba695ad9257aad3e5913labbb97ad7a | 2021-03-19 20:03:45 | 0.25973178 |
| Binance | 13cDbDF8TQuUQiF1pAU59CeKTD69tNLcFR | BTC | 7d48676879b27743a61f5ccc26a04b76c00859a1b8491fd67efc8d768bb3ee7d | 2021-03-20 18:43:23 | 0.00804288 |
| Binance | 13jvBPrHksUPWN4p34VnR7pDU8sUWeSopQ | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00031504 |
| Binance | 14eBf1uxWAWPgWzqwixKmx9WgKJRHEnpiw | BTC | b69d3033b9703e3d0d3c36bc6ba01c4ced66f46261b82900f5fda608c6b187d9 | 2021-03-28 12:37:27 | 0.00718761 |
| Binance | 14eBf1uxWAWPgWzqwixKmx9WgKJRHEnpiw | BTC | 091048e425761311f6956413c3ad753328d9af03bf4e667a3bac7048001b85d8 | 2021-04-07 13:47:11 | 0.00109468 |
| Binance | 14kbqzg3mJrx6zmY5dYpCVhBJ3mrd7pYSt | BTC | a1f43ac1c8770aa97cfedbb15ae67694d17ca8ba7f0f502b2bedb6567074e978 | 2021-05-11 11:53:29 | 0.49972895 |
| Binance | 15J1RmwkXab6uKomPXCGY3UNmNpbzdC4Dt | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00033117 |
| Binance | 16N6LVVLmcjsBsUg4c1gq5Vkx2fMxSFawX | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00031213 |
| Binance | 16xTC4RfVUpRwTfHbrpYozcSx3Fk5z6HYt | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00491215 |
| Binance | 173DaxM2rjaRoWMkpThQDBa67J8hwgeoez | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00495821 |
| Binance | 17BQYrSxH8GviANBsYqPetWkY95Vnx1GEz | BTC | df23ba4c74d1a144d355be8d7c28c7806927be662a8e2bcadd640296aa3b1353 | 2021-04-08 03:24:40 | 0.00303220 |
| Binance | 17BQYrSxH8GviANBsYqPetWkY95Vnx1GEz | BTC | e56d8854673524b62ec399d8061106b750a09faba6ffadf87411ed67e2c39dbd | 2021-04-08 07:03:23 | 0.00258354 |
| Binance | 17iwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | BTC | a0d739ae2dcc028d11900c9912a69f7819e0cc461a969800a4b4e96c34af9ea6 | 2021-04-01 13:43:02 | 8.04098631 |
| Binance | 17iwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | BTC | 79da48b2806746859d289411f50c939fff1f217488d4516481419f17e7ddaf7717 | 2021-04-01 15:37:12 | 0.02122634 |
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | c78a931a5f698ab3ef3090cd50cc8280003727a14949807f5ae946e1d41169bf | 2021-03-16 03:49:39 | 0.46658883 |

| | | | | | |
|---|---|---|---|---|---|
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | d2ba7ed86b5e6c1d5bd6c53e06a1c516d86787add147d70a08d2231c7467060a | 2021-04-20 23:56:48 | 0.09850967 |
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | 42ceaf25bbcc2921e6ff1201926780e70af6304d5b666bdf9d587494ef7582f2 | 2021-04-21 00:47:31 | 0.29528010 |
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | bf6c9fe2443f8f80cf57a1077ec7b07cae056284446c9ca79eeec831dedcd9af | 2021-04-21 01:14:44 | 0.07258172 |
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | 5929eb726826d21ac05d4e4ee2f868e61611b4d5dc62f2d7fccc79d7f79b6902 | 2021-04-30 01:13:01 | 0.12328542 |
| Binance | 17oFzfQQb79jHghVBLF5wic1tKASRjpT67 | BTC | 3f431db78d6afade2de37005b327d4cfe7d49433107d0f0d55b8534f84b124fd | 2021-04-30 01:53:49 | 0.02383125 |
| Binance | 17ruAoobfygnAeU3wT917v2MCrjmirxSyd | BTC | 4627574ae5a41a60a4de2c58367a7a635b2f072f986c315ad059756e0bacd2ce | 2021-03-15 07:49:40 | 0.03181048 |
| Binance | 17ruAoobfygnAeU3wT917v2MCrjmirxSyd | BTC | 3bfdd80fd1ea8be974943be24a45bd976f3a84b119eadea86f218e62bb158536 | 2021-03-30 05:45:46 | 0.00591587 |
| Binance | 17tkXCEdFmG2si6534dWWMYKxvu3GUBrWY | BTC | 0b2a0fbec0bfb55ae2db308ed9f34017f08a94bab5ab53e12cd3205271b4f065 | 2021-04-02 23:34:59 | 0.00476917 |
| Binance | 17tkXCEdFmG2si6534dWWMYKxvu3GUBrWY | BTC | 02d80f47e478739643dbac071a988b8e613fafaaaf8110ddde05283b3654f376 | 2021-04-03 16:16:59 | 0.00176385 |
| Binance | 17tkXCEdFmG2si6534dWWMYKxvu3GUBrWY | BTC | 5affefffa68829a5ca7b08e110535c963a6fe8c526bc1bcb6ea90add67c8efc5 | 2021-04-13 12:29:52 | 0.00044753 |
| Binance | 17tkXCEdFmG2si6534dWWMYKxvu3GUBrWY | BTC | 4f86f2fa20f435605766877355d3709196b31826c21fa371e6b57337615ef717 | 2021-04-16 09:58:25 | 0.01429048 |
| Binance | 1A2Ad4wn2FbfyVD18rsyr7p7GosCVCDM1H | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00035126 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | b88b5febb4b9c7e53c919e21459c72f56d8154ba34ca17553ef850af58c979fd | 2021-03-08 09:34:45 | 0.46658883 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | c50caaa1d86a6bb1d246bf43aa085a2f6ed9dc6442c912444496c2f451bca885 | 2021-03-12 12:43:11 | 0.45776544 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | a112888e5acd2eb76a3bdcecbaf1ff1627ab8c2878765cfb67b0f097ff168ab3 | 2021-03-15 05:17:00 | 0.59999651 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 764808ef218b056e2552a052037cb2266710a5014a497556a7a0eaf76269e6f | 2021-03-15 07:23:33 | 0.59999651 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 647898419a89c4d77051558c97dbed91fd2135e4734704f02985435b80494184 | 2021-03-19 11:40:27 | 0.59999651 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 074a0020c4742dc5800dce2fea2b19a8faa5c6001916ea7c813238eb08255e1f | 2021-04-13 13:38:49 | 0.02743932 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 6da7c465aecc9a4a4c9bcfb0432c19d8c93043bdf1fe803b7a508dfd8b906e2e | 2021-04-22 19:10:51 | 0.05699151 |
| Binance | 1A7XECBoMPwgHmL4mHTgLLNNBMuGCfd8qx | BTC | 143e070ffdde323dff2aaef21a5e32bb06c68a5455e93e08d90f80194741bcef | 2021-04-25 12:43:00 | 0.59999651 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c0fb40c3d2bc2822525654830778b498d123009f40927f7eb257e723c728cadf8 | 2021-02-24 08:11:46 | 0.03216695 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 4c08af8c63f2fb9cfcee2aca005c87ce11eec83d47a25d9f636d43df63414bc3 | 2021-02-24 08:41:30 | 0.03156520 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c3663ab9bbeb49409b5f7384cabdb333a4038dc0181577b1ef4ae188accb60fa | 2021-02-24 09:18:42 | 0.03096367 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0238edd3943667b05af0f802f05c71b36a88519f1f33a6ccd4a7cb32e9f26be2 | 2021-02-24 09:54:58 | 0.02670068 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c1ea878e75381ff82f6eb1f4b343bb5739 1dd31ca3579e2285d5d25451c37e80 | 2021-02-24 10:49:18 | 0.03087536 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | cc2a8d32d4ccb476f02a6c249ead1399be1fa7f7b4e1d5358f6ac46a01ce018d | 2021-02-24 11:34:51 | 0.03007537 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | dd82473bded5d653623f7a73940ed9eeeb1a7f8b719b80332d9c60b056c8cb38 | 2021-02-24 12:19:25 | 0.02682343 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 300b96086ae93e95824b1f5dfd8340a285a797746e448d254c0e007e46629379 | 2021-02-24 13:05:41 | 0.02983161 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0a5af62da8890c3b17bcf2ce101c0834b15da45e531c6cce88d092470b0beaba | 2021-02-24 15:15:49 | 0.02850849 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0c63072f130f3b29ad5a0f71f68dd0e2d4dc879db8fed3192accc272fcc42dd9 | 2021-02-24 15:54:58 | 0.01771413 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8a2891a2d0a774efa7e43ed2a83d553a1ccca77c16c7054ade95ff5069c67f13 | 2021-02-25 13:57:43 | 0.03806778 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a7188d8e58e655524fa165a4ded21595d74dc46d8b40c056047f69c35d19e167 | 2021-02-25 14:42:52 | 0.08487516 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 9d91c11738daa498005116ee65b1a2aa340bc18fc9788dd3d43293fa7ac29cea | 2021-02-25 15:51:12 | 0.06087282 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3dc10fb10fc4a04a552bd74dd51b3b6844da35dce7f9a70572c39918a40bef7a | 2021-02-25 16:37:09 | 0.06239297 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5333ca93d24cb9297a291b5ed7ba58b665b972b44360 2554aea42e52407a14c5 | 2021-02-25 19:26:39 | 0.08830747 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 019c008887198b59274787f9a4e082c5064b46c6d6f909de10e75b4e1e04f72a | 2021-02-25 20:19:21 | 0.07363594 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 54dd66d4c0a7265927e95386e5273bd7eb9b435980b3838f02c07fdeebe5d0b3 | 2021-02-25 21:13:25 | 0.03948262 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 015ebe4631d4f6e7b3bc70949db8ccb04d7dce0198b01d48480046fba31728d5 | 2021-03-02 01:15:12 | 0.03542405 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f09a3bc299bdf4a3d50b2f9751f5bafa47477ffc880290a932e9571289d1279b | 2021-03-02 01:50:23 | 0.02740315 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8f81ed71125321144e4c49c03ff226205b49a2154b2b430d22720406689e2a5f | 2021-03-02 03:05:04 | 0.03535824 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 2552ea073b4eb98dfa9e9a4fa7b1b508191dcf99b5bfeda6e1a69f38aed1306f | 2021-03-02 04:03:10 | 0.02748205 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a2cbe039f8422d9ef25b4f326d753d306c1281fbd8531a563494bbc03b202dd9 | 2021-03-02 09:48:50 | 0.02759447 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 78ffe6fb38a07f2ae521059a8332a4c7622053e7f744f292f533cf4e44399442 | 2021-03-02 10:21:56 | 0.02775382 |

| | | | | | |
|---|---|---|---|---|---|
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 9389eaa5a177e4faa5a246447c28346aa265cb54cbbec1dc6cad3d2e480f60a2 | 2021-03-02 11:26:00 | 0.02799110 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5a83906c25e1bebc76fd94000a0e2e582c4c17380499c53c252b9993bb64e271 | 2021-03-02 13:41:31 | 0.02836750 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5df7fa63615526bcee5a30db0a5856df3c36e1e3a55d2f28009431039c982ba5 | 2021-03-02 14:53:00 | 0.04084281 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 7288a459124aae638b8bf26acd6bd5ff029fe4a7a538290fd9962970bf0fdd25 | 2021-03-02 18:30:22 | 0.03694933 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f2ce12a64fd7ce6167bfdae8fb655ed4d9c127bac24c4e8d4a42dd36ecadbe19 | 2021-03-02 19:05:15 | 0.02904614 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 301fb14b5d30d0bd8392342a02170f5217802e03421dd498df6606d8b70119d1 | 2021-03-02 23:03:38 | 0.02737870 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | afb6fd857df4227e8a71e54ee4082b9a58970a42e4e99a182ce99fdc4f91c84c | 2021-03-03 22:58:30 | 0.09016808 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | eeb7f82549226f63040c24ba00b4b547a91f8a9ffb9afe25a4226589324298af | 2021-03-04 00:52:07 | 0.03163053 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 54a13772e08bddacf6d8f0e9ff72524b1b3f85d54bd268e639130b25d743c75 | 2021-03-04 01:45:31 | 0.03198439 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a7b88b69277adcdd6e0d29ff7453a05017a7f2232e095ad6bc8475e38df50f08 | 2021-03-04 02:32:38 | 0.09017782 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ba83693c11bc60bbebab69cfcfc5a4aae964c633dc14a010ee8750a3238f44b9 | 2021-03-04 03:21:42 | 0.04452821 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 4420b83e17d8c310183feb827ade094ffa9022d1d571896338e0273f16134d15 | 2021-03-04 03:48:27 | 0.06351245 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 290d2df2ebdb95d454834e04975bca4e2c8a086f52ce0dcbe7863a6e677d9e62 | 2021-03-04 09:42:18 | 0.06486680 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3ceb8c843dd61cf99a2690a7074f47b385b05c03fd7ac0c0aa56e8e3d80ac97a | 2021-03-04 18:27:22 | 0.08414925 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 2435e1815f1c840c95bd821c3663048674b7749ddfe209c1e809722cbdf327e3 | 2021-03-04 19:14:39 | 0.09020944 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a21a0f6283df93c70d79246810b510808332304f1263f9ef646fc96abf17f502 | 2021-03-04 20:32:24 | 0.09022383 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | dc96afd17928b74ee62a1fec1f881ee35aebad11cba660bbf0211f8cfa819372 | 2021-03-04 21:37:27 | 0.08284560 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d4fd720c787ac3afba0c804f9cda803f6e031aa1b5bc91ca9c6766f57b2e245a | 2021-03-05 16:59:37 | 0.00620012 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0c384276cc622061d95e6073ab331d4e07589d9d7976061dc4dea0f7d718538a | 2021-03-05 22:34:16 | 0.09036458 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ff04e1e1a1ff9b81a02f13b8cd2349bed199135fd3a48bc52395b48bea9cad79 | 2021-03-05 23:43:00 | 0.08891010 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 9d5614dfb485a5b4e794bd882e4b4cb099e2d649964cd846bdf058b8c070909a | 2021-03-06 00:15:17 | 0.08620028 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 7db1c9180651e6486a67223a44df60387b39a82d65c412ddaa1527964a4108b6 | 2021-03-06 00:58:18 | 0.03160702 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 72e9252e2b03dbcc1f4d5853345a73d4748fdf2123d036aba13f89ad8a5caa91 | 2021-03-06 02:08:20 | 0.08587273 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c833e92316073ea1ea8c312a8b88173677d4edfe01b4149a6cd80773f4a2abc7 | 2021-03-06 08:15:00 | 0.03195266 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | fb33a8de9a088b6ac9c2fda1212921f4fee3f938aec7ca2bc3d2bc11e0eb2147 | 2021-03-06 08:59:12 | 0.03251898 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d4b3be52751ff1e1cfa9d187fdf72d6d45040ea80a5bc007b62579bdd1a5b004 | 2021-03-06 09:40:02 | 0.08895189 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 91714ddb4c31c79f618fc707f982347a1b9e805dab5352382e0ea80a24299056 | 2021-03-06 10:23:17 | 0.08265271 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 281c591a015cf2e11c2b2acb78487df79608ad60d49ee8195f8a65f4cdb1518d | 2021-03-06 10:49:51 | 0.04516872 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b4cc01e948580a28bd5b214f5e8bc853bed9fddc923ff6d0a72754dde682c817 | 2021-03-06 14:10:23 | 0.07958554 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 9cf6da04e20d4c20e234c343b090b627a8f62a7a72a61530576779271c51a5aa | 2021-03-06 16:01:13 | 0.05911810 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3d9d674cb056eb3c3c8322d6cebbd8b51b7291a1b9e70916ea3b0c170a3ae0d4 | 2021-03-07 01:29:35 | 0.01330494 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 80c18a8fd4beebd05e6343a49f0d97442a946e35de9a316cb3451e6aca822918 | 2021-03-07 02:33:50 | 0.01342611 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e52644defff5cf161942fa0fd8d4578096cca5f74d471b69f7b254771337a37a | 2021-03-07 03:30:31 | 0.06055802 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 094b09934c6c891395697118a5771aca013b8707fc7a6346dde04cb54684ca43 | 2021-03-07 04:39:12 | 0.01358482 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6cbeb40475cc17886ad6d7295569bc0886b8ebe6f195827ce736fb3d12856f12 | 2021-03-07 05:21:15 | 0.01382033 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | aab4d38701c3e5f9d9742a26994c0537b7763b1987471d3091d3b2c0bc8fc745 | 2021-03-07 06:12:05 | 0.06234262 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 013c9f1862070792c28157d178832c5ac0b627f8fa0977346edfcb7d011576bd | 2021-03-07 15:13:07 | 0.01415835 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 41518a61b51cdb1e8b25b27ec4fd568c6b3916b0ba40389104e60b8338245cc1 | 2021-03-07 15:53:09 | 0.06174904 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c90371c63be8e90d36bf8b44be25816e149c3c114406f99c89ff25834f6a0eba | 2021-03-07 16:38:43 | 0.01476493 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | abab6af64b9bfaeb4ce9b370e43c44da1f16f9430089f28ec22dfaccc1e75290 | 2021-03-07 17:20:47 | 0.01616834 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d4d5efc140db56c6583c461f3aff9e6f901b0fbd23775feb003c6c2356a7777c | 2021-03-07 17:56:25 | 0.06390555 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5a8fc161449075b970cb74431008cd0487580af021b10d01a9b76a1cdbb553c8 | 2021-03-07 18:47:24 | 0.03135350 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 615d32ed2450fced4747919d64178b4703cdb1fa75dc729cf7b7c5284795e183 | 2021-03-08 20:40:41 | 0.08621283 |

| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 598c71f5a9e8e903b535a3302a6e9c95235b6515e7b0bf5576fdb1b9d5551ab2 | 2021-03-08 21:41:20 | 0.02747059 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b16bd6655a7ecbda06ea2d5d091e9fe1efc98e0f1f4654ca3d1e1f2ee23eadc9 | 2021-03-08 22:34:13 | 0.08621742 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | acf0ac93af4a08611e742db22b159612de8f9133a8211160a61d1c88c4aa8820 | 2021-03-09 03:02:52 | 0.02776877 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b3891d290f77b957333983c705f06f2e3f35bc3f473246fdb7ca857e2901bbec | 2021-03-09 04:02:12 | 0.03655295 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c0f5fb2c82c03efd61dc31c4f9362620b7dcd7ec6148dfca67efa6bb797a96cd | 2021-03-09 05:02:07 | 0.08622652 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5da8c0b84aea68abfaf028fe69973839b332885d1d5da5ce261b106eafde759c | 2021-03-09 11:57:45 | 0.05898844 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d36a0213ef484592d044446cec333762381416c9c3f23117dbee00c0605970f8 | 2021-03-09 13:04:53 | 0.08623532 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | dd27b8d98766dd26bd940944586ed774a4072cbf13616f8afd5673821d93b181 | 2021-03-09 13:50:30 | 0.08624131 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d1982e3c5bb77ea066caf507e49485785300b9be2673641dc54d6e8b97504557 | 2021-03-09 15:44:16 | 0.06050889 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e4aee273f8564572e547ca64714f63f1758358858ebeafa93ffc0dc04094189d | 2021-03-09 17:03:18 | 0.08247888 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6f96fb0160e3da3b3d1d2736f270121080a0ba703f5e56f9b9d6c5da6866b0a7 | 2021-03-09 18:15:37 | 0.06169197 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 288827dd4f65d5c9008e4fc921a87512ce34227d851ed0541242017cf9fe6248 | 2021-03-11 18:33:35 | 0.00165863 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 56e01fe028159b74c6acd84a1aeb4c3c318ea96f575ea369b55cd2505989112e | 2021-03-11 21:36:44 | 0.02738999 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a1c4f584a0c0ea13de5f9b14eaf6afa4de109d2221ef5fb5877f21580a8cf54f | 2021-03-11 22:13:06 | 0.08615147 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | cdf17ce3fb561c790f74eddafaff8044857f2e7b0e0eeaecfccf5c984036c2f9 | 2021-03-11 23:15:15 | 0.08615373 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | eed7614b9c004d29dc4b9aba2aecc0f1a9a3a1db86db766e41ed99bedb75908d | 2021-03-12 00:40:34 | 0.02770006 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e453cc3c9999d8ba9d62967b63638009c74ca59977cf68d62e8ee8b0f45491c | 2021-03-12 01:20:53 | 0.08615908 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 132cc85fb8cdb2fe5567d74339dddafe0ee24de19a24eb0a43f6876eac8858b9 | 2021-03-12 02:03:18 | 0.03652821 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 938f45ffa3f391f603e5fb6bc4f8aa3804f907c63af7e71222e2be37286d322f | 2021-03-12 02:58:12 | 0.08616608 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f6d1273f1ec4c41b66f21b7bad37686e5391d1e63c7ec0429b9dcd8d5e4e9e602 | 2021-03-12 03:55:14 | 0.05895800 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 2922494439cbd5954dcae50c24699b86ff068922b79eb3211c3217ac1cd7e258 | 2021-03-12 05:11:36 | 0.08617626 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 2372337829237d420a89881f9d07648cb0b1accf57d3cb5cdf1f26d6d0c67be5 | 2021-03-12 12:43:11 | 0.06039383 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 1691ceefd15482e31e80007486bd383509dc0c39e89682657261d5bfbd08ee5c | 2021-03-12 15:45:23 | 0.06461585 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8ed703e4024b38ff465a1839bf28d35340fb673331a82bb5f4c04bb8a626d11f | 2021-03-12 16:35:16 | 0.07438286 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d5b443f8f7fee0e7bfbe317f26f6fa5dd21a12d9fd36d310eff6fdc2c3e55731 | 2021-03-14 08:34:42 | 0.00547155 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e5f40cc9d5d31ded48851ee7ade3ffb69941b26edd21049cb170596246e10843 | 2021-03-14 18:58:38 | 0.01282664 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 55fe988e9f1ad8500db33dbbb418a38d11d1f85a91be124f44556ebb5c09a9ed | 2021-03-16 12:08:05 | 0.03741578 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6b375fb297d5924870a1d9582a91cb6ec0d9b6e600c820596f75b26dd7badbfd | 2021-03-18 12:10:24 | 0.00756606 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d98e04fb103b01a71e6cacb5536555df2529036daffec7f307a75c784d80a052 | 2021-03-18 18:48:29 | 0.01173038 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f4d179ede4e31496935fe663663b02f69082e792b312aafcc40f7c0672445fb2 | 2021-03-18 20:16:41 | 0.03610694 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3f423637226fb4646f7285fd9ebdb3c1bb304a06aa92fbda26f8b41eb5e2f33 | 2021-03-19 10:11:13 | 0.05546107 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | dfd4128c531959f61bad7e21beca4f518e4329d42010863b0d4fc94ff4d7a998 | 2021-03-19 11:22:54 | 0.05035940 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 35f895debab805f4207000ce7b4c6c091aadef61d5ce1f3efad1048db2fa5dfd | 2021-03-19 12:06:06 | 0.05800993 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c093b27fcd5a85355091fa2555259125d4fe01414c2076cba72683a5ba6bf05b | 2021-03-19 12:45:13 | 0.03740699 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 1c9facda41da713ad835cd45a6533b1c897aac16566cfd3532d80a2aa5d1dd52 | 2021-03-20 11:51:14 | 0.02689003 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a6a9f0a4c0b4e10a1a81222097aed5dcd8741693a1fc00546c777bb5d9108b67 | 2021-03-20 12:09:28 | 0.05408775 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0627b93071c0aee7d1ab2ef7d61bcddad722ae34cb178fe9429d74c9ffa9d31a | 2021-03-20 13:24:11 | 0.05527245 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a66050fc42eda827371f0278ef96adf554ada89150c74c60fc256246e79e1c0f | 2021-03-20 14:29:17 | 0.03723589 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f102c9427eb95756c43daff3e50c4160624d8f9a97e0979a2aad07be5ea525ceb | 2021-03-20 23:10:18 | 0.03295773 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e103dae06da27bdbaf46a68298e64ef0a8e89bfef7d1cec7c3a4d709f71c23fd | 2021-03-21 12:37:30 | 0.01386902 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 60340978dc6b591a26f3e081f080596d97032a5d2fcbb8b2ecfae1eb120e2359 | 2021-03-21 13:06:50 | 0.01626948 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 66061e940a1079a449c94a85357b69448e3e1f193fd52f2111f67b58f0d7f9df | 2021-03-21 15:26:55 | 0.04021832 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a0267c3feda4a05e026f7d02f8d3b7bb7a23fca59be1e6efbeda62c95bfda8c2 | 2021-03-21 21:09:39 | 0.02467127 |

| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a18b43de0ae0b8e4fd423903d2bf5b73e0d46d20324bf2237cb69c7580126c34 | 2021-03-21 23:37:27 | 0.02500820 |
|---------|-----------------------------------|-----|-----------------------------------------------------------------|---------------------|------------|
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 2e35096c6ec9e630779691c1999011364b0fc1a8ea9a71d188b6e6a9eb11d2ac | 2021-03-22 11:18:53 | 0.02518527 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 99723f1c7289967c40ed14e211df45f404e652a8f0a86cb58c3f3e1b437f2eef | 2021-03-22 12:14:18 | 0.04035798 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 184eace474e54fdb10731b5fe62e9ef283db4dfeda0b5eb882e2aae27b5ab14a | 2021-03-22 12:42:05 | 0.02572672 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6f5f73483768747519ba4f0f34de31f82ef927a8373966acf7c255bbb0e9d325 | 2021-03-22 14:57:54 | 0.02678228 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | a3c8da845da687918178d5f63b54dffd7673f385385968f395b90ca2ddf338ad | 2021-03-22 16:09:32 | 0.01767384 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 1282f9778810ea30b002d3c3418927171ad3f2d9b3a0129eb1856bc7072001f7 | 2021-03-22 21:21:32 | 0.04062864 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e1dad8c1561512109e7fad73bacd929d888cff0fb9c6306f55f1e35f5466efa2 | 2021-03-22 23:29:18 | 0.04076694 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 837210b6235c473ee8464edcaf2ee6fffd06dd71038fb0ab4fa6fee6e8465fff | 2021-03-23 11:52:35 | 0.04093457 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 883cd26215c0c70a8f0ee9ded5a4e99aad6d5861516c4657791504ee687660c | 2021-03-23 12:13:56 | 0.11606640 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 90a12e6c3df7b6548bcdbb68c4c30377d2854ae14d076966443c8d1aeaf1263e | 2021-03-23 12:58:47 | 0.14407422 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c5c52cc07da00fd25746b7e1c95899955073f609bfca9c12c1a57cc6c44ebfdc | 2021-03-23 23:22:19 | 0.04171713 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6e8c29cf48ca13f9ed8da9c03d4f44ea858fdb32514197df74a6a107b416b829 | 2021-03-24 09:36:04 | 0.04268944 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | db99fb7319efb04d7cd36256f45a5b4d348bf248bb984b86c38fb7c94d6ceca6 | 2021-03-24 09:56:23 | 0.02858191 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 205f245828b3bc9f51f6489aa2b73e8203e3deb8916e28b76b77c5378201e057 | 2021-03-24 10:19:34 | 0.09741790 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5f81520ee9de61a164cf170325317ed251db6d6d4af9b8865da7b0570f731e90 | 2021-03-24 16:16:19 | 0.15959701 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8f553f77df2c9f1dbadd81db36939f535c62a087a0a07f0de66411ebc5f037fa | 2021-03-24 16:50:11 | 0.12377490 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 18a46812d03cd840dccd41b7c4007b97dc4f5b448ce259f70650a1596bc2ff37 | 2021-03-24 17:59:51 | 0.03378370 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 862ba1945294653f8f35607c60c7cfaed5fcd811dfbb7b973804c77f09994229 | 2021-03-24 23:19:01 | 0.02366627 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 4b8fc18e9087dd778cb73757908a36269e33aec535c3e04b680b7e66e3284e67 | 2021-03-25 09:53:45 | 0.02390894 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | cfb7e264c30017e66ad7c60aa6323333f7a22fe5c29b7ce35fde79dc285d9951 | 2021-03-25 10:36:38 | 0.01767023 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b07102fc026e1cb95020b39db66db5a4662b6167ecd2b3de31da0e20373c32a1 | 2021-03-25 10:58:57 | 0.02424448 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ba785bf24474deaa561b231aedb9afd4b5d8c24d3ea6c7a27925329307777c46 | 2021-03-25 16:34:43 | 0.02454946 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3e84f3ee8aa9e1f3cf08ccb1236eb5e3c4d14bd025aec2b2c90859b1f57ee17b | 2021-03-25 17:14:28 | 0.02498977 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3912c0a88c091c8627e57bf0dbb38756f52d87333c0b44554c7d976eb32cd3a0 | 2021-03-26 01:34:38 | 0.02565818 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b576e427eb813a8dc99aada74b29f8d7236cd030bbea301f8e8388f7587757d3 | 2021-03-26 09:26:30 | 0.02826997 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b5606c5ee1e674d13f59f97587b57e7a67fa4b1317a8d921394d8cb59f0f142a | 2021-03-26 10:14:08 | 0.02870968 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 263124e8c76781bb4ffe674e7d88025f146bdf178e02d62538045b17019ac6f2 | 2021-03-26 11:11:52 | 0.03034016 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b04fb61bb763bb8b43fff7cd9725c6fa8206c48f50631dacbcfae4156798bad5 | 2021-03-26 12:07:42 | 0.05263128 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ab4abb19c6fa9e95774dbd208dfe4a138c94db4e7dd1ee1fae935f045c4818b7 | 2021-03-26 17:35:45 | 0.13763518 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0340b33bce5093a4e6e8dcb5a5d136359d61b4ef20148f5c96e5be363b246749 | 2021-03-26 17:57:57 | 0.08766534 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | dbfb640ea3a57966c745eaa52b5594abf3cdce96262ad09d9d1e709df18ec8f4 | 2021-04-04 13:22:17 | 0.01846596 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 1af5715cf8bbf18955e726d61b4cfa94ea5e9f1988828f947f19bebd19bdf90e | 2021-04-04 23:50:42 | 0.09464651 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 93de582840f5215e4f1504a5caa20b94467f3e11653f5cd900a2851ea7fed795 | 2021-04-05 22:36:16 | 0.02567543 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e369d97ba80f4eac7654e9e03702a6e0e699535664aba5f952592157605a218e | 2021-04-05 22:55:03 | 0.09567025 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 29b5277abd578c79abbdfaad744a9d3c6641de195134fc044b64700ffa606b02 | 2021-04-05 23:41:15 | 0.02589723 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 5513f1b11e9eda801742ab230a3a6028a02fea7f243cbab36282f5802f7c2776 | 2021-04-06 23:16:04 | 0.02605283 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 4d2075ee03f4b805fedae6ec01bca354437e3691d7acb4ee67b8719cd649f4d3 | 2021-04-06 23:56:53 | 0.02625305 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ce08a916916c9bb61f34f7b68e049a8d5b39ca58fe83e9ad86cd0033f8379194 | 2021-04-08 09:10:07 | 0.21193136 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 35e0f947102093cdf9d187a367acd32f5be79a617f72102e38be9f079005dc53 | 2021-04-08 09:41:17 | 0.21193875 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 996dfa2b345dd8b1e2ca11bc507f4eecb97c7747ce57ab63977a0723cf32943 | 2021-04-08 10:44:48 | 0.21194592 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 483919db32b6068b5e3d567f812b3a9ff6ca1485569350dec0ef376ce46959fe | 2021-04-08 10:59:48 | 0.02814765 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 73b6551751b2d196479dc9af66cc7046d56c49d63b59384c4ea124322089dea5 | 2021-04-08 11:38:18 | 0.02933171 |

