# Angeion Group Project Proposal Schedule of Fees and Charges

**Case/Project Name:** Cryptocurrency - Third Distribution
**Type of Case:** Consumer Finance
**Submission Date:** May 13, 2021
**Firm(s) Submitted to:** Wites Law Firm / Silver Miller
**Firm(s) Contact:** Marc A. Wites, Esq. / David C. Silver, Esq.
**Angeion Representative:** Steven Weisbrot, Esq.



| Case Management Fee | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Includes project set-up costs, data management fees, workflow development, and other applicable fees | 1 | *Discounted Rate* | 5,000.00 | 1,500.00 |
| | | | **SUBTOTAL** | **1,500.00** |

| Notification Fees & Costs | | | | |
|---|---|---|---|---|
| Email Notice | VOLUME | | RATE ($) | TOTAL ($) |
| Set up, formatting and proofing the email notice (English only) | 1 | Per Hour | 150.00 | 150.00 |
| Generate the list of applicable email addresses and reporting to counsel | 2 | Per Hour | 140.00 | 280.00 |
| Email blast setup fee | 1 | One-Time Fee | 950.00 | 950.00 |
| Release email blast to class members whose email address was obtained | 62,850 | Per Email | 0.03 | 1,885.50 |
| | | | **SUBTOTAL** | **3,265.50** |

| Mail to class members that did not have an email address | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Set up, formatting and proofing the notice packet (Notice, Proof of Claim and Release) | 2 | Per Hour | 150.00 | 300.00 |
| Generate the list of applicable addresses and standardizing the list | 1 | Per Hour | 140.00 | 140.00 |
| NCOA (National Change of Address) | 1 | One-Time Fee | 145.00 | 145.00 |
| Printing the Notice Packet | 125 | Per Notice | 3.50 | 437.50 |
| Postage estimate for Notices* | 125 | Per Notice | 0.51 | 63.75 |
| | | | **SUBTOTAL** | **1,086.25** |

| Processing Undeliverable Direct Mail Notices | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Process notices returned as undeliverable (est. @ 10%) | 13 | Per Notice | 1.50 | 19.50 |
| Address Verification (Skip tracing) assuming a 60% hit rate | 8 | Per Hit | 0.50 | 4.00 |
| Print returned notices & notices that have a forwarding address (est. @ 1%) | 9 | Per Notice | 3.75 | 33.75 |
| Postage estimate for remailing returned notices to a new address* | 9 | Per Notice | 0.51 | 4.59 |
| | | | **SUBTOTAL** | **61.84** |

| Processing Notice Requests and Class Member Correspondence | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Receive and respond to requests for Long Form Notice (includes printing and data entry) | 6 | Per Notice | 2.50 | 15.00 |
| Class member correspondence (returning emails and speaking to class members on the phone) | 50 | Per Hour | 65.00 | 3,250.00 |
| Special Letters to class members including project management time | - | Per Letter | 5.00 | - |
| Postage estimate for claimant responses & request for Notice* | 6 | Per Notice/Letter | 0.51 | 3.06 |
| | | | **SUBTOTAL** | **3,268.06** |

| Website Requirements | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Monthly maintenance/monthly hosting | 10 | Per Month | 165.00 | 1,650.00 |
| Updates/Revisions to website subsequent to set-up | 4 | Per Hour | 160.00 | 640.00 |
| Additional programming time for updates to online claims filing | 4 | Per Hour | 200.00 | 800.00 |
| | | | **SUBTOTAL** | **3,090.00** |

## Angeion Group Project Proposal Schedule of Fees and Charges

**Case/Project Name:** Cryptocurrency - Third Distribution
**Type of Case:** Consumer Finance
**Submission Date:** May 13, 2021
**Firm(s) Submitted to:** Wites Law Firm / Silver Miller
**Firm(s) Contact:** Marc A. Wites, Esq. / David C. Silver, Esq.
**Angeion Representative:** Steven Weisbrot, Esq.



| Call Center Requirements | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Set-up/Update, design and implementation of IVR (Integrated Voice Response) | 1 | One-Time Fee | 550.00 | 550.00 |
| "IVR" Operating System (estimated number of minutes) | 3,800 | Per Minute | 0.22 | 836.00 |
| Monthly Maintenance Fee is $55.00 if minimum usage time does not meet threshold | - | Per Month | 55.00 | - |
| Transcription Services (reporting once per week) for address updates, call backs and notice requests | - | Per Week | 55.00 | - |
| Per Transcription | - | Per Trans. | 2.00 | - |
| | | | **SUBTOTAL** | **1,386.00** |

| Angeion Reporting Requirements | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Drafting court documents, affidavits, status reports and opt out reports to counsel | 18 | Per Hour | 135.00 | 2,430.00 |
| Additional reporting (e.g. class member address updates & other class member reporting reqs.) | 2 | Per Hour | 75.00 | 150.00 |
| | | | **SUBTOTAL** | **2,580.00** |

| Claims Administration Fees Costs | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| *Requires proof of holdings and identification of any redemptions, returns, transfers or any other return or recovery monies or cryptocurrencies during class period* | | | | |
| Online Claim forms | 75 | Per Claim | 4.95 | 371.25 |
| Hard Copy Claim forms | 25 | Per Claim | 7.50 | 187.50 |
| Relaying deficient claim information to class members, assisting class members cure deficient claims and auditing | 6 | Per Hour | 75.00 | 450.00 |
| Review supporting documentation | 30 | Per Hour | 75.00 | 2,250.00 |
| Fraudulent claims filing monitoring | 1 | Per Hour | 100.00 | 100.00 |
| | | | **SUBTOTAL** | **3,358.75** |

