# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, Individually and on behalf
of All Others Similarly Situated,

    Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

    Defendants.
_____/

## MOTION TO EXTEND AMENDED TEMPORARY RESTRAINING ORDER
## AND
## MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING

Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7 as well as Local Rule 7.1, hereby respectfully requests that this Court: (1) extend by fourteen (14) days -- through and including June 15, 2021 -- the Amended Temporary Restraining Order (TRO) entered on May 18, 2021 against Defendant PAUL VERNON, an individual ("Defendant Vernon")[1]; and (2) continue until June 15, 2021 the preliminary injunction hearing presently scheduled to take place before the Court on May 26, 2021.

In support of their requests, Plaintiffs state as follows:

1.     On May 17, 2021, upon reviewing the file and considering the evidence presented by Plaintiffs, the Court entered a Temporary Restraining Order against Defendant Vernon. [DE 154].

---

[1] Docket Entry No. ("DE") 155.

Civil Action No. 9:16-cv-80060-MARRA

2. On May 18, 2021, the Court entered an Amended Temporary Restraining Order against Defendant Vernon to attach to the Order a spreadsheet labeled Appendix "A", which had mistakenly been omitted from the Order entered a day earlier. [DE 155].

3. Both the Temporary Restraining Order and the Amended Temporary Restraining Order scheduled for May 26, 2021 a hearing at which the Court would consider whether good cause exists for the Court to not extend the Restraining Order and enter preliminary injunctive relief against Defendant Vernon.

4. On May 25, 2021, Plaintiffs filed an Emergency Motion to Amend the May 18, 2021 Amended Temporary Restraining Order in which Plaintiffs sought to clarify, in a Second Amended Temporary Restraining Order, the reach of the restraints imposed by the Court's Order.[2] [DE 159].

5. As of the filing of the instant motion, Plaintiffs' Emergency Motion to Amend the May 18, 2021 Amended Temporary Restraining Order remains pending before the Court.

6. Preliminary injunctive relief is available and appropriate prior to the issuance of a judgment on the merits. Plaintiffs are satisfied that in light of the issuance and pendency of the Amended TRO (and potentially the Second Amended TRO) as well as the recently-entered Amended Final Default Judgment against Defendant Vernon [DE 156], preliminary injunctive relief is not necessary at this juncture to effectuate the legal remedies needed by Plaintiffs and the Plaintiff Class to protect their interests in the assets stolen from them by Defendant Vernon.

---

[2] Plaintiffs hereby wish to clarify/correct that the cryptocurrency exchange addressed in the Emergency Motion (*see*, Emergency Motion at Paragraphs 6-8) has not warned undersigned counsel that a specific demand was expressly made upon the exchange by an accountholder that the accountholder has imminent plans to withdraw from his account at the exchange assets that are subject to both the Amended TRO and the Amended Final Default Judgment against Defendant Vernon [DE 156]. Nevertheless, Plaintiffs retain a justifiable concern over the likelihood of such asset dissipation.

Civil Action No. 9:16-cv-80060-MARRA

7. Out of an abundance of caution, however, Plaintiffs intend to move shortly for entry of a permanent injunction, which is within the scope of the Court's inherent powers to issue now that a judgment on the merits has been entered in Plaintiffs' favor against Defendant Vernon.

WHEREFORE, in light of the foregoing, Plaintiffs respectfully request that the Court:

(a) extend by fourteen (14) days -- through and including June 15, 2021 -- the Amended Temporary Restraining Order entered on May 18, 2021 against Defendant Vernon[3];

(b) continue until June 15, 2021[4] the preliminary injunction hearing presently scheduled to take place on May 26, 2021 with the understanding that with adequate notice to all interested parties prior to that hearing date, Plaintiffs will formally move the Court for entry of permanent (not preliminary) injunctive relief; and

(c) enter any other and further relief the Court deems just and proper.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000

By: */s/ David. C. Silver*
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

- and -

**WITES LAW FIRM**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@witeslaw.com

---

[3] To the extent the Court grants Plaintiffs' now-pending motion for entry of a Second Amended TRO, Plaintiffs respectfully request that the fourteen (14) day extension run from the date on which the Second Amended TRO is entered.

[4] Plaintiffs request that the hearing date coincide with the date on which the extended [Second] Amended TRO expires.

Civil Action No. 9:16-cv-80060-MARRA

    4400 N. Federal Highway
    Lighthouse Point, Florida 33064
    Telephone:    (954) 933-4400

*Class Counsel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   25th   day of May 2021 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **All Counsel of Record** and to **PAUL VERNON, individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

        */s/ David C. Silver*
        DAVID C. SILVER