# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No.: 9:16-cv-80060-MARRA

BRANDON LEIDEL, individually and
on behalf of all others similarly situated,

     Plaintiff,

v.

PROJECT INVESTORS, INC., d/b/a CRYPTSY,
a Florida Corporation, PAUL VERNON, *et al*.,

     Defendants.

_____/

## ORDER EXTENDING AMENDED TEMPORARY RESTRAINING ORDER
## AND
## RESCHEDULING PRELIMINARY INJUNCTION HEARING

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs"), for entry of an Order: (1) extending by fourteen (14) days -- through and including June 15, 2021 -- the Amended Temporary Restraining Order (TRO) entered on May 18, 2021 against Defendant PAUL VERNON, an individual ("Defendant VERNON")[1]; and (2) continuing until June 15, 2021 the preliminary injunction hearing presently scheduled to take place before the Court on May 26, 2021; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

     **ORDERED AND ADJUDGED** as follows:

     (1)    The Motion to Extend Amended Temporary Restraining Order and Motion to Continue Preliminary Injunction Hearing [DE _____ ] is hereby **GRANTED**.

_____

[1] Docket Entry No. ("DE") 155.

(2)     The Amended Temporary Restraining Order entered on May 18, 2021 is hereby extended through and including June 15, 2021 and shall remain in full force, except as set forth herein, until that time or upon further Order of this Court.

(3)     The preliminary injunction hearing presently scheduled to take place before the Court on May 26, 2021 is hereby rescheduled for June 15, 2021 as follows:

> Pursuant to Fed.R.Civ.P. 65(b), Defendant VERNON shall appear via Zoom videoconference on **June 15, 2021 at 2:00 p.m.**, before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 1, West Palm Beach, FL 33401 for a hearing at which Defendant VERNON may show good cause why this Court should not enter a preliminary or permanent injunction, and impose such additional relief as the Court deems just and proper.
>
> Defendant VERNON shall file with the Court and serve on Plaintiffs' counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than five (5) days prior to the hearing for preliminary or permanent injunction.
>
> If Defendant VERNON timely files with the Court any papers opposing entry of a preliminary or permanent injunction, Plaintiffs may file with the Court responsive or supplemental pleadings, materials, affidavits, or memoranda and serve same on Defendant VERNON or his counsel-of-record no later than two (2) days prior to the injunction hearing.
>
> Defendant VERNON is hereby on notice that failure to timely serve and file his opposition, or failure to appear at the hearing, may result in the imposition of a preliminary or permanent injunction against him pursuant to Fed.R.Civ.P. 65.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ___ day of May 2021.

_____
HONORABLE KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record