# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, Individually and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF SERVICE UPON DEFENDANT PAUL VERNON**

Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs"), by and through undersigned counsel, hereby files this notice of service upon Defendant PAUL VERNON, an individual ("Defendant VERNON").

1.    On March 29, 2016, this Court entered an Order permitting Plaintiffs to serve documents upon Defendant VERNON via electronic mail to provide him "sufficient notice and an opportunity to be heard in this case." [Docket Entry No. ("DE") 29].

2.    On May 20, 2016, the Clerk of Court entered a Clerk's Default against Defendant VERNON for Defendant VERNON's failure to appear, answer, or otherwise plead to the Complaint filed in this action within the time required by law. [DE 51].

3.    On July 27, 2017, this Court entered a Final Default Judgment against Defendant VERNON that declared, *inter alia*, that "the 11,325.0961 bitcoin which were stolen from Cryptsy customers on July 29, 2014 . . . are property of the Plaintiff Class and subject to and encompassed within this Final Judgment." [DE 123]. That Final Judgment was amended earlier this week to clarify that it included certain newly-discovered assets, newly-discovered cryptocurrency wallet

Civil Action No. 9:16-cv-80060-MARRA

addresses, and secondary cryptocurrency wallet addresses to which some of the stolen cryptocurrency assets have been moved by Defendant VERNON.  [DE 157].

4. On May 17, 2021, the Court entered a Temporary Restraining Order against Defendant VERNON pertaining to Defendant VERNON's or his agents' recent movement of property belonging to the Plaintiff Class that is encompassed within the judgment.  [DE 154].

5. On May 18, 2021, the Court entered an Amended Temporary Restraining Order against Defendant VERNON to attach to the Order a spreadsheet labeled Appendix "A", which had mistakenly been omitted from the Order entered a day earlier.  [DE 155].

6. Both the Temporary Restraining Order and the Amended Temporary Restraining Order scheduled for May 26, 2021 a hearing at which the Court would consider whether good cause exists for the Court to not extend the Restraining Order and enter preliminary injunctive relief against Defendant VERNON.

7. The Amended Temporary Restraining Order -- providing notice of the May 26, 2021 hearing -- was served upon Defendant VERNON via electronic mail to provide him "sufficient notice and an opportunity to be heard in this case."  *See*, Declaration of Jason S. Miller ("Miller Decl.") filed in support hereof at ¶ 2 and Exhibit "A" thereto.

8. On May 25, 2021, Plaintiffs filed an Emergency Motion to Amend the May 18, 2021 Amended Temporary Restraining Order which further referenced in the proposed Order attached thereto the May 26, 2021 hearing date.  [DE 159].

9. The Emergency Motion to Amend the May 18, 2021 Amended Temporary Restraining Order -- further referencing the May 26, 2021 hearing date -- was also served upon Defendant VERNON via electronic mail.  *See*, Miller Decl. at ¶ 4 and Exhibit "B" thereto.

Civil Action No. 9:16-cv-80060-MARRA

10. In light of the foregoing, adequate notice of the May 26, 2021 preliminary injunction hearing satisfying Fed.R.Civ.P. 65(a)(1) should be deemed to have been provided to Defendant VERNON.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000

By: */s/ David. C. Silver*
 DAVID C. SILVER
 Florida Bar No. 572764
 E-mail: DSilver@SilverMillerLaw.com
 JASON S. MILLER
 Florida Bar No. 072206
 E-mail: JMiller@SilverMillerLaw.com

- and -

**WITES LAW FIRM**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@witeslaw.com
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone: (954) 933-4400

*Class Counsel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  26th  day of May 2021 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **All Counsel of Record** and to **PAUL VERNON, individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

 */s/ David C. Silver*
 DAVID C. SILVER