| | |
|---|---|
| **From:** | FLSDdb_efile Marra |
| **To:** | Irene Ferrante |
| **Subject:** | FW: Case 9:16-cv-80060-MARRA Document 155 |
| **Date:** | Sunday, May 30, 2021 2:32:50 PM |

**From:** Piotr Formella <adeup@protonmail.ch>
**Sent:** Sunday, May 30, 2021 2:33 AM
**To:** FLSDdb_efile Marra <Marra@flsd.uscourts.gov>
**Subject:** Case 9:16-cv-80060-MARRA Document 155

**CAUTION - EXTERNAL:**

Dear Sir,

I'm sorry but I have to contact you via e-mail because I am a Polish citizen living in Poland and as a non-attorney I don't have access to the South Florida electronic filing system, flying to Florida from Europe is not only extremely costly but hard to do during the pandemic and if I would send a paper letter it would take weeks or months for the letter to arrive to Florida. As such my ability to defend myself before the Florida court is illusory.

I have a cryptocurrency trading account on Kraken. On May 26th 2021 Kraken has locked my account, allegedly because of bad password.

After 12 hours or so, Kraken mailed me that my account was blocked by "court order", and I have received a copy of the freeze order Document 155 in the Southern Florida case 9:16-cv-80060-MARRA which you have issued on May 18th 2021, because one of the BTC addresses generated by Kraken for my account is on the list in that document.

It is item number 124 of the appendix A, 323VmWP2duUJdGjwSRe1JCY6oSqarorJa4. As I understand it, it is a part of class action against Paul Vernon and Crypsty.

I am a private person born and living in Europe, I have never been associated with Paul Vernon in any way and from the court order I learned that such individual exists. I have never been an US citizen, actually I have never been to the US.

All the assets on my Kraken account are mine and only mine, and are obtained by trading, I never acted on behalf of any person, I exercised full control over the assets stored on Kraken before they blocked my account, and I have never been associated with Cryptsy or Paul Vernon in any way, in particular I haven't been one of his "agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which he/they act or who act in active concert or participation with any of them, acting directly or through any trust, corporation, subsidiary, division or other device", as it is written in the court order.

Kraken has banned me from reachning not only my 0.42866145 BTC mentioned in the court order, but also the rest of my assets held on this account, which is way more. I can't even log in to my account. I am attaching a screenshot of the message I got form Kraken.

As I am living on the opposite part of the globe my ability to defendy myself is limited, particularily when Kraken has blocked my funds. After sending me the court order DE 155 9:16-cv-80060-MARRA via w-mail Kraken stopped responding to my emails.

Therefore I ask you to revoke the block on 323VmWP2duUJdGjwSRe1JCY6oSqarorJa4 address ordered in DE 155 9:16-cv-80060-MARRA and/or my entire Kraken account, whatever is necessary for me to have back my funds. All my personal details and trading history are known to Kraken, but I am ready to provide all the necessary information you may ask for.

I have no idea about the civil procedure in the United States but I do know that there are possibilities of international court cooperation, so I am ready to appear before a proprietary court in my place of residence if it is necessary.

Thank you and best regards.
Piotr Formella

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.