David C. Silver, P.A.
11780 W. Sample Road
Coral Springs, FL 33065

Wells Fargo, N.A.
63-751/631

1620

6/1/2021

PAY TO THE ORDER OF  Clerk, U.S. Courts    $ **3,000.00

Three Thousand and 00/100************************************************************************************ DOLLARS

Clerk, U.S. Courts

MEMO
ATRO Case No. 9:16-cv-80060-MARRA

AUTHORIZED SIGNATURE

---

Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100230458
Cashier ID: vthomas
Transaction Date: 06/02/2021
Payer Name: DAVID C. SILVER P.A.

TREASURY REGISTRY
 For: DAVID C. SILVER P.A.
 Case/Party: D-FLS-9-16-CV-080060-001
 Amount:         $3,000.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1620
 Amt Tendered:   $3,000.00

Total Due:       $3,000.00
Total Tendered:  $3,000.00
Change Amt:      $0.00

16-CV-80060-KAM

BRANDON LEIDEL, ET AL,

VS. PROJECT INVESTORS, INC., ET AL.

REMITTER:  DAVID C. SILVER, P.A.

11780 W. SAMPLE ROAD

CORAL SPRINGS, FL  33065

BOND

Returned check fee $53

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.