UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-CIV-80060-MARRA

BRANDON LEIDEL, *et al*.,

    Plaintiffs,

v.

PROJECT INVESTORS, INC., *et al*.,

    Defendants.

**PLAINTIFF'S APPLICATION FOR RELIEF FROM MAY 28, 2021 ORDER
GRANTING PLAINTIFF AND ASSIGNEE'S MOTION FOR ASSET FREEZE
INJUNCTION AND ORDER TO TRANSFER THE STOLEN BITCOIN TO ASSIGNEE**

    Consistent with representation to the Court by counsel for Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") during the May 26, 2021 preliminary injunction hearing [ECF No. 163] that Plaintiffs' counsel would address on an expedited basis any disputes related to either non-party cryptocurrency exchanges and/or individuals whose accounts are associated with the Preliminary Injunction thereafter entered by the Court (the "Order") [ECF No. 165], counsel has been contacted by one non-party cryptocurrency exchange (Coinbase, Inc.) and one non-party individual (Mr. Piotr Formella) who have asked to be relieved from the Order and any obligations or restrictions associated therewith. At the hearing on May 26, 2021, Plaintiffs' counsel (Mr. Silver) stated to that Court that Plaintiffs would work in good faith "to resolve very quickly . . . any concerns from individuals and/or exchanges who are/were **unduly impacted** by the Preliminary Injunction." Within forty-eight (48) hours of being contacted, Plaintiffs' counsel met with and conferred with both Coinbase and Mr. Formella, and -- based on information provided by each of them -- have agreed to release Coinbase and Mr. Formella from the restrictions associated with the Order.

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

Civil Action No. 9:16-CIV-80060-MARRA

1. On May 28, 2021, this Court entered the Order, which requires, *inter alia*:

   "Any … cryptocurrency exchanges [to] freeze, or assist in or facilitate the freezing of, the Stolen Bitcoin and Forked Digital Assets held in or transferred from any wallet address listed in Table 1, 2, or 3 or Appendix 'A' attached to [the] Order" and to further "freeze all customer accounts relating" to any account or wallet so identified, and to "take all steps necessary to transfer … the Stolen Bitcoin and Forked Digital Assets to a digital wallet or account designated by the holders of the Amended Final Default Judgment."

ECF No. 165 at ¶ 4.

2. As set forth in Appendix "A" to the Order [ECF No. 165-1], the Order identified certain addresses that Plaintiffs believed were associated with Defendant PAUL VERNON.

3. Having met and conferred with both Coinbase and Mr. Formella, Plaintiffs agree good cause exists to relieve Coinbase (and the holders of the Coinbase addresses identified in the Order) and Mr. Formella from any obligations or restrictions under the Order.

4. Plaintiffs hereby request that the Court amend the Order to remove the following destination addresses from Appendix "A" to the Order:

| Address # | Destination Address |
|---|---|
| 124 | 323VmWP2duUJdGjwSRe1JCY6oSqarorJa4 |
| 218 | 3FEzY2AgCidfXefCN7r4Mbx5a84a2eTf4Y |
| 219 | 3LHgCkSGgrj2xp4Fsafew5JBYJP8uVuuYy |
| 220 | 3534rCmXrZWnJLLTrvot6FWd3LaEYh2crD |
| 222 | 3J2bKx92Fbe919SEZypQe35JnSReNe2J2W |
| 227 | 38XPedM4jJMEwKrcNqAQqC5tP5je4gLrab |
| 264 | 3KPBDxCrg2fv7veoXNoXhS366Hb7uqqbwj |
| 289 | 33Q4U6rx7MQ2VFNMTBQS8nQY6MhmE68odx |
| 292 | 3PHjWsJXCTWMHoeVjKpznajEYsXcWU77qq |
| 311 | 3EAiVag1JX66dzY7yCQhxFeYZfMCbAnbnq |
| 314 | 3QSxE7FqCBRZj7SGTosB3S2koQsagUiRbp |
| 319 | 3GNkobXFTL4CKBrbstbhpbJZrTeustXPZc |

- 2 -

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

Civil Action No. 9:16-CIV-80060-MARRA

5. Additionally, based on information provided by Coinbase to Plaintiffs' counsel, and therefore on good cause, Plaintiffs ask the Court to amend the Order to remove Coinbase from the "Owner Name" designation for the following destination addresses, which -- based on information provided in good faith by Coinbase -- are not associated with Coinbase:

| Address # | Destination Address |
|---|---|
| 217 | 35yxnumGu23y5FYnRLssntZ86nUQZqkuCY |
| 230 | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 |
| 281 | bc1qm3efrzwvwmqz5va3hzjh2fu4tm2nkjrgxvt20q |

6. Plaintiffs believe these requests address the Court's concern that affected cryptocurrency users unduly affected by the Order have quick access to counsel and this Court to provide an appropriate measure of relief for any purchaser in good faith to not be unduly impacted or deprived of his/her assets for a prolonged period of time.

7. Plaintiffs base their good faith belief for the relief from the Order on representations made by counsel for Coinbase and an executed sworn statement made by Mr. Formella.

WHEREFORE, Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class, hereby respectfully requests the Court amend the May 28, 2021 Order to remove from the Order certain destination addresses to relieve non-party Coinbase, Inc. and non-party Mr. Piotr Formella from the obligations and restrictions set forth under the Order.

Respectfully submitted,

SILVER MILLER
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

By: /s/ David. C. Silver
      DAVID C. SILVER
      Florida Bar No. 572764

Civil Action No. 9:16-CIV-80060-MARRA

E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

- and -

**WITES LAW FIRM**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@witeslaw.com
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone:   (954) 933-4400

*Class Counsel*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   2nd   day of June 2021 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **All Counsel of Record** and to **PAUL VERNON, individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

　　　　　　　　　　　　　　　　　　 */s/ David C. Silver*
　　　　　　　　　　　　　　　　　　　 DAVID C. SILVER