# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-CIV-80060-MARRA**

BRANDON LEIDEL, *et al.*,

   Plaintiffs,

v.

PROJECT INVESTORS, INC., *et al.*,

   Defendants.

**ORDER RELIEVING COINBASE AND MR. PIOTR FORMELLA FROM COURT ORDER DATED MAY 28, 2021**
**GRANTING PLAINTIFF AND ASSIGNEE'S MOTION FOR ASSET FREEZE INJUNCTION AND ORDER TO TRANSFER THE STOLEN BITCOIN TO ASSIGNEE**

THIS MATTER is before the Court upon the motion of Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") to relieve non-party cryptocurrency exchange Coinbase, Inc. ("Coinbase") and non-party individual Mr. Piotr Formella ("Mr. Formella") from the obligations and restrictions set forth in the Court's May 28, 2021 Order Granting Plaintiff and Assignee's Motion for Asset Freeze Injunction and Order to Transfer the Stolen Bitcoin to Assignee [ECF No. 165] (the "Order").

For GOOD CAUSE APPEARING, the Court hereby ORDERS AND ADJUDGES:

1. The motion for relief from the Order is GRANTED.

2. The following destination addresses reflected in Appendix "A" to the Order shall be removed from the Order:

| Address # | Destination Address |
|---|---|
| 124 | 323VmWP2duUJdGjwSRe1JCY6oSqarorJa4 |

Civil Action No. 9:16-CIV-80060-MARRA

| | |
|---|---|
| 218 | 3FEzY2AgCidfXefCN7r4Mbx5a84a2eTf4Y |
| 219 | 3LHgCkSGgrj2xp4Fsafew5JBYJP8uVuuYy |
| 220 | 3534rCmXrZWnJLLTrvot6FWd3LaEYh2crD |
| 222 | 3J2bKx92Fbe919SEZypQe35JnSReNe2J2W |
| 227 | 38XPedM4jJMEwKrcNqAQqC5tP5je4gLrab |
| 264 | 3KPBDxCrg2fv7veoXNoXhS366Hb7uqqbwj |
| 289 | 33Q4U6rx7MQ2VFNMTBQS8nQY6MhmE68odx |
| 292 | 3PHjWsJXCTWMHoeVjKpznajEYsXcWU77qq |
| 311 | 3EAiVag1JX66dzY7yCQhxFeYZfMCbAnbnq |
| 314 | 3QSxE7FqCBRZj7SGTosB3S2koQsagUiRbp |
| 319 | 3GNkobXFTL4CKBrbstbhpbJZrTeustXPZc |

3. Coinbase shall be removed from the "Owner Name" designation for the following destination addresses, which are not maintained at Coinbase:

| Address # | Destination Address |
|---|---|
| 217 | 35yxnumGu23y5FYnRLssntZ86nUQZqkuCY |
| 230 | 35MkdfL2CZidgvq3HsZQ1PLWdo1znuMMF8 |
| 281 | bc1qm3efrzwvwmqz5va3hzjh2fu4tm2nkjrgxvt20q |

4. Coinbase and Mr. Formella shall be relieved of any obligations and/or restrictions under the Order relating to the destination addresses identified above.

5. Attached hereto as **Amended Appendix "A"** is an amended document reflecting the modification of the Order as stated herein, including the removal of and/or revisions to the destination addresses identified above.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of June 2021.

KENNETH A. MARRA
United States District Judge

Civil Action No. 9:16-CIV-80060-MARRA

- 3 -