UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,                CASE NO. 9:16-cv-80060-KAM
and on behalf of All others Similarly Situated,

        Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

        Defendants.
_____/

**PLAINTIFFS' AND ASSIGNEE'S UNOPPOSED MOTION TO APPROVE
SECOND AMENDMENT TO ASSIGNMENT AGREEMENT**

Plaintiff Brandon Leidel, individually, and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field"), respectfully seek this Court's approval of an amendment clarifying the terms of the assignment to North Field of the Final Default Judgment Against Defendant Paul Vernon [ECF No. 123]. The purpose of this amendment is to add to the assignment agreement the additional 500.052319 Bitcoin and all associated forked assets encompassed in the Amended Final Default Judgment Against Defendant Paul Vernon, which this Court entered on May 24, 2021 [ECF No. 157] (the "Amended Final Judgment"). As the original and first amended assignment encompassed all of the Bitcoin and associated forked assets included in the original judgment against Defendant Vernon, the instant request simply seeks to amend the assignment so that it is consistent with the Amended Final Judgment. In support of this Motion, Plaintiff Class and North Field respectfully state as follows:

The Court's Final Default Judgment Against Defendant Paul Vernon (the "Original Judgment") [ECF No. 123] authorized Plaintiff Class to recover, *inter alia,* 11,325.0961 Bitcoin that were stolen from Cryptsy customers on July 29, 2014 (the "Originally Identified Stolen Bitcoin"). The Court's Original Judgment identified both the amounts of Originally Identified Stolen Bitcoin and the wallet addresses where those assets were stored at the time.

On September 18, 2020, the Court approved the Plaintiff Class's assignment of the Original Judgment to North Field to pursue efforts to collect the Stolen Bitcoin on a contingency, non-recourse basis. [ECF No. 142]. The terms and conditions for the contingency arrangement are spelled out in an Assignment Agreement between the Plaintiff Class and North Field, which Assignment Agreement was approved by the Court on September 18, 2020 [ECF No. 139-1].

Subsequently, North Field and counsel for the Plaintiff Class moved to clarify an ambiguity in the term "recoveries" within the Agreement [ECF No. 144]. This Court approved the Clarified Assignment on March 17, 2021 [ECF No. 147].

On May 17, 2021, the Court-appointed Receiver for Project Investors, Inc., d/b/a Cryptsy (hereinafter "Receiver") filed an emergency motion for a temporary restraining order ("TRO") based on the discovery of additional wallet addresses holding 500.052319 Bitcoin derived from CRYPTSY that are property of the Plaintiff Class and properly subject to the judgment against Defendant Vernon [ECF No. 153]. This Court granted the TRO the same day [ECF No. 154]. The Court filed an amended TRO the next day, on May 18, 2021 [ECF No. 155].

On May 23, 2021, the Plaintiff Class moved to amend the Original Judgment against Defendant Vernon to include the 500.052319 Bitcoin identified in the TRO ("Newly Discovered Bitcoin") [ECF No. 156]. On May 24, 2021, this Court granted the motion and issued an Amended Final Default Judgment that includes the 500.052319 Newly Discovered Bitcoin identified in the

TRO [ECF No. 157]. Section 4(d)-(f) of the Amended Final Default Judgment declares that the 11,325.0961 Originally Identified Stolen Bitcoin and forked assets associated with this Bitcoin (the "Forked Assets") are property of the Plaintiff Class. Section 5 adds the 500.052319 Newly Discovered Bitcoin identified by the Receiver in the May 17, 2021 TRO and declares that this 500.052319 Newly Discovered Bitcoin and all associated forked assets (the "Newly Discovered Forked Assets") are also "property of the Plaintiff Class" [ECF No. 157]. Section 6 restates that the Amended Final Default Judgment includes all 11,825.1484 Bitcoin, Forked Assets, and the Newly Discovered Forked Assets [ECF No. 157].

The Plaintiff Class desires to (i) confirm that its assignment to North Field of the 11,325.0961 Originally Identified Stolen Bitcoin and associated Forked Assets likewise extends to the Plaintiff Class's rights under the Amended Final Default Judgment and (ii) add to its assignment agreement with North Field the 500.052319 Newly Discovered Bitcoin and Newly Discovered Forked Assets encompassed in the Amended Final Default Judgment. To that end, the Plaintiff Class and North Field have prepared a second amendment to the assignment agreement under which the Plaintiff Class assigns to North Field its rights under Section 4(d)-(f), Section 5, and Section 6 to recover the 11,825.1484 Bitcoin, Forked Assets, and the Newly Discovered Forked Assets contained in the Amended Final Default Judgment (the "Second Amendment to the Assignment Agreement"). A copy of the Second Amendment to the Assignment Agreement is attached for the Court's review and approval as Exhibit 1.

WHEREFORE, the Plaintiff Class and North Field respectfully request that this Court enter an Order approving the Second Amendment to the Assignment Agreement.

Respectfully submitted,

| | |
|---|---|
| *s/David C. Silver* | *s/Samuel A. Lewis* |
| By:_____ | By:_____ |
| David C. Silver / Fla. Bar No. 572764 | Samuel A. Lewis / Fla. Bar No. 55360 |
| E-mail:  DSilver@SilverMillerLaw.com | E-mail:  slewis@cozen.com |
| Jason S. Miller / Fla. Bar No. 72206 | COZEN O'CONNOR |
| E-mail:  JMiller@SilverMillerLaw.com | Southeast Financial Center |
| SILVER MILLER | 200 South Biscayne Blvd., Suite 3000 |
| 11870 W. Sample Road | Miami, Florida 33131 |
| Coral Springs, Florida 33065 | Phone:  305-704-5940 |
| Phone:  954-516-6000 | |
| | - and - |
| - and - | |
| | L. Barrett Boss |
| Marc A. Wites / Fla. Bar No. 24783 | E-mail:  bboss@cozen.com |
| E-mail:  mwites@wklawyers.com | John Sullivan |
| WITES LAW FIRM, P.A. | E-mail:  jsullivan@cozen.com |
| 4400 N. Federal Highway | Jonathan Grossman |
| Lighthouse Point, Florida 33064 | E-mail:  jgrossman@cozen.com |
| Phone:  954-933-4400 | Kara L. Kapp |
| | E-mail:  kkapp@cozen.com |
| ***Counsel for Plaintiff Class*** | COZEN O'CONNOR |
| | 1200 19th Street NW, 3rd Floor |
| | Washington, D.C. 20036 |
| | Phone:  202-912-480 |
| | |
| | ***Counsel for North Field Tech*** |