# EXHIBIT 1

**SECOND AMENDMENT TO**
**ASSIGNMENT AGREEMENT**

THIS SECOND AMENDMENT TO ASSIGNMENT AGREEMENT ("Second Amendment to Assignment Agreement") is made as of the  30  day of  May   , 2021, between the Plaintiff Class ("Assignor") and North Field Technology Ltd., an Antiguan International Business Corporation ("Assignee").

BACKGROUND

WHEREAS, on July 27, 2017, Assignor obtained a Final Default Judgment Against Defendant Paul Vernon ("Judgment") (ECF No. 123) in Civil Action No. 9:16-cv-80060-KAM ("Action") in the United States District Court for the Southern District of Florida ("Court");

WHEREAS, on or about August 31, 2020, Assignor and Assignee entered into an Assignment Agreement ("Assignment Agreement") under which Assignor granted, bargained, sold, assigned, delivered, conveyed, transferred and set over digital currencies referenced in "Section 6 of the Judgment," which included "certain digital currency stolen on July 29, 2014, including without limitation BTC, and currently held in specifically-identified electronic wallets, which, by virtue of when they were stolen, constitute pre-fork BTC (which should entitle the owner of the BTC to forked assets such as BSV and BCH)" (all of the foregoing, the "Subject Digital Currencies");

WHEREAS, on August 31, 2020, Assignor and Assignee filed the Assignment Agreement (ECF No. 139-1) in the Action;

WHEREAS, on August 31, 2020, Assignor and Assignee filed a motion to approve the Assignment Agreement and for clarification of the Judgment (ECF No. 139);

WHEREAS, on September 18, 2020, the Court entered an Order that approved the Assignment Agreement and clarified the Judgment (ECF No. 142);

WHEREAS, on March 11, 2021, Assignor and Assignee entered into an Amendment to Assignment Agreement ("First Amendment to the Assignment Agreement"), which clarified that under the Assignment Agreement, as amended, "Subject Digital Currencies" includes "all BTC identified in the Judgment and an equivalent amount of BCH, BTG, BCD, SBTC, BCT2, BCTP, BTCD and BSV associated with each of the specifically-identified electronic wallets" (ECF No. 144-1);

WHEREAS, on March 11, 2021, Assignor and Assignee filed an unopposed motion to approve the First Amendment to the Assignment Agreement (ECF No. 144);

WHEREAS, on March 17, 2021, the Court in the Action entered an Order approving the First Amendment to the Assignment Agreement (ECF No. 147);

WHEREAS, on May 17, 2021, the Court-appointed Receiver for Project Investors, Inc., d/b/a Cryptsy filed an emergency motion for a temporary restraining order ("TRO") based on the discovery of additional wallet addresses holding 500.052319 Bitcoin (the "Newly Discovered

Bitcoin") derived from Cryptsy that are property of the Plaintiff Class and properly subject to the Cryptsy Judgment as clarified (ECF No. 153);

WHEREAS, this Court granted the TRO the same day (ECF No. 154), and this Court further filed an amended TRO the next day, on May 18, 2021 (ECF No. 155);

WHEREAS, on May 23, 2021, the Plaintiff Class moved to amend the Final Default Judgment against Paul Vernon to include the Newly Discovered Bitcoin identified in the May 17, 2021 TRO ("Newly Discovered Bitcoin") (ECF No. 156);

WHEREAS, on May 24, 2021, this Court granted the motion and issued an Amended Final Default Judgment that includes the Newly Discovered Bitcoin identified in the TRO (ECF No. 157);

WHEREAS, Assignor and Assignee desire to enter into this Second Amendment to Assignment Agreement ("Second Amendment to Assignment Agreement") for the purpose of adding certain digital assets to the "Subject Digital Currencies," in particular, the Newly Discovered Bitcoin (BTC), along with all forked assets to which the proper owner(s) of the 500.052319 Newly Discovered Bitcoin are entitled (all of the foregoing, the "Newly Discovered Stolen Bitcoin and Newly Discovered Forked Assets"). This Newly Discovered Bitcoin, at the time of the theft from the Plaintiff Class, was held in ten (10) newly-discovered wallet addresses ("Newly-Discovered Wallet Addresses") (listed in Table 2 of the Amended Final Default Judgment (ECF No. 157)). Some of the Newly Discovered Bitcoin has since been moved to secondary wallet addresses identified in Table 3 of the Amended Final Default Judgment and in the tables incorporated by reference from Appendices 2 and 3 of Receiver's Emergency Motion for Temporary Restraining Order Without Notice Against Defendant Paul Vernon (ECF No. 157) ("Secondary Wallet Addresses"); and

WHEREAS, Assignor and Assignee intend to file in the Action an Unopposed Motion to Approve the Second Amendment to the Assignment Agreement for the purpose of adding the Newly Discovered Stolen Bitcoin and Newly Discovered Forked Assets to the Subject Digital Currencies to the scope of the Assignment Agreement;

