UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,                  CASE NO. 9:16-cv-80060-KAM
and on behalf of All others Similarly Situated,

       Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

       Defendants.
_____/

**ORDER APPROVING SECOND AMENDMENT TO ASSIGNMENT AGREEMENT OF AMENDED FINAL DEFAULT JUDGMENT AGAINST DEFENDANT PAUL VERNON**

THIS MATTER came before the Court upon the unopposed motion of Plaintiff Brandon Leidel, individually and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field") for approval of the Second Amendment to Assignment Agreement [ECF No. 139-1]. The purpose of this assignment is to add to the Assignment Agreement previously approved by Order of this Court [ECF No. 142] the additional 500.052319 Bitcoin and all associated forked assets encompassed in the Amended Final Default Judgment Against Defendant Paul Vernon, which this Court entered on May 24, 2021 [ECF No. 157] (the "Amended Final Judgment"). Having reviewed the unopposed motion and supporting papers and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES as follows:

1. The motion of Plaintiff Class and North Field is GRANTED, and the terms of the Assignment Agreement [ECF No. 139-1] are amended in accordance with the Second Amendment to Assignment Agreement and, as amended, are hereby APPROVED.

2. The Court reserves jurisdiction to enter further orders that are proper to compel Defendant Vernon to complete all procedures in execution of the Judgment, and to otherwise facilitate the efforts of or taken on behalf of Plaintiff Class to recover the assets subject to the Judgment.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this _____ day of _____, 2021.

_____

KENNETH A. MARRA
United States District Judge

Copies furnished to:
Counsel of Record