UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL,
individually and on behalf of All Others Similarly Situated,

   Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

   Defendants.
_____/

## ORDER ON PLAINTIFF'S AND RECEIVER'S UNOPPOSED MOTION TO DISTRIBUTE ADDITIONAL FUNDS TO CLASS MEMBERS

THIS MATTER came before the Court upon the unopposed motion of Plaintiff Brandon Leidel, as the Class Representative of the Certified Class, through Court Appointed Class Counsel Wites Law Firm and Silver Miller ("Plaintiff"), and James D. Sallah, Esq., not individually, but solely in his capacity as the Court-appointed Receiver for Project Investors, Inc. d/b/a Cryptsy, through Court Appointed Special Counsel for Receiver Wites Law Firm and Silver Miller (hereinafter "Receiver"), for authorization to distribute additional funds to Class Members. D.E. 158. No response to the motion has been filed. The Court has reviewed the Motion, and is otherwise duly advised in the premises. The Court hereby Orders and Adjudges as follows:

Civil Action No. 9:16-cv-80060-MARRA

- 2 -

The Motion (DE 158) is **GRANTED**. Class Counsel and the Receiver shall carry out all actions to effectuate the relief sought in the Motion. Prior to sending notice to the Class of this subsequent distribution, Class Counsel shall submit such notice to the Court for approval.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of June, 2021.

KENNETH A. MARRA
United States District Judge