UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-CIV-80060-MARRA

BRANDON LEIDEL, *et al.*,

    Plaintiffs,

v.

PROJECT INVESTORS, INC., *et al.*,

    Defendants.

### PLAINTIFF'S APPLICATION FOR RELIEF FROM MAY 28, 2021 ORDER GRANTING PLAINTIFF AND ASSIGNEE'S MOTION FOR ASSET FREEZE INJUNCTION AND ORDER TO TRANSFER THE STOLEN BITCOIN TO ASSIGNEE

Consistent with representations to the Court by counsel for Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") during the May 26, 2021 preliminary injunction hearing [ECF No. 163] that Plaintiffs' counsel would address on an expedited basis any disputes related to either non-party cryptocurrency exchanges and/or individuals whose accounts are associated with the Preliminary Injunction thereafter entered by the Court (the "Order") [ECF No. 165], counsel has been contacted by a non-party individual (Mr. Nisar Mohammed) who has asked to be relieved from the Order and any obligations or restrictions associated therewith.  At the hearing on May 26, 2021, Plaintiffs' counsel (Mr. Silver) stated to that Court that Plaintiffs would work in good faith "to resolve very quickly . . . any concerns from individuals and/or exchanges who are/were **unduly impacted** by the Preliminary Injunction." Within forty-eight (48) hours of being contacted, Plaintiffs' counsel met with and conferred with Mr. Mohammed and have agreed to release Mr. Mohammed from the restrictions associated with the Order.  Plaintiffs further state as follows:

    1.    On May 28, 2021, this Court entered the Order, which requires, *inter alia*:

Civil Action No. 9:16-CIV-80060-MARRA

> "Any … cryptocurrency exchanges [to] freeze, or assist in or facilitate the freezing of, the Stolen Bitcoin and Forked Digital Assets held in or transferred from any wallet address listed in Table 1, 2, or 3 or Appendix 'A' attached to [the] Order" and to further "freeze all customer accounts relating" to any account or wallet so identified, and to "take all steps necessary to transfer … the Stolen Bitcoin and Forked Digital Assets to a digital wallet or account designated by the holders of the Amended Final Default Judgment."

ECF No. 165 at ¶ 4.

2. As set forth in Appendix "A" to the Order [ECF No. 165-1], the Order identified certain addresses that Plaintiffs believed were associated with Defendant PAUL VERNON.

3. Having met and conferred with Mr. Mohammed, Plaintiffs agree good cause exists to relieve Mr. Mohammed from any obligations or restrictions under the Order.

4. Plaintiffs hereby request that the Court amend the Order to remove the following destination addresses from Appendix "A" to the Order:

| Address # | Destination Address |
|---|---|
| 191 | 3HGdiSbfnM3FH4CapoDctJ1ffXz8cd56er |

5. Plaintiffs believe these requests address the Court's concern that affected cryptocurrency users unduly affected by the Order have quick access to counsel and this Court to provide an appropriate measure of relief for any purchaser in good faith to not be unduly impacted or deprived of his/her assets for a prolonged period of time.

6. Plaintiffs base their good faith belief for the relief from the Order on representations made by Mr. Mohammed.

WHEREFORE, Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class, hereby respectfully requests the Court amend the May 28, 2021 Order to remove from the Order certain destination addresses to relieve non-party Mr. Mohammed from the obligations and restrictions set forth under the Order.

Civil Action No. 9:16-CIV-80060-MARRA

Respectfully submitted,

By: */s/ Marc A. Wites*
MARC A. WITES

| **SILVER MILLER** | **WITES LAW FIRM** |
|---|---|
| DAVID C. SILVER | MARC A. WITES |
| Florida Bar No. 572764 | Florida Bar No. 24783 |
| E-mail: DSilver@SilverMillerLaw.com | E-mail: mwites@witeslaw.com |
| JASON S. MILLER | 4400 N. Federal Highway |
| Florida Bar No. 072206 | Lighthouse Point, Florida 33064 |
| E-mail: JMiller@SilverMillerLaw.com | Telephone:     (954) 933-4400 |
| 11780 W. Sample Road | |
| Coral Springs, Florida 33065 | |
| Telephone:     (954) 516-6000 | |

*Counsel for Plaintiff and Class*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __17th__ day of June 2021 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **All Counsel of Record** and to **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

 */s/ Marc A. Wites*
MARC A. WITES