# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-CIV-80060-MARRA**

BRANDON LEIDEL, *et al.*,

   Plaintiffs,

v.

PROJECT INVESTORS, INC., *et al.*,

   Defendants.

### ORDER RELIEVING NON-PARTY NISAR MOHAMMED FROM COURT ORDER DATED MAY 28, 2021 GRANTING PLAINTIFF AND ASSIGNEE'S MOTION FOR ASSET FREEZE INJUNCTION AND ORDER TO TRANSFER THE STOLEN BITCOIN TO ASSIGNEE

THIS MATTER is before the Court upon the motion of Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") to relieve non-party individual Mr. Nisar Mohammed ("Mr. Mohammed") from the obligations and restrictions set forth in the Court's May 28, 2021 Order Granting Plaintiff and Assignee's Motion for Asset Freeze Injunction and Order to Transfer the Stolen Bitcoin to Assignee [ECF No. 165] (the "Order").

For GOOD CAUSE APPEARING, the Court hereby ORDERS AND ADJUDGES:

1. The motion for relief (DE 175) from the Order is GRANTED.

2. The following destination address(es) reflected in Appendix "A" to the Order is hereby stricken from Appendix "A" and shall be deemed to have been excepted and removed from the Order:

Civil Action No. 9:16-CIV-80060-MARRA

| Address # | Destination Address |
|---|---|
| 191 | 3HGdiSbfnM3FH4CapoDctJ1ffXz8cd56er |

3. Mr. Mohammed shall be relieved of any obligations and/or restrictions under the Order relating to the destination addresses identified above.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of June, 2021.

_____
KENNETH A. MARRA
United States District Judge

Cc: All counsel of Record