# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:16-CIV-80060-MARRA

BRANDON LEIDEL, *et al.*,

     Plaintiffs,

v.

PROJECT INVESTORS, INC., *et al.*,

     Defendants.

---

### PLAINTIFF'S APPLICATION FOR RELIEF FROM MAY 28, 2021 ORDER GRANTING PLAINTIFF AND ASSIGNEE'S MOTION FOR ASSET FREEZE INJUNCTION AND ORDER TO TRANSFER THE STOLEN BITCOIN TO ASSIGNEE

Plaintiff hereby files this Application For Relief From May 28, 2021 Order Granting Plaintiff And Assignee's Motion For Asset Freeze Injunction And Order To Transfer The Stolen Bitcoin To Assignee and states as follows:

1.     On May 28, 2021, this Court entered the Preliminary Injunction Order, which requires, *inter alia*:

> "Any … cryptocurrency exchanges [to] freeze, or assist in or facilitate the freezing of, the Stolen Bitcoin and Forked Digital Assets held in or transferred from any wallet address listed in Table 1, 2, or 3 or Appendix 'A' attached to [the] Order" and to further "freeze all customer accounts relating" to any account or wallet so identified, and to "take all steps necessary to transfer … the Stolen Bitcoin and Forked Digital Assets to a digital wallet or account designated by the holders of the Amended Final Default Judgment."

ECF No. 165 at ¶ 4.

2.     As set forth in Appendix "A" to the Order [ECF No. 165-1], the Order identified certain addresses that Plaintiff believes were associated with Defendant PAUL VERNON.

3.     Plaintiff's counsel represented to the Court during the May 26, 2021 preliminary injunction hearing [ECF No. 163] that Plaintiff's counsel would address on an expedited basis any

disputes related to either non-party cryptocurrency exchanges and/or individuals whose accounts are associated with the Preliminary Injunction thereafter entered by the Court (the "Order") [ECF No. 165].

4.      At the hearing on May 26, 2021, Plaintiff's counsel (Mr. Silver) stated to that Court that Plaintiff would work in good faith "to resolve very quickly . . . any concerns from individuals and/or exchanges who are/were **unduly impacted** by the Preliminary Injunction."

5.      Counsel has been contacted by a non-party YOA LTD who has asked to be relieved from the Order and any obligations or restrictions associated therewith.  Within forty-eight (48) hours of being contacted, Plaintiff's counsel conferred with YOA LTD and its counsel, and have continued to do so since that time.[1]

6.      YOA LTD has asserted that it has been unduly impacted by the Preliminary Injunction.

7.      The Court subsequently entered a Permanent Injunction on June 22, 2021, granting Plaintiff and Assignee's Motion for Asset Freeze Injunction and Order to Transfer the Stolen Bitcoin to Assignee (D.E. 177)(the "Permanent Injunction Order").

8.      Based on YOA LTD's affirmations and the Court's entry of the Permanent Injunction Order, Plaintiff has agreed to release YOA LTD from any obligations or restrictions under the Preliminary Injunction and Permanent Injunction Orders.

**WHEREFORE,** Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class hereby respectfully requests the Court enter an order confirming that YOA LTD's wallet address is not subject to either the Preliminary and/or the Permanent Injunction Orders and shall be released from any prior or current asset freeze.

---

[1]      YOA Ltd was for a time represented by counsel, but no longer has such counsel.

Respectfully submitted,

By:_____/s/ Marc A. Wites_____
MARC A. WITES

**SILVER MILLER**                                      **WITES LAW FIRM**
DAVID C. SILVER                                       MARC A. WITES
Florida Bar No. 572764                                Florida Bar No. 24783
E-mail: DSilver@SilverMillerLaw.com                   E-mail: mwites@witeslaw.com
JASON S. MILLER                                       4400 N. Federal Highway
Florida Bar No. 072206                                Lighthouse Point, Florida 33064
E-mail: JMiller@SilverMillerLaw.com                   Telephone:    (954) 933-4400
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

*Counsel for Plaintiff and Class*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __1st__ day of July 2021 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **All Counsel of Record; YOA, LTD;** and to **PAUL VERNON**, **individually**, P.O. Box 7646, Delray Beach, FL 33482, E-mail: PaulEVernon@yahoo.com.

_/s/ Marc A. Wites_____
MARC A. WITES