UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-CIV-80060-MARRA

BRANDON LEIDEL, *et al.*,

   Plaintiffs,

v.

PROJECT INVESTORS, INC., *et al.*,

   Defendants.

**ORDER RELIEVING NON-PARTY YOA, LTD,
FROM COURT ORDER DATED MAY 28, 2021
GRANTING PLAINTIFF AND ASSIGNEE'S MOTION FOR ASSET FREEZE
INJUNCTION AND ORDER TO TRANSFER THE STOLEN BITCOIN TO ASSIGNEE**

     THIS MATTER is before the Court upon the July 1, 2021 motion of Plaintiff BRANDON LEIDEL, individually, and on behalf of all others similarly situated members of the Certified Class ("Plaintiffs") [DE 180] to relieve non-party YOA LTD from the obligations and restrictions set forth in the Court's May 28, 2021 Order Granting Plaintiff and Assignee's Motion for Asset Freeze Injunction and Order to Transfer the Stolen Bitcoin to Assignee [ECF No. 165] (the "Order").

     For GOOD CAUSE APPEARING, the Court hereby ORDERS AND ADJUDGES that the motion for relief from the Order [DE 180] is GRANTED.  YOA LTD is relieved from the Order, and also is not subject to the Court's June 22, 2021, the Order Granting Plaintiff and Assignee's Motion for Asset Freeze Injunction and Order to Transfer the Stolen Bitcoin to Assignee (D.E. 177). For these reasons, YOA LTD's wallet address is not subject to either the May 28, 2021 or June 22, 2021

Civil Action No. 9:16-CIV-80060-MARRA

- 2 -

.

Orders, and such wallet address shall be released from any prior or current asset freeze

     DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of July, 2021.

                                      KENNETH A. MARRA
                                      United States District Judge

Cc: All counsel of Record, YOA LTD, and PAUL VERNON