Hon Justice Kenneth A Marra
United States District Court
Southern District of Florida                    30th May 2022

Hon Justice K A Marra


Ref : Cryptsy Financial Claim Number: CPT1022774 Confirmation Code: 9W9H92Y444CJ


Further to my email to Court appointed Attorneys on 19 th May and  reply of 20th

I have been further informed by the person who claims to be the administrator one MR that my claim Number: CPT1022774 has lapsed and he cannot fulfil his obligations as awarded by court to me as listed in judgement. Who however accepted my claim for review.

I am hereby couriering the documents as instructed by your honors court.

I earnestly request you to hold an immediate inquiry and hold distribution of funds by the administrator pending solution as to why the multiple administrators/managers Aegion Group are not prepared to release my court Registered and recognized Claim Number: CPT1022774 for compensation.

I draw your attention to the fact that a Class of international investor who cannot enforce claim in America is denied claim due to the failure of the administrator and manager to perform his job within the granted period ending 22nd February 2022.

The subsequent administrators single notice of 6th April 2022 of Defficent document to the Recipients sent 45 days after payment was confirmed and not expected

The Court appointed Attorneys when contacted on the 19th of May 2022 Replied on 20th May 2022 they would respond based on the information I had sent in the mail. Response has not been received to date.

I appeal to Your Honors courts for appropriate intervention and restitution including cost and charges that Your Honor may feal are due to the recipients by this delay caused By Agieon Group.

Attached are Emails received by me

1) Refusal to settle from Project Manger for Cryptsy Settlement
2) Email to court Appointed Lawyer Marc Wites and his response
3) Response from Settlement administrator MR to My request  and notice of deficiency dated 6th April 2022 sent on 7th April 2022 to my spam box
4) Picture of available Erecords with me which was explained and accepted  in 2016 to alin@wklawyers.com and no further request made. 2500 Plus documents available for the period 2014-2016June
5) Confirmation of creating an account in Cryptsy March 25th 2014
6) Ticket from Cryptsy Response dated March 27th 2014 missing transaction
7) Missing Withdrawal Ticket 14th December 2015
8) Confirmation of Withdrawal Dated December 18th 2015
9) Missing Withdrawal Ticket from Cryptsy Dated 12th January 2016

10) Withdrawal Confirmation Dated 12 th September 2015

Thanking you


Gihann F W Selvadura

No 21 Dharmapala Mw, Talawathugoda, Sri Lanka

Email: gihann@yahoo.com

Tel/Whatsapp: 0094777461661

Re: Notice of Deficient Claim in Cryptsy Settlement

From:  Gihann Selvadurai (gihann@yahoo.com)

To:     amack@angeiongroup.com

Date:  Wednesday, May 25, 2022, 08:49 PM GMT+5:30

Dear Andre

I find your reason for denial unaceptable and will take this further as you leave me no choice.

The very fact that only one mail sent ended in spam leaves ground for me to take this further.

Am shocked at this

Regards

Gihann F W Selvadurai

Sent from Yahoo Mail on Android

> On Tue, May 24, 2022 at 22:10, Andre Mack
> <AMack@angeiongroup.com> wrote:
>
> Hi Gihann,
>
> I am the project manager for the Cryptsy Settlement and your claim has been escalated for my review.
> Upon my review, I have determined your claim to be denied for the following reasons:
>
> 1. Your original claim was received and determined to be deficient.  You were sent a deficiency letter
>    because the documentation submitted with your claim did not meet the supporting documentation
>    requirements listed within the settlement agreement and the amount of cryptocurrency held in your
>    Cryptsy account as of November 1,2015 could not be verified.
> 2. We received your deficiency letter response on May 2[nd] which was 6 days after the deadline for
>    submitting deficiency responses.
>
> Since your initial claim was deficient and you failed to submit documentation that would cure your claim,
> your claim is now considered denied.
>
> For more information regarding the Cryptsy settlement acceptable supporting documentation
> requirements, you can view the settlement agreement by visiting section VI. B.1 of the Nettles Settlement
> Agreement. The Nettles Settlement Agreement can be accessed by visiting the Cryptsy settlement website
> and clicking the "Cryptsy Settlement" link at the bottom of the Important Documents page then navigating
> to Important Documents page on that site. www.CryptsySettlement.com).
>
> Thanks,
> Andre

