UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,　　　　　　　　CASE NO. 9:16-cv-80060-KAM
and on behalf of All others Similarly Situated,

　　　　Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

　　　　Defendants.
_____/

## PLAINTIFF'S RESPONSE TO CLAIMANT'S NOTICE OF FILING

Plaintiff Brandon Leidel, as the Class Representative of the Certified Class, through Court Appointed Class Counsel Wites Law Firm and Silver Miller ("Plaintiff"), hereby responds to Claimant Gihann F W Selvadura's July 27, 2022, Filing (D.E. 194) and states as follows:

1. On July 27, 2022, Claimant Gihann F W Selvadura's May 30, 2022, correspondence to this Court was filed as Docket Entry 194.

2. Class Counsel was in communications with Mr. Selvadura through June 26, 2022, to address, investigate, and resolve his concerns.

3. Class Counsel has determined to approve and pay Mr. Selvadura's claim.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: _/s/ Marc A. Wites_
　　　　　　　　　　　　　　　　　　　**WITES LAW FIRM**
　　　　　　　　　　　　　　　　　　　MARC A. WITES
　　　　　　　　　　　　　　　　　　　Florida Bar No. 24783
　　　　　　　　　　　　　　　　　　　E-mail: mwites@witeslaw.com
　　　　　　　　　　　　　　　　　　　4400 N. Federal Highway
　　　　　　　　　　　　　　　　　　　Lighthouse Point, Florida 33064
　　　　　　　　　　　　　　　　　　　Telephone: (954) 933-4400

**SILVER MILLER**
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065-7604
Telephone: (954) 516-6000

*Special Litigation Counsel for the Receiver and Class Counsel*

# CERTIFICATE OF SERVICE

Pursuant to Rule 5(d)(1)(B), the foregoing will be served on this 30th day of July 2021 upon all counsel of record through the Court's electronic filing system, and via email to Gihann F W Selvadura (gihann@yahoo.com).

*/s/ Marc A. Wites*
MARC A. WITES