UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,            CASE NO. 9:16-cv-80060-KAM
and on behalf of All others Similarly Situated,

    Plaintiff,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

    Defendants.
_____/

## PLAINTIFF'S AND RECEIVER'S UNOPPOSED MOTION TO AMEND DISTRIBUTION OF ADDITIONAL FUNDS TO CLASS MEMBERS

Plaintiff Brandon Leidel, as the Class Representative of the Certified Class, through Court Appointed Class Counsel Wites Law Firm and Silver Miller ("Plaintiff"), and James D. Sallah, Esq., not individually, but solely in his capacity as the Court-appointed Receiver for Project Investors, Inc. d/b/a Cryptsy, through Court Appointed Special Counsel for Receiver Wites Law Firm and Silver Miller (hereinafter "Receiver"), hereby move this Court for authorization to amend the distribution of additional funds to class members and commence said distribution, and state as follows:

    1.    On May 24, 2021, Plaintiff and Receiver filed a Motion to Distribute Additional Funds to Class Members. (DE 158). The Motion addressed funds recovered by Plaintiff and the Receiver in the claw-back action against PAUL VERNON's girlfriend, Xiuxia Liu, that successfully recovered additional assets for the class of CRYPTSY victims. *James D. Sallah, Esq., not individually, but solely in his capacity as the Court-appointed Receiver for Project Investors, Inc., d/b/a Cryptsy. v. Xiuxia Liu*, U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:20-cv-81041-MARRA

(the "*Liu* Action").  In the Liu Action Plaintiff and the Receiver recovered $874,391.24. May 24, 2021 Motion at ¶10.

2. On June 8, 2021, the Court granted the motion. June 8, 2021, Order on Plaintiff's and Receiver's Unopposed Motion to Distribute Additional Funds to Class Members. (DE 174).

3. Following entry of the June 2021 Order, Plaintiff and the Receiver, with the assistance of Claims Administrator Angeion Group, commenced the notice and claims process.

4. On August 2, 2021, this Court entered an order approving the proposed notice to the class and plan of distribution. August 2, 0221 Order on Plaintiff's Motion for Approval of Notice and Claim Form for Distribution of Additional Funds to Class Members (DE 182). (DE. 183).

5. The time required to process the claims was substantially greater than the Plaintiff, the Receiver and the Claims Administrator anticipated because the number of claims submitted was substantially greater than expected. The Claims Administrator projected, based on the number of claims received in the Cryptsy Class Action Settlement and the Coinbase Class Action Settlement, that 100 new claims would be submitted in the Liu Action. Instead, the Claims Administrator received 3,358 new claims.  Declaration of Steven Weisbrot, Esq., President and Chief Executive Officer of Angeion Group, attached hereto as Exhibit A, at ¶3.

6. The Claims Administrator originally projected that the cost required to complete the instant notice and claims process would be $30,238.00.  May 24, 2021 Motion at ¶16 and Exhibit A hereto. However, because of the substantial increase in the number of claims, the Claims Administrator's actual charges are $78,764.51. Weisbrot Dec. at ¶4.

7. After several weeks of negotiation by phone and email between Counsel for Plaintiff and Receiver (the undersigned counsel) and Mr. Weisbrot, the Claims Administrator has

agreed to discount its final bill by forty percent (40%) and seeks payment of $47,258.61. Weisbrot Dec. at ¶6. This discounted amount is $17,020.61 greater than the Claims Administrator's original projection and will reduce by the same amount the monies available for distribution to the Class. As a result, the amount available for distribution to the Class will decrease from $486,588.34 to $469,567.73. However, in light of the substantial number of claims submitted and the discount afforded by the Claims Administrator, Plaintiff and Receiver believe this compromise and the amount to be fair and reasonable.

8. Plaintiff and Receiver therefore request the Court enter an order authorizing them to pay from the settlement funds $47,258.61 to the Claims Administrator and to distribute $469,567.73 to Class Members who submitted valid claims.

9. Upon receipt of the Court's Order granting the relief requested herein, the Claims Administrator will be ready to distribute settlement funds to those Class Members who submitted valid claims.

**WHEREFORE,** Plaintiff and Receiver request entry of an order authorizing them to pay from the settlement funds $47,258.61 to the Claims Administrator and to distribute $469,567.73 to Class Members who submitted valid claims.

Dated: August 22, 2022

Respectfully submitted,

By: _/s/ Marc A. Wites_
**WITES LAW FIRM**
MARC A. WITES
Florida Bar No. 24783
E-mail: mwites@witeslaw.com
4400 N. Federal Highway
Lighthouse Point, Florida 33064
Telephone: (954) 933-4400

**SILVER MILLER**
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065-7604
Telephone:    (954) 516-6000

*Special Litigation Counsel for the Receiver and Class Counsel*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(d)(1)(B), the foregoing will be served on all counsel of record through the Court's electronic filing system, and via email PAUL VERNON (PAULEVERNON@YAHOO.COM) and XIUXIA LIU (DANIELCHEN777@ZOHO.COM).


*/s/ Marc A. Wites*
MARC A. WITES