EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,
and on behalf of All Others Similarly
Situated,

    Plaintiff,

v.

PROJECT INVESTORS, INC.,
d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,

    Defendants.
_____/

Case No. 9:16-cv-80060-MARRA

## DECLARATION OF THE SETTLEMENT ADMINISTRATOR

I, Steven Weisbrot, Esq., President and Chief Executive Officer of Angeion Group, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am the President and Chief Executive Officer of Angeion Group ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion's original estimate of administrative costs (*see* DE 158-1) in the amount of $30,238 was approved by the Court in the *Order on Plaintiff's and Receiver's Unopposed Motion to Distribute Additional Funds to Class Members*. (DE 174).

3. In calculating that figure, Angeion estimated that it would receive 100 new claim forms for this portion of the Settlement (operating under the assumption that most class members who are eligible under the Settlement would have already filed claims in the prior CRYPTSY and Coinbase administrations). Angeion, however, received 3,358 new claim form submissions,

which required additional processing, documentation review, data analysis, deficiency notice costs, including processing deficiency responses, class member correspondence (emails and phone calls), reporting to counsel, and additional payments.

4. As a result, the total cost to administer the Settlement is $78,764.35[1].

5. The additional costs incurred are primarily attributable to the number of new claim form submissions received, as detailed above.

6. As a professional courtesy to the Class, Plaintiff and the Receiver, Angeion has agreed to discount by forty percent (40%) its cost to administer the settlement -- thus reducing Angeion's costs to $47,258.61.

7. Angeion respectfully requests that the Court award Angeion a total of $47,258.61 in administrative costs.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven Weisbrot, Esq.
President and Chief Executive Officer
Angeion Group

 August 22, 2022  
Date

---

[1] This amount is comprised of $61,085.87 in costs accrued through July 2022 and an estimated $17,678.48 to complete the remainder of the administrative work.