UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-80060-MARRA

BRANDON LEIDEL,
individually and on behalf of All Others Similarly Situated,

   Plaintiff,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

   Defendants.
_____/

### ORDER ON PLAINTIFF'S AND RECEIVER'S UNOPPOSED MOTION TO AMEND DISTRIBUTION OF ADDITIONAL FUNDS TO CLASS MEMBERS

THIS MATTER came before the Court upon the August 22, 2022, unopposed motion of Plaintiff Brandon Leidel, as the Class Representative of the Certified Class, through Court Appointed Class Counsel Wites Law Firm and Silver Miller ("Plaintiff"), and James D. Sallah, Esq., not individually, but solely in his capacity as the Court-appointed Receiver for Project Investors, Inc. d/b/a Cryptsy, through Court Appointed Special Counsel for Receiver Wites Law Firm and Silver Miller (hereinafter "Receiver"), to Amend Distribution of Additional Funds to Class Members [DE 196]. The Court has reviewed the Motion, and is otherwise duly advised in the premises.

Civil Action No. 9:16-cv-80060-MARRA

- 2 -

The Court hereby Orders and Adjudges as follows: The Motion [DE 196] is Granted. Class Counsel and the Receiver shall carry out all actions to effectuate the relief sought in the Motion.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of August, 2022.

KENNETH A. MARRA
United States District Judge

Copies furnished to:

All Counsel of Record, PAUL VERNON (PAULEVERNON@YAHOO.COM) and XIUXIA LIU (DANIELCHEN777@ZOHO.COM)