UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,                         CASE NO. 9:16-cv-80060-KAM
And on behalf of All others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

        Defendants.
_____/

## NOTICE OF STRIKING AND CORRECTION

Undersigned counsel respectfully requests that the Clerk of the Court strike the Motion at Docket Entry #198, and correct the docket sheet in this case to disassociate undersigned counsel with Ridge Wood Investments, Inc.  Due to an error in filing, the Motion at Docket Entry #198 was incorrectly associated with Ridge Wood Investments, Inc., and undersigned counsel was incorrectly associated with the same entity.  Undersigned counsel does not represent Ridge Wood Investments, Inc., and sincerely apologizes for any inconvenience resulting from the errant filing.

The Motion has been re-filed and associated with the correct party that undersigned counsel represents.  As such, the Docket Entry #198 should be removed from the recorded pleadings.

1

Respectfully submitted,


By: _____*s/ Samuel A. Lewis*_____
      Samuel A. Lewis / Fla. Bar No. 55360
      E-mail:  slewis@cozen.com
      COZEN O'CONNOR
      Southeast Financial Center
      200 South Biscayne Blvd., Suite 3000
      Miami, Florida 33131
      Phone:  305-704-5940

      ***Counsel for North Field Technology Ltd.***