UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,            CASE NO. 9:16-cv-80060-KAM
and on behalf of All others Similarly Situated,

          Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

          Defendants.
_____/

## ORDER APPROVING MOTION FOR LEAVE TO SUBMIT
## EX PARTE QUARTERLY REPORT FOR *IN CAMERA* REVIEW

THIS MATTER came before the Court upon the motion of Plaintiff Brandon Leidel, individually and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field"), pursuant to Local Rule 5.4(d), for leave to submit for *in camera* review North Field's December 2022 Quarterly Report on its Judgment Collection Efforts [DE 199]. Having reviewed the pleadings and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES as follows:

The motion of Plaintiff Class and North Field for leave to submit *ex parte* North Field's December 2022 Quarterly Report on its Judgment Collection Efforts [DE 199] is hereby

GRANTED.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 28th day of December, 2022.

KENNETH A. MARRA
United States District Judge

Copies furnished to:
Counsel of Record