UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80060-MARRA

BRANDON LEIDEL,
individually and on behalf of All
Others Similarly Situated,

Plaintiff,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY,
a Florida corporation, PAUL VERNON, an individual,
et al.,

Defendants.
_____/

### ORDER

This cause is before the Court upon North Field Technology Ltd.'s Motion for Order to Show Cause Why Contempt Sanctions Should Not Be Imposed (DE 200).  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Motion asks for the Court to permit service via email.  The Court requests that North Field explain why service cannot be conducted in the ordinary course with respect to the issuance of the proposed order to show cause and the scheduling of a hearing on its motion. North Fork shall respond to this query **no later than January 10, 2023.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of January, 2023.

KENNETH A. MARRA
United States District Judge