UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,
And on behalf of All others Similarly Situated,

CASE NO. 9:16-cv-80060-KAM

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## DECLARATION OF L. BARRETT BOSS
**Pursuant to 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I, L. Barrett (Barry) Boss, declare as follows:

1. My name is L. Barrett (Barry) Boss. I am over 18 years old. I have personal knowledge of the facts herein, and if called and sworn as a witness, I could and would competently testify thereto.

2. I am the Co-Chair of the Commercial Litigation Department at Cozen O'Connor and one of the attorneys representing North Field.

3. I am one of the attorneys for North Field who eventually made contact with counsel for Ren, Clarence Guo at Jacque Law, on August 30, 2022. Mr. Guo reached out to me at his email address, clarence.guo@jacquelaw.com, and I have since corresponded regularly with him at this email address. Counsel for North Field engaged with counsel for Ren, Mr. Guo (via email, Zoom and telephone), from September through November 2022 in an effort to obtain Ren's compliance with the Permanent Injunction. By November 10, 2022, North Field had notified Ren that as of

November 10, 2022, at least 685 BTC from the Stolen Bitcoin had been deposited on Ren's platform.

4.      The parties ultimately entered into an oral settlement agreement in November 2022, but shortly after the agreement was reduced to writing and sent to Ren for signature, Ren stopped responding to North Field's communications. On November 28, 2022, counsel for North Field sent an email to counsel for Ren again notifying Ren of the 685 BTC deposited with the platform, and informing Ren of North Field's intention to file a contempt motion to recover these assets.

5.      Thereafter, on November 30, 2022, counsel for North Field attended a meet and confer with counsel for Ren to discuss whether a settlement remained possible. Counsel for Ren explained that his client had refused to engage in further discussions about the proposed settlement and had cut off communication. On the call, it was agreed that counsel for Ren would follow up with the platform one final time in an effort to get clearance to settle, and that if Ren did not follow up and confirm its desire to resolve the matter privately, North Field would be filing a motion for contempt against Ren.

6.      On December 3, 2022, counsel for North Field followed up with Ren to confirm that since Ren had not engaged since November 30, 2022 in any further effort to resolve the matter privately, North Field would be filing its contempt motion against Ren.

7.      As counsel for North Field had not heard back from Ren since that time, on December 27, 2022, North Field filed its motion for contempt.

8.      Counsel for North Field conducted research from all standard databases, including Hoovers, Dun and Bradstreet, Bloomberg, Westlaw Company Investigator, Lexis News, and others, in an effort to find any physical address information for Ren. The results turned up no public information on a physical address associated with Ren.

9. On December 29, 2022, North Field provided Ren's counsel, Mr. Guo, with a copy of the Contempt Motion and its supporting attachments via email at his known email address, clarence.guo@jacquelaw.com. The same day, on December 29, 2022, Mr. Guo replied, confirmed receipt of the email, and thanked counsel for North Field for providing him with a copy of the Motion. A true and correct copy of the email chain in which counsel for North Field attached a copy of the Contempt Motion and supporting declarations, and Mr. Guo confirmed receipt of the same, is attached hereto as Exhibit 1.

10. On December 29, 2022, North Field also served a copy of the Contempt Motion and supporting declarations on Ren's co-founders, including its CEO, Mr. Taiyang Zhang, at their known email addresses, taiyang@renproject.io and loong@renproject.io. A true and correct copy of the email sent to Messrs. Zhang and Wang is attached hereto as Exhibit 2. The email to Ren's CEO, Mr. Taiyang Zhang, was not returned as undeliverable. In contrast, the email to Ren's former CTO, Loong Wang, was returned as undeliverable.

11. On January 3, 2023, North Field provided additional notice to Ren's counsel, Mr. Guo, of North Field's Contempt Motion against Ren by sending him via Federal Express a copy of the Motion and supporting declarations at his law office in Singapore and North Field received a signed a receipt for the service. A true and correct copy of the Federal Express form confirming that the Motion and supporting documents were mailed to Mr. Guo at his law office in Singapore is attached hereto as Exhibit 3. On January 9, 2023, counsel for North Field received confirmation that the Motion and supporting documents had been successfully delivered. A true and correct copy of the Federal Express receipt confirming delivery with signature is attached hereto as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of January 2023.

