UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,                      CASE NO. 9:16-cv-80060-KAM
And on behalf of All others Similarly Situated,

        Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC.,
A New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

        Defendants.
_____/

**ORDER GRANTING NORTH FIELD TECHNOLOGY'S
MOTION FOR AN ORDER TO SHOW CAUSE WHY CONTEMPT
SANCTIONS SHOULD NOT BE IMPOSED AGAINST THE REN PROJECT**

THIS MATTER is before the Court with the consent of Plaintiff Brandon Leidel, individually and on behalf of all other similarly situated members of the Certified Class ("Plaintiff Class"), and upon the motion of North Field Technology ("North Field"), which is the assignee under the Assignment Agreement [ECF No. 139-1]. BY ITS MOTION, North Field moves the Court for entry of an order to show cause why contempt sanctions should not be imposed against the Ren Project ("Ren") for its willful violation of the Order for Asset Freeze Injunction and to Transfer the Stolen Bitcoin to Assignee [ECF No. 177] ("Permanent Injunction").

HAVING REVIEWED THE MOTION AND SUPPORTING PAPERS and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES:

       1.       The motion (ECF No. 200) is GRANTED.

       2.       Ren shall appear before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida on Friday, February 17, 2023 at 10:00

a.m. (the "Hearing Date") and show good cause why Ren should not be held in contempt and why sanctions should not be imposed for its willful disregard of this Court's Permanent Injunction.

3. Service of a copy of this Order, together with the papers upon which it was granted, by email service to the CEO of Ren, Taiyang Zhang, and the Chief Technology Officer of Ren, Loong Wang, at their work email addresses, taiyang@renproject.io and loong@renproject.io, shall be deemed good and sufficient service upon Respondent Ren.

4. Opposition papers to this motion, if any, shall be filed by Respondent twenty-one (21) days prior to the Hearing Date.

5. Reply papers, if any, shall be filed by Petitioner with the Court and served on Respondent pursuant to the form of notice prescribed in Paragraph 3 seven (7) days prior to the Hearing Date.

6. The Court reserves jurisdiction to enter further orders that are proper to compel Defendant Vernon, his associates or conspirators, and others acting in concert with him to complete all procedures in execution of the Judgment and to otherwise facilitate the efforts of or taken on behalf of Plaintiff Class to recover the assets subject to the Judgment.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 11th day of January, 2023.

KENNETH A. MARRA
United States District Judge