UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,  
And on behalf of All others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

        Defendants.

_____/

CASE NO. 9:16-cv-80060-KAM

**NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 205]**

North Field Technology Ltd. ("North Field" or "Assignee") respectfully notifies the Court that it has complied with the Court's Order [ECF No. 205] (the "Order"), and in support thereof, respectfully shows the Court as follows:

    1.    On January 11, 2023, counsel for North Field sent a copy of the Order by e-mail to Clarence Guo, counsel for Ren Project ("Ren"). Counsel previously served the underlying motion and attachments on Mr. Guo via email on December 29, 2022, and Mr. Guo acknowledged receipt of those papers.

    2.    On January 11, 2023, counsel for North Field also sent a copy of the Order by e-mail to Taiyang Zhang, Ren's CEO, and Loong Wang, Ren's CTO, at the e-mail addresses taiyang@reproject.io and loong@renproject.io. The e-mail to Mr. Zhang did not generate any sort of bounce-back or error suggesting that the e-mail could not be delivered. However, the e-mail to Ren's CTO, Mr. Wang (loong@renproject.io), resulted in a delivery error indicating that the

message could not be delivered.[1]  Counsel previously sent the underlying motion and attachments to these email addresses on December 29, 2022.

        Respectfully submitted,

By: _____*s/Samuel A. Lewis*_____
      Samuel A. Lewis / Fla. Bar No. 55360
      E-mail:  slewis@cozen.com
      COZEN O'CONNOR
      Southeast Financial Center
      200 South Biscayne Blvd., Suite 3000
      Miami, Florida 33131
      Phone:  305-704-5940

John Sullivan
E-mail:  jsullivan@cozen.com
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street, 55th Fl
New York, NY 10007
Phone: 212-453-3729
*Admitted Pro Hac Vice*

- and -

L. Barrett Boss
E-mail:  bboss@cozen.com
Jonathan Grossman
E-mail:  jgrossman@cozen.com
Kara L. Kapp
E-mail:  kkapp@cozen.com
COZEN O'CONNOR
1200 19th Street NW, 3rd Floor
Washington, D.C. 20036
Phone:  202-912-4818

***Counsel for North Field***

---

[1] This error is consistent with the error that North Field encountered when previously attempting to deliver a copy of the Motion via e-mail to Mr. Loong, and which North Field detailed in the Supplemental Memorandum [ECF No. 204] filed in response to the Court's Order [ECF No. 203].