UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,
and on behalf of All others Similarly Situated,

CASE NO. 9:16-cv-80060-KAM

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## MOTION FOR ORDER
## AUTHORIZING COUNSEL TO BRING ELECTRONIC EQUIPMENT
## INTO THE COURTROOM FOR THE FEBRUARY 17, 2023 HEARING

North Field Technology Ltd. ("North Field" or "Assignee") respectfully requests that this Court enter an Order authorizing North Field's counsel to bring electronic devices (including a laptop computer, tablet and smartphone) into the Courthouse on Friday, February 17, 2023, for use in and directly outside the courtroom in conjunction with the hearing scheduled by the Court pursuant to Order [DE#205] to begin at 10:00 a.m. that day.  A proposed Order is attached.

Respectfully submitted,

By:       *s/Samuel A. Lewis*
    Samuel A. Lewis
    E-mail:  slewis@cozen.com
    Florida Bar No. 55360
    COZEN O'CONNOR
    Southeast Financial Center
    200 South Biscayne Blvd., Suite 3000
    Miami, Florida 33131
    Phone:  305-704-5940

      - and -

John Sullivan
E-mail: jsullivan@cozen.com
*Admitted Pro Hac Vice*
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street, 55th Fl
New York, NY 10007
Phone: 212-453-3729

  - and -

L. Barrett Boss
E-mail: bboss@cozen.com
Jonathan Grossman
E-mail: jgrossman@cozen.com
Kara L. Kapp
E-mail: kkapp@cozen.com
COZEN O'CONNOR
1200 19th Street NW, 3rd Floor
Washington, D.C. 20036
Phone: 202-912-4818

***Counsel for North Field***