UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,            CASE NO. 9:16-cv-80060-KAM
and on behalf of All others Similarly Situated,

       Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

       Defendants.
_____/

### ORDER AUTHORIZING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR THE FEBRUARY 17, 2023 HEARING

The Court has considered the Motion for Order Authorizing Counsel to Bring Electronic Equipment into the Courtroom for the February 17, 2023 Hearing (the "Motion") [DE 207] filed by North Field Technology Ltd. ("North Field"), and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED as follows:

<u>Counsel for North Field</u>

1. Samuel A. Lewis – one laptop computer, one tablet device and one smart phone, including the appropriate cables, converters and/or chargers.

2. John Sullivan – one laptop computer and one smart phone, including the appropriate cables, converters and/or chargers.

3. L. Barrett Boss – one laptop computer and one smart phone, including the appropriate cables, converters and/or chargers.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 9th day of February, 2023.

KENNETH A. MARRA
United States District Judge