IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-80060 (KAM)

,
BRANDON LEIDEL, individually, and
On behalf of All others similarly situated.

    *Plaintiff*

V.

PROJECT INVESTORS,INC., d/b/a
CRYPTSY, a Florida Corporation, and
Paul Vernon, an individual.

    *Defendants.*
_____/

## BINANCE HOLDINGS, LTD'S NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

  Henry P. Bell, Esq. of Bell Rosquete Reyes Esteban, PLLC, hereby enters his appearance as counsel for non-party, Binance Holdings, Ltd. and respectfully request that all notices, correspondence, and pleadings, and all other pertinent dates pertaining to the above styled cause of action be forwarded to him and hereby designates the following e-mail addresses for purposes of receiving all filings in this action:

Primary: hbell@brresq.com

Alternate: legal@brresq.com

<u>DATED</u>: August 4, 2023.        Respectfully submitted,

                                                **BELL ROSQUETE REYES ESTEBAN, PLLC**
Henry P. Bell
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Facsimile:   (305) 570-1599
Email: hbell@brresq.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of August 2023, a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

                                                /s/ Henry P. Bell
Henry P. Bell
Fl. Bar No. 090689