**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

---

BRANDON LEIDEL, individually,
And on behalf of All others Similarly Situated,

                Plaintiff,

- v. -

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

                Defendants.

Case No. 9:16-cv-80060 (KAM)

Hon. Kenneth A. Marra

---

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Karen R. King, Esq. of Morvillo Abramowitz Grand Iason & Anello PC, 565 Fifth Avenue, New York, NY 10017, for purposes of appearance as co-counsel on behalf non-party Binance Holdings, Ltd. ("Binance")[1], in the above-styled case only, and pursuant to Section 2B of the CM/ECF Administrative Procedures, to permit Karen R. King to receive electronic filings in this case, and in support thereof states as follows:

    1.    Karen R. King is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York Bar, Supreme Court of the United States, the

---

[1] Binance is not party to this action. Nevertheless, undersigned counsel and Ms. King are appearing as counsel to Binance to represent Binance in connection with the Motion for Order To Show Cause Why Contempt Sanctions Should Not Be Imposed Against Binance, which is filed at ECF 213.

1

United States, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of New York, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Eleventh Circuit.

2. Movant, Henry P. Bell of Bell Rosquette Reyes Esteban, 999 Ponce de Leon Boulevard, Suite 810, Coral Gables, FL 33134, Tel: (305) 570-1610, email: hbell@brresq.com, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Karen R. King has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Karen R. King, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Karen R. King at email address: kking@maglaw.com

WHEREFORE, Henry P. Bell moves this Court to enter an Order allowing Karen R. King to appear before this Court on behalf of non-party Binance Holdings, Ltd. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Karen R. King.

Date: August 4, 2023

                        Respectfully Submitted,

By:    **BELL ROSQUETE REYES ESTEBAN, PLLC**
Henry P. Bell
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, FL 33134
Tel: (305) 570-1610
Fax: (305) 570-1599
Email: hbell@brresq.com

*Attorney for Defendant Binance Holdings, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of Court on August 4, 2023.

By:    */s/ Henry P. Bell*
Henry P. Bell
Fl. Bar No. 090689

3