**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BRANDON LEIDEL, individually, And on behalf of All others Similarly Situated, | Case No. 9:16-cv-80060 (KAM) |
| Plaintiff, | Hon. Kenneth A. Marra |
| - v. - <br> PROJECT INVESTORS, INC., d/b/a CRYPTSY, a Florida corporation, and PAUL VERNON, an individual, | |
| Defendants. | |

**CERTIFICATION OF KAREN R. KING**

Karen R. King, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State of New York Bar, Supreme Court of the United States, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of New York, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Eleventh Circuit.; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Karen R. King