**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BRANDON LEIDEL, individually, And on behalf of All others Similarly Situated, | Case No. 9:16-cv-80060 (KAM) |
| Plaintiff, | Hon. Kenneth A. Marra |
| - v. - | |
| PROJECT INVESTORS, INC., d/b/a CRYPTSY, a Florida corporation, and PAUL VERNON, an individual, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Karen R. King, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**.  Karen R. King, Esq., may appear and participate in this action on behalf of non-party Binance Holdings, Ltd.  The Clerk shall provide electronic notification of all electronic filings to Karen R. King at kking@maglaw.com.

1

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____, 2023.

_____
**KENNETH A. MARRA**
**United States District Judge**

Copies Furnished to:
All Counsel of Record