# EXHIBIT 3

| | |
|---|---|
| **From:** | King, Karen |
| **To:** | Kapp, Kara L.; Boss, Barry |
| **Cc:** | Cohen, Ariel |
| **Subject:** | RE: [External] Cryptsy Follow-Up Asset Freeze and Transfer Request |
| **Date:** | Wednesday, March 29, 2023 1:44:52 PM |
| **Attachments:** | image001.png |

Hi Barry and Kara,

We last spoke with you in early August, at which time you agreed to provide us with a list of transactions that excluded "dust" (i.e., transactions less than 1 BTC), along with more detailed tracing (i.e., showing the origin of the assets from the Cryptsy exchange to the Binance wallet address). We did not hear from you in the eight intervening months, and object to the two-day deadline you've suddenly tried to impose. We strongly disagree with your suggestion that the allegations in the CFTC complaint provide a "reasonable" basis to assert personal jurisdiction over Binance in Florida.

If and when you provide the information promised in August, Binance will consider the request.

Regards,

Karen

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
## Grand Iason & Anello PC

**From:** Kapp, Kara L. <KKapp@cozen.com>
**Sent:** Monday, March 27, 2023 1:00 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Boss, Barry <BBoss@cozen.com>
**Subject:** [External] Cryptsy Follow-Up Asset Freeze and Transfer Request

Karen,

We're writing to follow up about our repeated prior freeze requests in the Cryptsy action. While in the past you have objected to personal jurisdiction over Binance with respect to the permanent injunction at issue, in light of today's CFTC filing, we believe that North Field has a reasonable basis to establish personal jurisdiction as to Binance in this matter.

Attached as Exhibit D 3-27-2023 is an updated tracing report with the Class's funds that Binance has accepted, despite our repeated notice that these digital assets belong to the Class and our request to freeze and transfer these digital assets to North Field.

The total that has been received by Binance to date is 618 BTC. We hope that Binance will comply voluntarily with this final request, and to that end, we ask that you confirm by Wednesday, March 29, 2023 that you have in fact frozen the 618 BTC attached here. We will provide you later this week with a

visualization for these digital assets (excluding dust) showing their origins in the Cryptsy exchange and that they are property of the Class.

If we do not receive confirmation by Wednesday March 29, 2023 that these 618 BTC have been frozen on behalf of the Cryptsy class, we will take that as a refusal to comply with the attached federal court judgment and permanent injunction (Exhibits A, B, and E).

We look forward to your prompt attention to this matter.

Sincerely,
Barry and Kara



**Kara Kapp**
**Member | Cozen O'Connor**
1200 19th Street NW | Washington, DC 20036
P: 202-304-1457 F: 202-559-7318
Email | Bio | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.