# EXHIBIT 8

Cryptsy-to-Binance-Top-4-1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6

DoF Pro Rata Outputs

| Tx Hash | Block Height | Block Time | Blockchain Type | Asset Type | Cluster From | Cluster To | Address From | Address To | Owner Name (Address From) | Owner Name (Address To) | Tx Amount (per asset) | Tx Amount (proportional, per asset) | Estimated Assets Traced Carried (Address From, per asset) | Estimated Assets Traced Carried (Address To, per asset) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1KoBMinpDfG8cFCnv8CUnf4MRDLvBWL1s | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 10.26321398 | 10.26321398 | 10.26321398 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 17tcWPhBamFeSSzfFtvYagxDKtNFUb2UYE | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 19.99791605 | 19.99791605 | 19.99791605 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 18TfUhH5pN6pj7QEpLQBJThMxpydi2Gc4N | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 9.99895802 | 9.99895802 | 9.99895802 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1CGSWxMWXr5KJZ8acH8GSLy1AfFMDhbl | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 0.00006196 | 0.00006196 | 0.00006196 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 12g3K5So9eazhWkeHMNZjaCAAzyrg55W5U | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 10.97855312 | 10.97855312 | 10.97855312 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1A8JDbGpv1uSVUdpddGkG7kg41RnjisgvV | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 9.87935759 | 9.87935759 | 9.87935759 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 12RYn48CuqXhLDfCVpBf1TJW1AQcBzAX9K | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 0.00006495 | 0.00006495 | 0.00006495 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 14xJckLWEQzcgMCf6k3XxqUjtLWazYXyaP | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 3.99958321 | 3.99958321 | 3.99958321 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1FBjPXyyjneRv3bBUkeKqFuLSfkpG94keG | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 10.24712649 | 10.24712649 | 10.24712649 |
| 790aa7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 14QiaFB4RTsoPDHtdhMc86DivgKHsu9Xvd | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 24.63516463 | 24.63516463 | 24.63516463 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 14PBEHdQaumvJcMDjNQqkhigjMR7pinSeT | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 5.77456024 | 5.77456024 | 5.77456024 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 171HuP7LYHmK6k2kwPrqv4ctEeqp5PcAbt | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 7.31546287 | 7.31546287 | 7.31546287 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1JnVemnejhqHg1B9gmGAtDE5zhJaJRzbxQ | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 3.99892091 | 3.99892091 | 3.99892091 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 15cGuQvGvLsQSifadEbQ8oaS6PHa5FnxB7 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 0.00003012 | 0.00003012 | 0.00003012 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1NNX25GYwcYBKam3JhqtLHMZpwGhVRg | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 1.0452718 | 1.0452718 | 1.0452718 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1ALnRAoNgpdCdW5RUSz3nhiSBp1EBGQT | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 3.16962026 | 3.16962026 | 3.16962026 