# EXHIBIT 13

Cryptsy-to-Binance-Top-9-17lwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD
DoF Pro Rata Outputs

| Tx Hash | Block Height | Block Time | Blockchain Type | Asset Type | Cluster From | Cluster To | Address From | Address To | Owner Name (Address From) | Owner Name (Address To) | Tx Amount (per asset) | Tx Amount (proportional, per asset) | Estimated Assets Traced Carried (Address From, per asset) | Estimated Assets Traced Carried (Address To, per asset) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1MCLsd467vyYm1VZEErZwVJ1Daw87q2ny1 | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 1.99978672 | 1.99978672 | 1.99978672 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1K5xT9bwFXS5tpiYo55hM3jB3esBRrHzoV | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 2.44355917 | 2.44355917 | 2.44355917 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1H95WJqgRwAbqdCeNA8WoGbUp6ixbQbl | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 0.99989336 | 0.99989336 | 0.99989336 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 18ghvMDGgfom6Kg8gBbUZaDPhiyMNdeQs | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 0.8926048 | 0.8926048 | 0.8926048 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 13p19N81hrGV6PREU5LfsMhnAvLXrLHKrb | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 2.99948011 | 2.99948011 | 2.99948011 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1JM1rN7MuydtpanaHHz69EMMyJZWwQQjf | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 0.61324448 | 0.61324448 | 0.61324448 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1jnEDnfRzjSfFUY9PW1YiAGHhQ2JrcCsA | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 1.32650072 | 1.32650072 | 1.32650072 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1AKpZJpCG6uo5MuFm8C8gPiyTay8HHiU7d | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 0.57059042 | 0.57059042 | 0.57059042 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 18pRPZUBL88s6aBgY2YAknhUTkeapjgwTd | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 4.18418876 | 4.18418876 | 4.18418876 |
| e68f52a38f58e71b951a08650e20aea3f62f7331a3f548e99181f6dbf1cc1d51 | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1Q8uWQdBWSX1CCPGAh71BTZ7F1ruthtn | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | Cryptsy.com | | 100.0102649 | 83.97015146 | 83.97015146 | 83.97015146 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1KoBMinpDfG8cFCnv8CUnf4MRDLvBWL1s | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 10.26321398 | 10.26321398 | 10.26321398 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 17tcWPhBamFeSSzfFtvYagxDKtNFUb2UYE | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 19.99791605 | 19.99791605 | 19.99791605 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 18TfUhH5pN6pj7QEpLQBJThMxpydi2Gc4N | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 9.99895802 | 9.99895802 | 9.99895802 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1CGSWxMWXr5KJZ8acH8GSLy1AfFMDhbI | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 0.00006196 | 0.00006196 | 0.00006196 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 12g3K5So9eazhWkeHMNZjaCAAzyrg55W5U | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 10.97855312 | 10.97855312 | 10.97855312 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1A8JDbGpv1uSVUdpddGkG7kg41RnjisgvV | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 9.87935759 | 9.87935759 | 9.87935759 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 12RYn48CuqXhLDfCVpBf1TJW1AQcBzAX9 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 0.00006495 | 0.00006495 | 0.00006495 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 14xJckLWEQzcgMCf6k3XxqUjtLWazYXyaP | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 3.99958321 | 3.99958321 | 3.99958321 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1FBjPXyyjneRv3bBUkeKqFuL5fkpG94keG | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 10.24712649 | 10.24712649 | 10.24712649 |
| 790a7ec2678552c88cf95110c0df4bcc16a72b8f7e6f331292b977cc6e481df | 312987 | 2014-07-29 08:54 | BTC | BTC | Cryptsy.com | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 14QiaFB4RTsoPDHtdhMc86DivgKHsu9Xvd | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | Cryptsy.com | | 100.01002085 | 24.63516463 | 24.63516463 | 24.63516463 |
