# EXHIBIT 16

| | |
|---|---|
| **From:** | King, Karen |
| **To:** | Lewis, Samuel |
| **Cc:** | Kapp, Kara L.; Cohen, Ariel; Boss, Barry; Sullivan, John |
| **Subject:** | Re: [External] Cryptsy Follow-Up |
| **Date:** | Friday, June 16, 2023 5:44:49 PM |
| **Attachments:** | image001.png |

I really don't understand the tone of your email.  If we are agreeing to produce this information as a compromise, it would be unfair for you to then just follow up with more requests and threats.  What more do you plan to seek from Binance?  We cannot agree to anything without transparency from you.

Get Outlook for iOS

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Friday, June 16, 2023 5:39:11 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

Karen:

Thank you for providing us with a draft.  However, we cannot agree to "forgo any further discovery requests to Binance in this litigation" in exchange for receiving information for 8 addresses.  This is the first time the term has been raised in our discussions, and it is unacceptable.

We have waited more than two weeks for discovery from Binance trying to take the "informal" route that Binance seemed to prefer, and yet, still do not have the discovery.  Thus, it appears we will need to pursue the formal route after all.  We will provide you with copies of what we file directed to Binance.

Regards,
--Sam

**From:** King, Karen <kking@maglaw.com>
**Sent:** Friday, June 16, 2023 1:33 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

**\*\*EXTERNAL SENDER\*\***

Can you take a look at the attached production letter and let me know if our understanding is accurate? Should be in a position to produce middle of next week.

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue

New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** King, Karen
**Sent:** Thursday, June 15, 2023 2:22 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

Just wanted to let you know that I got some info from the client and am going through it.  Will have an update soon.

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** King, Karen <kking@maglaw.com>
**Sent:** Friday, June 9, 2023 10:08 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** Re: [External] Cryptsy Follow-Up

I have a draft letter with the client for approval and hope to share with you as soon as I hear back.  If the language looks acceptable, we'll proceed with production.

Get Outlook for iOS

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Friday, June 9, 2023 7:41:52 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

Karen:

Do you have any updates regarding the voluntary production?

Have a good weekend.

Regards,
--Sam

**From:** King, Karen <kking@maglaw.com>
**Sent:** Monday, June 5, 2023 5:38 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

**\*\*EXTERNAL SENDER\*\***

I'll work up a production letter for your review, the gist of which is that the production is voluntary, reserves Binance's rights, and that this is to resolve our disputes over the subpoena.

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
## Grand Iason & Anello PC

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Monday, June 5, 2023 5:23 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

Thank you for the confirmation.

With respect to a potential voluntary production, we are amenable to production of the information you reference.  Please let me know if you need anything else from us before Binance produces the information.

Regards,

--Sam

**From:** King, Karen <kking@maglaw.com>
**Sent:** Thursday, June 1, 2023 3:01 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

**\*\*EXTERNAL SENDER\*\***

I received confirmation that Fengying Tong is the user for account 1LfRxXHH93wBKnY3uPSpZGAFg2EJQtzRep, which is on your list.  Binance isn't going to comment on the reasons behind specific actions regarding customer accounts.

With respect to a potential voluntary production (without waiver of any defense and subject to further discussions on terms of any such resolution), Binance would be willing to provide what it has re:  Customer Information (including email, mobile number and registration time), Current Assets & Wallets, Order History (including price, quantity, time, and status of all orders), Deposit History (including source address and time), Withdrawal History (including destination address and time), and KYC-related information (ex: government issued identification and photo).

Let me know if you would like to discuss further.


**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
## Grand Iason & Anello PC

**From:** King, Karen <kking@maglaw.com>
**Sent:** Tuesday, May 30, 2023 7:32 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** Re: [External] Cryptsy Follow-Up

We definitely disagree about the breadth of the subpoena, and Binance is not simply offering the information on the blockchain.  I suggested a call, and I think that would be more productive than writing back and forth.  Can we talk during the work day tomorrow?

In any event, Binance will need an order for any turnover of assets.  I don't have the file in front of me, so can't speak to the number, but we do need a court to direct turnover.

 I'll need to ask about the particular customer name to see if this is the owner of one of the accounts.  I'll inquire.

Get Outlook for iOS

---

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Tuesday, May 30, 2023 7:18:21 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

With respect, I believe your characterization of the subpoena is wrong.  The subpoena sought the KYC information associated with 8 specifically-identified wallets, and the communications that Binance provided to customers whose accounts were being frozen in response to the Court's orders.  We very narrowly tailored the subpoena so that Binance could release information about the 8 accounts. Notwithstanding our efforts to keep the subpoena narrow, it now seems that the only information Binance is willing to turn over is what is publicly visible on the blockchain.  Please let me know if Binance is willing to provide, formally or informally, any other information regarding the 8 wallets.

