# EXHIBIT 17

CUSTOMER INFORMATION

User Basic Information(id: 94037818  email: tongfengying1963@gmail.com time: 2021-01-01 16:16:22 - 2023-06-15 16:17:11)

**Basic Information**

| User ID | Email | Mobile | Registration time | Name | User nationality | User ID number | User authentication type | User authentication time |
|---|---|---|---|---|---|---|---|---|
| 94037818 | tongfengying1963@gmail.com | +8618002530956 | 2021-03-09 02:59:51 | 申志坚 null | | 420582198601047514 | Personal | 2021-03-09 03:04:42 |

ACCOUNT BALANCE

**Spot**

| Currency Name | Currency Code | All Positions | Available Positions | In Withdrawal | Pending Order | BTC Equivalent |
|---|---|---|---|---|---|---|
| BNB | BNB | 0.00032067 | 0.00032067 | 0 | 0 | 0.00000299 |
| USDT | TetherUS | 1000.00000000 | 1000.00000000 | 0 | 0 | 0.03998541 |

CURRENT ASSETS WALLETS

| Asset Ticker | Asset Name | Total Position | Estimated BTC Value | Deposit Wallet Address | Label/Tag/Memo |
|---|---|---|---|---|---|
| BCH | Bitcoin Cash | 0 | 0 | | |
| BNB | BNB | 0.00032067 | 0.0000029886444 | bnb165n9dz39mqh789mngnwkv22nlut6f4qzy9jc9 | 333420050 |
| BTC | Bitcoin | 0 | 0 | 1LfRxXHH93wBKnY3uPSpZGAFg2EJQtzRep | |
| BUSD | BUSD | 0 | 0 | | |
| EOS | EOS | 0 | 0 | binancecleos | 105220312 |
| ETH | Ethereum | 0 | 0 | 0x65bd512607365cf5834d249ae53e64a443e1ed4c | |
| EUR | Euro | 0 | 0 | | |
| LDUSDT | | 0 | 0 | | |
| TRX | TRON | 0 | 0 | TSc3XMYxwSknKcVNs4rdHNU4UI4hyoyW7K | |
| USDT | TetherUS | 1000 | 0.03998541332 | | |

