IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-80060 (KAM)

BRANDON LEIDEL, individually, and
On behalf of All others similarly situated.

        *Plaintiff*

V.

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida Corporation, and
Paul Vernon, an individual.

        *Defendants.*

_____/

## BINANCE HOLDINGS, LTD.'S UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO SHOW CAUSE

Non-Party Binance Holdings, Ltd., moves the Court to continue the August 25, 2023 hearing on North Field Technology's motion to show cause. ECF 213. This motion is unopposed.

On July 7, 2023, the Court entered an order on North Field's motion to show cause in which the Court scheduled a hearing August 25, 2023 at 1:30 P.M., and provided Binance twenty-one days before the hearing, which is August 4, 2023, to file its opposition papers. On August 4, 2024, undersigned counsel for Binance appeared and Binance filed a response opposing North Field's show cause motion.

We are requesting a continuance of the August 25, 2023 hearing because Karen R. King, lead counsel for Binance, will be on vacation on August 25, 2023.

1

The Court's order scheduling the show cause hearing appears to require that the parties' counsel appear in person in court for the hearing.  In moving to continue the hearing and reschedule it for a later date, we likewise request that the Court consider holding the hearing via video / zoom to make it easier for out of state counsel to appear and participate in the hearing. If the Court is amenable to holding the hearing via video, we would request that the hearing be held the week of August 28, 2023. If, however, the Court requires that the lawyers appear in court in person, we respectfully request that the Court schedule the hearing on September 11 or 12, 2023.

The continuance requested is modest and would only delay a hearing on North Field's motion for a short time.

<u>Meet-and-confer.</u>

The undersigned attorneys conferred with counsel for North Filed who expressed that they no objection to the continuance requested in this motion. The dates provided above are those on which the parties' lawyers are available for the hearing and agreed we would be proposed to the Court as alternative dates for the hearing.

WHEREFORE, Binance Holdings, Ltd. respectfully requests that the Court enter an order continuing the August 25, 2023 hearing on North Field's motion to show cause. A proposed order is attached.

DATED: August 9, 2023.      Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
Henry P. Bell, Esq.
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile:  (305) 570-1599
Email: hbell@brresq.com

-and-

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**
Karen R. King (*appearing pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Counsel for Defendant Binance Holdings, Ltd.*


## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 9th day of August 2023, a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.


/s/ Henry P. Bell
Henry P. Bell, Esq.
Fl. Bar No. 090689