IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-80060 (KAM)

BRANDON LEIDEL, individually, and
On behalf of All others similarly situated.

    *Plaintiff*

V.

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida Corporation, and
Paul Vernon, an individual.

    *Defendants.*

_____/

### ORDER ON BINANCE HOLDING, LTD.'S MOTION TO CONTINUE HEARING ON MOTION TO SHOW CAUSE

**THIS CAUSE** came before this Court on Binance Holding, Ltd.'s motion to continue the August 25, 2023 hearing on North Field Technology's motion to show cause [ECF…..], it is **ORDERED AND ADJUDGED** that the motion is GRANTED. The hearing on the motion to show cause shall be heard on _____, at _____. The Court agrees / declines to hold the hearing via video / zoom.

**DONE AND ORDERED** in Chambers at West Pam Beach, Florida this _____ day of August 2023.

 

_____
Kenneth A. Mara
UNITED STATES DISTRICT JUDGE