UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 16-cv-80060-KAM

BRANDON LEIDEL, individually, and
On behalf of All others similarly situated.

    *Plaintiff*

V.

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida Corporation, and
Paul Vernon, an individual.

    *Defendants.*

_____/

### ORDER ON BINANCE HOLDING, LTD.'S MOTION
### TO CONTINUE HEARING ON MOTION TO SHOW CAUSE

**THIS CAUSE** came before this Court on Binance Holding, Ltd.'s motion to continue the August 25, 2023 hearing on North Field Technology's motion to show cause [ECF 219], it is **ORDERED AND ADJUDGED** that the motion is GRANTED. The hearing on the motion to show cause shall be heard on August 29, 2023, at 10 a.m. Assuming the parties intend to conduct a non-evidentiary hearing, the Court agrees to hold the hearing via video / zoom. A forthcoming order will provide

instructions on how to connect to the hearing.

**DONE AND ORDERED** in Chambers at West Pam Beach, Florida this 10th day of August, 2023.

_____
KENNETH A. MARRA
United States District Judge