# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-80060-MARRA**

BRANDON LEIDEL, Individually and on behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a CRYPTSY, a Florida corporation,
PAUL VERNON, an individual, *et al.*,

    Defendants.

_____/

## DECLARATION OF JASON S. MILLER

Pursuant to 28 U.S.C. § 1746, I, JASON S. MILLER, declare and affirm the following:

1. My name is Jason S. Miller. I am an attorney licensed to practice law in the United States District Court for the Southern District of Florida; and my law firm has served as Plaintiffs' Class Counsel and as Special Litigation Counsel to Plaintiff JAMES D. SALLAH, ESQ., not individually, but solely in his capacity as the Court-appointed Receiver for Project Investors, Inc. d/b/a Cryptsy ("Plaintiffs"), in the above-captioned lawsuit.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of an electronic mail message I sent to cryptocurrency exchange Binance on May 22, 2021 at 7:39 a.m., which enclosed a letter of the same date attaching a copy of an "Amended Temporary Restraining Order," entered by U.S. District Judge Kenneth A. Marra, on May 18, 2021 at 9:02 a.m. EST in the referenced matter. The e-mail was simultaneously sent to each of the following three e-mail addresses: legal@binance.com; corporate@binance.com; and support@binance.zendesk.com.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of an electronic mail message I received from Mail Delivery System (mailer-daemon@dispatch1-us1.ppe-hosted.com) on May 22, 2021 at 7:39 a.m., which states in pertinent part:

Civil Action No. 9:16-cv-80060-MARRA

> ***Your message was successfully delivered to the destination(s) listed below.***
> *If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems.*
>
> *The mail system*
>
> *<support@binance.zendesk.com>: delivery via mail-pod-13.int.zendesk.com[34.215.218.238]:25: 250 2.0.0 Ok: queued as 4FnM226dWDzWf2f*
>
> *<corporate@binance.com>: delivery via aspmx.l.google.com[74.125.129.27]:25: 250 2.0.0 OK  1621683548 g16si8667528jat.43 - gsmtp*
>
> *<legal@binance.com>: delivery via aspmx.l.google.com[74.125.129.27]:25: 250 2.0.0 OK  1621683548 g16si8667528jat.43 - gsmtp*

(emphasis added).

4. Attached hereto as **Exhibit "C"** is a true and correct copy of an electronic mail message I received from the Binance Legal Team (legal+noreply@binance.com) on May 22, 2021 at 7:39 a.m., which states in pertinent part:

> *We appreciate your concerns and thank you for reaching out to us. Binance is committed to protect our users by putting our users' needs first and delivering quality service.*
>
> *For all inquiries relating to legal proceedings and actions, a Binance Legal Team specialist will contact you in due course.*

5. The correspondence I sent to Binance on May 22, 2021 related to legal proceedings and actions.

6. Based upon the foregoing, I understood Binance to have received actual notice of the Amended Temporary Restraining Order no later than May 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2023.

_____
JASON S. MILLER

# EXHIBIT A

| | |
|---|---|
| **From:** | Jason Miller <jmiller@silvermillerlaw.com> |
| **Sent:** | Saturday, May 22, 2021 7:39 AM |
| **To:** | legal@binance.com; corporate@binance.com; support@binance.zendesk.com |
| **Cc:** | David Silver; Marc A. Wites (MWites@witeslaw.com) |
| **Subject:** | Leidel, et al. v. Cryptsy, Paul Vernon, et al. -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA |
| **Attachments:** | 2021-5-22 -- Ltr to Binance encl TRO to freeze Paul Vernon wallets.pdf |

Dear Sir/Madam:

Attached hereto for your review and immediate attention is a letter of today's date that encloses a TEMPORARY RESTRAINING ORDER entered by the Court in the above-referenced matter.

If you have any questions about the foregoing and/or to confirm your compliance with the Order, please contact us, or have an attorney on your behalf contact us, to discuss.

