UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,  
And on behalf of All others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

        Defendants.
_____/

CASE NO. 9:16-cv-80060-KAM

**NOTICE OF FILING EXHIBIT INADVERTENTLY LEFT OFF OF THE
<u>SUPPLEMENTAL DECLARATION OF KARA KAPP [ECF No. 222-2]</u>**

North Field Technology Ltd. ("North Field" or "Assignee") respectfully files the attached Exhibit 41 to the Supplemental Declaration of Kara Kapp [ECF No. 222-2]. As filed, the Adobe Acrobat file containing the Supplemental Declaration inadvertently failed to attach Exhibit 41, even though that exhibit was referenced in the body of the Supplemental Declaration.

Respectfully submitted,

By:    *s/Samuel A. Lewis*
Samuel A. Lewis / Fla. Bar No. 55360
E-mail: slewis@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Phone: 305-704-5940

John Sullivan
E-mail: jsullivan@cozen.com
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street, 55th Fl
New York, NY 10007
Phone: 212-453-3729
*Admitted Pro Hac Vice*

L. Barrett Boss
E-mail:  bboss@cozen.com
Jonathan Grossman
E-mail:  jgrossman@cozen.com
Kara L. Kapp
E-mail:  kkapp@cozen.com
COZEN O'CONNOR
1200 19th Street NW, 3rd Floor
Washington, D.C. 20036
Phone:  202-912-4818

*Counsel for North Field*