UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,            CASE NO. 9:16-cv-80060-KAM
And on behalf of All others Similarly Situated,

         Plaintiffs,
v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

         Defendants.
_____/

**NOTICE OF FILING BINANCE STATEMENT OF USE AND DECLARATION**

       North Field Technology Ltd. ("North Field" or "Assignee") respectfully files the attached Statement of Use filed by Binance Holdings Ltd. ("Binance") with the U.S. Patent and Trademark Office ("USPTO") on February 8, 2021 in connection with the trademark application for the mark "BINANCE" (Exhibit 1), and the related Registration Certificate issued by the USPTO (Exhibit 2).

       The Statement of Use contains a Declaration signed by Binance's CEO, Changpeng Zhao, attesting *inter alia* that Binance is using the "BINANCE" trademark "in commerce [in the United States] on or in connection with all the goods in the application…." The USPTO granted Binance a trademark registration, U.S. Trademark Reg. No. 6,316,156, based on the Statement of Use and Mr. Zhao's Declaration.

       North Field respectfully submits this evidence in response to the suggestion by Binance's counsel during the hearing on Tuesday, August 29, 2023, that Binance does not do business in the United States.

Respectfully submitted,

By: <u>     *s/Samuel A. Lewis*          </u>
Samuel A. Lewis / Fla. Bar No. 55360
E-mail:  slewis@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Phone:  305-704-5940

John Sullivan
E-mail:  jsullivan@cozen.com
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street, 55th Fl
New York, NY 10007
Phone: 212-453-3729
*Admitted Pro Hac Vice*

L. Barrett Boss
E-mail:  bboss@cozen.com
Jonathan Grossman
E-mail:  jgrossman@cozen.com
Kara L. Kapp
E-mail:  kkapp@cozen.com
COZEN O'CONNOR
1200 19th Street NW, 3rd Floor
Washington, D.C. 20036
Phone:  202-912-4818

**Counsel for North Field**