# Exhibit 1

PTO- 1553
Approved for use through 12/31/2020. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88271761 |
| LAW OFFICE ASSIGNED | LAW OFFICE 130 |
| EXTENSION OF USE | NO |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | BINANCE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | Binance Holdings Limited |
| MAILING ADDRESS | 23 Lime Tree Bay Avenue |
| CITY | Grand Cayman |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Cayman Islands |
| EMAIL | XXXX |
| **OWNER SECTION (proposed)** | |
| NAME | Binance Holdings Limited |
| MAILING ADDRESS | 23 Lime Tree Bay Avenue |
| CITY | Grand Cayman |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Cayman Islands |
| EMAIL | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Sandra Epp Ryan |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademark@hsml.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | sryan@hsml.com |
| DOCKET/REFERENCE NUMBER | 20895.1US01 |
| **CORRESPONDENCE INFORMATION (proposed)** | |

| | |
|---|---|
| **NAME** | Sandra Epp Ryan |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademark@hsml.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | sryan@hsml.com |
| **DOCKET/REFERENCE NUMBER** | 20895.1US01 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Downloadable computer software for financial services; computer hardware; Downloadable computer firmware for operating system programs; Downloadable computer software and programs used in the field of electronic commerce, namely, software for database management; downloadable computer software and programs for processing electronic payments to and from others; downloadable authentication software for controlling access to and communications with computers and mobile devices; downloadable software applications for financial services; downloadable computer software packages for financial services; downloadable computer software for database management; computerized financial management information systems comprised of computer hardware; computers; computer peripheral apparatus and equipment; telecommunication machines and apparatus, namely, telephones; electronic devices, namely, telephones; data processing equipment and devices; apparatus for recording, transmission or reproduction of sound or images; blank CD ROMS; blank DVDs; machine video monitors; mobile data terminals; data storage units, namely, hard drives; electronic handheld currency converters; magnetically encoded credit, debit, cash and identification cards; blank electronic chip cards and smart cards; cash dispensers; electronic funds transfer machines; credit and debit card verification machines; electronic publications, namely, e-zines featuring finance recorded on computer media |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 09/11/2017 |
| **FIRST USE IN COMMERCE DATE** | 09/11/2017 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-6413216945-202102081 70959258985_._Specimen_-_ 88271761.pdf |
| **CONVERTED PDF FILE(S)** <br> **(3 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\882\717\88271761\xml14\SOU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\882\717\88271761\xml14\SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\882\717\88271761\xml14\SOU0004.JPG |
| **SPECIMEN DESCRIPTION** | printout of third-party website where the goods are sold |
| **WEBPAGE URL** | https://play.google.com/store/apps/details?id=com.binance.dev&hl=en_US&gl=US |
| **WEBPAGE DATE OF ACCESS** | 01/27/2021 |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |

| | |
|---|---|
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| ORIGINAL PDF FILE | hw_6413216945-170959258_._BINANCE_SOU_signed__page_2_.pdf |
| CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\882\717\88271761\xml14\SOU0005.JPG |
| SIGNATORY'S NAME | Changpeng Zhao |
| SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | n/a |
| SIGNATURE METHOD | Handwritten |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Feb 08 17:11:48 ET 2021 |
| TEAS STAMP | USPTO/SOU-XX.XXX.XXX.XX-2 0210208171148726908-88271 761-760f560e834166036cd1a 50cac84217ecc1cc4f12fb5d7 0aba2c84d1420bd5065ca-DA-11474380-2021020817095925 8985 |

PTO- 1553
Approved for use through 12/31/2020. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** BINANCE(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88271761/large)
**SERIAL NUMBER:** 88271761


**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Binance Holdings Limited, having an address of
    23 Lime Tree Bay Avenue
    Grand Cayman,
    Cayman Islands
    Email: XXXX
**Proposed:** Binance Holdings Limited, having an address of
    23 Lime Tree Bay Avenue
    Grand Cayman,
    Cayman Islands
    Phone:
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 009:
Current identification: Downloadable computer software for financial services; computer hardware; Downloadable computer firmware for operating system programs; Downloadable computer software and programs used in the field of electronic commerce, namely, software for database management; downloadable computer software and programs for processing electronic payments to and from others; downloadable authentication software for controlling access to and communications with computers and mobile devices; downloadable software applications for financial services; downloadable computer software packages for financial services; downloadable computer software for database management; computerized financial management information systems comprised of computer hardware; computers; computer peripheral apparatus and equipment; telecommunication machines and apparatus, namely, telephones; electronic devices, namely, telephones; data processing equipment and devices; apparatus for recording, transmission or reproduction of sound or images; blank CD ROMS; blank DVDs; machine video monitors; mobile data terminals; data storage units, namely, hard drives; electronic handheld currency converters; magnetically encoded credit, debit, cash and identification cards; blank electronic chip cards and smart cards; cash dispensers; electronic funds transfer machines; credit and debit card verification machines; electronic publications, namely, e-zines featuring finance recorded on computer media

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/11/2017, and first used in commerce at least as early as 09/11/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) printout of third-party website where the goods are sold.

