# Exhibit 2

# United States of America
## United States Patent and Trademark Office

# BINANCE

**Reg. No. 6,316,156**
**Registered Apr. 06, 2021**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Binance Holdings Limited  (CAYMAN ISLANDS LIMITED LIABILITY COMPANY)
23 Lime Tree Bay Avenue
Grand Cayman, CAYMAN ISLANDS

CLASS 9: Downloadable computer software for financial services; computer hardware; Downloadable computer firmware for operating system programs; Downloadable computer software and programs used in the field of electronic commerce, namely, software for database management; downloadable computer software and programs for processing electronic payments to and from others; downloadable authentication software for controlling access to and communications with computers and mobile devices; downloadable software applications for financial services; downloadable computer software packages for financial services; downloadable computer software for database management; computerized financial management information systems comprised of computer hardware; computers; computer peripheral apparatus and equipment; telecommunication machines and apparatus, namely, telephones; electronic devices, namely, telephones; data processing equipment and devices; apparatus for recording, transmission or reproduction of sound or images; blank CD ROMS; blank DVDs; machine video monitors; mobile data terminals; data storage units, namely, hard drives; electronic handheld currency converters; magnetically encoded credit, debit, cash and identification cards; blank electronic chip cards and smart cards; cash dispensers; electronic funds transfer machines; credit and debit card verification machines; electronic publications, namely, e-zines featuring finance recorded on computer media

FIRST USE 9-11-2017; IN COMMERCE 9-11-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-271,761, FILED 01-22-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.