```
                       UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 16-CV-80060-KAM

    JINYAO LIU,
                                              West Palm Beach, Florida
                   Plaintiff(s),
                                              February 17, 2023
            vs.

    PROJECT INVESTORS, INC.,

                   Defendant(s).     Pages 1 - 7
    ------------------------------------------------------------

                            SHOW CAUSE HEARING
                  BEFORE THE HONORABLE KENNETH A. MARRA
                       UNITED STATES DISTRICT JUDGE

    APPEARANCES:

    FOR THE PLAINTIFF(S):    DAVID SILVER
                             Silver Miller
                             11780 W. Sample Road
                             Coral Springs, FL 33065
                             dsilver@silvermillerlaw.com

    FOR THE DEFENDANT(S):    SAMUEL LEWIS
                             Cozen O'Connor
                             One Biscayne Tower
                             2 S. Biscayne Boulevard, 30th Floor
                             Miami, FL 33131
                             slewis@cozen.com


    REPORTED BY:             JILL M. WELLS, RMR, CRR, CSR
                             Official Court Reporter
                             400 N. Miami Avenue
                             Miami, Florida 33128
                             jill_wells@flsd.uscourts.gov
```

1    (Case called to order of the court at 10:13 a.m.)
2            THE COURT:  We are here in the case of Liu v. Project
3    Investors, Inc., Case Number 16-80060-CV-Marra.
4            May I have counsel state their appearances.
5            MR. LEWIS:  Good morning.  May it please the court.
6            Samuel Lewis, of Cozen O'Connor, on behalf of North
7    Field Technology.
8            THE COURT:  Good morning.
9            MR. SILVER:  David Silver, Silver Miller, on behalf of
10   the Class, your Honor.
11           Good morning.
12           THE COURT:  Good morning.
13           All right.  We are here on a motion to show cause as
14   to why a party, or an entity, shouldn't be held in contempt.
15           MR. LEWIS:  Yes, your Honor.  We are here to have your
16   Honor hold Ren Project in contempt.
17           As demonstrated in the moving papers, Ren Project
18   received in excess of 685 of the stolen BTC.  They had notice
19   at the time, and prior to the time, that they received that
20   much BTC of your Honor's orders, particularly the permanent
21   injunction, and your Honor's order clarifying the permanent
22   injunction, and despite that, they went ahead and accepted and
23   received it.
24           685 may not sound like a lot, even at today's rate,
25   with the rates coming down.  That's still in excess of

```
 1    $17 million.  So it's a significant sum.
 2              We have demonstrated that Ren had the ability to
 3    either refuse to accept the stolen BTC or to return what they
 4    had received.
 5              We had attempted to negotiate a resolution with them.
 6    That failed.  And as a result of that, we then moved to have
 7    them held in contempt.
 8              Your Honor found that we had a sufficient showing and
 9    issued an order to show cause.  Ren was supposed to show cause,
10    present papers, and appear today, and they did not do that.
11              THE COURT:  Can you refresh my memory as to the
12    evidence to support their knowledge of --
13              MR. LEWIS:  Your Honor, there was an affidavit of Kara
14    Kapp establishing and substantiating the notice that was given
15    both to Ren and its counsel of your Honor's orders.  There were
16    multiple copies of the orders sent.  I, personally, your Honor,
17    was involved in the meet and confer with Ren's counsel.  So
18    there was no question that Ren knew about your Honor's orders.
19              THE COURT:  What about service on Ren?  How were they
20    served with the orders, as well as their notice of today's
21    hearing?
22              MR. LEWIS:  The CEO was served via his email,
23    consistent with your Honor's order.  Their counsel was also
24    served, and it was also sent by hard copy, as well as email to
25    counsel.
```

```
 1                THE COURT:  Okay.  And where is that entity located?
 2                MR. LEWIS:  I believe they are in Singapore, your
 3    Honor.
 4                THE COURT:  And there has been no response?
 5                MR. LEWIS:  No.  Again, counsel for Ren has been very
 6    professional, very polite, but there has been no response since
 7    we served your Honor's order to them.
 8                THE COURT:  So what is it precisely that you are
 9    asking me to do?
10                MR. LEWIS:  Your Honor, we are asking for two things.
11                One, we are asking for your Honor to hold Ren in
12    contempt and issue an order requiring them to immediately turn
13    over the 685 stolen BTC.
14                We are also asking that your Honor impose a $1,000 a
15    day fine as a coercive measure to encourage Ren's compliance.
16    In light of the 17 million -- in excess of 17 million that they
17    are holding, $1,000 a day seems like a reasonable figure.
18                THE COURT:  And what's the potential for actually
19    enforcing this order?
20                MR. LEWIS:  Your Honor, we think we might have a good
21    opportunity to do that.  Ren is doing business increasingly
22    with the U.S.  There will be places where we will eventually be
23    able to find their assets and be able to, in effect, freeze
24    them and take them.
25                THE COURT:  All right.  I am going to grant the
```

```
 1    motion, and I am going to ask if you would submit a proposed
 2    order.
 3              MR. LEWIS:  I have a proposed order here, your Honor,
 4    if you would like it.
 5              THE COURT:  I would like it, but can you also submit
 6    it to me in Word form so that if I want to make any changes, it
 7    would be easier for me.
 8              MR. LEWIS:  Absolutely, your Honor.
 9              THE COURT:  Okay.
10              THE COURT:  Anything else we should talk about today?
11              MR. LEWIS:  Not on my agenda.
12              Thank you, your Honor.
13              THE COURT:  Thank you.  And if you could get that Word
14    document to me.  The sooner you get it to me, the sooner I will
15    be able to get something entered.
16              MR. LEWIS:  Your Honor will have it very shortly.
17              THE COURT:  Thank you.  Have a good day.
18              (Proceedings adjourned at 11:46 a.m.)
19                       C E R T I F I C A T E
20        I hereby certify that the foregoing is an accurate
21    transcription of the proceedings in the above-entitled matter.
22    September 20, 2023       /s/ Jill M. Wells
                               Jill M. Wells, RMR, CRR, CSR
23                             Federal Official Court Reporter
                               400 N. Miami Avenue
24                             Miami, FL 33128
                               jill_wells@flsd.uscourts.gov
25
```

