UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRANDON LEIDEL, individually, and on behalf of All others Similarly Situated, | Case No. 9:16-cv-80060 (KAM) |
| Plaintiff, | Hon. Kenneth A. Marra |
| - v. - | |
| PROJECT INVESTORS, INC., d/b/a CRYPTSY, a Florida corporation, and PAUL VERNON, an individual, | |
| Defendants. | |

**NON-PARTY BINANCE HOLDINGS, LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE A RESPONSE TO NORTH FIELD'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING ITS MOTION FOR <u>CONTEMPT SANCTIONS</u>**

Non-Party Binance Holdings, Ltd. ("Binance"), by and through its undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Serve a Response to North Field's Motion for Reconsideration of the Court's Order Denying its Motion for Contempt Sanctions, and states as follows:

1. On September 14, 2023, the Court entered an order denying North Field's Technology Ltd.'s ("North Field") motion for contempt sanctions against Binance. (Dkt. #227).

2. On the evening of December 22, 2023, the Friday night before Christmas, North Field filed a motion for this Court to reconsider its order denying North Field's motion for contempt sanctions against Binance. (Dkt. #231).

3. Pursuant to S.D. Fla. Local Rule 7.1(c)(1), Binance's response in opposition is to be served no later than fourteen days following service of North Field's motion.

4. In light of the holidays and travel schedules of counsel and our client, Binance respectfully requests an extension of time until January 19, 2024, to file its opposition brief.

5. Undersigned counsel for Binance has conferred with counsel for North Field who communicated that they have no objection to the requested extension of time.

WHEREFORE, Binance respectfully requests that the Court enter an Order extending its deadline to file a responsive memorandum to North Field's motion for reconsideration to January 19, 2024.

Dated: December 29, 2023.

Respectfully submitted,

By: /s/ Henry P. Bell
**BELL ROSQUETE REYES, PLLC**
Henry P. Bell
999 Ponce De Leon Blvd.
Suite 1120
Coral Gables, Florida 33134
Tel: 305-570-1610
hbell@brresq.com

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**
Karen R. King (*pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Counsel for Defendant Binance Holdings, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2023 a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

By: <i>/s/ Henry P. Bell</i><br>
Henry P. Bell