UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually,
and on behalf of All others Similarly Situated,

    Plaintiff,

- v. -

PROJECT INVESTORS, INC., d/b/a
CRYPTSY, a Florida corporation, and
PAUL VERNON, an individual,

    Defendants.

Case No. 9:16-cv-80060 (KAM)

Hon. Kenneth A. Marra

**[PROPOSED] ORDER GRANTING NON-PARTY BINANCE HOLDINGS, LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE A RESPONSE TO NORTH FIELD'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING ITS MOTION FOR CONTEMPT SANCTIONS**

  THIS CAUSE having come before the Court on Non-Party Binance Holdings, Ltd.'s Unopposed Motion for Extension of Time to Serve a Response to North Field's Motion for Reconsideration of Court's Order Denying its Motion for Contempt Sanctions, and the Court having considered the Motion, it is hereupon,

  **ORDERED** that the Motion is hereby **GRANTED**. Non-Party Binance Holdings, Ltd. shall have until January 19, 2024, to serve its response to North Field's Motion for Reconsideration of Court's Order Denying its Motion for Contempt Sanctions.

**DONE and ORDERED** in Chambers at _____, Florida, this _____ day of _____, 2024.

_____
**KENNETH A. MARRA**
**United States District Judge**

Copies Furnished to:
All Counsel of Record