UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80060-KAM

BRANDON LEIDEL, individually,
and on behalf of All others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

        Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiffs' and Assignee's (collectively, "Plaintiffs") Motion for Leave to Submit Filing *Ex Parte* for In Camera Review (DE 242). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiffs filed the instant motion in support of their motion to aid foreign enforcement (DE 241). After careful review of both motions, and in view of the confidential nature of the content of the *ex parte* document that Plaintiffs wish to submit, the Court requests that Plaintiffs explain why the filing of the *ex parte* document is necessary for the Court to perform its judicial duties. If the sole purpose is to advise the Court of the identity and requirements of a tribunal with which or through which Plaintiffs seek to enforce the orders and judgments of this Court,[1] the Court would accept a declaration or representation from counsel as to a tribunal's need for

---

[1] *See* DE 241 at 2, n.1.

such an order, rather than filing another document on the record under seal. Plaintiffs shall file their response to this query **within 10 days of the date of entry of this Order.**

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of July, 2024.

KENNETH A. MARRA
United States District Judge