UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON LEIDEL, individually, and on behalf of All others Similarly Situated,

        Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

        Defendants.
_____/

CASE NO. 9:16-cv-80060-KAM

## RESPONSE TO ORDER [ECF No. 243]

North Field Technology Ltd. ("North Field") respectfully submits this Response to the Court's Order [ECF No. 243], and respectfully states as follows:

1. The *ex parte* document is only necessary to advise the Court as to the precise jurisdiction and foreign tribunal where North Field is attempting to enforce this Court's May 24, 2021 Amended Final Default Judgment (ECF No. 157), Permanent Injunction (ECF No. 177), and the related clarification Order (ECF No. 193) (collectively, the "Final Orders"). If the Court does not need the disclosure of the precise jurisdiction where North Field is attempting to enforce the Court's Final Orders, then the *ex parte* document is unnecessary.

2. North Field's counsel believes, and on that basis represents to this Court, that the foreign tribunal requires a statement from the presiding authority (which in this case is this Court) certifying that the Final Orders are final and that no timely appeal can be lodged in connection with the Final Orders.

Respectfully submitted,

By: _____*s/Samuel A. Lewis*_____
    Samuel A. Lewis / Fla. Bar No. 55360
E-mail:  slewis@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Phone:  305-704-5940

John Sullivan
E-mail:  jsullivan@cozen.com
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street, 55th Fl
New York, NY 10007
Phone: 212-453-3729
*Admitted Pro Hac Vice*

L. Barrett Boss
E-mail:  bboss@cozen.com
Jonathan Grossman
E-mail:  jgrossman@cozen.com
COZEN O'CONNOR
1200 19th Street NW, 3rd Floor
Washington, D.C. 20036
Phone:  202-912-4818

**Counsel for North Field Technology Ltd.**