UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80060-KAM

BRANDON LEIDEL, individually,
and on behalf of All others Similarly Situated,

      Plaintiffs,

v.

PROJECT INVESTORS, INC. d/b/a
CRYPTSY, a Florida corporation,
PAUL VERNON, an individual,
LORIE ANN NETTLES, an individual,
RIDGEWOOD INVESTMENTS, INC,
a New Jersey corporation, and
KAUSHAL MAJMUDAR, individually,

      Defendants.
_____/

## ORDER

THIS MATTER came before the Court upon the motion of Plaintiff Brandon Leidel, individually and on behalf of all other similarly situated members of the Certified Class (the "Plaintiff Class"), and North Field Technology Ltd. ("North Field") for an order to aid in their foreign enforcement efforts. Having reviewed the pleadings and being otherwise fully advised in the premises, the Court hereby ORDERS AND ADJUDGES as follows:

The motion of Plaintiff Class and North Field [ECF No. 241] is hereby GRANTED.[1] This Court's judgment and orders dated May 24, 2021 [ECF No. 157]; June 22, 2021 [ECF No. 177]; and April 13, 2022 [ECF No. 193], copies of which are attached, are final, subject to enforcement,

---

[1] Based on the filing at ECF No. 244, the motion for leave to file document in support of the motion to aid foreign enforcement *ex parte* for in camera review (ECF No. 242) is DENIED AS MOOT.

and no timely appeal can be lodged against them.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 1st day of August, 2024.

_____
KENNETH A. MARRA
United States District Judge