| | | | | | |
|---|---|---|---|---|---|
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d5c25551e692b81ffd92c2ebcd9e4ef729e7b7ffd9537297a8a40530d40e5e2a | 2021-04-08 12:47:13 | 0.03135131 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6469646c4567098e9d93c0d9bbf2269627d55708f58b4802437245b2a057c3be | 2021-04-08 13:25:28 | 0.14133100 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d2899ce4ef81a3ff6acb18d17b6b35c360aeea5fa1890a7d531d15720a48c87e | 2021-04-09 08:45:37 | 0.07816255 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b0fc4b264ba05536640d9c8721e774687195a90c5264c7ac389b7df29cfc23fe | 2021-04-09 09:31:56 | 0.09392774 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 23000f8c032b24d000c2d9539e9a937c5ee47b76cc1dad506120f3ad7ebdfaff | 2021-04-09 11:41:35 | 0.17620398 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8edb9f7d946f4447a8ea7f1d102990b24ce5db2bb293d25e88a4bdc13406d622 | 2021-04-10 20:59:22 | 0.03834487 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 9bc940c7565c83c8fbd9da4c67d4383f27f7c253836fe51484d492a4430f3b62 | 2021-04-10 21:50:57 | 0.05246063 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 2f794315393badd0a6b14725eb24b6eba70195406413082f324ecf2c199a0b4b | 2021-04-11 00:13:27 | 0.09560022 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 116b8f5d89d695c08899c49a77b7291a76ffcd5c905db2e3aec00bfafb9c3637 | 2021-04-11 01:13:53 | 0.09633371 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | fdfb7fdd0773bd3378f0717f3ff01468380db6d2d70901a2c1d50d733a3322fa | 2021-04-11 09:39:51 | 0.09730516 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 052ea19d3a64c72c9e08c90f97585e51aa4b544f7f12eea2d952ff701fe74bfd8 | 2021-04-11 10:13:24 | 0.17206540 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ef900eff522f31360c07c9624034cc8b18395c89293b1d4241bdd747ed0ec839 | 2021-04-11 10:55:01 | 0.03528060 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 50c9473067265fc7394c30a3c4ad9637be8d4eaa2e3afa70c2d79ecbe34de6f8 | 2021-04-11 21:45:01 | 0.21185098 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 0f91f54e89bbfb0547aea2765f2bab9814c09ec29dc97de8af004bda4aaafcfb | 2021-04-11 22:51:51 | 0.05464838 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e416202818ec08c12fab95cfc4e6d5ce4eb898319a54ace3fa35567a3c43ae61 | 2021-04-12 09:11:21 | 0.05548299 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 62406db2d347fbbfb14803f85574fa492a28aaf90974309c87430042bb4e9f22 | 2021-04-12 09:30:50 | 0.05667784 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ae9ec494412c0dc8adb7c733fd5cffc738ac55388ae8080d2025f1a6fe9f2cc7 | 2021-04-12 10:28:43 | 0.21187463 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d6e4e9b6b477ff7a0d5e0da6d49a6274c0baee25a7f861377b8909fc680eec48 | 2021-04-12 11:09:55 | 0.10310211 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 9c0e06714a6e5d253bc6c22401394834466f86bf204981dae25208bbb3afd344 | 2021-04-12 11:26:53 | 0.12992138 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 768399343cba492203d00a7d2f322ed76558161ed58a1b823fabf2cf13ce800a | 2021-04-13 09:35:35 | 0.17134587 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8b40644df37441d3f689e86cb404316755470c3eeafc91b2649356778bc61476 | 2021-04-13 10:15:52 | 0.17135502 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c48e6e5419c4c1060866eddbe23204ddcfa8d24c51c48ee1acddb6dffcc8756d | 2021-04-13 10:35:56 | 0.17137027 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 063c85bf5b63040df9c1677546fa88fccab1a97700a7f4ee814661b7c30ab405 | 2021-04-13 10:51:20 | 0.00501970 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 613ac6f6c1e5f84ccb52e1044dcbc31fdce39b4c2e4b9e2b41c765ec2eeefbdb | 2021-04-13 11:41:28 | 0.00506470 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8a96a27d213b46e308ecd986e060f602c941e40f5522953f53a41d52dae69944 | 2021-04-13 13:26:59 | 0.00512128 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 90edb81215659dac64fe45795451dbc40da32f50d41a8affc81d7e83bb7b4622 | 2021-04-14 10:15:02 | 0.00336105 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3d85813e7d523ed96ccd57fb17cba7477b603c564fe9d77a26e55ace50047a1a | 2021-04-14 10:35:09 | 0.00525526 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ec1fbae2957bcda9fbd2ae1d4030ab7b10991ccbb51e239b86816d3f97ffbac6 | 2021-04-14 11:09:04 | 0.00537111 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | bb17edf50573be457c34c3cd9914df4235a67d3e751d879549c911b17569a658 | 2021-04-14 11:30:46 | 0.02530954 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | d35866aa3bc8692162a8ce4608034cb294be258610ba82c36163fd145d1d93b6 | 2021-04-14 11:57:00 | 0.00575850 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 4898adbb60c41ae1139b85085fb2c034d4da117af717bb23a89d2f95a1ba5b0c | 2021-04-14 12:20:12 | 0.02568435 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c84f111ab4a8211a142caf7fd2aa07e9f5d0ec612f7737daa4ca17da12f1fc4c | 2021-04-14 14:12:39 | 0.00378294 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3055b909a44f1f28860f4b39e68dcbf3d683d1b4759696155cb6e84f7e3e0050 | 2021-04-15 11:36:08 | 0.02621396 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 678cfb8010a0c65ae1bb77214f68447933ce68ebe92d843b0c3bce351f96f2d8 | 2021-04-15 12:13:59 | 0.00842583 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | c61084ed45c1af8dedf303115516c73f19db9750627d7b0aadbc0c47aeeee43d | 2021-04-15 12:34:40 | 0.02741702 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | b20b3e7241bd3b980c59924ac847330ab126acaf8b21ed82a3c608f37055d279 | 2021-04-15 13:54:44 | 0.08681186 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f403772ada90df2c40fa1e110244f35fdfc304e17904a5e94104e81b0693c10b | 2021-04-15 14:38:01 | 0.03040064 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 4723b88793cd9700d2fdd10aa11868feda7a35b19d9f47a1936ef0f5657e0485 | 2021-04-15 16:56:00 | 0.03392892 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 228a6e9b1a5b782916a55498bc2e6e576638aed0bb12ab5ea4e598868103dbc1 | 2021-04-15 17:26:49 | 0.09172563 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | f106aaff413397f4d09716cdc6f93a5d9decd3477a2933220ad88914de9e8191 | 2021-04-15 22:30:54 | 0.01612810 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 3fac7d637daad01cfc42519992a6494d897c14bc79728f532ece779cbb8ad74 | 2021-04-16 12:14:09 | 0.02444173 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | bd12869df4d9a615a03aa06b4bd0b6828cdc49f37534b870b1dd32869979ab57 | 2021-04-16 12:51:34 | 0.02465774 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | ce5e905e2000783892abf180b38c7cc7c17d36717e118e322b7bfa0ec1c13787 | 2021-04-16 17:02:29 | 0.02500296 |

| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 89c9c6812faf2b3e6533add47b28784f06cc8b4ee76cdd590683ef831cb2f57c | 2021-04-17 10:52:44 | 0.02560590 |
|---------|-------------------------------------|-----|------------------------------------------------------------------|---------------------|------------|
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 6da0a7ea22231e2c2547334688991496c989ec8aa4096570f7bf263d1ec41e2e | 2021-04-17 12:09:12 | 0.02681031 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | e30f3580dccaf9c161dab91d07e72a54cf9940e155e02c7007f73840a0d2745 | 2021-04-18 01:57:12 | 0.02979701 |
| Binance | 1AVXFB3sxU3TNQcGMucUHrS1QeEoVqxzQg | BTC | 8b104dae461a930916fc0d6d6b76f3c177f991e56f2451b0cd132abc9366cf8 | 2021-04-18 10:53:00 | 0.17260566 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 8ceb0514b1f605bd07279b2e44b585277cbac30a19cb2cbdb7e6baff81ad77c3 | 2021-02-24 08:17:53 | 0.03962643 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 24ea1856753cd3891765347a7e3ef27ae4b0831d1166bcb57ce4fe22cbad53f5 | 2021-02-24 08:49:10 | 0.03842703 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 94f58f7b3b743bf1ad7df1aec0d1ff75984047418833b5b5df365acc1fcf8cc0 | 2021-02-24 09:18:42 | 0.03722796 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d1727627c8a6c4806b9fec25b5175236cd49079bb7f208eaf2e831f9c41e4fab | 2021-02-24 09:54:58 | 0.03602936 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d64e0649acfd5ac6f0a7138ba0f7844ae0c8b1e0364b60a79bc4b4c8655ac9f6 | 2021-02-24 10:49:18 | 0.03483142 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 07fb7e3b611bc3a7a050c0505056a0edda18eb391e588c1d4badb7095f0a53fc | 2021-02-24 11:34:51 | 0.02876768 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6fbd916956af91bb01939923da59b80a28c17cfa91d1e4e3f82637d6568f39c0 | 2021-02-24 12:19:25 | 0.02907587 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b3861f6915a58d29320e08f370762787bf754785cd27154b6ddb0903d16c407f | 2021-02-24 13:55:43 | 0.02968279 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5d439315d1441f1311b48691d605fad7e922f2e92de843dd4386e1cf953c62b8 | 2021-02-24 15:15:49 | 0.03117345 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d089c050623cd694696fa2aae6f81d42caa5f79c6ab45fe63c4e876d3fe3cc01 | 2021-02-24 22:15:23 | 0.02678083 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 26906c4b542cf2a3c3e785c9c21f14388cf4415696477e4d30fce29e48a0e63d | 2021-02-25 20:38:00 | 0.01020749 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | af3fef5490b7f634f25a48aef9ecccf9441091f6fcffcdff2b9a64347a3ae867 | 2021-02-25 21:13:25 | 0.01799300 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | fd05cc13afef5f00ee989b1af50c35769c22de4d6e5d389d120eaa8777cbd951 | 2021-02-25 21:52:36 | 0.07773852 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c75ea4180d9db1e19e29a234993a6cac2a90f013eb659758207320cf501c4b62 | 2021-02-25 22:41:49 | 0.01633831 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 32d1ebf2f0101f7f268733bf2e8a7e5c6ef577df2dd12da323bcdbdb48a1c63e | 2021-02-25 23:55:34 | 0.01768444 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 957ebd1f7f47c20a8a545c53253b66eac370082d75322296a5df068d0ab8a681 | 2021-02-26 01:33:47 | 0.02284785 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 8fed608c944f10ef50dc0ccd2dc3b74943df01357f1bbff6d0344a4b0b476abf1 | 2021-02-26 03:16:24 | 0.07972419 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7558d89b484fea95f015dde3c0ad7ea5ea55b322f059a8d1b01ccf9c18fb2e19 | 2021-02-26 14:39:57 | 0.06862299 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | a801d7398b08de36bb6e3e57c668a273f4c3d65364cdb2975ff5920905fd9f86 | 2021-02-27 01:53:17 | 0.00692714 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 3d72bc4bb94a7d5cec8f9545ca7f3bd3a8ed9dbedabe5b73e30942c0dd2ae4a1 | 2021-02-27 11:01:53 | 0.09373124 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d6add1b4b07fa2784210eb039edfbd0e73e9252e46e7e29b3964cac2a503b9bd | 2021-02-27 11:52:29 | 0.03497270 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9cd9a838d5722642c48d469bdb2224d8ed3ce10e243248dbfb98f64ef8186b58 | 2021-02-27 15:12:39 | 0.03524874 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 60bca9058053883876e2c761262e16d74ae9c5923aae4d741cdb681052fc8f39 | 2021-02-27 15:50:00 | 0.09374439 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | fca5d56fe9d9ba9236a2c8a025d11864298c3a5bbafaeb9a5f0a8b913ff651f9 | 2021-02-27 16:34:52 | 0.03568280 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | ab4fc6f3b692d657b68bdf26b27747719452e628c32063633dcf79505aa81626 | 2021-02-27 17:14:32 | 0.09375604 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c71d5b6b814da919017b054815599ef749ea5a83fa8ea3c4e8535ed075d52ddc | 2021-02-27 20:25:33 | 0.09376230 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | f36d176888ee3145a64a4f6670587090600c5243d5ce68bd4bd32b4f2b4d31e3 | 2021-02-27 21:41:40 | 0.08887541 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 3d7998c6b563fcbb23164a8319a052067f5f9206294463998d1d299c993e98043 | 2021-02-27 22:57:12 | 0.08331458 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c6239828e3a9316e94b3f4448c84c75a0184e5c2de6099c4650ccf583b19fcbd | 2021-02-27 23:24:59 | 0.04880068 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 8eb2c8d72c49f58d2e3f43267365a46a1773f0243dcde9faeb3bef4e04c4e06f | 2021-02-28 00:14:37 | 0.08058820 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | dd7d1c46a14fd66417993606d8c88aeb1ba18caf025affacf88c323dfaf84140 | 2021-02-28 01:08:23 | 0.06580007 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 01831aac67f5639a427080874713955cb4a2b983b1835d12f264ed193b3a735e | 2021-03-02 23:57:22 | 0.02659316 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 341cf1a56ebae66cfd5e98a3d62cbcd12438c2d1a021336ffe03210fe0157bb | 2021-03-03 00:53:22 | 0.03501114 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b36abb42bcab85e0bf458128743a77725e6661ca8de652b85ffde01b9ae4e483 | 2021-03-03 01:57:38 | 0.02666241 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 64b1d5760b7d0d445285ad59d45e909afb0b3478ec7b7f728d24f42a51f406b3 | 2021-03-03 03:06:13 | 0.02675779 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 20561cc7eb2ceaf75e85fbaddd5ad4ae306d49bd204624ef16147f7d9878a21d | 2021-03-03 03:51:38 | 0.02688809 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 2e2a10057067888ef705cd1618602a2fcbc667c4dd7eb07c07dba080e04fcc5d | 2021-03-03 04:42:00 | 0.03691664 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | a0ca2b29bb23f5c34a5364a62186680209401e6050ec24a1c2127fc48f79bf2c | 2021-03-03 06:32:47 | 0.03528767 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 574eaad72eb344d728ae9b612081d8b15648f05f3ff4fb671bac155dd5dc5caa | 2021-03-03 09:59:50 | 0.02708362 |

| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 14d8094e051af011a2befb54f5bc03c9680848aa118d7e7c4c031db35a49cc4a | 2021-03-03 14:59:15 | 0.02749678 |
|---------|-------------------------------------|-----|-------------------------------------------------------------------|---------------------|------------|
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 080e9c67b3e7f63abc39c04f9147c6b96bc21dbc4ff09beb8d6b3304f118d4be | 2021-03-03 16:34:24 | 0.03654459 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 4a12891410c15392382d25f5d2c31bbd30e8e2cf42f2c2ce6ec5600982148e21 | 2021-03-03 17:38:22 | 0.02833051 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6ccc054c90b2e26ba8019e1a70b0db1a3744f958a4772bb7869a3350c8ad2aea | 2021-03-03 19:11:53 | 0.02914641 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bb5271a7a6c7c71cf8bb4a0f98a0f96f8d5c83d9883253178af80d1dc4ad9db3 | 2021-03-06 00:59:14 | 0.01190097 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 72f6a6ad2d08b3ba918303ef08456eaadf6aaeb50437ff03dccc5fedf76868b4 | 2021-03-06 02:08:20 | 0.01492768 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6cf6da239b11050a45a65c93feb57ce1366c8f423ea541bc7c78db5475fd5df1 | 2021-03-06 08:15:00 | 0.01192610 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6f814cc0ffca207ebb8674de926b40ec79a4252419517a14d96cedeb053fe545 | 2021-03-06 08:39:45 | 0.01489731 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 69b190192a6d04e4fba2dae2a08efee98517e6b6872a043c643ef5e66e6d0a1c | 2021-03-06 09:06:03 | 0.01196191 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 76be8752f50f988876ef5218bdb811565dda3c939bfddcd6fcbf29f7d8ffdc68 | 2021-03-06 14:01:01 | 0.01484884 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5129ed87111e612ea053fcb93db176e58c4abadc3efd782025456443d8530328 | 2021-03-06 16:01:13 | 0.01201741 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 919f78e3a10e44afdbcba94b5815eece58d831cf6466bec29831b682856f0101 | 2021-03-06 17:00:16 | 0.01476032 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9adf9d320f43f13b5e751b57718bf2672f4f6b573af3e0317908e5d9236c49db | 2021-03-06 17:58:29 | 0.01410710 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 8a6fcb8bd2d0b7b007fdc5c7705baf888395772036241a129ead6495212b3576 | 2021-03-06 20:20:51 | 0.01211974 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b5eeed83ddd5d3a6598245052da45dc91537ddc267180b6a98997394a706b631 | 2021-03-06 23:29:20 | 0.01244856 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7734ae059de62e2ed533422407606a7cb810143aea62e5862a5d9001d8eedd29 | 2021-03-07 00:46:45 | 0.01186480 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 53a792062e19e3fb7a622c77428ec53426238f512036a97120a6c7642b413e72 | 2021-03-07 23:20:10 | 0.02976018 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 52718d7ba4bbd29071e2c03d37dfec853caf7c022b8b7ce1a1a5989309e55c29 | 2021-03-08 11:24:31 | 0.02925417 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 57542d1bdcaeaf96da450b673c8464dd50a47bffb7f5fc4a8407224fceaffb81 | 2021-03-08 12:13:21 | 0.02415491 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c658a00febead2fc240e7071439d8cbbff06da5894f0f95705474ba90cf877ef | 2021-03-08 12:51:10 | 0.02920312 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 0c986716e26617e3cf641618f211d167c365a2fcebab53e8c5e2c2e29d517596 | 2021-03-08 13:28:26 | 0.02858523 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5a792de97d561b2c26baf13bccebdd44b2dc40e2ed9f3383bbc0842c3b041d19 | 2021-03-08 14:07:39 | 0.02421956 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | ef980623957920044d5759c9160a20130b553905150979f413efe816657d545f | 2021-03-08 14:49:42 | 0.02432610 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 24d6cb8110851f5abe2104176113b270599241ca2cdfc7b11fd0e4c5a565538c | 2021-03-08 16:07:02 | 0.02449473 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | ecb76d7d53ad80c031124a6755ced09de4702a690103414c9ceb86bf7cb199c2 | 2021-03-08 17:18:58 | 0.02478671 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 3823985f750958e204375a3446bc47982da80d5c55d841065a525b12039c0a18 | 2021-03-08 18:52:36 | 0.03120095 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | f271400230bfece69498b0697ba14640eee90ae30c866555f820f9f3556ac40d | 2021-03-08 19:25:24 | 0.02834189 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b8efeb361df010be14f9fac0a9a0a28f693840913b7e0f25106d9cb0c703fa0f | 2021-03-08 20:40:41 | 0.02051103 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1b0693ac120e8ae9e2637ed118df5a90ca26bb4dfd90916912bbec3c7224950 | 2021-03-11 00:09:22 | 0.02960225 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 966e0301119802e615dac028cfaffd1d81a27e69587039b2ea0b7750a985430f | 2021-03-11 01:07:00 | 0.02403203 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 705d42be63dc8685d2ae1c15defa60a8a1f44e33edcd089947de54916196fe11 | 2021-03-11 03:11:02 | 0.02408412 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 509c1e4321c8bf3079598e0706dd6d89f77e350d5c3d2c0df22971a1f18be5b5 | 2021-03-11 03:53:20 | 0.02415313 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5efcdfb4ed3425966e7bdc2e88aa35b002830d38667dc3e004462276dcc2823 | 2021-03-11 12:14:08 | 0.03074697 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7e1388293f97b1da87f120f63bd0f932e4072320b3ab3ca3be3feb878f561da5 | 2021-03-11 14:40:33 | 0.02982585 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 554d0f896f29fada25374a31c4e9bcd0e8045ba2cf6aa73e34454f7cfc2661be8 | 2021-03-11 15:56:32 | 0.02425340 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 748d070f6318192aa2f28b2437f293a9bc93aca6c1d6d60d9f4fb37f897da36c | 2021-03-11 17:11:19 | 0.02965072 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | e2e5806df4211949acd063191c1f9810d1121542c617ed134c93c1dc987ddacf | 2021-03-11 18:33:35 | 0.02444607 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1c1923837168108bd0fb9725b5e3c391e0339a82774492e3beb20f8346dd8b0b | 2021-03-11 22:24:32 | 0.02487882 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 782625d9403ceac05a55522c9154d402d22f044369c790dcabacc5be2ec0afd5 | 2021-03-11 23:15:15 | 0.03033879 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 95c52d11718656d12f527eda281071a6ba1eb807cd3ddd163b2c2b15ee8ca118 | 2021-03-12 00:40:34 | 0.02395548 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 85dcbdf242e64bdb745a5a0617654877e54323f45b95b4cd29b951bfc922a529 | 2021-03-13 21:49:55 | 0.01358529 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 2d06f733c007d2e90bf2d9141a47a32a7055b14bbb2c67357cea4db8110dd185 | 2021-03-13 23:18:17 | 0.01104798 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d9570481740d41c6ac83162f8d4f384d0ecaa1c7910840cb33e5fdf073a0e83f | 2021-03-14 00:01:16 | 0.01356512 |

| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5414e691eafb8ef7bacbb78ce49ad0e2cfca2ecca4b8a1cb95e306747174d3dc | 2021-03-14 00:31:48 | 0.01107327 |
|---------|-----------------------------------|-----|----------------------------------------------------------------|---------------------|------------|
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | dc9d7783cc22cd0c88e0ff072a40d0c1325546a21794139632c99e5c2f5f8521 | 2021-03-14 01:27:31 | 0.01353373 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6fad7dfbfa27f7f8b4d5f3c0adf7ebbb686b949d050ed78483d3dbc54c2aa4a9 | 2021-03-14 02:30:18 | 0.01111063 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 0ec82845719b36d367cf024e62d4ffffc239287ae9341599de4c30de049a7ce8 | 2021-03-14 03:23:18 | 0.01116954 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 82a0790bb0a41b70fc3faa8cc26e9f57c92f976973e90317332ebad9c190eb2d | 2021-03-14 03:52:58 | 0.01385067 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c950bc40b3ed21a688ba953c5431ac2aaf06a8834ce4d85121697ae0313f858c | 2021-03-14 05:12:35 | 0.01126562 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 507a4bc7d5561949d720c82e01391b48041d822d69ed6b3418a6210c65da1b1 | 2021-03-14 06:04:08 | 0.01364580 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6a798a90212c6f6f84cfa5f270a3e982d58eddf0138e09afe830da6c8daf9144 | 2021-03-14 06:48:20 | 0.01148654 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | e249986526e0a372dfab76a0444ff9cf12e2012f09f96c41d49173efa30bed0d | 2021-03-14 07:22:28 | 0.00948502 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | a591e56aa8a064ee22389c1273cd1411f9a711b2470ca29e7ae9ec0b841cc486 | 2021-03-14 19:08:34 | 0.01818090 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5b948457691c3b8d8a9017797a54c666ca45c40a37ae1d7d2a90a769a73da27e | 2021-03-15 22:39:26 | 0.07016077 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9223802f39950e36c34faf72661f663b6cba010a35bac9b922539fc06242afa1 | 2021-03-16 01:07:52 | 0.06551285 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | e67a1469c489ca519ba2ecb005856404bb9d5247ff4d641fc9758 1b5a84af940 | 2021-03-16 11:51:11 | 0.03560072 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | aaab5f76fbde63288b2c6171f8db214fee1aae2a80cc33ac421e0fce144ccb13 | 2021-03-16 22:57:42 | 0.03728807 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | f1c73436d5acbf601726d1c765f013420b505dd0ac91dadba97ea132c80756f6 | 2021-03-18 18:48:29 | 0.04002790 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 14cc9950d354e09f12a238f8ac507bce985458b4e0ad23e10679b4fc92037c53 | 2021-03-18 20:16:41 | 0.05423943 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | f3c62ec09878ef49abdcff5c659e96c9a630fac54df2eea1e105fd16328f370b | 2021-03-19 10:11:13 | 0.04941066 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 37c35de2105828af0b5d9da4f1727c1e1e8f03035a0ecc4b31b8eb72ae30288e | 2021-03-19 11:22:54 | 0.05810182 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c1e0e61c732392a4726fb5af6649675d5357e7b0c513d512fa98f06b0780c1af | 2021-03-19 12:06:06 | 0.08134963 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 11869a4a3bdf6db6e67856ae4c9c7071da21803a92aae6020fc229b2e775cf79 | 2021-03-20 11:51:14 | 0.00929884 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 3fd71abb5a6ec85e6d4c1312857d55eea70855d0b7377c73292f09c06447e78f | 2021-03-20 19:50:37 | 0.08067987 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c0a4905618cc577fffc71552ff3fc37c6f58958cf6a9ed3b46379e6ec81ff2cf | 2021-03-21 12:10:53 | 0.02335847 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 2762207f63b334c684b6cc1cfdb90cbe5acd238467b38493f2dac34f9af1488c | 2021-03-21 13:06:50 | 0.01336878 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b18b21891016f335f4b812525169ae88f1391e8f0a4425e00fe2bde4048ea55a | 2021-03-21 15:26:55 | 0.01628937 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | e3eec3964b586e9875286228b5869f1fc20d37f7f12aec1d8a3bfcd23b5772e9 | 2021-03-21 21:13:25 | 0.02476021 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 09c32bfbddef1c7805a9d0622113ade47ad2b40878ca58c329063cc47590d219 | 2021-03-21 22:55:20 | 0.02487008 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 786965f711ba179511a96b30a209cd88354898f4c063b8380da2317012d70de8 | 2021-03-22 11:18:53 | 0.04028321 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d91a835bc477890c58ff21d335dcbe00556db229d11b59d8970c25fa8679d9fe | 2021-03-22 12:14:18 | 0.02541638 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c207e01ac61716cdbe6765dec4d6dbba0963f9d79476ea1b57bfb820c7808eea | 2021-03-22 12:42:05 | 0.04044524 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7aec09f4009835cc20b3083f6207dc00f71a88dcf5dde4af6727879026ca81aa | 2021-03-22 14:48:52 | 0.02615846 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bc57e5c217a0bb3af3a6e35f63302d134b622a5dd152e00388416e345fe12198 | 2021-03-22 16:09:32 | 0.02681733 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | cbd974ad6c7e261d39e09a0a3070c206feeb47cce63a861ae203c29f57578008 | 2021-03-22 21:21:32 | 0.02869925 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 60ca833de62087ad63326a69392a5eeda05bbce926d29bf9854c8d19cf381091 | 2021-03-22 23:29:18 | 0.03098069 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 3e35735a7f219049dc1225df9d4d067f8a6b3f914723a1bb0f1ece520e230fad | 2021-03-23 11:52:35 | 0.04502796 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 80fdf6554c892e8dd0525d42ba7ac3e87801ede557c653e1775b40e26d716add | 2021-03-23 12:18:11 | 0.04113926 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | eeab036ecdeac19ea6ee673aa7423535facf9b104afaf80c06044fb7b49379be | 2021-03-23 12:58:47 | 0.04139394 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 062f93d23444c7ce967a1a210679752a75e8bf26bc306cb5b905012f0c40a0af | 2021-03-23 23:22:19 | 0.04213501 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | dbbbf775b0c4ae7782f355bea8e03ef38f0edcd98ae0961ca080159a7542cb09 | 2021-03-24 09:36:04 | 0.04344572 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 11cbe1a3340d984d5334363d7a4517f98c11bba058f69b8487e7446efe6fe8a2 | 2021-03-24 09:56:23 | 0.02902769 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 749ce4e80e0b52b1359c551723f5779e8c53d37e24949f695b5ba4496164655 | 2021-03-24 10:19:34 | 0.04685814 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9fda92029c026ccd99eabb8772e1f677d4ded15b0bd6696a65c57fed41894859 | 2021-03-24 16:16:19 | 0.15960252 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 719156434abae09a6ef5dfdeec5185586d9c8afba4c543d921bc71a959afeb81 | 2021-03-24 16:50:11 | 0.19152772 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | d7f364436dcca73f44ac2c5fdca19f9ecd31be700fd9f1ead56d5cb0d357f680 | 2021-03-24 17:59:51 | 0.03292737 |