| Deficiency & Determination Email Blast and Mailed Notice | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Sending deficiency letters | - | Per Letter | 2.50 | - |
| Postage estimate for deficiency letters* | - | Per Letter | 0.51 | - |
| Deficiency email blast (includes set-up and generating list & reporting to counsel) | 2 | Per Blast | 200.00 | 400.00 |
| Release Deficiency and Determination Emails | 50 | Per Email | 0.25 | 12.50 |
| Receive and Process Determination and Deficiency Responses | 3 | Per Response | 5.50 | 16.50 |
| Review Supporting Documentation from Deficiency Responses | 0.5 | Per Hour | 65.00 | 32.50 |
| Processing W9/W8 tax forms (includes data entry) | 10 | Per Form | 2.00 | 20.00 |
| | | | **SUBTOTAL** | **481.50** |

## Angeion Group Project Proposal Schedule of Fees and Charges

| | |
|---|---|
| **Case/Project Name:** | *Cryptocurrency - Third Distribution* |
| **Type of Case:** | Consumer Finance |
| **Submission Date:** | May 13, 2021 |
| **Firm(s) Submitted to:** | Wites Law Firm / Silver Miller |
| **Firm(s) Contact:** | Marc A. Wites, Esq. / David C. Silver, Esq. |
| **Angeion Representative:** | Steven Weisbrot, Esq. |



| Distribution and Post Distribution | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| *Assumes approved claims in Coinbase case (718) will be considered approved claims in the current instance* | | | | |
| Generate Distribution list & Post Distribution Services (incl Class Member communications) | 38 | Per Hour | 100.00 | 3,800.00 |
| Calculations - including calculating the gross settlement amounts for each claimant | 10 | Per Hour | 125.00 | 1,250.00 |
| Wire transfer fee (as needed for foreign claimants) | 50 | Per Payment | 15.00 | 750.00 |
| Process International PayPal payments to class members** | 25 | Est. Per Payment | 20.00 | 500.00 |
| Checks to Eligible Class Members | 693 | Per Check | 1.75 | 1,212.75 |
| Postage estimate for mailing checks* | 693 | Per Check | 0.51 | 353.43 |
| Process checks and digital payments returned as undeliverable (includes data entry) | 21 | Per Check | 2.00 | 42.00 |
| Residential Address Verification (Skip tracing) assuming a 80% hit rate | 17 | Per Hit | 0.50 | 8.50 |
| Business Address Verification, if required | - | Per Hit | 1.50 | - |
| Print reissued checks | 17 | Per Check | 5.50 | 93.50 |
| Postage estimate for mailing reissued checks* | 17 | Per Check | 0.51 | 8.67 |
| TIN Matching (if required) | 2 | Per Hour | 75.00 | 150.00 |
| | | | **SUBTOTAL** | **8,168.85** |

| Tax Return | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Tax return for the QSF | 1 | Per Return | 1,950.00 | 1,950.00 |
| Cy pres Distribution (if required) | - | Per Hour | 150.00 | - |
| Issuing 1099s as needed (where distribution exceeds $600) | - | Per Form | 5.00 | - |
| Postage estimate for 1099s* | - | Per Form | 0.51 | - |
| | | | **SUBTOTAL** | **1,950.00** |

| Other Relevant Costs | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Sales tax if applicable | | Estimated | | |
| Photocopying | | | NO CHARGE | NO CHARGE |
| Scanning of all documents | 97 | Per Page | 0.08 | 7.76 |
| Document Storage (estimated for 12 months) (estimate 2500 documents per bankers box) | 1 | Per Box/Month | 1.95 | 23.40 |
| Image Storage (estimated for 12 months) | 97 | Per Image/Month | 0.009 | 10.44 |
| | | | **SUBTOTAL** | **41.60** |

| | |
|---|---:|
| **ESTIMATED PROJECT FEES & COSTS (excl. postage)** | **30,158** |
| **ESTIMATED POSTAGE COSTS** | **80** |
| **TOTAL ESTIMATED COSTS** | **30,238** |

*All notification costs (includes printing/postage/email campaign) must be paid 14 days prior to the inception of the program.*

**Angeion Group Project Proposal Schedule of Fees and Charges**

**Case/Project Name:** *Cryptocurrency - Third Distribution*
**Type of Case:** Consumer Finance
**Submission Date:** May 13, 2021
**Firm(s) Submitted to:** Wites Law Firm / Silver Miller
**Firm(s) Contact:** Marc A. Wites, Esq. / David C. Silver, Esq.
**Angeion Representative:** Steven Weisbrot, Esq.



Notice packet, email notice and check printing costs are an estimate and are based upon volume, number of pages or other parameters.  Pricing may increase or decrease if the volume, number of pages or other variable factors are altered.

The pricing for check printing in this proposal only accounts for printing on the front side of checks.  If additional language is required to be printed on the back side of checks (i.e. release language) there will be additional costs.

The estimated hours listed in this proposal for services performed are minimum hourly estimates.  Any additional time will be billed at the rates quoted in this proposal.

*Postage is an estimate.

** International PayPal fees are an estimate.