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the undersigned, intending to be legally bound, hereby amend the Background Section of the Assignment Agreement as follows:

On May 23, 2021, the Plaintiff Class moved to amend the Judgment against Paul Vernon to include the 500.052319 Bitcoin identified in the May 17, 2021 TRO ("Newly Discovered Bitcoin") (ECF No. 156) (also identified in the table below). On May 24, 2021, this Court granted the motion and issued an Amended Final Default Judgment that includes the 500.052319 Bitcoin identified in the TRO (ECF No. 157). Section 4(d)-(f) of the Amended Final Default Judgment declares that the 11,325.0961 originally identified stolen Bitcoin and forked assets associated with this 11,325.0961 Bitcoin (the "Original Forked Assets") are property of the Plaintiff Class (ECF No. 157). Section 5 adds to the Amended Final Default Judgment the 500.052319 Newly Discovered Bitcoin identified in the May 17, 2021 TRO and declares that this 500.052319 Newly Discovered Bitcoin and all

2

associated forked assets (the "Newly Discovered Forked Assets") are "property of the Plaintiff Class" (ECF No. 157). Section 6 restates that the Amended Final Default Judgment includes all 11,825.1484 Bitcoin, the Original Forked Assets, and the Newly Discovered Forked Assets (ECF No. 157). As a result, the Subject Digital Currencies covered by the Amended Final Default Judgment—and hereby included in this Assignment—now include (i) all 11,825.1484 Bitcoin identified in the Amended Final Default Judgment and (ii) the Original Forked Assets and Newly Discovered Forked Assets (an equivalent amount of BCH, BTG, BCD, SBTC, BCT2, BCTP, BTCD and BSV associated with the 11,825.1484 Bitcoin), regardless of whether the 11,825.1484 Bitcoin, Original Forked Assets, and Newly Discovered Forked Assets continue to be held in the specifically-identified electronic wallet addresses in the Amended Final Default Judgment, have been moved to known Secondary Wallet Addresses identified in the Amended Final Default Judgment, or have been moved to other unidentified secondary wallet addresses.

| # | Newly-Discovered Wallet Address | Date and Time of Transfer (UTC) | Transfer Amount (in BTC) |
|---|---|---|---|
| 1 | 1BjRLELf3xX5Tz8c43H36nkmNwqnPuuVAv | 2014-07-29 08:54 | 0.010265 |
| 2 | 12KBnNKkEdjcojNZ7ceBhDBJWhMZbtttgr | 2014-07-29 08:54 | 100 |
| 3 | 17QwFUD9awdi4JcncVrkxfDDBvEos8HU8H | 2014-07-29 08:54 | 100 |
| 4 | 19TbZFeHjTx76yKnwGTqehTh1VLHLxx9km | 2014-07-29 08:54 | 0.010659 |
| 5 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 2014-07-29 08:54 | 100 |
| 6 | 1JhoQ1Zs2EqjXh1GzjwtQethAbNG6bNGTW | 2014-07-29 08:54 | 0.010021 |
| 7 | 1AA8YJ2DeYr99BS1PrsFKWC1p9hXT28dup | 2014-07-29 08:54 | 100 |
| 8 | 1ABpMg9prfa6dtZqTqpcmN5cAsjj1Cx77V | 2014-07-29 08:54 | 0.010393 |
| 9 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 2014-07-29 08:54 | 100 |
| 10 | 19mkygdiY9Ay7dL2LLmASZzi2bXEp9NwLj | 2014-07-29 08:54 | 0.010981 |
| | | **TOTAL** | **500.052319** |

3

The Plaintiff Class desires to assign to North Field its rights under Section 4(d)-(f), Section 5, and Section 6 of the Amended Final Default Judgment (ECF No. 157) (including Assignor's rights to the Subject Digital Currencies) (collectively, the "Amended Final Default Judgment Rights").

1. The background section to the Assignment Agreement is hereby amended by adding in the two indented paragraphs and chart immediately above.

2. The definition of "Subject Digital Currencies" is hereby amended as provided in the two indented paragraphs and chart immediately above.

3. Capitalized terms used in this Amendment and not otherwise defined in the recitals and two indented paragraphs above shall have the respective meanings set forth in the Assignment Agreement.

4. This Amendment may be executed in counterparts.

5. Except as specifically provided above, the Assignment Agreement, as amended hereby, shall continue in full force and effect.

IN WITNESS WHEREOF, this Amendment has been executed as of the date first set forth above.

ASSIGNOR:

_____
Brandon Leidel, not in his individual capacity, but as Class Representative

05/28/2021
_____
DATE

ASSIGNEE:

North Field Technology, Ltd.

By: _____
Name: Ron Tarter
Title: Director

5-30-2021
_____
DATE

4