Thanking you

Gihann F W Selvadurai

Sent from Yahoo Mail on Android

On Fri, May 20, 2022 at 3:06, Marc Wites
<mwites@witeslaw.com> wrote:

> Hello.  We will review the email string below, and I will determine if we can provide further
> information.  We will get back to you within a few days.  Thanks, Marc
>
> **From:** Gihann Selvadurai <gihann@yahoo.com>
> **Sent:** Thursday, May 19, 2022 4:49 PM
> **To:** DSilver@silverlaw.com; Marc Wites <mwites@witeslaw.com>
> **Subject:** Fw: [External] Re: Notice of Deficient Claim in Cryptsy Settlement
>
> Dear Sirs
> Ref : Cryptsy Financial Claim
>
> Claim Number: **CPT1022774**
> Confirmation Code: **9W9H92Y444CJ**
>
> These lawyers are called Co-Lead Counsel and Class Counsel. The Court also
> appointed James D. Sallah to act as the Receiver in this matter.
>
> Administrator has upgraded my request which was initially denied however no further
> information was received i am forwarding this same set of Documents with Confirmation of
> upgrade to the court and chambers of Justice Marra.
>
> Thanking You
>
>
> Gihann F W Selvadurai
>
>
> ----- Forwarded Message -----
> **From:** info@cryptsysettlement.com <info@cryptsysettlement.com>
> **To:** Gihann Selvadurai <gihann@yahoo.com>
> **Sent:** Saturday, May 14, 2022, 06:49:20 AM GMT+5:30
> **Subject:** Re: [External] Re: Notice of Deficient Claim in Cryptsy Settlement
>
> Hello.
>
> Unfortunately,  that is not something we can answer. We don't have access to these funds. Not part of the
> Settlement.
>
> Thank you,
>
> Settlement Administrator
> MR

RE: [External] Re: Notice of Deficient Claim in Cryptsy Settlement

From:  Gihann Selvadurai (gihann@yahoo.com)

To:      mwites@witeslaw.com

Date:  Thursday, May 26, 2022, 11:20 PM GMT+5:30

Dear Mr Marc Wites.

Ref Cryptsy settlment.

I. Write to you as the court appointed Lawyer in the class action suit to recover the funds of the depositers in Cryptsy.

The said funds were to be released to the Plaintiff clients in February 2022 as publicised and notified.

However the adminstrater had sent a document over 45 days after the said date of settlment which ended in suspicouse mail/spam box.

This mail in itself should have been sent prior to February 2022 if the administrator did his job.

For the administrators failure he now claims that the clients you represent one or more has no right to the funds awarded by the court on the grounds it was out of time. He does not deny its validity or authenticity.

If one or more clients in the class action suit is denied funds as our court appointed representative entitled for payment i request and confirm your right to move to recover mine and all class action plaintiffs funds without further delay.

I further request that the administrator be held personally liable legaly for failing to perform his duty in time for any cost pluss legal interest applicable, and any further award for the distress caused to class action suit awardies.

Awaiting your urgent respose.

Thanking you

Gihann F W Selvadurai

Sent from Yahoo Mail on Android

> On Wed, May 25, 2022 at 21:01, Gihann Selvadurai
> <gihann@yahoo.com> wrote:
>
> Dear Marc Wites
>
> Ref Cryptsy setlment
>
> Andre states the refund of funds is denied as its out of time.
>
> This is denial of my due based on one mail sent to me on this regard which ended in spam. Without even a refferance to cryptsy.
>
> In this situation i am sure this is not what the court would call justice.
>
> Please find this apeal to you for assistance.
>
> Also signed original notice to the court is on its way.
>
> Awaiting your urgent responce.

Re: [External] Re: Notice of Deficient Claim in Cryptsy Settlement

From:  info@cryptsysettlement.com (info@cryptsysettlement.com)

To:    gihann@yahoo.com

Date:  Saturday, May 14, 2022, 06:49 AM GMT+5:30

Hello.

Unfortunately,  that is not something we can answer. We don't have access to these funds. Not part of the Settlement.