_____
L. Barrett Boss

# EXHIBIT 1

**Kapp, Kara L.**

| | |
|---|---|
| **From:** | Clarence Guo <clarence.guo@jacquelaw.com> |
| **Sent:** | Thursday, December 29, 2022 7:06 PM |
| **To:** | Boss, Barry |
| **Cc:** | Kapp, Kara L.; Lewis, Samuel; Sullivan, John |
| **Subject:** | RE: Notice of Motion in Cryptsy |

**\*\*EXTERNAL SENDER\*\***

Dear Barry

Thank you for the update and well noted on the below matters.

Warmest Regards

**Clarence GUO**
Director | Jacque Law LLC
t: +65 9298 1844 | f: +65 6286 2988
e: clarence.guo@jacquelaw.com
Telegram ID: @ClarenceSGLaw
Signal ID: Clarence SGLaw
WeChat ID: ClarenceGuoSGLawyer
160 Robinson Road #21-08 SBF Center Singapore 068914

The above message and any attachment are confidential and may be privileged or otherwise protected from disclosure.  If you are not the intended recipient, you should not disseminate, distribute or copy this message or any attachment.  If it has reached you in error, please inform us immediately by return email or phone and delete this message and any attachment.

Jacque Law LLC (UEN/Registration No. 201911109D) is a limited liability company registered in Singapore.

**From:** Boss, Barry <BBoss@cozen.com>
**Sent:** Friday, December 30, 2022 12:46 AM
**To:** Clarence Guo <clarence.guo@jacquelaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** FW: Notice of Motion in Cryptsy

Hi Clarence, as we discussed on our Zoom call, in light of Ren's unwillingness to comply with the court's orders and its reneging on our settlement agreement, we had no choice but to pursue contempt sanctions against the Ren Project.  We provided the below email and attachments to the principals at Ren but obviously wanted to provide you with a copy as well.

1

If you have any questions, please do not hesitate to reach out.  We appreciate your responsiveness throughout this process.  Barry

**Barry Boss** | **Cozen O'Connor**
1200 19th Street, NW | Suite 300 | Washington, DC 20036
P: 202-912-4818 F: 866-413-0172  C: 202-669-7283
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Kapp, Kara L. <KKapp@cozen.com>
**Sent:** Thursday, December 29, 2022 10:56 AM
**To:** loong@renproject.io; taiyang@renproject.io
**Cc:** Boss, Barry <BBoss@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** Notice of Motion in Cryptsy

Messrs. Zhang and Wang,

As you may know, we represent North Field Technology Ltd., the assignee of the Plaintiff Class in the action brought against Paul Vernon and Cryptsy.  Since the Ren Project is unwilling to comply with the Court's orders, our client had no choice but to file the attached Motion for an Order to Show Cause why Ren should not be held in contempt of Court.

If you have any questions about the attached, we respectfully suggest that you address them with your counsel, Clarence Guo.  If Clarence has any questions, we will be happy to communicate directly with him.

Sincerely,
Kara Kapp

**Kara Kapp**
**Member** | **Cozen O'Connor**
1200 19th Street NW | Washington, DC 20036
P: 202-304-1457 F: 202-559-7318
Email | Bio | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

# EXHIBIT 2

# Kapp, Kara L.

| | |
|---|---|
| **From:** | Kapp, Kara L. |
| **Sent:** | Thursday, December 29, 2022 10:55 AM |
| **To:** | 'loong@renproject.io'; 'taiyang@renproject.io' |
| **Cc:** | Boss, Barry; Lewis, Samuel; Sullivan, John |
| **Subject:** | Notice of Motion in Cryptsy |
| **Attachments:** | 12.27.22 - MOTION for Contempt by North Field Technology Ltd. - ECF 200.pdf; 12.27.22 - Supplement Declaration of Roman Bieda - ECF 200-1.pdf; 12.27.22 - Supplement Declaration of Kara L. Kapp - ECF 200-2.pdf |

Messrs. Zhang and Wang,

As you may know, we represent North Field Technology Ltd., the assignee of the Plaintiff Class in the action brought against Paul Vernon and Cryptsy. Since the Ren Project is unwilling to comply with the Court's orders, our client had no choice but to file the attached Motion for an Order to Show Cause why Ren should not be held in contempt of Court.

If you have any questions about the attached, we respectfully suggest that you address them with your counsel, Clarence Guo. If Clarence has any questions, we will be happy to communicate directly with him.