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1AtiE97dyai8ggEgTYPFhLGVmNqWVReMRt | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 0.99888033 | 0.99888033 | 0.99888033 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1Jns8Sm6dGFYcvyEhXNK44ctXSHmwBLn5 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 0.99988021 | 0.99988021 | 0.99988021 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1Nuj4ewbZLpKwW7vhGHLeb5fz92tXtcnpB | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 5.99928126 | 5.99928126 | 5.99928126 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1WwsyAmete3AkcqvH1C6x9kknkaZjzv2K | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 1.87353044 | 1.87353044 | 1.87353044 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1Cf9preT2ijGQUTaWNgFBHLy3vdjhL8aGV | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 6.25957585 | 6.25957585 | 6.25957585 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1MK1x4bMGX842K6uMdiv5HLV3qb8wUuFx4 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 2.99964063 | 2.99964063 | 2.99964063 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 17tcWPhBamFeSSzfFtvYagxDKtNFUb2UYE | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 14.99820315 | 14.99820315 | 14.99820315 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1CYM9vMVNWRsnxB8ynBK7WdD41cJBYE | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 7.39911355 | 7.39911355 | 7.39911355 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1JnfUwMobyt2xvpyto5V8aSui7kr24qGTr | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 5.96198572 | 5.96198572 | 5.96198572 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 17cMA6macNNfpRQfHsgihsoESgfewrc4Z5 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 6.48550799 | 6.48550799 | 6.48550799 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1LDewdhiyRKzE8QopWg9bS9kZLQt7xE3qB | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 7.40994397 | 7.40994397 | 7.40994397 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1GQtWp5zSuXxFh81Lf8XUJhm9yWTJFiLz7 | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 2.98823006 | 2.98823006 | 2.98823006 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 161TuFJyAfwcv6NcshGPEy2ewU1wcQ9TM | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 1.52895274 | 1.52895274 | 1.52895274 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1Je48ZwFALRaMUPG8hC44JAf39ZVzuNuaR | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 9.79396725 | 9.79396725 | 9.79396725 |
| f3998a7e2e8b451106327d2c6e7f73ba58c2fd54b4bb3595b18a2d76e7d15f44 | 312987 | 2014-07-29 08:54: | BTC | BTC | Cryptsy.com | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 1BKbunwC63Nwo6Sfs3EyqJjs3fe6TXobaF | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | Cryptsy.com | | 100.0109805 | 2.99944065 | 2.99944065 | 2.99944065 |
| 19e6e6a19315318aa6431e0c2a932881ebbb6f958645e6577509bec23ba52214 | 624553 | 2020-04-05 18:15: | BTC | BTC | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | | | 99.99991472 | 8.99991472 | 8.99991472 | 8.99991472 |
| 19e6e6a19315318aa6431e0c2a932881ebbb6f958645e6577509bec23ba52214 | 624553 | 2020-04-05 18:15: | BTC | BTC | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 31mAjo3ic9ADtca7cNwVc1Ej4LTqk9nayo | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | 31mAjo3ic9ADtca7cNwVc1Ej4LTqk9nayo | | | 99.99991472 | 16 | 16 | 16 |