| 10c86ccfd0534cba38f2861579c4879ad8706e10e72e7d4320344ca21006fb7f | 670969 | 2021-02-17 10:40 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 99.9977 | 80.9977 | 80.9977 | 80.9977 |
| 17dbb43495f3de4ddbff9b560947793396db0431865e9a5417817b4981b2ab6e | 670970 | 2021-02-17 10:54 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 61.99954 | 61.99954 | 61.99954 | 61.99954 |
| ce5247766a775ae42d3191682bae56ab29b703f7bee499f3eb3121af992924f8 | 671149 | 2021-02-18 17:33 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | N-73462396 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 16KGFfQrqSgmnpCSjP3MWEuJdUJHDTR9e | | | 61.999275 | 19 | 19 | 19 |
| ce5247766a775ae42d3191682bae56ab29b703f7bee499f3eb3121af992924f8 | 671149 | 2021-02-18 17:33 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 61.999275 | 42.999275 | 42.999275 | 42.999275 |
| f38bea75bcf481d827eaceb11498696bff9a1c1406f0e79bba93717157a47936 | 671160 | 2021-02-18 19:54 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 42.998845 | 23.998895 | 23.998895 | 23.998895 |
| 2c99ff7c7eadc6ff817586008643efb9393cbc6a483defd02d392a98dd209afc | 671280 | 2021-02-19 14:32 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | | | 23.998622 | 13.998622 | 13.998622 | 13.998622 |
| 393f8288b1f9dd4c6c219a2f01a6940d371083d8b6a5f20a74a75586677e9de2 | 671281 | 2021-02-19 14:37 | BTC | BTC | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | ChipMixer | 159m8sYcDJwPfJaVpLeKJitkQTiPKevnY4 | 1JXhzrGu5KiTyKuW7TZ1oTqJwu1mL8nwE | | ChipMixer | 13.99840773 | 13.99840773 | 13.99840773 | 13.99840773 |
| ac22f879d2f98fb6b230bd4758e858d5ba0a6344f747712100d30ab25a19c98d | 671647 | 2021-02-22 04:13 | BTC | BTC | N-73462396 | N-73944758 | 16KGFfQrqSgmnpCSjP3MWEuJdUJHDTR9e | 15wNPzF7PMuveUjJMgFrmJ6vQyCQ3DMn | | | 40.96 | 3.79988533 | 3.79988533 | 3.79988533 |
| ac22f879d2f98fb6b230bd4758e858d5ba0a6344f747712100d30ab25a19c98d | 671647 | 2021-02-22 04:13 | BTC | BTC | N-73462396 | ChipMixer | 16KGFfQrqSgmnpCSjP3MWEuJdUJHDTR9e | 13DeiWG9NfJz34bvR8RvD1juNgEwH91afR | | ChipMixer | 40.96 | 3.79988533 | 3.79988533 | 3.79988533 |
| da90cacee2a2a8cf5ac1e1913c5592b9a356f2519cea9f7138ff0e84f5d34782 | 671647 | 2021-02-22 04:13 | BTC | BTC | N-73462401 | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | | | 30.72 | 0.46658883 | 0.46658883 | 0.46658883 |
| c506d20574c668b78aea7b263934103b804b5c64c601ad3de494400c38a3786 | 672460 | 2021-02-27 17:23 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | | | 99.999693 | 87.999693 | 87.999693 | 87.999693 |
| 21d29ce5d00c1db927413fe32ab1746ca6aca135ef1027cbfae0f5dde6aa1516 | 672462 | 2021-02-27 17:29 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | | | 87.999386 | 72.999386 | 72.999386 | 72.999386 |
| 92823c9b0caa1c38adc523ac41b93e32b4a2d3dd11e700c875118056ed833aec | 672983 | 2021-03-03 12:18 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | | | 72.999145 | 54.999145 | 54.999145 | 54.999145 |
| 1f4bb9b710d74a5e3e73797b1a5750e257c407cac74346996a0a9f514e674525 | 672986 | 2021-03-03 12:51 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | | | 54.998904 | 36.998904 | 36.998904 | 36.998904 |
| e285acd5fa603e49ca48887c122605bac3a013014e1a1e151548b91558f60437 | 673518 | 2021-03-07 06:34 | BTC | BTC | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | | | 1.02370758 | 0.46658883 | 0.46658883 | 0.46658883 |
| e285acd5fa603e49ca48887c122605bac3a013014e1a1e151548b91558f60437 | 673518 | 2021-03-07 06:34 | BTC | BTC | N-73944758 | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | 13DeiWG9NfJz34bvR8RvD1juNgEwH91afR | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | | | 16.38348218 | 8.19174109 | 3.79988533 | 3.79988533 |
| 7fc3a224bd93e01486f7ccfa6e1ec4c659766ee29ee461a9dfe07abe639b9f6a2 | 673518 | 2021-03-07 06:34 | BTC | BTC | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | 1Lp3wV3MQ8iVW4GJYrBijNfEDeqei4Vb9T | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | | | 1.02370758 | 0.46658883 | 0.46658883 | 0.46658883 |
| b994818f65c21bd6e82b334ca6480a665a2acc9d8a8821c9db1eb956969f5a14 | 677308 | 2021-04-01 13:15 | BTC | BTC | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | 19r4Ei3g9zTkosF8wkknEfXYmcChD2nY9U | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | | | 1.023491 | 1.023491 | 0.46658883 | 0.46658883 |