You also did not respond to my inquiry regarding the motion for an order to specifically identify the wallet addresses that Binance will be required to turnover.  I would appreciate a response so that we can decide whether it is worth the time to finish a motion directed to the 16 btc.

Finally, please confirm that Fengying Tong tongfengying1963@gmail.com is one of the Binance customers who account was frozen as a result of Binance's efforts to comply with the Court's orders. According to Fengying Tong, the account was deactivated on November 22, 2022.

Regards,
--Sam

---

**From:** King, Karen <kking@maglaw.com>
**Sent:** Tuesday, May 30, 2023 6:52 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** Re: [External] Cryptsy Follow-Up

**\*\*EXTERNAL SENDER\*\***

The subpoena you shared is extremely broad.  Binance reserves its objections and defenses, but is willing to share on a voluntary basis (and with the understanding that you are not pressing the other requests in the subpoena) the balances in the specified accounts and account activity.  You can then obtain an order directing turnover of whatever remains.  I did provide the public docket info including your info to

Binance should there arise any questions about why accounts were frozen.  I presume that is why you were contacted.

Get Outlook for iOS

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Tuesday, May 30, 2023 6:25:38 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

Karen:

Perhaps I have misapprehended the situation, but you indicated that your client wanted a subpoena and an order specifically identifying the wallet addresses to be turned over.  If your client is willing to discuss an informal exchange of information, then is your client also willing to discuss an informal resolution to the roughly 16 btc?

As far as an informal exchange of information goes, would you please advise as to what information your client is willing to share on an informal basis.

Finally, I received an e-mail from a former Binance customer, Fengying Tong tongfengying1963@gmail.com.  Apparently, Binance closed Tong's account, and Binance customer service suggested that Tong contact me to find out why the account was closed.  Would you please let us know if Binance is, in fact, informing customers to contact me regarding the closing of their accounts at Binance.

Regards,
--Sam

**From:** King, Karen <kking@maglaw.com>
**Sent:** Wednesday, May 24, 2023 5:06 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

**\*\*EXTERNAL SENDER\*\***

Sam,

Just checking in on the subpoena and motion papers.  Did you want to have a follow-up discussion about voluntary production?

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC

565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** King, Karen
**Sent:** Wednesday, May 17, 2023 3:59 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry
<BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

Hi Sam.  I'm not authorized to accept service, but Binance would consider a voluntary production of
certain account information if you'd like to discuss.  Similarly, I'm not authorized to accept service of the
motion papers still in process, but happy to discuss once you finalize.  Are you applying for asset seizure
or to have the wallets themselves transferred?

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** King, Karen <kking@maglaw.com>
**Sent:** Tuesday, May 16, 2023 10:48 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry
<BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** Re: [External] Cryptsy Follow-Up

Got it.  I'll ask.

Get Outlook for iOS

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Tuesday, May 16, 2023 10:46:36 PM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry
<BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>

**Subject:** RE: [External] Cryptsy Follow-Up

The subpoena is attached.  We are still in the process of finalizing the motion.

If you're not willing to accept without seeing the documents first, we will proceed to serve consistent with the Rules.

Regards,
--Sam

**From:** King, Karen <kking@maglaw.com>
**Sent:** Tuesday, May 16, 2023 10:55 AM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** RE: [External] Cryptsy Follow-Up

**\*\*EXTERNAL SENDER\*\***

Hi Sam,

If you share the documents, I will ask.

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
### Grand Iason & Anello PC

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Tuesday, May 16, 2023 10:52 AM
**To:** King, Karen <kking@maglaw.com>
**Cc:** Kapp, Kara L. <KKapp@cozen.com>; Cohen, Ariel <acohen@maglaw.com>; Boss, Barry <BBoss@cozen.com>; Sullivan, John <JSullivan@cozen.com>
**Subject:** [External] Cryptsy Follow-Up

Karen:

We have prepared a subpoena for the account information associated with the 10 addresses.  We are also in the process of applying for an order specifically identifying the wallet addresses to be turned over.  Would you please confirm that you will accept service of each on behalf of your client.

Regards,
--Sam



**Samuel Lewis**
**Board Certified in Intellectual Property Law**
**Co-Chair, Copyright Practice**
**Member | Cozen O'Connor**
Southeast Financial Center, 200 South Biscayne Blvd., Suite 3000 | Miami, FL 33131
P: 305-397-0799 F: 305-720-2271
Pronouns: he, him, his
Email | Bio | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

EXTERNAL: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*