ORDER HISTORY

| User ID | Market ID | Price | Qty | Average Price | Remain Qty | Trade Qty | Time | Update Time | Side | Status | Type | Stop Price | Price Unit | Amount Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94037818 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-08-15 11:56:56 | 2022-08-15 11:56:56 | SELL | FILLED | | 0.00000000 | USDT | EUR |
| 94037818 | BTCUSDT | 19850.00000000 | 17.92339000 | 19850.13507319 | 0.00000000 | 17.92339000 | 2022-07-14 08:50:24 | 2022-07-14 08:50:25 | SELL | FILLED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19879.00000000 | 18.49500000 | 19879.00000000 | 17.92339000 | 0.57161000 | 2022-07-14 08:47:08 | 2022-07-14 08:50:18 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19895.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:44:29 | 2022-07-14 08:47:02 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19870.00000000 | 18.49500000 | 19870.00000000 | 0.00000000 | 18.49500000 | 2022-07-14 08:43:32 | 2022-07-14 08:44:08 | SELL | FILLED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19890.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:42:59 | 2022-07-14 08:43:24 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19900.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:41:52 | 2022-07-14 08:44:23 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19919.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:40:27 | 2022-07-14 08:42:49 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19949.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:39:25 | 2022-07-14 08:40:05 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19929.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:39:00 | 2022-07-14 08:41:45 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19969.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:37:44 | 2022-07-14 08:38:52 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19949.00000000 | 18.49500000 | 0.00000000 | 18.49500000 | 0.00000000 | 2022-07-14 08:37:28 | 2022-07-14 08:39:10 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 19919.00000000 | 10.00000000 | 19919.00000000 | 0.00000000 | 10.00000000 | 2022-07-14 08:37:09 | 2022-07-14 08:37:54 | SELL | FILLED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 20133.49000000 | 76.87884000 | 20134.46931868 | 0.00000000 | 76.87884000 | 2022-07-14 04:19:25 | 2022-07-14 04:19:25 | SELL | FILLED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 20198.25000000 | 77.05584000 | 20198.25000000 | 76.87884000 | 0.17700000 | 2022-07-14 04:19:09 | 2022-07-14 04:19:19 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 20240.96000000 | 77.23000000 | 20240.96023886 | 77.05584000 | 0.17416000 | 2022-07-14 04:18:57 | 2022-07-14 04:19:04 | SELL | CANCELED | | 0.00000000 | USDT | BTC |
| 94037818 | BTCUSDT | 20264.16000000 | 0.10000000 | 20264.16000000 | 0.00000000 | 0.10000000 | 2022-07-14 03:44:16 | 2022-07-14 03:44:21 | SELL | FILLED | | 0.00000000 | USDT | BTC |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-18 18:43:51 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-18 18:43:42 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-13 11:09:05 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-31 09:14:39 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 09:02:21 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 09:02:13 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 09:02:07 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 09:01:59 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-01 15:49:19 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-27 01:25:37 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-26 07:53:35 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-26 07:53:14 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-26 07:53:02 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-19 06:25:36 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-19 06:25:22 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-17 02:24:37 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-07 07:26:19 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-29 15:24:32 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-21 17:04:59 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-19 16:50:11 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-18 15:06:27 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-12 14:03:25 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-12 14:03:15 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-06 17:59:30 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 04:02:01 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-01 05:18:25 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-01 05:18:15 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-22 14:16:40 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-09 06:55:00 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-09 05:06:06 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-24 14:12:03 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-24 14:11:40 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-05 08:40:22 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-05 03:15:07 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-05 03:12:19 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-05 00:11:04 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-17 11:11:26 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-17 11:06:43 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-09 12:36:57 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-08 15:16:09 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-07 14:20:38 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-07 14:20:28 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-07 09:51:41 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-07 07:24:51 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-07 07:10:16 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-07 06:38:50 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-01 10:09:30 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-01 10:09:09 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-01 08:11:35 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-11-01 08:10:50 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-10-26 12:57:24 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-10-26 12:56:21 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-10-26 09:46:43 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2021-10-26 05:30:20 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