Thank you for your anticipated cooperation.

Yours,
-- JSM

/s/
Jason S. Miller, Esq.
SILVER MILLER
11780 West Sample Road
Coral Springs, FL 33065
Telephone: (954) 516-6000
E-mail: JMiller@SilverMillerLaw.com
Web site: www.SilverMillerLaw.com

Notice: This message, including any attachments, may contain legally privileged and confidential information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Silver Miller.

# EXHIBIT B

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@dispatch1-us1.ppe-hosted.com> |
| **To:** | support@binance.zendesk.com; corporate@binance.com; legal@binance.com |
| **Sent:** | Saturday, May 22, 2021 7:39 AM |
| **Subject:** | Relayed: Leidel, et al. v. Cryptsy, Paul Vernon, et al. -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA |

This is the mail system at host dispatch1-us1.ppe-hosted.com.

Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems.

              The mail system

<support@binance.zendesk.com>: delivery via
    mail-pod-13.int.zendesk.com[34.215.218.238]:25: 250 2.0.0 Ok: queued as
    4FnM226dWDzWf2f

<corporate@binance.com>: delivery via aspmx.l.google.com[74.125.129.27]:25: 250
    2.0.0 OK  1621683548 g16si8667528jat.43 - gsmtp

<legal@binance.com>: delivery via aspmx.l.google.com[74.125.129.27]:25: 250
    2.0.0 OK  1621683548 g16si8667528jat.43 - gsmtp

# EXHIBIT C

| | |
|---|---|
| **From:** | legal <legal+noreply@binance.com> |
| **Sent:** | Saturday, May 22, 2021 7:39 AM |
| **To:** | Jason Miller |
| **Subject:** | Re: Leidel, et al. v. Cryptsy, Paul Vernon, et al. -- USDC - SD Fla. - Case No. 9:16-cv-80060-MARRA |

[THIS IS AN AUTOMATED MESSAGE GENERATED BY THE BINANCE LEGAL TEAM - PLEASE DO NOT REPLY DIRECTLY TO THIS EMAIL]

Dear Sir/Madam,

We appreciate your concerns and thank you for reaching out to us. Binance is committed to protect our users by putting our users' needs first and delivering quality service.

For all inquiries relating to legal proceedings and actions, a Binance Legal Team specialist will contact you in due course.

For all other requests and needs, please submit a ticket to the Binance Customer Support at https://urldefense.com/v3/__https://binance.zendesk.com/hc/en-us/requests/new__;!!GeBfJs0!LVlljDWKKL4PY4dXaTHImvWkIkq2BcdtHLIYdeTVOqqGnEHXXXi9C02d6bnSoKL06SWhRPekPmP8SYmZApGH$  or use the Binance Support button on the right bottom corner of our website.

Best regards,
Binance Legal Team

Note: This message was sent from an unmonitored address. Please do not respond to this message. For more information, please read our Binance Terms of Use at https://urldefense.com/v3/__https://www.binance.com/en/terms__;!!GeBfJs0!LVlljDWKKL4PY4dXaTHImvWkIkq2BcdtHLIYdeTVOqqGnEHXXXi9C02d6bnSoKL06SWhRPekPmP8ScBSgCuw$ . You are also advised to refer to our Frequently Asked Questions at https://urldefense.com/v3/__https://www.binance.com/en/support/faq__;!!GeBfJs0!LVlljDWKKL4PY4dXaTHImvWkIkq2BcdtHLIYdeTVOqqGnEHXXXi9C02d6bnSoKL06SWhRPekPmP8SVNhZpMH$ .

Binance respects your privacy, to learn more, please read our Binance Privacy Policy at https://urldefense.com/v3/__https://www.binance.com/en/privacy__;!!GeBfJs0!LVlljDWKKL4PY4dXaTHImvWkIkq2BcdtHLIYdeTVOqqGnEHXXXi9C02d6bnSoKL06SWhRPekPmP8SXDE1HEp$ .