**Original PDF file:**
SPN0-6413216945-202102081 70959258985_._Specimen_-_ 88271761.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3


Webpage URL: https://play.google.com/store/apps/details?id=com.binance.dev&hl=en_US&gl=US
Webpage Date of Access: 01/27/2021

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
Sandra Epp Ryan
PRIMARY EMAIL FOR CORRESPONDENCE: trademark@hsml.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): sryan@hsml.com

The docket/reference number is 20895.1US01.

**Correspondence Information (proposed):**
Sandra Epp Ryan
PRIMARY EMAIL FOR CORRESPONDENCE: trademark@hsml.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): sryan@hsml.com

The docket/reference number is 20895.1US01.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

**Original PDF file:**
hw_6413216945-170959258_._BINANCE_SOU_signed__page_2_.pdf
**Converted PDF file(s)** (1 page)
Signature File1

Signatory's Name: Changpeng Zhao
Signatory's Position: CEO
Signatory's Phone: n/a
Signature method: Handwritten

PAYMENT: 88271761
PAYMENT DATE: 02/08/2021

Serial Number: 88271761
Internet Transmission Date: Mon Feb 08 17:11:48 ET 2021
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XX-2021020817114872
6908-88271761-760f560e834166036cd1a50cac
84217ecc1cc4f12fb5d70aba2c84d1420bd5065c
a-DA-11474380-20210208170959258985



1/27/2021                                                         Binance: Bitcoin Marketplace & Crypto Wallet - Apps on Google Play

hold onto your funds in coinbase so that you can not withdraw money from coinbase. This is very frustrating for me because …

Full Review

 **Ernst Thälmann**
 January 20, 2021   28

Love the app and binance but you have destroyed the fingerprint functionality with the new update. I have an in-screen fingerprint sensor and now it doesn't give me enough time to place my finger on the display. I think I can log in if I hit the sensor in a time window of half a second. I hope you f…

Full Review

 **Amadi Badubulachi**
★★★★★ January 21, 2021   24

Nice trading app. But I think there is a lot of bug to fix in this app. It hangs alot. When you place an order, it disappears from list of order. And because of this , you can't cancel or edit your order. Sometimes even when orders are executed. It still shows in order list

 **Francis Njihia**
★★★★★ January 19, 2021   78

The latest update brought some welcome changes to the app. I've been enjoying using it, and I have no complaints about the experience. However, the latest update also brought a really annoying feature that makes me uncomfortable, any time I click on the bottom-most tabs (Home, Market, Trades, Future…

Full Review

**READ ALL REVIEWS**

**WHAT'S NEW**

Binance App - Trading Bitcoin and Cryptocurrencies with ease using our crypto app.
This update:
- Add feedback function in P2P trading
- Support Fiat Deposit with card
- Support Buy Crypto with Brazil Credit / Debit card
- Fiat transaction History Optimization

**READ MORE**

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| January 15, 2021 | Varies with device | 5,000,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.35.2 | 5.0 and up | Everyone |
| | | Learn more |

| Interactive Elements | Permissions | Report |
|---|---|---|
| Digital Purchases | View details | Flag as inappropriate |

| Offered By | Developer |
|---|---|
| Binance Inc. | Visit website |
| | product@binance.com |
| | Privacy Policy |

Similar                                                                                                  See more

| Coinbase – Buy & S | Binance.US | CoinEx | CoinGecko - Bitcoin |
|---|---|---|---|
| Coinbase Android | BinanceUS | ViaBTC | CoinGecko |
| ★★★★☆ | ★★☆☆☆ | ★★★★☆ | ★★★★★ |

More by Binance Inc.

Binance Academy -
Binance Inc.
★★★☆☆

©2021 Google    Site Terms of Service  Privacy  Developers  About Google  |  Location: United States  Language: English (United States)

By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- The signatory believes that the applicant is the owner of the mark sought to be registered. The mark is in use in commerce on or in connection with all the goods in the application or notice of allowance, or as subsequently modified.

- The specimen(s) shows the mark as used on or in connection with the goods in commerce.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: /Changpeng Zhao/

Signatory's Name: Changpeng Zhao

Signatory's Position: CEO

Date Signed: 03-Feb-2021

2

# FEE RECORD SHEET

**Serial Number:** 88271761

**RAM Sale Number:** 88271761

**Total Fees:** $100

**RAM Accounting Date:** 20210208

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20210208 | $100 | 1 | $100 |

**Transaction Date:** 20210208