MR. LEWIS: [12]
MR. SILVER: [1]  2/9
THE COURT: [15]

**$**

$1,000 [2]  4/14 4/17
$17 [1]  3/1
$17 million [1]  3/1

**/**

/s [1]  5/22

**1**

10:13 [1]  2/1
11780 [1]  1/13
11:46 [1]  5/18
16-80060-CV-Marra [1]  2/3
16-CV-80060-KAM [1]  1/2
17 [1]  1/5
17 million [2]  4/16 4/16

**2**

20 [1]  5/22
2023 [2]  1/5 5/22

**3**

30th [1]  1/16
33065 [1]  1/13
33128 [2]  1/20 5/24
33131 [1]  1/17

**4**

400 [2]  1/20 5/23

**6**

685 [3]  2/18 2/24 4/13

**A**

a.m [2]  2/1 5/18
ability [1]  3/2
able [3]  4/23 4/23 5/15
about [3]  3/18 3/19 5/10
above [1]  5/21
above-entitled [1]  5/21
Absolutely [1]  5/8
accept [1]  3/3
accepted [1]  2/22
accurate [1]  5/20
actually [1]  4/18
adjourned [1]  5/18
affidavit [1]  3/13
Again [1]  4/5
agenda [1]  5/11
ahead [1]  2/22
All [2]  2/13 4/25
also [4]  3/23 3/24 4/14 5/5
am [2]  4/25 5/1
any [1]  5/6
Anything [1]  5/10
appear [1]  3/10
appearances [2]  1/11 2/4
are [9]
as [9]
ask [1]  5/1
asking [4]  4/9 4/10 4/11 4/14

assets [1]  4/23
attempted [1]  3/5
Avenue [2]  1/20 5/23

**B**

be [6]
Beach [1]  1/4
been [3]  4/4 4/5 4/6
BEFORE [1]  1/9
behalf [2]  2/6 2/9
believe [1]  4/2
Biscayne [2]  1/16 1/16
both [1]  3/15
Boulevard [1]  1/16
BTC [4]  2/18 2/20 3/3 4/13
business [1]  4/21