| | | | | | |
|---|---|---|---|---|---|
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | dbd28ff2b2a1395ee31783c982f869271ba13d9543a6f1fc54a26e81df834146 | 2021-03-24 23:19:01 | 0.02666928 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 6a5f26757ef3e1e7faea0fd9fdfff5d09ecda79050652d820d1f8cd8a22d4849 | 2021-03-25 09:43:01 | 0.02377223 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 50edf733301ba26591255041b3671bdb4e31d056fec237f5b8204028fa66e0fb | 2021-03-25 10:36:38 | 0.01583184 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | e95a988029e1eafd3240c4070c5320f1593a8aa21cf606a688c7ada85b3b2376 | 2021-03-25 10:58:57 | 0.02690754 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 130f2379012673c9544ed0db0d607b27926a27b04bbfe3ecc7b3d5f801e70ec4 | 2021-03-25 16:36:46 | 0.02710739 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 72427096264036a67c948e1082ce8a8b910fb44e258d8d92108d0fd8e55c0bc1 | 2021-03-25 17:14:28 | 0.02737516 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | a5341744cb4f382e651bcffc566dafd9302220b406780d74815cfe32fd9926c | 2021-03-26 01:34:38 | 0.02774317 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | eeff41d710f4fbd4c180b26feabd3faaa9a0e364ea23566b2664b7b92a652be4 | 2021-03-26 09:25:23 | 0.02674877 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1be0a56ab404883f274017065ae6a9045074e8b079a274154d7cfd8643a7ab9d | 2021-03-26 10:14:08 | 0.02906385 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1d4a81c0ee022d9d62489454335b0a90ebb149ca3f0b9006e639a126a988d9ea | 2021-03-26 11:11:52 | 0.03280456 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 4244c739123a988d012508e9f706db435f0ee42e1c7d7a5eaf8458a97b0a2b08 | 2021-03-26 12:07:42 | 0.02024549 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 12781f57fd5cd8b6b624ceadfdfbfa4fe99322d80695924c3796cefec992bf05 | 2021-03-26 17:35:45 | 0.03531480 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bc55eab70b40763 4bde4864cf70101ee7a819bdfa5567b775fcdeedefef86b7e | 2021-03-31 21:01:22 | 0.14594303 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 664c1a4fa6ae2f36a7fce8bdaf22e416fb3ebd55d2b348665c7dd431fe7dc81c | 2021-04-03 15:23:57 | 0.03170579 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | fbc75f183bfbec287c350c1e20213ee037a97056da4e09e7329bd0c1d05beb88 | 2021-04-04 12:13:16 | 0.06582049 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | ae4bd8850f1acc705287d7901e418651ff34ec2702226eca126dbf785f91a337 | 2021-04-04 12:45:12 | 0.09399193 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c9eaf965cb76d0d5781975e26f5bef7b9f155df37c1a3606d576afddc4be4159 | 2021-04-04 13:22:17 | 0.09428674 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 63c31a16a90788888c6b282a38df38006b044a92cdbd7223daf4a448a17501f1 | 2021-04-04 23:50:42 | 0.02559417 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9ac270bc776518d81df96a5ed54be850029f0ee3154e8f8c395fcc2de5234650 | 2021-04-05 22:36:16 | 0.09509955 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c3c03885d055123047a5fe45955b07e4dd6bd1bfd0f02d0e89e7d026a27106ad | 2021-04-05 22:55:03 | 0.02577442 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | acb10836fdbaf5b41039b4294a75d4e7b234bf6ec6ab37034297d19309917fdc | 2021-04-05 23:41:15 | 0.09640640 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c62671ae97b7ba87bb0c90f64eac9759d26cb07e9f999ad30f5010641c326d3d | 2021-04-06 22:44:48 | 0.09738086 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 73e6161f9bef05f46d0df01b12e781fd2b47bc981b6b45da6e7ddb7121048c2f | 2021-04-06 23:56:53 | 0.17234203 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 99d3563324a263b0341d6b12ffc5a05f9abe4bf63ad68f2b8301eb665cb9bfe2 | 2021-04-08 09:13:21 | 0.02651907 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 24851fd7e89f48081563ab28f61f464c073bf5b043e2fca305471e5af08186b8 | 2021-04-08 09:41:17 | 0.02688114 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b9955d2e4c44365f61e8132c74aded51a5a275db881360fde49372bef3f7eb23 | 2021-04-08 10:44:48 | 0.02739208 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bc506b9b72ff634ed74765b01d3a1e776574e0cbad5b090bda10b8b38caefbf6 | 2021-04-08 10:59:48 | 0.21195570 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7e8c9916eea161af76eb0249106b00700407675019c72bbf6264adab66c497a2 | 2021-04-08 11:38:18 | 0.21195889 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 52d444adad5ab47f203179ebcc0bd313e7e9a81c92c0e7751f7a7079aa86e2e9 | 2021-04-08 12:47:13 | 0.21197679 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bbd4c149925217b6b0a02fdef36e05f1c38b7411b9f2450ff1f0431aebbda72e | 2021-04-08 13:25:28 | 0.02122127 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | f633a09d7b87b71caf9f66ca553ae7bcb08b559e74f86f7335388445aeb701e09 | 2021-04-09 08:45:37 | 0.06676736 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 5a51bcc2157afe2fdb0f01964f0d489d94c586b6f2d4e2c5029b5ccb8a2b2fe0 | 2021-04-09 09:31:56 | 0.14504574 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b99c57073fe2c64b0d46cfdb2ae35efbb303f7d62ac08634d7279c01d14cab41 | 2021-04-09 11:41:35 | 0.09422281 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1a3615d4e1ac789a825c3baf4bd4de4c4532a4ebd07a0469f7839f808120ee7 | 2021-04-10 20:59:22 | 0.09458247 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 0b6fb8221bcfc48f101e9e6095d011ebbfb03f02547ebbd0564f5965b951a691 | 2021-04-10 21:50:57 | 0.09503005 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1739276a455a6c84230e0b709e7bc0c5971f40ef32d1cd514f3365dc25a444c5 | 2021-04-11 00:13:27 | 0.05261808 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 8d4881e9195fbbd49a10c21ec2cbb7496cefc6bdec17885faa61c9cc4e37e0b6 | 2021-04-11 01:13:53 | 0.05280883 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bc82e0df06e8e05535e196b7ba9dd6764b645905c00a43991530b1f5fe4173db | 2021-04-11 09:39:51 | 0.05304431 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | bd021f4cbe159dcb75274912609c024f85843607b7acea63154f0e6caaf5f7bf | 2021-04-11 10:13:24 | 0.05334038 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b8b7a6a6308853ef27b2b0c3b74a1e3205c9ce5fd1db96754aac766462880e8d | 2021-04-11 10:55:01 | 0.14123235 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 3455a6106df760ad371fca6dae43e74d76c877e66b5ac8f66db238e4120bb7f | 2021-04-11 21:45:01 | 0.05404141 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | e703eb9ff6bf47ee76cca153fe3d9a59c70525dd6024878652b7e905e7747391 | 2021-04-11 22:51:51 | 0.21185361 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 8ec6dce831bd0107832162abfc8f7171c421fb05d987ebc0bac5c98ed1e5876a | 2021-04-12 09:11:21 | 0.21185554 |

| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 9da20e399f98a62261357d426570d1f801d8818965fceaf2400f97b9eb35aa96 | 2021-04-12 09:30:50 | 0.21186201 |
|---|---|---|---|---|---|
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | afe8cbf80e05701feefee0e701e53917d98a268c0357c36f040e97a526a30e1a | 2021-04-12 10:28:43 | 0.05847410 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c470ac4ee7324311b46506c39162bfe4ee79e40d4327570198333af23a85cfb6 | 2021-04-12 11:09:55 | 0.21189534 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 31905b45304aa7622f12c3ac5575f5e5d379e7aee3dcfafa92615c05f8c4d5b7 | 2021-04-12 11:26:53 | 0.11354342 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 81c15a062489740c52ae53980875f15435b507e597b69c096685e2a4e8808a8d | 2021-04-13 09:35:35 | 0.00168009 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | f79b1404e2d7d99687b6fa720b60314105a44dd0fb35cc5db4e0784d7ec3a485 | 2021-04-13 10:15:52 | 0.00495355 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 36e4743789a256e3cde496793afa99e51cf070bca796b69901b980d1c0376be8 | 2021-04-13 10:35:56 | 0.00498338 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | a2f36f8c9492745d117cbafc16d11757bebb07861bac17fb87d2e99e5bd82cb1 | 2021-04-13 10:51:20 | 0.00827020 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1ea4fcb4a9614362fae1736600c254d601a241e30a45f3740d4a60f6ce7801ac | 2021-04-13 11:57:48 | 0.02492523 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 93290e07e4416288f507bad090fd76e3fc5e33eaf2889328f877b7469d373a38 | 2021-04-13 13:26:59 | 0.02499427 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b3040b584ab402b4b8b677910faece2038644de10f006b3991ab2ab91e6e3b3c | 2021-04-14 10:15:02 | 0.07246795 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | a3b628f971ba4934cee076a75940db21630072c312e08fc952f969dfb0fad595 | 2021-04-14 10:36:12 | 0.02507814 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 016f0fad4a852845b4f44f917659a96c60869d5c442949440c3a4022f5d26945 | 2021-04-14 11:09:04 | 0.02518115 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 64d1ae39a4250a66914d4ae928fe5686bbadb31d178d1f619d8b3503bc10d0b6 | 2021-04-14 11:30:46 | 0.00553049 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 067d92c0c273204be402081e62f8eae42b881a66279e3bb6009efa725c6ea18a | 2021-04-14 11:57:00 | 0.02547272 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7f7998ec50b0b74a3c816ab4e6fa8d8fc0220a78141f9c049b151e4fd34cc36b | 2021-04-14 12:20:12 | 0.00610108 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 579af06ae03ef61bf4647456529f88517590cfd51ae0576ee10fc1ee88793ceb | 2021-04-14 14:12:39 | 0.01696671 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 10057bdc75a88a7075d227d9fd1875b6366f2a0dae5f1fb9a2ca025ef843d4e3 | 2021-04-15 11:36:08 | 0.00690552 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | cb6dd84672df8b5021cc67bec6dea0212e8cb2b832db1e2d9073224f77404804 | 2021-04-15 12:13:59 | 0.02670152 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 500780b9fab3ce9a5bb6d4939a09d90ce28e9c84247d9f0a716a30fe65f2050e | 2021-04-15 12:34:40 | 0.01193000 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1766284cd315c3bf6715de5caafcf27085a81590606d3236801d4f35f6729282 | 2021-04-15 13:54:44 | 0.02852848 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 755532ec4c5376e09d41e04adcf060b0d2753ac10d0705a1e6fe3fc64c835f36 | 2021-04-15 14:38:01 | 0.01803545 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 75d7768aeb5b53507d9c6c5fb559d38a240a663a240f1e056d217a1af0b09 | 2021-04-15 16:56:00 | 0.02431773 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 1f10b2d485052023980cd74f55fddfc4cc44ad4b8e88e82d456d66a1014a6da0 | 2021-04-15 22:30:54 | 0.14444266 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | c8d77f0ca865ec3c9659e4721c68684e6bacd2f346b270d44d75256b402b9d1e | 2021-04-16 12:01:14 | 0.05426355 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 905bd45e16488f62e68479ca3f9249ae591fd03845e8c44477b5d811427c911e | 2021-04-16 12:37:00 | 0.02453810 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 02678c4002c2ad604c3da8688ddfbd734058e799b139949e7b1a4a00c54955ea | 2021-04-16 12:51:34 | 0.02480855 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 22517182d80c2c8bd3ec7a7283cdca68cb872001810304e69abed81ef6a3a0dd | 2021-04-16 17:02:29 | 0.02525912 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 0743ed70525167be2122aeb869414244703c1a3fe1787063b2db88bfd905f59f | 2021-04-17 10:52:44 | 0.02609443 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 80d1eb93f41c3d87c3118dc01eb37c74e8d286b1c4cd98b8cd12fad0f9e36a7e | 2021-04-17 12:09:12 | 0.02792383 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | 7cd5f63825f548e76a8079f15c4e17f2bb46f8c4454bcd1de54389d3686a5a93 | 2021-04-18 01:57:12 | 0.03332717 |
| Binance | 1AVwZwfwNGJsRU4WMjTHVzDmD9DRQqUkGG | BTC | b5e51fcefb49f0dc7cf23eab0fc847eeeee07770dadd95dfa9b1315d6f6dac13 | 2021-04-18 10:53:00 | 0.11727459 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | d7f2ea570e8463679158ba02d318b721de4f64c8fa9db6b2b32ba992733095e4 | 2021-03-11 20:42:39 | 0.00119093 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 1ccf40ba870b50fe6f0fcda2e3fcfdaf09381f3c98541aaf4077093f7595886e | 2021-03-11 21:06:25 | 0.00160780 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | eb08b00c52707a4449de9f2f7b5655a9e5d136cbb4c9d50e4c1af08ae89077a | 2021-03-11 21:33:54 | 0.00301508 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 83ecbb0636fa5bacd13ed5f405797bdcb9e032a83b366a0feed11bd624c95c91 | 2021-03-24 10:08:18 | 0.00007582 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 78f13861c9e28b064294bd9018bfdb9e0539d865ab6bf8fa5fef3655788a36d2 | 2021-03-29 22:39:04 | 0.00619830 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 234f519b6b767e810a57f9a1dcc34e3890f875b708b16861e3366c3c07ceec70 | 2021-03-29 23:32:13 | 0.00000865 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | a13e42ca6586678ccf695ebdf1d0d0f35731245044596750b7e6bf7b8dc3ab41 | 2021-04-03 06:30:27 | 0.00154738 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 764d1a2a1053646a4cb5d48387d2aee55f60d029d8cd736c93f405664d01a20b | 2021-04-06 21:14:14 | 0.00219284 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 73ccfa780435d5d3f6927a3112cbf9f24aa3c3f5ffb009c9bd0e001b85707777 | 2021-04-06 21:55:28 | 0.00000997 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | d761b092a8177cb80d6aa743b977442a821aaf8aaeaaca9e3c8e1a674c2c2004 | 2021-04-11 22:34:08 | 0.05070322 |
| Binance | 1AwhgUBg7ew6jcCpiun5zJXDmJMqo38HBh | BTC | 5be327e79042c8177b0785c337337210461c5f8ba0af98e6d1271416f33d01ef | 2021-04-11 23:25:39 | 0.00144814 |