Thank you,

Settlement Administrator
MR

---

**From:** Gihann Selvadurai <gihann@yahoo.com>
**Sent:** Monday, May 2, 2022, 6:30 AM
**To:** info@cryptsysettlement.com <info@cryptsysettlement.com>
**Subject:** [External] Re: Notice of Deficient Claim in Cryptsy Settlement

You don't often get email from gihann@yahoo.com. Learn why this is important

[ This is an External Email – Do Not Click Unsolicited Links or Attachments ]

On Monday, May 2, 2022, 11:33:34 AM GMT+5:30, Gihann Selvadurai <gihann@yahoo.com> wrote:

Dear M/s

Claim Number: **CPT1022774**
Confirmation Code: **9W9H92Y444CJ**

Do tell me what happens to deposits held  that have records from December 2015 December 12th Former records were not maintained by me as the Courts had records from before 15/Nov/2015

I have retained records from Nov 27th 2015.

TYPE OF CRYPTOCURRENCY 1: **BTC**
DATE PURCHASED 1: **11/27/2015**
QUANTITY PURCHASED 1: **2.6**
QUANTITY HELD BETWEEN 11/1/2015 AND THE PRESENT DATE 1: **1**
TYPE OF CRYPTOCURRENCY 2: **LTC**
DATE PURCHASED 2: **12/02/2015**
QUANTITY PURCHASED 2: **120**
QUANTITY HELD BETWEEN 11/1/2015 AND THE PRESENT DATE 2: **80**

AMOUNT 1: .99
FROM WHOM DID YOU RECEIVE 1: **CRYPTSY.COM**
DATE 2: **01/16/2016**
AMOUNT 2: **16.90790519**
FROM WHOM DID YOU RECEIVE 2: **CRYPTSY.COM**
DATE 3: **01/01/2016**
AMOUNT 3: **.2686**
FROM WHOM DID YOU RECEIVE 3: **CRYPTSY.COM**
DATE 4: **01/12/2016**
AMOUNT 4: **1.14895**
FROM WHOM DID YOU RECEIVE 4: **CRYPTSY.COM**

I am still missing 1 BTC and 100 Lite Coins (USD 10/k at current Value) from this Transaction. Which was Purchased on 27th November 2015.

Account Verification could be done from Prior records as the court had access to that information.

Please Advice what recourse i have to recover the said funds.

Thanking you

Gihann F W Selvadurai


On Thursday, April 7, 2022, 02:31:52 AM GMT+5:30, Settlement Administrator <info@cryptsysettlement.com> wrote:


### CRYPTSY SETTLEMENT
### CLAIM DEFICIENCY LETTER

**DEF**
DATE: 04/06/2022

**Gihann Selvadurai**
CLAIM NUMBER: **CPT1022774**

You submitted a Claim Form in the class action lawsuit styled *Project Investors, Inc., d/b/a Cryptsy. v. Xiuxia Liu* U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:16-cv-80060-MARRA.Your Claim Form was reviewed and has been determined to be deficient for the following reason:

_____x_____   Your claim was not accompanied by the required documentation. Please go to www.CryptsySettlement.com and see paragraph 14(b) of the Class Notice available to you on the important documents page for an explanation of the documentation required.

_____  The documentation provided does not reflect a holding position in your Cryptsy account. You must have unrecovered holdings (a holding position) in your Cryptsy account as of 11/1/2015 to make a valid claim. Please see Paragraph 8 of the class Notice available at www.CryptsySettlement.com for the definition of the class.

_____  The documentation provided does not reflect the holding position(s) in your Cryptsy account were within the class period. You must have unrecovered holdings (a holding position) in your Cryptsy account as of 11/1/2015 to make a valid claim. Please see Paragraph 8 of the class Notice available at www.CryptsySettlement.com for the definition of the class.

_____   The documentation provided reflects transactions outside the class period.  You must have unrecovered holdings (a holding position) in your Cryptsy account as of 11/1/2015 to make a valid claim. Please see Paragraph 8 of the class Notice available at www.CryptsySettlement.com for the definition of the Class.

_____   The documentation provided does not support the claim or the documentation submitted is not allowable. Documentation must be of a type not created by the class member that reflects the type and amount of cryptocurrency that was held in the class Period and establish a holding position reflecting the type and amount of Cryptocurrencies held as of 11/5/2015.