Sincerely,
Kara Kapp



**Kara Kapp**
**Member | Cozen O'Connor**
1200 19th Street NW | Washington, DC 20036
P: 202-304-1457 F: 202-559-7318
Email | Bio | Map | cozen.com

# EXHIBIT 3



**Barry Boss**
Direct Phone    202-912-4818
Direct Fax    866-413-0172
bboss@cozen.com

January 3, 2023

**VIA FEDERAL EXPRESS/SIGNATURE REQUIRED**

Clarence Guo
Attorney for Ren Project
160 Robinson Road
# 21-08
SBF Center
Singapore 068914

        Re: North Field Motion for Contempt Against Ren Project filed in *Liu v. Project Investors, Inc.* No. 9:16-cv-80060-KAM (S.D. Fla.)

Dear Clarence:

    Happy New Year!

    As a follow up to the e-mail that I sent you on December 30, 2022, I am enclosing a copy of the Motion for Contempt filed against your client, Ren Project, we enclose a hard copy of that same motion. If you have any questions, please do not hesitate to reach out.

                Sincerely,

                COZEN O'CONNOR




package id
  0570170
ship date
  Tue, Jan 03 2023
to
  Clarence  GUO
  Jacque Law LLC
  160 Robinson Road #
  21-08 SBF Center
    Singapore
  Singapore,   068914
  Singapore
  +65 (9298) 1844
  ahenry@cozen.com
residential address
  No
return label
  No
notification type
  Label Creation
  Exception
  Delivery
  Tendered
notification recipients
  ahenry@cozen.com

from
  Angela  Henry  (03176)
  Cozen O'Connor
  1200 19th Street, NW
  Suite 300
  Washington, DC   20036
  US
  202-912-4813
billing
  No Client.Office
    Administratio...N-100
  (9999901.00099997)
  legal documents
duties and taxes billing
  Sender
operator
  angela  henry
  202-912-4813
  ahenry@cozen.com
create time
  01/03/23, 4:03PM

vendor
  FedEx
tracking number
  392975650850
service
  FedEx International
    Priority® Express
packaging
  FedEx® Envelope
contents
  Documents
  legal documents
courtesy quote
  45.60

*Quote may not reflect all
accessorial charges*

# EXHIBIT 4

**Subject:** FW: FedEx Shipment 392975650850: Your package has been delivered

**From:** Henry, Angela <AHenry@cozen.com>
**Sent:** Monday, January 9, 2023 9:51 AM
**To:** Boss, Barry <BBoss@cozen.com>
**Subject:** FW: FedEx Shipment 392975650850: Your package has been delivered

The following is the proof-of-delivery for tracking number: 392975650850

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | X.MAOLIN | Delivery Location: | |
| Service type: | FedEx International Priority Express | | |
| Special Handling: | Deliver Weekday | | SINGAPORE, |
| | | Delivery date: | Jan 9, 2023 12:46 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 392975650850 | Ship Date: | Jan 3, 2023 |
| | | Weight: | 7.7 LB/3.50 KG |
| Recipient: | | Shipper: | |
| SINGAPORE, SG, | | WASHINGTON, DC, US, | |

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Sunday, January 8, 2023 11:54 PM
**To:** Henry, Angela <AHenry@cozen.com>
**Subject:** FedEx Shipment 392975650850: Your package has been delivered

**\*\*EXTERNAL SENDER\*\***



# Hi. Your package was delivered Mon, 01/09/2023 at 12:46pm.

Delivered to 160 ROBINSON ROAD 2108, SINGAPORE 068914
Received by X.MAOLIN

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 392975650850 |
| **FROM** | COZEN O'CONNOR<br>1200 19TH STREET, NW<br>SUITE 300<br>WASHINGTON, DC, US, 20036 |
| **TO** | JACQUE LAW LLC<br>CLARENCE GUO<br>160 ROBINSON ROAD #<br>21-08 SBF CENTER SINGAPORE<br>SINGAPORE, SG, 068914 |
| **REFERENCE** | 00099997-03176 |
| **SHIPPER REFERENCE** | 00099997-03176 |
| **SHIP DATE** | Tue 1/03/2023 07:28 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | WASHINGTON, DC, US, 20036 |

| | |
|---:|:---|
| **DESTINATION** | SINGAPORE, , SG, 068914 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 7.70 LB |
| **SERVICE TYPE** | IPM |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now.**



### This tracking update has been requested by:

| | |
|---:|:---|
| **Company name:** | Cozen O'Connor |
| **Name:** | Angela Henry |
| **Email:** | AHenry@cozen.com |

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:53 PM CST 01/08/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.