| 19e6e6a19315318aa6431e0c2a932881ebbb6f958645e6577509bec23ba52214 | 624553 | 2020-04-05 18:15: | BTC | BTC | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhnJ | 39NxGUcMEhTzLcRp68bV8Ek2Ak2nGRPtYc | 15yRZyEyzwyNhCFBfqWBJDXsuJn9WJVhn | 39NxGUcMEhTzLcRp68bV8Ek2Ak2nGRPtYc | | | 99.99991472 | 17 | 17 | 17 |
| a41c9e248a571c4f69739febf1ecc3ff8a8a7eb4f26280485d56bb2f26775a41 | 670739 | 2021-02-15 16:49: | BTC | BTC | 31mAjo3ic9ADtca7cNwVc1Ej4LTqk9nayo | ChipMixer | 31mAjo3ic9ADtca7cNwVc1Ej4LTqk9nayo | 17tC1sZVB7xLCLKdb1sxL7kJ1gKdpyNcJq | | ChipMixer | 15.99984904 | 15.99984904 | 15.99984904 | 15.99984904 |
| c0287e5f9d3114b5770f9e3e361818a83b495406d255857bbaeea4cca886c142 | 670845 | 2021-02-16 13:37: | BTC | BTC | 39NxGUcMEhTzLcRp68bV8Ek2Ak2nGRPtYc | ChipMixer | 39NxGUcMEhTzLcRp68bV8Ek2Ak2nGRPtYc | 1Ngz7U61YcBorv19RsATykCMitzxaicqP9 | | ChipMixer | 16.99985489 | 16.99985489 | 16.99985489 | 16.99985489 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 1Ngz7U61YcBorv19RsATykCMitzxaicqP9 | 1GGYuhFxuypXcDRxLKhQcDog9umQnM49 | ChipMixer | ChipMixer | 40.96 | 3.39993219 | 3.39993219 | 3.39993219 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 1Ngz7U61YcBorv19RsATykCMitzxaicqP9 | 1dL81hQfxRyyevdKXJRHKUy6HpVUY81yB | ChipMixer | ChipMixer | 40.96 | 3.39993219 | 3.39993219 | 3.39993219 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 1Ngz7U61YcBorv19RsATykCMitzxaicqP9 | 16CabKZa4wvV4GCiiugmX6weNMBqfVEXhp | ChipMixer | ChipMixer | 40.96 | 3.39993219 | 3.39993219 | 3.39993219 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 1Ngz7U61YcBorv19RsATykCMitzxaicqP9 | 1JAcJiwBSFMkaY1v8HjxTFQA8VtvG4NHej | ChipMixer | ChipMixer | 40.96 | 3.39993219 | 3.39993219 | 3.39993219 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 1Ngz7U61YcBorv19RsATykCMitzxaicqP9 | 1LYN797TXLRJRqsfNYYoWLmuL58ZyMjbcu | ChipMixer | ChipMixer | 40.96 | 3.39993219 | 3.39993219 | 3.39993219 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 17tC1sZVB7xLCLKdb1sxL7kJ1gKdpyNcJq | 1GGYuhFxuypXcDRxLKhQcDog9umQnM49 | ChipMixer | ChipMixer | 40.96 | 3.19993329 | 3.19993329 | 3.19993329 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 17tC1sZVB7xLCLKdb1sxL7kJ1gKdpyNcJq | 1dL81hQfxRyyevdKXJRHKUy6HpVUY81yB | ChipMixer | ChipMixer | 40.96 | 3.19993329 | 3.19993329 | 3.19993329 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 17tC1sZVB7xLCLKdb1sxL7kJ1gKdpyNcJq | 16CabKZa4wvV4GCiiugmX6weNMBqfVEXhp | ChipMixer | ChipMixer | 40.96 | 3.19993329 | 3.19993329 | 3.19993329 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 17tC1sZVB7xLCLKdb1sxL7kJ1gKdpyNcJq | 1JAcJiwBSFMkaY1v8HjxTFQA8VtvG4NHej | ChipMixer | ChipMixer | 40.96 | 3.19993329 | 3.19993329 | 3.19993329 |
| f5cc0fa1410af7704fbb2b6d472da8cd112d63685d8ea3b02cc2b8233fd708bc | 670920 | 2021-02-17 02:26: | BTC | BTC | ChipMixer | ChipMixer | 17tC1sZVB7xLCLKdb1sxL7kJ1gKdpyNcJq | 1LYN797TXLRJRqsfNYYoWLmuL58ZyMjbcu | ChipMixer | ChipMixer | 40.96 | 3.19993329 | 3.19993329 | 3.19993329 |
| 10c86ccfd0534cba38f2861579c4879ad8706e10e72e7d4320344ca21006fb7f | 670969 | 2021-02-17 10:40: | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | ChipMixer | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1FFzavPQVyR952y8c2jyKTdsxDWAN5bnvA | | ChipMixer | 99.99977 | 19 | 19 | 19 |
| 10c86ccfd0534cba38f2861579c4879ad8706e10e72e7d4320344ca21006fb7f | 670969 | 2021-02-17 10:40: | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 99.99977 | 80.99977 | 80.99977 | 80.99977 |