| a63cd82b67995d3573c331fc14734739189480da30d37a9df9306a52051d33d9 | 677308 | 2021-04-01 13:15 | BTC | BTC | 1JzoSvwhkYmnEP59aZ6fCMy1KBfaB7kbVK | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | 1JzoSvwhkYmnEP59aZ6fCMy1KBfaB7kbVK | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | | | 16.3832656 | 16.3832656 | 7.59977066 | 7.59977066 |
| a0d739ae2dcc028d11900c9912a69f7819e0cc461a969800a4b4e96c34af9ea6 | 677310 | 2021-04-01 13:43 | BTC | BTC | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | Binance | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | 17IwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | | Binance | 17.4061956 | 16.30008092 | 7.14101596 | 7.14101596 |
| a0d739ae2dcc028d11900c9912a69f7819e0cc461a969800a4b4e96c34af9ea6 | 677310 | 2021-04-01 13:43 | BTC | BTC | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | Binance | 1F16Pg7Yuz1AsZsQSz62ifdTZxiVfyyfhy | 17IwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | | Binance | 17.4061956 | 1.01829431 | 0.9251381 | 0.9251381 |
| 9224e038210965282989f15affeeec1ba07a35668b90cb7466dea1bff6a183fe | 681557 | 2021-05-02 16:27 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | | | 36.998725 | 23.998725 | 23.998725 | 23.998725 |
| a23d037bdee31163cef4a0e6188ed4030e62f581ce756db3b219fd23fe409be2 | 684205 | 2021-05-19 14:57 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | | | 23.998497 | 11.998497 | 11.998497 | 11.998497 |
| a23d037bdee31163cef4a0e6188ed4030e62f581ce756db3b219fd23fe409be2 | 684205 | 2021-05-19 14:57 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | ChipMixer | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1LkcknKeNk8x447GzqsQ8eqDdazF3rdWXp | | ChipMixer | 23.998497 | 12 | 12 | 12 |
| 0c3585841001de4e1852e629c96ba5d45462a933af2bf107b1b923f0166e43df | 684215 | 2021-05-19 16:52 | BTC | BTC | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | ChipMixer | 12KBnNkkEdjcojNZ7ceBhDBJWhMZbttgr | 1LkcknKeNk8x447GzqsQ8eqDdazF3rdWXp | | ChipMixer | 11.99829444 | 11.99829444 | 11.99829444 | 11.99829444 |
| d22667dd28b51cbd0ae83cdf7cb7ca354d380e4a8b2d3847ba5746a22aca4ef7 | 684706 | 2021-05-23 22:30 | BTC | BTC | ChipMixer | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | ChipMixer | | 30.72 | 0.39999306 | 0.39999306 | 0.39999306 |
| d22667dd28b51cbd0ae83cdf7cb7ca354d380e4a8b2d3847ba5746a22aca4ef7 | 684706 | 2021-05-23 22:30 | BTC | BTC | ChipMixer | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | 19AgCxQn5e8LZ38iMQVzPEtAPiNsq1ykts | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | ChipMixer | | 30.72 | 0.39993621 | 0.39993621 | 0.39993621 |
| a20e31ce846e79386c2f3e9bc5fb76787e3522d841e6c56ea9b6a7b612181866 | 685590 | 2021-05-31 02:23 | BTC | BTC | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | 1Dr31vxYeu19sbDkoLYtrPdtNDpjQk5yrm | 17FLeAjuDX3rhKNhVcHALeNiR7RLh1EeEP | 1Dr31vxYeu19sbDkoLYtrPdtNDpjQk5yrm | | | 1.02381088 | 1.02381088 | 0.79992927 | 0.79992927 |
| bdfac919f085c28b5cac29ef59a598571bcc56039a3b3c942745b53434c6efe | 696025 | 2021-08-16 06:38 | BTC | BTC | 1Dr31vxYeu19sbDkoLYtrPdtNDpjQk5yrm | bc1qyje3em8qkpyyudr5yrg03fycvn3j8jk2hhm | 1Dr31vxYeu19sbDkoLYtrPdtNDpjQk5yrm | bc1qyje3em8qkpyyudr5yrg03fycvn3j8jk2hhm | | | 1.02379954 | 1.02379954 | 0.79992927 | 0.79992927 |
| 3ee65234f824d46df806d034e805687192301d265c4485bb6fb2db1412518aa5 | 696040 | 2021-08-16 08:27 | BTC | BTC | bc1qyje3em8qkpyyudr5yrg03fycvn3j8jk2hhm | Binance | bc1qyje3em8qkpyyudr5yrg03fycvn3j8jk2hhm | 17IwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | | Binance | 3.07159368 | 1.98186523 | 0.33302093 | 0.33302093 |
| 3ee65234f824d46df806d034e805687192301d265c4485bb6fb2db1412518aa5 | 696040 | 2021-08-16 08:27 | BTC | BTC | bc1qyje3em8qkpyyudr5yrg03fycvn3j8jk2hhm | Binance | bc1qyje3em8qkpyyudr5yrg03fycvn3j8jk2hhm | 17IwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD | | Binance | 3.07159368 | 0.99083561 | 0.4357241 | 0.4357241 |

COINFIRM INVESTIGATION
Visualization of Assets Traced to Binance address 17iwoMJv33UgjWxsM1j4UpKtMnGC8hh5nD

Total amount of assets traced to the address: 8.83489909 BTC

Report Date: 2023-04-14