DEPOSIT HISTORY

| User ID | Currency | Amount | Account Type | BUSD | Deposit Address | Source Address | TXID | Create Time | Network |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | 2022-07-21 06:43:00 | [redacted] |
| [redacted] | | | | | | | | 2022-07-20 14:05:40 | [redacted] |
| 94037818 | BTC | 46.89000000 | Spot Wallet | 964823.17590000 | 1LfRxXHH93wBKnY3uPSpZGAFg2EJQtzRep | 1963kDTwRCaExzqrFp7wwmRsBzUcD85oJW | 80efd0e9b850de2af6255f80cd6a5b9ceb3aab8d916ab78e49d7024d02af6bf8 | 2022-07-14 08:34:32 | BTC |
| 94037818 | BTC | 0.10000000 | Spot Wallet | 2057.63100000 | 1LfRxXHH93wBKnY3uPSpZGAFg2EJQtzRep | 1963kDTwRCaExzqrFp7wwmRsBzUcD85oJW | 920f36ea1291a7928e0ebf3214a1ea441136113df96461fb2fd33e1723bb3fb0 | 2022-07-14 08:08:30 | BTC |
| 94037818 | BTC | 77.23000000 | Spot Wallet | 1589108.42130000 | 1LfRxXHH93wBKnY3uPSpZGAFg2EJQtzRep | 1963kDTwRCaExzqrFp7wwmRsBzUcD85oJW | a4a60e149a2f9337ccdded23602582d2879b50a874c63ba5a4e611cea6b6d69d | 2022-07-14 04:18:28 | BTC |
| 94037818 | BTC | 0.10000000 | Spot Wallet | 2057.63100000 | 1LfRxXHH93wBKnY3uPSpZGAFg2EJQtzRep | 1963kDTwRCaExzqrFp7wwmRsBzUcD85oJW | 19fc3b35179655bc06e52911496bb5f88db1ba8aa4a88994ce93e12ca6ff4cb6 | 2022-07-14 03:42:29 | BTC |
| [redacted] | | | | | | | | 2022-07-12 10:15:30 | [redacted] |
| [redacted] | | | | | | | | 2022-06-18 05:27:35 | [redacted] |
| [redacted] | | | | | | | | 2022-06-17 18:18:05 | [redacted] |
| [redacted] | | | | | | | | 2022-06-15 14:57:48 | [redacted] |
| [redacted] | | | | | | | | 2022-06-15 12:12:50 | [redacted] |
| [redacted] | | | | | | | | 2022-06-13 11:36:01 | [redacted] |
| [redacted] | | | | | | | | 2022-06-13 11:23:31 | [redacted] |
| [redacted] | | | | | | | | 2022-06-11 18:00:19 | [redacted] |
| [redacted] | | | | | | | | 2022-06-09 09:26:07 | [redacted] |
| [redacted] | | | | | | | | 2022-06-09 09:22:47 | [redacted] |
| [redacted] | | | | | | | | 2022-06-09 06:45:32 | [redacted] |
| [redacted] | | | | | | | | 2022-05-31 09:12:39 | [redacted] |
| [redacted] | | | | | | | | 2022-05-31 07:48:01 | [redacted] |
| [redacted] | | | | | | | | 2022-05-31 07:40:00 | [redacted] |
| [redacted] | | | | | | | | 2022-05-28 17:22:21 | [redacted] |
| [redacted] | | | | | | | | 2022-05-28 15:38:53 | [redacted] |
| [redacted] | | | | | | | | 2022-05-14 17:09:48 | [redacted] |
| [redacted] | | | | | | | | 2022-05-14 09:00:26 | [redacted] |
| [redacted] | | | | | | | | 2022-05-10 17:40:45 | [redacted] |
| [redacted] | | | | | | | | 2022-05-10 10:48:51 | [redacted] |
| [redacted] | | | | | | | | 2022-05-09 11:16:35 | [redacted] |
| [redacted] | | | | | | | | 2022-04-19 06:28:39 | [redacted] |
| [redacted] | | | | | | | | 2022-04-17 18:09:35 | [redacted] |
| [redacted] | | | | | | | | 2022-04-17 02:23:35 | [redacted] |
| [redacted] | | | | | | | | 2022-04-15 15:28:39 | [redacted] |
| [redacted] | | | | | | | | 2022-04-15 08:28:39 | [redacted] |
| [redacted] | | | | | | | | 2022-04-13 03:40:35 | [redacted] |
| [redacted] | | | | | | | | 2022-04-10 03:22:30 | [redacted] |
| [redacted] | | | | | | | | 2022-04-09 18:12:31 | [redacted] |
| [redacted] | | | | | | | | 2022-04-03 13:56:39 | [redacted] |
| [redacted] | | | | | | | | 2022-04-01 01:01:30 | [redacted] |
| [redacted] | | | | | | | | 2022-03-29 17:08:39 | [redacted] |
| [redacted] | | | | | | | | 2022-03-27 05:28:33 | [redacted] |
| [redacted] | | | | | | | | 2022-03-25 17:10:36 | [redacted] |
| [redacted] | | | | | | | | 2022-03-24 14:29:58 | [redacted] |
| [redacted] | | | | | | | | 2022-03-24 08:57:04 | [redacted] |
| [redacted] | | | | | | | | 2022-03-24 07:09:50 | [redacted] |
| [redacted] | | | | | | | | 2022-03-23 18:32:32 | [redacted] |
| [redacted] | | | | | | | | 2022-03-18 15:04:01 | [redacted] |
| [redacted] | | | | | | | | 2022-03-18 14:54:00 | [redacted] |
| [redacted] | | | | | | | | 2022-03-15 15:16:36 | [redacted] |
| [redacted] | | | | | | | | 2022-03-14 21:34:01 | [redacted] |
| [redacted] | | | | | | | | 2022-03-14 16:38:46 | [redacted] |
| [redacted] | | | | | | | | 2022-03-13 15:12:01 | [redacted] |
| [redacted] | | | | | | | | 2022-03-12 16:06:31 | [redacted] |
| [redacted] | | | | | | | | 2022-03-11 06:46:35 | [redacted] |
| [redacted] | | | | | | | | 2022-03-11 06:16:01 | [redacted] |
| [redacted] | | | | | | | | 2022-03-11 02:14:32 | [redacted] |
| [redacted] | | | | | | | | 2022-03-09 04:10:32 | [redacted] |
| [redacted] | | | | | | | | 2022-03-08 04:36:34 | [redacted] |
| [redacted] | | | | | | | | 2022-03-05 07:12:46 | [redacted] |
| [redacted] | | | | | | | | 2022-03-05 03:34:14 | [redacted] |
| [redacted] | | | | | | | | 2022-03-04 06:37:14 | [redacted] |
| [redacted] | | | | | | | | 2022-03-04 04:10:22 | [redacted] |
| [redacted] | | | | | | | | 2022-03-03 15:30:08 | [redacted] |
| [redacted] | | | | | | | | 2022-03-03 12:44:14 | [redacted] |
| [redacted] | | | | | | | | 2022-03-03 06:40:50 | [redacted] |
| [redacted] | | | | | | | | 2022-03-03 06:38:36 | [redacted] |
| [redacted] | | | | | | | | 2022-03-02 11:04:40 | [redacted] |
| [redacted] | | | | | | | | 2022-03-02 06:13:22 | [redacted] |
| [redacted] | | | | | | | | 2022-03-01 05:37:34 | [redacted] |
| [redacted] | | | | | | | | 2022-03-01 05:07:20 | [redacted] |