**C**

called [1]  2/1
can [2]  3/11 5/5
case [4]  1/2 2/1 2/2 2/3
cause [4]  1/9 2/13 3/9 3/9
CEO [1]  3/22
certify [1]  5/20
changes [1]  5/6
clarifying [1]  2/21
Class [1]  2/10
coercive [1]  4/15
coming [1]  2/25
compliance [1]  4/15
confer [1]  3/17
consistent [1]  3/23
contempt [4]  2/14 2/16 3/7 4/12
copies [1]  3/16
copy [1]  3/24
Coral [1]  1/13
could [1]  5/13
counsel [6]
court [5]  1/1 1/19 2/1 2/5 5/23
Cozen [2]  1/15 2/6
cozen.com [1]  1/17
CRR [2]  1/19 5/22
CSR [2]  1/19 5/22
CV [2]  1/2 2/3

**D**

DAVID [2]  1/12 2/9
day [3]  4/15 4/17 5/17
Defendant [2]  1/7 1/15
demonstrated [2]  2/17 3/2
despite [1]  2/22
did [1]  3/10
DISTRICT [3]  1/1 1/1 1/10
do [3]  3/10 4/9 4/21
document [1]  5/14
doing [1]  4/21
down [1]  2/25
dsilver [1]  1/14

**E**

easier [1]  5/7
effect [1]  4/23
either [1]  3/3
else [1]  5/10
email [2]  3/22 3/24
encourage [1]  4/15

enforcing [1]  4/19
entered [1]  5/15
entitled [1]  5/21
entity [2]  2/14 4/1
establishing [1]  3/14
even [1]  2/24
eventually [1]  4/22
evidence [1]  3/12
excess [3]  2/18 2/25 4/16

**F**

failed [1]  3/6
February [1]  1/5
Federal [1]  5/23
Field [1]  2/7
figure [1]  4/17
find [1]  4/23
fine [1]  4/15
FL [3]  1/13 1/17 5/24
Floor [1]  1/16
FLORIDA [3]  1/1 1/4 1/20
flsd.uscourts.gov [2]  1/21 5/24
foregoing [1]  5/20
form [1]  5/6
found [1]  3/8
freeze [1]  4/23

**G**

get [3]  5/13 5/14 5/15
given [1]  3/14
going [2]  4/25 5/1
good [6]
grant [1]  4/25

**H**

had [5]  2/18 3/2 3/4 3/5 3/8
hard [1]  3/24
has [3]  4/4 4/5 4/6
have [8]
hearing [2]  1/9 3/21
held [2]  2/14 3/7
here [4]  2/2 2/13 2/15 5/3
hereby [1]  5/20
his [1]  3/22
hold [2]  2/16 4/11
holding [1]  4/17
Honor [15]
Honor's [6]
HONORABLE [1]  1/9
How [1]  3/19

**I**

immediately [1]  4/12
impose [1]  4/14
INC [2]  1/6 2/3
increasingly [1]  4/21
injunction [2]  2/21 2/22
INVESTORS [2]  1/6 2/3
involved [1]  3/17
is [4]  4/1 4/8 4/21 5/20
issue [1]  4/12
issued [1]  3/9
it [10]
it's [1]  3/1
its [1]  3/15

**J**
JINYAO [1]  1/3
JUDGE [1]  1/10

**K**
KAM [1]  1/2
Kapp [1]  3/14
Kara [1]  3/13
KENNETH [1]  1/9
knew [1]  3/18
knowledge [1]  3/12

**L**
LEWIS [2]  1/15 2/6
light [1]  4/16
like [4]  2/24 4/17 5/4 5/5
LIU [2]  1/3 2/2
located [1]  4/1
lot [1]  2/24

**M**
make [1]  5/6
MARRA [2]  1/9 2/3
matter [1]  5/21
may [3]  2/4 2/5 2/24
me [5]  4/9 5/6 5/7 5/14 5/14
measure [1]  4/15
meet [1]  3/17
memory [1]  3/11
Miami [5]  1/17 1/20 1/20 5/23 5/24
might [1]  4/20
Miller [2]  1/12 2/9
million [3]  3/1 4/16 4/16
morning [4]  2/5 2/8 2/11 2/12
motion [2]  2/13 5/1
moved [1]  3/6
moving [1]  2/17
much [1]  2/20
multiple [1]  3/16
my [2]  3/11 5/11