| | | | | | |
|---|---|---|---|---|---|
| Binance | 1B8H2ZVa9c7ZKdqpaYn8VGwBeWk3kaqH6S | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00053314 |
| Binance | 1BbvtVeReMBKmsc68P4kvbCgP9oMbHCaqH | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00024234 |
| Binance | 1BdAZqoEcDsDWgDoro3ehAuudZqEMU7bWU | BTC | c638aa58173a85fc12068b9c0343951bfdc10e4996eec2457a3e01940ab66300 | 2021-03-28 22:24:57 | 0.01079729 |
| Binance | 1BdAZqoEcDsDWgDoro3ehAuudZqEMU7bWU | BTC | e31c32bb9c183c58538cf94477f73179507aa56ef629e8cb377b7b84f6e23fbb | 2021-03-28 23:01:50 | 0.00463975 |
| Binance | 1BdAZqoEcDsDWgDoro3ehAuudZqEMU7bWU | BTC | 8f01ca55570b06e3ddf06fa018ffdeb0a3f3e5b949879e253ffccf2b7772b8c7 | 2021-04-06 14:23:54 | 0.00858682 |
| Binance | 1BdAZqoEcDsDWgDoro3ehAuudZqEMU7bWU | BTC | 6a40cbcf6813d9f1186d92cda7ec8d74295cdba9291fb58803db4b3192ba6ce1 | 2021-04-06 15:32:18 | 0.00223473 |
| Binance | 1BdAZqoEcDsDWgDoro3ehAuudZqEMU7bWU | BTC | 2cfe3ea4e1883adcd36a773c30f15cde5215a9b54ed50b79119a9a795521e920 | 2021-04-06 16:48:43 | 0.00217806 |
| Binance | 1CEvgeHddizVumNdT2V2P9yRgHtQjuMfhM | BTC | bdbf4441fc6206a0c7864c013e6195db7150c0985a901fcdfe7222f738bea8dd | 2021-04-27 08:47:01 | 0.04244118 |
| Binance | 1CtZ6j5um9D1iYuMiBuhvk5oxQHLGgr2cE | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00058161 |
| Binance | 1Cu14xoaRpft2siLutwHoY8dSwQEPP3hUd | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00078147 |
| Binance | 1D5ob5FsPu3eoYGbweCv1U8AXNqbCTHBrt | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00339540 |
| Binance | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6 | BTC | a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 2021-02-24 09:50:43 | 31.01535275 |
| Binance | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6 | BTC | 3e37a8ece93f043460a9722dce8753f8c1ba7c2b8fef7e7aa07a4c61b07b60b4 | 2021-04-05 09:35:22 | 0.08468491 |
| Binance | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6 | BTC | ccb8b13df44d6f3dd3c578f21b131da2660bb7362da365213635fa86185f9c62 | 2021-05-11 09:17:00 | 0.04574408 |
| Binance | 1Fs4QNPYf7Zf7CeJiFmSkTK3kzvENVD5w4 | BTC | 8a5ec1664cd83eba24862e0c78f0f1dedec78c84bc2e65dd4461ea019b26c005 | 2021-02-16 02:39:49 | 1.39992011 |
| Binance | 1Fs4QNPYf7Zf7CeJiFmSkTK3kzvENVD5w4 | BTC | 59a08a43d6ac424dade060926cefd71cd8930dc275c866eabababc18df8970b4 | 2021-03-27 23:24:57 | 0.49996934 |
| Binance | 1Fs4QNPYf7Zf7CeJiFmSkTK3kzvENVD5w4 | BTC | ce1d42834bcf6f5f83119dc103680548b6768f3892030a8f5300958d51b045f1 | 2021-03-29 22:39:04 | 0.39999020 |
| Binance | 1FwAX1yW2szV6gG7YNJvRWY242dokFCrtf | BTC | 0d0044d2c4c5d9ef9adcd336962dd178f917e3984693c1b3e011806a0d137467 | 2021-03-27 21:29:01 | 0.00096100 |
| Binance | 1FwAX1yW2szV6gG7YNJvRWY242dokFCrtf | BTC | 9cc347b32e2f49a5b732d086bf89173785cf8512ae21187d4ab1a9fe038ed607 | 2021-04-08 19:21:26 | 0.00294509 |
| Binance | 1FwAX1yW2szV6gG7YNJvRWY242dokFCrtf | BTC | 14effb1de61bf70760c7139fd92ef667799c2a9e29b3ffd6d25344875fec5660 | 2021-04-14 21:41:19 | 0.15113284 |
| Binance | 1FwAX1yW2szV6gG7YNJvRWY242dokFCrtf | BTC | b56dcd4af56cc56e12c4885716baa37b576dce956f8ba9cfb7c273c53b6be952 | 2021-04-14 22:13:51 | 0.12341867 |
| Binance | 1FwAX1yW2szV6gG7YNJvRWY242dokFCrtf | BTC | 1101f765236f212a91d806781c21c46b0745ac0b541b497b80c673b404131956 | 2021-04-15 20:28:02 | 0.09183243 |
| Binance | 1H2yJHHFnKieC7SsY6DFAM7TYC4WZa7uF3 | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00014540 |
| Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 1ba3c1fe18b21c45022670a028d2b827e23defdc35dd811b9af98f4ffa02ee7d | 2021-03-26 21:30:05 | 0.00453100 |
| Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 5f8f18b074b8a7eb133bd5135a748c78683f94a5eeeeb6058110c67ebaf65873d | 2021-03-28 05:53:47 | 0.09329742 |
| Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 3a43b387f4021b51a72f0c10ae570d764a85cc0d7bf6a79ab3dc0127a9afff6c | 2021-03-28 07:14:45 | 0.07365476 |
| Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 3b6125eb9e7cfefd37f2bddca146039567f1289cff91b7fd79ceab47cff8ae32 | 2021-03-29 18:33:18 | 0.23665197 |
| Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 42572e7a8e50ee02252b1e8d7e5f0e5cf9f0feca7ad43cf1df7879d092e182e0 | 2021-05-07 14:58:53 | 0.00369815 |
| Binance | 1HDWAto9mD4vwZkxE7RZ4nxvgYcA5vJQpG | BTC | 8ddb9fe0b65e1025e779e00435455c0219a2271285 1e833a0b9d02593a9fc86c | 2021-05-09 05:28:18 | 0.00926328 |
| Binance | 1HVj6JWaAqu6JSjhQeq9YpG8kRCAywY8nk | BTC | 52756db7712a569ac82cd5ed62637eeeb234de79066a58831b36c521f72a12ed | 2021-05-12 14:10:25 | 0.62037124 |
| Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | f3f78aaf4ba2b3c9ffdb40e5423535dd647b3abdb3800f8178f2d686d87d44a5 | 2021-03-27 14:28:50 | 0.59999651 |
| Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | 5522e9d587ada60ca9d187abb975090aaa66eca1787ede5c0d87fedbb49c3ec1 | 2021-03-28 14:03:22 | 0.70461396 |
| Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | 76dbfe70571127d0d9a8edc5e0986abcf774a252cf2da025a0fb7dd340ecbfd2 | 2021-04-04 16:52:51 | 0.01168993 |
| Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | 0e9976591f938d216f83c3739774ac6ab7c645fd3809bd9259b6d926829d34fc | 2021-04-06 16:00:31 | 0.01378627 |
| Binance | 1J9UZvdFP5betiX2oFkeHBcDjVXD8ceFPV | BTC | 9141a8dee160af1a3395e88f10e80d68fbe5bbb4e148df618f5db82f7ac4e2f9 | 2021-05-03 22:36:38 | 0.00281715 |
| Binance | 1Jng2wyCNtazHWkWQqnr2jEyiCLV1pMwV3 | BTC | ec6d1c0d4c27aaf5d3b692a67286fc3265425d1ff42638f844a3f23aff3f28d5 | 2021-03-28 19:29:14 | 0.00110032 |
| Binance | 1Jng2wyCNtazHWkWQqnr2jEyiCLV1pMwV3 | BTC | 72289c5cf5fda6cd3b4ed998bd134d0595f17e2fa067759b265aeee1c03356c7 | 2021-03-28 19:38:27 | 0.00135786 |
| Binance | 1JqTtxMPBUV1WDQyrGyYHj69KhDgK6t536 | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00037974 |
| Binance | 1K1fhBqtyGuTQCnFAH4T2Rej6AzZK2fuS7 | BTC | 245396e449ef830f3962791d92c5be0b3e81a1b78e6b85150af9f5753648d07d | 2021-04-21 17:40:29 | 0.00665164 |
| Binance | 1K4GgB2j8xLX2sJDvQ5ob4joHzwdK4XMtF | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00189901 |
| Binance | 1LmFmScFggjDak4JBZqJsxhAykRwYtkTFv | BTC | b8873883a5812a944ff4f9efc16de853b33ec3980ac7c31e24195f61783e54ca | 2021-03-27 10:21:37 | 0.00203493 |
| Binance | 1LmFmScFggjDak4JBZqJsxhAykRwYtkTFv | BTC | 00022cf820b56251f02c7adc524e68626be706c4cdb3bbddf3d5794c65b155bf | 2021-04-04 11:22:12 | 0.01875585 |
| Binance | 1LmFmScFggjDak4JBZqJsxhAykRwYtkTFv | BTC | 718e1d4aa237a748003820ce72d1ed811d770580dc37e6ea62a8ab8e47f9d8e0 | 2021-04-05 05:46:37 | 0.33661981 |

| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | 4e22c03571bdd9d6513833299df521bed106aa0e091d85eadfc3f271eb244797 | 2021-04-27 18:07:07 | 0.07738889 |
|---|---|---|---|---|---|
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | d34650a1a45e3ad60ec4882fb6d2514bcc54ad468ea5d8ebcdd1eafc963199e9 | 2021-04-28 16:08:02 | 0.09785386 |
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | fedd2f7690c719f94ebcec3a2193cb3db5602157eac7b708898252bf382799a6 | 2021-04-29 06:26:08 | 0.06599198 |
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | def6fe699273fcb11d0d155df580f57bd3e17acff86e228a1d84c4d871ad4507 | 2021-05-01 16:18:20 | 0.01576395 |
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | e82ac5bbdad15a15f1c1b55010b9d395f4263221100d283900fd9bc4a6551363 | 2021-05-04 05:12:55 | 0.00450549 |
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | 3cd560d118a36dd34685e119c0e4b64b110a3a6807d31fa4ee07b74c6cd584e2 | 2021-05-04 12:07:55 | 0.15780868 |
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | b05b1a551e77c9d5763fb1de0fc28fc5ebad8c6d5329824ad08b976aab4085d8 | 2021-05-04 14:01:22 | 0.00231821 |
| Binance | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | BTC | 7e09c6b2f3a449ae13bc0969c99040899bcdbccf1eece856db00dab2e087548b | 2021-05-04 22:14:43 | 0.02450416 |
| Binance | 1NNC1t8quVLQz9dn2ZGQqZAsZV5dFEYEPe | BTC | 77e436211ffdb0c69c387e0a10b479dc79d42f0879e70a298f4d76f4f01ad68b | 2021-03-29 17:52:04 | 0.05582116 |
| Binance | 1NkFXyXcaYKqnuc3EC5JB1CnvHjQYH1x5 | BTC | 6399fe78db5dd5e6dd0980cd87e03ecb9f0f6c3b6926e4d3e5590acf9a000e71 | 2021-05-01 21:59:47 | 0.43064220 |
| Binance | 1P1LCMr7U6jxf1Mx2XYTRPQzRSsvjZcTc | BTC | 2e8d9a4339e1a773c29b3eb23038c8022f66715bdcdc8e123da05830b9328efc | 2021-05-01 09:50:27 | 0.13953806 |
| Binance | 1P1LCMr7U6jxf1Mx2XYTRPQzRSsvjZcTc | BTC | 56c1528b62e5cc52b3cbe1128fcc676cc0b40aed08ff7d3c8a58507abc1d6800 | 2021-05-01 23:27:38 | 0.11054845 |
| Binance | 1P1LCMr7U6jxf1Mx2XYTRPQzRSsvjZcTc | BTC | aff3f6c386748e3b4bc1c1edeea0f23d74dbd11cf44f15aa9cf78545e933b5d8 | 2021-05-04 16:32:35 | 0.09519541 |
| Binance | 1P3ZfqsFGDhXBENCWPU7KgRy3UpnaETdgv | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00805430 |
| Binance | 1PMn1fgKij6kaZhxdc54hRBrEUdqRATjfQ | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00127954 |
| Binance | 1PTQ2GAzwwWfTeQSD1PSr1UY6H32eWvGBe | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00202579 |
| Binance | 1PkticzLejDPMt2KKm2Cqd6GuQ5kUxDAvG | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00170709 |
| Binance | 1didjYseKNzbDEC6wcfoT8DJreFrMXPKE | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00049243 |
| Binance | bc1qhjja98qwyf8lhw480u7aq2je7vhstluvz3cqzn | BTC | 41676ac91ecdf06e73a40d4de928fa55f5370b4f5bdc6f396d03a59114fa170f | 2021-05-12 13:09:23 | 0.31639317 |
| Binance | bc1qhjja98qwyf8lhw480u7aq2je7vhstluvz3cqzn | BTC | cbd1edb1a27ca1a95f16899ec3ae405b17460d91c43fa28188911e1413ebd0a9 | 2021-05-12 13:14:01 | 0.28130160 |
| Binance | bc1qmazmlmkyl3995l3qw49uya2k97wjcrmumwg8ct | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.02788380 |
| Binance | bc1qt73y0anphywgrf570twd0htekatr435d9xf5mt | BTC | e34f5d750eca9f417b909782f274502144da34c64c2c8bef957d14d608e5e73b | 2021-04-19 18:22:10 | 3.58410164 |
| Binance | bc1qvw0876ldh6mfcmdv25xu9xqmfzth76lawkxhyd | BTC | 981634852f4d7720549eb6775223ee91bf2a39528509e930c174a568e44ee9ae7 | 2021-04-25 14:54:33 | 0.05699151 |
| Bit-x.com | bc1qpq00d2yg848ljcsypg0p7j5gttap9l4attpjw56rzn93x6cwqd | BTC | 5ace7138defdb516c7f8bd91300cc9ab55771410d240f213056c4f809e021c60 | 2021-04-08 02:56:14 | 0.09098950 |
| Bit-x.com | bc1qpq00d2yg848ljcsypg0p7j5gttap9l4attpjw56rzn93x6cwqd | BTC | 7772b328c80f80cfa6a13a9c617351c55123a4aa63ea41ae680da48d232e3dcb | 2021-04-08 04:44:27 | 0.00242830 |
| BitPay | 12R7zz6wFJT4wqA2RLxF7iKALGdQsowGoZ | BTC | 9e0c32252989e205e06e9d0bbbd49c6b14ec6f62f04cb6b6b37352bda61952f9 | 2021-03-26 03:02:28 | 0.00028479 |
| BitPay | 13eXZLH2H3Lyw9TywPaPh5ZrdtKGGy5Jyz | BTC | ea5038693c67c4fac7251ed177471412650d35e0abdb85da96f3be185ec4500 | 2021-04-08 00:44:45 | 0.00222498 |
| BitPay | 146Q1aMf93NLHMaD8Z5btDhfj5zjAquLaY | BTC | 24d9ebde05c5766acb90114cc191a7ba79ec100e2db2cde686cff316330cacee | 2021-03-27 08:11:24 | 0.00720113 |
| BitPay | 15v3VjaoAnDmdTYG8rNQNPN4i7REvqTKki | BTC | cf562b94bd10412a85ff4157645cd6bd19ab5edeffa68cecb2b92b4722fe8b3c | 2021-03-26 02:28:28 | 0.00496409 |
| BitPay | 16ZKLuDw7PA4uv8wwdgiP7673kc1t2KsEv | BTC | e2d5aacb641cdc7b20043f3ae5a8ac87d5c106e011efa50097d976ba12cb403f | 2021-03-26 00:41:44 | 0.00794325 |
| BitPay | 1791YvxUYpBQpM5qtFsHQNbUEbdp5YmEdJ | BTC | 3110045546e08e58f40a709bfb4988b82431c3220af8e8d5733256e604df0980 | 2021-03-26 02:42:50 | 0.00762022 |
| BitPay | 17pZbh8Dt3i2WTkf3G1LcDMdVbQzDApUgW | BTC | 3cb45c604468c467f74826b5aa4d8a452e025e85309238531255a266e316f9f2 | 2021-03-26 03:23:45 | 0.00081375 |
| BitPay | 17xJqGdJZWGXWNZqcbwZMsp9KxxUD4Uspi | BTC | 57d140adf239a21e60757d53cc9484345e8668a7d77a0d232e4b89651bcdcc | 2021-03-26 02:28:28 | 0.00760061 |
| BitPay | 18eimRUWAukmcKA1AaWW37FwJxwFU6Bfhb | BTC | 0d8bded6afed635b09e2b09ade1f69650dfcadfd8ce9a44a2fd0ef53a7ba172 | 2021-04-13 19:21:01 | 0.00020468 |
| BitPay | 18gUsZnbEtNTP4DLeYtYUz1WU6FZUZMJhb | BTC | 1f6c39c343eac60f50bebfb1ef95ce5424b699f585b9ee2e36d91a2505e34d25 | 2021-03-28 13:25:45 | 0.00709778 |
| BitPay | 18jv7C2GbVmWDmSPKTH85ghSv5ABHnRkYj | BTC | 97659f5d2ada498fcb4ef08bebb08f768e8cc06be2bd92e00b66598c18120ecd | 2021-03-27 08:11:24 | 0.00227442 |
| BitPay | 19BbvEbfEoNz7zVorYM8aocwWu72BAMegW | BTC | 2a8b5bb22131d5ee88b713723806539a17ebd187a1a45d4f772b449132dd1bff | 2021-03-28 12:51:41 | 0.00713739 |
| BitPay | 1BfDSMRHrVjxpK98vyxJhbwK7uPTtTds4Z | BTC | a8f6c6b392a9c4280e418537557b3b0b93c6efb44ba30182047361b349a149c3 | 2021-03-28 12:27:49 | 0.00714697 |
| BitPay | 1Bhokc3CYo5DXhv1JDyoy1joqCNasMmDB1 | BTC | bff28b51cb2fa1051115c4aa02161b9eef24cb55f7143d85b845afa395d2ba | 2021-03-29 21:16:19 | 0.00416622 |
| BitPay | 1CETpaokAn7gchZ9NtUeYx4SUc24NNmcXk | BTC | 5f703cbaef2619e05526c9060e5bffc84d31adc57c5213b3e9680fda914a3d87 | 2021-03-27 08:01:52 | 0.00720618 |
| BitPay | 1CMxPQxuQ6xq85VHGNGZyz21dfkWFQo7Tn | BTC | 0bd76771a6a27dd04d1a29437fb99f5a7222aae91a1ec1d580cd12b1133aa69 | 2021-03-27 12:59:10 | 0.00877862 |
| BitPay | 1CQEshMmnEdnFAzMtPEwxLT6vpBu4LdtP5 | BTC | 513966f8b4467248e19ba635a07393de46bf3930ba74d62e9cd77ffd47f5d0b5 | 2021-03-28 04:04:33 | 0.00718539 |
| BitPay | 1CyX1aSqmRYTLQ9rAtR9nzp5retoM8UjrB | BTC | de9624c61b8d933e0df0b61620e369e5c536584f26d88c0642bbe73f1a3c665c | 2021-03-28 13:02:58 | 0.00712063 |