_____   The documentation submitted with your claim does not reflect allowable transactions from the appropriate party.   This Class Action requires that Claimants are Cryptsy account holders.   The documentation provided does not reflect you held Cryptocurrencies on the Cryptsy website.

_____   Your documentation is a mining report.  This report does not provide adequate information to determine the Crypto Wallet used or any sales or transfers from that wallet. As such the report is insufficient to establish a holding position as required.

_____   The documentation provided appears to show that all holdings in your Cryptsy account were successfully sold or transferred.  You must have unrecovered holdings in your Cryptsy account to make a valid claim. Please see Paragraph 8 of the class Notice available at www.CryptsySettlement.com for the definition of the Class.

_____ This claim appears to be a duplicate of a claim previously submitted.

As a result, you do not have a recognized Claim and will not receive a payment pursuant to the terms of the Settlement Agreement and Plan of Allocation in the Lawsuit.

If you want to contest the rejection of your Claim, you must submit to the address listed below a notice and statement of reasons indicating your grounds for contesting the rejection along with any supporting documentation you believe supports your claim. You also have the right to a review by the Court.  Please indicate in your submission if you are requesting a review by the Court. To support your claim, you must submit documentation such as account statements or screenshots of account holdings that sufficiently identify the type and quantity of the cryptocurrency held at Cryptsy during the class period.  Your notice contesting the rejection of your Claim must be mailed by **April 26, 2022** to:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

If you have any questions, you may contact the Claims Administrator by mail, email or by calling toll-free:

Cryptsy Cryptocurrency Litigation
Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Toll-Free:  1-888-868-4936
Email:  info@cryptsysettlement.com
www.CryptsySettlement.com

Unsubscribe

https://mail.yahoo.com/d/folders/24?reason=invalid_cred

| | | | |
|---|---|---|---|
| NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | MORE... |

Find messages, documents, photos or people

☑ ⌄ 2,510          📁 Archive   ↗ Move   🗑 Delete   🛡 Spam   •••

**2014**

☑ • **Cryptsy.com**   Re: [#122188] Feedback for How can I recover a forgotten password...   4/6/20

☑   Cryptsy.com   Ticket Received - [#122188] Feedback for How can I recover a forgotte...   4/6/20

☑ • **Cryptsy**   **New Password**   Hi gihann, Your password reset is complete at Cryptsy...   🗑

☑   Cryptsy   Password Reset Request   Hi gihann, You have requested a password res...   4/6/20

☑ • **Cryptsy**   **New Password**   Hi gihann, Your password reset is complete at Cryptsy...   4/6/20

☑   Cryptsy   Password Reset Request   Hi gihann, You have requested a password res...   4/6/20

☑   Cryptsy.com   Ticket Resolved - [#120020] login pin   Dear gihann, Our Support Rep h...   3/27/20

☑ • **Cryptsy.com**   **Re: [#120020] login pin**   2   Hello gihann, I removed your 2FA. You c...   3/27/20

☑   Cryptsy.com   Tickets user activation   Hi gihann, A new Tickets helpdesk account has ...   3/27/20

☑   Cryptsy.com   Ticket Received - [#120020] login pin   Dear gihann, We would like to ac...   3/27/20

☑   Cryptsy   Confirmation of Registration   Hi gihann, Thank you for creating an acco...   3/25/20

ers/24/messages/10953?reason=invalid_cred

⟩ search   ★ 🎵   ◯ 🗔 📷 W📄 📅 🌙 X📊 🖼 🌐 ⚙

I have over 2000 emails from cryptsy as given in this one and others: Fw: Confirm Your Withdrawal

From:   Gihann Selvadurai (gihann@yahoo.com)
To:     alin@wklawyers.com
Date:   Tuesday, July 19, 2016, 09:28 PM GMT+5:30

On Tuesday, January 12, 2016 5:13 PM, Cryptsy <support@cryptsy.com> wrote:

Hi Gihann,

This email is to confirm your withdrawal request at Cryptsy

Username: gooseling
Net Amount of Withdrawal: 0.10445 LTC
Withdrawal Address: LeBj3XmT5UYCeynAjNZFZiZyTTJJqpww7F

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/czZzWmxIdXZ1NFoxcGhmNFpnM09EQjV6Q2dORFIEdWJvdkp1bHVzOWQ0dz0=

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

Confirmation of Registration

From:  Cryptsy (support@cryptsy.com)
To:      gihann@yahoo.com
Date:  Tuesday, March 25, 2014, 01:34 PM GMT+5:30

Hi gihann,

Thank you for creating an account at Cryptsy.com.