| 17dbb43495f3de4ddbff9b560947793396db0431865e9a5417817b4981b2ab6e | 670970 | 2021-02-17 10:54: | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 80.99954 | 61.99954 | 61.99954 | 61.99954 |
| ce5247766a775ae42d3191682bae56ab29b703f7bee499f3eb3121af992924f8 | 671149 | 2021-02-18 17:33: | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 61.999275 | 42.999275 | 42.999275 | 42.999275 |
| f38bea75bcf481d827eaceb11498696bff9a1c1406f0e79bba93717157a47936 | 671160 | 2021-02-18 19:54: | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | ChipMixer | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1MvsNc311wYssukPhgpgczNEBSQNFsNW | | ChipMixer | 42.998895 | 19 | 19 | 19 |
| e9d2dbc3c8879d9d58f5ba5474aa2566b4f5141e8b765ab2af22959289e02789 | 671326 | 2021-02-19 21:42: | BTC | BTC | ChipMixer | bc1qft4g5x65jqzghga5dh4aeu65zygkg9kka09gcz | 1GGYuhFxuypXcDRxLKhQcDog9umQnM49 | bc1qft4g5x65jqzghga5dh4aeu65zygkg9kka0 | ChipMixer | | 19.99547231 | 8.19096455 | 6.59986548 | 6.59986548 |
| 876fee2fd889975cab5670ccbfaa59cf8f9424e2a3b344a99a6c65ee4d4cf842 | 671328 | 2021-02-19 22:00: | BTC | BTC | ChipMixer | bc1ql4ufkkf3u9m7ayszwezmnvt4pde4t8pjmhz0as | 1dL81hQfxRyyevdKXJRHKUy6HpVUY81yB | bc1ql4ufkkf3u9m7ayszwezmnvt4pde4t8pjmh | ChipMixer | | 19.79774478 | 8.19106693 | 6.59986548 | 6.59986548 |
| b2fdc0200608255fb0b361018200dcb9b05617ecebf6d82ef5573fa9fb30ed7a | 671329 | 2021-02-19 22:35: | BTC | BTC | bc1ql4ufkkf3u9m7ayszwezmnvt4pde4t8pjmhz0 | N-73545120 | bc1ql4ufkkf3u9m7ayszwezmnvt4pde4t8pjmh | 3BkJzRa38cH7Kcj3cyitKxgr56syZgZteu | | | 19.79754043 | 19.79754043 | 6.59986548 | 6.59986548 |
| 1e30fbde274367f70ac6159ad2192d31a703478988d5c5a49eddff97e67d8321 | 671329 | 2021-02-19 22:35: | BTC | BTC | bc1qft4g5x65jqzghga5dh4aeu65zygkg9kka09g | 3CKrH6d8NPy1wQLRGCkeDAbiMbitGBbQtw | bc1qft4g5x65jqzghga5dh4aeu65zygkg9kka0 | 3CKrH6d8NPy1wQLRGCkeDAbiMbitGBbQtw | | | 19.99526796 | 19.99526796 | 6.59986548 | 6.59986548 |
| b711e89a800723be15ab9c15932bebe4f81fa5f3c73be3fcd27b6d84056b670e | 671331 | 2021-02-19 22:46: | BTC | BTC | ChipMixer | bc1qe4j7vm3fkscclzvn4j6n093xdq3x44fpzck7zf | 1LYN797TXLRJRqsfNYYoWLmuL58ZyMjbcu | bc1qe4j7vm3fkscclzvn4j6n093xdq3x44fpzck | ChipMixer | | 19.84774478 | 8.19106928 | 6.59986548 | 6.59986548 |
| a91a1eadf5c1b5f71e776f96ced636ad092d4c990f975de1c1d2ba01ad8e8dd7 | 671332 | 2021-02-19 22:53: | BTC | BTC | bc1qe4j7vm3fkscclzvn4j6n093xdq3x44fpzck7zf | N-73545120 | bc1qe4j7vm3fkscclzvn4j6n093xdq3x44fpzck | 3G2LyubvhnWJFPzrmSMtAJT5NC4m2zowu | | | 19.84754043 | 19.84754043 | 6.59986548 | 6.59986548 |
| 3e8d4daaa047aea30ef4c98c18a2f2b8ba4985feaa45e86d16957861d18c006f | 671343 | 2021-02-20 00:45: | BTC | BTC | ChipMixer | ChipMixer | 1FFzavPQVyR952y8c2jyKTdsxDWAN5bnvA | 1NRhsXr1pwU8daBx3bSeEZuSDp5x4TQ2Vg | ChipMixer | ChipMixer | 61.44 | 0.63330753 | 0.63330753 | 0.63330753 |
| 3e8d4daaa047aea30ef4c98c18a2f2b8ba4985feaa45e86d16957861d18c006f | 671343 | 2021-02-20 00:45: | BTC | BTC | ChipMixer | ChipMixer | 1FFzavPQVyR952y8c2jyKTdsxDWAN5bnvA | 1AThWsEhpSQSULtYd2kwfCYpZPwJudHciZ | ChipMixer | ChipMixer | 61.44 | 0.63330753 | 0.63330753 | 0.63330753 |
| 3e8d4daaa047aea30ef4c98c18a2f2b8ba4985feaa45e86d16957861d18c006f | 671343 | 2021-02-20 00:45: | BTC | BTC | ChipMixer | ChipMixer | 1FFzavPQVyR952y8c2jyKTdsxDWAN5bnvA | 1RV6o6uTcBWXUDXag9mu7kMHmS9Ud4R | ChipMixer | ChipMixer | 61.44 | 0.63330753 | 0.63330753 | 0.63330753 |