| [redacted] | | | | | | | | 2022-03-01 05:01:08 | [redacted] |
| [redacted] | | | | | | | | 2022-02-28 06:35:20 | [redacted] |
| [redacted] | | | | | | | | 2022-02-28 06:34:54 | [redacted] |
| [redacted] | | | | | | | | 2022-02-27 09:13:50 | [redacted] |
| [redacted] | | | | | | | | 2022-02-27 07:16:40 | [redacted] |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-27 02:06:31 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-26 08:25:34 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-26 04:21:02 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-24 16:19:14 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-24 15:01:24 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-24 09:41:28 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-24 08:42:39 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-23 15:51:42 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-23 09:39:32 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-23 09:34:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-23 08:59:02 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-22 14:29:46 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-22 14:26:31 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-22 14:15:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-22 11:44:26 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-22 05:44:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-21 10:36:12 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-20 13:04:34 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-20 08:33:52 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-19 11:00:04 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-19 08:01:32 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-18 10:51:10 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-18 05:42:08 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-17 15:30:56 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-17 12:16:50 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-17 11:00:41 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-17 09:06:32 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-17 07:20:02 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-17 06:48:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-16 09:33:08 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-16 09:06:34 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-15 14:38:04 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-15 10:04:20 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-15 09:45:02 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-15 05:11:21 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-14 14:06:36 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-14 13:56:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-14 09:15:03 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-13 11:42:34 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-12 05:36:35 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-11 12:45:40 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-11 10:14:34 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-11 08:35:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-10 17:27:20 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-10 10:13:32 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-10 08:33:42 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-10 06:29:58 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-09 06:55:52 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-09 06:54:02 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-09 05:04:41 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-09 04:07:40 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-08 17:10:56 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-08 10:28:14 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-08 06:36:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-05 04:36:36 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-02-04 08:33:56 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-29 07:29:34 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-28 16:58:46 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-27 05:36:46 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-26 12:23:38 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-26 07:17:08 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-25 10:35:22 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-25 10:26:16 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-25 07:53:21 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-25 06:32:40 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-24 13:46:20 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-24 13:25:42 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-24 05:29:14 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-23 06:32:35 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-22 07:04:32 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-22 07:04:32 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-21 10:39:08 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-20 06:26:58 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-01-19 07:02:52 | [redacted] |