**N**
negotiate [1]  3/5
no [5]  1/2 3/18 4/4 4/5 4/6
North [1]  2/6
not [3]  2/24 3/10 5/11
notice [3]  2/18 3/14 3/20
Number [1]  2/3

**O**
O'Connor [2]  1/15 2/6
Official [2]  1/19 5/23
Okay [2]  4/1 5/9
One [2]  1/16 4/11
opportunity [1]  4/21
order [9]
orders [5]  2/20 3/15 3/16 3/18 3/20
over [1]  4/13

**P**
Pages [1]  1/7
Palm [1]  1/4
papers [2]  2/17 3/10
particularly [1]  2/20
party [1]  2/14
permanent [2]  2/20 2/21

personally [1]  3/16
places [1]  4/22
Plaintiff [2]  1/4 1/12
please [1]  2/5
polite [1]  4/6
potential [1]  4/18
precisely [1]  4/8
present [1]  3/10
prior [1]  2/19
proceedings [2]  5/18 5/21
professional [1]  4/6
PROJECT [4]  1/6 2/2 2/16 2/17
proposed [2]  5/1 5/3

**Q**
question [1]  3/18

**R**
rate [1]  2/24
rates [1]  2/25
reasonable [1]  4/17
received [4]  2/18 2/19 2/23 3/4
refresh [1]  3/11
refuse [1]  3/3
Ren [10]
Ren's [2]  3/17 4/15
REPORTED [1]  1/19
Reporter [2]  1/19 5/23
requiring [1]  4/12
resolution [1]  3/5
response [2]  4/4 4/6
result [1]  3/6
return [1]  3/3
right [2]  2/13 4/25
RMR [2]  1/19 5/22
Road [1]  1/13

**S**
Sample [1]  1/13
SAMUEL [2]  1/15 2/6
seems [1]  4/17
sent [2]  3/16 3/24
September [1]  5/22
served [4]  3/20 3/22 3/24 4/7
service [1]  3/19
shortly [1]  5/16
should [1]  5/10
shouldn't [1]  2/14
show [4]  1/9 2/13 3/9 3/9
showing [1]  3/8
significant [1]  3/1
SILVER [4]  1/12 1/12 2/9 2/9
silvermillerlaw.com [1]  1/14
since [1]  4/6
Singapore [1]  4/2
slewis [1]  1/17
so [4]  3/1 3/17 4/8 5/6
something [1]  5/15
sooner [2]  5/14 5/14
sound [1]  2/24
SOUTHERN [1]  1/1
Springs [1]  1/13
state [1]  2/4
STATES [2]  1/1 1/10
still [1]  2/25
stolen [3]  2/18 3/3 4/13

submit [2]  5/1 5/5
substantiating [1]  3/14
sufficient [1]  3/8
sum [1]  3/1
support [1]  3/12
supposed [1]  3/9

**T**
take [1]  4/24
talk [1]  5/10
Technology [1]  2/7
Thank [3]  5/12 5/13 5/17
that [18]
That's [1]  2/25
their [5]  2/4 3/12 3/20 3/23 4/23
them [6]
then [1]  3/6
there [6]
they [8]
things [1]  4/10
think [1]  4/20
this [1]  4/19
time [2]  2/19 2/19
today [2]  3/10 5/10
today's [2]  2/24 3/20
Tower [1]  1/16
transcription [1]  5/21
turn [1]  4/12
two [1]  4/10

**U**
U.S [1]  4/22
UNITED [2]  1/1 1/10

**V**
very [3]  4/5 4/6 5/16
via [1]  3/22
vs [1]  1/5

**W**
want [1]  5/6
was [8]
we [15]
well [2]  3/20 3/24
wells [5]  1/19 1/21 5/22 5/22 5/24
went [1]  2/22
were [2]  3/15 3/19
West [1]  1/4
what [3]  3/3 3/19 4/8
what's [1]  4/18
where [2]  4/1 4/22
why [1]  2/14
will [4]  4/22 4/22 5/14 5/16
Word [2]  5/6 5/13
would [4]  5/1 5/4 5/5 5/7

**Y**
Yes [1]  2/15
you [10]
your [21]