| | | | | | |
|---|---|---|---|---|---|
| BitPay | 1DBv6KMvJ1SK2Ldt56Sqmxk8rVxSFAJMPJ | BTC | 252a3a9d5493ced3706ecf6b2f3634de7dcc30f18f8b4065495180c2ecd6f49d | 2021-03-26 02:42:50 | 0.00760797 |
| BitPay | 1DWht3Dszy4ABz45gLqLiYQJjYe8yM3VX6 | BTC | 40a2e9eb8dba2c736cd3f1abb491bdaac6929c00c97581b0df5470933db7011a | 2021-03-29 02:14:09 | 0.00494959 |
| BitPay | 1EdcVZsf2ndtFFx5S3UbUktWeRJAFvFtu6 | BTC | 715dd958533a3a0a8a72dbc1a1c6c1f6b119a90290bb23b35b7ef221ab71dec9 | 2021-03-28 13:25:45 | 0.00710824 |
| BitPay | 1ExHYKCCVdxCGsDFkMfd4S3w3oNeMLM2nu | BTC | 49b639b23f40460e606118595766dd5078a17caa2a80bb6baa69bc8ab2edd329 | 2021-03-28 13:25:45 | 0.00711757 |
| BitPay | 1JPA41gJt9Kx1zX9qSayEBUgiYtSCSaw9V | BTC | 7924ac893a4db0a2f37db0d925490a240b966b00571a1dfeb14794300aaf9940 | 2021-03-26 02:50:43 | 0.00498901 |
| BitPay | 1KHJHAddCLxZ1QfympG4L5opDEgTSKfwsa | BTC | b5f6515536d274cd1d95970de35c480b512bf43ed4d57c8e96eb01dfc4a59430 | 2021-03-26 02:28:28 | 0.00494917 |
| BitPay | 1KtKJjBEwu9yTAjj7CknCS7vLp5DJ6QHjA | BTC | b2365537795a81e796db2a6c0ed5a5c055080c460bdde8652d8140d146e35c68 | 2021-03-27 03:28:02 | 0.00866824 |
| BitPay | 1Lq6r7UeLFm4DfUfqwc4jognjSFmg5GXcJ | BTC | 96f87c41f013d69c192074d12bf257055d650e6664478eb66e86edb6e90102ee | 2021-03-26 00:19:46 | 0.00381552 |
| BitPay | 1MRyQAqeznfNgzEcPTuTnvnDNYmNLq4bsd | BTC | 720f1c62e70a81a698cf7047e2c86fda211b5d72ae0ea3358629781df29ddc71 | 2021-03-28 12:25:25 | 0.00710270 |
| BitPay | 1MdmSsJH816iTAvN2Uu2S6Ap686hPcY7e7 | BTC | bccb1a22946843c20f72dd7feb2620134dec2b472c4603443a1819cb9ad642f6 | 2021-03-26 03:04:24 | 0.00526815 |
| BitPay | 1No6UhBBJqF1jsFqms9FY37KBc14danXC | BTC | 9d674359d02b30907a31b91400da87edf4d365c3f256e576670fadac0371737e | 2021-03-25 03:45:15 | 0.00341200 |
| BitPay | 1NvXnttZoBraRDEdUhd6hrcbqYzD4Aq5yB | BTC | 1188fbce5a28df9c6fd1bcaf687def1a078649388aa1366cdbb7239ea7578562 | 2021-03-26 02:42:50 | 0.00497610 |
| BitPay | 1P7sWi3yR9gQmp2dSDb3y2kEbjvbor6yXJ | BTC | c203862f182d9b9cddfd2b48b33ee833fffd1457adcb434b1b997188dd54b491 | 2021-03-28 12:37:27 | 0.00714161 |
| BitPay | 1PRQbL2x6AYuthBDPxEsQg8au7242pJGCq | BTC | ffb8b056bd05d18c6f9bd7f643f4ff366d9f7402ce387a42cd5eee555a6688c1 | 2021-03-26 02:28:28 | 0.00383022 |
| BitPay | 1PjSCMKAR5bcMRYheVyjKAcAtnxX4Wvxzq | BTC | 5cdaa05c9811180825d753547714bf26e22132b0db41829b9e96b07f392a096e | 2021-04-13 20:25:23 | 0.00062110 |
| BitPay | 1PmgPt9jQzVRtWyQXy45k5D5szfmn92ptz | BTC | e1c62e9869c6d41d7620ffd7f498554128371124 4aed570dfbd667ca050ce433 | 2021-03-28 13:25:45 | 0.00710445 |
| BitPay | 1Q69skg5Ec5Xh2Rj5YFEuimtyB9qiFNvrq | BTC | 6d3a4d0cc79bd0e634e7343f8e3a040ae29c88870dbb79b3e5ca2273cda8a28a | 2021-03-26 04:56:10 | 0.00196185 |
| Bitstamp.net | 37VWXtmckaPrKaeARcRvToJsEWLxeQYutd | BTC | a57618664f4800c4c5d5dcb92fa3f8dbacdb00a2f4d4d15adb15241a07062d41 | 2021-03-12 15:04:26 | 0.09649985 |
| Bitstamp.net | 37VWXtmckaPrKaeARcRvToJsEWLxeQYutd | BTC | 1bcd3f2c1795ca747173b86ae926344f061f65b349bd0a60195c3af65b4d84e4 | 2021-05-06 16:41:07 | 0.04675604 |
| Bitstamp.net | 3QgTU5fwPWHMNkbx4fhwU9MgPzPbrYnXqY | BTC | 9c87cce7e99e95522a8e28b5c63cab1fa293353ffd8e9497bdafafeae25650ab | 2021-03-08 04:10:29 | 0.01556411 |
| Bitstamp.net | 3QgTU5fwPWHMNkbx4fhwU9MgPzPbrYnXqY | BTC | 8a488ceb30b974f673ec7883f2855ef71fc5cb238f54c4541d15ede1100887a4 | 2021-04-27 04:01:46 | 0.13900212 |
| Bitstamp.net | 3QgTU5fwPWHMNkbx4fhwU9MgPzPbrYnXqY | BTC | 512272e49ce2897b3da12363c6e06b36bd6ebfb7036fffca547ce76bcb781952 | 2021-04-27 10:10:37 | 0.44955517 |
| Bitstamp.net | 3QgTU5fwPWHMNkbx4fhwU9MgPzPbrYnXqY | BTC | 4c07b5747f83768b64cc144ce30575ec3994a825465cd9f07cca9c017a9b39cb | 2021-04-27 13:53:39 | 0.06607506 |
| Bitzlato | 12TPH1Dxcxjsvo0fYmJYiMRAuR2VEsJRbc | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00016964 |
| Bitzlato | 13i3RJoj1vqRpu2xpTCw31AqfDrY24v5JJ | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00162699 |
| Bitzlato | 14QYnY39ajDZqVAYMxze6DxLvLGsPjTnpz | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00067854 |
| Bitzlato | 1E4Hzou5vejtt4FjFE1BUpvMgg4a1f6LUM | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00075318 |
| Bitzlato | 1EUHc7AyuNcm8puN4zxeJUhmbHMcuUFvkR | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00024234 |
| Bitzlato | 1EWbN8Gyey7L88RQz9vPMnmwvsX8BUQZkv | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00073961 |
| Bitzlato | 1GjbR33A9ogTX33VgJ2FxPfjnqH7e9Cevr | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00094936 |
| Bitzlato | 1HcijUuBqfggiooJN9bdzJidhBRAoLe7DH | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00012117 |
| Bitzlato | 1JNrFHZ8fg1vVHfjRJyRezUzh9xX9rkvpA | BTC | d22ea32bccf808fabfe71c484eff4d18bbcfc43840cac5c55a26920e7e881ff8 | 2021-03-15 13:08:34 | 0.00966093 |
| Bitzlato | 1KXBjCs5keXhfnMuqSgPwM8YcZpYUr1sJo | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00042651 |
| Bitzlato | 1L6MY616hLsR11sSqWDq9HvkNBc3DSWz6P | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00092039 |
| Bitzlato | 1NTzLYqrY8mUhjuC4vuCEDUq1fxnbieU4S | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00379744 |
| Bitzlato | 1NtxK7zdzyNpqhMcKhV9Up7MVcMCwJtdd8 | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00052868 |
| Bitzlato | 1jTLACDZftYdDyb4UTKHZXiYgGMVvt85i | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00105853 |
| Bybit | 18Wn4PdYZXrrxyMdZvMofyLfNKWVtCZviM | BTC | 6bf2cbc9e98590670006a9b4a5587cd15bbb46e52f9c4998bbed747172b6feec | 2021-03-24 16:16:19 | 0.03745606 |
| Bybit | 1DEBVQ1bVgvMXFmrTHi7AWSCaQGBCm55NB | BTC | fc03f41ba4a3e61ebc9f64c6ebe40a4ad02b84054b098ce98d646daf442cf912a | 2021-03-10 21:06:18 | 0.02121878 |
| Bybit | 1DEBVQ1bVgvMXFmrTHi7AWSCaQGBCm55NB | BTC | 4aef3f09192a20d49a596053e3543ca5d4448838805237343dc0fe2ecbebfde4 | 2021-03-31 18:03:12 | 0.02776982 |
| Bybit | 1DEBVQ1bVgvMXFmrTHi7AWSCaQGBCm55NB | BTC | 94573ffc37056c543e82659998a5022c85554451da3ce4846d8a5d6b990aacc7 | 2021-04-06 18:01:50 | 0.03206171 |
| Bybit | 1DEBVQ1bVgvMXFmrTHi7AWSCaQGBCm55NB | BTC | 879e1b5f82dcc83218df76f10ff8611dd64f93ec0574260794a88c12b1ab686 | 2021-04-06 18:27:47 | 0.03259911 |
| Bybit | 1DEBVQ1bVgvMXFmrTHi7AWSCaQGBCm55NB | BTC | c85a3c15c482a980a80405b6f8d745fb40ce5dc83606a9339a27f1a9552ec1b0 | 2021-04-06 19:10:10 | 0.41628275 |

| | | | | | |
|---|---|---|---|---|---|
| Bybit | 1K2NLvcHwup8FbGiUVdRWefKxnTCLd8t5n | BTC | 476754a00a6ffb63b9f070af88a89812eb2c2c1b36653a411c1774d24f238091 | 2021-03-25 20:04:03 | 0.90420114 |
| Coinbase | 33Q4U6rx7MQ2VFNMTBQS8nQY6MhmE68odx | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00065465 |
| Coinbase | 3534rCmXrZWnJLLTrvot6FWd3LaEYh2crD | BTC | 7bbd02a534cbd10c4145655a004c7ec68c42d3abcfb53ec23f1c0aa4f19df2a7 | 2021-03-28 14:05:15 | 0.01227020 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 2bc41209ab1c32939fbcffa8d15f95a41b7131df1e92c6298365654cd626b717 | 2021-03-01 18:17:42 | 0.00141078 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 6ea18378de0b1fa841ed65dd9c064b7fa84e59209e9820922009513488e6cde6 | 2021-03-21 04:10:12 | 0.00043869 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 97029a8d5283c7c14c3c5c640ec749c22b829353f74cbe91263bd1d1905253bc | 2021-03-21 04:38:47 | 0.00083033 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 182b71aaa3c387797a566dd35249a5af7bc4a5dd67955ca435ae324f024fb91e | 2021-03-21 05:03:02 | 0.00076389 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 1190939cc93d86b5a82ae62ca8e7e3ce9c84b0204a10bc68386fb9c9425db89b | 2021-03-31 10:21:41 | 0.00000634 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 8be66cf5099383fe650a21b7408c62a345e8895869c7d47473db9fc79aff8737 | 2021-04-07 15:59:49 | 0.00127627 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 5b043bf87ca0dbd36e54a391d37c1ddd56edbd917b5a1e5d2d0566b637b7c6e5 | 2021-04-27 02:59:38 | 0.00063064 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | f932140079edf7aceda30820f4e0b2bf74ca793b096c5ca27c64be75f1113850 | 2021-04-27 04:01:46 | 0.00128389 |
| Coinbase | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 | BTC | 696cdf6ceebfd76b0c2d3f9bf1ff8dbbceae3216a67c606b0f70935bd831c5ab | 2021-04-27 04:46:30 | 0.00122832 |
| Coinbase | 35yxnumGu23y5FYnRLssntZ86nUQZqkuCY | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.01937410 |
| Coinbase | 38XPedM4jJMEwKrcNqAQqC5tP5je4gLrab | BTC | 8f746895ac2fa426871a2f6d8f7455de8f71baa4a79334777fc128e1e0f85326 | 2021-03-28 16:43:15 | 0.00810290 |
| Coinbase | 3EAiVag1JX66dzY7yCQhxFeYZfMCbAnbnq | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00024234 |
| Coinbase | 3FEzY2AgCidfXefCN7r4Mbx5a84a2eTf4Y | BTC | ec3b60c7538aeeca430f7d6a1eae174fce6f526a052664682f7e0f5b6fa71165 | 2021-03-26 03:58:59 | 0.01626392 |
| Coinbase | 3GNkobXFTL4CKBrbstbhpbJZrTeustXPZc | BTC | 76f4b72d32e68abc456178e661520c0490f38577c3b93475c3b47c3441cb28d | 2021-03-27 12:04:48 | 0.00013114 |
| Coinbase | 3J2bKx92Fbe919SEZypQe35JnSReNe2J2W | BTC | 509107fca4c659bc08bd6e2e32e599da0b314196629d3ba462036137e71bf7d | 2021-03-26 03:05:18 | 0.01028796 |
| Coinbase | 3KPBDxCrg2fv7veoXNoXhS366Hb7uqqbwj | BTC | 55a1bbd1617169db843948e02ac9f678b73ba052cf5beb79cef1d099ff186b8a | 2021-03-28 17:15:17 | 0.00314864 |
| Coinbase | 3LHgCkSGgrj2xp4Fsafew5JBYJP8uVuuYy | BTC | c818c087c2a64fc1fdcbcf868da8f505299d17a302901713e1651099c63b24ef | 2021-03-26 05:24:02 | 0.01296566 |
| Coinbase | 3PHjWsJXCTWMHoeVjKpznajEYsXcWU77qq | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00058645 |
| Coinbase | 3QSxE7FqCBRZj7SGTosB3S2koQsagUiRbp | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00020356 |
| Coinbase | bc1qm3efrzwvwmqz5va3hzjh2fu4tm2nkjrgxvt20q | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00082561 |
| Crypterium | 3JcqrrJcEEMHfsozSyVkQMvtnJs7bAyd6i | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00058936 |
| Crypto.com | 3CXDfdypUbQdu14NhhAfWerRcsifL8cTGk | BTC | 8b5b8611bc4675377e72fc2076f765feec72e71a12e46bc7102d146c19f81673 | 2021-03-30 03:16:23 | 0.02965372 |
| Gemini | bc1qg3z6gv0gyn2pw3ktnr9h4ehfzcexdxq0yy8plc | BTC | 757e9488b44b4042f7285d0161194cd51426a99e248d2eeb188968000bed08ee | 2021-04-07 16:14:27 | 0.02888805 |
| Gemini | bc1ql8c2rgv2qpa25cc77usap7lvsvms6tgyv6smxk | BTC | 07c9a3e24f5bebb9df8e1677d04269c5ab4ca8f8357d6c77aa4fd5b2fcc5e7fb | 2021-03-10 01:12:35 | 0.49952726 |
| Gemini | bc1ql8c2rgv2qpa25cc77usap7lvsvms6tgyv6smxk | BTC | 66ce6e97445d9b991b2563bc0ba6908bd88f771228bf15f75d76b8a95b16c53a | 2021-03-15 01:49:36 | 1.41829825 |
| Gemini | bc1ql8c2rgv2qpa25cc77usap7lvsvms6tgyv6smxk | BTC | 51a299813e5afe3eced3989e378adb75b861ff2767532bfa3de40dc29fecdd52 | 2021-03-30 05:38:04 | 0.10750110 |
| HitBtc.com | 35MiwdASDkgFqUa3YQfHFucggwNYjrBjeG | BTC | 494026f8a2840edbd0a7fdbe6f2a74a4d137421fe67f8e9985f156479f367543 | 2021-02-28 13:02:44 | 0.32627438 |
| HitBtc.com | 3HVfPsMegSmX1PwUcmvRyqCrXng4tQpbzX | BTC | fbd045001201d8f0d836a16346d8fa557e384f6a78f85aba009cec0e259702f6 | 2021-04-08 05:52:57 | 0.06061241 |
| HitBtc.com | 3HxnoQXVhPXeZyqgmTRnV4pDJaZME4k1ZC | BTC | 750ef88f2fd3e523524bd67a0915dbb10e2ac07302cbbb6ccc8336ba835ff046 | 2021-02-28 13:13:01 | 0.15456499 |
| HitBtc.com | 3JSc8fYRWsn6qAq7UnZE8Q9vm2aE5Whg1b | BTC | 5322d48a2593f5f31bb62fe68f10b920709215e01beb2a995816e063614f2b6c | 2021-02-28 13:13:01 | 0.30698342 |
| Huobi.com | 13z7nQx7nLJNdQPxMa4RmVgsfqhhm9sgDC | BTC | b30e00e9e6dec81b444870b97bb19cdb1e46a7b0cb87820115c52055ea7b96ad | 2021-04-05 09:19:22 | 0.05261756 |
| Huobi.com | 17oXZFjxV3TRwPGRB5gwxEttEupphM4k3U | BTC | d10a7e93e2d3d674d29e66e606fc882a273b54e98b2224cbd528b9f5161884af | 2021-05-05 11:18:12 | 0.05699151 |
| Huobi.com | 1DgFr4KzUZD9cpgnBZCypK9iYeHb7vgRH1 | BTC | 4e2b24233a93346093da1aa22b826f7743d5f43bedd05649f533bbc78541f8a8 | 2021-04-05 03:53:54 | 0.49992347 |
| Huobi.com | 1J7W1QdckENxyrE4mECLfgZXvgJj3jy6iw | BTC | 0d0fb5e2667977fa049a050dd69b38adb20db7d9be4c7ad3da91909fcb74a0d | 2021-04-26 13:38:26 | 0.14684365 |
| Huobi.com | 1J7W1QdckENxyrE4mECLfgZXvgJj3jy6iw | BTC | 075a6ac4f1fa4f02544e259492ac6472374056489c3e2d22811ca2d361c62c7a | 2021-05-03 21:53:18 | 0.43136660 |
| Kraken | 38HyrjdARosXGr8SXyzLQLWuSCdi8hqcDR | BTC | 1678b9b693a4a5d30a0e504dd41005c996f9f3a289d6b244b9192d0462037ca9 | 2021-02-27 15:21:00 | 1.39992011 |
| Kraken | 39SaPmECYfU1EHc6Gxu1mYiarudJ2ywY42 | BTC | b00cb09bca7146c700c2dc98d67191fe7a21c17010a2d4ba75b6d1d587de1a38 | 2021-03-14 04:10:10 | 0.13149559 |
| Kraken | 39SaPmECYfU1EHc6Gxu1mYiarudJ2ywY42 | BTC | 30873517330c8d3524fc2df61f6ffb7ece1a20a2fa7d154b7e8d10e666caf8c | 2021-03-16 03:49:39 | 0.10723812 |
| Kraken | 39SaPmECYfU1EHc6Gxu1mYiarudJ2ywY42 | BTC | d7fde02a0c2020a94f1062fa8945234a556a7753c11aa40fc5ad54c5ed8c6ea7 | 2021-04-11 22:06:01 | 0.06193736 |
| Kraken | 39SaPmECYfU1EHc6Gxu1mYiarudJ2ywY42 | BTC | 78a9c89e4f7dee223a360b8dbad083f5fea9026198f5561099aff968177fb441 | 2021-05-07 08:25:40 | 0.00516423 |