You have been registered with the username: gooseling

Please activate your account by going to the following URL:

https://www.cryptsy.com/users/confirm/cTNLRjBZMFVaUm5HdHJRcDBvcmhzMWFKMy9rQ3I3THZqa2dGVzA4NnB5UT0=

*Cryptsy*

Ticket Received – [#120020] login pin

From:  Cryptsy.com (support@cryptsy.com)

To:     gihann@yahoo.com

Date:  Thursday, March 27, 2014, 10:41 PM GMT+5:30

Dear gihann,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - 120020.
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/120020

**Currently the most common support issues:**
New users and how to deposit BTC and other coins to your account

We recommend you purchase your Bitcoin from one of the the following Bitcoin merchants below as they have been proven to be trustworthy and reliable.
Campbx US
Coinbase  US
BTC-e Russian

Once you have purchased your Bitcoin (BTC) from one of the sites above, or from any other source,
please follow these simple steps to add your BTC or any coin to your Crypsty account.

**1. Login to your Crypsty Account**
**2. Click on your balances tab**
**3. Click the BTC or other currency Action button**
**4. Choose Deposit**
**5. Generate address and send the coin to that address.**

New User Registration Issues

- Make sure you fill in all the fields and avoid non standard characters.
- Make sure you are filling in the Captcha correctly.
- Security errors or errors in general due to the heavy load. (If you get an error, please refresh and try again)

Deposits

If you have a deposit issue please include the following adding this information will help us resolve your ticket more quickly and efficiently:

- Reason for ticket
- Transaction ID (TXID) of the deposit (If your pool didn't provide one you need to contact them for it)
- The coin type BTC, LTC, ETC
- Amount deposited.

**Keep these things in mind with deposits:**

**Trust Scores**
New user confirms can take up to 1.5x longer than trusted users.
Your trust score builds over time with the more transactions you make and other criteria.
This process is in place to prevent 51% attacks and double spends keeping everyone's coins safe from fraud.

**Out of date or out of sync wallets** You will need to make sure your wallet is in sync
with the network and that your wallet is the latest version. (If your wallet is not the latest version, your transactions will not post)

**We are experiencing some delays** with wallets due to large amount of deposits.

<u>Withdrawls</u>

- User did not <u>confirm the withdrawl email</u>.
- To resend a confirmation, go to the bottom of your balance page and resend the confirmation email https://www.cryptsy.com/users/balances.
- If you hit enter, the email will NOT be sent. You must click the link to send

- Want to cancel an unconfirmed withdrawl? You can do this on the balance page at the bottom with the cancel
  option https://www.cryptsy.com/users/balances

- **Tradekeys** are for **user to user transfers on cryptsy only.** You have to use an address to send coins to locations outside of cryptsy.

- Not seeing it at your wallet but you see it in the block chain? Make sure your wallet is up to date with the latest version and in sync with the network.

<u>Cancellations after trade or purchase not posting right away:</u>

- **Wait a bit** they will pop back in 99% of the time
- If they don't after 60 minutes I wouldn't wait longer put in a ticket with a description of your issue and we will manually audit your account which fixes the issues 100% of the time

<u>What are our fees?</u>

- Our fees are listed on every trade page 0.3% to sell and 0.2% to buy
- Withdraw fees are based on the coin and what it costs to send that coin into the chain

<u>Scams abound!</u>

- Watch out for trading software that isn't well known or accepted from trusted sources. We have confirmed one contains a keylogger
  - automatic bitcoinbot v4.5 it is a keylogger
- Watch out for sites that are not Cryptsy there are some fake ones out there that steal your information and all others kinds of bad things.
- Verify you have our certificate from Project investors inc.

Your coins are safe with Crypsty and thank you for choosing the #1 altcoin exchange service.