| 3e8d4daaa047aea30ef4c98c18a2f2b8ba4985feaa45e86d16957861d18c006f | 671343 | 2021-02-20 00:45: | BTC | BTC | ChipMixer | ChipMixer | 1MvsNc311wYssukPhgpgczNEBSQNFsNW | 1NRhsXr1pwU8daBx3bSeEZuSDp5x4TQ2Vg | ChipMixer | ChipMixer | 61.44 | 0.63330752 | 0.63330752 | 0.63330752 |
| 3e8d4daaa047aea30ef4c98c18a2f2b8ba4985feaa45e86d16957861d18c006f | 671343 | 2021-02-20 00:45: | BTC | BTC | ChipMixer | ChipMixer | 1MvsNc311wYssukPhgpgczNEBSQNFsNW | 1AThWsEhpSQSULtYd2kwfCYpZPwJudHciZ | ChipMixer | ChipMixer | 61.44 | 0.63330752 | 0.63330752 | 0.63330752 |
| 3e8d4daaa047aea30ef4c98c18a2f2b8ba4985feaa45e86d16957861d18c006f | 671343 | 2021-02-20 00:45: | BTC | BTC | ChipMixer | ChipMixer | 1MvsNc311wYssukPhgpgczNEBSQNFsNW | 1RV6o6uTcBWXUDXag9mu7kMHmS9Ud4R | ChipMixer | ChipMixer | 61.44 | 0.63330752 | 0.63330752 | 0.63330752 |
| 6bdd7f70b381dcbed80b8431021e434d9d2cd294a34c5289ec9489313b7e0446 | 671403 | 2021-02-20 10:30: | BTC | BTC | ChipMixer | bc1qj8jvnu2lzd6rj4t2zrevml2ghw7w222zv4ac2j | 1AThWsEhpSQSULtYd2kwfCYpZPwJudHciZ | bc1qj8jvnu2lzd6rj4t2zrevml2ghw7w222zv4a | ChipMixer | | 19.94692737 | 2.04768458 | 1.26661505 | 1.26661505 |
| e5f01228a46567e2a8258e18d1843b5d76c56d69c6c709c4eada6d2d553f344d | 671404 | 2021-02-20 10:39: | BTC | BTC | ChipMixer | bc1qz3pxugqqrfjaj96zejdxa4ya0pyu5dgmgmsup8 | 1JAcJiwBSFMkaY1v8HjxTFQA8VtvG4NHej | bc1qz3pxugqqrfjaj96zejdxa4ya0pyu5dgmgm | ChipMixer | | 19.96828971 | 8.19129841 | 6.59986548 | 6.59986548 |
| 2fcb7e2c86ed781129e4d9fe1d3f4e92805c22732273ef3d704ef505cb09ae84 | 671404 | 2021-02-20 10:39: | BTC | BTC | bc1qj8jvnu2lzd6rj4t2zrevml2ghw7w222zv4ac2j | N-73545120 | bc1qj8jvnu2lzd6rj4t2zrevml2ghw7w222zv4a | 32nxTL5FmFDFcyPn5Fp4VYkP2XVhxYJxfq | | | 19.94672302 | 19.94672302 | 1.26661505 | 1.26661505 |
| fafe69d2b6fa5c9829ac001c60c1cd96e2ffc669ed6d27e195574ef91ac0d655 | 671405 | 2021-02-20 10:40: | BTC | BTC | bc1qz3pxugqqrfjaj96zejdxa4ya0pyu5dgmgmsu | N-73545120 | bc1qz3pxugqqrfjaj96zejdxa4ya0pyu5dgmgm | 34EmAKCniox16wDQFazX9t5ebmoYfXgMKy | | | 19.96808536 | 19.96808536 | 6.59986548 | 6.59986548 |
| 9395fdf8f3f2d7d443b91b7f61dced83a9a2edb15348574d57ff2aa9fca0692c | 671588 | 2021-02-21 16:56: | BTC | BTC | ChipMixer | bc1q2hzecu0fzfzannd82x0v95yxahtwqgtcsxxcg7 | 1RV6o6uTcBWXUDXag9mu7kMHmS9Ud4R | bc1q2hzecu0fzfzannd82x0v95yxahtwqgtcsx | ChipMixer | | 19.97811094 | 2.04780637 | 1.26661505 | 1.26661505 |
| e65fa8af5c8c75f6b65519e127056357b4dd5a91ca0f91033c6e2052429141bf | 671589 | 2021-02-21 17:13: | BTC | BTC | ChipMixer | bc1q4wvz3v20nf3lk66fg0tr0ncwrxdnumr2fvh5xs | 16CabKZa4wvV4GCiiugmX6weNMBqfVEXhp | bc1q4wvz3v20nf3lk66fg0tr0ncwrxdnumr2fvh | ChipMixer | | 19.88759176 | 8.19100813 | 6.59986548 | 6.59986548 |
| c6cc135a46f9818ee8b6a3ac6b3be58fd2508176ac73f00b3db9d2f614bc4568 | 671589 | 2021-02-21 17:13: | BTC | BTC | bc1q2hzecu0fzfzannd82x0v95yxahtwqgtcsxxcg | N-73545120 | bc1q2hzecu0fzfzannd82x0v95yxahtwqgtcsx | 37fTcRYWTuz7s7MHceDWZHdJCERSApV2 | | | 19.97791625 | 19.97791625 | 1.26661505 | 1.26661505 |
| fad4237521f8462c85c29be354c85c51451526bfede9c13b2b5925cc51dc4c4e | 671590 | 2021-02-21 17:17: | BTC | BTC | bc1q4wvz3v20nf3lk66fg0tr0ncwrxdnumr2fvh5xs | N-73545120 | bc1q4wvz3v20nf3lk66fg0tr0ncwrxdnumr2fvh | 32BapLGUCxkprq6CMQ64UQa1oLdtG6wCe | | | 19.88739707 | 19.88739707 | 6.59986548 | 6.59986548 |