DEPOSIT HISTORY

| | | |
|---|---|---|
| [redacted] | 2022-01-15 11:19:41 | [redacted] |
| [redacted] | 2022-01-15 08:04:31 | [redacted] |
| [redacted] | 2022-01-14 12:18:34 | [redacted] |
| [redacted] | 2022-01-14 11:10:52 | [redacted] |
| [redacted] | 2022-01-13 14:49:46 | [redacted] |
| [redacted] | 2022-01-12 06:17:40 | [redacted] |
| [redacted] | 2022-01-11 15:51:46 | [redacted] |
| [redacted] | 2022-01-11 09:19:34 | [redacted] |
| [redacted] | 2022-01-11 09:18:36 | [redacted] |
| [redacted] | 2022-01-11 03:27:42 | [redacted] |
| [redacted] | 2022-01-10 08:28:56 | [redacted] |
| [redacted] | 2022-01-10 08:26:04 | [redacted] |
| [redacted] | 2022-01-10 04:04:52 | [redacted] |
| [redacted] | 2022-01-08 07:01:04 | [redacted] |
| [redacted] | 2022-01-06 10:34:08 | [redacted] |
| [redacted] | 2022-01-05 08:28:32 | [redacted] |
| [redacted] | 2022-01-05 08:28:16 | [redacted] |
| [redacted] | 2022-01-05 00:10:03 | [redacted] |
| [redacted] | 2022-01-05 00:07:20 | [redacted] |
| [redacted] | 2022-01-04 06:45:20 | [redacted] |
| [redacted] | 2021-12-29 11:03:46 | [redacted] |
| [redacted] | 2021-12-28 17:12:02 | [redacted] |
| [redacted] | 2021-12-28 10:10:34 | [redacted] |
| [redacted] | 2021-12-27 06:58:02 | [redacted] |
| [redacted] | 2021-12-26 08:33:38 | [redacted] |
| [redacted] | 2021-12-17 08:34:22 | [redacted] |
| [redacted] | 2021-12-02 04:17:41 | [redacted] |
| [redacted] | 2021-11-27 10:29:04 | [redacted] |
| [redacted] | 2021-10-26 10:00:36 | [redacted] |
| [redacted] | 2021-10-26 09:45:28 | [redacted] |