| | | | | | |
|---|---|---|---|---|---|
| Kraken | 3HGdiSbfnM3FH4CapoDctJ1ffXz8cd56er | BTC | 163400fac0a63015b4f8fa27147844d74e775e18489b987a2b9878a438cb78b8 | 2021-03-16 00:09:13 | 0.05276544 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | bec8899b602b18a270e61c3daed03f295289d0491f923553ea72f31c0c10a315 | 2021-04-06 23:56:53 | 0.04350350 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 85fa7110dc547ade4f6a0b5adfe319c37424b43c7dd5ce0922f814625977c378 | 2021-04-07 13:14:22 | 0.33778742 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 17e93b4707ba82d7a324f8a6e4e0f2ca03bc3fda0826faf51903f05221f0b75a | 2021-04-18 08:02:40 | 0.00024321 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 25d8615cffecb1822f9f476db7fe15eab917ec893d5a288f25a0a71f7ed0fbcf | 2021-04-29 19:10:03 | 0.03520630 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 41a5d08c8ca64ce7a98abc79e4d6d9b30bc498ebc1873639176c3ccb9abf2e78 | 2021-05-06 07:01:41 | 0.01890440 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 7f1419c3acb924f1fd60085efde2598dbfefb04635fa1c72f6139eb2021f168d | 2021-05-06 12:53:18 | 0.00218700 |
| Kraken | 3M1NSfWJ2jHnBuiXEekivi1qiQtK1hKydv | BTC | 6abf5c24cca9c04b9815b6d94a7244a47b99d7d40a888e36e713a8fb329334c8 | 2021-05-12 08:08:59 | 0.01885794 |
| Kraken | 3PzcX5g2w2xpsKMBbvUFeUeD4ZFNoSXq4x | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00007375 |
| Kraken | bc1qfuddrpsmkymngxkm4nz99ac95vrxad7carhxp945ajrcrpf7 | BTC | 77cd7c1f5f497c9d2971a075116b4e2967ec0479e1fff702e6feab48832dde18 | 2021-05-04 06:33:22 | 0.59450753 |
| Kraken | bc1qlfyznlvatcm3wchudqmx79fg5u0xl5ejx6dq8xx6p3sr0ksnta | BTC | 4b2e43cb1f58103206c3c1e4384d3d35631483166865d059aff3f01b27a4c1681 | 2021-05-05 23:39:43 | 0.01957083 |
| KuCoin | 33MR4crDhVX1cG7f2tz6ipJk6vzerapUqx | BTC | 7b96ca5303d49e1b2b8d91282a7778e9463f4159a052e9da75ba4f325c0a891a | 2021-04-04 06:19:25 | 0.01115922 |
| KuCoin | 3CUXYBg8ZKgFnQpxc7jQtytKy3gmFJPcY2 | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00150644 |
| KuCoin | 3JtozJ9CCkfw9KUpUD6tZnEF36bv4Mv54A | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.03077355 |
| LocalBitcoins.com | 371c1pbWU9e8guD5AQ6cZudoJQhYM9X9HX | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00044202 |
| LocalBitcoins.com | 37PPZuGqkg7rSXy1VNTvUB6CHeU3jz2poz | BTC | fee026e4a9f2c727a2c6b2fa0f4116af70aff7286d2d876c643f0bc4c56cc27b | 2021-04-05 10:23:29 | 0.33190362 |
| LocalBitcoins.com | 384DAV5fyfav1HpDDbZvoXNyQZQR7a4VDe | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00065624 |
| LocalBitcoins.com | 39xA5N6Fv971grgGN9xWnwbvUs2grABKD9 | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00014540 |
| LocalBitcoins.com | 3Fyg8b8416fvgB9SMLjxHZDSuVVvHBf7Te | BTC | ee666829879b8a52b2cd9263646c809f4b3a3dfc8a375e97a6d324e3383c9008 | 2021-04-06 19:07:23 | 0.26929146 |
| LocalBitcoins.com | 3Hc17tSzv1L1J7GU7FC7624m7vm7EVnxZS | BTC | bc5d07166e162d662f6278108f43b6031152cd0932d031aee88545051b9fb694 | 2021-03-12 20:12:05 | 0.46658883 |
| LocalBitcoins.com | 3NSZbpUPQkwmfXGV8YJkbouH6Xmnpx8ixK | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00278590 |
| LocalBitcoins.com | 3PHS3rk7Rkwz8f39ZE7CuxjAL7YvH86rUH | BTC | 0d1ac0f98ef1f876f370ba3af4f715f55940688ce599764f0e0e23b584096482 | 2021-03-26 10:31:35 | 0.19555794 |
| Mandala | 1BgoexPWaEhpK9r3M6NyvHxT3mvYaTuSk6 | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00416819 |
| Mandala | 1BqazAeRaCLJUquxWfQPhWGU1nqVmyFmMU | BTC | 15f17c64484efb46d7ac56c165e251c84661b5241be96bf64f27f6d4b688a24e | 2021-02-23 15:36:54 | 0.84861044 |
| Paxful.com | 37jdH27yixRNcK9Vyg5FvcBfMimTXjHTbG | BTC | 1336cd9c900dfaf2059e38bbc1d01c58fcd54c3e2143f3e46c3bddbd89ec2f1 | 2021-03-12 20:45:20 | 0.05799017 |
| Paxful.com | 3FUuh5YrTLYQVV1FArrZxSBCEvsyqPnhzm | BTC | f6ddde069fcac911f88bf24e75a03d010bd44dc59982c056da2cfbecb9d56bbd | 2021-03-15 13:08:34 | 0.00610297 |
| Paxful.com | 3KX8eM9hDcfrwSV5LgHxUUebuYsr37bvVw | BTC | 8911ac58aa3ae83b356461298ec64bcd70b5f78c3703b3121c2a647c13740a6e | 2021-04-21 08:31:08 | 0.00152270 |
| Payeer | 39uQ89wgFCyvFrwyrS3Uct3T7NtRu3msgs | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00067854 |
| Payeer | 3EdquAs7cYe7WEUPufioY48omHknuGts8b | BTC | 5a9b7fa9bdbd9926814c96924ed4c2c85131be3ed5b01d24f40149d017d3ef9e | 2021-03-03 19:28:39 | 0.00040034 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | 283ec31a10d4697c3bd8424552d422f0b0dca7fd7678236e0a22fd588239dd76 | 2021-04-27 21:43:52 | 0.06185985 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | dd0800d9fc9a95472d96c571925542aad0049b442f4fba6730145527de76279 | 2021-04-28 23:24:28 | 0.02991093 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | ca0fcacd64ae479045cf085b0bdbad48205d4da5a848908588798d1d25f6edf3 | 2021-05-02 13:19:59 | 0.01149342 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | a337c251bf3910d87fbee4f03e5779b83eb9d3310ff011081074f947d4af04f6 | 2021-05-04 14:01:22 | 0.01653742 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | daa07c8237e6130b056b60e5de97928b8154fe466f874bb75aaf906dccf48afa | 2021-05-09 13:26:21 | 0.70461396 |
| Ren | 19iqYbeATe4RxghQZJnYVFU4mjUUu76EA6 | BTC | 7d5bf4fd38d25b9f6c31633ac74cae4eecaee598345a3c85b21790bce49f2766 | 2021-05-10 03:34:32 | 0.34948369 |
| Ren | 33DaZYib7zij1LP2x9VHHSb6dYDhUymqXt | BTC | 7431c046f22b19711d3d0936e61428ada3c42742c4d27ea3359582c8d117cf | 2021-02-16 14:56:40 | 1.39987007 |
| Ren | 35TjCuKRbKcofxnKG2EkC8B66ZNXKqE1aN | BTC | 84b7c4a2b79d454bbb1636d6d872ed367bbcf4b664193b7b8baded8675085935 | 2021-04-22 02:00:30 | 0.49996934 |
| Ren | 36CpqVr1SHJ3aj5NcWbnnDaZNxTN3PrtcT | BTC | 653fc81796b80dd43739fed50fd4cc7e7b2a16e9a8e7de4e1de6995e78810ada | 2021-02-16 14:30:47 | 1.39987192 |
| Ren | 38L2i15SxTqJ2vD8X71DtfsBhuUefwibJX | BTC | e9a0d0bbfb37bf9d31db4451ccc1ea7c040c23ba0c5b155673b0d244a38d2abc3 | 2021-03-01 13:52:38 | 3.36616218 |
| Ren | 3953TFvpANofLb45AkrtitCp2k35sp2kJg | BTC | c1ab7d53a4f7953fa0c8f295f5797f856cecef6cfce4644feae5eaf314e9f6ff | 2021-03-15 13:36:06 | 1.19998029 |
| Ren | 39TSkidWoFVb4qnnWDrcgXirwoxCLRjYbC | BTC | 4205761eb2aab8f8cd73fb8dc32090b189919dd8d76a1226150c7e3ce482337 | 2021-03-21 18:47:47 | 0.46658883 |
| Ren | 3BhWD6JtX3RXS6JeKyBoo2BEpfeoK3HhxE | BTC | e7a083178540701a4953c7935ce8a49f18bf1b2eedbea3715e6e373e5ff1706b | 2021-03-09 22:03:57 | 0.36839428 |
| Ren | 3CzGP9Je4jHD591qW6e6c1AbtLQrsxQZo4 | BTC | 1fee58cf31200643fca368aa0188c88e6ce63d0260acea5eea8a0d41a51bc9c5 | 2021-03-11 03:11:02 | 1.99991662 |

| Ren | 3ErtV4K3sDHoshbudwAnkreSuXS7u2YREJ | BTC | 7d28b624e77373528b77effab16d9741752a1bfb9acc3af422628aa08c11669b | 2021-05-05 06:22:24 | 0.07513967 |
| Ren | 3GwVA3kPCxkfxiTnZUJbBzF9cH7j5omtFh | BTC | 686c623566f6d07be4804ae68205f6d73ceba7355b4b2aedc12e422de3f189c5 | 2021-03-25 08:11:10 | 0.60953274 |
| Ren | 3HSUqCM5BqF2mZW3RKExw9AGQvE5eAaCnb | BTC | 69768859a8f4b0f6fc31ad775308ac3bd0598380f2c76227eddca76f5bdf195c | 2021-03-24 14:20:43 | 0.57302413 |
| Ren | 3HUQjCX6bLXzHMdCzTduAUWc3yMkzRA6La | BTC | c2e273a70a32ba4d80416f13432f75f3c482f4a1e482ce6ec29eb5462423b145 | 2021-03-26 23:53:49 | 1.82352728 |
| Ren | 3KN8ZNAmsfybuieLTU2rwJQoWttiSECztQ | BTC | f1f88cc05c85c0681e94b10e1551bf178e4f8b495a6d916fe1920a5d39e2df5f | 2021-03-25 22:33:21 | 0.15421941 |
| Ren | 3LqdjTMqS7q9AeGfWd1xk9rz64D5qgUmzT | BTC | 469b896564766388756e13c55f328f8feb1c00574e55de352dcf64b9f7317c07 | 2021-03-01 13:52:38 | 9.28167776 |
| Ren | 3M8VZjtAqi51LsMuRGGY9mhPvQk5hvubvt | BTC | 3e3b2950c72f863642db0a1bd248be3009ba65e9fa950d5a3094a7b1d7b14e2e | 2021-04-22 02:00:30 | 0.46658883 |
| Ren | 3Nwebgx6r4cu8gsLcBao7SMayDHmjAaDYM | BTC | c64cbb8f6a1b8d14ae0f0adf8aacc79a2d7430df83ad5f005c5821f252be8978 | 2021-03-21 20:41:31 | 0.39999020 |
| WebMoney Transfer | 1N615Az75xbRtQsTDvDRrxEaRuL4SxdARs | BTC | e7510289fb7427432c61eb9455eb3ac61f0f8e324bd2fa20a15985a5835638c6 | 2021-02-27 01:07:26 | 0.70461396 |
| ePay.com | 345WECfQe7YUAVXRkueY8QQqr8dDeg2iqz | BTC | 6969b0f527a260a1272a25dee6bdbc5dfa83e1b5a33406af41355a9237a5f922 | 2021-03-21 04:43:57 | 0.25867847 |
| ePay.com | 345WECfQe7YUAVXRkueY8QQqr8dDeg2iqz | BTC | 97c1f1eed0e95f247d0dc8552a1703c83a2d182d0da56050b2506ca80d13acb8 | 2021-03-22 09:09:00 | 0.20235584 |