Thanks again for using cryptsy.com

Sincerely,


Thank you for your patience.

Sincerely,
Tickets Support Team

## Ticket Received – [#235814] Btc withdrawal Pending

From:   Cryptsy.com (support@cryptsy.com)

To:     gihann@yahoo.com

Date:   Monday, December 14, 2015, 06:41 AM GMT+5:30


Dear gihann,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - 235814.
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/235814




Sincerely,
Cryptsy.com Support Team

Confirm Your Withdrawal

From:  Cryptsy (support@cryptsy.com)

To:    gihann@yahoo.com

Date:  Friday, December 18, 2015, 03:00 PM GMT+5:30

Hi Gihann,

This email is to confirm your withdrawal request at Cryptsy

Username: gooseling
Net Amount of Withdrawal: 0.14995531 LTC
Withdrawal Address: LZV6twmNyjE1zp45D2BefSVGxd1BJy7Cvx

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/aVcxK2R0Z1k3Lyt6cU9rZEpBRzh0b3g3NFFmU0J6bXA3eU9TZjF5TUtaUT0=

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

## Confirm Your Withdrawal

From:   Cryptsy (support@cryptsy.com)

To:      gihann@yahoo.com

Date:   Friday, December 18, 2015, 03:07 PM GMT+5:30

Hi Gihann,

This email is to confirm your withdrawal request at Cryptsy

Username: gooseling
Net Amount of Withdrawal: 0.0945 LTC
Withdrawal Address: LZV6twmNyjE1zp45D2BefSVGxd1BJy7Cvx

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/ZXMvK1oxZDlYK082OStJMXEvMThXZXV2U0J3VHo1UDEzWUpjL2VNRms0TT0=

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

Ticket Received - [#252985] Missing Ltc withdrawals

From:  Cryptsy.com (support@cryptsy.com)

To:     gihann@yahoo.com

Date:  Tuesday, January 12, 2016, 08:14 PM GMT+5:30


Dear gihann,

We would like to acknowledge that we have received your request and a ticket has been created with Ticket ID - 252985.
A support representative will be reviewing your request and will send you a personal response.(usually within 24 hours).

To view the status of the ticket or add comments, please visit
https://cryptsy.freshdesk.com/helpdesk/tickets/252985




Sincerely,
Cryptsy.com Support Team

## Confirm Your Withdrawal

From:  Cryptsy (support@cryptsy.com)

To:  gihann@yahoo.com

Date:  Saturday, September 12, 2015, 06:23 AM GMT+5:30

Hi Gihann,

This email is to confirm your withdrawal request at Cryptsy

Username: gooseling
Net Amount of Withdrawal: 0.11192622 BTC
Withdrawal Address: 1Em7aGvF6aEtM2SByDmk5iTUodAWNYoV2j

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/UEIwa3RqZHdRSE1pYitRSUVrM2NDM1k1RDIUdjhRM2M4SkFDS2E
4Zm9Fcz0=

If you did not make this request, then do not click this link and contact support immediately.


*Cryptsy*

## Confirm Your Withdrawal

From:  Cryptsy (support@cryptsy.com)

To:     gihann@yahoo.com

Date:  Saturday, September 12, 2015, 01:21 PM GMT+5:30

Hi Gihann,

This email is to confirm your withdrawal request at Cryptsy

Username: gooseling
Net Amount of Withdrawal: 120144.5 DOGE
Withdrawal Address: D9baovkdVwVviJW72d44g9zHkDNufJjgaa

You will need to confirm this request by clicking the following link:

https://www.cryptsy.com/users/confirmwithdrawal/MENmQUNndGc2SUVXVi9iV1hsaGNYclZVR0ZPOERNT09oN1RYcH
INUXFkMD0=

If you did not make this request, then do not click this link and contact support immediately.

*Cryptsy*



Sri Lanka Post

RF005324706LK

U.S.M.S
INSPECTED
BY: _____

Hon. Justice Kenneth A. Mara.

United States District Court,

Southern District of Florida. 1400-N

United States of America

U.S.M.S

From:- Gihann Franz Welel Selvadurai
No. 21 Dharmapala Mawatha,
Thalawathugoda.
Sri - Lanka. 10116