| f19bf046e835d64860468e73a5b41d63f35a50e0fe4f42bf127cd2b2230d6fcd | 671597 | 2021-02-21 18:00: | BTC | BTC | ChipMixer | N-73450791 | 1NRhsXr1pwU8daBx3bSeEZuSDp5x4TQ2Vg | bc1qdmxk0rsy3m93fyfy2lnr6am4dylmt9cp0v | ChipMixer | | 7.45911094 | 2.04748146 | 1.26661505 | 1.26661505 |
| 87ed89c69305e5ba9197fb89fc09474a8d6508b0583d703afdf4c6ede5c99e26 | 671598 | 2021-02-21 18:22: | BTC | BTC | 3CKrH6d8NPy1wQLRGCkeDAbiMbitGBbQtw | N-73545120 | 3CKrH6d8NPy1wQLRGCkeDAbiMbitGBbQtw | 3EgqLaVsAZp9t39RmVM3zsMMJ7fxRLSJKR | | | 19.99507023 | 9.19507023 | 1.39570946 | 1.39570946 |
| f0effe87fd8afe92f54178826f73638478fd095794d986befd72a9ac2b489d67 | 671601 | 2021-02-21 18:38: | BTC | BTC | N-73450791 | 35BVAkgTg7xuPqQ5LJFQEpgNaMVKWyaQAD | bc1qdmxk0rsy3m93fyfy2lnr6am4dylmt9cp0v | 35BVAkgTg7xuPqQ5LJFQEpgNaMVKWyaC | | | 33.24162334 | 7.4589602 | 1.26661505 | 1.26661505 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 32nxTL5FmFDFcyPn5Fp4VYkP2XVhxYJxfq | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 19.92832596 | 1.26661399 | 1.26661399 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 3EgqLaVsAZp9t39RmVM3zsMMJ7fxRLSJKR | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 9.18658953 | 1.3957083 | 1.3957083 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 3G2LyubvhnWJFPzrmSMtAJT5NC4m2zowu | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 19.82923486 | 6.59985451 | 6.59985451 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 3BkJzRa38cH7Kcj3cyitKxgr56syZgZteu | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 19.77928098 | 6.59985998 | 6.59985998 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 37fTcRYWTuz7s7MHceDWZHdJCERSApV2 | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 19.95949043 | 1.26661399 | 1.26661399 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 32BapLGUCxkprq6CMQ64UQa1oLdtG6wCe | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 19.86905475 | 6.59985998 | 6.59985998 |
| a31a24b0e4733cb98f1087e3d4a79ea6ed024171e8a701ae1dc3f6508ffb51c0 | 671953 | 2021-02-24 09:50: | BTC | BTC | N-73545120 | Binance | 34EmAKCniox16wDQFazX9t5ebmoYfXgMKy | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 128.91768359 | 19.94966862 | 6.59985998 | 6.59985998 |
| 1344e42ab77b8e16a450da76e2c85f2a13ad77daa7d5a5bcc02fa1e4d412a209 | 672128 | 2021-02-25 12:08: | BTC | BTC | 35BVAkgTg7xuPqQ5LJFQEpgNaMVKWyaQAD | 3EPwRF7bN9yqK1zuvi42Vs17DZjBEDbLSs | 35BVAkgTg7xuPqQ5LJFQEpgNaMVKWyaC | 3EPwRF7bN9yqK1zuvi42Vs17DZjBEDbLSs | | | 33.24137284 | 33.10637284 | 1.26659416 | 1.26659416 |
| ab6b646574132f3813947c4146ed445ac744aca06d5e011b0bb4aab701dc87ab | 672128 | 2021-02-25 12:08: | BTC | BTC | 3EPwRF7bN9yqK1zuvi42Vs17DZjBEDbLSs | 39PUXUcJXGPDEd4ADsh628b3csgEAPRYBv | 3EPwRF7bN9yqK1zuvi42Vs17DZjBEDbLSs | 39PUXUcJXGPDEd4ADsh628b3csgEAPRY | | | 33.10612234 | 32.97112234 | 1.2665731 | 1.2665731 |
| 416f5cd4ddf638c9802a7131cfd9fc8071e2f47ea976f90752d9ba65843c9950 | 672128 | 2021-02-25 12:08: | BTC | BTC | 39PUXUcJXGPDEd4ADsh628b3csgEAPRYBv | 36BnG95V2c3hsASmJXq7b6BcE3Z7gAgvSi | 39PUXUcJXGPDEd4ADsh628b3csgEAPRY | 36BnG95V2c3hsASmJXq7b6BcE3Z7gAgvSi | | | 32.97087184 | 32.83587184 | 1.26655187 | 1.26655187 |
| 3e37a8ece93f043460a9722dce8753f8c1ba7c2b8fef7e7aa07a4c61b07b60b4 | 677852 | 2021-04-05 09:35: | BTC | BTC | 36BnG95V2c3hsASmJXq7b6BcE3Z7gAgvSi | Binance | 36BnG95V2c3hsASmJXq7b6BcE3Z7gAgvSi | 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4 | | Binance | 32.83572312 | 3.56387316 | 0.01492012 | 0.01492012 |