| User ID | Currency | Amount | Account Type | BUSD | Destination Address | Label/Tag/Memo | txId | Apply Time | Status | Network | CounterParty ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94037818 | USDT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-07-21 06:46:27 | Rejected | TRX | |
| 94037818 | USDT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-07-20 14:11:19 | Success | TRX | |
| 94037818 | USDT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-07-14 08:52:53 | Success | TRX | |
| 94037818 | USDT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-07-14 04:32:21 | Success | TRX | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-07-12 10:18:21 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-13 11:39:09 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-13 11:30:05 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-13 11:11:37 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-09 14:01:37 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-06-09 06:49:06 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-31 09:16:11 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-31 07:57:04 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-28 17:25:43 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-28 17:21:59 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-26 03:59:05 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 09:05:15 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 09:04:20 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-14 08:50:01 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-10 10:52:55 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-09 11:24:42 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-05-01 15:51:59 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-27 01:26:43 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-26 07:54:48 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-20 08:31:37 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-19 12:14:06 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-19 07:01:19 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-19 06:51:50 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-19 06:26:44 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-17 02:26:00 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-16 09:35:53 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-15 02:24:12 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-10 05:56:17 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-10 05:26:16 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-08 07:23:47 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-07 07:29:45 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-04 08:21:10 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-04-01 10:50:25 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-31 16:01:28 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-30 04:48:22 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-29 15:25:28 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-29 05:29:47 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-27 05:37:29 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-27 03:55:28 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-26 09:10:00 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-24 14:34:47 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-24 08:00:30 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-24 03:14:08 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-24 03:10:59 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-23 07:57:32 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-22 04:06:25 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-21 17:06:37 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-20 11:00:18 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-19 16:51:12 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-19 11:54:27 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-15 05:31:26 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-15 03:32:08 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-14 06:33:16 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-14 03:34:14 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-12 14:05:49 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-11 11:30:14 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-11 08:52:14 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-11 07:08:10 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-11 06:06:11 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-09 12:34:06 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-09 04:13:30 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-08 16:39:58 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-08 07:10:46 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-07 19:41:51 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-06 18:01:57 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 10:28:12 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 10:22:15 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 07:06:50 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 04:03:03 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 03:58:32 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-05 03:08:27 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-04 11:55:12 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-04 11:06:37 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-04 03:29:51 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-03 06:55:21 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2022-03-03 06:46:00 | [redacted] | [redacted] | [redacted] |