**COINFIRM INVESTIGATION**
Visualization of Assets Traced to Binance address 1EdueBXZCWNoDBNZgnQkCCivDyr9GEo4x6

Total amount of assets traced to the address: 30.34329085  BTC

Report Date: 2023-04-11

Binance
1EdueBXZCWNoDBNZgnQkCCivDyr9GEo4x6

0.01492012 BTC

368nG95V2c3hsASmJXq7b68cE3Z7gAgvSi

1.26655187 BTC

39PUXUcJXGPDEd4ADsh628b3csgEAPRYBv

1.2665731 BTC

3EPwRF7bN9yqK1zuvi42Vvs17DZjBEDbLSs

1.26659416 BTC

35BVAkgTg7xuPqQSLJFQEpgNaMVKWyaQAD

1.26661505 BTC

N-73450791

30.32837073 BTC

N-73545120

1.26661505 BTC    1.39570946 BTC    6.59986548 BTC    1.26661505 BTC

6.59986548 BTC    6.59986548 BTC

bc1qj8jvnu2lzd6rj4t2zrevml2ghw7w222zv4ac2j

3CXrH6d8NPy1wQLRGCkeDAbiMbitGBbQtw

bc1qz3pxuqqqrfjalj96zejdxa4ya0pyu5dgmgmsup8

bc1q2hzecu0fzfzannd82x0v95yxahtwqgtcsxxcg7

bc1qe4j7vm3fksccdzvm4j6n093xdq3x44fpzck7zf

bc1q4wvz3v20nf3lk66fg0tr0ncwrxdnumr2fvh5xs

bc1ql4ufkkf3u9m7ayszwezmnvt4pde4t8pjmhz0as

6.59986548 BTC    6.59986548 BTC

bc1qft4g5x65jqzghga5dh4aeu6Szygkg9kka09gcz

6.59986548 BTC    6.59986548 BTC

6.59986548 BTC    6.59986548 BTC    6.59986548 BTC

1.26661505 BTC    1.26661505 BTC

ChipMixer

15.99984904 BTC    16.99985489 BTC

31mAjo3ic9ADtca7cNwVc1EjHLTqk9nayo

39NxGUcMEhTzLcRp6BbV8Ek2Ak2nGRPtYc

38 BTC

16 BTC    17 BTC

159m8sYcDJwPfJaVzLeKJIIkQTiPKevnY4

100.00000000 BTC

15yRZyEyzwyNhCFBfqW8JDXsuJn9WJVhnJ

100.00000000 BTC

Cryptsy
Cryptsy.com