| | | |
|---|---|---|
| [redacted] | 2022-03-03 06:13:21 | [redacted] |
| [redacted] | 2022-03-02 07:26:15 | [redacted] |
| [redacted] | 2022-03-01 08:07:57 | [redacted] |
| [redacted] | 2022-03-01 07:35:41 | [redacted] |
| [redacted] | 2022-03-01 06:35:52 | [redacted] |
| [redacted] | 2022-03-01 05:30:53 | [redacted] |
| [redacted] | 2022-02-28 08:45:12 | [redacted] |
| [redacted] | 2022-02-28 08:29:26 | [redacted] |
| [redacted] | 2022-02-27 03:00:29 | [redacted] |
| [redacted] | 2022-02-27 02:55:12 | [redacted] |
| [redacted] | 2022-02-26 09:59:26 | [redacted] |
| [redacted] | 2022-02-26 09:54:57 | [redacted] |
| [redacted] | 2022-02-26 09:27:35 | [redacted] |
| [redacted] | 2022-02-26 09:19:44 | [redacted] |
| [redacted] | 2022-02-26 08:31:03 | [redacted] |
| [redacted] | 2022-02-26 07:08:31 | [redacted] |
| [redacted] | 2022-02-26 05:21:53 | [redacted] |
| [redacted] | 2022-02-25 13:11:46 | [redacted] |
| [redacted] | 2022-02-25 04:47:53 | [redacted] |
| [redacted] | 2022-02-24 10:09:38 | [redacted] |
| [redacted] | 2022-02-24 08:47:30 | [redacted] |
| [redacted] | 2022-02-24 02:49:14 | [redacted] |
| [redacted] | 2022-02-23 14:38:48 | [redacted] |
| [redacted] | 2022-02-23 09:40:47 | [redacted] |
| [redacted] | 2022-02-23 09:14:03 | [redacted] |
| [redacted] | 2022-02-23 08:44:47 | [redacted] |
| [redacted] | 2022-02-23 05:31:28 | [redacted] |
| [redacted] | 2022-02-22 14:54:42 | [redacted] |
| [redacted] | 2022-02-22 14:19:41 | [redacted] |
| [redacted] | 2022-02-22 11:47:09 | [redacted] |
| [redacted] | 2022-02-22 07:57:26 | [redacted] |
| [redacted] | 2022-02-22 07:09:12 | [redacted] |
| [redacted] | 2022-02-22 05:49:38 | [redacted] |
| [redacted] | 2022-02-22 05:09:27 | [redacted] |
| [redacted] | 2022-02-21 05:26:12 | [redacted] |
| [redacted] | 2022-02-21 04:35:48 | [redacted] |
| [redacted] | 2022-02-20 03:49:28 | [redacted] |
| [redacted] | 2022-02-19 10:59:43 | [redacted] |
| [redacted] | 2022-02-18 11:38:41 | [redacted] |
| [redacted] | 2022-02-18 07:05:52 | [redacted] |
| [redacted] | 2022-02-18 04:07:58 | [redacted] |
| [redacted] | 2022-02-18 03:10:03 | [redacted] |
| [redacted] | 2022-02-18 03:04:18 | [redacted] |
| [redacted] | 2022-02-17 12:57:17 | [redacted] |
| [redacted] | 2022-02-17 10:54:15 | [redacted] |
| [redacted] | 2022-02-17 07:40:57 | [redacted] |
| [redacted] | 2022-02-17 05:48:07 | [redacted] |
| [redacted] | 2022-02-16 11:10:12 | [redacted] |
| [redacted] | 2022-02-16 09:28:42 | [redacted] |
| [redacted] | 2022-02-16 07:42:31 | [redacted] |
| [redacted] | 2022-02-15 16:05:52 | [redacted] |
| [redacted] | 2022-02-15 09:49:27 | [redacted] |
| [redacted] | 2022-02-15 07:54:16 | [redacted] |
| [redacted] | 2022-02-15 05:22:49 | [redacted] |
| [redacted] | 2022-02-14 16:32:47 | [redacted] |
| [redacted] | 2022-02-14 09:19:17 | [redacted] |
| [redacted] | 2022-02-12 09:14:02 | [redacted] |
| [redacted] | 2022-02-12 08:37:53 | [redacted] |
| [redacted] | 2022-02-11 10:20:07 | [redacted] |
| [redacted] | 2022-02-11 08:40:04 | [redacted] |
| [redacted] | 2022-02-11 08:04:10 | [redacted] |
| [redacted] | 2022-02-11 07:47:30 | [redacted] |
| [redacted] | 2022-02-11 06:11:40 | [redacted] |
| [redacted] | 2022-02-10 09:40:27 | [redacted] |
| [redacted] | 2022-02-10 07:43:43 | [redacted] |
| [redacted] | 2022-02-10 06:53:32 | [redacted] |
| [redacted] | 2022-02-09 16:54:33 | [redacted] |
| [redacted] | 2022-02-09 05:59:33 | [redacted] |
| [redacted] | 2022-02-09 05:19:52 | [redacted] |
| [redacted] | 2022-02-08 11:35:40 | [redacted] |
| [redacted] | 2022-02-08 11:00:14 | [redacted] |
| [redacted] | 2022-02-08 09:12:14 | [redacted] |
| [redacted] | 2022-02-08 08:15:23 | [redacted] |
| [redacted] | 2022-02-08 07:20:52 | [redacted] |
| [redacted] | 2022-02-08 06:42:50 | [redacted] |
| [redacted] | 2022-02-07 07:31:50 | [redacted] |
| [redacted] | 2022-02-05 07:14:06 | [redacted] |
| [redacted] | 2022-02-04 09:15:08 | [redacted] |
| [redacted] | 2022-01-30 05:48:55 | [redacted] |
| [redacted] | 2022-01-28 12:32:40 | [redacted] |
| [redacted] | 2022-01-28 06:14:32 | [redacted] |

| | | |
|---|---|---|
| [redacted] | 2022-01-27 06:21:42 | [redacted] |
| [redacted] | 2022-01-26 14:28:27 | [redacted] |
| [redacted] | 2022-01-26 12:32:17 | [redacted] |
| [redacted] | 2022-01-26 09:28:37 | [redacted] |
| [redacted] | 2022-01-26 08:30:09 | [redacted] |
| [redacted] | 2022-01-25 10:38:12 | [redacted] |
| [redacted] | 2022-01-25 08:04:42 | [redacted] |
| [redacted] | 2022-01-25 07:04:49 | [redacted] |
| [redacted] | 2022-01-25 04:39:59 | [redacted] |
| [redacted] | 2022-01-24 13:51:08 | [redacted] |
| [redacted] | 2022-01-24 10:55:57 | [redacted] |
| [redacted] | 2022-01-24 10:24:22 | [redacted] |
| [redacted] | 2022-01-24 05:33:19 | [redacted] |
| [redacted] | 2022-01-23 07:51:53 | [redacted] |
| [redacted] | 2022-01-22 12:07:13 | [redacted] |
| [redacted] | 2022-01-22 07:12:21 | [redacted] |
| [redacted] | 2022-01-21 11:58:24 | [redacted] |
| [redacted] | 2022-01-21 03:56:34 | [redacted] |
| [redacted] | 2022-01-20 12:29:21 | [redacted] |
| [redacted] | 2022-01-19 13:12:18 | [redacted] |
| [redacted] | 2022-01-18 09:42:37 | [redacted] |
| [redacted] | 2022-01-18 06:43:59 | [redacted] |
| [redacted] | 2022-01-16 03:50:00 | [redacted] |
| [redacted] | 2022-01-15 11:09:56 | [redacted] |
| [redacted] | 2022-01-14 11:02:59 | [redacted] |
| [redacted] | 2022-01-14 09:14:38 | [redacted] |
| [redacted] | 2022-01-14 08:16:23 | [redacted] |
| [redacted] | 2022-01-12 07:20:02 | [redacted] |
| [redacted] | 2022-01-11 17:06:54 | [redacted] |
| [redacted] | 2022-01-11 08:02:26 | [redacted] |
| [redacted] | 2022-01-10 09:48:09 | [redacted] |
| [redacted] | 2022-01-10 05:54:49 | [redacted] |
| [redacted] | 2022-01-09 14:12:13 | [redacted] |
| [redacted] | 2022-01-09 10:44:35 | [redacted] |
| [redacted] | 2022-01-09 09:21:33 | [redacted] |
| [redacted] | 2022-01-07 11:15:04 | [redacted] |
| [redacted] | 2022-01-06 10:56:56 | [redacted] |
| [redacted] | 2022-01-05 09:39:24 | [redacted] |
| [redacted] | 2022-01-05 08:48:45 | [redacted] |
| [redacted] | 2022-01-05 08:33:42 | [redacted] |
| [redacted] | 2022-01-05 07:32:36 | [redacted] |
| [redacted] | 2022-01-05 07:27:09 | [redacted] |
| [redacted] | 2021-12-31 08:44:01 | [redacted] |
| [redacted] | 2021-12-30 09:53:58 | [redacted] |
| [redacted] | 2021-12-30 08:27:55 | [redacted] |
| [redacted] | 2021-12-29 08:33:55 | [redacted] |
| [redacted] | 2021-12-28 11:26:58 | [redacted] |
| [redacted] | 2021-12-28 09:27:31 | [redacted] |
| [redacted] | 2021-12-27 05:48:16 | [redacted] |
| [redacted] | 2021-12-26 08:49:09 | [redacted] |
| [redacted] | 2021-12-17 10:03:09 | [redacted] |
| [redacted] | 2021-12-09 08:00:24 | [redacted] |
| [redacted] | 2021-12-07 18:38:00 | [redacted] |
| [redacted] | 2021-11-17 11:24:11 | [redacted] |
| [redacted] | 2021-11-08 14:39:16 | [redacted] |
| [redacted] | 2021-11-03 13:17:01 | [redacted] |
| [redacted] | 2021-10-29 15:40:59 | [redacted] |

